# United States District Court
## SOUTHERN DISTRICT OF FLORIDA
CASE NUMBER:

RODNEY SCOTT PATTERSON,

    Plaintiff,

v.

AMERICAN AIRLINES, a Delaware
corporation,

    Defendant.

_____/

# SUMMONS IN A CIVIL ACTION

17-CV-60533-JEM

**TO:** **American Airlines, a Delaware corporation**
**By Serving It's Registered Agent:**
**CT Corporation System**
**1200 South Pines Island Road**
**Plantation, Florida 3324**

    **YOU ARE HEREBY SUMMONED** and required to file with the Clerk of this Court and

serve upon Plaintiff's Attorney:

    **William R. Amlong, Esquire**
    **AMLONG & AMLONG, P.A.**
    **500 Northeast Fourth Street, Second Floor**
    **Fort Lauderdale, Florida 33301**
    **(954) 462-1983**

an answer to the Complaint which is herewith served upon you, within **Twenty One (21)** days after service of this Summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the Complaint. You must also file your answers with the Clerk of the Court within a reasonable period of time after service.



**SUMMONS**

*s/ Juan Ulacia*
Deputy Clerk
U.S. District Courts

DATE Mar 15, 2017

Steven M. Larimore
Clerk of Court