## RETURN OF SERVICE

State of Florida                County of                United States Southern District Court

Case Number: 17-CV-60533-JEM



Plaintiff:
**Rodney Scott Patterson**

vs.

Defendant:
**American Airlines**

For:
William R. Amlong
Amlong & Amlong, PA
500 NE Fourth Street
Second Floor
Ft. Lauderdale, FL 33301

Received by All Broward Process Corp on the 16th day of March, 2017 at 6:35 pm to be served on **American Airlines c/o r/a CT Corporation System, 1200 S Pine Island Road, Plantation, FL 33324**.

I, Sandra Quinones, do hereby affirm that on the **17th day of March, 2017** at **3:50 pm**, I:

served a **CORPORATION** by delivering a true copy of the **Summons in a Civil Action, Complaint for Damages and Equitable Relief - Jury Trial Demanded** with the date and hour of service endorsed thereon by me, to: **Donna Moch** as **contact person for registered agent** for **American Airlines**, at the address of: **1200 S Pine Island Road, Plantation, FL 33324**, and informed said person of the contents therein, in compliance with state statutes.

**Additional Information pertaining to this Service:**
Service accepted for American Airlines, Inc.

**Description** of Person Served: Age: 50, Sex: F, Race/Skin Color: White, Height: 5'4", Weight: 140, Hair: Light Brown, Glasses: N

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served. Under penalty of perjury I declare I have read the foregoing Return of Service and that the facts stated are true. Notary not required pursuant to F.S. 92.525(2).

**Sandra Quinones**
#394

**All Broward Process Corp**
**701 N Fig Tree Lane**
**Plantation, FL 33317**
**(954) 214-5194**

Our Job Serial Number: BPC-2017000651