UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO.: 1:17-cv-60533-JEM

RODNEY SCOTT PATTERSON,

    Plaintiffs,

vs.

AMERICAN AIRLINES, INC., a Delaware Corporation,

    Defendant.

_____/

## RULE 7.1 DISCLOSURE STATEMENT AND CERTIFICATE OF INTERESTED PARTIES BY DEFENDANT AMERICAN AIRLINES, INC.

Defendant American Airlines, Inc., by and through its undersigned counsel, makes the following disclosure pursuant to Federal Rule of Civil Procedure 7.1: American Airlines Group Inc., a publicly held corporation (NASDAQ: AAL), owns 100 percent of the stock of American Airlines, Inc. There is no publicly held corporation that owns more than 10 percent of the stock of American Airlines Group Inc.

[SIGNATURE ON NEXT PAGE]

808358

Dated:  April 7, 2017

Respectfully submitted,

By: /s/ Michael A. Holt
Michael A. Holt
mholt@shb.com
Florida Bar No.: 91156
**SHOOK, HARDY & BACON L.L.P.**
**Miami Center, Suite 3200**
201 South Biscayne Boulevard
Miami, Florida  33131
Telephone: (305) 358-5171
Facsimile: (305) 358-7470

Mark W. Robertson
mrobertson@omm.com
(*Pro Hac Vice* forthcoming)
**O'MELVENY & MYERS LLP**
Time Square Tower, 7 Times Square
New York, New York 10036
Telephone: (212) 326-2000
Facsimile: (212) 326-2061

*Attorneys for American Airlines, Inc.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 7th day of April, 2017, a true and correct copy of the foregoing was filed using the Court's CM/ECF system and was served on all counsel or parties of record on the attached Service List by the method indicated.

By: /s/Michael A. Holt
MICHAEL A. HOLT

## SERVICE LIST

William R. Amlon
WRAmlong@TheAmlongFirm.com
Karen Coolman Amlong
KAmlong@TheAmlongFirm.com
Isha Kochhar
IKochhar@TheAmlongFirm.com
**AMLONG & AMLONG, P.A.**
500 Northeast Fourth Street
Fort Lauderdale, FL 33301
Telephone: (954) 462-1983
Facsimile: (954) 523-3192

(Service via CM/ECF)

*Counsel for Plaintiffs*

Michael A. Holt, Esq.
mholt@shb.com
**SHOOK, HARDY & BACON L.L.P.**
Miami Center, Suite 3200
201 South Biscayne Boulevard
Miami, Florida 33131
Telephone: (305) 358-5171
Facsimile: (305) 358-7470

(Service via CM/ECF)

Mark W. Robertson, Esq.
mrobertson@omm.com
(*Pro Hac Vice* forthcoming)
**O'MELVENY & MYERS LLP**
Times Square Tower
7 Times Square
New York, New York 10036
Telephone: (212) 326-2000
Facsimile: (212) 326-2061

(Service via Email)

*Counsel for American Airlines, Inc.*