UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO.: 17-cv-60533-MARTINEZ

RODNEY SCOTT PATTERSON,

    Plaintiff,

vs.

AMERICAN AIRLINES, INC., a Delaware Corporation,

    Defendant.
_____/

**UNOPPOSED MOTION TO APPEAR *PRO HAC VICE*,
CONSENT TO DESIGNATION, AND REQUEST TO
ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING**

In accordance with Local Rule 4(b) of the Special Rules Governing the Admission and Practice of Attorneys of the United States District Court for the Southern District of Florida, the undersigned respectfully moves for the admission *pro hac vice* of **Mark W. Robertson, Esquire,** of the law firm of O'Melveny & Myers, LLP, Times Square Tower, 7 Times Square, New York, New York, 10036, (212) 326-2000, for purposes of appearance as co-counsel on behalf of American Airlines, Inc. in the above-styled case only, and pursuant to Rule 2B of the CM/ECF Administrative Procedures to permit Mark W. Robertson to receive electronic filings in this case, and in support states as follows:

    1.    Mark W. Robertson is not admitted to practice in the Southern District of Florida and is a member in good standing of the State Bars of New York, California, Washington, D.C., and Texas (inactive), and admitted to practice in the United States District

809000 v1

Courts for the Southern, Eastern and Western Districts of New York, the Central, Southern, and Northern Districts of California, the Eastern District of Michigan, the Eastern District of Wisconsin, and the United States Courts of Appeals for the Second, Third, Seventh, Ninth, Tenth, and D.C. Circuits.

2. Movant, Michael A. Holt, Esquire, of the law firm of Shook, Hardy & Bacon LLP, Miami Center, Suite 3200, 201 South Biscayne Blvd., Miami, FL 33131, (305) 358-5171, is a member in good standing of the Florida State Bar and the United States District Court for the Southern District of Florida, maintains an office in this State for the practice of law, and is authorized to file through the Court's electronic filing system. Movant consents to be designated as a member of the Bar of this Court with whom the Court and opposing counsel may readily communicate regarding the conduct of the case, upon whom filings shall be served, who shall be required to electronically file all documents and things that may be filed electronically, and who shall be responsible for filing documents in compliance with the CM/ECF Administrative Procedures. *See* Section 2B of the CM/ECF Administrative Procedures.

3. In accordance with the local rules of this Court, Mark W. Robertson has made payment of this Court's $75 admission fee. A certification in accordance with Rule 4(b) is attached.

4. Mark W. Robertson, by and through designated counsel and pursuant to Section 2B CM/ECF Administrative Procedures, hereby requests the Court to provide Notice of Electronic Filings to mrobertson@omm.com.

5. Plaintiff does not object to the relief sought in this motion.

WHEREFORE, Michael A. Holt, moves this Court to enter an Order authorizing Mark W. Robertson to appear before this Court on behalf of American Airlines, Inc. for all

purposes relating to the proceedings in the above-styled matter and directing the Clerk to provide notice of electronic filings to Mark W. Robertson at mrobertson@omm.com.

Dated:  April 18, 2017

Respectfully submitted,

By: /s/ Michael A. Holt
Michael A. Holt
mholt@shb.com
Florida Bar No.: 91156
**SHOOK, HARDY & BACON L.L.P.**
Miami Center, Suite 3200
201 South Biscayne Boulevard
Miami, Florida  33131
Telephone: (305) 358-5171
Facsimile: (305) 358-7470

*Attorneys for American Airlines, Inc.*

3

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO.: 17-cv-60533-MARTINEZ

RODNEY SCOTT PATTERSON,

    Plaintiffs,
vs.

AMERICAN AIRLINES, INC., a Delaware Corporation,

    Defendant.
_____/

## CERTIFICATION OF MARK W. ROBERTSON

Mark W. Robertson, Esquire, pursuant to Rule 4(b) of the Special Rules Governing the Admission and Practice of Attorneys, hereby certifies that (1) I have studied the Local Rules of the United States District Court for the Southern District of Florida; and (2) I am a member in good standing of the State Bars of New York, California, Washington, D.C., and Texas (inactive), and admitted to practice in the United States District Courts for the Southern, Eastern and Western Districts of New York, the Central, Southern, and Northern Districts of California, the Eastern District of Michigan, the Eastern District of Wisconsin, and the United States Courts of Appeals for the Second, Third, Seventh, Ninth, Tenth, and D.C. Circuits.

    BY: /s/ Mark W. Robertson
        Mark W. Robertson
        mrobertson@omm.com
        **O'MELVENY & MYERS LLP**
        Times Square Tower
        7 Times Square
        New York, New York 10036
        Telephone: (212) 326-2000
        Facsimile: (212) 326-2061

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 18th day of April, 2017, a true and correct copy of the foregoing was filed using the Court's CM/ECF system and was served on all counsel or parties of record on the attached Service List by the method indicated.

By: /s/Michael A. Holt
MICHAEL A. HOLT

**SERVICE LIST**

| | |
|---|---|
| William R. Amlon<br>WRAmlong@TheAmlongFirm.com<br>Karen Coolman Amlong<br>KAmlong@TheAmlongFirm.com<br>Isha Kochhar<br>IKochhar@TheAmlongFirm.com<br>**AMLONG & AMLONG, P.A.**<br>500 Northeast Fourth Street<br>Fort Lauderdale, FL 33301<br>Telephone: (954) 462-1983<br>Facsimile: (954) 523-3192<br><br>(Service via CM/ECF)<br><br>*Counsel for Plaintiffs* | Michael A. Holt, Esq.<br>mholt@shb.com<br>**SHOOK, HARDY & BACON L.L.P.**<br>Miami Center, Suite 3200<br>201 South Biscayne Boulevard<br>Miami, Florida 33131<br>Telephone: (305) 358-5171<br>Facsimile: (305) 358-7470<br><br>(Service via CM/ECF)<br><br>Mark W. Robertson, Esq.<br>mrobertson@omm.com<br>**O'MELVENY & MYERS LLP**<br>Times Square Tower<br>7 Times Square<br>New York, New York 10036<br>Telephone: (212) 326-2000<br>Facsimile: (212) 326-2061<br><br>(Service via Email)<br><br>Tristan Morales, Esq.<br>tmorales@omm.com<br>**O'MELVENY & MYERS LLP**<br>1625 Eye Street, Northwest<br>Washington, District of Colombia 20006<br>Telephone: (202) 383-5300<br>Facsimile: (202) 383-5414<br><br>(Service via Email)<br><br>*Counsel for American Airlines, Inc.* |