UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO.: 17-cv-60533-MARTINEZ

RODNEY SCOTT PATTERSON,

    Plaintiff,

vs.

AMERICAN AIRLINES, INC., a Delaware Corporation,

    Defendant.
_____/

**UNOPPOSED MOTION TO APPEAR *PRO HAC VICE*,
CONSENT TO DESIGNATION, AND REQUEST TO
ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING**

In accordance with Local Rule 4(b) of the Special Rules Governing the Admission and Practice of Attorneys of the United States District Court for the Southern District of Florida, the undersigned respectfully moves for the admission *pro hac vice* of **Tristan Morales, Esquire,** of the law firm of O'Melveny & Myers, LLP, 1625 Eye Street, Northwest, Washington, District of Colombia, 20006 (202) 326-2000, for purposes of appearance as co-counsel on behalf of American Airlines, Inc. in the above-styled case only, and pursuant to Rule 2B of the CM/ECF Administrative Procedures to permit Tristan Morales to receive electronic filings in this case, and in support states as follows:

    1.    Tristan Morales is not admitted to practice in the Southern District of Florida and is a member in good standing of the State Bars of California and Washington, D.C, and is admitted to practice in the United States Court of Appeals for the Second Circuit.

809019 v1

2. Movant, Michael A. Holt, Esquire, of the law firm of Shook, Hardy & Bacon LLP, Miami Center, Suite 3200, 201 South Biscayne Blvd., Miami, FL 33131, (305) 358-5171, is a member in good standing of the Florida State Bar and the United States District Court for the Southern District of Florida, maintains an office in this State for the practice of law, and is authorized to file through the Court's electronic filing system. Movant consents to be designated as a member of the Bar of this Court with whom the Court and opposing counsel may readily communicate regarding the conduct of the case, upon whom filings shall be served, who shall be required to electronically file all documents and things that may be filed electronically, and who shall be responsible for filing documents in compliance with the CM/ECF Administrative Procedures. *See* Section 2B of the CM/ECF Administrative Procedures.

3. In accordance with the local rules of this Court, Tristan Morales has made payment of this Court's $75 admission fee. A certification in accordance with Rule 4(b) is attached.

4. Tristan Morales, by and through designated counsel and pursuant to Section 2B CM/ECF Administrative Procedures, hereby requests the Court to provide Notice of Electronic Filings to tmorales@omm.com.

5. Plaintiff does not object to the relief sought in this motion.

WHEREFORE, Michael A. Holt, moves this Court to enter an Order authorizing Tristan Morales to appear before this Court on behalf of American Airlines, Inc. for all purposes relating to the proceedings in the above-styled matter and directing the Clerk to provide notice of electronic filings to Tristan Morales at tmorales@omm.com.

Dated:  April  18, 2017								Respectfully submitted,

By: /s/ Michael A. Holt
Michael A. Holt
mholt@shb.com
Florida Bar No.: 91156
**SHOOK, HARDY & BACON L.L.P.**
Miami Center, Suite 3200
201 South Biscayne Boulevard
Miami, Florida  33131
Telephone: (305) 358-5171
Facsimile: (305) 358-7470

*Attorneys for American Airlines, Inc.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO.: 17-cv-60533-MARTINEZ

RODNEY SCOTT PATTERSON,

    Plaintiffs,
vs.

AMERICAN AIRLINES, INC., a Delaware Corporation,

    Defendant.
_____/

## **CERTIFICATION OF TRISTAN MORALES**

Tristan Morales, Esquire, pursuant to Rule 4(b) of the Special Rules Governing the Admission and Practice of Attorneys, hereby certifies that (1) I have studied the Local Rules of the United States District Court for the Southern District of Florida; and (2) I am a member in good standing of the State Bars of California and Washington, D.C., and am admitted to practice in United States Courts of Appeals for the Second Circuit.

    BY: /s/ Tristan Morales
        Tristan Morales
        tmorales@omm.com
        **O'MELVENY & MYERS LLP**
        1625 Eye Street, Northwest
        Washington, District of Colombia 20006
        Telephone: (202) 383-5300
        Facsimile: (202) 383-5414

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 18th day of April, 2017, a true and correct copy of the foregoing was filed using the Court's CM/ECF system and was served on all counsel or parties of record on the attached Service List by the method indicated.

By: /s/Michael A. Holt
MICHAEL A. HOLT

## SERVICE LIST

William R. Amlon
WRAmlong@TheAmlongFirm.com
Karen Coolman Amlong
KAmlong@TheAmlongFirm.com
Isha Kochhar
IKochhar@TheAmlongFirm.com
**AMLONG & AMLONG, P.A.**
500 Northeast Fourth Street
Fort Lauderdale, FL 33301
Telephone: (954) 462-1983
Facsimile: (954) 523-3192

(Service via CM/ECF)

*Counsel for Plaintiffs*

Michael A. Holt, Esq.
mholt@shb.com
**SHOOK, HARDY & BACON L.L.P.**
Miami Center, Suite 3200
201 South Biscayne Boulevard
Miami, Florida 33131
Telephone: (305) 358-5171
Facsimile: (305) 358-7470

(Service via CM/ECF)

Mark W. Robertson, Esq.
mrobertson@omm.com
**O'MELVENY & MYERS LLP**
Times Square Tower
7 Times Square
New York, New York 10036
Telephone: (212) 326-2000
Facsimile: (212) 326-2061

(Service via Email)

Tristan Morales, Esq.
tmorales@omm.com
**O'MELVENY & MYERS LLP**
1625 Eye Street, Northwest
Washington, District of Colombia 20006
Telephone: (202) 383-5300
Facsimile: (202) 383-5414

(Service via Email)

*Counsel for American Airlines, Inc.*

5