UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO.: 17-cv-60533-MARTINEZ

RODNEY SCOTT PATTERSON,

    Plaintiffs,

vs.

AMERICAN AIRLINES, INC., a Delaware Corporation,

    Defendant.

_____/

**ORDER GRANTING UNOPPOSED MOTION TO APPEAR**
***PRO HAC VICE,* CONSENT TO DESIGNATION AND REQUEST TO**
**ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING**

THIS CAUSE having come before the Court on the Unopposed Motion to Appear *Pro Hac Vice* for Tristan Morales, Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing (the "Motion"), pursuant to the Special Rules Governing the Admission and Practice of Attorneys in the United States District Court for the Southern District of Florida and Section 2B of the CM/ECF Administrative Procedures. This Court having considered the motion and all other relevant factors, it is hereby

**ORDERED AND ADJUDGED** that the Motion is **GRANTED.** Tristan Morales may appear and practice in this action on behalf of American Airlines, Inc. The Clerk shall provide electronic notification of all electronic filings to Tristan Morales at tmorales@omm.com.

**DONE AND ORDERED** in Chambers at Miami, Florida, this _____ day of April, 2017.

_____
**JOSE E. MARTINEZ**
**UNITED STATES DISTRICT JUDGE**

cc:    All Counsel of Record

809025 v1