UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
Case Number: 17-60533-CIV-MARTINEZ-OTAZO-REYES

RODNEY SCOTT PATTERSON,
    Plaintiff,
vs.

AMERICAN AIRLINES, a Delaware
corporation,
    Defendant.
_____/

## ORDER GRANTING MOTIONS TO APPEAR *PRO HAC VICE*

THIS CAUSE came before the Court upon Defendant's Motions for Mark W. Robertson and Tristan Morales to Appear *Pro Hac Vice* and Requests to Electronically Receive Notices of Electronic Filing [ECF Nos. 11, 12]. The Court has considered the motions and has been sufficiently advised. It is hereby:

**ORDERED AND ADJUDGED** that

Defendant's Motions for Mark W. Robertson and Tristan Morales to Appear *Pro Hac Vice* and Requests to Electronically Receive Notices of Electronic Filing [ECF Nos. 11, 12] are hereby **GRANTED**. Designated local counsel, Michael A. Holt, shall, pursuant to Rule 4 of the Local Rules Governing Admission and Practice of Attorneys, be served with all papers in this action and ensure counsel who is appearing *pro hac vice* complies with this Court's orders and all applicable rules. The Clerk is **DIRECTED** to add the following email addresses to the docket, mrobertson@omm.com and tmorales@omm.com, to ensure counsel admitted *pro hac vice* receives all future notices of electronic filing.

DONE AND ORDERED in Chambers at Miami, Florida, this 20 day of April, 2017.

JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Otazo-Reyes; All Counsel of Record