UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

Case No.: 17-60533-CIV-Martinez-Otazo-Reyes

RODNEY SCOTT PATTERSON,

    Plaintiff,

vs.

AMERICAN AIRLINES, a Delaware corporation,

    Defendant.
_____/

**Plaintiff's Certificate of Interested Persons
And Corporate Disclosure Statement**

Plaintiff, Rodney Scott Patterson, hereby submits his Certificate of Interested Parties and Corporate Disclosure Statement as follows:

1. Complete list of persons, associated persons, firms, partnerships or corporations that have a financial interest in the outcome of this case, including all subsidiaries, conglomerates, affiliates, parent corporations, and other identifiable legal entities related to a party.

    a.    Rodney Scott Patterson, Plaintiff;

    b.    William R. Amlong, Attorney for Plaintiff;

    c.    Karen Coolman Amlong, Attorney for Plaintiff;

    d.    Isha Kochhar, Attorney for Plaintiff;

    e.    Amlong & Amlong, P.A., Law Firm for Plaintiff;

   f. American Airlines, Inc., Defendant;

   g. Michael A. Holt, Attorney for Defendant;

   h. Shook, Hardy & Bacon, L.L.P., Law Firm for Defendant;

   i. Mark W. Robertson, Attorney for Defendant;

   j. Tristan Morales, Attorney for Defendant;

   k. O'Melveny & Myers, LLP, Law Firm for Defendant;

 2. Plaintiff is not a corporation and therefore has no corporate disclosure statement to submit.

Respectfully submitted,

/s/ Isha Kochhar
WILLIAM R. AMLONG
Florida Bar No.: 470228
WRAmlong@TheAmlongFirm.com
KAREN COOLMAN AMLONG
Florida Bar No.: 275565
KAmlong@TheAmlongFirm.com
ISHA KOCHHAR
Florida Bar No.: 105294
IKochhar@TheAmlongFirm.com

AMLONG & AMLONG, P.A.
500 Northeast Fourth St., Second Floor
Fort Lauderdale, Florida 33301-1154
(954) 462-1983 (Telephone)

**Counsel for plaintiff,**
 **Rodney Scott Patterson**

**Certificate of Service**

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been furnished by CM/ECF this 21st day of April, 2017 on all counsel or parties of record on the Service List below.

*s/ Isha Kochhar*
ISHA KOCHHAR

## Service List

WILLIAM R. AMLONG
WRAmlong@TheAmlongFirm.com
KAREN COOLMAN AMLONG
KAmlong@TheAmlongfirm.com
ISHA KOCHHAR
IKochhar@TheAmlongFirm.com

**AMLONG & AMLONG, P.A.**
500 Northeast Fourth Street
Second Floor
Fort Lauderdale, Florida 33301
Telephone: (954) 462-1983
Facsimile: (954) 463-5008

*Counsel for Plaintiff*

MICHAEL A. HOLT
mholt@shb.com
**SHOOK, HARDY & BACON L.L.P.**
Miami Center, Suite 3200
201 South Biscayne Boulevard
Miami, Florida 33131
Telephone: (305) 358-5171
Facsimile: (305) 358-7470

MARK W. ROBERTSON, ESQ.
mrobertson@omm.com
**O'MELVENY & MYERS LLP**
Times Square Tower
7 Times Square
New York, New York 10036
Telephone: (212) 326-2000
Facsimile: (212) 326-2061

TRISTAN MORALES
tmorales@omm.com
**O'MELVENY & MYERS LLP**
1625 Eye Street, Northwest
Washington, District of Columbia 20006
Telephone: (202) 383-5300
Facsimile: (202) 383-5414

*Counsel for Defendant*