UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO.: 17-cv-60533-MARTINEZ

RODNEY SCOTT PATTERSON,

    Plaintiff,

vs.

AMERICAN AIRLINES, INC., a Delaware Corporation,

    Defendant.
_____/

## AMERICAN AIRLINES, INC.'S CERTIFICATE OF INTERESTED PARTIES

Pursuant to this Court's Order Requiring Scheduling Report, ECF No. 8, Defendant American Airlines, Inc. files this Certificate of Interested Parties.[1] The following persons, associated persons, firms, partnerships, or corporations may have a financial interest in the outcome of this case including all subsidiaries, conglomerates, affiliates, parent corporations, and other identifiable legal entities related to a party.

**Plaintiff:**

Rodney Scott Patterson

**Attorneys and Law Firms for Plaintiff:**

Karen Coolman Amlong, Esq.
William R. Amlon, Esq.
Isha Kochhar, Esq.
Amlong & Amlong, P.A.

---

[1] American previously filed its Rule 7.1 Corporate Disclosure Statement. *See* ECF No. 10.

809137 v1

**Defendant:**

American Airlines, Inc.

**Attorneys and Law Firms for Defendant:**

Michael A. Holt, Esq.
Tristan Morales, Esq.
Mark W. Robertson, Esq.
O'Melveny & Myers LLP
Shook, Hardy & Bacon L.L.P.

**Entities Related to Defendant:**

Admirals Club, Inc.
Airways Assurance Limited
American Airlines de Mexico, S.A. (Mexico)
American Airlines Group Inc.
American Airlines IP Licensing Holding, LLC
American Airlines Marketing Services LLC
American Airlines Vacations LLC
Dominicana de Servicios Aeroportuarios (DSA), S.R.L. (Dominican Republic)
American Aviation Supply LLC
Americas Ground Services, Inc.
Avion Assurance, Ltd. (Bermuda)
AWHQ LLC
Caribbean Dispatch Services Limited
Eagle Aviation Services, Inc. (St. Lucia)
Envoy Air, Inc.
Envoy Aviation Group Inc.
Executive Airlines, Inc.
Executive Ground Services, Inc.
International Ground Services, S.A. de C.V.
Material Services Company, Inc.
Piedmont Airlines, Inc.
PMA Investment Subsidiary, Inc.
PSA Airlines, Inc.

Dated:  April 21, 2017	Respectfully submitted,

By: /s/ Michael A. Holt
Michael A. Holt
mholt@shb.com
Florida Bar No.: 91156
**SHOOK, HARDY & BACON L.L.P.**
Miami Center, Suite 3200
201 South Biscayne Boulevard
Miami, Florida  33131
Telephone: (305) 358-5171
Facsimile: (305) 358-7470

Mark W. Robertson, Esq.
mrobertson@omm.com
(*Pro hac vice*)
**O'MELVENY & MYERS LLP**
Times Square Tower 7 Times Square
New York, New York 10036
Telephone: (212) 326-2000
Facsimile: (212) 326-2061

Tristan Morales, Esq.
tmorales@omm.com
(*Pro hac vice*)
**O'MELVENY & MYERS LLP**
1625 Eye Street, Northwest
Washington, DC 20006
Telephone: (202) 383-5300
Facsimile: (202) 383-5414

*Attorneys for American Airlines, Inc.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 21st day of April, 2017, a true and correct copy of the foregoing was filed using the Court's CM/ECF system and was served on all counsel or parties of record on the attached Service List by the method indicated.

By: /s/Michael A. Holt
MICHAEL A. HOLT

## SERVICE LIST

| | |
|---|---|
| William R. Amlon<br>WRAmlong@TheAmlongFirm.com<br>Karen Coolman Amlong<br>KAmlong@TheAmlongFirm.com<br>Isha Kochhar<br>IKochhar@TheAmlongFirm.com<br>**AMLONG & AMLONG, P.A.**<br>500 Northeast Fourth Street<br>Fort Lauderdale, FL 33301<br>Telephone: (954) 462-1983<br>Facsimile: (954) 523-3192<br><br>(Service via CM/ECF)<br><br>*Counsel for Plaintiffs* | Michael A. Holt, Esq.<br>mholt@shb.com<br>**SHOOK, HARDY & BACON L.L.P.**<br>Miami Center, Suite 3200<br>201 South Biscayne Boulevard<br>Miami, Florida 33131<br>Telephone: (305) 358-5171<br>Facsimile: (305) 358-7470<br><br>(Service via CM/ECF)<br><br>Mark W. Robertson, Esq.<br>mrobertson@omm.com<br>**O'MELVENY & MYERS LLP**<br>Times Square Tower<br>7 Times Square<br>New York, New York 10036<br>Telephone: (212) 326-2000<br>Facsimile: (212) 326-2061<br><br>(Service via CM/ECF)<br><br>Tristan Morales, Esq.<br>tmorales@omm.com<br>**O'MELVENY & MYERS LLP**<br>1625 Eye Street, Northwest<br>Washington, District of Colombia 20006<br>Telephone: (202) 383-5300<br>Facsimile: (202) 383-5414<br><br>(Service via CM/ECF)<br><br>*Counsel for American Airlines, Inc.* |

4