UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

Case Number: 17-cv-60533-MARTINEZ-OTAZO-REYES

RODNEY SCOTT PATTERSON,

    Plaintiff,

vs.

AMERICAN AIRLINES, INC., a
Delaware Corporation,

    Defendant.
_____/

## Joint Motion to Conduct Scheduling Conference via Telephone or Skype

Plaintiff, Rodney Scott Patterson, and defendant, American Airlines, Inc., request permission to conduct the court-mandated Scheduling Conference via telephone or Skype as follows:

1.    This Court entered an Order Requiring Parties to Meet and File Joint Scheduling Report and Proposed Order and Directing Parties to File Certificates of Interested Parties [DE 8].

2.    Pursuant to ¶4 of said Order, the parties are to meet in-person to a scheduling conference by April 27, 2017.

3.    Counsel for both parties have agreed to conduct the Court-mandated scheduling conference April 27, 2017 at 10:30 A.M., but believe conducting the scheduling conference via telephone or Skype is both efficient and cost-effective to the Parties.

4. Counsel for the Plaintiff works in Broward County and counsel for the Defendant work in Miami-Dade County, Washington, District of Columbia, and New York, New York, which further promotes a need for the Scheduling Conference to be conducted by telephone or Skype.

5. Counsel for the Plaintiff and the Defendant are experienced employment law attorneys and believe they can meet by telephone and effective accomplish those tasks set out in ¶4 of the Court's Order.

WHEREFORE, it is respectfully requested the Court grant permission for the Parties to appear telephonically for the court-mandated scheduling conference.

**[THIS SPACE LEFT INTENTIONALLY BLANK]**

Respectfully Submitted,

/s/ *Isha Kochhar*
WILLIAM R. AMLONG
Florida Bar No.: 470228
WRAmlong@TheAmlongFirm.com
KAREN COOLMAN AMLONG
Florida Bar No.: 275565
KAmlong@TheAmlongFirm.com
ISHA KOCHHAR
Florida Bar No.: 105294
IKochhar@TheAmlongFirm.com

**AMLONG & AMLONG, P.A.**
500 Northeast Fourth Street
Second Floor
Fort Lauderdale, Florida 33301-1154
Telephone: (954) 462-1983
Facsimile: (954) 463-5008

***Attorneys for Plaintiff,
Rodney Scott Patterson***

/s/ *Michael A. Holt*
MICHAEL A. HOLT
Florida Bar No.: 91156
mholt@shb.com

**SHOOK, HARDY & BACON L.L.P.**
Miami Center, Suite 3200
201 South Biscayne Boulevard
Miami, Florida 33131
Telephone: (305) 358-5171
Facsimile: (305) 358-7470

MARK W. ROBERTSON
*(Pro hac vice)*
mrobertson@omm.com

**O'MELVENY & MYERS LLP**
Times Square Tower
7 Times Square
New York, New York 10036
Telephone: (212) 326-2000
Facsimile: (212) 326-2061

Tristan Morales, Esq.
*(Pro hac vice)*
tmorales@omm.com

**O'MELVENY & MYERS LLP**
1625 Eye Street, Northwest
Washington, DC 20006
Telephone: (202) 383-5300
Facsimile: (202) 383-5414

***Attorneys for Defendant,
American Airlines, Inc.***

## Certificate of Service

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been furnished by CM/ECF this 25th day of April, 2017 on all counsel or parties of record on the Service List below.

                                                        /s/ Isha Kochhar
                                                       ISHA KOCHHAR

## Service List

WILLIAM R. AMLONG
WRAmlong@TheAmlongFirm.com
KAREN COOLMAN AMLONG
KAmlong@TheAmlongfirm.com
ISHA KOCHHAR
IKochhar@TheAmlongFirm.com

**AMLONG & AMLONG, P.A.**
500 Northeast Fourth Street
Second Floor
Fort Lauderdale, Florida 33301
Telephone: (954) 462-1983
Facsimile: (954) 463-5008

***Attorneys for Plaintiff,
Rodney Scott Patterson***

MICHAEL A. HOLT
mholt@shb.com
**SHOOK, HARDY & BACON L.L.P.**
Miami Center, Suite 3200
201 South Biscayne Boulevard
Miami, Florida 33131
Telephone: (305) 358-5171
Facsimile: (305) 358-7470

MARK W. ROBERTSON, ESQ.
mrobertson@omm.com
*(Pro hac vice)*
**O'MELVENY & MYERS LLP**
Times Square Tower
7 Times Square
New York, New York 10036
Telephone: (212) 326-2000
Facsimile: (212) 326-2061

TRISTAN MORALES
tmorales@omm.com
*(Pro hac vice)*
**O'MELVENY & MYERS LLP**
1625 Eye Street, Northwest
Washington, District of Columbia 20006
Telephone: (202) 383-5300
Facsimile: (202) 383-5414

***Attorneys for Defendant,
American Airlines, Inc.***