UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Fort Lauderdale Division

Case Number: 17-cv-60533-MARTINEZ

RODNEY SCOTT PATTERSON,

   Plaintiff,

vs.

AMERICAN AIRLINES, INC.,

   Defendant.

_____/

**Plaintiff's Unopposed Motion to Extend Pre-Trial Deadlines**

Plaintiff, Rodney Scott Patterson, pursuant to Federal Rule of Civil Procedure 6(b) and United States District Court for the Southern District of Florida Rule 16.1, moves for entry of an order extending pre-trial deadlines as detailed below, and as grounds shows:

1.   <u>Nature of the action and status</u>. This is an action brought by Rodney Scott Patterson against his former employer, American Airlines, Inc. for violations under 38 U.S.C. § 4311, the Uniform Services Employment and Reemployment Rights Act ("USERRA"). This case is set for trial during the trial period commencing April 30, 2018 and discovery cut-off is December 21, 2017 [DE 19].

2.   In the interest of judicial economy and economy to both parties, Patterson and American Airlines have agreed to engage in an early mediation, which is currently set for Friday,

December 8, 2017 before the Hon. Joseph P. Farina (Ret.) in Miami, Florida – the first available date the parties were able to secure. The intent of the early mediation is to attempt in good faith to resolve the claims between the parties, without the expense of extensive discovery.

3. <u>Relief requested and the affected deadlines</u>. While the parties have exchanged discovery requests, depositions have not yet taken place. In the event that mediation is not successful, the parties will need time to finalize discovery responses and secure deposition testimony. Accordingly, by this motion, Patterson moves unopposed for an entry of an order extending the discovery cut-off until 45 days beyond mediation, or until January 22, 2018.

4. With a 45-day discovery extension, Patterson anticipates the following existing deadlines to be affected:

| Date | Deadline |
|---|---|
| 10-02-17 | Parties shall exchange expert witness summaries and reports. |
| 11-01-17 | Parties shall exchange rebuttal expert witness summaries and reports. |
| 01-22-18 | All *Daubert,* summary judgment, and other dispositive motions must be filed. |
| 03-16-18 | All Pretrial Motions and Memoranda of Law must be filed. |
| 04-10-18 | Joint Pretrial Stipulation and deposition designation must be filed. The deadlines for objections to deposition designations, counter-designations, and rebuttal designations are set forth in paragraph 5 of this order. |
| 04-23-18 | Proposed jury instructions and/or proposed findings of fact and conclusions of law must be filed. |
| 04-25-18 | Proposed voir dire questions must be filed. |

5. So as to not to disturb this Court's trial schedule, Patterson proposes the following amended pre-trial schedule, which maintains the current trial commencement date:

| | |
|---|---|
| 11-01-17 | Parties shall exchange expert witness summaries and reports. |
| 01-15-17 | Parties shall exchange rebuttal expert witness summaries and reports. |
| 02-22-18 | All *Daubert,* summary judgment, and other dispositive motions must be filed. |
| 04-02-18 | All Pretrial Motions and Memoranda of Law must be filed. |
| 04-16-18 | Joint Pretrial Stipulation and deposition designation must be filed. The deadlines for objections to deposition designations, counter-designations, and rebuttal designations are set forth in paragraph 5 of this order. |
| 04-23-18 | Proposed jury instructions and/or proposed findings of fact and conclusions of law must be filed. Proposed voir dire questions must be filed. |

6. This motion is made in good faith and not for purposes of delay.

WHEREFORE, based on the foregoing good cause stated, plaintiff respectfully requests entry of an order granting this motion, extending the discovery deadline, and granting such other and further relief as this Court deems appropriate.

Local Rule 7.1 Conferral. Plaintiff has conferred with defendant about its position on the relief sought in this motion, including by providing a draft of this motion, and the defendant does not object.

Dated: December 4, 2017

        Respectfully Submitted,

        */s/ Isha Kochhar*
        WILLIAM R. AMLONG
        Florida Bar No.: 470228
        WRAmlong@TheAmlongFirm.com
        KAREN COOLMAN AMLONG
        Florida Bar No.: 275565
        KAmlong@TheAmlongFirm.com
        ISHA KOCHHAR
        Florida Bar No.: 105294
        IKochhar@TheAmlongFirm.com

        AMLONG & AMLONG, P.A.
        500 Northeast Fourth Street
        Second Floor
        Fort Lauderdale, Florida 33301
        Telephone: (954) 462-1983
        Facsimile: (954) 463-5008

        ***Attorneys for Plaintiff,***
            ***Rodney Scott Patterson***

### Certificate of Service

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been furnished by electronic delivery this 4th day of December, 2017 on all counsel or parties of record on the Service List below.

        */s/ Isha Kochhar*
        ISHA KOCHHAR

## Service List

WILLIAM R. AMLONG
WRAmlong@TheAmlongFirm.com
KAREN COOLMAN AMLONG
KAmlong@TheAmlongfirm.com
ISHA KOCHHAR
IKochhar@TheAmlongFirm.com

AMLONG & AMLONG, P.A.
500 Northeast Fourth Street
Second Floor
Fort Lauderdale, Florida 33301
Telephone: (954) 462-1983
Facsimile: (954) 463-5008

*Attorneys for Plaintiff,*
 *Rodney Scott Patterson*

MICHAEL A. HOLT
mholt@shb.com
SHOOK, HARDY & BACON LLP
Miami Center, Suite 3200
201 South Biscayne Boulevard
Miami, Florida 33131
Telephone: (305) 358-5171
Facsimile: (305) 358-7470

MARK W. ROBERTSON
mrobertson@omm.com
*(Pro hac vice)*
O'MELVENY & MYERS LLP
Times Square Tower
7 Times Square
New York, New York 10036
Telephone: (212) 326-2000
Facsimile: (212) 326-2061

TRISTAN MORALES
tmorales@omm.com
*(Pro hac vice)*
**O'MELVENY & MYERS LLP**
1625 Eye Street, Northwest
Washington, District of Columbia 20006
Telephone: (202) 383-5300
Facsimile: (202) 383-5414

*Attorneys for Defendant,*
 *American Airlines, Inc.*