UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Fort Lauderdale Division

*RODNEY SCOTT PATTERSON,*   CASE NUMBER: 1:17-CV-60533
                            MARTINEZ
**Plaintiff,**

vs.

*AMERICAN AIRLINES, INC.*
*a Delaware Corporation*

*Defendant.*

_____

## Mediator's Report

COMES NOW the undersigned JAMS mediator/neutral who reports to the Court that the parties mediated the above-captioned case. The mediator/neutral reports that:

____   The parties entered into an agreement.
__X__  **The parties were unable to reach an agreement and the case is at an impasse.**
____   Other: _____

Joseph P. Farina
JAMS Mediator/Neutral
January 2, 2018

*Copies furnished to:*
  *All Parties*
  *Clerk of Court*
  *Presiding Judge*