UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO.: 1:17-cv-60533-JEM

RODNEY SCOTT PATTERSON,

    Plaintiffs,

vs.

AMERICAN AIRLINES, INC., a Delaware
Corporation,

    Defendant.

_____/

## JOINT MOTION TO EXTEND DEADLINES

Plaintiff Rodney Scott Patterson and Defendant American Airlines, Inc. ("American") jointly and respectfully move this Court for an order extending the deadlines set forth in this Court's May 9, 2017 Order (ECF No. 19) (the "May 9 Order"), as detailed below:

1. This is an action brought by Plaintiff against American under the Uniformed Services Employment and Reemployment Rights Act ("USERRA"), 38 U.S.C. 4301 §§ et seq. Pursuant to this Court's May 9 Order, this case is currently set for trial on April 30, 2018. The parties jointly agree that there are compelling circumstances for a reasonable extension of this trial date, and that a reasonable extension of accompanying deadlines set forth in the May 9 Order would advance the just, speedy, and inexpensive final determination of this action. *See* Fed. R. Civ. P. 1.

2. In the interests of judicial economy and the interests of the parties, the parties recently engaged in an early mediation. The Honorable Joseph P. Farina (Ret.) conducted an in-person mediation session on December 8, 2017 in Miami, Florida. On January 2, 2018, he

submitted a final mediation report to this Court, stating that the case did not settle. (ECF No. 22.)

3.  The parties had agreed to defer certain discovery in light of the early mediation in an effort to avoid unnecessary expenditures of time and resources. Deponents in this action are located in various locations across the country, requiring potentially-extensive travel to take and defend depositions. Now that the mediation process has concluded without a settlement, the parties are working diligently to complete discovery; but, additional time will be needed to complete this process. The deposition schedule was also delayed this week on the basis of a sudden medical issue for Plaintiff. Dispositive motions cannot be fully briefed or filed under the current deadlines in light of the outstanding discovery.

4.  The parties believe that there are compelling circumstances for a reasonable amendment to the trial date, and the accompanying pre-trial deadlines, in order to allow the parties to fully address important issues that are to be presented in this matter. The parties believe that the amended schedule below would serve the interests of this Court, a jury at trial, and the parties.

4.  The parties jointly propose the following amended schedule, which includes an amended trial date of June 27, 2018:

|  | Current Date (May 9 Order) | Proposed Date |
| --- | --- | --- |
| Parties exchange expert witness summaries and reports. | October 2, 2017 | November 1, 2017 |
| Parties exchange rebuttal expert witness summaries and reports. | November 1, 2017 | February 1, 2018 |
| All discovery, including expert discovery, shall be completed. | December 21, 2017 | February 16, 2018 |
| Parties shall exchange written lists containing the names and addresses of all witnesses intended to be called at trial and only those witnesses listed shall be permitted to testify. | October 12, 2017 | February 1, 2018 |

| | | |
|---|---|---|
| All *Daubert*, summary judgment, and other dispositive motions must be filed. | January 22, 2018 | March 19, 2018 |
| All Pretrial Motions and Memoranda of Law must be filed. | March 16, 2018 | May 25, 2018 |
| Joint Pretrial Stipulation and deposition designations must be filed. | April 10 , 2018 | June 5, 2018 |
| Proposed jury instructions and/or proposed findings of fact and conclusions of law must be filed. | April 23, 2018 | June 18, 2018 |
| Proposed voir dire questions must be filed. | April 25, 2018 | June 20, 2018 |
| Calendar call | April 26, 2018 | June 21, 2018 |
| Trial | April 30, 2018 | June 27, 2018 |

5. Plaintiff previously filed a December 4, 2017 Unopposed Motion to Extend Pre-Trial Deadlines (ECF No. 21), which has remained before the Court. The parties have now agreed, in light of subsequent developments since that motion was filed, to jointly request that this Court adopt the amended deadlines in the present motion, as such deadlines would advance the just, speedy, and inexpensive final determination of this action. *See* Fed. R. Civ. P. 1.

6. Pursuant to Local Rule 7.1(a)(3), the parties have conferred and agreed to jointly submit this motion.

Dated: January 12, 2018 Respectfully submitted,

/s/ Isha Kochar
William R. Amlong
WRAmlong@TheAmlongFirm.com
Karen Coolman Amlong
KAmlong@TheAmlongFirm.com
Isha Kochhar
IKochhar@TheAmlongFirm.com
**AMLONG & AMLONG, P.A.** 500 Northeast Fourth Street
Fort Lauderdale, FL 33301
Telephone: (954) 462-1983
Facsimile: (954) 523-3192

(Service via Email)

*Counsel for Plaintiffs*

/s/ Michael A. Holt
Michael A. Holt, Esq.
mholt@shb.com
**SHOOK, HARDY & BACON L.L.P.**
Miami Center, Suite 3200
201 South Biscayne Boulevard Miami, Florida 33131
Telephone: (305) 358-5171
Facsimile: (305) 358-7470

Mark W. Robertson, Esq.
mrobertson@omm.com
(*Pro Hac Vice*)
**O'MELVENY & MYERS LLP**
Times Square Tower 7 Times Square
New York, New York 10036
Telephone: (212) 326-2000
Facsimile: (212) 326-2061

Tristan Morales, Esq.
tmorales@omm.com
(Pro hac vice)
**O'MELVENY & MYERS LLP**
1625 Eye Street, Northwest
Washington, DC 20006
Telephone: (202) 383-5300
Facsimile: (202) 383-5414

*Counsel for American Airlines, Inc.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 12th day of January, 2018, a true and correct copy of the foregoing was served on all counsel or parties of record on the attached Service List by the method indicated.

                                                By: Michael A. Holt.
                                                    MICHAEL A. HOLT

## SERVICE LIST

William R. Amlong
WRAmlong@TheAmlongFirm.com
Karen Coolman Amlong
KAmlong@TheAmlongFirm.com
Isha Kochhar
IKochhar@TheAmlongFirm.com
**AMLONG & AMLONG, P.A.**
500 Northeast Fourth Street
Fort Lauderdale, FL 33301
Telephone: (954) 462-1983
Facsimile: (954) 523-3192

(Service via ECF)

*Counsel for Plaintiffs*

Michael A. Holt, Esq.
mholt@shb.com
**SHOOK, HARDY & BACON L.L.P.**
Miami Center, Suite 3200
201 South Biscayne Boulevard
Miami, Florida 33131
Telephone: (305) 358-5171
Facsimile: (305) 358-7470

Mark W. Robertson, Esq.
mrobertson@omm.com
(*Pro Hac Vice*)
**O'MELVENY & MYERS LLP**
Times Square Tower
7 Times Square
New York, New York 10036
Telephone: (212) 326-2000
Facsimile: (212) 326-2061

Tristan Morales, Esq.
tmorales@omm.com
(Pro hac vice)
**O'MELVENY & MYERS LLP**
1625 Eye Street, Northwest
Washington, DC 20006
Telephone: (202) 383-5300
Facsimile: (202) 383-5414

*Counsel for American Airlines, Inc.*