UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

Case Number: 17-60533-CIV-MARTINEZ-OTAZO-REYES

RODNEY SCOTT PATTERSON,

    Plaintiff,

vs.

AMERICAN AIRLINES, INC., a Delaware Corporation,

    Defendant.

_____/

## ORDER REVISING SCHEDULING ORDER

THIS CAUSE came before the Court upon the parties' Joint Motion to Extend Deadlines [ECF No. 23]. After careful consideration, it is hereby:

**ORDERED AND ADJUDGED** that:

1. The parties' Joint Motion to Extend Deadlines [ECF No. 23] is **GRANTED, in part**, as set forth herein.

2. The previous calendar call and trial dates are hereby **CANCELLED**. Trial is rescheduled to commence during the two-week period beginning **Monday, July 9, 2018, at 9:30 a.m.**, with calendar call commencing on **Thursday, July 5, 2018, at 1:30 p.m.**

3. The following pretrial deadlines are reset:

| | |
|---|---|
| 3-21-2018 | Parties shall exchange written lists containing the names and addresses of all witnesses intended to be called at trial and only those witnesses listed shall be permitted to testify. |
| 4-2-2018 | Parties shall exchange rebuttal expert witness summaries and reports. |
| Note: | These provisions pertaining to expert witnesses do not apply to treating physicians, psychologists or other health providers. |
| 4-25-2018 | All discovery, including expert discovery, shall be completed. |
| 4-30-2018 | All *Daubert* motions must be filed. All summary judgment and |

|  |  |
|---|---|
|  | other dispositive motions must be filed. |
| Note: | In the event that there are any unresolved discovery motions pending fifteen days prior to this date, the moving party shall immediately advise the Court of all such unresolved motions together with their status. |
| 6-11-2018 | All pretrial motions and memoranda of law,[1] such as motions in limine, must be filed. |
| 6-19-2018 | Joint Pretrial Stipulation and deposition designations must be filed. The deadlines for objections to deposition designations, counter-designations, and rebuttal designations are set forth in paragraph 5 of the Court's scheduling order [ECF No. 19]. |
| 7-2-2018 | Proposed joint jury instructions, proposed joint verdict form, and/or proposed findings of fact and conclusions of law must be filed. |
| 7-5-2018 | Proposed voir dire questions must be filed. |

4. The Court's scheduling order [ECF No. 19] shall otherwise remain in full force and effect.

DONE AND ORDERED in Chambers at Miami, Florida, this 16 day of January, 2018.

_____
JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Otazo-Reyes
All Counsel of Record

---

[1] This deadline does not pertain to *Daubert* motions or dispositive motions, including summary judgment motions, as a specific deadline has already been provided for these motions.