UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Fort Lauderdale Division

Case Number.: 17-cv-60533-Martinez

RODNEY SCOTT PATTERSON,

   Plaintiff,

vs.

AMERICAN AIRLINES, INC., a
Delaware corporation,

   Defendant.
_____/

**Plaintiff's Motion to Compel Production of Documents**

Plaintiff, Rodney Scott Patterson, moves for entry of an order compelling defendant to produce documents responsive to Plaintiff's First Request for Production and shows as grounds:

**Background**

This is an action brought by Rodney Scott Patterson against his employer, American Airlines, Inc., for violations under 38 U.S.C. § 4311, the Uniform Services Employment and Reemployment Rights Act ("USERRA"). This case is set for trial during the trial period commencing July 9, 2018. Discovery cut-off is April 25, 2018.

Plaintiff propounded written discovery on October 29, 2017. On December 22, 2017, pursuant to the parties' agreement, Defendant provided

its responses to Plaintiff's First Set of Interrogatories and Plaintiff's First Request for Production. Since then, the parties have engaged in significant conferral efforts and have resolved most issues, but have arrived at an impasse regarding one of plaintiff's requests for production on which plaintiff files this motion.

## Argument

The standard provided by the Federal Rules of Civil Procedure is that

> Parties may obtain discovery regarding any non-privileged matter that is relevant to any party's claim or defenses — including the existence, description, nature, custody, condition, and location of any documents or other tangible things and the identity and location of persons who know of any discoverable matter. For good cause, the court may order discovery of any matter relevant to the subject matter involved in the action. Relevant information need not be admissible at trial if the discovery appears reasonably calculated to lead to the discovery of admissible evidence. . . .

Fed. R. Civ. P. 26(b)(1).

The request and response at issue are as follows:

**Request No. 13:** The result of any fitness-for-duty examinations performed on any of plaintiff's employee from September 2010 by John Knippa, Ph.D.

**Response to Request No. 13:** American objects to Request No. 13 insofar as it is vague and ambiguous as to the term "any of plaintiff's employee." Based on this objection, American states that it does not intend to produce any documents in response to Request No. 13.

Following conferral efforts, plaintiff clarified his request to reflect that he sought Knippa's examinations on defendant's employees, and counsel for American indicated it would still object, and updated its response on January 16, 2018 as follows:

> **Amended Response to Request No. 13:** In light of Plaintiff's clarification that the phrase "plaintiff's employee" was intended to address "American's employees," American objects to Request No. 13 on the grounds that the Request, which is not limited to records concerning Plaintiff but instead concerns records of any individual, including private and sensitive medical data of other individuals, is not proportional to the needs of this case. Based on this objection, American states that it does not intend to produce any documents in response to Request No. 13.

Dr. Knippa's fitness-for-duty examination of Mr. Patterson and results thereto are central to this litigation. Mr. Patterson asserts claims for military discrimination stemming from his being placed on leave-with-pay status, subjected to an investigation of a "workplace environment" complaint concerning a past issue, and subsequently grounded after being administered a remarkably flawed "fitness for duty" assessment by American Airlines-chosen Dr. Knippa – all shortly after Mr. Patterson took military leave on September 21, 2015.

Plaintiff seeks Dr. Knippa's fitness-for-duty examinations performed on other American Airlines employees because it is his contention that Knippa was hired with the specific intent to ground Patterson from flight following his taking military leave. Given that at least the Workers' Compensation Court of the State of Montana has discredited Knippa and his opinions when

used by an employer in furtherance of securing baseless opinions, see Bartels v. State Compensation Insurance Fund, 1998 MTWCC 62, WCC No. 9705-7753, plaintiff should be entitled to view all similar tests he has administered on American's employees and at American's request.

## Conclusion

Accordingly, in light of the arguments presented and authorities cited, plaintiff, Rodney Scott Patterson, respectfully requests that the Court grant Plaintiff's Motion to Compel, and such other and further relief as is just.

Respectfully Submitted,

/s/   Isha Kochhar
WILLIAM R. AMLONG
Florida Bar No: 470228
WRAmlong@TheAmlongFirm.com
KAREN COOLMAN AMLONG
Florida Bar No: 275565
KAmlong@TheAmlongFirm.com
ISHA KOCHHAR
Florida Bar No: 105294
IKochhar@TheAmlongFirm.com

AMLONG & AMLONG, P.A.
500 Northeast Fourth Street
Fort Lauderdale, Florida 33301
***Attorneys for Plaintiff,
   Rodney Scott Patterson***

## Certificate of Service

I hereby certify that a true and correct copy of the above was served via the Southern District of Florida's CM/ECF system on this 22nd day of January, 2018 to the individuals listed below.

*/s/ Isha Kochhar*
ISHA KOCHHAR

## Service List

WILLIAM R. AMLONG
WRAmlong@TheAmlongFirm.com
Florida Bar Number 470228
KAREN COOLMAN AMLONG
KAmlong@TheAmlongFirm.com
Florida Bar Number 275565
ISHA KOCHHAR
Florida Bar Number 105294
IKochhar@TheAmlongFirm.com

AMLONG & AMLONG, P.A.
500 Northeast Fourth Street,
Second Floor
Fort Lauderdale, Florida 33301
Tel: (954) 462-1983

**Attorneys for Plaintiff,
Rodney Scott Patterson**

MICHAEL A. HOLT
mholt@shb.com
**SHOOK, HARDY & BACON L.L.P.**
Miami Center, Suite 3200
201 South Biscayne Boulevard
Miami, Florida 33131
Telephone: (305) 358-5171
Facsimile: (305) 358-7470

MARK W. ROBERTSON
mrobertson@omm.com
**O'MELVENY & MYERS LLP**
Times Square Tower
7 Times Square
New York, New York 10036
Telephone: (212) 326-2000
Facsimile: (212) 326-2061

TRISTAN MORALES
tmorales@omm.com
**O'MELVENY & MYERS LLP**
1625 Eye Street, Northwest
Washington, District of Columbia 20006
Telephone: (202) 383-5300
Facsimile: (202) 383-5414

**Attorneys for Defendant,
American Airlines, Inc.**