UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO.: 17-cv-60533-MARTINEZ/OTAZO-REYES

RODNEY SCOTT PATTERSON,

    Plaintiff,

vs.

AMERICAN AIRLINES, INC.,

    Defendant.

_____/

## NOTICE OF DISCOVERY HEARING

**PLEASE TAKE NOTICE** that a hearing will be held before the **Honorable Alicia M. Otazo-Reyes, United States Magistrate Judge,** at the C. Clyde Atkins United States Courthouse, 301 North Miami Avenue, 10th Floor, Miami, Florida 33128, on **Wednesday, February 21, 2018 at 9:30 a.m.**, or as soon thereafter as this matter can be heard. The substance of the matters to be addressed are:

    1.    **Plaintiff's Claim of Privilege Over Documents that Plaintiff Produced.** Plaintiff produced documents—some of which were redacted—and has since claimed that these documents are privileged. American has sequestered the documents pending review by the Court pursuant to Federal Rule of Civil Procedure 26(b)(5)(B). American asks that the Court determine whether the documents were privileged and, if so, whether the privilege has been waived. Pursuant to Rule 26(b)(5)(B), American will make the documents available for review *in camera* and will file the same under seal if requested to do so by the Court.

2. **Determining a Date Certain for Plaintiff's Deposition.** Plaintiff's deposition has been scheduled and cancelled twice with little notice by Plaintiff. Plaintiff has now offered March 6, 2018 for his deposition and American requests that the Court set this as the date certain for Plaintiff's deposition.

### Compliance with Local Rule 7.1(a)(3)

Before filing this Notice of Hearing, counsel for American conferred with Plaintiff's counsel regarding the matters set forth above in a good faith effort to resolve these issues. The parties have been unable to resolve their disputes.

Dated:  February 6, 2018                    Respectfully submitted,

By: /s/  Michael A. Holt
Michael A. Holt
mholt@shb.com
Florida Bar No.: 91156
**SHOOK, HARDY & BACON L.L.P.**
Miami Center, Suite 3200
201 South Biscayne Boulevard
Miami, Florida  33131
Telephone: (305) 358-5171
Facsimile: (305) 358-7470

Mark W. Robertson (*Pro Hac Vice*)
mrobertson@omm.com
**O'MELVENY & MYERS LLP**
Times Square Tower 7 Times Square
New York, New York 10036
Telephone: (212) 326-2000
Facsimile: (212) 326-2061

Tristan Morales (*Pro Hac Vice*)
tmorales@omm.com
**O'MELVENY & MYERS LLP**
1625 Eye Street, Northwest
Washington, DC 20006
Telephone: (202) 383-5300
Facsimile: (202) 383-5414

*Attorneys for American Airlines, Inc.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on February 6, 2018, a true and correct copy of the foregoing document was filed with the Clerk of the Court using the CM/ECF system and a copy was served upon all counsel of record or unrepresented parties on the Service List below by the method indicated.

By: /s/ Michael A. Holt
MICHAEL A. HOLT

## SERVICE LIST

William R. Amlong, Esq.
WRAmlong@TheAmlongFirm.com
Karen Coolman Amlong, Esq.
KAmlong@TheAmlongFirm.com
Isha Kochhar, Esq.
IKochhar@TheAmlongFirm.com
**AMLONG & AMLONG, P.A.**
500 Northeast Fourth Street
Fort Lauderdale, FL 33301
Telephone: (954) 462-1983
Facsimile: (954) 523-3192

(Service via CM/ECF)

*Counsel for Plaintiff*

Michael A. Holt, Esq.
mholt@shb.com
**SHOOK, HARDY & BACON L.L.P.**
Miami Center, Suite 3200
201 South Biscayne Boulevard
Miami, Florida 33131
Telephone: (305) 358-5171
Facsimile: (305) 358-7470

Mark W. Robertson, Esq.
mrobertson@omm.com
**O'MELVENY & MYERS LLP**
Times Square Tower
7 Times Square
New York, New York 10036
Telephone: (212) 326-2000
Facsimile: (212) 326-2061

Tristan Morales, Esq.
tmorales@omm.com
**O'MELVENY & MYERS LLP**
1625 Eye Street, Northwest
Washington, District of Colombia 20006
Telephone: (202) 383-5300
Facsimile: (202) 383-5414

(Service via CM/ECF)

*Counsel for American Airlines, Inc.*