UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO.: 1:17-cv-60533-JEM

RODNEY SCOTT PATTERSON,

    Plaintiff,

vs.

**Plaintiff's Cross-Notice of Discovery Hearing**

AMERICAN AIRLINES, INC., a
Delaware Corporation,

    Defendant.

_____/

    **NOTICE IS HEREBY GIVEN** that a hearing will be held before the Honorable Alicia M. Otazo-Reyes, United States Magistrate Judge, at the C. Clyde Atkins United States Courthouse, 301 North Miami Avenue, 10th Floor, Miami, Florida 33128, on Wednesday, February 21, 2018 at 9:30 a.m. on the following matters:

    1.    **Defendant's Subpoena to Produce Documents, Information or Objects or to Permit Inspection of Premises in a Civil Action directed to 21 Air, LLC.**  American seeks to directly subpoena Mr. Patterson's current employer, 21 Air, LLC, requesting *One*, for pilot Rodney Scott Patterson, employment records from August 1, 2017 through the present, including flight schedules and materials certifying fitness to fly, and *Two*, materials related to Mr. Patterson's flights to or from Venezuela from January 28-February 3, 2018, including any unscheduled aircraft maintenance issues.

American contends the employer is likely to have relevant documents not in plaintiff's possession, documents related to plaintiff's deposition cancellations, and documents related to plaintiff's credibility. Mr. Patterson fears that a subpoena will interfere with his current employment obtained to mitigate his damages and may result in his termination. Plaintiff requests that the Court determine whether Defendant is entitled to subpoena 21 Air, LLC under the relevant circumstances.

2.      **Defendant's Response to Plaintiff's Request for Production related to John Knippa, Ph.D.[1] documents**.   On October 29, 2017, Mr. Patterson propounded written discovery and on December 22, 2017, pursuant to the parties' agreement, American provided its responses.  After significant and continuous conferral efforts, on February 2, 2018, the parties arrived at an impasse with respect to Mr. Patterson's Request for Production No. 13, which seeks the reports of any fitness-for-duty examination John Knippa, Ph.D. has performed on American's employees since September 2010, redacting out employee names and confidential information.  American objects, claiming the request for private and sensitive medical information is not proportional to the needs of the case, and that the proposed redaction of information in the report does not provide a workable solution.  Plaintiff requests that the Court compel production of the requested documents.

---

[1]John Knippa, M.D. was a neuro-psychologist selected by American to perform a medical examination on Mr. Patterson, and after his report was issued, American grounded Mr. Patterson from flying.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been furnished by Electronic Delivery this  16th day of February, 2018 to Michael A. Holt, Esq. mholt@shb.com , SHOOK, HARDY & BACON L.L.P. Miami Center, Suite 3200, 201 South Biscayne Boulevard, Miami, Florida 33131 ;  Mark W. Robertson, Esq. mrobertson@omm.com , O'MELVENY & MYERS LLP, Times Square Tower, 7 Times Square, New York, New York 10036 and Tristan Morales, Esquire, tmorales@omm.com , O'MELVENY & MYERS LLP, 1625 Eye Street, Northwest, Washington, DC 20006.

*/s/ Karen Coolman Amlong*
KAREN COOLMAN AMLONG
Florida Bar No. 275565
KAmlong@TheAmlongfirm.com

**AMLONG & AMLONG, P.A.**
500 Northeast Fourth Street
Second Floor
Fort Lauderdale, Florida 33301
Telephone: (954) 462-1983
Facsimile: (954) 463-5008

***Counsel for Plaintiff***

\\amlong3\cpshare\CPWin\HISTORY\180129_0001\1538.AC