UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

Case Number: 17-cv-60533-MARTINEZ-OTAZO-REYES

| | |
|---|---|
| RODNEY SCOTT PATTERSON,<br><br>    Plaintiff,<br>vs.<br><br>AMERICAN AIRLINES, INC., a<br>Delaware Corporation,<br><br>    Defendant.<br>_____/ | **Notice of Filing Unsworn Declaration of Isha Kochhar, Esquire, Pursuant to 28 U.S.C. § 1746** |

    Plaintiff, Rodney Scott Patterson hereby files Unsworn Declaration of Isha Kochhar, Esquire Pursuant to 28 U.S.C. § 1746.

**(INTENTIONALLY LEFT BLANK)**

Respectfully Submitted,

/s/ William R. Amlong
WILLIAM R. AMLONG
Florida Bar No.: 470228
WRAmlong@TheAmlongFirm.com
KAREN COOLMAN AMLONG
Florida Bar No.: 275565
KAmlong@TheAmlongFirm.com

**AMLONG & AMLONG, P.A.**
500 Northeast Fourth Street
Second Floor
Fort Lauderdale, Florida 33301-1154
Telephone: (954) 462-1983
Facsimile: (954) 463-5008

***Attorneys for Plaintiff,
Rodney Scott Patterson***

/s/ Michael A. Holt
MICHAEL A. HOLT
Florida Bar No.: 91156
mholt@shb.com

**SHOOK, HARDY & BACON L.L.P.**
Miami Center, Suite 3200
201 South Biscayne Boulevard
Miami, Florida 33131
Telephone: (305) 358-5171
Facsimile: (305) 358-7470

MARK W. ROBERTSON
*(Pro hac vice)*
mrobertson@omm.com

**O'MELVENY & MYERS LLP**
Times Square Tower
7 Times Square
New York, New York 10036
Telephone: (212) 326-2000
Facsimile: (212) 326-2061

Tristan Morales, Esq.
*(Pro hac vice)*
tmorales@omm.com

**O'MELVENY & MYERS LLP**
1625 Eye Street, Northwest
Washington, DC 20006
Telephone: (202) 383-5300
Facsimile: (202) 383-5414

***Attorneys for Defendant,
American Airlines, Inc.***

## Certificate of Service

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been furnished by CM/ECF this 21st day of February, 2018 on all counsel or parties of record on the Service List below.

/s/ *William R. Amlong*
William R. Amlong

## Service List

| | |
|---|---|
| WILLIAM R. AMLONG<br>WRAmlong@TheAmlongFirm.com<br>KAREN COOLMAN AMLONG<br>KAmlong@TheAmlongfirm.com<br><br>**AMLONG & AMLONG, P.A.**<br>500 Northeast Fourth Street<br>Second Floor<br>Fort Lauderdale, Florida 33301<br>Telephone: (954) 462-1983<br>Facsimile: (954) 463-5008<br><br>***Attorneys for Plaintiff,***<br>***Rodney Scott Patterson*** | MICHAEL A. HOLT<br>mholt@shb.com<br>**SHOOK, HARDY & BACON L.L.P.**<br>Miami Center, Suite 3200<br>201 South Biscayne Boulevard<br>Miami, Florida 33131<br>Telephone: (305) 358-5171<br>Facsimile: (305) 358-7470<br><br>MARK W. ROBERTSON, ESQ.<br>mrobertson@omm.com<br>*(Pro hac vice)*<br>**O'MELVENY & MYERS LLP**<br>Times Square Tower<br>7 Times Square<br>New York, New York 10036<br>Telephone: (212) 326-2000<br>Facsimile: (212) 326-2061<br><br>TRISTAN MORALES<br>tmorales@omm.com<br>*(Pro hac vice)*<br>**O'MELVENY & MYERS LLP**<br>1625 Eye Street, Northwest<br>Washington, District of Columbia 20006<br>Telephone: (202) 383-5300<br>Facsimile: (202) 383-5414<br><br>***Attorneys for Defendant,***<br>***American Airlines, Inc.*** |

**Unsworn Declaration of Isha Kochhar, Esquire, Pursuant to 28 U.S.C. § 1746,**

State of Florida

County of Broward

Isha Kochhar deposes and says:

1. I make this declaration of my own personal knowledge.

2. I am a member in good standing of The Florida Bar who was admitted in September 2013. I currently am as an associate attorney at The Amlong Firm, assigned to, among other cases, that of <u>Rodney Scott Patterson vs. American Airlines, Inc.</u>, Case No. 17-60533-CIV-Martinez-Otazo-Reyes (S.D. Fla.).

3. In the early morning hours of Friday, January 5, 2018, I produced several hundred documents to American Airlines, Inc. The documents were produced hurriedly, in a good-faith effort to provide defense counsel with documents prior to plaintiff's then-scheduled deposition, set to take place Wednesday, January 10, 2018.

4. In producing the documents, privileged communications between Rodney Scott Patterson and his legal counsel with Allied Pilots Association were inadvertently included, which relate to an ongoing matter between Mr. Patterson and American Airlines, Inc.. These documents are Bates Stamped Patterson_00417 through Patterson_00428 and Patterson_00439 through Patterson_00443.

5. At no time did Mr. Patterson authorize me to waive attorney-client privilege for matters between himself and his legal counsel with Allied Pilots Association. Mr. Patterson has specifically stated that he does not waive any such privilege.

**The Amlong Firm** • 500 Northeast Fourth Street • Fort Lauderdale, FL 33301 • 954.462.1983

6.   The foregoing statements are true and correct.

Executed February 16, 2018 in Fort Lauderdale, Florida.

_____
ISHA KOCHHAR