UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 17-60533-CIV-MARTINEZ/AOR

RODNEY SCOTT PATTERSON,

    Plaintiff,

v.

AMERICAN AIRLINES,
a Delaware corporation,

    Defendant.
_____ /

## ORDER

THIS CAUSE came before the Court upon Defendant American Airlines' ("Defendant") Notice of Discovery Hearing [D.E. 28] and Plaintiff Rodney Scott Patterson's ("Plaintiff") Cross-Notice of Discovery Hearing [D.E. 29]. These matters were referred to the undersigned pursuant to 28 U.S.C. § 636 by the Honorable Jose E. Martinez, United States District Judge [D.E. 19]. The undersigned held a hearing on these matters on February 21, 2018. In accordance with the undersigned's rulings at the hearing, it is

ORDERED AND ADJUDGED as follows:

- ➤ As to Plaintiff's claim of privilege over documents that were produced, the privilege claim is preliminarily sustained. The documents that were inadvertently produced were returned to Plaintiff's counsel in open court. Plaintiff shall serve on Defendant a privilege log for those documents and Defendant may challenge the privilege assertions, if appropriate.

- As to Plaintiff's deposition, the parties shall submit an Agreed Order setting the date of the deposition after Plaintiff's counsel learn the status of their upcoming trial in another matter.

- As to Defendant's subpoena to produce documents directed to Plaintiff's current employer, 21 Air LLC, Plaintiff's objection to the subpoena is sustained. However, Plaintiff shall voluntarily produce to Defendant any fitness-related testing or documentation from his current employment with 21 Air, LLC.

- As to Plaintiff's request for production related to John Knippa, Ph.D. ("Dr. Knippa"), Defendant's objection is sustained subject to the stipulation announced on the record regarding Dr. Knippa's other examinations of American Airlines pilots.

DONE AND ORDERED in Chambers at Miami, Florida, this 21st day of February, 2018.

_____
ALICIA M. OTAZO-REYES
UNITED STATES MAGISTRATE JUDGE

cc:   United States District Judge Jose E. Martinez
      Counsel of Record