UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO.: 17-cv-60533-MARTINEZ/OTAZO-REYES

RODNEY SCOTT PATTERSON,

    Plaintiff,

vs.

AMERICAN AIRLINES, INC.,

    Defendant.
    _____/

**[PROPOSED] AGREED ORDER SETTING DEPOSITION**

**THIS CAUSE** came before the Court following a discovery hearing on February 21, 2018 and the Court's subsequent Order [D.E. 32]. The Court is advised that the parties have mutually agreed to a date for Plaintiff, Rodney Patterson's ("Plaintiff") deposition. It is

**ORDERED AND ADJUDGED** that Plaintiff's deposition shall be taken at the offices of Shook, Hardy & Bacon L.L.P., Miami Center, Suite 3200, 201 South Biscayne Boulevard, Miami, Florida 33131 for deposition on March 6, 2018 at 10:00 a.m. Plaintiff is ordered to appear for his deposition at this time and place absent further order of this Court.

**DONE AND ORDERED** in Chambers at Miami, Florida this ___ day of March, 2018.

                                          **ALICIA M. OTAZO-REYES**
                                          **UNITED STATES MAGISTRATE JUDGE**

cc:    United States District Judge Jose E. Martinez
        Counsel of Record (Service List Attached)

## SERVICE LIST

William R. Amlong, Esq.
WRAmlong@TheAmlongFirm.com
Karen Coolman Amlong, Esq.
KAmlong@TheAmlongFirm.com
**AMLONG & AMLONG, P.A.**
500 Northeast Fourth Street
Fort Lauderdale, FL 33301
Telephone: (954) 462-1983
Facsimile: (954) 523-3192

(Service via CM/ECF)

*Counsel for Plaintiff*

Michael A. Holt, Esq.
mholt@shb.com
**SHOOK, HARDY & BACON L.L.P.**
Miami Center, Suite 3200
201 South Biscayne Boulevard
Miami, Florida 33131
Telephone: (305) 358-5171
Facsimile: (305) 358-7470

(Service via CM/ECF)

Mark W. Robertson, Esq.
mrobertson@omm.com
**O'MELVENY & MYERS LLP**
Times Square Tower
7 Times Square
New York, New York 10036
Telephone: (212) 326-2000
Facsimile: (212) 326-2061

(Service via CM/ECF)

Tristan Morales, Esq.
tmorales@omm.com
**O'MELVENY & MYERS LLP**
1625 Eye Street, Northwest
Washington, District of Colombia 20006
Telephone: (202) 383-5300
Facsimile: (202) 383-5414

(Service via CM/ECF)

*Counsel for American Airlines, Inc.*