UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

Case Number 17-cv-60533-JEM

RODNEY SCOTT PATTERSON,

    Plaintiff,

vs.

AMERICAN AIRLINES, INC., a
Delaware Corporation,

    Defendant.
_____/

### Plaintiff's Notice of Compliance With February 21, 2018 Order (DE 32)

Plaintiff, Rodney Scott Patterson, in compliance with the February 21, 2018 Order (DE 32) re Discovery Hearing, has this date provided the following to Defendant, American Airlines:

21 Air LLC Documents from current employer re fitness-related testing or documentation from his current employment (Patterson_00532 to Patterson_00536)

                            Respectfully Submitted,

                            AMLONG & AMLONG, P.A.
                            Attorney for Plaintiff
                            500 Northeast Fourth Street
                            Second Floor
                            Fort Lauderdale, Florida 33301-1154



**The Amlong Firm** • 500 Northeast Fourth Street • Fort Lauderdale, FL  33301 • 954.462.1983

          (954) 462-1983

          /s/ *Karen Coolman Amlong*
          KAREN COOLMAN AMLONG
          Florida Bar Number 275565
          kamlong@theamlongfirm.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been furnished by   email service   this   1st   day of March, 2018 to Michael A. Holt, Esq. mholt@shb.com , SHOOK, HARDY & BACON L.L.P. Miami Center, Suite 3200, 201 South Biscayne Boulevard, Miami, Florida 33131 ;  Mark W. Robertson, Esq. mrobertson@omm.com ,  O'MELVENY & MYERS LLP,Times Square Tower,7 Times Square, New York, New York 10036 and Tristan Morales, Esquire, tmorales@omm.com , O'MELVENY & MYERS LLP, 1625 Eye Street, Northwest, Washington, DC 20006.

          /s/ *Karen Coolman Amlong*
          KAREN COOLMAN AMLONG

\\amlong3\cpshare\CPWin\HISTORY\180129_0001\1538.B8