## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### Case No.: 1:17-CV-60533-JEM

RODNEY SCOTT PATTERSON

     Plaintiff,

vs.

AMERICAN AIRLINES, INC., a
Delaware Corporation

     Defendant.

_____/

### MOTION TO APPEAR *PRO HAC VICE*,
### CONSENT TO DESIGNATION, AND REQUEST TO
### ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING

In accordance with Local Rules 4(b) of the  Rules Governing the Admission,  Practice,

Peer Review, and Discipline of Attorneys of the United States District Court for the Southern

District of Florida, the undersigned respectfully moves for the admission *pro hac vice* of Noel C.

Pace, Esquire, 206 NW 91ST Street, El Portal, FL, (305) 710-3713, for purposes of appearance as

co-counsel on behalf of plaintiff,  Rodney Scott Patterson, in the above-styled case only, and

pursuant to Rule 2B of the CM/ECF Administrative Procedures, to permit Noel C. Pace, Esquire

to receive electronic filings in this case, and in support thereof states as follows:

1.     Noel C. Pace, Esquire is not admitted to practice in the Southern District of

Florida and is a member in good standing of the New Jersey Bar.

2.     Movant, William R. Amlong, Esquire, of the law firm of Amlong & Amlong, P.A.,

500 NE 4th Street, Fort Lauderdale, FL  33301, (954) 462-1983, is a member in good standing of

The Florida Bar and the United States District Court for the Southern District of Florida and is

authorized to file through the Court's electronic filing system.  Movant consents to be designated

as a member of the Bar of this Court with whom the Court and opposing counsel may readily communicate regarding the conduct of the case, upon whom filings shall be served, who shall be required to electronically file and serve all documents and things that may be filed and served electronically, and who shall be responsible for filing and serving documents in compliance with the CM/ECF Administrative Procedures.  *See* Section 2B of the CM/ECF Administrative Procedures.

3.      In accordance with the local rules of this Court, Noel C. Pace, Esquire has made payment of this Court's $75 admission fee.  A certification in accordance with Rule 4(b) is attached to this motion.

4.      Noel C. Pace, Esquire, by and through designated counsel and pursuant to Section 2B CM/ECF Administrative Procedures, hereby requests the Court to provide Notice of Electronic Filings to Noel C. Pace at email address: noel.c.pace.esq@gmail.com.

5.      Mr. Pace sat for the Florida bar in July 2016, and was notified that he passed September 2016.  On or about January 25, 2017, he filed for a military deferment related to his military duties (command of an 800-person unit), which was granted. By April 2018, when those military duties end, he needs to reactivate his application with the Florida bar.

WHEREFORE, William R. Amlong, moves this Court to enter an Order Noel C. Pace, Esq. to appear before this Court on behalf of Rodney Scott Patterson, Lt. Col, for all purposes relating to the proceedings in the above-styled matter and directing the Clerk to provide notice of electronic filings to Noel C. Pace.

<u>Local Rule 7.1 certificate</u>: Counsel for the plaintiff has conferred with all parties or non-parties who may be affected by the relief sought in the motion in a good faith effort to resolve the issues raised in the motion, including by providing a draft of this motion based on the Court's online sample.  Defendant indicated its position as follows: "the Motion reflects that Mr. Pace resides in this district. Under the Local Rule, "Attorneys residing and practicing within this District are expected to be members of the bar of this Court." S.D. Fla. R. Governing Admission … 4(a). The motion does not explain how or why a local lawyer who is not licensed to practice in Florida could be admitted pro hac vice. There may very well be a simple and logical explanation, but we believe that should appear in the motion. Without that information, we cannot provide our position."

Dated: March 6, 2018.                    Respectfully submitted,

                                         */s/ William R. Amlong*
                                         WILLIAM R. AMLONG
                                         Florida Bar No. 470228
                                         WRAmlong@TheAmlongFirm.com
                                         KAREN COOLMAN AMLONG
                                         Florida Bar No. 275565
                                         KAmlong@TheAmlongFirm.com
                                         AMLONG & AMLONG, P.A.
                                         500 Northeast Fourth Street
                                         Fort Lauderdale, FL   33301
                                         (954) 462-1983
                                         **Counsel for Plaintiff,**
                                         **Rodney Scott Patterson**

### Certificate of Service

I hereby certify that a true and correct copy of the above was served via the Southern District of
Florida's CM/ECF system on this  day to the individuals listed below.

                             */s/ Jennifer Daley for*
                             WILLIAM R. AMLONG

### Service List

WILLIAM R. AMLONG
WRAmlong@TheAmlongFirm.com
Florida Bar Number 470228
KAREN COOLMAN AMLONG
KAmlong@TheAmlongFirm.com
Florida Bar Number 275565
AMLONG & AMLONG, P.A.
500 Northeast Fourth Street,
Second Floor
Fort Lauderdale, Florida 33301
Tel: (954) 462-1983

**Attorneys for Plaintiff,**
        **Rodney Scott Patterson**

MICHAEL A. HOLT
mholt@shb.com
**SHOOK, HARDY & BACON L.L.P.**
Miami Center, Suite 3200
201 South Biscayne Boulevard
Miami, Florida 33131
Telephone: (305) 358-5171 /  358-7470 Fax

MARK W. ROBERTSON
mrobertson@omm.com
**O'MELVENY & MYERS LLP**
Times Square Tower
7 Times Square
New York, New York 10036
Telephone: (212) 326-2000 /  326-2061 Fax

TRISTAN MORALES
tmorales@omm.com
**O'MELVENY & MYERS LLP**
1625 Eye Street, Northwest
Washington, District of Columbia 20006
Telephone: (202) 383-5300 / 383-5414 Fax

**Attorneys for Defendant,**
        **American Airlines, Inc.**

DocuSign Envelope ID: 5333C4E3-97AC-4FE6-8DAB-52117964CD1D

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### Case No.: 1:17-cv-60533-JEM

Rodney Scott Patterson

      Plaintiff,

vs.

American Airlines, Inc., a
Delaware Corporation

      Defendant.

_____/

### CERTIFICATION OF NOEL C. PACE

      Noel C. Pace, Col, Esquire, pursuant to Rule 4(b) of the  Rules Governing the Admission,

Practice, Peer Review, and Discipline of Attorneys, hereby certifies that (1) I have studied the

Local Rules of the United States District Court for the Southern District of Florida; and (2) I am

a member in good standing of the Bar of the State of New Jersey.

<br>

DocuSigned by:

_____    3/5/2018

Noel C. Pace