UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
Case Number: 17-60533-CIV-MARTINEZ-OTAZO-REYES

RODNEY SCOTT PATTERSON,
    Plaintiff,

vs.

AMERICAN AIRLINES, INC., a
Delaware corporation,
    Defendant.
_____/

## ORDER GRANTING MOTION TO APPEAR *PRO HAC VICE*

THIS CAUSE is before the Court upon Plaintiff's Motion to Appear *Pro Hac Vice*, Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing [ECF No. 40]. THE COURT has considered the Motion and has been sufficiently advised. It is **ORDERED AND ADJUDGED** that:

The Motion to Appear *Pro Hac Vice*, Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing [ECF No. 40] is **GRANTED**. Noel C. Pace, Esq. may appear and participate in this action on behalf of Plaintiff. Designated local counsel, William R. Amlong, Esq., shall, pursuant to Rule 4 of the Local Rules Governing Admission and Practice of Attorneys, be served with all papers in this action and ensure counsel who is appearing *pro hac vice* complies with this Court's orders and all applicable rules. The Clerk is **DIRECTED** to add the following email address to the docket, to ensure counsel admitted *pro hac vice* receives all future notices of electronic filing: noel.c.pace.esq@gmail.com.

DONE AND ORDERED in Chambers at Miami, Florida, this __6__ day of March, 2018.

                                                                                                     _____
                                                                                                     JOSE E. MARTINEZ
                                                                                                     UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Otazo-Reyes
All Counsel of Record