UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:17-cv-60533-JEM

RODNEY SCOTT PATTERSON,

    Plaintiff,

vs.

AMERICAN AIRLINES, INC.,
a Delaware corporation,

    Defendants.
_____/

### NOTICE OF STRIKING MOTION TO QUASH SUBPOENA AND/OR MOTION FOR PROTECTIVE ORDER [D.E. 34]

Nonparty, GLENN WHITEHOUSE, by and through undersigned counsel, hereby files this Notice of Striking Motion to Quash Subpoena and/or Motion for Protective Order [D.E. 34] as the parties have subsequently resolved the issues addressed in the Motion. As such, the undersigned respectfully request the hearing scheduled for March 8, 2018 on same be cancelled.

### CERTIFICATE OF SERVICE

I hereby certify that on March 7, 2018, I electronically filed the foregoing document with the clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

    s/Lindsey Wagner
    Lindsey Wagner, Esq.
    Florida Bar No. 86831
    Primary e-mail: LWagner@scottwagnerlaw.com
    Secondary e-mail: mail@scottwagnerlaw.com
    Scott Wagner & Associates, P.A.

SCOTT WAGNER & ASSOCIATES, P.A.
Jupiter Gardens
250 South Central Boulevard
Suite 104-A
Jupiter, FL 33458
Telephone: (561) 653-0008
Facsimile: (561) 653-0020
Secondary Address: 101 Northpoint Parkway
West Palm Beach, FL 33407
www.ScottWagnerLaw.com

**SERVICE LIST**
**CASE NO: 1:17-cv-60533-JEM**

Karen Coolman Amlong, Esq.
Amlong & Amlong, PA
500 NE 4th Street
2nd Floor
Fort Lauderdale, FL 33301-1154
Attorneys for Rodney Scott Patterson
 [Via Electronic Filing generated by CM/ECF]

William Robert Amlong, Esq.
Amlong & Amlong
500 NE 4th Street
2nd Floor
Fort Lauderdale, FL 33301-1154
Attorneys for Rodney Scott Patterson
[Via Electronic Filing generated by CM/ECF]

Isha Kochhar, Esq.
151 SW 91st Avenue #305
Plantation, FL 33324
Attorneys for Rodney Scott Patterson
[Via Electronic Filing generated by CM/ECF]

Mark W. Robertson, Esq.
O'Melveny & Myers, L LP
Times Square Tower
7 Times Square
New York, NY 10036
Attorneys for American Airlines
[Via Electronic Filing generated by CM/ECF]

Tristan Morales, Esq.

O'Melveny & Myers, LLP
1625 Eye Street Northwest
Washington, DC 20006
Attorneys for American Airlines
[Via Electronic Filing generated by CM/ECF]

Michael Aaron Holt, Esq.
Shook, Hardy & Bacon, LLP
201 South Biscayne Boulevard
Suite 3200
Miami, FL 3 3131
Attorneys for American Airlines
[Via Electronic Filing generated by CM/ECF]