UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO.: 1:17-cv-60533-MARTINEZ

RODNEY SCOTT PATTERSON,

    Plaintiff,

vs.

AMERICAN AIRLINES, INC., a Delaware Corporation,

    Defendant.

_____/

**UNOPPOSED MOTION TO APPEAR *PRO HAC VICE*,
CONSENT TO DESIGNATION, AND REQUEST TO
ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING**

    In accordance with Local Rule 4(b) of the Special Rules Governing the Admission and Practice of Attorneys of the United States District Court for the Southern District of Florida, the undersigned respectfully moves for the admission *pro hac vice* of Cameron Cloar-Zavaleta, Esquire, of American Airlines, Inc., 4333 Amon Carter Boulevard, Fort Worth, Texas, 76155 (817) 963-1234, for purposes of appearance as co-counsel on behalf of American Airlines, Inc. in the above-styled case only, and pursuant to Rule 2B of the CM/ECF Administrative Procedures to permit Cameron Cloar-Zavaleta to receive electronic filings in this case, and in support states as follows:

    1.    Cameron Cloar-Zavaleta is not admitted to practice in the Southern District of Florida and is a member in good standing of the State Bars of California, the District of Columbia, and Illinois, and is admitted to practice in the United States District Courts for the Northern,

828258 v1

Central, Southern, and Eastern Districts of California and the United States Court of Appeals for the Ninth Circuit.

2. Movant, Michael A. Holt, Esquire, of the law firm of Shook, Hardy & Bacon LLP, Miami Center, Suite 3200, 201 South Biscayne Boulevard, Miami, Florida 33131, (305) 358-5171, is a member in good standing of the Florida State Bar and the United States District Court for the Southern District of Florida, maintains an office in this State for the practice of law, and is authorized to file through the Court's electronic filing system. Movant consents to be designated as a member of the Bar of this Court with whom the Court and opposing counsel may readily communicate regarding the conduct of the case, upon whom filings shall be served, who shall be required to electronically file all documents and things that may be filed electronically, and who shall be responsible for filing documents in compliance with the CM/ECF Administrative Procedures. *See* Section 2B of the CM/ECF Administrative Procedures.

3. In accordance with the local rules of this Court, Cameron Cloar-Zavaleta has made payment of this Court's $75 admission fee. A certification in accordance with Rule 4(b) is attached.

4. Cameron Cloar-Zavaleta, by and through designated counsel and pursuant to Section 2B CM/ECF Administrative Procedures, hereby requests the Court to provide Notice of Electronic Filings to Cameron.R.Cloar@aa.com.

5. Plaintiff does not object to the relief sought in this motion.

WHEREFORE, Michael A. Holt, moves this Court to enter an Order authorizing Cameron Cloar-Zavaleta to appear before this Court on behalf of American Airlines, Inc. for all

purposes relating to the proceedings in the above-styled matter and directing the Clerk to provide notice of electronic filings to Cameron Cloar-Zavaleta at Cameron.R.Cloar@aa.com.

Dated:  March 8, 2018

Respectfully submitted,

By: /s/ Michael A. Holt
Michael A. Holt
mholt@shb.com
Florida Bar No.: 91156
**SHOOK, HARDY & BACON L.L.P.**
Miami Center, Suite 3200
201 South Biscayne Boulevard
Miami, Florida  33131
Telephone: (305) 358-5171
Facsimile: (305) 358-7470

*Attorneys for American Airlines, Inc.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO.: 1:17-cv-60533-MARTINEZ

RODNEY SCOTT PATTERSON,

    Plaintiffs,
vs.

AMERICAN AIRLINES, INC., a Delaware Corporation,

    Defendant.
_____/

## CERTIFICATION OF CAMERON CLOAR-ZAVALETA

Cameron Cloar-Zavaleta, Esquire, pursuant to Rule 4(b) of the Special Rules Governing the Admission and Practice of Attorneys, hereby certifies that (1) I have studied the Local Rules of the United States District Court for the Southern District of Florida; and (2) I am a member in good standing of the State Bars of California, the District of Columbia, and Illinois, and is admitted to practice in the United States District Courts for the Northern, Central, Southern, and Eastern Districts of California and the United States Court of Appeals for the Ninth Circuit.

                                                  BY: /s/ Cameron Cloar-Zavaleta
                                                        Cameron Cloar-Zavaleta
                                                        Cameron.R.Cloar@aa.com
                                                        **AMERICAN AIRLINES, INC.**
                                                        4333 Amon Carter Blvd.,
                                                        Fort Worth, Texas 76155
                                                        Telephone: (817) 963-1234

828258 v1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 8th day of March, 2018, a true and correct copy of the foregoing was filed using the Court's CM/ECF system and was served on all counsel or parties of record on the attached Service List by the method indicated.

By: /s/Michael A. Holt
MICHAEL A. HOLT

## SERVICE LIST

William R. Amlon
WRAmlong@TheAmlongFirm.com
Karen Coolman Amlong
KAmlong@TheAmlongFirm.com
**AMLONG & AMLONG, P.A.**
500 Northeast Fourth Street
Fort Lauderdale, FL 33301
Telephone: (954) 462-1983
Facsimile: (954) 523-3192

Noel C. Pace, Esq.
noel.c.pace.esq@gmail.com
206 N.W. 91 Street
El Portal, Florida 33150
Telephone: (305) 710-3713

(Service via CM/ECF)

*Counsel for Plaintiffs*

Michael A. Holt, Esq.
mholt@shb.com
**SHOOK, HARDY & BACON L.L.P.**
Miami Center, Suite 3200
201 South Biscayne Boulevard
Miami, Florida 33131
Telephone: (305) 358-5171
Facsimile: (305) 358-7470

Mark W. Robertson, Esq.
mrobertson@omm.com
**O'MELVENY & MYERS LLP**
Times Square Tower
7 Times Square
New York, New York 10036
Telephone: (212) 326-2000
Facsimile: (212) 326-2061

Tristan Morales, Esq.
tmorales@omm.com
**O'MELVENY & MYERS LLP**
1625 Eye Street, Northwest
Washington, District of Colombia 20006
Telephone: (202) 383-5300
Facsimile: (202) 383-5414

(Service via CM/ECF)

*Counsel for American Airlines, Inc.*

828258 v1