UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO.: 17-cv-60533-MARTINEZ

RODNEY SCOTT PATTERSON,

    Plaintiff,

vs.

AMERICAN AIRLINES, INC., a Delaware Corporation,

    Defendant.

_____/

**INITIAL DISCLOSURES OF DEFENDANT AMERICAN AIRLINES, INC.**

Pursuant to Rule 26(a) of the Federal Rules of Civil Procedure, Defendant American Airlines, Inc. ("American") makes the following initial disclosures. The information disclosed represents only that information currently known and available to American following a reasonable and diligent investigation. The information disclosed does not preclude American from later identifying additional individuals likely to have discoverable information or additional relevant documents discovered after further investigation or discovery. American reserves the right to supplement or revise these initial disclosures as permitted under federal and local rules. By making this disclosure of information, American does not waive any objections, claims of privilege, and/or work product protections, or admit to the propriety or accuracy of Plaintiff's allegations regarding substance or procedure.

# Attachment 3

**A.     Individuals**

The following individuals are likely to have discoverable information that American may use to support its defenses:

1. <u>Captain Brian Beach</u>.  Mr. Beach is the Director of Flight for American in Miami and may have information regarding Plaintiff's employment at American, the claims in Plaintiff's Complaint, and American's defenses.

2. <u>Captain Jim Bonds.</u>  Mr. Bonds is a Check Airman for American based in Miami. He was formerly a Chief Pilot in Miami and may have information regarding Plaintiff's employment at American, the claims in Plaintiff's Complaint, and American's defenses.

3. <u>Captain Mark Cronin.</u>  Mr. Cronin is American's Managing Director Line Operations and may have information regarding Plaintiff's employment at American, the claims in Plaintiff's Complaint, and American's defenses.

4. <u>John Knippa.</u>  Dr. Knippa is a neuropsychologist practicing at 1650 Ximeno Avenue #230, Long Beach, California, 90804, (562) 494-3633.  He administered a Fitness for Duty Examination to Plaintiff and may have information regarding the claims in Plaintiff's Complaint and American's defenses.

5. <u>First Officer David Tatum</u>.  Mr. Tatum is a Duty Chief for American based in Dallas and may have information regarding Plaintiff's employment at American, the claims in Plaintiff's Complaint, and American's defenses.

6. <u>Captain Glenn Whitehouse.</u>  Mr. Whitehouse is a Captain for American based in Miami and may have information regarding Plaintiff's employment at American, the claims in Plaintiff's Complaint, and American's defenses.

If you wish to contact any of the American employees listed above, please contact the undersigned counsel.

7. <u>Plaintiff Rodney Scott Patterson</u>.  Mr. Patterson is the Plaintiff in this case and may have information regarding his employment at American, the claims in Plaintiff's Complaint, and American's defenses.

**B.     Documents**

Without waiving any attorney-client privilege, attorney work product protection, or any other applicable privileges or protections, the following documents, which are in the possession, custody, and control of American, may be used by American in support of its defenses:

2

(1) Plaintiff's personnel file; (2) records, notes, memoranda, and other documents related to (a) Plaintiff's employment at American, including fitness for duty examination records, (b) Plaintiff's military and other leave requests, and (c) grievances or administrative or other complaints filed by or concerning Plaintiff; (3) the collective bargaining agreement governing the terms and conditions of Plaintiff's employment at American; (4) policies and procedures pertaining to employees in Plaintiff's position; and (5) policies and procedures relating to American's Rules of Conduct.  All such documents are maintained by American in various locations, in either its local, regional or corporate offices, or in storage facilities.  Without assuming any duty to supplement these disclosures beyond that imposed by Rule 26(e) of the Federal Rules of Civil Procedure, American reserves the right to produce, disclose, or introduce into evidence additional documents that may be discovered later during this litigation or that may otherwise be subsequently identified.

**C.     Damages**

American is not presently asserting any affirmative claim for damages.

**D.     Insurance**

American is unaware of any insurance policies that would satisfy part or all of a judgment in this matter, if any.

Dated:  May 23, 2017                                           Respectfully submitted,

By: /s/ Michael A. Holt
Michael A. Holt
mholt@shb.com
Florida Bar No.: 91156
**SHOOK, HARDY & BACON L.L.P.**
Miami Center, Suite 3200
201 South Biscayne Boulevard
Miami, Florida  33131
Telephone: (305) 358-5171
Facsimile: (305) 358-7470

Mark W. Robertson, Esq.
mrobertson@omm.com
(*Pro hac vice* )
**O'MELVENY & MYERS LLP**
Times Square Tower 7 Times Square
New York, New York 10036
Telephone: (212) 326-2000
Facsimile: (212) 326-2061

Tristan Morales, Esq.
tmorales@omm.com
(*Pro hac vice*)
**O'MELVENY & MYERS LLP**
1625 Eye Street, Northwest
Washington, DC 20006
Telephone: (202) 383-5300
Facsimile: (202) 383-5414

*Attorneys for American Airlines, Inc.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 23, 2017, a true and correct copy of the foregoing document was served via e-mail upon Plaintiff's counsel.

By: /s/Michael A. Holt
MICHAEL A. HOLT

## SERVICE LIST

William R. Amlong
WRAmlong@TheAmlongFirm.com
Karen Coolman Amlong
KAmlong@TheAmlongFirm.com
Isha Kochhar
IKochhar@TheAmlongFirm.com
**AMLONG & AMLONG, P.A.**
500 Northeast Fourth Street
Fort Lauderdale, FL 33301
Telephone: (954) 462-1983
Facsimile: (954) 523-3192

(Service via Email)

*Counsel for Plaintiff*

Michael A. Holt, Esq.
mholt@shb.com
**SHOOK, HARDY & BACON L.L.P.**
Miami Center, Suite 3200
201 South Biscayne Boulevard
Miami, Florida 33131
Telephone: (305) 358-5171
Facsimile: (305) 358-7470

(Service via Email)

Mark W. Robertson, Esq.
mrobertson@omm.com
**O'MELVENY & MYERS LLP**
Times Square Tower
7 Times Square
New York, New York 10036
Telephone: (212) 326-2000
Facsimile: (212) 326-2061

(Service via Email)

Tristan Morales, Esq.
tmorales@omm.com
**O'MELVENY & MYERS LLP**
1625 Eye Street, Northwest
Washington, District of Colombia 20006
Telephone: (202) 383-5300
Facsimile: (202) 383-5414

(Service via Email)

*Counsel for American Airlines, Inc.*

5