| | |
|---|---|
| From: | Bonds, James |
| To: | Scialfa, Sean; Beach, Brian; Mase, Kevin |
| CC: | Rojas, Luis |
| Sent: | 9/24/2015 10:17:04 PM |
| Subject: | Patterson is now on PW |
| Attachments: | Patterson.docx |

PLAINTIFF'S EXHIBIT 16

Jackie, Mark, and Lucretia all have seen the letter and are taking action.

Luis, I will get the letter to you soon. When you get it, please FedEx it to him.



Captain Jim Bonds
Chief Pilot - MIA
James.Bonds@AA.com
305-526-1282 Office | 786-473-1968 Cell

Attachment 6

AA-Patterson-0000581