**Yasmin Harris**

| | |
|---|---|
| **From:** | WSP Server <DBSServer@dbsinfo.net> on behalf of No Reply <DBSServer@dbsinfo.net> |
| **Sent:** | Wednesday, February 28, 2018 2:44 PM |
| **To:** | ypharris@theamlongfirm.com |
| **Subject:** | 2219-00000 PATTERSON, SCOTT vs. American Airlines (WRA/KCA): BPC Status on (Whitehouse, Glenn) |

*** NOTICE: This email was sent from an unmonitored account. Please send any replies to fxcarreras@yahoo.com ***

To: William R. Amlong
    Amlong & Amlong, PA

This is an automated message relating to:
    Our Job Number: 2018000416
    Your Reference Number:
    Party to be Served: Whitehouse, Glenn
    Case Info: Florida 1:17-CV-60533-JEM
       Court Date/Time: Mar 7 2018 10:00AM
     Rodney Scott Patterson vs.
     American Airlines, Inc.

Recipient was SERVED on Feb 16 2018 9:00PM
Type of Service: INDIVIDUAL/PERSONAL

Documents: Subpoena in a Civil Case, Federal Rules of Civil Procedure, Witness Fee Check

Original Service Address: Glenn Whitehouse, Miami International Airport, Miami, FL

Service Details: INDIVIDUALLY/PERSONALLY served by delivering a true copy of the Subpoena in a Civil Case, Federal Rules of Civil Procedure, Witness Fee Check with the date and hour of service endorsed thereon by me, to: Glenn Whitehouse at the address of: Miami International Airport, Miami, FL, and informed said person of the contents therein, in compliance with state statutes.


Thank you,
All Broward Process Corp
fxcarreras@yahoo.com
Phone: (954) 214-5194

More detailed status is available at www.pstprostatus.net

# Attachment 9

1