RETURN TO SERVICE PROCESS

TYPE OF WRIT: SUBP - IN A CIVIL CASE
CASE NO.: 1:17 CV 60533 JEM
COUNTY: Volusia
PLAINTIFF: RODNEY SCOTT PATTERSON
DEFENDANT: AMERICAN AIRLINES INC ETAL
DATE REC'D: 1/9/18   DATE DUE: 2/2/18   TIME: 10:00 AM
DATE SERVED: _____   TIME SERVED: _____
SERVE: Glenn Whitehouse
ADDRESS: 6021 Sanctuary Gardens Bl
CITY/STATE: Port Orange, FL 32128
SERVED UPON: None Served
COMMENTS: 2ND ADDRESS:-
3547 Romeo Pt
New Smyrna Beach, FL   Found in Miami, FL
ATTORNEY: The Armlong Firm
ADDRESS: 500 N.E. 4th Street
CITY/STATE: Fort Lauderdale, FL 33301   PHONE: 954-462-1983

_____ INDIVIDUAL SERVICE: 48.031 By delivering to the within named (defendant/witness) a true copy of this writ, together with attachments, if any; with the date and hour of service endorsed thereon by me.
_____ SUBSTITUTE SERVICE (A): 48.031 (1) By leaving a true copy of this writ and attachments, if any, at the (witness/defendant)'s usual place of abode, with a person residing therein who is fifteen (15) years of age or older and informing this person of the contents.
_____ SUBSTITUTE SERVICE (B): 48.031(2) (a) Served the same on the spouse of the person to be served, away from the residence, at the request of the spouse. This course of action is not adverse to either spouse.
_____ SUBSTITUTE SERVICE (C): 48.031 (2) (b) Served the same on the manager of the sole proprietorship of the person to be served, at his place of business, during regular business hours, after one or more attempts to serve the person were not successful.
_____ SERVICE ON A MINOR: 48.041 Served the same on a parent or guardian named herein as per statute.
_____ CORPORATE SERVICE: 48.081 By delivering a true copy of this writ with attachments, if any, to the person named herein as an officer of said corporation in the absence of any superior officer as defined by statute.
_____ POSTED: By attaching a true copy of this writ with the date and hour of service endorsed thereon together with attachments, if any, on the property described herein after two (2) attempts were made in that the tenant could not be found and there was no person residing therein fifteen (15) years of age or older upon whom service could be made.
_____ WITNESS COORDINATOR: 48.031 (4) (a) By leaving a true copy of this writ with attachments, if any, with a designated person authorized by law to accept this writ for the witness.
__X__ NO SERVICE: After diligent search and inquiry the person named herein could not be located in his county of residence.

Daniella M. Szymanski
Notary Public
State of Florida
My Commission Expires 03/13/2020
Commission No. FF 970567

BY: _____

SWORN AND SUBSCRIBED to before me
this ___ day of Feb 20 18

PERSONALLY KNOWN ☐
PRODUCED IDENTIFICATION ☑
TYPE: FL DL

NOTARY PUBLIC, STATE OF FLORIDA

Attachment 10