

Sender E-Mail:  LWagner@ScottWagnerLaw.com

March 22, 2018

**VIA E-MAIL: wramlong@theamlongfirm.com**
William R. Amlong
500 NE Fourth St.
Second Floor
Fort Lauderdale, FL  33301

Re:   Whitehouse, Glenn vs. American Airlines, Inc.
       21744-188

Dear Mr. Amlong:

Please allow this letter to confirm our earlier statement about Mr. Whitehouse's medical condition. He is currently hospitalized and recovering from surgery, which was performed yesterday. His doctor has advised that his recovery time is six weeks. As such, we do not anticipate his availability for the deposition for at least six weeks. We understand that this timeline may interfere with the current discovery cut off and as such, you have our permission to advise the court and opposing counsel as to the substance of this letter relation to his condition.

Mr. Whitehouse remains agreeable to scheduling his deposition for a mutually agreeable time and place and will continue to keep you updated regarding his medical status and to the extent he is released for activities sooner than six weeks. In the interim, if there is a date in May you would like to tentatively hold for his deposition, please let us know and we will coordinate for his deposition. We appreciate your understand of this situation.


Sincerely


LINDSEY WAGNER
LW:mj

   CC: Karen Amlong (kamlong@theamlongfirm.com); Yasmin Harris
   (ypharris@theamlongfirm.com)

## Attachment 11