

**Arnold J. Weil, MD**
**Anthony R. Grasso, MD**
**David D. Tran, MD**

March 21st, 2018

Patient: Glenn Whitehouse

DOB: 01-26-1964

To Whom It May Concern,

Our patient, Glenn Whitehouse, was first seen in our office on March 9th, 2018 due to severe Low Back pain. At the time of the visit, I diagnosed the patient with Intervertebral Lumbar Disc Disorder and Herniation of the Lumbar Disc with Radiculopathy. Following his first visit, Mr. Whitehouse received a Lumbar Epidural Steroid Injection into his Lumbar Spine in an attempt to alleviate his pain. The patient was seen again in our office on March 19th, 2018 where I felt it necessary for him to be referred out to an Orthopaedic Surgeon. On March 20th, 2018, Mr. Whitehouse was admitted to Wellstar Kennestone Hospital by Orthopaedic Surgeon, Tapan Daftari, MD for surgery on his Lumbar Spine on March 21, 2018. This letter is to inform you that the patient is unable to attend any depositions that he may have until he is cleared after his surgery by Dr. Tapan Daftari.

Sincerely,

*[signature]*

Anthony Grasso, MD

Attachment 12

335 Roselane Street NW  •  Marietta, GA 30060  •  (o) 770.421.1420  •  (f) 770.421.8055
www.lowbackpain.com