| | |
|---|---|
| **From:** | Yasmin Harris |
| **To:** | "Morales, Tristan" |
| **Cc:** | "wramlong@theamlongfirm.com"; "Karen Coolman Amlong"; mrobertson@omm.com; mholt@shb.com; "Jennifer Daley" |
| **Subject:** | RE: PATTERSON, SCOTT vs. American Airlines - Outstanding Depos |
| **Date:** | Thursday, April 12, 2018 5:31:00 PM |

Tristan:

Dr. Knippa's office called to say that Dr. Knippa will be out of town 4/24 and 4/25.  He will touch base with our office on Tuesday or Wednesday of next week.  His office stated that he will be available for deposition in May.

Glenn Whitehouse attorney emailed to say that Whitehouse has a follow up appt. on 4/25 and once he get's his medical clearance and ability to travel she will let me know.  She expects his availability for deposition after May 10 -  what is your availability  week of May 14?

Do you have a date for Cronin and an update on the Corp. Reps? I would like to get the depo notices out for Dr. Knippa, Whitehouse  and Cronin tomorrow.

Once we figure all the depos and schedules we can move to extend the discovery deadline with the court.

Please call me or respond to this email so I can move the file.

Thank you.


**Yasmin P. Harris**
**Telephone 954.462.1983**
**Email: YPHarris@TheAmlongFirm.Com**
**Website: http://www.theamlongfirm.com**


Attachment 14



500 Northeast Fourth Street, Fort Lauderdale, Fl 33301
Confidentiality Notice:  This e-mail and/or any attachment to it contains, or may contain, privileged and confidential information intended only for the use of the individual(s) named in the e-mail.  If you are not the intended recipient, or the person responsible for delivering it to the intended recipient, please permanently delete it from your computer system and promptly notify me.

---

**From:** Morales, Tristan [mailto:tmorales@omm.com]
**Sent:** Thursday, April 12, 2018 10:57 AM
**To:** Yasmin Harris
**Subject:** RE: PATTERSON, SCOTT vs. American Airlines - Whitehouse Depo

Yasmin:  have you received any update on Whitehouse or Knippa deposition scheduling?

Thanks,
Tristan


### O'Melveny

**Tristan Morales**
tmorales@omm.com
O: +1-202-383-5112

O'Melveny & Myers LLP
1625 Eye Street, NW
Washington, DC  20006
Website | LinkedIn | Twitter

*This message and any attached documents contain information from the law firm of O'Melveny & Myers LLP that may be confidential and/or privileged. If you are not the intended recipient, you may not read, copy, distribute, or use this information. If you have received this transmission in error, please notify the sender immediately by reply e-mail and then delete this message.*

---

**From:** Yasmin Harris <ypharris@theamlongfirm.com>
**Sent:** Tuesday, April 10, 2018 10:11 AM
**To:** LWagner@scottwagnerlaw.com; AGibson@scottwagnerlaw.com; MJalm@scottwagnerlaw.com; 'Jennifer Tower' <JTower@scottwagnerlaw.com>
**Cc:** 'Karen Coolman Amlong' <kamlong@theamlongfirm.com>; wramlong@theamlongfirm.com;

mholt@shb.com; Morales, Tristan <tmorales@omm.com>; 'Jennifer Daley' <jdaley@theamlongfirm.com>
**Subject:** PATTERSON, SCOTT vs. American Airlines - Whitehouse Depo

We have a discovery cutoff for April 25.  Please let us know Mr. Whitehouse availability for his deposition.  If he is not available prior to April 25, let us know when he will be available so we can file a motion with the court requesting an extension to depose him.

Thank you.

**Yasmin P. Harris**
**Telephone 954.462.1983**
**Email: YPHarris@TheAmlongFirm.Com**
**Website: http://www.theamlongfirm.com**



500 Northeast Fourth Street, Fort Lauderdale, Fl 33301
Confidentiality Notice:  This e-mail and/or any attachment to it contains, or may contain, privileged and confidential information intended only for the use of the individual(s) named in the e-mail.  If you are not the intended recipient, or the person responsible for delivering it to the intended recipient, please permanently delete it from your computer system and promptly notify me.

---

**From:** Amy Moshier [mailto:amoshier@theamlongfirm.com]
**Sent:** Wednesday, March 28, 2018 9:05 AM
**To:** LWagner@scottwagnerlaw.com; AGibson@scottwagnerlaw.com; MJalm@scottwagnerlaw.com; 'Jennifer Tower'
**Cc:** Karen Coolman Amlong; wramlong@theamlongfirm.com; 'Yasmin Harris'; mholt@shb.com; tmorales@omm.com; Jennifer Daley
**Subject:** The deposition of Glenn Whitehouse scheduled for 3/29/18 will not go forward tomorrow 2219-00000 PATTERSON, SCOTT vs. American Airlines (WRA/KCA):

Dear Counsel:

This confirms that the deposition of Glenn Whitehouse will not go forward tomorrow.  We will be in touch about rescheduling. If you have any questions or concerns, please do not hesitate to call.

Sincerely,



**Amy R. Moshier**

**Certified Paralegal**

500 Northeast Fourth Street • Fort Lauderdale, FL 33301 • 954.462.1983 ext. 18

**Confidentiality Notice:** This e-mail and/or any attachment to it contains, or may contain, privileged and confidential information intended only for the use of the individual(s) named in the e-mail. If you are not the intended recipient, or the person responsible for delivering it to the intended recipient, please permanently delete it from your computer system and promptly notify me at amoshier@theamlongfirm.com.