**John Knippa, Ph.D., ABN**
Clinical Psychology / Neuropsychology
CA PSY8833, UT 93-261633-2501
1680 Ximeno Avenue, Ste 230, Long Beach, CA 90804
562-494-3633   Fax: 562-498-0917

**PLAINTIFF'S EXHIBIT 2**

March 21, 2016

Jeral Ahtone, M.D., AME
Area Medical Director
American Airlines Occupational Health Service
4333 Amon Carter Blvd, Fort Worth, 76155

RE: Rodney "Scott" Patterson
Fitness for Duty Evaluation
Date: 03/16-17/2016

Dear Dr. Ahtone:

Thank you for the referral for Mr. Patterson for FFD evaluation. Attached is the report of findings, along with a statement for charges and a tax reporting form.

Also attached is a Summary of findings. The clinical report is to be maintained in medical records only, not personnel files or supervision or for sharing with nonmedical personnel. The Summary is a functional report suitable for communicating duty status; it can be immediately released to Mr. Patterson.

Please also note clinical concerns. These are to be transmitted through appropriate medical staff to Mr. Patterson and/or his chosen medical provider so that he can pursue those with appropriate knowledge.

Should additional questions arise, please do not hesitate to contact me.

Respectfully Submitted,

John Knippa, Ph.D., FACPN
Diplomate, American Board of Professional Neuropsychology

Attachment 17