**From:**     Amy Moshier
**To:**        "Yasmin Harris"
**Subject:**  FW: Deposition Scheduling 2219-00000 PATTERSON, SCOTT vs. American Airlines (WRA/KCA):
**Date:**     Friday, April 20, 2018 2:33:33 PM

---

**From:** Morales, Tristan [mailto:tmorales@omm.com]
**Sent:** Wednesday, March 21, 2018 5:43 PM
**To:** Amy Moshier
**Cc:** Karen Coolman Amlong; William R. Amlong; mholt@shb.com; Robertson, Mark
**Subject:** Re: Deposition Scheduling 2219-00000 PATTERSON, SCOTT vs. American Airlines (WRA/KCA):

Amy:  I just spoke with Dr Knippa.  He is not available on April 12.  He suggested April 23 or 24.  Does either of those dates work?

Bill noted this afternoon that a response would be forthcoming regarding our letter on the 30(b)(6) issue and current deposition schedule.  We will await that letter for further discussions on scheduling.

Thanks,
Tristan

On Mar 21, 2018, at 5:30 PM, Amy Moshier <amoshier@theamlongfirm.com> wrote:

> Dear Tristan Morales:
>
> This confirms we have agreed to scheduling the deposition of Dr. Knippa on April 12, 2018.  Can you please confirm if American Airlines will be producing him?
>
> Can you also please advise of your availability for the other depositions discussed?
>
> Sincerely,
>
> <image002.jpg>               Amy  R.  Moshier
>
>                               Certified  Paralegal
>
>                               500  Northeast  Fourth  Street  •  Fort  Lauderdale,  FL  33301  •
>
>                               954.462.1983  ext.  18

# Attachment 20

**Confidentiality Notice:**  This e-mail and/or any attachment to it contains, or may contain, privileged and confidential information intended only for the use of the individual(s) named in the e-mail.  If you are not the intended recipient, or the person responsible for delivering it to the intended recipient, please permanently delete it from your computer system and promptly notify me at amoshier@theamlongfirm.com.

---

**From:** Karen Coolman Amlong [mailto:Kamlong@TheAmlongFirm.com]
**Sent:** Tuesday, March 20, 2018 2:56 PM
**To:** 'Morales, Tristan'; 'Yasmin Harris'
**Cc:** 'William R. Amlong'; mholt@shb.com; 'Robertson, Mark'; Amy Moshier
**Subject:** RE: 2nd Request re Dr. Knippa re PATTERSON, SCOTT vs. American Airlines (WRA/KCA):

Tristan:  I'm going to let Bill handle the scheduling and I'll be available whenever I'm not somewhere else.  The 12th is good unless we are in trial.

I'm immersed in other projects the rest of this month.  I'll be doing Knippa but probably not any of the others (unless I do portions of the 30(b)6 depo).

*Karen*

Karen Coolman Amlong
THE AMLONG FIRM
Phone:  (954)-462-1983
eFax: (954)212-8040
kamlong@theamlongfirm.com
<image001.jpg>

500 Northeast Fourth Street, Fort Lauderdale, Fl 33301
Confidentiality Notice:  This e-mail and/or any attachment to it contains, or may contain, privileged and confidential information intended only for the use of the individual(s) named in the e-mail.  If you are not the intended recipient, or the person responsible for delivering it to the intended recipient, please permanently delete it from your computer system and promptly notify me.

---

**From:** Morales, Tristan [mailto:tmorales@omm.com]
**Sent:** Tuesday, March 20, 2018 12:37 PM
**To:** Karen Coolman Amlong; 'Yasmin Harris'
**Cc:** 'William R. Amlong'; mholt@shb.com; Robertson, Mark; Amy Moshier
**Subject:** RE: 2nd Request re Dr. Knippa re PATTERSON, SCOTT vs. American Airlines (WRA/KCA):

Karen:

I'm happy to confer on the date for Knippa -- I'm not sure I'm following the availability information provided below in your email below from Friday. Perhaps conferring tomorrow in connection with the Beach deposition would make the most sense. We could then either finalize April 12 or determine whether another date is necessary. I'm also available today by email or phone.

Thanks,
Tristan

---

**From:** Karen Coolman Amlong [mailto:Kamlong@TheAmlongFirm.com]
**Sent:** Friday, March 16, 2018 8:43 PM
**To:** Morales, Tristan <tmorales@omm.com>; 'Yasmin Harris' <ypharris@theamlongfirm.com>
**Cc:** 'William R. Amlong' <wramlong@theamlongfirm.com>; mholt@shb.com; Robertson, Mark <mrobertson@omm.com>; Amy Moshier <amoshier@theamlongfirm.com>
**Subject:** RE: 2nd Request re Dr. Knippa re PATTERSON, SCOTT vs. American Airlines (WRA/KCA):

Tristan:

Yasmin is trying to wrap things up before leaving for Australia for two weeks (lucky her) so I'm jumping in.

That day works UNLESS we are in trial. We have a case in Miami on remand after an appeal the weeks of April 9 and April 16. Calendar call is April 2. Can you look for dates in the second week and also after 4/20 and let us know Monday and we'll let you know which one is least likely to have to be rescheduled. Thanks.

*Karen*

Karen Coolman Amlong
THE AMLONG FIRM
Phone: (954)-462-1983
eFax: (954)212-8040
kamlong@theamlongfirm.com
<image001.jpg>


500 Northeast Fourth Street, Fort Lauderdale, Fl 33301
Confidentiality Notice: This e-mail and/or any attachment to it contains, or may contain, privileged and confidential information intended only for the use of the individual(s) named in the e-mail. If you are not the intended recipient, or the person responsible for delivering it to the intended recipient, please permanently delete it

from your computer system and promptly notify me.

---

**From:** Morales, Tristan [mailto:tmorales@omm.com]
**Sent:** Friday, March 16, 2018 8:27 PM
**To:** Yasmin Harris
**Cc:** Karen Coolman Amlong; William R. Amlong; mholt@shb.com; Robertson, Mark; Amy Moshier
**Subject:** Re: 2nd Request re Dr. Knippa re PATTERSON, SCOTT vs. American Airlines (WRA/KCA):

Yasmin: would April 12 work for Knippa?

Thanks,
Tristan

On Mar 16, 2018, at 7:51 PM, Yasmin Harris <ypharris@theamlongfirm.com> wrote:

> Hi Tristan:
>
> Can we have a response to my email below.
>
> Thank you.
> **Yasmin P. Harris**
> **Telephone 954.462.1983**
> **Email: YPHarris@TheAmlongFirm.Com**
> **Website: http://www.theamlongfirm.com**
>
> **<image001.jpg>**
> 500 Northeast Fourth Street, Fort Lauderdale, Fl 33301
> Confidentiality Notice: This e-mail and/or any attachment to it contains, or may contain, privileged and confidential information intended only for the use of the individual(s) named in the e-mail. If you are not the intended recipient, or the person responsible for delivering it to the intended recipient, please permanently delete it from your computer system and promptly notify me.

---

> **From:** Yasmin Harris [mailto:ypharris@theamlongfirm.com]
> **Sent:** Tuesday, March 13, 2018 7:16 PM
> **To:** 'tmorales@omm.com'
> **Cc:** 'Karen Coolman Amlong'; 'William Amlong'; 'mholt@shb.com'; 'mrobertson@omm.com'
> **Subject:** Dr. Knippa re PATTERSON, SCOTT vs. American Airlines (WRA/KCA):

> Hi Tristan:

> Can you please let me know your availability for week of April 2 to re-notice Dr. Knippa for deposition.

Thanks.

**Yasmin P. Harris**
**Telephone 954.462.1983**
**Email: YPHarris@TheAmlongFirm.Com**
**Website: http://www.theamlongfirm.com**

**<image001.jpg>**
500 Northeast Fourth Street, Fort Lauderdale, Fl 33301
Confidentiality Notice:  This e-mail and/or any attachment to it contains, or
may contain, privileged and confidential information intended only for the
use of the individual(s) named in the e-mail.  If you are not the intended
recipient, or the person responsible for delivering it to the intended recipient,
please permanently delete it from your computer system and promptly notify
me.