| | |
|---|---|
| **From:** | Morales, Tristan |
| **To:** | Yasmin Harris |
| **Subject:** | RE: PATTERSON, SCOTT vs. American Airlines - Extending Deadlines |
| **Date:** | Wednesday, April 18, 2018 5:36:10 PM |

OK, we will hold those dates.

**From:** Yasmin Harris <ypharris@theamlongfirm.com>
**Sent:** Wednesday, April 18, 2018 5:32 PM
**To:** Morales, Tristan <tmorales@omm.com>
**Subject:** RE: PATTERSON, SCOTT vs. American Airlines - Extending Deadlines

Please hold May 4 for Dr. Knippa and May 14 for Whitehouse. I will forward the motion soon as it's done.

Thanks.

**Yasmin P. Harris**
**Telephone 954.462.1983**
**Email: YPHarris@TheAmlongFirm.Com**
**Website: http://www.theamlongfirm.com**



500 Northeast Fourth Street, Fort Lauderdale, Fl 33301
Confidentiality Notice: This e-mail and/or any attachment to it contains, or may contain, privileged and confidential information intended only for the use of the individual(s) named in the e-mail. If you are not the intended recipient, or the person responsible for delivering it to the intended recipient, please permanently delete it from your computer system and promptly notify me.

**From:** Morales, Tristan [mailto:tmorales@omm.com]
**Sent:** Wednesday, April 18, 2018 5:17 PM
**To:** Yasmin Harris
**Subject:** RE: PATTERSON, SCOTT vs. American Airlines - Extending Deadlines

May 3 or 14 would work for Whitehouse.

Attachment 21

**From:** Morales, Tristan
**Sent:** Wednesday, April 18, 2018 5:04 PM
**To:** 'Yasmin Harris' <ypharris@theamlongfirm.com>
**Subject:** RE: PATTERSON, SCOTT vs. American Airlines - Extending Deadlines

May 4 would be best for Knippa if it works for him.

Please let me know if that works and I can check if May 3 or 14 works for Whitehouse (another attorney will be covering that deposition).

---

**From:** Yasmin Harris <ypharris@theamlongfirm.com>
**Sent:** Wednesday, April 18, 2018 4:56 PM
**To:** Morales, Tristan <tmorales@omm.com>
**Subject:** RE: PATTERSON, SCOTT vs. American Airlines - Extending Deadlines

May 3 and 4 has opened up or we can look into May 14

**Yasmin P. Harris**
**Telephone 954.462.1983**
**Email: YPHarris@TheAmlongFirm.Com**
**Website: http://www.theamlongfirm.com**



500 Northeast Fourth Street, Fort Lauderdale, Fl 33301
Confidentiality Notice:  This e-mail and/or any attachment to it contains, or may contain, privileged and confidential information intended only for the use of the individual(s) named in the e-mail.  If you are not the intended recipient, or the person responsible for delivering it to the intended recipient, please permanently delete it from your computer system and promptly notify me.

---

**From:** Morales, Tristan [mailto:tmorales@omm.com]
**Sent:** Wednesday, April 18, 2018 4:35 PM
**To:** Yasmin Harris
**Subject:** RE: PATTERSON, SCOTT vs. American Airlines - Extending Deadlines

During what week(s)?

**From:** Yasmin Harris <ypharris@theamlongfirm.com>
**Sent:** Wednesday, April 18, 2018 4:30 PM
**To:** Morales, Tristan <tmorales@omm.com>
**Subject:** RE: PATTERSON, SCOTT vs. American Airlines - Extending Deadlines

Tristan:

Can you please forward some proposed dates for Whitehouse and Dr. Knippa.

**Yasmin P. Harris**
**Telephone 954.462.1983**
**Email: YPHarris@TheAmlongFirm.Com**
**Website: http://www.theamlongfirm.com**



500 Northeast Fourth Street, Fort Lauderdale, Fl 33301
Confidentiality Notice:  This e-mail and/or any attachment to it contains, or may contain, privileged and confidential information intended only for the use of the individual(s) named in the e-mail.  If you are not the intended recipient, or the person responsible for delivering it to the intended recipient, please permanently delete it from your computer system and promptly notify me.

---

**From:** Morales, Tristan [mailto:tmorales@omm.com]
**Sent:** Wednesday, April 18, 2018 11:40 AM
**To:** Yasmin Harris
**Subject:** RE: PATTERSON, SCOTT vs. American Airlines - Extending Deadlines

Philadelphia.

---

**From:** Yasmin Harris <ypharris@theamlongfirm.com>
**Sent:** Wednesday, April 18, 2018 11:38 AM
**To:** Morales, Tristan <tmorales@omm.com>
**Subject:** RE: PATTERSON, SCOTT vs. American Airlines - Extending Deadlines

Where is Cronin's depo going to be?  I need to coordinate a court

reporter.

Thanks.

**Yasmin P. Harris**
**Telephone 954.462.1983**
**Email: YPHarris@TheAmlongFirm.Com**
**Website: http://www.theamlongfirm.com**



500 Northeast Fourth Street, Fort Lauderdale, Fl 33301
Confidentiality Notice:  This e-mail and/or any attachment to it contains, or may contain, privileged and confidential information intended only for the use of the individual(s) named in the e-mail.  If you are not the intended recipient, or the person responsible for delivering it to the intended recipient, please permanently delete it from your computer system and promptly notify me.

---

**From:** Morales, Tristan [mailto:tmorales@omm.com]
**Sent:** Wednesday, April 18, 2018 11:26 AM
**To:** Yasmin Harris
**Subject:** RE: PATTERSON, SCOTT vs. American Airlines - Extending Deadlines

Yasmin: one note, I had May 8 as the date for Dallas.

I'm in meetings today but will review the draft joint motion/deadlines when received.

Thanks,
Tristan

---

**From:** Yasmin Harris <ypharris@theamlongfirm.com>
**Sent:** Wednesday, April 18, 2018 11:23 AM
**To:** Morales, Tristan <tmorales@omm.com>
**Cc:** wramlong@theamlongfirm.com; 'Karen Coolman Amlong' <kamlong@theamlongfirm.com>; 'Jennifer Daley' <jdaley@theamlongfirm.com>
**Subject:** RE: PATTERSON, SCOTT vs. American Airlines - Extending Deadlines

Tristan:

I just left you a VM to say Bill is ok with extending all the deadlines.  I need to get dates for Whitehouse and Dr. Knippa so we can plug the dates in the motion along with the Corp. Rep (May 7/Dallas) and Cronin (May 1) deposition that we cleared yesterday.   We will draft the joint motion and send it to you before we file with the court.

I will be in the office today, so you can call or send me some proposed dates.

Thanks.

**Yasmin P. Harris
Telephone 954.462.1983
Email: YPHarris@TheAmlongFirm.Com
Website: http://www.theamlongfirm.com**



500 Northeast Fourth Street, Fort Lauderdale, Fl 33301
Confidentiality Notice:  This e-mail and/or any attachment to it contains, or may contain, privileged and confidential information intended only for the use of the individual(s) named in the e-mail.  If you are not the intended recipient, or the person responsible for delivering it to the intended recipient, please permanently delete it from your computer system and promptly notify me.

---

**From:** Morales, Tristan [mailto:tmorales@omm.com]
**Sent:** Monday, April 16, 2018 8:55 PM
**To:** ypharris@theamlongfirm.com
**Subject:** RE: PATTERSON, SCOTT vs. American Airlines - Outstanding Depos

Yasmin:

If you are available by phone tomorrow, I can provide an update on the available dates for the Cronin and 30(b)(6) depositions.

Thanks,
Tristan

---

**From:** Morales, Tristan
**Sent:** Friday, April 13, 2018 2:19 PM

**To:** 'Yasmin Harris' <ypharris@theamlongfirm.com>
**Cc:** wramlong@theamlongfirm.com; 'Karen Coolman Amlong' <Kamlong@TheAmlongFirm.com>; Robertson, Mark <mrobertson@omm.com>; mholt@shb.com; 'Jennifer Daley' <jdaley@theamlongfirm.com>
**Subject:** RE: PATTERSON, SCOTT vs. American Airlines - Outstanding Depos

Yasmin:

Thanks for the update.

We will have an update for you on Monday.

Thanks,
Tristan

---

**From:** Yasmin Harris <ypharris@theamlongfirm.com>
**Sent:** Thursday, April 12, 2018 5:32 PM
**To:** Morales, Tristan <tmorales@omm.com>
**Cc:** wramlong@theamlongfirm.com; 'Karen Coolman Amlong' <Kamlong@TheAmlongFirm.com>; Robertson, Mark <mrobertson@omm.com>; mholt@shb.com; 'Jennifer Daley' <jdaley@theamlongfirm.com>
**Subject:** RE: PATTERSON, SCOTT vs. American Airlines - Outstanding Depos

Tristan:

Dr. Knippa's office called to say that Dr. Knippa will be out of town 4/24 and 4/25. He will touch base with our office on Tuesday or Wednesday of next week. His office stated that he will be available for deposition in May.

Glenn Whitehouse attorney emailed to say that Whitehouse has a follow up appt. on 4/25 and once he get's his medical clearance and ability to travel she will let me know. She expects his availability for deposition after May 10 - what is your availability week of May 14?

Do you have a date for Cronin and an update on the Corp. Reps? I would like to get the depo notices out for Dr. Knippa, Whitehouse and Cronin tomorrow.

Once we figure all the depos and schedules we can move to extend the discovery deadline with the court.

Please call me or respond to this email so I can move the file.

Thank you.

**Yasmin P. Harris**
**Telephone 954.462.1983**
**Email: YPHarris@TheAmlongFirm.Com**
**Website: http://www.theamlongfirm.com**



500 Northeast Fourth Street, Fort Lauderdale, Fl 33301
Confidentiality Notice:  This e-mail and/or any attachment to it contains, or may contain, privileged and confidential information intended only for the use of the individual(s) named in the e-mail.  If you are not the intended recipient, or the person responsible for delivering it to the intended recipient, please permanently delete it from your computer system and promptly notify me.

---

**From:** Morales, Tristan [mailto:tmorales@omm.com]
**Sent:** Thursday, April 12, 2018 10:57 AM
**To:** Yasmin Harris
**Subject:** RE: PATTERSON, SCOTT vs. American Airlines - Whitehouse Depo

Yasmin:  have you received any update on Whitehouse or Knippa deposition scheduling?

Thanks,
Tristan


### O'Melveny

**Tristan Morales**
tmorales@omm.com
O: +1-202-383-5112

---

O'Melveny & Myers LLP
1625 Eye Street, NW
Washington, DC  20006
Website | LinkedIn | Twitter

*This message and any attached documents contain information from the law firm of O'Melveny & Myers LLP that may be confidential and/or privileged. If you are not the intended recipient, you may not read, copy, distribute, or use this information. If you have received this transmission in error, please notify the sender immediately by reply e-mail and then delete this message.*

**From:** Yasmin Harris <ypharris@theamlongfirm.com>
**Sent:** Tuesday, April 10, 2018 10:11 AM
**To:** LWagner@scottwagnerlaw.com; AGibson@scottwagnerlaw.com; MJalm@scottwagnerlaw.com; 'Jennifer Tower' <JTower@scottwagnerlaw.com>
**Cc:** 'Karen Coolman Amlong' <kamlong@theamlongfirm.com>; wramlong@theamlongfirm.com; mholt@shb.com; Morales, Tristan <tmorales@omm.com>; 'Jennifer Daley' <jdaley@theamlongfirm.com>
**Subject:** PATTERSON, SCOTT vs. American Airlines - Whitehouse Depo

We have a discovery cutoff for April 25.  Please let us know Mr. Whitehouse availability for his deposition.  If he is not available prior to April 25, let us know when he will be available so we can file a motion with the court requesting an extension to depose him.

Thank you.

**Yasmin P. Harris**
**Telephone 954.462.1983**
**Email: YPHarris@TheAmlongFirm.Com**
**Website: http://www.theamlongfirm.com**



500 Northeast Fourth Street, Fort Lauderdale, Fl 33301
Confidentiality Notice:  This e-mail and/or any attachment to it contains, or may contain, privileged and confidential information intended only for the use of the individual(s) named in the e-mail.  If you are not the intended recipient, or the person responsible for delivering it to the intended recipient, please permanently delete it from your computer system and promptly notify me.

**From:** Amy Moshier [mailto:amoshier@theamlongfirm.com]
**Sent:** Wednesday, March 28, 2018 9:05 AM
**To:** LWagner@scottwagnerlaw.com; AGibson@scottwagnerlaw.com; MJalm@scottwagnerlaw.com; 'Jennifer Tower'
**Cc:** Karen Coolman Amlong; wramlong@theamlongfirm.com; 'Yasmin Harris'; mholt@shb.com; tmorales@omm.com; Jennifer Daley

**Subject:** The deposition of Glenn Whitehouse scheduled for 3/29/18 will not go forward tomorrow
2219-00000 PATTERSON, SCOTT vs. American Airlines (WRA/KCA):

Dear Counsel:

This confirms that the deposition of Glenn Whitehouse will not go forward tomorrow. We will be in touch about rescheduling. If you have any questions or concerns, please do not hesitate to call.

Sincerely,



Amy R. Moshier

Certified Paralegal

500 Northeast Fourth Street • Fort Lauderdale, FL 33301 • 954.462.1983

ext. 18

**Confidentiality Notice:** This e-mail and/or any attachment to it contains, or may contain, privileged and confidential information intended only for the use of the individual(s) named in the e-mail. If you are not the intended recipient, or the person responsible for delivering it to the intended recipient, please permanently delete it from your computer system and promptly notify me at amoshier@theamlongfirm.com.