## Morales, Tristan

| | |
|---|---|
| **From:** | Yasmin Harris <ypharris@theamlongfirm.com> |
| **Sent:** | Thursday, December 14, 2017 4:29 PM |
| **To:** | Morales, Tristan |
| **Cc:** | wramlong@theamlongfirm.com; 'Isha Kochhar'; mholt@shb.com; Robertson, Mark |
| **Subject:** | Depositions re  PATTERSON, SCOTT vs. American Airlines |

Dear Tristan:

Dr. Caddy is out of the county the month of December but I will send him an email to check his availability for the first two weeks of January.  I will also confer with Mr. Patterson about his availability for the first two weeks and get back to you by Monday.  The only available dates for the first two weeks in January are: 3, 4 and 9.  Week of the 15th is open at this time.   Depending on everyone's availability including the witnesses we may have to dip into week of 1/22 .  Let me know your availability 3, 4, 9 and week of 1/15.

Also, let us know the witnesses you plan on providing so we can get the subpoenas out early to the witnesses you are not providing.

***Full days***
Captain Jim Bonds
Captain Glen Whitehouse
Brian Beach

***Half days***
Captain Mark Cronin
Dr. John Knippa
Jera Ahtone


We look forward to hearing from you.

**Yasmin P. Harris**
**Telephone 954.462.1983**
**Email: YPHarris@TheAmlongFirm.Com**
**Website: http://www.theamlongfirm.com**


500 Northeast Fourth Street, Fort Lauderdale, Fl 33301

Confidentiality Notice:  This e-mail and/or any attachment to it contains, or may contain, privileged and confidential information intended only for the use of the individual(s) named in the e-mail.  If you are not the intended recipient, or the person responsible for delivering it to the intended recipient, please permanently delete it from your computer system and promptly notify me.