**Morales, Tristan**

| | |
|---|---|
| From: | Yasmin Harris <ypharris@theamlongfirm.com> |
| Sent: | Thursday, February 8, 2018 1:59 PM |
| To: | Morales, Tristan |
| Subject: | RE: Setting Depos - CORRECTION   re RE: 2219-00000 PATTERSON, SCOTT vs. American Airlines |

This is the schedule we have as of now:

March 6 -- Patterson.
March 7:
March 14: Ahtone
March 20: Dayton
March 21: Beach

We have Bonds and Whitehouse to set.  Since everyone will be in Florida for Patterson's depo we could set Whitehouse for 3/7 in New Smyra Beach and pick a new date for Bonds or set Bonds for 3/7 and pick a new date for Whitehouse.

Call me or send me some proposed dates so we can get him on our schedule.

Yasmin P. Harris
Telephone 954.462.1983
Email: YPHarris@TheAmlongFirm.Com
Website: http://www.theamlongfirm.com



500 Northeast Fourth Street, Fort Lauderdale, Fl 33301

Confidentiality Notice:  This e-mail and/or any attachment to it contains, or may contain, privileged and confidential information intended only for the use of the individual(s) named in the e-mail.  If you are not the intended recipient, or the

person responsible for delivering it to the intended recipient, please permanently delete it from your computer system and promptly notify me.

**From:** Morales, Tristan [mailto:tmorales@omm.com]
**Sent:** Thursday, February 08, 2018 1:22 PM
**To:** Yasmin Harris
**Subject:** RE: Setting Depos - CORRECTION re RE: 2219-00000 PATTERSON, SCOTT vs. American Airlines

We have also confirmed Dr. Ahtone for March 14.

March 14: Ahtone
March 20: Dayton (tentative; confirming)
March 21: Beach

# O'Melveny

**Tristan Morales**
tmorales@omm.com
O: +1-202-383-5112

O'Melveny & Myers LLP
1625 Eye Street, NW
Washington, DC  20006
Website | LinkedIn | Twitter

*This message and any attached documents contain information from the law firm of O'Melveny & Myers LLP that may be confidential and/or privileged. If you are not the intended recipient, you may not read, copy, distribute, or use this information. If you have received this transmission in error, please notify the sender immediately by reply e-mail and then delete this message.*

**From:** Morales, Tristan
**Sent:** Thursday, February 8, 2018 12:40 PM
**To:** 'Yasmin Harris' <ypharris@theamlongfirm.com>
**Subject:** RE: Setting Depos - CORRECTION re RE: 2219-00000 PATTERSON, SCOTT vs. American Airlines

Yasmin:

We have confirmed Brian Beach's availability on March 21 (Miami).

We are tentatively holding March 20 with Dr. Dayton and are aiming to confirm that date with him today.

--Tristan

**From:** Yasmin Harris [mailto:ypharris@theamlongfirm.com]
**Sent:** Wednesday, February 7, 2018 10:49 AM
**To:** Morales, Tristan <tmorales@omm.com>
**Subject:** RE: Setting Depos - CORRECTION re RE: 2219-00000 PATTERSON, SCOTT vs. American Airlines

Thanks, Tristan.

**Yasmin P. Harris**
**Telephone 954.462.1983**
**Email: YPHarris@TheAmlongFirm.Com**
**Website: http://www.theamlongfirm.com**



500 Northeast Fourth Street, Fort Lauderdale, Fl 33301

Confidentiality Notice:  This e-mail and/or any attachment to it contains, or may contain, privileged and confidential information intended only for the use of the individual(s) named in the e-mail.  If you are not the intended recipient, or the person responsible for delivering it to the intended recipient, please permanently delete it from your computer system and promptly notify me.

---

**From:** Morales, Tristan [mailto:tmorales@omm.com]
**Sent:** Wednesday, February 07, 2018 10:45 AM
**To:** Yasmin Harris
**Subject:** RE: Setting Depos - CORRECTION re RE: 2219-00000 PATTERSON, SCOTT vs. American Airlines

We will produce Bonds and Ahtone without a subpoena.

--Tristan


# O'Melveny

**Tristan Morales**
tmorales@omm.com
O: +1-202-383-5112

---

O'Melveny & Myers LLP
1625 Eye Street, NW
Washington, DC  20006
Website | LinkedIn | Twitter

*This message and any attached documents contain information from the law firm of O'Melveny & Myers LLP that may be confidential and/or privileged. If you are not the intended recipient, you may not read, copy, distribute, or use this information. If you have received this transmission in error, please notify the sender immediately by reply e-mail and then delete this message.*

**From:** Yasmin Harris [mailto:ypharris@theamlongfirm.com]
**Sent:** Wednesday, February 7, 2018 10:43 AM
**To:** Morales, Tristan <tmorales@omm.com>
**Subject:** RE: Setting Depos - CORRECTION re RE: 2219-00000 PATTERSON, SCOTT vs. American Airlines

Tristan:

I would like to confirm that you will be producing Bonds without a Subpoena.  Beach is under subpoena so I will send you a re-notice.  Ahtone, I will subpoena.

Please try and confirm today.

**Yasmin P. Harris**
**Telephone 954.462.1983**
**Email: YPHarris@TheAmlongFirm.Com**
**Website: http://www.theamlongfirm.com**



500 Northeast Fourth Street, Fort Lauderdale, Fl 33301

Confidentiality Notice:  This e-mail and/or any attachment to it contains, or may contain, privileged and confidential information intended only for the use of the individual(s) named in the e-mail.  If you are not the intended recipient, or the person responsible for delivering it to the intended recipient, please permanently delete it from your computer system and promptly notify me.

**From:** Morales, Tristan [mailto:tmorales@omm.com]
**Sent:** Wednesday, February 07, 2018 9:47 AM
**To:** Yasmin Harris
**Subject:** RE: Setting Depos - CORRECTION re RE: 2219-00000 PATTERSON, SCOTT vs. American Airlines

Yasmin, to confirm, below are the dates I am checking on with Beach, Bonds, and Ahtone.

March 6 -- Patterson.
March 7:

March 14:
March 20:
March 21:

# O'Melveny

**Tristan Morales**

tmorales@omm.com
O: +1-202-383-5112

---

O'Melveny & Myers LLP
1625 Eye Street, NW
Washington, DC  20006
Website | LinkedIn | Twitter

*This message and any attached documents contain information from the law firm of O'Melveny & Myers LLP that may be confidential and/or privileged. If you are not the intended recipient, you may not read, copy, distribute, or use this information. If you have received this transmission in error, please notify the sender immediately by reply e-mail and then delete this message.*

---

**From:** Morales, Tristan
**Sent:** Tuesday, February 6, 2018 6:45 PM
**To:** Yasmin Harris <ypharris@theamlongfirm.com>
**Subject:** Re: Setting Depos - CORRECTION re RE: 2219-00000 PATTERSON, SCOTT vs. American Airlines

Yasmin: one further email, I had March 14, 20, and 21 marked down (not February or April).  That would make the dates: March 6, 7 (maybe 8th) and then 14, 20, and 21.  Is that correct?  Thank you.

On Feb 6, 2018, at 6:17 PM, Yasmin Harris <ypharris@theamlongfirm.com> wrote:

> Correct.
>
> **Yasmin P. Harris**
> **Telephone 954.462.1983**
> **Email: YPHarris@TheAmlongFirm.Com**
> **Website: http://www.theamlongfirm.com**
>
> 
>
> 500 Northeast Fourth Street, Fort Lauderdale, Fl 33301

Confidentiality Notice:  This e-mail and/or any attachment to it contains, or may contain, privileged and confidential information intended only for the use of the individual(s) named in the e-mail.  If you are not the intended recipient, or the person responsible for delivering it to the intended recipient, please permanently delete it from your computer system and promptly notify me.

**From:** Morales, Tristan [mailto:tmorales@omm.com]
**Sent:** Tuesday, February 06, 2018 6:16 PM
**To:** Yasmin Harris; mholt@shb.com; Robertson, Mark
**Cc:** 'William R. Amlong'; 'Karen Coolman Amlong'; BFugate@TheAmlongFirm.com
**Subject:** RE: Setting Depos - CORRECTION re RE: 2219-00000 PATTERSON, SCOTT vs. American Airlines

Thank you Yasmin.  I believe the reference to April (14, 20-21) in your email was intended to be February but am writing to confirm.

Also, please confirm, per our conversation, that the earliest date Mr. Patterson is available for his deposition is March 6, 2018.

--Tristan

**From:** Yasmin Harris [mailto:ypharris@theamlongfirm.com]
**Sent:** Tuesday, February 6, 2018 6:14 PM
**To:** Morales, Tristan <tmorales@omm.com>; mholt@shb.com; Robertson, Mark <mrobertson@omm.com>
**Cc:** 'William R. Amlong' <wramlong@theamlongfirm.com>; 'Karen Coolman Amlong' <kamlong@theamlongfirm.com>; BFugate@TheAmlongFirm.com
**Subject:** RE: Setting Depos - CORRECTION re RE: 2219-00000 PATTERSON, SCOTT vs. American Airlines

Additional dates, March 2 and 5.

**Yasmin P. Harris**
**Telephone 954.462.1983**
**Email: YPHarris@TheAmlongFirm.Com**
**Website: http://www.theamlongfirm.com**



500 Northeast Fourth Street, Fort Lauderdale, Fl 33301

Confidentiality Notice:  This e-mail and/or any attachment to it contains, or may contain, privileged and confidential information intended only for the use of the individual(s) named in the e-mail.  If you are not

the intended recipient, or the person responsible for delivering it to the intended recipient, please permanently delete it from your computer system and promptly notify me.

---

**From:** Yasmin Harris [mailto:ypharris@theamlongfirm.com]
**Sent:** Tuesday, February 06, 2018 6:11 PM
**To:** 'Morales, Tristan'; 'mholt@shb.com'; 'Robertson, Mark'
**Cc:** 'William R. Amlong'; 'Karen Coolman Amlong'; BFugate@TheAmlongFirm.com
**Subject:** RE: Setting Depos re RE: 2219-00000 PATTERSON, SCOTT vs. American Airlines

Hi Tristan:

To reiterate our conversation this evening, we are holding April 14, 20, 21, March 6, 7 and 8 to schedule the outstanding depositions of Patterson, Whitehouse, Beach, Bonds.   I may be able to move things around for March 2 and 6 for Bill and Karen – if that will for you and the witnesses.

I am holding too many dates in their calendar, kindly get back to me tomorrow.

Thank you.

**Yasmin P. Harris**
**Telephone 954.462.1983**
**Email: YPHarris@TheAmlongFirm.Com**
**Website: http://www.theamlongfirm.com**



500 Northeast Fourth Street, Fort Lauderdale, Fl 33301

Confidentiality Notice:  This e-mail and/or any attachment to it contains, or may contain, privileged and confidential information intended only for the use of the individual(s) named in the e-mail.  If you are not the intended recipient, or the person responsible for delivering it to the intended recipient, please permanently delete it from your computer system and promptly notify me.

---

**From:** Yasmin Harris [mailto:ypharris@theamlongfirm.com]
**Sent:** Tuesday, February 06, 2018 3:12 PM
**To:** 'Morales, Tristan'; 'mholt@shb.com'; 'Robertson, Mark'
**Cc:** 'William R. Amlong'; 'Karen Coolman Amlong'; BFugate@TheAmlongFirm.com
**Subject:** Setting Depos re RE: 2219-00000 PATTERSON, SCOTT vs. American Airlines

Tristan:

I have a confirmed date for Scott Patterson deposition.  Please call me to get the all the depositions set/reset in our calendars.

Thanks.

**Yasmin P. Harris**
**Telephone 954.462.1983**
**Email: YPHarris@TheAmlongFirm.Com**
**Website: http://www.theamlongfirm.com**



500 Northeast Fourth Street, Fort Lauderdale, Fl 33301

Confidentiality Notice:  This e-mail and/or any attachment to it contains, or may contain, privileged and confidential information intended only for the use of the individual(s) named in the e-mail.  If you are not the intended recipient, or the person responsible for delivering it to the intended recipient, please permanently delete it from your computer system and promptly notify me.

---

**From:** Yasmin Harris [mailto:ypharris@theamlongfirm.com]
**Sent:** Tuesday, February 06, 2018 12:09 PM
**To:** 'Morales, Tristan'; 'mholt@shb.com'; 'Robertson, Mark'
**Cc:** 'William R. Amlong'; 'Karen Coolman Amlong'; BFugate@TheAmlongFirm.com
**Subject:** RE: Outstanding Depos re RE: 2219-00000 PATTERSON, SCOTT vs. American Airlines

Tristan:

Mr. Patterson has not confirmed a date for his depo.  I will circle back to you soon as I have one.

**Yasmin P. Harris**
**Telephone 954.462.1983**
**Email: YPHarris@TheAmlongFirm.Com**

**Website: http://www.theamlongfirm.com**



500 Northeast Fourth Street, Fort Lauderdale, Fl 33301

Confidentiality Notice:  This e-mail and/or any attachment to it contains, or may contain, privileged and confidential information intended only for the use of the individual(s) named in the e-mail.  If you are not the intended recipient, or the person responsible for delivering it to the intended recipient, please permanently delete it from your computer system and promptly notify me.

**From:** Yasmin Harris [mailto:ypharris@theamlongfirm.com]
**Sent:** Monday, February 05, 2018 2:18 PM
**To:** 'Morales, Tristan'; 'mholt@shb.com'; 'Robertson, Mark'
**Cc:** 'William R. Amlong'; 'Karen Coolman Amlong'
**Subject:** Outstanding Depos re RE: 2219-00000 PATTERSON, SCOTT vs. American Airlines

Tristan:

I was tied up last week, I am reaching out to Mr. Patterson today and will confirm a date for his deposition as well as other depositions that we are holding dates in our respective calendars.  I will give you an update today via email or telephone.

Thank you.

**Yasmin P. Harris
Telephone 954.462.1983
Email: YPHarris@TheAmlongFirm.Com
Website: http://www.theamlongfirm.com**



500 Northeast Fourth Street, Fort Lauderdale, Fl 33301

Confidentiality Notice:  This e-mail and/or any attachment to it contains, or may contain, privileged and confidential information intended only for the use of the individual(s) named in the e-mail.  If you are not the intended recipient, or the person responsible for delivering it to the intended recipient, please permanently delete it from your computer system and promptly notify me.

**From:** Morales, Tristan [mailto:tmorales@omm.com]
**Sent:** Monday, February 05, 2018 1:47 PM
**To:** Yasmin Harris; mholt@shb.com; Robertson, Mark
**Cc:** William R. Amlong; Karen Coolman Amlong; Isha Kochhar
**Subject:** RE: Outstanding Depos re RE: 2219-00000 PATTERSON, SCOTT vs. American Airlines

Yasmin:

We are still holding these dates for depositions (2/27, 2/28 3/1, 3/5 and 3/6), but we now need to confirm the date for Patterson's deposition at an earlier date.  Once we have confirmed Patterson's deposition date -- which we would request we do as promptly as possible -- we can then confirm the other deponents for these other days.  We also now need to reschedule the deposition of Dr. Dayton because of his cancellation.

Thanks,
Tristan

**From:** Yasmin Harris [mailto:ypharris@theamlongfirm.com]
**Sent:** Monday, January 29, 2018 7:29 PM
**To:** Morales, Tristan <tmorales@omm.com>; mholt@shb.com; Robertson, Mark <mrobertson@omm.com>
**Cc:** William R. Amlong <wramlong@theamlongfirm.com>; Karen Coolman Amlong <kamlong@theamlongfirm.com>; Isha Kochhar <ikochhar@theamlongfirm.com>
**Subject:** Outstanding Depos re RE: 2219-00000 PATTERSON, SCOTT vs. American Airlines

Hi Tristan:

Can I have a response to my email below.  I really don't want to wait too long to send out the notices.

Thanks.

**Yasmin P. Harris**
**Telephone 954.462.1983**
**Email: YPHarris@TheAmlongFirm.Com**
**Website: http://www.theamlongfirm.com**



500 Northeast Fourth Street, Fort Lauderdale, Fl 33301

Confidentiality Notice:  This e-mail and/or any attachment to it contains, or may contain, privileged and confidential information intended only for the use of the individual(s) named in the e-mail.  If you are not the intended recipient, or the person responsible for delivering it to the intended recipient, please permanently delete it from your computer system and promptly notify me.

**From:** Yasmin Harris [mailto:ypharris@theamlongfirm.com]
**Sent:** Friday, January 26, 2018 4:39 PM
**To:** tmorales@omm.com; mholt@shb.com; mrobertson@omm.com
**Cc:** 'William Amlong'; 'Karen Coolman Amlong'; 'ikochhar@theamlongfirm.com'
**Subject:** NOTICE OF COURT DOCUMENT re PATTERSON, SCOTT vs. American Airlines

*Hi Tristan:*

*When can I expect confirmation for Beach and Bonds?  I would like to notice Whitehouse when you are in Florida for Beach so you don't have to make two trips.*

*Kindly respond ASAP.*
*Thanks.*
**Yasmin P. Harris**
**Telephone 954.462.1983**
**Email: YPHarris@TheAmlongFirm.Com**
**Website: http://www.theamlongfirm.com**



500 Northeast Fourth Street, Fort Lauderdale, Fl 33301

Confidentiality Notice:  This e-mail and/or any attachment to it contains, or may contain, privileged and confidential information intended only for the use of the individual(s) named in the e-mail.  If you are not the intended recipient, or the person responsible for delivering it to the intended recipient, please permanently delete it from your computer system and promptly notify me.