UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
**Case Number: 17-60533-CIV-MARTINEZ-OTAZO-REYES**

RODNEY SCOTT PATTERSON,
    Plaintiff,

vs.

AMERICAN AIRLINES, INC., a
Delaware corporation,
    Defendant.
_____/

## ORDER REVISING SCHEDULING ORDER AND ORDER OF REFERENCE TO THE MAGISTRATE JUDGE

THIS CAUSE came before the Court upon Plaintiff's Motion to Further Enlarge Time to Complete Depositions of Witnesses Who Have Not Been Available Before the Cutoff [ECF No. 46]. The Court notes that it has already extended the discovery deadline in this matter by four (4) months [ECF No. 25]. Plaintiff requests an extension of the discovery deadline in order to depose (a) Mark Cronin; (b) Michelle Montgomery; (c) Dr. John Knippa; (d) Captain Glenn Whitehouse; and (e) to conduct a Rule 30(b)(6) deposition. Defendant responded in opposition [ECF No. 48]. Defendant's opposition is two-fold. First, Defendant opposes, *in full*, the request for an extension of time to conduct a Rule 30(b)(6) deposition and to depose Mark Cronin and Michelle Montgomery, arguing that Plaintiff has waived the right to depose said deponents as it is contrary to the parties' agreed on deposition schedule and that a Rule 30(b)(6) deposition would be duplicative and disproportionate to the needs of this case. Second, Defendant does not oppose an extension of the discovery deadline to allow Plaintiff to depose Captain Glenn Whitehouse and Dr. John Knippa, neither of who are represented by Defendant, *only if* the Court extends all other deadlines in this action, including the deadline to file summary judgment motions, which will necessarily require this Court to reset the trial date. After careful consideration, it is hereby:

    **ORDERED AND ADJUDGED** that:

    1.    Plaintiff's Motion to Further Enlarge Time to Complete Depositions of Witnesses Who Have Not Been Available Before the Cutoff [ECF No. 46] is **GRANTED, in part**, as set

- 2 -

forth herein.

2.	The Court will again extend the discovery deadline, as well as specific pretrial deadlines and the trial date in this action, as set forth below. However, this extension is to allow Plaintiff to depose **only Captain Glenn Whitehouse and Dr. John Knippa**. This Court will refer the determination of the propriety of the remaining requested depositions to the Magistrate Judge as set forth in Paragraph 6, below. This Court warns the parties that, **absent exigent circumstances, no further extensions or trial continuances will be granted in this action.**

3.	The previous calendar call and trial dates are hereby **CANCELLED**. Trial is rescheduled to commence during the two-week period beginning **Monday, August 20, 2018, at 9:30 a.m.**, with calendar call commencing on **Thursday, August 16, 2018, at 1:30 p.m.**

4.	The following pretrial deadlines are reset:

| | |
|---|---|
| 6-6-2018 | All discovery, including expert discovery, shall be completed. |
| 6-11-2018 | All *Daubert* motions must be filed. All summary judgment and other dispositive motions must be filed. |
| Note: | In the event that there are any unresolved discovery motions pending fifteen days prior to this date, the moving party shall immediately advise the Court of all such unresolved motions together with their status. |
| 7-23-2018 | All pretrial motions and memoranda of law,[1] such as motions in limine, must be filed. |
| 7-31-2018 | Joint Pretrial Stipulation and deposition designations must be filed. The deadlines for objections to deposition designations, counter-designations, and rebuttal designations are set forth in paragraph 5 of the Court's scheduling order [ECF No. 19]. |
| 8-13-2018 | Proposed joint jury instructions, proposed joint verdict form, and/or proposed findings of fact and conclusions of law must be filed. |
| 8-15-2018 | Proposed voir dire questions must be filed. |

5.	The Court's scheduling order [ECF No. 19] shall otherwise remain in full force and effect.

---

[1] This deadline does not pertain to *Daubert* motions or dispositive motions, including summary judgment motions, as a specific deadline has already been provided for these motions.

6. With respect to Plaintiff's request to extend the discovery deadline to allow for a Rule 30(b)(6) deposition and the depositions of Mark Cronin and Michelle Montgomery, this Court will refer this issue to the Magistrate Judge to consider the arguments set forth in Plaintiff's Motion and Defendant's Response thereto. Accordingly, PURSUANT to 28 U.S.C. § 636(b) and the Magistrate Rules of the Local Rules of the Southern District of Florida, the above-captioned cause is referred to United States Magistrate Judge **ALICIA M. OTAZO-REYES** to take all necessary and proper action as required by law with respect to: **All matters relating to Plaintiff's Motion to Further Enlarge Time to Complete Depositions [ECF No. 48]** *only* **with respect to the Rule 30(b)(6) deposition and the depositions of Mark Cronin and Michelle Montgomery**. It is responsibility of the parties in this case to indicate the name of the Magistrate Judge on all motions and related papers referred by this order in the case number caption - CASE NO.: 17-60533-CIV-MARTINEZ-OTAZO-REYES.

DONE AND ORDERED in Chambers at Miami, Florida, this 27 day of April, 2018.

JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Otazo-Reyes
All Counsel of Record