UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO.: 17-cv-60533-MARTINEZ/OTAZO-REYES

RODNEY SCOTT PATTERSON,

    Plaintiff,

vs.

AMERICAN AIRLINES, INC.,

    Defendant.
_____/

## NOTICE OF DISCOVERY HEARING

**PLEASE TAKE NOTICE** that a hearing will be held before the **Honorable Alicia M. Otazo-Reyes, United States Magistrate Judge**, at the C. Clyde Atkins United States Courthouse, 301 North Miami Avenue, 10th Floor, Miami, Florida 33128, on **Friday, May 25, 2018 at 2:00 p.m.**, or as soon thereafter as this matter can be heard. The substance of the matter to be addressed is:

    1.    **Dr. Bercaw's Report.** Dr. Bercaw is a neuropsychologist who prepared a report that he recommended be reviewed by the FAA. *See* Ex. 1, Patterson_00434. At his deposition, Plaintiff agreed to produce the report without a formal discovery request. *See* Ex. 2, Pl. Dep. at 348:21–350:5. On April 23, 2018, American served Dr. Bercaw with a subpoena. *See* Ex. 3. Plaintiff did not object. Because the subpoena seeks information from Plaintiff's medical records, Dr. Bercaw has requested either an order from this Court or Plaintiff's consent to produce the report to American. *See* Ex. 4. Plaintiff's counsel has not responded to several requests for Plaintiff's consent. American thus requests that the Court order Dr. Bercaw to produce the report.

**Compliance with Local Rule 7.1(a)(3)**

Before filing this Notice of Hearing, counsel for American conferred with Plaintiff's counsel regarding the matters set forth above in a good faith effort to resolve these issues. The parties have been unable to resolve their disputes.

Dated:  May 21, 2018

Respectfully submitted,

By: /s/  Michael A. Holt
Michael A. Holt
mholt@shb.com
Florida Bar No.: 91156
**SHOOK, HARDY & BACON L.L.P.**
Miami Center, Suite 3200
201 South Biscayne Boulevard
Miami, Florida  33131
Telephone: (305) 358-5171
Facsimile: (305) 358-7470

Mark W. Robertson (*Pro Hac Vice*)
mrobertson@omm.com
**O'MELVENY & MYERS LLP**
Times Square Tower 7 Times Square
New York, New York 10036
Telephone: (212) 326-2000
Facsimile: (212) 326-2061

Tristan Morales (*Pro Hac Vice*)
tmorales@omm.com
**O'MELVENY & MYERS LLP**
1625 Eye Street, Northwest
Washington, DC 20006
Telephone: (202) 383-5300
Facsimile: (202) 383-5414

Cameron Cloar-Zavaleta (*Pro hac vice*)
Cameron.R.Cloar@aa.com
**AMERICAN AIRLINES, INC.**
4333 Amon Carter Boulevard
Ft. Worth, Texas 76155
Telephone:  (817) 963-1234

*Attorneys for American Airlines, Inc.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 21, 2018, a true and correct copy of the foregoing document was filed with the Clerk of the Court using the CM/ECF system and a copy was served upon all counsel of record or unrepresented parties on the attached Service List by the method indicated.

By: /s/ Michael A. Holt
MICHAEL A. HOLT

## Service List

William R. Amlong, Esq.
WRAmlong@TheAmlongFirm.com
Karen Coolman Amlong, Esq.
KAmlong@TheAmlongFirm.com
**AMLONG & AMLONG, P.A.**
500 Northeast Fourth Street
Fort Lauderdale, FL 33301
Telephone: (954) 462-1983
Facsimile: (954) 523-3192

Noel C. Pace, Esq.
noel.c.pace.esq@gmail.com
206 N.W. 91 Street
El Portal, Florida 33150
Telephone: (305) 710-3713
Facsimile: (954) 523-3192

*Counsel for Plaintiff*
(Service via CM/ECF)

Michael A. Holt, Esq.
mholt@shb.com
**SHOOK, HARDY & BACON L.L.P.**
Miami Center, Suite 3200
201 South Biscayne Boulevard
Miami, Florida 33131
Telephone: (305) 358-5171
Facsimile: (305) 358-7470

Mark W. Robertson, Esq.
mrobertson@omm.com
**O'MELVENY & MYERS LLP**
Times Square Tower
7 Times Square
New York, New York 10036
Telephone: (212) 326-2000
Facsimile: (212) 326-2061

Tristan Morales, Esq.
tmorales@omm.com
**O'MELVENY & MYERS LLP**
1625 Eye Street, Northwest
Washington, District of Colombia 20006
Telephone: (202) 383-5300
Facsimile: (202) 383-5414

Cameron Cloar-Zavaleta, Esq.
Cameron.R.Cloar@aa.com
**AMERICAN AIRLINES, INC.**
4333 Amon Carter Boulevard
Ft. Worth, Texas 76155
Telephone:  (817) 963-1234


(Service via CM/ECF)
*Counsel for American Airlines, Inc.*