## Holt, Michael (SHB)

| | |
|---|---|
| **From:** | Ed Bercaw <ed.bercaw@gmail.com> |
| **Sent:** | Wednesday, May 9, 2018 1:27 PM |
| **To:** | Holt, Michael (SHB) |
| **Subject:** | Re: Patterson v. American Airlines, Inc. No. 17-cv-60533 |

Thank you for this information Mr. Holt.

I spoke with Mr. Patterson today and he did not give permission for me to send anything to you.

Dr. Bercaw

On Tue, May 8, 2018 at 1:23 PM, Holt, Michael (SHB) <MHOLT@shb.com> wrote:

> Dr. Bercaw,
>
> It was a pleasure speaking with you earlier today regarding the subpoena issued by American Airlines in this case.
>
> A copy of the subpoena was served to Mr. Patterson's counsel on April 20, 2018. More than 14 days have passed and Plaintiff has not filed any objections to the subpoena nor has he sought a protective order from the Court. Below I have provided a link and to guidance from the U.S. Department of Health and Human Services regarding compliance with subpoenas under HIPAA.
>
> https://www.hhs.gov/hipaa/for-individuals/court-orders-subpoenas/index.html
>
> **Subpoena**
>
> A subpoena issued by someone other than a judge, such as a court clerk or an attorney in a case, is different from a court order.
>
> **A HIPAA-covered provider or plan may disclose information to a party issuing a subpoena only if the notification requirements of the Privacy Rule are met. Before responding to the subpoena, the provider or plan should receive evidence that there were reasonable efforts to:**
>
> - **Notify the person who is the subject of the information about the request, so the person has a chance to object to the disclosure, or**
>
> - Seek a qualified protective order for the information from the court."

1

Additionally, Mr. Patterson testified under oath at his deposition that he would agree to produce a copy of the report. The relevant portions of Mr. Patterson's testimony are provided below.

```
21   Q.  Have you asked Dr. Caddy for the Bercaw report?
22   A.  I was unaware of this e-mail, so, you know,
23   I -- I didn't --
24   Q.  So when you say you were unaware of it, I
25   guess, just to note, you first received it from Dr. Bercaw
```

Page 349

```
 1  on April 22, 2016?
 2   A.  That's correct.
 3   Q.  You then forwarded the e-mail to four e-mail
 4  addresses, including Dr. Caddy. And then, presumably, you
 5  prepared or presented this document for production in this
 6  case; is that all correct?
 7   A.  Well, obviously, I gave this to -- obviously,
 8  this came from my attorney, so, correct. Or it came from
 9  Dr. Caddy.
10   Q.  Did you ever follow up with Dr. Bercaw about
11  his, quote [as read]: Recommendation that this should go
12  to review by the FAA, who has a few in-house
13  neuropsychologist consultants who render an opinion?
14   A.  I actually went to Dr. Kay who is the -- who is
15  the FAA's resident expert. This is who this is referring
16  to.
17   Q.  So did you -- did you consult with Dr. Bercaw
18  about his recommendation?
19   A.  I did not.
20   Q.  I would like to ask: Obviously, if there's a
21  PDF of this report, either in your records or Dr. Caddy's,
22  that we be provided with that report. Could we make that
23  request --
24   A.  If it's available, I'll be happy to provide it.
25   Q.  Would you agree to ask Dr. Caddy for that
```

Page 350

```
 1  report --
 2   A.  We can.
 3   Q.  -- without us filing a formal discovery
 4  request?
 5   A.  Sure.
```

In accordance with the terms of the guidance, Mr. Patterson has been notified, provided a copy of the subpoena, and has had not objected to the disclosure. Moreover, he has already agreed to the disclosure of the report as reflected by his deposition testimony. Therefore, American Airlines asks that you provide the records requested in the subpoena.

Thank you again for your time and consideration.

Regards,

**Michael A. Holt**
*Attorney*
Shook, Hardy & Bacon L.L.P.

305.755.8927 | mholt@shb.com



Mail Gate made the following annotations on Tue May 08 2018 12:23:19

CONFIDENTIALITY NOTICE: This e-mail message including attachments, if any, is intended for the person or entity to which it is addressed and may contain confidential and/or privileged material. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message. Thank you.

--
Ed Bercaw, PhD, ABPP
Board Certified in Clinical Neuropsychology
710 Oakfield Drive, Suite 153, Brandon, FL, 33511
(813) 603-7635
(813) 501-1186 (fax)

Email Confidentiality Notice: This e-mail message (including any attachments) may be confidential and subject to protection under the law, including the Health Insurance Portability and Accountability Act (HIPAA), the Electronic Communications Privacy Act, 18 U.S.C. Statute 2510-2521, and/or the Federal confidentiality rules (42CFR Part 2). This e-mail, and any attachment, is intended solely for the individual or entity to whom it is addressed. If you are not the intended recipient, you are notified that any unauthorized review, dissemination, use, disclosure, distribution, and/or copying of the message(s) is strictly prohibited and may subject you to criminal and/or civil penalties. If you received this transmission in error, please contact the sender immediately by replying to this email and delete all received information (including attachments) from your computer and/or portable electronic device.