UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Fort Lauderdale Division

Case Number: 17-cv-60533-MARTINEZ/OTAZO-REYES

RODNEY SCOTT PATTERSON,

   Plaintiff,

vs.

AMERICAN AIRLINES, INC.,

   Defendant.
_____/

**Plaintiff's Notice of Service of Amended Answers and Objections to Interrogatory No. 4 of Defendant's First Set of Interrogatories**

Plaintiff, Rodney Scott Patterson, amends his response to Interrogatory No. 4 as follows:

   4.   Identify any medical practitioner (including, without limitation, psychologists or neurologist), by whom you have been evaluated or treated since January 1, 2014.

   **Answer:**   John Knippa; Joseph R. Tortella; Gary G. Kay; John R. Hastings, Martin Dayton; Charles R. Mummery and Glenn R. Caddy, Ph.D., whom I have disclosed as an expert and whose expert report has been served upon defendants. I and my attorney attempted to obtain, as a basis for expert testimony, an evaluation by a neuropsychologist who was a CogScreen Provider and HIMS trained. Edward L. Bercaw, Ph.D., of Sarasota, who holds himself out to be a "CogScreen Provider & HIMS Trained," was located by Dr. Caddy, my testifying expert. After briefly meeting with me, Dr. Bercaw handed me off to a resident, Francy Nathaly Fonseca, Psy.D., to administer tests. Because Dr. Bercaw did not administer tests himself, neither the tests nor Dr. Bercaw were disclosed or utilized in any way.

**The Amlong Firm** • 500 Northeast Fourth Street • Fort Lauderdale, FL 33301 • 954.462.1983

## Unsworn Declaration of Rodney Scott Patterson, Pursuant to 28 U.S.C. § 1746,

Rodney Scott Patterson deposes and says:

1. I am the plaintiff in this action.

2. I have read the amended response to Interrogatory No. 4 above and it is true and correct.

Executed at Dallas, Texas, May 7, 2018.

*Rodney S. Patterson*
RODNEY SCOTT PATTERSON

/s/   William R. Amlong
WILLIAM R. AMLONG
Florida Bar No.: 470228
WRAmlong@TheAmlongFirm.com
KAREN COOLMAN AMLONG
Florida Bar No.: 275565
KAmlong@TheAmlongFirm.com

NOEL C. PACE
noel.c.pace.esq@gmail.com
*Admitted Pro Hac Vice*
206 NW 91st Street
El Portal, FL
(305) 710-3713

AMLONG & AMLONG, P.A.
500 Northeast Fourth Street
Second Floor
Fort Lauderdale, Florida 33301
Telephone: (954) 462-1983
Facsimile: (954) 463-5008

**Attorneys for Plaintiff,**
    **Rodney Scott Patterson**

## Certificate of Service

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has

been furnished by electronic delivery this <u>  24th  </u> day of <u>    May          </u>, 2018 on all counsel or parties of record on the Service List below.

*/s/     William R. Amlong*
WILLIAM R. AMLONG

## Service List

WILLIAM R. AMLONG
WRAmlong@TheAmlongFirm.com
KAREN COOLMAN AMLONG
KAmlong@TheAmlongfirm.com

AMLONG & AMLONG, P.A.
500 Northeast Fourth Street
Second Floor
Fort Lauderdale, Florida 33301
Telephone: (954) 462-1983
Facsimile: (954) 463-5008


NOEL C. PACE
noel.c.pace.esq@gmail.com
*Admitted Pro Hac Vice*
206 NW 91st Street
El Portal, FL
(305) 710-3713


***Attorneys for Plaintiff,***
    ***Rodney Scott Patterson***

MICHAEL A. HOLT
mholt@shb.com
SHOOK, HARDY & BACON LLP
Miami Center, Suite 3200
201 South Biscayne Boulevard
Miami, Florida 33131
Telephone: (305) 358-5171
Facsimile: (305) 358-7470

MARK W. ROBERTSON
mrobertson@omm.com
*(Pro hac vice)*
O'MELVENY & MYERS LLP
Times Square Tower
7 Times Square
New York, New York 10036
Telephone: (212) 326-2000
Facsimile: (212) 326-2061

TRISTAN MORALES
tmorales@omm.com
*(Pro hac vice)*
**O'MELVENY & MYERS LLP**
1625 Eye Street, Northwest
Washington, District of Columbia 20006
Telephone: (202) 383-5300
Facsimile: (202) 383-5414

***Attorneys for Defendant,***
    ***American Airlines, Inc.***

\\amlong3\cpshare\CPWin\HISTORY\180407_0001\1538.10E