UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Fort Lauderdale Division

Case Number: 17-cv-60533-MARTINEZ/OTAZO-REYES

RODNEY SCOTT PATTERSON,

    Plaintiff,

vs.

AMERICAN AIRLINES, INC.,

    Defendant.

_____/

**Plaintiff's Privilege Log re: Tests Administered by/and Communications From Edward L. Bercaw, Ph.D., and Francy Nathaly Fonseca, Pys.D.**

Plaintiff, Rodney Scott Patterson, by and through his undersigned counsel, asserts a work-product privilege concerning the following documents created by Edward L. Bercaw, Ph.D., and Francy Nathaly Fonseca, Psy.D., whose engagement was as consulting experts:

1.    April 22, 2016 e-mail to Rodney Scott Patterson, "Subject: Neuropsych Evaluation," from Edward Bercaw, Ph.D., a consulting expert, that was inadvertently disclosed by a former associate.

2.    Any tests or analysis of test results by either Edward L. Bercaw, Ph.D., and Francy Nathaly Fonseca, Psy.D. March 21, 2016.

3.      A two-page letter dated May 6, 2016, from Dr. Bercaw to Glenn Ross Caddy, Ph.D., plaintiff's testifying expert, discussing the March test results.

Plaintiff requests defendant to return the April 22 e-mail that was inadvertently disclosed.

/s/   William R. Amlong
WILLIAM R. AMLONG
Florida Bar No.: 470228
WRAmlong@TheAmlongFirm.com
KAREN COOLMAN AMLONG
Florida Bar No.: 275565
KAmlong@TheAmlongFirm.com

NOEL C. PACE
noel.c.pace.esq@gmail.com
*Admitted Pro Hac Vice*
206 NW 91st Street
El Portal, FL
(305) 710-3713

AMLONG & AMLONG, P.A.
500 Northeast Fourth Street
Second Floor
Fort Lauderdale, Florida 33301
Telephone: (954) 462-1983
Facsimile: (954) 463-5008

***Attorneys for Plaintiff,
        Rodney Scott Patterson***

## Certificate of Service

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been furnished by electronic delivery this ___24th___ day of __May_____, 2018 on all counsel or parties of record on the Service List below.

/s/   William R. Amlong
WILLIAM R. AMLONG

## Service List

WILLIAM R. AMLONG
WRAmlong@TheAmlongFirm.com
KAREN COOLMAN AMLONG
KAmlong@TheAmlongfirm.com

AMLONG & AMLONG, P.A.
500 Northeast Fourth Street
Second Floor
Fort Lauderdale, Florida 33301
Telephone: (954) 462-1983
Facsimile: (954) 463-5008


NOEL C. PACE
noel.c.pace.esq@gmail.com
*Admitted Pro Hac Vice*
206 NW 91st Street
El Portal, FL
(305) 710-3713


***Attorneys for Plaintiff,***
   ***Rodney Scott Patterson***

MICHAEL A. HOLT
mholt@shb.com
SHOOK, HARDY & BACON LLP
Miami Center, Suite 3200
201 South Biscayne Boulevard
Miami, Florida 33131
Telephone: (305) 358-5171
Facsimile: (305) 358-7470

MARK W. ROBERTSON
mrobertson@omm.com
*(Pro hac vice)*
O'MELVENY & MYERS LLP
Times Square Tower
7 Times Square
New York, New York 10036
Telephone: (212) 326-2000
Facsimile: (212) 326-2061

TRISTAN MORALES
tmorales@omm.com
*(Pro hac vice)*
**O'MELVENY & MYERS LLP**
1625 Eye Street, Northwest
Washington, District of Columbia 20006
Telephone: (202) 383-5300
Facsimile: (202) 383-5414

***Attorneys for Defendant,***
   ***American Airlines, Inc.***

\\amlong3\cpshare\CPWin\HISTORY\180407_0001\1538.10F