| | |
|---|---|
| From: | William Amlong |
| To: | "Yasmin Harris" |
| Cc: | "Karen Coolman Amlong"; "Jennifer Daley"; noel.c.pace.esq@gmail.com |
| Subject: | FW: 2219-00000 PATTERSON, SCOTT vs. American Airlines (WRA/KCA): Patterson v. AA - Document Items |
| Date: | Monday, May 07, 2018 4:57:00 PM |
| Attachments: | 180507 Amended Interrogatory Answer.pdf |
| | 180507 Priviliege Log.pdf |

Yasmin –

Please serve **but do not file** these two documents.

Bill

William R. Amlong, Esquire



500 Northeast Fourth Street, Fort Lauderdale, Fl 33301
Confidentiality Notice:  This e-mail and/or any attachment to it contains, or may contain, privileged and confidential information intended only for the use of the individual(s) named in the e-mail.  If you are not the intended recipient, or the person responsible for delivering it to the intended recipient, please permanently delete it from your computer system and promptly notify me.