| | |
|---|---|
| From: | Morales, Tristan |
| To: | "William Amlong" (wramlong@theamlongfirm.com); KAmlong@TheAmlongFirm.com; noel.c.pace.esq@gmail.com; ypharris@theamlongfirm.com |
| Cc: | Holt, Michael (SHB) (MHOLT@shb.com); Robertson, Mark |
| Subject: | Patterson v. AA - Document Items |
| Date: | Wednesday, April 25, 2018 6:01:31 PM |
| Attachments: | AA-Patterson-0000939.pdf |

Counsel:

    We write to follow-up on a three items regarding documents.

    First, Dr. Ed. Bercaw has responded regarding our April 20, 2018 subpoena of his report, referenced in Patterson Deposition Exhibit 21. Please confirm that we can communicate to Dr. Bercaw that Mr. Patterson provides him a release to provide us the report. We remind you that your client previously stated during his deposition that he would provide us the report if he could locate it:

```
17   Q.  So did you -- did you consult with Dr. Bercaw
18   about his recommendation?
19   A.  I did not.
20   Q.  I would like to ask: Obviously, if there's a
21   PDF of this report, either in your records or Dr. Caddy's,
22   that we be provided with that report. Could we make that
23   request --
24   A.  If it's available, I'll be happy to provide it.
25   Q.  Would you agree to ask Dr. Caddy for that
                                                    Page 350
1   report --
2   A.  We can.
3   Q.  -- without us filing a formal discovery
4   request?
5   A.  Sure.
```

    Second, we have completed a reasonable and diligent search for additional documents on the two subjects addressed in our April 20 letter -- a Corporate Security investigation concerning allegations by Captain Whitehouse and the change to Plaintiff's employment status in September 2015 -- and we did not locate any responsive, non-duplicative documents. One other note, at the deposition of Jim Bonds, you questioned the witness about a "dashboard" that may have been used to track changes to Plaintiff's employment status. We have been informed that the database that tracks such employment status information is the database that is displayed in Patterson Deposition Exhibit 11, which the Company previously produced as AA_Patterson_0000237.

    Third, we are producing one additional document, which was the subject of an exchange during Plaintiff's deposition about whether a pilot from APA Professional Standards was scheduled to fly alongside Plaintiff on the September 22, 2015 trip, Flight 922. Attached as AA_Patterson_0000939 is the September 2015 Activity Pay Sheet for Chip Harlow. The comparable document for Plaintiff has previously been marked as Patterson Deposition Exhibit 12.

Thank you,
Tristan

## O'Melveny

**Tristan Morales**
tmorales@omm.com
O: +1-202-383-5112

O'Melveny & Myers LLP
1625 Eye Street, NW
Washington, DC  20006
Website | LinkedIn | Twitter

*This message and any attached documents contain information from the law firm of O'Melveny & Myers LLP that may be confidential and/or privileged. If you are not the intended recipient, you may not read, copy, distribute, or use this information. If you have received this transmission in error, please notify the sender immediately by reply e-mail and then delete this message.*