UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 17-60533-CIV-MARTINEZ/AOR

RODNEY SCOTT PATTERSON,

    Plaintiff,

v.

AMERICAN AIRLINES,
a Delaware corporation,

    Defendant.
_____/

## ORDER

THIS CAUSE came before the Court upon Plaintiff Rodney Scott Patterson's ("Plaintiff") Motion to Further Enlarge Time to Complete Depositions of Witnesses Who Have Not Been Available Before the Cutoff (hereafter, "Motion for Enlargement of Time") [D.E. 46] and Defendant American Airlines' ("Defendant") Notice of Discovery Hearing [D.E. 53]. These matters were referred to the undersigned pursuant to 28 U.S.C. § 636 by the Honorable Jose E. Martinez, United States District Judge [D.E. 19, 49]. As to the Motion for Enlargement of Time, the reference is limited to the propriety of the requested Rule 30(b)(6) deposition and the depositions of Mark Cronin and Michelle Montgomery [D.E. 49]. The undersigned held a hearing on these matters on May 25, 2018. In accordance with the undersigned's rulings at the hearing, it is

    ORDERED AND ADJUDGED as follows:

- Plaintiff may conduct the deposition of Michelle Montgomery in her individual capacity and as the Rule 30(b)(6) corporate representative of Defendant.
- Rule 30(b)(6) deposition topics Nos. 1-7 will not be covered.

- Deposition topics Nos. 8-15 shall be limited to the extent that other witnesses have already testified as to them, in whole or in part, and Defendant has adopted their testimony as binding on it.
- Plaintiff may take the deposition of Mark Cronin, limited to his personal participation in the decisions related to Plaintiff.
- With regard to the Notice of Discovery Hearing, Plaintiff need not produce Dr. Bercaw's report, unless Plaintiff's testifying expert Dr. Caddy has considered it in formulating his opinion. Defendant may take the deposition of Dr. Caddy for purposes of determining this matter.
- All depositions shall be completed by the **June 6, 2018 discovery deadline**.

DONE AND ORDERED in Chambers at Miami, Florida, this 25th day of May, 2018.

*[signature]*
ALICIA M. OTAZO-REYES
UNITED STATES MAGISTRATE JUDGE

cc: United States District Judge Jose E. Martinez
Counsel of Record