**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA**
FORT LAUDERDALE DIVISION

CASE NO.: 1:17-cv-60533-MARTINEZ-OTAZO-REYES

RODNEY SCOTT PATTERSON,

    Plaintiffs,

vs.

AMERICAN AIRLINES, INC., a Delaware Corporation,

    Defendant.

_____/

## **AMERICAN AIRLINES, INC.'S NOTICE OF FILING DISCOVERY MATERIALS**

Pursuant to Local Rule 26.1 (b) and (c), Defendant American Airlines, Inc. ("American") is filing the materials listed below for use in connection with American's motion for summary judgment, which is being filed as of the same date.

1. The deposition of Plaintiff, Rodney Scott Patterson, taken on March 2, 2018;

2. Exhibit 11 to the March 2, 2018 deposition of Plaintiff, Rodney Scott Patterson;

3. The deposition of Jeral Ahtone, MD, taken on March 14, 2018;

4. Exhibit 1 to the March 14, 2018 deposition of Dr. Jeral Ahtone;

5. Exhibit 3 to the March 14, 2018 deposition of Dr. Jeral Ahtone;

6. Exhibit 4 to the March 14, 2018 deposition of Dr. Jeral Ahtone;

7. The deposition of James Bonds, taken on March 15, 2018;

8. Exhibit 7 to the March 15, 2018 deposition of James Bonds;

9. Exhibit 13 to the March 15, 2018 deposition of James Bonds;

10. Exhibit 17 to the March 15, 2018 deposition of James Bonds;

11. Exhibit 19 to the March 15, 2018 deposition of James Bonds;

12. Exhibit 20 to the March 15, 2018 deposition of James Bonds;

13. The deposition of Brian Beach, taken on March 21, 2018;

14. Exhibit 2.D to the March 21, 2018 deposition of Brian Beach;

15. Exhibit 5 to the March 21, 2018 deposition of Brian Beach;

16. Exhibit 6 to the March 21, 2018 deposition of Brian Beach;

17. Exhibit 7 to the March 21, 2018 deposition of Brian Beach;

18. Exhibit 16 to the March 21, 2018 deposition of Brian Beach;

19. Exhibit 17 to the March 21, 2018 deposition of Brian Beach;

20. Exhibit 25 to the March 21, 2018 deposition of Brian Beach;

21. Exhibit 26 to the March 21, 2018 deposition of Brian Beach;

22. Exhibit 40 to the March 21, 2018 deposition of Brian Beach;

23. Exhibit 43 to the March 21, 2018 deposition of Brian Beach;

24. The deposition of John Knippa, Ph.D., taken on May 18, 2018;

25. The Rule 30(b)(6) deposition of American Airlines, Inc. (Michelle Montgomery as corporate representative), taken June 6, 2018;

26. Exhibit 41 to the June 6, 2018 deposition of American Airlines, Inc.;

27. The deposition of Glenn Caddy, Ph.D., taken on June 7, 2018;

28. Exhibit 2.B to the June 7, 2018 deposition of Dr. Glenn Caddy;

29. The June 8, 2018, declaration of Luis Rojas in Support of Defendant American Airlines, Inc.'s Motion for Summary Judgment;

30. The February 25, 2016, affidavit of Plaintiff, Rodney Scott Patterson, Bates numbered Patterson_Caddy_00024; and

31. The February 25, 2016, affidavit of Plaintiff, Rodney Scott Patterson, Bates numbered Patterson_Caddy_00025.

Dated: June 11, 2018

Respectfully submitted,

By: /s/ Michael A. Holt

Michael A. Holt
mholt@shb.com
Florida Bar No.: 91156
**SHOOK, HARDY & BACON L.L.P.**
**Miami Center, Suite 3200**
201 South Biscayne Boulevard
Miami, Florida 33131
Telephone: (305) 358-5171
Facsimile: (305) 358-7470

Mark W. Robertson (*Pro Hac Vice*)
mrobertson@omm.com
**O'MELVENY & MYERS LLP**
Time Square Tower, 7 Times Square
New York, New York 10036
Telephone: (212) 326-2000
Facsimile: (212) 326-2061

Tristan Morales, Esq. (*Pro Hac Vice*)
tmorales@omm.com
**O'MELVENY & MYERS LLP**
1625 Eye Street, Northwest
Washington, DC 20006
Telephone: (202) 383-5300
Facsimile: (202) 383-5414

*Attorneys for American Airlines, Inc.*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 11th day of June 2018, the foregoing document was filed with the Clerk of the Court using the CM/ECF system and a true and correct copy was served on the counsel or parties of record listed below.

By: /s/ Michael A. Holt
    MICHAEL A. HOLT

**SERVICE LIST**

William R. Amlong, Esq.
WRAmlong@TheAmlongFirm.com
Karen Coolman Amlong, Esq.
KAmlong@TheAmlongFirm.com
**AMLONG & AMLONG, P.A.**
500 Northeast Fourth Street
Fort Lauderdale, FL 33301
Telephone: (954) 462-1983
Facsimile: (954) 523-3192

Noel C. Pace, Esq.
(*Pro Hac Vice*)
noel.c.pace.esq@gmail.com
206 N.W. 91 Street
El Portal, Florida 33150
Telephone: (305) 710-3713

(Service via CM/ECF)

*Counsel for Plaintiff*

Michael A. Holt, Esq.
mholt@shb.com
**SHOOK, HARDY & BACON L.L.P.**
Miami Center, Suite 3200
201 South Biscayne Boulevard
Miami, Florida 33131
Telephone: (305) 358-5171
Facsimile: (305) 358-7470

Mark W. Robertson, Esq.
mrobertson@omm.com
(*Pro Hac Vice*)
**O'MELVENY & MYERS LLP**
Times Square Tower
7 Times Square
New York, New York 10036
Telephone: (212) 326-2000
Facsimile: (212) 326-2061

Tristan Morales, Esq.
tmorales@omm.com
(*Pro Hac Vice*)
**O'MELVENY & MYERS LLP**
1625 Eye Street, Northwest
Washington, DC 20006
Telephone: (202) 383-5300
Facsimile: (202) 383-5414

(Service via CM/ECF)

*Counsel for American Airlines, Inc.*