```
*4/576006«
PATTERSON RS              576006     LDW   18SEP15
SEN   9754

TYPE FROM              TO              PLN CLR  EQP POS SC REASON    TRFF
VC   09FEB17/0000   22FEB17/2359                            VACATION
VC   10JAN17/0000   16JAN17/2359                            VACATION
VC   03JAN17/0000   09JAN17/2359                            VACATION
US   18MAY16/0000                  31JUL16                  UNPD SK
SK   24MAR16/0000   17MAY16/2359                            SICK
PW   17FEB16/0000   23MAR16/2359                            PDWITHLD
VC   09FEB16/0000   15FEB16/2359                            VACATION
VC   02FEB16/0000   08FEB16/2359                            VACATION
PW   16JAN16/0000   01FEB16/2359                            PDWITHLD
PW   01DEC15/0000   15JAN16/2359                            PDWITHLD
PW   31OCT15/0000   30NOV15/2359                            PDWITHLD
VC   24OCT15/0000   30OCT15/2359                            VACATION
PW   24SEP15/0000   23OCT15/2359                            PDWITHLD
MX   21AUG15/0000   23AUG15/2359                            UNCRMLOA
SK   15JUN15/1715   17JUN15/0941                            SICK
2Q   13JUN15/0915   14JUN15/2220             767 FO         REQ5LESS
AQ   12JUN15/0000   12JUN15/2359                            AWTGREQL
2Q   08JUN15/0915   11JUN15/1000             767 FO         REQ5LESS
AQ   06JUN15/0000   07JUN15/2359                            AWTGREQL   ‡
```



AA-Patterson-0000237