**PLAINTIFF'S EXHIBIT 1**



January 14, 2016

RE:   FO Rodney Scott Patterson
      #576006
      MIA/767/International

### Fitness for Duty Medical Examination Request – Section 20

Flight requests that a Fitness for Duty Medical Evaluation, pursuant to Section 20 of the AA-APA labor agreement be scheduled and conducted for First Officer Rodney "Scott" Patterson. The request is based upon this office's concerns about FO Patterson's judgment and, specifically, his mental and/or emotional stability. This office has received multiple reports of atypical interactions with coworkers and reports that suggest a pattern of false/self-aggrandizing statements.

Based on the information above, I removed First Officer Patterson from active duty and placed him on a paid withhold status on September 24, 2015.

Please let me know if you need any additional information.

Sincerely,

*Brian Beach*

Captain Brian Beach
Chief Pilot, MIA

Patterson_00144