# DEFENSE FINANCE AND ACCOUNTING SERVICE MILITARY LEAVE AND EARNINGS STATEMENT

| ID | NAME (Last, First, MI) | SOC. SEC. NO. | GRADE | PAY DATE | YRS SVC | ETS | BRANCH | ADSN/DSSN | PERIOD COVERED |
|---|---|---|---|---|---|---|---|---|---|
| | PATTERSON RODNEY SCOTT | *****9922 | OO | 871030 | 28 | 000000 | USAR | | CHK DT 151104 |

## ENTITLEMENTS / DEDUCTIONS / ALLOTMENTS / SUMMARY

| | Type | Amount | Type | Amount | Type | Amount | +Amt Fwd | |
|---|---|---|---|---|---|---|---|---|
| A | BASIC PAY | 4089.12 | FED INC TAX | | | | +Tot Ent | 4089.12 |
| B | | | FICA TAX | | | | -Tot Ded | |
| C | | | SGLI | | | | -Tot Alt | |
| D | | | DEBT PAYMENT | | | | =Net Amt | |
| E | | | SGLI FAM/SPOUSE | | | | -Cr Fwd | |
| F | | | | | | | =EOM Pay | |

TOTAL 4089.12



PLAINTIFF'S EXHIBIT 7

| LEAVE | BF Bal | Ernd | Used | Cr Bal | ETS Bal | Lv Lost | Lv Paid | Use/Lose | FED TAXES | Wage Period | Wage YTD | M/S M | Ex | Add'l Tax .00 | Tax YTD |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | .0 | .0 | 0 | .0 | | .0 | .0 | .0 | | | | | | | |

| FICA TAXES | Wage Period | Soc Wage YTD | Soc Tax YTD | Med Wage YTD | Med Tax YTD | STATE TAXES | St FL | Wage Period | Wage YTD | M/S M | Ex | Tax YTD .00 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|

| PAY DATA | BAQ Type W DEP | BAQ Depn SPOUSE | VHA Zip 00000 | Rent Amt | Share | Stat | JFTR | Depns | 2D JFTR | BAS Type | Charity YTD | TPC A | PACIDN |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

| TRADITIONAL PLAN (TSP) | Base Pay Rate 0 | Base Pay Current .00 | Spec Pay Rate 0 | Spec Pay Current .00 | Inc Pay Rate 0 | Inc Pay Current .00 | Bonus Pay Rate 0 | Bonus Pay Current .00 |
| ROTH PLAN | Base Pay Rate 0 | Base Pay Current .00 | Spec Pay Rate 0 | Spec Pay Current .00 | Inc Pay Rate 0 | Inc Pay Current .00 | Bonus Pay Rate 0 | Bonus Pay Current .00 |
| CONTRIBUTION TOTALS | YTD Deductions .00 | | YTD TSP Deferred .00 | | YTD TSP Exempt .00 | | YTD ROTH .00 | |

REMARKS: YTD ENTITLE _____ YTD DEDUCT _____

YOUR CHECK WAS SENT TO: USAA FEDERAL SAVINGS BANK
DIRECT DEPOSIT DATE: 11/04/15 AMOUNT
* AS OF 22 SEP 05  HIGH TEMPO DEPLOYMENT DAYS ACCRUED
SINCE 1 OCT 00 (OR SINCE ENTERING MILITARY SERVICE)
SERV GP LIFE INSURANCE DEBT BALANCE $.

FAM SER GROUP LIFE INSUR DEBT BALANCE $

FAM SER GROUP LIFE INSUR DEBT BALANCE $
ORIGINAL DEBT  SEP 15 01 SEP 15
FAM SER GROUP LIFE INSUR DEBT BALANCE
ORIGINAL DEBT  OCT 15 01 OCT 15
UNPAID DEBT BALANCE "TOTAL": $

*(handwritten: ← DATES PERFORMING duty)*

INACTIVE DUTY TRAINING   22 SEP 15 1 22 SEP 15 2       *(handwritten: 22   24)*
INACTIVE DUTY TRAINING 23 SEP 15 1 23 SEP 15 2 24 SEP 15 1  *(handwritten: 22   24)*
INACTIVE DUTY TRAINING 24 SEP 15 2 25 SEP 15 1 25 SEP 15 2  *(handwritten: 23   25)*
                                                             *(handwritten: 23   25)*

YOUR CURRENT STATE CLAIMED IS: FLORIDA
SERVICEMEMBER GROUP LIFE INSURANCE COVERAGE:
YOUR SGLI DEDUCTION INCLUDES TRAUMATIC INJURY PROTECTION (TSGLI)
SPOUSE SGLI COVERAGE: