**PLAINTIFF'S EXHIBIT**
13

**From:** Bonds, James [mailto:James.Bonds@aa.com]
**Sent:** Wednesday, November 04, 2015 4:14 PM
**To:** Scott; Patterson, Rodney
**Cc:** Kennedy, Tricia
**Subject:** RE: Miltary Verification

Scott, I cant remember if I responded thanking you for the LES. I have it and do consider this a closed. Take care and see you soon. Jim

## American Airlines 

Captain Jim Bonds
Chief Pilot - MIA
James.Bonds@AA.com
305-526-1282 Office | 786-473-1968 Cell

**From:** Scott [mailto:aa737drvr@aol.com]
**Sent:** Wednesday, October 28, 2015 5:34 PM
**To:** Bonds, James

1

**Cc:** tkennedy@alliedpilots.org
**Subject:** Military Verification

Captain Bonds

Per your request of 29 Sept, please find the attached leave and earnings (LES) DFAS Form 702.

The LES verifies performance of military duty which is covered under USERRA, 22 SEP through 25 SEP, 2015.

Should you have any further questions please feel free to contact me otherwise, I will show this as a closed out issue and request.

v/r

Scott Patterson
FO MIA 767 Intl
576006

NOTICE: This email and any attachments are for the exclusive and confidential use of the intended recipient(s). If you are not an intended recipient, please do not read, distribute, or take action in reliance upon this message. If you have received this in error, please notify me immediately by return email and promptly delete this message and its attachments from your computer.