

October 28, 2015



FO Rodney Scott Patterson #576006
1092 NW 139th Terrace
Pembroke Pines, FL 33028
(954) 499-0873

<u>Notice of Hearing</u>

Dear FO Patterson,

 As you know, you have been withheld from service with pay pending the outcome of an investigation into the circumstances surrounding a Work Environment complaint that was reported by a coworker.

 I am scheduling a hearing on November 2, 2015, at 11:00 a.m. to investigate the issue described above. The hearing will be held in the MIA Human Resources conference room, which is located on the 4th floor of Concourse D. If you need assistance in locating the conference room, please let me know. In preparation for that hearing, I recommend that you familiarize yourself with Section 21 of the Collective Bargaining Agreement and contact APA to arrange for representation.

    Sincerely,

    *Brian Beach*
    for

    Captain Jim Bonds
    Chief Pilot, MIA

CC: APA Legal

