**Burke-leon, Ana**

**PLAINTIFF'S EXHIBIT**

20

| | |
|---|---|
| **From:** | Beach, Brian |
| **Sent:** | Friday, November 13, 2015 9:41 AM |
| **To:** | Burke-leon, Ana |
| **Subject:** | FW: Notice of Hearing/Documentation - FO Rodney Patterson (576006) |
| **Attachments:** | Patterson_23NOV.pdf; Statement 1 - APA.PDF; Statement 2- APA.PDF; Statement 3-APA.PDF; Statement 4 - APA.PDF; Statement 5 -APA.PDF; Statement 6 -APA.PDF; Statement 7- APA.PDF; Statement 8 -APA.PDF; Statement 9- APA.PDF |

FYI

**From:** Rojas, Luis
**Sent:** Friday, November 13, 2015 9:40 AM
**To:** MIA-Chair (MIA-Chair@alliedpilots.org); MIA-VICE@alliedpilots.org; apalegal@alliedpilots.org
**Cc:** Montgomery, Michelle; Cronin, Mark; Beach, Brian; Bonds, James; Mase, Kevin; Scialfa, Sean
**Subject:** Notice of Hearing/Documentation - FO Rodney Patterson (576006)

Please reference the attached documents for a Notice of Hearing being sent this afternoon to FO Rodney Scott Patterson (576006), as well as relevant documentation for the hearing.

Regards,

Luis Rojas
Administrator
MIA Flight Administration | 305.526.1295
Luis.Rojas@aa.com
**American Airlines**



November 13, 2015

FO Rodney Scott Patterson (576006)
1092 NW 139th Terrace
Pembroke Pines, FL 33028
(954) 499-0873

<u>Notice of Hearing</u>

First Officer Patterson,

      As you know, you have been withheld from service with pay pending the outcome of an investigation into the circumstances surrounding a Work Environment complaint that was reported by a coworker.

      I am scheduling a hearing on November 23, 2015, at 10:00 a.m. to investigate the issue described above. The hearing will be held in the MIA Human Resources conference room, which is located on the 4th floor of Concourse D. If you need assistance in locating the conference room, please let me know. In preparation for that hearing, I recommend that you familiarize yourself with Section 21 of the Collective Bargaining Agreement and contact APA to arrange for representation.

      Sincerely,

Captain Brian Beach
Chief Pilot, MIA

CC:   APA Legal



September 24th, 2015

Captain Brian Beach,

After numerous calls to APA professional standards without any relief,
I am formally asking you to help me declare that I have been a target of workplace harassment
by First Officer Scott Patterson. I am asking for your assistance in filing this as a hostile work
environment. I ask that you take the below statements to American airlines corporate human
resources for review and action.

Below is a rewritten statement of facts and opinion I wrote last year after my trip on October 7th,
2015 for APA professional Standards. I cleaned up grammar and spelling issues.

I was contacted by First officer Patterson days prior to the trip about going to the Iguazu falls via
what's app. I told him I would consider it. He asked me if his family could ride the crew van. I
told him I had no issue with this and it would be ok. At this time, I had no knowledge I had a
dead head crew riding with us.

On the morning of October 8th, 2014 I was informed after the arrival in ASU by the ▆▆▆ ▆▆
that FB Patterson was rude to her and ▆▆▆ and never introduced himself to the crew. She told me
he took the pillows from the 2EF seats in business class for his family. She also informed me of
an issue during boarding with his wife and children with carryon bag storage. He apparently took
passengers bags out of the overhead near door 2L, set them on the jet bridged to be checked and
put his family bags there.

FB Patterson complained often during flight about the dead head flight attendants in business
class. He said it was not fair his family had to sit in coach. He said flight attendants should not be
allowed DH in business only pilots.
Prior to taxi in Miami after pushback, FB Patterson was moving overhead switches and reached
forward to move the flap lever from the jump seat. He is not the first officer. He was interfering
with the FO normal flow of duties and not following SOP.
I told him if he wants to be FO, then bid it, otherwise keep your hands off.

During the entire trip, he constantly acts as if he is the captain and wants to make the decisions.

After his crew break when he returned to the flight deck, he informed me his daughter would be
watching a video in the rest seat next to me. I told him no. I told him this was not acceptable
under 117 rules and he needed to move her back to coach.
He was not happy about my decision. Told me if he was captain he would allow it. I told him it's
against FARS to have a person in the seat. I never allow anyone next to us during rest.

Upon arrival in ASU, I was informed by my FA crew his wife was rude and demanding during
flight.
When I arrived at the hotel van for pickup at the airport, Patterson told the FAs on the van to
double up. He told his kids and wife to take a seat. The FAs refused to double up ( sit 3-4 in 2

1

seats) and this left no seats available for his wife and children. He then told his wife to take a seat and told his children to sit on the floor at the front of the van. I got off the van and told him there was no room on the van and he needed to take a taxi. I informed Patterson it was not safe for his children to sit on the floor of the van and to take a taxi. I offered to pay for the taxi. He refused my offer. He got mad at me telling me the bus driver said it was ok for his children to sit on the floor. I once again told him "NO, in the interest of safety for his children and my crew I would not allow it". I told him I was in a few crew van accidents already and I wanted them in a seat or there would be no van ride. He then demanded his bags be removed from the van. I told him not to worry about his bags. I would have them looked after when we arrived at the hotel. He said no. Because of this delay, the crew had to wait another 10-15 minutes as the driver had to unload almost all the bags to find his bags. His wife and kids had put theirs on first.

During the ride to the hotel, ▮▮▮▮▮▮ said he was writing First Officer Patterson up. I told the FAs if they felt he needed to do this then to call APA professional standards.
FB Patterson arrived at the hotel about 10 minutes after we did. I was standing with four FAs waiting for our room keys. He ran over to me and said, "dude we were robbed by street people in the taxi", I looked at him and said "Scott you are full of BS". I looked at his child and asked the young boy if this was true. His child just looked away as if he knew his dad was lying and did not say a word. The four FAs standing with me heard this claim of being robbed also.

Later that night while I was at dinner with the crew, FB Patterson searched the city for us and found us at a restaurant. He clearly made a great effort to search and find us.
He walked up to me and said he wanted to speak with me. I got up and went to the restroom. He followed me there. He informed me he had been written up by the flight attendants. He then went on a tirade about how he was going to have the entire crew fired. I asked why, he said he had video evidence from the hotel showing all the crew drinking on the bus with stolen alcohol. He then told me he paid the van driver $100 to take video evidence of the crew drinking on the van. I informed Patterson no one was drinking to my knowledge. He said "the entire crew is your responsibility captain and if one crew member is drinking then I deserve to be terminated". I told Patterson I'm not a baby sitter for the entire crew.
He then threatened me and said "my mother is the corporate counsel with US airways, and captain since you are in charge of the crew you will be fired." I told him do not threaten me. He then said "I have friends in management and you and the FO and all the flight attendants will lose your job. " I told him again to stop threatening me. He then informed me FAs we're smuggling food into the country and because he has a diplomatic passport he would see to it that the crew was banned from coming to ASU for 3-5 years.
I told him to get lost and stop making threats.

The next day, I arranged to meet with the hotel manager. When I asked to see the manager, he asked who I was. I told him I was the captain from yesterday's inbound flight.
I told him my first officer Scott Patterson was telling me the hotel manager gave him video of the crew drinking alcohol while exiting the crew van. The hotel manager informed me this is not true. He said Patterson never met him. The manager told me he would have never given him any video had he asked.
I later found out FB Paterson told the front desk in ASU he was the captain of the trip and not myself. Flight attendants also heard him say this to the front desk at the hotel.

At breakfast the next morning, Patterson walked over to me and Captain ███████. █████ was the captain from the inbound crew. He informed Captain ███████████ of the presence of a ghost rider on the inbound flight that Captain ██████████ had flown in. He told us he arranged with AA corporate security to have this ghost rider observe the crew tonight. He told me we were all on notice and we had better watch ourselves. I again told him BS and informed him I did not believe him and he lacked of any credibility.

He again started threatening me about termination because his mom is head counsel at USAir and told me our jobs will be terminated.

Capt █████████ was a witness to this exchange.

After breakfast, I called Capt. ████████████ APA professional.

Captain ████████████ said he had spoken with Patterson already but his story was far different from what the flight attendants had written. I asked Capt. ██████████ to read the FA write up to me. I informed him the FA write up was factually correct.

Captain ████████ told me the FA write up had reached Captain ████████ desk. He said the report was kicked back to APA professional standards.

Captain ████████ stated FB Patterson made allegations against me. He told Captain ████████ I had the purser sit next to me during my crew rest. He also told him I had sexual relations in the rest seat with the purser during my crew break. This is a flat out lie and I don't like it. No one slept next to me and broke 117 rules.

That afternoon I called all the flight attendants I could reach by phone. I informed them of the allegations he was saying and to please keep record of anything he says to them

During the bus ride back to the airport for our night departure, the Spanish speaking FA talked with the van driver and asked him about the $100 for video and pictures. The driver informed the FA this was not true and he was never paid to take photos.

That evening before departure, FB Patterson came on the flight deck and said "dude! My corporate intelligence tells me the FA ████████ has had 3 termination hearings this year and I will have his ass fired."

I told FB Patterson he was digging himself a hole and to stop making things up. I informed Patterson not only could he be terminated for illegally using ones personal file against them, but whomever gave him this information will also lose their job for disclosing it if this is true. I just did not find this to be factual statement and dismissed it as more rhetoric.

I was informed by the station personal in ASU the paper work was delayed due to a bad printer. The station told me they were working on it and I would receive my flight plan shortly. When FB Patterson came onto the flight deck about 30 minutes prior to departure, he asked where the paperwork was. I informed him it was coming and to not worry about it. Once again FB Patterson sprang into action. He went storming out of the flight deck. I asked FO ████████ to follow him. First officer ████████ said Patterson was yelling at the agent. Patterson told the agent he would have them fired for not getting the flight plan. Patterson also told the agent to get a good attorney. FO ████████ said he witnessed this entire conversation. FO ████████ informed me Patterson was acting very bad and seemed delusional, and was way over the top. FB Patterson then threatened to have the flight cancelled if I did not support him in this matter about the paperwork as if he is the captain and it's his responsibility.

3

During the 2.5 hours in flight while FO ▮▮▮▮ was on break, I heard FB Patterson say numerous times about FA ▮▮▮ "I will get that faggot fired" I heard him say the N word on many occasions about African American FOs I had flown with to VVI.

He then out of the blue thanks me for paying for his taxi cab ride to the hotel. I told FB Patterson," I had offered, but you declined "he said "oh no Captain, you paid my taxi bill, I have a hotel receipt showing you put a $30 credit to my room." I said "Scott you're full of shit and what are you insinuating?" He said "looks like bribe to me captain." I then asked him to show me all the evidence he claimed to have. And he said, "AA corporate security and his mom at US Airways told him he can't show it and it will be used at the hearing when I fired. I told him he was lying. He then told me he was friends of the flight office in MIA and would get me, the FO, and all of the crew fired.

I told him he needed to back off and stop threatening me.

I told Patterson there was no way he will be able to destroy the careers of many over a stupid bus ride issue that he started.

I then told him he has no concern for his children's safety and it was his fault for being an ungracious ass in the first place.

I asked him why he was concerned about his bags on the crew bus, he said the crew van gets robbed all the time and did not want his bags robbed without himself being there to defend the crew. I said "then if this is true Scott and the hotel van gets robbed often, are you not safer in a taxi, he contradicted himself with that statement.

He then went on and on in the flight nonstop for 2 hours assaulting me with termination. At one point I wanted to kick him out of the cockpit but FO ▮▮▮▮ needed his rest.

He eventually stopped just prior to my break.

When I went back on my break, he told my FO ▮▮▮▮ he had me shaking in my boots.

He then told FO ▮▮▮▮ he wanted him.(the FO) to support him, or he would be terminated due to his association with the crew.

Now this sounds like a comment to create fear and intimidation. Is this not a violation of company rules or company policy?

When I went back on my break, I asked FA ▮▮▮ if he was ever in trouble with the company. He said no just a few late sign ins. So once again FB Patterson was making stuff up.

When leaving the aircraft, FB Patterson stopped at the 2Ldoor, turned around and started taking pictures of the FAs and told them "I got you!, I got your picture." I witnessed his actions from the middle of the business class cabin but could not hear him say those words.

I was later waiting for my commuter flight to Chicago and 2 FAs from the flight looked for and found me to inform me they were behind FB Patterson in the line at customs. FB Patterson looked back at the FAs and told the customs inspector to check the crew for illegal stuff and was pointing at them.

This I did not witness.

I called professional standards the next day and told Capt ▮▮▮▮ I thought I had diffused the situation with Patterson but FB Patterson decided to go nuclear on the crew at the end of the trip.

4

I asked him to please find out how I can avoid flying with Patterson. Professional Standards told me he would tell FB Paterson to put me on his do not pair list.

Capt. ▆▆▆▆ said he knows Patterson and also said he knows how he can act. I did not like this statement because it appears to me he is covering for him. This behavior is totally uncalled for, against company policy and should not be brushed under the rug. What the hell is a person of this character doing in an AA cockpit? I would hate to ever have anyone I know on his flights. Below are other comments FB Patterson has said to me that makes me believe he is in need of serious physiological help.

Patterson was telling me he is the popular "go to guy" the Miami flight office calls anytime someone is in trouble and a hearing is called. I asked him if he works for Professional Standards. He said no. Somehow I find the hard to believe he is the Miami go to guy the union calls. I know of many captains who will not fly with him, so I'm assured that FB is the problem. He does seem delusional, making up his own facts and telling many stories. I think he really believes his own stories but to many they are obviously not true.

I asked him about the rumor of the first officer led diversion into Santa Cruz he was a part of. Instead of telling me the facts, he went on an instant rampage. He said he was going to get the captain and first officer terminated for spreading false rumors. I informed him I did not hear it from the crew and he needed to calm down. He then said his mom is the corporate counsel at US airways and could have anyone he chooses fired.

On November 7th 2014, I was in Rio with a gate delay due to maintenance. While standing near the 1L door, I overheard the flight attendants speaking about the asshole captain who kicked crew member families off hotel crew vans. I let the conversation continue then chimed in telling them I was the ass hole and maybe they need to know the facts before believing what they heard. I asked the FAs where they heard this and they told me a first officer got on the parking lot bus in MIA and was telling everyone on the bus in a loud voice my last name and what an ass hole I was for kicking his family off the van. I consider this slanderous. I called APA professional standards and they said they would counsel him about his behavior.

He has been telling the hotel staff in Santa Cruz he is a captain for AA. He told Los Tojibos personal he works for AA corporate security looking to bust crew members but dresses as a first officer.

He tells many he flies with he is a police officer, but I found out from Capt ▆▆▆▆▆ this not true.

On my trip to VVI back in august of 2014, I was complaining about my back being sore. Patterson jumped out of his seat, tells me he is a chiropractor and wanted to adjust me. I told him don't touch me.

He tells many stories about owning a Saber jet and is flying government missions on the side. I thought this is not allowed unless it's official military flying? Does he have company permission?

He informed the crew AA called him to make sure he has his standing bid list ready because they wanted him to be captain soon.

Looking at his seniority number, 7100+ it just seems to be another delusional lie.

He said when he is captain, things will be different. He will demand respect and FAs will fear him.

5

I told him many times you cannot demand respect, you earn it, and he tells me I'm wrong, because in the military he is a king. I don't see it this way and god help AA when he does make captain, just my opinion.

████████████████████

████████

On or about the morning of January 26th 2015 I was standing on the curb at VVI airport. I had just exited the crew van from the hotel. While waiting for my crew bags, the hotel van with the inbound crew drove by. First officer Scott Patterson was pointing at me as he drove by like his finger was gun. He looked as if he was saying I'm going to get you. My first officers witnessed this and thought he was some kind of friend joking around with me. I did not tell them what happened in the past

When I got back to Miami, I received a text message from ████████ flight attendant ████████. He said the first officer was talking bad about me and was an embarrassment in front of the other FAs whom know me. Again, Patterson was making slanderous statements. You should have a written statement from ████████████ from ████. I called APA professional standards about his behavior. They said they would counsel him again.

On February 16th I was also the target of an intense search by VVI customs, but did not suspect anything unusual at this time.

On February 22nd, 2015 I was the target on a more intense search by customs in VVI. I have flown to this station for over 2 years and have known the customs personal to be courteous, friendly and non threatening. In front of my entire crew, I was subjected to what is not considered a normal VVI bag check. They wanted to take all my personal belonging, my company I pad, personal I pad, phone and all. After I proved to these customs people I was not hiding anything they let me go. My crew behind me was stood in awe as to the treatment the captain was given. They all were given a pass. I decided to look into the past and see who has flown into VVI before me. As I had suspected, the Spanish speaking first officer Scott Patterson was in VVI just before me. I thought he may have said something to the customs personal tin VVI to harass me. The next morning while setting up for departure, an employee of Santa Cruz whom wishes to remain confidential said they heard first officer Patterson was smuggling firearms into Santa Cruz for the narcotic cops. This statement was also heard by first officer ████████. I looked at the employee and asked if they had told ████████ what they had heard. Their response was they were afraid if they came forward the cops would kill them.

When I returned to Miami, I sent a Letter to ████████████████ manager. Below is the letter I sent.

Hello ▓▓▓,

I hope you are well and I look forward to meeting with you Wednesday morning, I am writing to inform you about the way I was treated in customs Sunday morning.

On February 16th I was also treated differently but I thought it was just a one time thing. I have been flying to Santa Cruz now for a few years, and I am fully aware of the baggage searches and have always been treated respectfully and politely.

On Sunday morning, I was singled out for intense scrutiny. My crew whom witnessed this were in awe. I have never been treated like this ever anywhere. The customs girl was questioning my company iPad, my personal iPad and my lap top. They also tore apart my things and she was disrespectful.

As of last October 2014, I was on a trip to ASU and had a difficult time with a first officer Scott Patterson. As you know he frequently flies to VVI. Although it's a long story, in a nut shell he is threatening me and the entire crew with termination because there was not room on the hotel van for his family and I made him take a taxi.

He even went as far as telling customs in Miami to search the entire crew. The story is long, but as recent as January 27th, Lima based flight attendants while on layover in Santa Cruz notified me that first officer Patterson was taking bad about me in the van and making false malicious threats.

I contacted the Allied Pilots Association professional standards personal about this and they counseled him.

On February 13th first Patterson was in Santa Cruz a few days before a seen a change in the behavior in the customs personal towards me.

I have flown with first officer Patterson, and he is not stable person. I suspect he is responsible for this treatment.

I am requesting you as the station manager please find out if there was a pilot who falsely informed the customs personal to target me.

If this indeed found to be true, then I need you to assist me in dealing with this issue with the company and my supervisor at the Miami flight office.

Also this morning, one of the Santa Cruz employees told me first Patterson is smuggling Police hardware into Santa Cruz for the narcotics officers. He also said he has heard first officer Patterson has brought in firearms. If this is indeed true, then this isn't serious security violation and Patterson is using his credentials as an FFDO to avoid TSA security in Miami.

I asked the unnamed employee if he would report this to you. He looked scared and said nothing.

What I'm asking of you is to use your authority as the station manager and see if you can find out if he is responsible for this.

I look forward to speaking with you,


Sincerely,

▓▓▓▓▓▓▓


7

After I sent this letter, I sat on this information for some time I was quite distressed having knowledge of this. I did not know what to do. While getting a European re-qual, the check airmen convinced me I need to talk with the flight office and bypass APA with such a serious security issue. For weeks I stopped in the office and there was never any chief available. I finally made an appointment to see Captain ████. He also brought in Captain ████. We had a good discussion about what had occurred to me and they said they would look into this and talk with APA professional standards.

On June 27th, 2015 I became ill in flight on a flight to FRA, I was extremely ill and I was hospitalized with food poisoning in FRA. After 4 days in the hospital, I returned as a dead head to MIA. The Captain of this flight was ████████. I found out ██ was an APA pro standards ████████████████. I decided to have a discussion with ██ concerning the issue I had gone through and the lack of success APA was having dealing with first officer Patterson. ██ said he would look into it. ██ kept in touch and said he would take action.

In early July, 2015 I was flying to VCP. While walking the halls in Miami operation, I was approached by first officer ██████████. This in one of the First officers Scott Patterson used the N word about the night I flew with him on October 10, 2015. ████ pulled me aside and said Scott Patterson called him at home and was on a fishing expedition looking to dig up dirt on me to trying to get me fired. First offer ████ told me he told Patterson to knock it off and he was digging himself into a dangerous hole. He apparently is calling many other FOs I have flown with looking for dirt. I had just seen Captain ██████████ in the hall, so I immediately told him what I heard. Apparently ██ said he was flying with Scott Patterson later that month and was going to discuss with him the issue and tell him to back off. I will let ████████ tell you what was talked about. Pat said he would contact me after they flew.

Below is the email exchange with ██████████ and a letter I sent to Capt ██████████

Hi ██,

By now you have done your trip with Patterson.

I was looking at future crews to VVI, and I see you are flying with ██████████. He was the FO on the trip I had with Patterson to ASU, He can tell you and back me up on what happened on this trip.

I will talk with you when you return.

I really appreciate your help with the situation.

████████

**From:** ████████████

8


Hey ,

Yes - I made it to the hotel here in VVI. I listened to FB "P" while the FO was on the 3rd break.

Without getting 'into the weeds' I told him this "all has to stop". Do not have any contact with you and don't ask other FO's for information on you. I said, this needs to be a "clean cut" and you guys both move on and act like adults.

There was a little more conversation but he did finally agree. I left it on good terms and explained this would work out for us all if it stopped at this level. If it continues and escalates - it will be out of APA PS hands and then get ugly.

I think I got through and we can turn the page to the next chapter.
Please keep me in the loop if it continues. I will re-emphasize my suggestions tomorrow and hope we can move forward.

Hang in there,



Hi ,

Thank you for talking with Patterson. I would like to respond to your comments we both need to act like adults. I have been the adult! I have acted above level here. Patterson has had this talk and been counseled before with professional standards and continues to engage.
It is Patterson who needs to grow up and move on. I hope you were able to get through this time, but I'm really not all that optimistic he will stop. I just don't think this guy can move on. I'm also sure he told you many lies and miss truths about me and he has a habit of being a pathological liar.
Most of what I told you and wrote in my brief can be substantiated by others, so I'm confident my facts will prevail if necessary.
This being said, I will continue on and if this come about again, I will call you.
I appreciate you trying and we will see where things go from here.

Take care,



9

Dear ████,

I'm writing to inform you the Scott Patterson issue has come to surface again.

Saturday evening in operations, First Officer ████████████ stopped me in
the hallway near ops and informed me he received a phone call from Patterson.
Apparently Patterson is calling many First officers I have flown with and is on
a fishing expedition to try to dig up anything he can to undermine me and my
reputation.
First officer ████ told me Patterson is on a war path against me and will stop
at nothing to get revenge. First officer ████ told me he informed Patterson this
was not a good idea,

After speaking with First officer ████, I immediately spoke with Captain ████
████████. I got the pleasure of meeting ████ when I fell ill in FRA. We spoke about
the situation I'm having since he is on the Professional Standards Committee.
████ was in ops and heading out that evening to VVI.
I informed ████ I would be contacting you and he ask me to keep him updated.
████ told me he is scheduled to fly to Santa Cruz VVI with Patterson on July
24th. I hope you can discuss with Captain ████████ this situation before he flies
with Patterson.

Once again, I'm feeling anxious, pissed off and threatened by this situation.
Having to come to work under these threats not only weighs heavily on my mind,
it is causing me to lose sleep, not stay focused and adding a large amount of
stress in my life when I am already over burdened and stressed with my move from
one state to another.

I will not and cannot work under this situation. I will not allow or continue
to allow these threats to go unanswered. This person is effecting my life, my
well being, my reputation my profession and the financial security of my family.

I trust you are working on this to the best of your ability. If I see no
resolution with this in a few months, I will be left with no other option than
to file harassment charges against Patterson.
It is not where I want to go, but I will be left with no other alternative.

I look forward to your reply,
I
████████████████

c/c ████████████████
████████████████

10

On July 21st 2015, I was D2 to ORD and Patterson showed up on the standby list for the jump seat at the last minute but was a no show. I had seen this happen 2 times but I took a screen shot of the second time. I feel this was just trying to intimidate me. See attachment.

Shortly after this exchange a first officer in ops told me he heard First Officer Patterson was going to have his buddies in the NSA and CIA F*&% up my life.
On August 28th, 2015 I received an unsolicited call from ███████████. ███ is a law enforcement officer in Florida. ███ attended the police academy with Scott Patterson and said he was kicked out. He said he was calling me because he was genuinely concerned for my personal safety. ███ told me he has personal knowledge of dealing with Scott Paterson. ███ said Patterson needs to be evaluated for physiological evaluation. He said in light of the work place shooting in VA, he was concerned Scott was capable of this type of behavior. ███ told me a first officer ██████████ was commuting through CLT. Scott Patterson approached ███ and told ███ he was out to mess up my life and get me fired. ███ passed along what he heard to ████████ what he heard. ███ thought it was important to call me.
I asked ██████████ to please call ██████████ and ██████████. He agreed.

I sent the following to ██████████████.

Hi ███,

The saga continues! Please talk with ██████████████
He called me today unsolicited.

████████████

He is very concerned for my safety. He is a law enforcement officer and called because he is concerned about my personal safety.
Patterson has not stopped.

██████

I was contacted by ███████████████████ ██████████. I felt he did not like I involved the flight office.. He told me I should have run this through APA. I told him I did and nothing was taken care of.

After this latest news from ██████████, I have struggled with so much stress that I threw my back out and could not sleep. I missed 2 trips due to this. This was late August and early September. I came back to work, was displaced from a trip and now have developed pneumonia which I have been battling for over 1 week now. I'm stressed out and not sleeping well. This

11

issue weighs heavily on my mind. My wife and I are concerned for our personal safety. I am, asking this issue be taken care of and I am protected. If I have any personal threats from Patterson, I will get law enforcement involved and get a personal restraining order. I will also hire a work harassment attorney if this is allowed to continue. I will not allow this person to destroy the good professional reputation I have developed here at American Airlines for over 28 years. I will try to remain optimist this will end soon, but again as I told Capt. ███████, this guy will never stop or let go. I feel this is not over and will get uglier from here.

Sincerely,



Exhibit 2.

10/27/2015

Hello Ana,

Very nice meeting you today. I will try to give you a written recap of our meeting today along with any additional information that I can provide.

We met today, Oct. 26, 2015 at the MIA flight office to talk about an investigation of First Officer Rodney Scott Patterson.

As I told you, I first met Scott Patterson outside of American Airlines at a Florida Highway Patrol Academy in Miami. The time frame was fall of 2004. We were both candidates for the volunteer position of auxiliary trooper for FHP. At the time he identified himself as a furloughed pilot from American, working as an active duty US Army Major at SouthCom.

The first phase of the academy was 88 hours of defensive tactics. (commonly known as DT) He made it through that phase but alienated himself with both instructors and students with many "tall tales" and a "know it all" attitude.

After DT we took a 2 week break for Christmas. After the break we returned for 48 hours of first responder training. We were told by our class coordinator that Scott would not be returning to the class. In private I was told the reason Scott was dismissed from the program. And as I told you it was that he mis-represented himself as a Florida State Trooper and basically threatened his neighbors when they had a disagreement. Also as we discussed, he did call me and was talking about how he was going to sue FHP, that he knew (then) Governor ███████ and this wouldn't stand, etc. That was the last time that I spoke to him until his recall with American.

Years later, I did see him back here at American. He immediately (unsolicited) came up to me bragging about how he is now a reserve Broward County Sheriff's Deputy, how FHP had wronged him, and how he had successfully sued them for hundreds of thousands of dollars. (All of which as I told you have been investigated and these stories have been proven as false).

Also as I told you, at American I have heard many stories about him. The stories that I related to you as personally being involved follows.

1. I was involved in a totally unrelated non rev issue with flight 922 (MIA-LPB-VVI) with the help of ███████████████████████ International Human Resources. The issue was mutually solved but somehow Scott found out about it and decided to insert himself into the issue. His reason seemed to be that he had a problem with then VVI manager ███████████ and was going to "get him fired." I immediately contacted Captain ███████, then MIA APA ███████████ and told him to "keep Scott out of this." That request was successful and apparently Scott did butt out.

1

2. The more serious problem happened in July 2014. (Doing a little research after our meeting I believe that exact date/flight was 922 MIA-LPB-VVI on July 13, 2014)

We had purchased full fare tickets for my wife's aunt and younger sister. We were waiting at the gate with them, waiting for seat assignments. First Officer Patterson walked up dressed in what might be described as "half a uniform" and and immediately (unsolicited) started bragging about how "he got ███████ fired, he messed with the wrong person, I can get anybody fired, etc." I ignored his rant. He then asked me why I was there. I made the mistake of telling him.

As I told you moments later he went into a total rage, I suppose thinking that he was "helping" me. He went up to the two agents working the flight and said, **"I AM CAPTAIN PATTERSON! THIS AIRPLANE IS GOING NO WHERE UNTIL CAPTAIN ███████████ FAMILY IS ACCOMMODATED! I DEMAND THAT YOU DROP EVERYTHING AND HANDLE THEM FIRST OR THIS AIRPLANE DOESN'T MOVE!"** As I stated and I do not exaggerate, he was in a complete rage. Many passengers, including my wife's family were in shock and I heard several people express concern about his demeanor. (all comments in Spanish, but I'm fluent in the language). I was concerned enough that I called his captain, got his voice mail, but did leave him a message that he needed to get out here as his FO was out of control.

After the flight was boarded I felt obligated to talk to the agents and apologize for his obnoxious behavior and also emphasizing that I had no part in his rant. The agents were surprisingly, very understanding.

That ends my "direct contact" with him at American Airlines. But in my job as a captain here I have heard many stories about his bizarre behavior. These stories have come from people that I know, trust and respect as well as from employees that I don't even know. The fact that I knew him outside the company may be one of the reason several people have confided in me.

To recap, the immediate investigation/complaint involves Captain ████████████. As I stated, I do not know Captain ███████████ personally but we have spoken on the phone about trip trades, etc. I was told by a very good friend that he saw a pilot in CLT bragging (unsolicited) about he was going to get Captain ███████ and Captain ███████████ fired. He looked at said pilot's ID and he was one, Rodney Scott Patterson.

I felt obligated to call Capt. ███████████ and tell him my story(s). He told me his. It mirrored several stories that I've heard about FO Patterson from various people. That is why I decided to get involved.

You did asked me who else I had discussed this issue with. I neglected to say that I had discussed this with APA professional standards MIA rep. ███████████ and MIA ████████████ ████████████████████ and received both of their blessings to discuss this matter with the MIA flight office as well as you personally.

2

In closing, based what what I've heard as well as what I know as an absolute fact, I do feel that this is a very serious issue. In my opinion First Officer Patterson does need professional help and he is a huge liability for this company if he continues in his current capacity.

Please contact me if you need any further information and once again, it was a pleasure meeting you today.

████████████

Capt. MIA

████████

10/14/2015

Ana,

Here is a summary of my flight as best I can remember with Scott Patterson as I said it has been over a year. It was an all nighter Recife trip, three pilots, I was FO, Scott FB. Captain was ███████████. ██ and I have flown several times together over the years and had been flying two consecutive months together. Scotts first Recife trip and first time the captain and I flew with Scott.

There are so many things that were said and done in this short trip it will be hard to list much less explain here in a letter. So here is goes

His first impression was showing up late sits down and starts eating on the Jumpseat and complaining about something- no applagies for tardiness. He comes up from first break and when captain designates me to be acting PIC Scott has a meltdown - he protested he is a FAA designee on the 767 and he gives 2-3 type ratings a month on this airplane and that he should be in charge, I offered he could be in charge if it meant that much and the captain stopped me and said I was in charge.  Then the stories started.  First was he is an active colonel at southern command and often meets with the joint chiefs of staff in DC. He said he also has two fighter jets that he trains foreign pilots from other countries, he said he is a reserve state trooper and he is also president of his homeowners association and had some kind of issues and bring charges of some sort against the association, by now I'm fading so he starts telling me how he recently contracted a illness from oral sex or fecal contemned water, he knows this because he was a pre-med major college and almost became a doctor.  He said no doctor could figure this out and his wife found him on the bathroom floor unconscious and dying.  A military doctor in North Carolina figured out the illness and now he and his wife are on "heave duty antibiotics" for 30 days.  Yes some how he gave this to his wife. The stories continue and my break does not come soon enough.  I return to the flight deck 30 min out from landing, still trying waking up from my nap, Scott without asking leans up on my right and starts using my iPad- turning and zooming pages, then leans to my left and tunes the operations and approach frequencies.  I'm tried it is about 7am and now during one of the most critical phases of flight (approach & landing) I'm distracted and thinking "I'm going to get some kind of fecal illness from touching my iPad. It doesn't stop, two more times he uses my iPad and changes frequencies and then sets the missed approach altitude all from the Jumpseat and to top it all off he is on the opposite direction approach plate on my iPad. The wrong page!  We land uneventful and I wait until the parking checklist is complete to say something. The conversation immediately escalates into a yelling match until the captain stops it and tells Scott not to touch anything while in the Jumpseat.

The bizarreness continues at the hotel when we meet for dinner (7pm) I come downstairs to find Scott yelling at the front desk receptionist due to the air conditioning outage.  I take a seat while some of the other crew arrive (captain and 3 flight attendants) Scott's front desk escapade ends and he comes over and informs us that he has arraigned for a new hotel 30 min away and we should all be ready in 10 min. This was done all on his own, the captain says he's not changing hotels and is going to dinner, I and the rest of the crew agreed, Scott was upset but joined us for dinner.  He tells us he is on pro standards and meets weekly with Miami chef pilot and has already written him about the deficiencies of the hotel.  Countless more stories as Scott topped all conversation.  Scott suggested the pilots pick up the 270 real bill, the captain and I agreed, then Scott told the waiter to put 70 real on his card and let us pick up the rest.  This has nothing to due with his delusions but I thought it was funny as it was his idea to pick up the check.  I don't remember the ride home the next day he seemed much quieter or I possibly tuned him out.

The past year I have heard many stories about Scott but he only told me the colonel, FAA designee, state trooper, foreign fighter pilot trainer, president of home owners, Dr,realtor stories. Scott is a big guy and

seems to get upset when he does not get what he feels he deserves. He could be intimidating and that is somewhat worrisome.

I'm not sure if any of this is useful or even sounds like a problem to you, I don't feel I can portray the actual encounter in a letter, it's hard to explain a gut feeling on paper, but as I said I have never had an issue with anyone else I couldn't resolve. I stated my peace with Scott and as I said the flight home seemed quieter. My concern is Scott is unstable and I will not fly with him again, nor will I ever let my family fly on a plain he is piloting.

Statement by F regarding flight with FO Scott Patterson

October 29, 2015

I was interviewed today by Ana Burke-Leon of AA Human Resources regarding a trip I flew with FO Scott Patterson about ten months ago. The only specific incidents out of the norm with Scott that I recall from that trip were an issue trying to get his family on the van to the hotel, and regarding the paperwork when we arrived at the airport for departure. In both cases, what was a minor inconvenience was initially met with a stressed response by FO Patterson, but was eventually resolved without any further incident.

I was asked if I had ever heard Scott refer to any individual as a "faggot" or "nigger". I have no recollection of hearing him say anything like that. I find those terms sufficiently offensive that I would be sure to have recalled such a comment, and my negative response to any individual using such vulgar language.

OCT. 29, 2015

10/17/2015

Ms Burke-Leon

    According to our coversation and by your request I will tell what I witness in regard this case.I am ▮▮▮▮ a ▮▮▮▮ at ▮▮ , ▮ since july 1990.
During these many years and till today we have a grate working relationship with Captains and First Officers.We treat them with respect and good humor. They apreciate flying with us like wise having the same feeling.
Whem we met FO Patterson about year and half ago he was just a regular FO.As he flyed de LPB and VVI route he became more familiar with us.Started with the Foreing Nationals wich for us is dicriminating . Then one day came with the story of a top friend lady at Us Airways.This lady had information about us the south american crews. According with this source we all be fired by AA .This created anxiety and dispair among our crews.
We heard GI JOE story of him beeing a hero and haveing contact will Colombia about the guerrilas. On his unit saveing the day with info for president Uribe.
We landed at VVI with Patterson as a crewmember. As we were leaving the airport Fo Patterson saw ▮▮ ▮▮▮▮ on the sidewalk. He open the window and in spanish said capitan casablanca muy loco, loco por senoritas at the jaccuzzi ha ha ha and a couple words i cant recall bad words maybe. There were silence in the van nobody said a word.After a wile conversation opend as usual.This is what we all wittness. As crews new him more tried to avoid him and give no credit to his words.▮▮▮▮▮▮ is respected and many of us like to fly with him.He as many Flight Crews we trust them and work as a team.
This statement is true and with the intent of fareness. Thank you for your time. Regards ▮▮
▮▮▮▮▮ ▮ , ▮▮ ▮▮

**From:** ▬▬▬▬
**Sent:** Sunday, October 18, 2015 5:41 PM
**To:** Beach, Brian
**Subject:** Request of info regarding fellow Pilot

Hello Brian,
As discussed on 16 Oct 15, this email confirms that I was contacted by Scott Patterson reference my relationship with ▬▬▬▬▬▬. He inquired about what if any information I might have concerning potential wrongdoing by ▬▬▬▬.


▬▬▬▬▬
MIA FO 767/777

**From:** ▓▓▓▓▓▓ [mailto: ▓▓▓▓▓▓ ]
**Sent:** Thursday, October 29, 2015 1:05 PM
**To:** Beach, Brian
**Subject:** Statement from ▓▓▓▓▓▓

Captain Beach,

As you requested I am providing the following details in the case of FO Rodney Scott Patterson. It is my understanding that this statement will be kept in total confidence and I will do the same. I understand the seriousness of this process but feel it is my duty to American Airlines, my fellow employees and passengers to make this statement.

I have only met FO Patterson once. The conversation between us was so awkward that I remember the meeting very well. While I do not recall every word as it was exactly spoken, I remember the context of the conversation. That will be the basis for my statement. I have never flown with FO Patterson but I have heard many very interesting stories about him. I will not include any hear say in this statement.

Earlier this summer I ran for a commuter flight to Charlotte. At the E concourse Known Crew Member check point, the TSA agent sent me over for screening. As a result of the delay going thru security I missed my flight. I went to gate E4 where I saw another pilot standing near the podium. I was keyed up about missing the flight and asked if it had left full. He told me that he could have had the jumpseat but that he was travelling with his daughter and that since she did not get a seat in the back he had to stay with her and let the jumpseat go out empty. I told him my TSA story and how I missed the flight. At this point we have had typical idle chatter between commuters. I never introduced myself but I was in uniform as was he. As I finished my story he starts asking me what I think of the union leadership in Miami and the flight office. He then starts telling me about a Captain in Miami. He said he had an incident in ASU with this captain. He then said the Captain was ▓▓▓▓▓▓▓▓ and that he was going to get that guy. He is going to file law suits, get attorneys and "make his life miserable". He said he has a relative that is an attorney at US Airways and that he is going to get this guy fired. The total conversation had lasted less than 3 minutes and he is raging about ▓▓▓▓▓▓▓▓ out of the blue with basically a total stranger.
At this point I looked at his name tag and I saw Rodney Scott Patterson. I then realize this is the guy who I have heard so much about. I had previously flow with ▓▓▓ and had heard the story about the incident in ASU so I now put it together.
I then ask about his travel plans. He said he was no longer going to CLT but PHL instead which was on the next gate. He left to go check in for the other flight.
I thought the entire conversation was very strange. While he did not threaten any physical violence I thought his comments were way out of line. ▓▓▓▓▓▓▓▓ does not deserve to be harassed by another employee. I was reluctant to get involved with this situation because I don't want this guy coming after me or my family. What ever happened between these men it was obvious to me that FO Patterson was very upset about it and wanted some kind of retaliation. On my drive home from CLT I called ▓▓▓▓▓▓ who is a close friend and told him about me conversation with FO Patterson. ▓▓▓ said he had recently spoken to ▓▓▓ and that ▓▓▓ needs to know about this. ▓▓▓ relayed my story to ▓▓▓.

Again, it was a very strange encounter which made me wonder about FO Patterson's mental state. I understand that I am not a physician but I can recognize aggressive and threatening behavior. I commanded a US Navy squadron and was a battalion honor committee representative at the US Naval Academy so I have had to make some tough calls. In this case it FO Patterson's remarks were totally inappropriate.

I can be reached at any time for further amplification. ████████████████

**From:** [REDACTED] [mailto: [REDACTED] ]
**Sent:** Wednesday, October 08, 2014 1:22 PM
**To:** [REDACTED]
**Subject:** AA217/7OCT MIA/ASU

Dear [REDACTED];

I'd like to share with you some issues we had with one of our pilots, Scott Patterson ( 576006 ), who brought his wife and two kids along for our long layover in ASU.

During boarding I was greeting passengers in the 2L door. Few minutes before departure we had to begin checking carryon bags since all o/h bins were full. I had some upset passengers whose bags had to be checked. Mr. Patterson came from behind me and yelled to his wife to give him their carry-ons because he will "put them in front". This infuriated some of the passengers and put me, and the agent checking bags, in a very awkward position in front of these people.

Once we got to ASU, we had only one seat left in the hotel van since we had six deadheading flight attendants who are working tonight flight back to MIA. First, we had to wait for him to exchange money, while his wife tried to get on the van. The [REDACTED] told him we had only one seat and he said we just had to "double up". This was upsetting for all of us.

The captain got off the van and went to tell him that he and his family will have to take a taxi. In the meantime, I got off and went to ask the driver how much was the taxi fare to the hotel ( US$30 ) and I overheard Mr. Patterson threatening the captain by telling him "if you don't let us on the van I will call sick for the flight back home". The captain told him to stop acting up and just take a taxi to the hotel.

He and his family arrived to the hotel few minutes after we did. He told the captain they were robbed on the way to hotel. The captain responded was by asking the little boy if it was true, the boy just didn't answer.

I'm really sorry that I have to report all this to you but he not only broke many company rules and regulations such as non-rev policies, interfering with flight attendants duties, lack of respect for his fellow crew members and most importantly, insubordination to the captain.

I'm trying to be proactive and avoid an unnecessary cancellation of our flight back home, which will affect our customers and the crew. I have a rocket the same night and I cannot afford to lose the hours. If I were to lose hours, who will pay me for the lost time? I have nothing but good things to say about our captain [REDACTED]. He was extremely professional and was only trying to get us all to the hotel safely and within a reasonable time. I already let him know that I would be sending a report and he was fine with it.

We don't leave until Friday night so I hope somebody in the company will take all the necessary steps to avoid any future misconduct by this pilot which affects us all.

Thank you for your attention,

 IMA

**From:** ▓▓▓▓▓▓▓ [▓▓▓▓▓▓▓▓▓▓▓]
**Sent:** Tuesday, October 20, 2015 11:55 AM
**To:** Beach, Brian
**Subject:** First Officer Patterson

Dear Captain Beach,

I wanted to respond to you regarding my personal experiences with FO Patterson that may have relevance to the current proceedings. My intent is to show that though no one interaction with FO Patterson was enough for me to call to Professional Standards at the time they occurred, in retrospect I see red flags that he may have psychological issues. The hope of getting FO Patterson help is my motivation in this matter.

I have limited knowledge of the complaint by ▓▓▓▓▓▓▓▓▓▓ that has brought us to this juncture. With regards to the original incident, I was a second-hand witness. I arrived in Asuncion the day after ▓▓▓▓ ▓▓▓▓▓▓▓▓ and ran into his crew at breakfast. I got various versions of what had happened the day before from ▓▓▓▓▓▓▓▓▓▓, FO Patterson and a flight attendant. At the time, my impression was that FO Patterson was overreacting and that, if need be, all could be resolved by professional standards.

In the past few years, I've flown with FO Patterson on at least two occasions. On one occasion he showed up for a trip to La Paz in a very agitated state. He related to me that he had not been home for two weeks because he was avoiding being served a restraining order. He was in a dispute with someone in his condo association and that person felt threatened enough to file a restraining order. The largest cause of his anxiety was that he would be served with the order before he could temporarily resign from the FFDO program. I suggested that he needed to take some time off work and get it all resolved. How it all resolved I have no knowledge but I found the whole situation a bit odd. He also told me that he was a on the base Professional Standards Committee and that his mother was a senior counsel for the USAIR legal department both of which I later learned were not true.

I know this isn't much, Brian, but my "gut" tells me something is not quite right with FO Patterson and I hope he can get some help.

Respectfully,

▓▓▓▓▓▓▓▓▓▓