| | |
|---|---|
| From: | Cronin, Mark |
| To: | Montgomery, Michelle; Guia, Lucretia |
| CC: | Stone, Kimball |
| Sent: | 9/6/2015 8:20:03 PM |
| Subject: | Fwd: Patterson |

**Redacted**

Sent from my iPhone

Begin forwarded message:

**From:** "Cronin, Mark" <Mark.Cronin@aa.com>
**Date:** September 6, 2015 at 4:19:30 PM EDT
**To:** "Bonds, James" <James.Bonds@aa.com>
**Cc:** "Scialfa, Sean" <Sean.Scialfa@aa.com>, "Mase, Kevin" <Kevin.Mase@aa.com>, "Beach, Brian" <Brian.Beach@aa.com>
**Subject: Re: Patterson**

Jim,
We need to know where he said it and if passengers heard it, then employees heard it as well. If Whitehouse witnessed it then he can submit a complaint/statement and we can move forward.

Mark

Sent from my iPhone

On Sep 6, 2015, at 4:08 PM, Bonds, James <James.Bonds@aa.com> wrote:

Guys, Glenn Whitehouse chased me down in the terminal today and told me yet another story about Patterson where he actually in public was saying the airplane was a timebomb and could explode at any moment. This was for passengers and crew to hear.
I think we all need to confer and then convince labor that this dude needs a Sec 20 ASAP.
It sure seems like a John Thomas scenario.
We all have been approached by different crew members saying they are concerned for their own safety and the mental stability of Patterson


Captain Jim Bonds
Chief Pilot-MIA
James.Bonds@aa.com
305-526-1282 office
786-473-1968 cell