**From:** Scialfa, Sean
**To:** Beach, Brian
**CC:** Cronin, Mark
**Sent:** 7/21/2015 1:19:10 AM
**Subject:** Re: Patterson

What's his beef with this guy?

Captain Sean Scialfa
Director of Flight / Chief Pilot - MIA
American Airlines

Sent from my iPhone

> On Jul 20, 2015, at 15:12, Beach, Brian <Brian.Beach@aa.com> wrote:
>
> We have more to this guy. Will fill you both in person. He is an issue.
>
> Brian
>
> -----Original Message-----
> From: Whitehouse, Glenn
> Sent: Monday, July 20, 2015 2:18 PM
> To: Beach, Brian
> Cc: pmcginn@bellsouth.net
> Subject: Patterson
>
> Dear Captain Beach,
>
> I'm writing to inform you the Scott Patterson issue has come to surface again.
>
> Saturday evening in operations, First Officer Reggie Hyde #548108 stopped me in the hallway near ops and informed me he received a phone call from Patterson.
> Apparently Patterson is calling many First officers I have flown with and is on a fishing expedition to try to dig up anything he can to undermine me and my reputation.
> First officer Hyde told me Patterson is on a war path against me and will stop at nothing to get revenge. First officer Hyde told me he informed Patterson this was not a good idea,
>
> After speaking with First officer Hyde, I immediately spoke with Captain Pat McGinn. I got the pleasure of meeting Pat when I fell ill in FRA. We spoke about the situation I'm having since he is on the Professional Standards Committee. Pat was in ops and heading out that evening to VVI.
> I informed Pat I would be contacting you and he ask me to keep him updated.
> Pat told me he is scheduled to fly to Santa Cruz VVI with Patterson on July 24th. I hope you can discuss with Captain McGinn this situation before he flies with Patterson.
>
> Once again, I'm feeling anxious, pissed off and threatened by this situation. Having to come to work under these threats not only weighs heavily on my mind, it is causing me to lose sleep, not stay focussed and adding a large amount of stress in my life when I am already over burdened and stressed with my move from one state to another.
>
> I will not and can not work under this situation. I will not allow or continue to allow these threats to go unanswered. This person is effecting my life, my well being, my reputation my profession and the financial security of my family.
>
> I trust you are working on this to the best of your ability. If I see no resolution with this in a few months, I will be left with no other option than to file harassment charges against Patterson.
> It is not where I want to go, but I will be left with no other alternative.
>
> I look forward to your reply,
>
> Capt. Glenn Whitehouse
>
> c/c Captain Pat McGinn
> Professional Standards APA

PLAINTIFF'S EXHIBIT 5

AA-Patterson-0000438