| | |
|---|---|
| **From:** | Glenn Whitehouse |
| **To:** | Beach, Brian |
| **CC:** | Rojas, Luis |
| **Sent:** | 9/24/2015 8:34:57 PM |
| **Subject:** | work place harrasment |
| **Attachments:** | Work Harrasment Letter.docx |

Hi Captain Beach,

Attached is a letter for you to turn over to the AA human resources for the work related harassment from FO Patterson.
I have include most of what I have and if you can submit any other emails I have failed to include in the letter.

Thank you,

Glenn Whitehouse

P.S I said in my letter I would attached a screen shot from res of Patterson showing up on my commuting trips. I have been unable to get the photo to attach but I have it on my phone if necessary.

c/c Luis Rojas.

PLAINTIFF'S EXHIBIT 6

AA-Patterson-0000568