| | |
|---|---|
| **From:** | Burke-leon, Ana |
| **To:** | jrbull88@gmail.com |
| **CC:** | Beach, Brian |
| **Sent:** | 10/29/2015 5:28:51 PM |
| **Subject:** | RE: Statement from First Officer Bullock |

Mr. Bullock, thank you for talking with me today. I appreciate your cooperation. As discussed please add the additional items we discussed over the telephone.
Best regards,
Ana

 **American Airlines** 

Ana Burke- Léon
Sr. Specialist | Investigations
HR Business Partners

(: 305-870-2497 Office| 305-527-4482 Cell 7: 305-526-7719 FAX | , MIA MD9000

Confidentiality Notice: This email is not encrypted. However, the email is confidential and may be privileged, and it is for the sole use of the named and intended recipient. Any review by or distribution to others is strictly prohibited and may be illegal. If you are not the intended recipient, you are not authorized to read, print, retain, copy or disseminate this message or any part of it. If you have received this message in error, please delete all copies received and notify the sender or the receptionist of the Human Resources Office immediately at (305) 870-2495.

**From:** Susan Bullock [mailto:jrbull88@gmail.com]
**Sent:** Thursday, October 29, 2015 1:05 PM
**To:** Beach, Brian
**Subject:** Statement from First Officer Bullock

Captain Beach,

As you requested I am providing the following details in the case of FO Rodney Scott Patterson. It is my understanding that this statement will be kept in total confidence and I will do the same. I understand the seriousness of this process but feel it is my duty to American Airlines, my fellow employees and passengers to make this statement.

I have only met FO Patterson once. The conversation between us was so awkward that I remember the meeting very well. While I do not recall every word as it was exactly spoken, I remember the context of the conversation. That will be the basis for my statement. I have never flown with FO Patterson but I have heard many very interesting stories about him. I will not include any hear say in this statement.

Earlier this summer I ran for a commuter flight to Charlotte. At the E concourse Known Crew Member check point, the TSA agent sent me over for screening. As a result of the delay going thru security I missed my flight. I went to gate E4 where I saw another pilot standing near the podium. I was keyed up about missing the flight and asked if it had left full. He told me that he could have had the jumpseat but that he was travelling with his daughter and that since she did not get a seat in the back he had to stay with her and let the jumpseat go out empty. I told him my TSA story and how I missed the flight. At this point we have had typical idle chatter between commuters. I never introduced myself but I was in uniform as was he. As I finished my story he starts asking me what I think of the union leadership in Miami and the flight office. He then starts telling me about a Captain in Miami. He said he had an incident in ASU with this captain. He then said the Captain was Glen Whitehouse and that he was going to get that guy. He is going to file law suits, get attorneys and "make his life miserable". He said he has a relative that is an attorney at US Airways and that he is going to get this guy fired. The total conversation had lasted less than 3 minutes and he is raging about Captain Whitehouse out of the blue with basically a total stranger.
At this point I looked at his name tag and I saw Rodney Scott Patterson. I then realize this is the guy who I have heard so much about. I had previously flow with Glen and had heard the story about the incident in ASU so I now put it together.
I then ask about his travel plans. He said he was no longer going to CLT but PHL instead which was on the next gate. He left to go check in for the other flight.
I thought the entire conversation was very strange. While he did not threaten any physical violence I thought his comments were way out of line. Captain Whitehouse does not deserve to be harassed by another

employee. I was reluctant to get involved with this situation because I don't want this guy coming after me or my family. What ever happened between these men it was obvious to me that FO Patterson was very upset about it and wanted some kind of retaliation.                On my drive home from CLT I called CA Tom Snelling who is a close friend and told him about me conversation with FO Patterson. Tom said he had recently spoken to Glen and that Glen needs to know about this. Tom relayed my story to Glen.

Again, it was a very strange encounter which made me wonder about FO Patterson's mental state. I understand that I am not a physician but I can recognize aggressive and threatening behavior. I commanded a US Navy squadron and was a battalion honor committee representative at the US Naval Academy so I have had to make some tough calls. In this case it FO Patterson's remarks were totally inappropriate.

I can be reached at any time for further amplification. FO John A Bullock III.

AA-Patterson-0000644