| From: | Montgomery, Michelle |
|---|---|
| To: | Beach, Brian |
| Sent: | 1/5/2016 4:28:11 PM |
| Subject: | Patterson |
| Attachments: | Fitness for Duty Medical Examination Request - Patterson MIA v.2.docx |

Let me know when you get back so we can chat about the Patterson Section 20 letter. I've attached the last version. Anything to add?

**American Airlines**

Michelle Montgomery
Manager Labor Relations - Flight

817 963 7811 Office | 817 967 2287 Fax



NOTICE: This email and any attachments are for the exclusive and confidential use of the intended recipient(s). If you are not an intended recipient, please do not read, distribute, or take action in reliance upon this message. If you have received this in error, please notify me immediately by return email and promptly delete this message and its attachments from your computer system.

PLAINTIFF'S EXHIBIT 25

AA-Patterson-0000749