Fitness for Duty Medical Examination Request – Section 20

RE: FO Rodney Scott Patterson
#576006
MIA/767/International

Flight requests that a Fitness for Duty Medial Evaluation, pursuant to Section 20 of the AA-APA labor agreement be scheduled and conducted for First Officer Rodney "Scott" Patterson. The reasons for the request include reports from Captains who flew with FO Patterson and my observations.

In the course of an extensive work environment investigation prompted by a complaint filed against FO Patterson by a co-worker, the Company discovered various information which raises questions about FO Patterson's fitness for duty and judgment:

- A pattern of atypical interactions with coworkers, including, in one case, intimidating behavior which included threats that FO Patterson would make a co-workers' life "miserable" and cause that co-worker to be "fired." FO Patterson claimed that he had connections within the Company, specifically that his mother is an attorney with US Airways (a claim made to multiple individuals and which is false).
- A pattern of making false/self-aggrandizing statements to co-workers:
    - Claimed he met regularly with the Joint Chiefs of Staff
    - Claimed his mother was an Attorney with US Airways
    - Claimed he was a member of the Allied Pilots Association Professional Standards Committee
    - Claimed he was a police officer
- Multiple employees expressed concerns about FO Patterson's behavior of intimidation and misrepresentation, including comments such as "He's not quite all there".
- His behavior during the investigatory interview raised concerns. He was evasive in his answers and had to be pressed for clarification
- At the end of the interview, when he was asked if he would like to share anything with the investigator, he responded with two statements that were seemingly odd:
    - "It's important for you to remember just because you called the police doesn't preclude you from going to jail."
    - "Remember, when you are investigating matters, look at all angles and vet everything. The smaller things can be the most important things."

Based on the information above, I removed First Officer Patterson from active duty and placed him on a paid withhold status on __DATE__.

Please let me know if you need any additional information.

Sincerely,


Brian Beach
Chief Pilot, MIA

PLAINTIFF'S EXHIBIT 26

AA-Patterson-0000750