**From:** Beach, Brian
**To:** Rojas, Luis
**Sent:** 3/25/2016 12:13:00 PM
**Subject:** FW: Section 20: Rodney Patterson (576006)
**Attachments:** Patterson Section 20 Results.doc



**From:** Montgomery, Michelle
**Sent:** Thursday, March 24, 2016 5:32 PM
**To:** Beach, Brian
**Cc:** Bonds, James; Mase, Kevin; Contreras, Cindy; Magee, Michelle
**Subject:** FW: Section 20: Rodney Patterson (576006)

Brian-

Here's the letter to send to him.

**American Airlines**

Michelle Montgomery
Manager Labor Relations - Flight

817 963 7811 Office | 817 967 2287 Fax



**From:** "Magee, Michelle" <Michelle.Magee@aa.com>
**Date:** Thursday, March 24, 2016 at 12:51 PM
**To:** "Beach, Brian" <Brian.Beach@aa.com>, "Cronin, Mark" <Mark.Cronin@aa.com>, "Bonds, James" <James.Bonds@aa.com>, "Mase, Kevin" <Kevin.Mase@aa.com>, Michelle Montgomery <Michelle.Montgomery@aa.com>
**Cc:** "Contreras, Cindy" <Cindy.Contreras@aa.com>, "Magee, Michelle" <Michelle.Magee@aa.com>, "Ahtone, Jeral" <Jeral.Ahtone@aa.com>
**Subject:** Section 20: Rodney Patterson (576006)

To: Capt Brian Beach

Per your request, employee RODNEY PATTERSON has undergone a Fitness for Duty evaluation, and that assessment has now been completed.

It has been determined that RODNEY PATTERSON is currently unable to perform the essential job function of a PILOT. He is therefore assigned the following temporary restriction: "No flight duty"

Please notify the employee within 10 business days and in writing of this determination.

The employee should be directed to contact Cindy Contreras, R.N. at (817) 963-5031 for further treatment recommendations. If the employee cannot be accommodated with the above restrictions, then he would be medically approved for a Sick Leave of Absense.

Please do not hesitate to contact Cindy Contreras at 817-963-5031 or me if we can provide any additional assistance with this employee.

Jeral Ahtone

AA-Patterson-0000770

Thank you,

M. Magee,
ARC Fitness for Duty

817-931-9554

AA-Patterson-0000771