1  UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF FLORIDA

2              FORT LAUDERDALE DIVISION

3

4  _____
                                         )
5  RODNEY SCOTT PATTERSON,               )
                                         )
6              Plaintiff,                )
                                         ) CASE NUMBER:
7         vs.                            ) 1:17-cv-60533-JEM
                                         )
8  AMERICAN AIRLINES, INC., A DELAWARE   )
   CORPORATION,                          )
9                                        )
              Defendant.                 )
10 _____)

11

12

13

14          DEPOSITION OF JOHN KNIPPA, PhD

15             Long Beach, California

16             Friday, May 18, 2018

17                  Volume I

18

19

20

21

22 REPORTED BY:
   JESSICA HONG
23 CSR No. 13776
24 Job No. 2909967
25 PAGES 1 - 74

1  UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF FLORIDA

2                    FORT LAUDERDALE DIVISION

3

4  _____

                                          )

5  RODNEY SCOTT PATTERSON,                )

                                          )

6                    Plaintiff,            )

                                          ) CASE NUMBER:

7         vs.                             ) 1:17-cv-60533-JEM

                                          )

8  AMERICAN AIRLINES, INC., A DELAWARE )

   CORPORATION,                           )

9                                          )

                     Defendant.            )

10 _____)

11

12

13

14              Deposition of JOHN KNIPPA, PhD, Volume I,

15 taken on behalf of Plaintiff, at 1650 Ximeno Avenue,

16 Suite 230, Long Beach, California, beginning at 10:18

17 a.m. and ending at 12:30 p.m. on Friday, May 18, 2018,

18 before JESSICA HONG, Certified Shorthand Reporter

19 No. 13776.

20

21

22

23

24

25

1   APPEARANCES (APPEARING TELEPHONICALLY):
2   FOR PLAINTIFF:
3       AMLONG & AMLONG, P.A.
        BY:  WILLIAM R. AMLONG
4       Attorney at Law
        500 Northeast Fourth Street, Second Floor
5       Fort Lauderdale, Florida 33301
        (954) 462-1983
6
7   FOR DEFENDANTS:
8       O'MELVENY & MYERS, LLP
        BY:  TRISTAN MORALES
9       Attorney at Law
        1625 Eye Street Northwest
10      Washington, D.C. 20006
        (202) 383-5300
11
12
13  ALSO PRESENT:
14      RODNEY SCOTT PATTERSON
15      NOEL PACE
16
17
18
19
20
21
22
23
24
25

1                        I N D E X

2   WITNESS                          EXAMINATION

3   JOHN KNIPPA, PhD

4   Volume I

5                     BY MR. AMLONG                    5

6

7

8

9                        EXHIBITS

10  NUMBER           DESCRIPTION                 PAGE

11  Exhibit 1    Letter to Mr. Patterson dated 1/14/16    24

12  Exhibit 2    Dr. Knippa's long report                 31

13  Exhibit 3    Two-page brief form 3/21/16              34

14  Exhibit 4    Handwritten notes from call              38

15  Exhibit 5    14 CFR 117.3 Definitions                 46

16  Exhibit 6    Article by Dr. Kay                       54

17  Exhibit 7    HIPAA release for Michael Dale           63

18  Exhibit 8    American Airlines to Michael Dale        63

19  Exhibit 9    Workers' compensation court document

                 from Montana                            68

20

21

22

23

24

25

1          Long Beach, California, Friday, May 18, 2018

2                          10:18 a.m.

3

4                        JOHN KNIPPA, PhD,

5              having been administered an oath,

6              was examined and testified as follows:

7

8                          EXAMINATION

9     BY MR. AMLONG:

10         Q     Dr. Knippa, am I saying that correctly?

11         A     Yes, it is.

12         Q     Please tell us your full name, where you live,

13    and what you do for a living.

14         A     Okay.  And before I start, Mr. Morales wanted to

15    put a release authorization on the record.

16         Q     Okay.

17               MR. MORALES:  Yeah.  Just in response to the fax

18    we received, we're just noting for the record for

19    American that we don't have any -- we're not asserting

20    any constraints or other restrictions on testimony here.

21               MR. AMLONG:  Okay.

22               MR. MORALES:  At this time.  I mean, based on

23    the fax we received for Dr. Knippa, that's the only item

24    I'm responding to.  That's it.

25               MR. AMLONG:  All right.

1          THE WITNESS:  Okay.  My name is John Eric

2     Knippa, K-n-i-p-p-a.  My residence is in Long Beach,

3     California, and my practice is in Long Beach and Salt

4     Lake City, and I'm a clinic neuropsychologist.

5     BY MR. AMLONG:

6          Q     What is your date of birth please?

7          A     May 28, 1951.

8          Q     Please take us briefly through your educational

9     and professional background.

10         A     I have a associate's degree in sociology or

11    social sciences, a bachelor's degree in psychology,

12    master's degree in pre-clinical psychological, PhD in

13    psychology with a neuropsychology emphasis, and I have a

14    internship that was adult and child with an emphasis in

15    neuropsychology and a post-doctoral fellowship in

16    neuropsychology as well.  My early training in

17    neuropsychology began in the mid-'70s working with crew

18    assessment and crew selection with the Navy mostly with a

19    deep submergence vehicle crew research and with

20    saturation diving crews.  I worked with

21    neuropsychological evaluation with mood, stress, fatigue

22    cycles and also predicting success in training programs.

23    Some of those individuals are normal functioning

24    individuals, some were those with histories of injuries.

25    I also worked in hospital settings as part of my training

1   program with general neurological work, a variety of

2   psychological, psychiatric conditions as well, substance

3   abuse, pretty much a range of psychiatric diagnoses,

4   brain injury, multiple sclerosis, neurological diseases.

5   I was the -- after leaving school, I was the director of

6   neuropsychology services at a company called Health Tech

7   in Huntington Beach, California, where I established

8   several neuropsychology offices in the area with

9   different hospitals and rehabilitation settings.  That

10  business was then merged with Memorial Medical Center or

11  the Memorial hospital system and I was the administrative

12  and clinical director of neuropsychology and medical

13  psychology services there for I think it's just about

14  five years through that tenure.  And since that time, I

15  have been in private practice.  I do patient care,

16  typically referrals from psychiatry, occupational

17  medicine, neurology, some with elder care as well with

18  pretty much a range of diagnostic considerations there.

19  I do fitness for duty evaluations with a variety of

20  different referral sources, large industry companies

21  locally, hospitals, some private firms, and I do workers'

22  compensation injury evaluations as well, evaluation,

23  treatment planning, and I see some third party cases as

24  well.

25       Q    Where did you get your various degrees starting

1  with your associates?

2      A    Let's see.  MiraCosta College in California.

3  Then bachelor's degree and master's degree was at San

4  Diego State University, and then my doctorate was at

5  University of Wisconsin, Milwaukee.  My internship and

6  post-doctoral fellowship were at the neuropsychiatric

7  institute in Omaha, Nebraska, with the University of

8  Nebraska medical school.

9      Q    And when did you get your bachelor's and

10  master's degrees?

11      A    I don't have my CV in front of me.  I believe my

12  -- the bachelor's degree was sometime in the '70s, mid to

13  late '70s.  I don't recall exact dates.  The doctorate

14  was, I believe, 1983.

15      Q    Okay.  Were you in the Navy?

16      A    No, I was not.  I was in the Marine Corps.

17      Q    And when did you get into the Marine Corps?

18      A    The year before the draft ended.  I forget.  It

19  was 1970 approximately.

20      Q    So this is before or after you graduated from

21  college?

22      A    Before.

23      Q    Okay.  What rank were you?

24      A    E3.

25      Q    And is it while you were in the Marine Corps

1    that you were working with the Naval personnel and crew

2    selection and crew evaluation?

3        A    No.

4        Q    All right.  Were you out of the service when you

5    were doing that?

6        A    Yes.  That was working with the Naval Health

7    Research Center as part of a program at San Diego State

8    University.

9        Q    What did you in the Marine Corps?

10       A    I was initially in the infantry and then in the

11   exchange system.

12       Q    What's the exchange system?

13       A    It's working in and operating the business of

14   the local -- like grocery stores and the just various

15   stores on base.

16       Q    What did you do between the time that you -- you

17   were only in for one term with the Marine Corps; right?

18       A    I was out shortly before due to orthopedic

19   injury.

20       Q    So when did you get out of the Marine Corps?

21       A    Around '72.

22       Q    All right.  And what did you do between 1972 and

23   when you got your PhD?

24       A    I was assistant manager and then manager for

25   Transamerica Financial and then worked part-time as a

1    loan officer and collections officer with West Coast
2    National Bank, and then I had -- while I was -- or
3    shortly after that, I began work doing neuropsychology
4    assessment with the Navy while I was going to school.
5    Other work during that time was I was working as a --
6    doing neuropsychological assessment with De Paul
7    Rehabilitation Hospital in Milwaukee and Bellevue
8    Extended Care Center, and then of course internship and
9    fellowship.
10       Q    So your work in crew assessment in the Navy,
11   that was during your graduate studies?
12       A    It was during graduate studies, and I may be
13   mistaken, perhaps a later part of my bachelor's years as
14   well.  Again, I don't have those numbers in front of me.
15       Q    But you got -- I thought you got your bachelor's
16   in the early '70s.
17       A    No.  Mid to late '70s and, again, I don't have
18   my CV in front of me.
19       Q    Your bachelor's degree was post-Marine Corps?
20       A    Yes.
21       Q    Okay.  What was Health Tech?
22       A    Health Tech was a startup company in Huntington
23   Beach, California.  I was hired by them to set up
24   neuropsychology services.  Health Tech in general was a
25   company that was setting up independent rehabilitation

1  services so, for example, the folks that hired me, the
2  management of the group put together speech and language
3  assessment teams, physical therapy and occupational
4  therapy, and then set up services at various facilities.
5  One was at a nursing center, others were at local
6  hospitals.  I set up -- and I was hired to -- based on
7  both the neuropsychology background and some business
8  background, to set up businesses at appropriate sites, so
9  I set up a neuropsychology service, for example, at
10 Saddleback Community Hospital.  I arranged for services
11 at Memorial Medical Center.  And I set up a service at an
12 office in Huntington Beach as an outpatient service as
13 well.  I typically went into those settings myself and
14 provided services, met with staff, identified what the
15 needs were, and then hired and supervised new staff for
16 each of those areas.  We also had a home base service
17 where folks who couldn't get out of the house, we could
18 send people out to go see them in their homes as well.
19      Q    How long have you been in private practice?
20      A    I was first licensed and I believe, again, going
21 from memory, about 1983, '84 in Nebraska, just before
22 leaving Nebraska to take my position in California and
23 have been in practice since then.
24      Q    By private practice, I meant, you know, not
25 working for Health Tech or anybody else but just on your

1  own.

2      A    Oh, approximately 1991, again, from best memory.

3      Q    Under what business entity do you practice?

4      A    Actually that could be '89.  I believe it was

5  '89, rather than 91.

6      Q    Under what business entity do you practice?

7      A    My name is on the letterhead and in California,

8  I am with -- I have a group of associates.  We share an

9  office space.  It's called Coast Psychiatric Associates.

10      Q    Are you partners or members of a LLC or any

11  other form of business entity or do you just share office

12  space?

13      A    We share office space.

14      Q    What part of -- what percentage of your practice

15  is doing expert witness work?

16      A    It varies.  I don't have any -- I don't keep any

17  of those statistics.  And my just rough estimate, some

18  years it might be 50 to 60 percent, other years it might

19  be 30 percent.  It, again, varies.

20      Q    What's it been in the past three years?

21      A    I'd give you those same numbers.  I don't know.

22      Q    What part of your practice is doing fitness for

23  -- what percentage of your practice and in the past three

24  years have been doing fitness for duty exams?

25      A    Again, I don't have those numbers.  It varies.

1  Typically, oh, maybe two or three a year.  Some years a
2  little more, some years one less.  And then again
3  occupational fitness is a component of probably 50,
4  60 percent of my work, if not more.
5      Q    When you do work in workers' compensation cases,
6  what percentage would you estimate is for the employer
7  and what percentage for the employee?
8      A    Well, it's dictated by the state systems.  In
9  California, the system is called the QME system.  And the
10  way that doctors are selected to do those evaluations in
11  California is that if the evaluation is needed or elected
12  by any party, the state provides that party with a
13  randomized selection of three doctors and they pick one.
14  And it can be either the injured worker can request the
15  evaluation or the carrier, defense, can get them -- can
16  select it.  And they're often sort of collaborative in
17  that they each just eliminate one name and whoever's left
18  is the one that gets it.  And, again, I don't keep any of
19  those statistics, but it's probably 50/50, if not a
20  little bit more, the injured worker that requests the
21  evaluation in California.  In Utah, the other site where
22  I practice, it's virtually a hundred percent from the
23  insurance carrier that is responsible for making that
24  referral at the point that an injured worker is
25  considered probably at maximum medical improvement and

1  ratings are requested.  The employee does not under that

2  system make that referral, although they certainly could,

3  I suppose, but the carrier has to of course pay for it

4  and they're not obligated to if the injured worker

5  selects an evaluation.  Typically the treating doctor

6  there provides any information that's needed.

7      Q    Have you worked in workers' compensation cases

8  in any states other than California and Utah?

9      A    On a very rare basis and none in the -- none

10  that I recall in the last, oh, rough guess, maybe ten

11  years.  I've occasionally seen -- like I recall maybe a

12  decade ago, a case from New York or in east coast.  I

13  believe it was New York system in which the person was in

14  California and needed the evaluation that was out here

15  visiting on some long-term basis.  And there maybe have

16  been another state as well in the last decade.  I don't

17  recall them though.

18      Q    How many airline pilots have you examined on

19  fitness for duty issues?

20      A    Well, on the one hand, if we look at the term

21  fitness for duty broadly --

22      Q    Let's start by looking at the term airline

23  pilots broadly.  How many airline pilots have you

24  examined?

25      A    Probably a couple dozen.

1        MR. MORALES:  This is Tristan.  I'm just gonna

2   take this opportunity to note as it may be relevant to a

3   line of questioning that follows this that there's a

4   magistrate order on the subject of questioning Dr. Knippa

5   on materials related to other pilots at American,

6   specifically that's the February order from the

7   magistrate.

8        MR. AMLONG:  I'm aware of the order.  Thank you.

9        MR. MORALES:  We'll maintain an objection to the

10  extent that the questioning gets into the details of

11  airline pilots in American in particular.

12  BY MR. AMLONG:

13     Q    How many airline pilots have you examined?

14     A    I don't have the numbers.  Probably I'd say a

15  couple dozen.  It could be a few less.

16     Q    And it's over the span of your career?

17     A    Oh, no.  I'm thinking more in recent years.

18  Over the span of my career, just add four or five more.

19     Q    So less than 30 overall?

20     A    Yes.  Of airline pilots.  Most of the pilots

21  that I've evaluated are general aviation pilots or

22  applicants.

23     Q    How many have you evaluated for American?

24     A    To my recollection, two.

25        MR. MORALES:  Objection.  And I'll note that

1   there was a stipulation made to the magistrate.  There

2   was a motion to compel additional information from

3   American about American pilots examined by Dr. Knippa of

4   any -- and the court rejected plaintiff's request for

5   further information in light of American's objection

6   regarding the privacy and confidentiality interests of

7   those other pilots so we object to the question.

8   BY MR. AMLONG:

9       Q    How many American Airlines pilots have you

10  examined?

11      A    Do I understand I'm not supposed to answer that

12  question?

13      Q    You are supposed to answer.

14      A    Is that correct, Mr. Morales?

15           MR. MORALES:  I will note that we're objecting

16  to the extent that the questioning goes beyond the

17  stipulation which was put on the record.  And we can

18  repeat that stipulation if --

19           MR. AMLONG:  I don't necessarily believe your

20  stipulation, Mr. Morales, so I want to know from

21  Dr. Knippa how many American Airlines pilots he has

22  examined.

23           MR. MORALES:  I'm sorry.  I didn't catch the

24  first part of that.

25           MR. AMLONG:  I don't necessarily believe your

1   stipulation.  I want to know from Dr. Knippa how many

2   American Airlines pilots he's examined.

3          MR. MORALES:  And so we would object to the

4   question.  And from our perspective, if you disagree with

5   the magistrate's judgment that the stipulation is the end

6   of the line with respect to questioning about American

7   pilots, then we would advise that we go back to the

8   magistrate to have that issue revisited.

9          MR. AMLONG:  So how many -- the magistrate did

10  not say I cannot ask him how many he has examined.  How

11  many have you examined?  I thought I heard you say two.

12         THE WITNESS:  I'm gonna let you all decide --

13  I'm not a lawyer, so you all decide whether I should

14  answer the question or not please.

15         MR. AMLONG:  Have you examined more than two

16  American Airlines pilots?

17         THE WITNESS:  I believe that's the same

18  question.  If you all could decide what I'm --

19         MR. AMLONG:  Are you blocking me from asking the

20  number of pilots he's examined, Mr. Morales?

21         MR. MORALES:  We've noted the objection and

22  noted the magistrate's order.  The subject of your

23  inquiry that was before the magistrate was whether any

24  information aside from the stipulation was appropriately

25  requested or sought in light of the privacy and

1   confidentiality interests of the pilots.  So it sounds

2   like you're aware of the magistrate's order as I've

3   noted.  If you have questions that go beyond the

4   magistrate's order or you feel that the magistrate's

5   order was incorrectly advised, it seems appropriate that

6   the magistrate --

7              MR. AMLONG:  All I want to know is the number

8   that he examined.  The magistrate did not say that I

9   could not inquire to that.

10             MR. MORALES:  We've noted our objection.  And to

11  the extent there are additional questions, we'll note our

12  objection to those as well.

13             MR. AMLONG:  Doctor, please answer the question.

14             THE WITNESS:  Is that okay with both parties

15  that I can answer that question?

16             MR. AMLONG:  If he doesn't like the question, he

17  can adjourn the deposition and go seek a protective

18  order.  Please answer the question.

19             THE WITNESS:  Mr. Morales?

20             MR. MORALES:  At this point, we've noted our

21  objection, Dr. Knippa.  You're being advised by

22  Mr. Amlong to answer his question.  If we have additional

23  objection to a subsequent question, we'll note those and

24  we may or may not seek to adjourn the hearing and contact

25  the magistrate.

1       THE WITNESS:  Okay.  Two that I recall.

2  BY MR. AMLONG:

3     Q   And Mr. Patterson was the first; correct?

4     A   I do not know.

5     Q   Do you know how you came to be contacted by

6  American?

7     A   I'm not sure I understand the question.

8     Q   You were contacted by American asking you to do

9  a fitness for duty examination; correct?

10    A   Yes.

11    Q   Do you know how American learned of you?

12    A   No, I don't.  I assume it was through a referral

13  from a colleague.

14    Q   When Dr. Ahtone, the American corporate medical

15  director, contacted you, did he do so by telephone?

16    A   I've never met Dr. Ahtone in person.  I spoke

17  with him always by phone.  He did not contact me directly

18  initially, though I was initially contacted by

19  Ms. Cindy Contreras who I understood worked together with

20  Dr. Ahtone.

21    Q   Did Ms. Contreras or Dr. Ahtone tell you who had

22  referred you?

23    A   They may have and, again, I assume it was a

24  colleague.  I did not to my knowledge record that.  I

25  don't remember at the moment, but there's only a small

1   number of people who perform pilot evaluations and so it

2   would have been through that group.

3       Q    Tell me what training you have had in doing

4   pilot evaluations.

5       A    Well, first of all, fitness for duty evaluations

6   are more than just pilots.  I've done -- I did continuing

7   education with learning to administer some of the

8   measures that are used with pilots and for many, many

9   years have used the majority of measures that are used

10  with pilots.  I also have a group of colleagues that I

11  work with and peer consult with and stay in touch with.

12  Obviously, I've attended continuing education.

13      Q    When was your last continuing education on

14  airline pilots?

15      A    I don't recall.  Probably about a year ago.

16      Q    When was your last continuing education prior to

17  examining Mr. Patterson in 2016?

18      A    I don't recall.

19      Q    Of the 30 airline pilots that you believe you

20  have examined over your career, how many of those came

21  from the east coast?

22      A    I don't know.

23      Q    Approximately?

24      A    I don't know.

25      Q    Other than the two American pilots, can you

1    think of any that came from the east coast?

2        A    I've examined --

3            MR. MORALES:  Objection, foundation.

4            THE WITNESS:  I've examined many pilots from out

5    of the area.  I don't recall specifically an airline

6    pilot from the east coast.  I've evaluated many from

7    midwest, north central.  It's very common that pilots fly

8    in from another area.

9    BY MR. AMLONG:

10       Q    Tell me what familiarity you have with airline

11   pilots.

12       A    Could you repeat that?

13       Q    What do you know about airline pilots and what

14   they do?

15       A    I'm not sure where to begin.  It's such a broad

16   question.

17       Q    You personally have no experience as a pilot;

18   correct?

19       A    I do not.

20       Q    Have you ever been on a flight deck?

21       A    Yes.

22       Q    Did you hear the question?

23       A    I responded yes.

24       Q    Oh, I'm sorry.  And under what circumstances

25   were you on a flight deck?

1      A    With a maintenance crew several years ago

2    looking through the fight deck.  I've occasionally talked

3    to pilots in the prior years before security was more

4    than it is and I'm familiar with the general layout of

5    might decks.  And at Civil Aviation Medical Institute a

6    few years ago, we toured simulators for flight decks.

7    And in the Marine Corps, I was on helicopter flight

8    decks.

9      Q    What's the Civil Aviation Medical Institute?

10     A    It is a FAA organization in Oklahoma City that

11   does research as well as administration regarding pilot

12   training, pilot qualifications, pilot medical care.  It's

13   also the place where we correspond on a regular basis to

14   identify pilot records where a doctor who's doing

15   evaluations can consult with the FAA contact people such

16   as the contact for psychiatry and other specialties.

17     Q    Have you ever been on a flight deck during

18   actual flight?

19     A    No, I haven't.  And frankly, I don't consider it

20   relevant.  I see neurosurgeons for fitness for duty, but

21   I've never been in a neurosurgery operating room.

22     Q    Have you ever been in a simulator environment

23   while someone was going through the flight stimulation?

24     A    Well, I was going through the flight simulation.

25     Q    So you went through the flight simulation?

Page 23

1      A    Very briefly.

2      Q    Define very briefly.

3      A    A few minutes.

4      Q    And when was that?

5      A    At Civil Aviation Medical Institute.

6      Q    That's where it was.  When was it?

7      A    Oh, I don't recall.  Five years ago, eight years

8    ago.  And I've not spent any significant time in a flight

9    simulator.

10     Q    I'm sorry?

11     A    I've not spent any significant time in a flight

12   simulator.

13     Q    Do you have your file on Mr. Patterson there

14   with you?

15     A    Yes, I do.

16     Q    Okay.  Please look at -- I believe we sent this

17   to the court reporter, but please look at the

18   January 20th referral letter to Mr. Patterson from, I

19   believe, Captain Bonds or Captain Beach.

20     A    January 20th letter to Mr. Patterson.

21     Q    I'm sorry.  Hold just a minute.  There was a

22   letter to Patterson saying why they were referring him

23   for a Section 20.

24          MR. MORALES:  Is there a Bates number?

25          MR. AMLONG:  Hold on.  Just a minute please.

1  This is a letter dated January 14th, 2016 to FO Rodney

2  Patterson from Brian Beach and it's Bates stamped -- our

3  copy is Bates stamped Patterson 144.

4          THE WITNESS:  I don't see that at the moment.  I

5  can keep looking assuming I have a copy of that.

6          MR. MORALES:  I don't believe that was in the

7  material I received either.

8          MR. AMLONG:  It wasn't.  It's in your fax

9  machine, I believe, Dr. Knippa.

10          THE WITNESS:  You sent it this morning?

11          MR. AMLONG:  I sent it right now.

12          THE WITNESS:  Oh, okay.  Give me a moment to go

13  and retrieve it.

14          MR. AMLONG:  Mr. Morales, it's been sent to you

15  as well.

16          MR. MORALES:  Okay.  Thank you.

17          THE WITNESS:  Okay.  Returning.  I have the

18  letter.

19          MR. AMLONG:  Okay.  We'll mark this was

20  plaintiff's Exhibit 1 to this deposition.

21          (Exhibit 1 was marked for identification.)

22          Have you seen this letter before?

23          MR. MORALES:  I'm just gonna ask if you could

24  wait one second.  I haven't received the document.

25          MR. AMLONG:  Mr. Morales, it was e-mailed to

1  you.

2          MR. MORALES:  I'll let you know as soon as it

3  comes through.

4  BY MR. AMLONG:

5      Q    Doctor, have you seen this letter before?

6      A    I've not seen this completed letter.  I do have

7  a copy of a -- it looks like the template for that letter

8  that was sent to me on, I believe, about the same date.

9          MR. MORALES:  And I've received the e-mail.

10          THE WITNESS:  So I have the template for that

11  that doesn't have some of the numbers and information

12  filled in and it's unsigned.

13  BY MR. AMLONG:

14      Q    Okay.  And which date was that?

15      A    The letter -- the template is not dated at all

16  but -- well, let's see.  I have it in my file filed after

17  documents dated January 20th, but I don't have any

18  references to when that was received or where it came

19  from.

20      Q    You said this was received after January 20th?

21      A    I don't know.  And, again, I've not received

22  this completed.  I've not seen the completed one until

23  now.

24      Q    Whose signature is -- it's unsigned, I'm

25  assuming?

1    A    You're correct.  It's unsigned.

2    Q    But whose name is typed in the signature block?

3    A    Let's see.  Captain James Bonds.

4 BY MR. AMLONG:

5    Q    Okay.  And even though it has Captain James

6 Bonds's name on it, is it the same text as contained in

7 Exhibit 1?

8    A    Let's see.  Let me review.  It omits the date,

9 the addressee's information for address, phone number,

10 city, state, zip is omitted.  Without reading them

11 carefully, the first paragraph looks the same, my contact

12 information looks the same, and then the scheduling

13 information includes no dates or flight numbers.

14        MR. MORALES:  Can I just ask what Bates numbered

15 document you're looking at?

16        MR. AMLONG:  I'm looking at Patterson_00144.

17        THE WITNESS:  And the one I have says 000475.

18 BY MR. AMLONG:

19    Q    It says the flight request a fitness for duty

20 medical evaluation pursuant to Section 20 of the AA-APA

21 labor agreement be scheduled and conducted for First

22 Officer Rodney "Scott" Patterson.  The reason is based

23 upon this office's concerns about FO Patterson's judgment

24 and specifically his mental and/or emotional stability.

25 This office has received multiple reports of atypical

1  interaction with coworkers and reports a suggested

2  pattern of false/self-aggrandizing statements.  Is that

3  the letter that you have?

4       A    No, that's not the one you faxed me.  And the

5  page number at the bottom that you mentioned is not the

6  one that was faxed.

7       Q    Do you have in your -- do you have in your file

8  a copy of a letter that reads as I just read?

9       A    Let me look through the file.  Unless I have

10 missed it, I do not have a letter with that wording.  I

11 do have a telephone contact with that wording.

12      Q    A telephone contact.  With whom did you have a

13 telephone contact?

14      A    Let me look.  I have to go back to that page.

15 Let's see.

16      Q    When you say go back to that page, is this a

17 page of your notes?

18      A    Yes.  Let's see here.  Okay.  On January 15,

19 2016, I have that content.

20      Q    Okay.  And these are in your handwritten notes?

21      A    Yes.

22      Q    And this is from a telephone conversation?

23      A    With Dr. Ahtone on January 15, 2016.

24      Q    January 15, 2016?

25      A    Yes.

1    Q    Okay.  Do your notes reflect who referred you to

2  Dr. Ahtone?

3    A    Well, Cindy Contreras was the first person who

4  made the first telephone contact.  And when I get a

5  referral for any fitness for duty evaluation, I request

6  information as to the purpose of the evaluation, what are

7  the concerns, the performance problems, and it would have

8  been Ms. Contreras who would have put the contact through

9  to Dr. Ahtone.

10   Q    Do your notes reflect who referred you to

11  American Airlines?

12   A    I've already answered that question.  I don't

13  know.  And nobody referred me to them.

14   Q    Someone referred them to you?

15   A    Exactly.  There.  Very important.

16   Q    You can just answer off the top of your head.

17  I'm asking you whether the notes in your file reflect

18  that.

19   A    No.  Oh, I do see -- I'm looking at -- let me

20  look at something here.  No, I don't.  I have a separate

21  note that my name was mentioned to someone at American

22  Airlines by a colleague in Colorado.

23   Q    Who is that?

24   A    A Dr. Kalat.

25   Q    Spell that for me please.

1      A      K-a-l-a-t.

2      Q      K-a-l-a-t?

3      A      Right.

4      Q      What's the doctor's first name?

5      A      Stephen.

6      Q      With a V or PH?

7      A      I don't recall.

8      Q      And is he also a PhD?

9      A      Yes.

10     Q      Is he also a neuropsychologist?

11     A      Yes.

12     Q      From the information that Dr. Ahtone gave you

13  about the reason for the fitness for duty examination,

14  can you tell me what in that description --

15     A      I'll be glad to read it to you verbatim.

16     Q      Please.

17     A      January 15, 2016 telephone number.  Dr. Ahtone,

18  American Airlines request for Rodney Patterson First

19  Officer goes by the name Scott I believe is what this

20  means, S-c-o-t-t.  Flight ops request FFD fitness for

21  duty Section 20.  Judgment, mental and emotional

22  stability, co-worker, self-aggrandizing statements,

23  relieved from duty September 24, 2015, legal sent packet

24  of information.

25     Q      Legal sent packet of information?

1    A    Yes.

2    Q    Did legal send you a packet of information?

3    A    I don't know what that refers to.  It's been,

4  what is that, over three years since then or two -- over

5  two years.

6    Q    What about the language in Dr. Ahtone's referral

7  comments indicates to you a neuropsychological issue?

8    A    Well, Dr. Ahtone -- and I believe there was some

9  other information from Ms. Contreras as well that's

10  similar -- neuropsychological is a broad field or a broad

11  context.  It essentially includes cognition, thinking,

12  and behavior.  And an individual who has been an

13  experienced pilot and who is only now sometime later in

14  the career being brought up as a subject of having

15  judgment, mental and emotional stability problems,

16  self-aggrandizing statements raises a concern from a

17  neuropsychological or fitness perspective.  Not a

18  specific concern.  I don't know what the diagnosis would

19  be at that point, if any.

20    Q    So you're saying the mere fact that these are

21  late onset concerns is giving rise to a

22  neuropsychological concern?

23    A    I didn't say mere fact, but it's certainly

24  highlights it.  Someone would not be expected to have

25  worked for years and had problems with judgment, mental

1    and emotional stability and self-aggrandizing statements,

2    certainly not in a pilot's very responsibility safety

3    sensitive position in which they need to work with

4    multiple crew members as well as the passengers.

5            MR. AMLONG:  Ms. Reporter, please hand

6    Dr. Knippa his long report which is on his letterhead and

7    it begins "reason for referral."  It's a 15-page report.

8            (Exhibit 2 was marked for identification.)

9    BY MR. AMLONG:

10    Q    Dr. Knippa, have you had a chance recently to

11    review your report about Mr. Patterson?

12    A    I read through it last night.

13    Q    Starting on Page 1, the bold face portion?

14    A    Yes.

15    Q    About not giving a copy of this to

16    Mr. Patterson.  Do you put that in all of your fitness

17    for for duty examinations?

18    A    I write two -- to make sure my answer makes

19    sense.  I write two reports, one of which includes no

20    diagnostic information but merely a duty statement.  It

21    doesn't contain any sensitive information otherwise.

22    That report does not include that statement and can be

23    handed directly to an individual.  But in any mental

24    health evaluation and perhaps there's some exception; but

25    with certainly any evaluation in which I'm not the

1  treating doctor, that statement is included meaning that

2  it should -- that since the mental health evaluation may

3  contain very sensitive information, it's not written for

4  the individual necessarily to understand.  It might or

5  might not be upsetting and cause harm.  The statement is

6  meant to indicate that the individual should only be

7  provided the document by a physician or healthcare

8  provider who will be available to assist the individual

9  to understand anything that they need to or have

10  questions answered regarding and then certainly can be

11  given to them.

12      Q    Did you put that statement in the long report on

13  the other American Airlines pilot whom you examined?

14          MR. MORALES:  Objection for the reasons stated

15  above regarding the magistrate's order.

16          MR. AMLONG:  You can answer.

17          THE WITNESS:  It would go --

18          MR. MORALES:  I can't -- I'd like to pause,

19  Mr. Amlong, and note again that the subject of that

20  report was the subject of our objection and the

21  magistrate's order.

22          MR. AMLONG:  Thank you.

23          MR. MORALES:  It sounds like you're aware of

24  that order, and I just want to make clear that we're

25  objecting on the basis of that order which rejected your

1    inquiry on the subject of other American pilots, if any.

2            MR. AMLONG:  I just want to know whether or not

3    Dr. Knippa put that same language in the other report.

4            THE WITNESS:  I do not know.  It typically goes

5    in every report.  If it was not, it was an omission on my

6    part or in editing.  It just didn't get in there if it

7    wasn't there, but it would be appropriate to go in every

8    full duty report.

9    BY MR. AMLONG:

10       Q    Since you read this report over last night, can

11   you tell me that assuming the total accuracy of your

12   examination and the report, is there anything in this

13   report that in your mind would justify the denial,

14   suspension, or revocation of Mr. Patterson's FAA first

15   class medical certificate?

16           MR. MORALES:  And I would just object to note

17   that the report speaks for itself.

18           THE WITNESS:  That was -- I believe I explained

19   it in my report.  I don't know how else to respond.

20   BY MR. AMLONG:

21       Q    The question is what, if anything, in this

22   report would justify the denial, suspension, or

23   revocation of a first class medical certificate?

24       A    It's contained in the report in great detail.  I

25   can read it.

1    Q    Well, tell me what -- you think the entire

2  report would justify the revocation of a first class

3  medical certificate?

4    A    The report is meant to be considered and the

5  decision meant to be considered as a whole, not two lines

6  here or there or one or two little points.

7    Q    Are you saying that based on this report, that

8  the FAA should take away Mr. Patterson's first class

9  medical certificate?

10    A    Sir, I didn't use that language.  I simply --

11    Q    I'm asking.

12    A    And I think I'm trying to respond.  I didn't use

13  that language.  What I -- I believe my findings are at

14  the end of the report.  I'll see if I can find them, how

15  I stated it.  I stated that I could not based on the

16  report identify that he is affirmatively identified as

17  capable of reliably performing essential functions of his

18  job description.

19    Q    Where is this?

20    A    That's on the appended brief form Page 1.

21         MR. AMLONG:  Okay.  Ms. Reporter, mark as

22  Plaintiff's 3 please, the three-page form or the two-page

23  form dated March 21st, 2016.  It's part of the stuff that

24  Ms. Harris e-mailed you last night.

25              (Exhibit 3 was marked for identification.)

1   BY MR. AMLONG:

2       Q    So there is a conclusion there that (as read) at

3   the time of this examination, he is not affirmatively

4   identified as capable of reliably performing the

5   essential functions of his job description for an, i.e.,

6   as the job was represented by Mr. Patterson or otherwise

7   understood, on a consistent and sustained basis; correct?

8       A    Correct.

9       Q    Did I read that correctly?

10      A    Yes, sir.

11      Q    Okay.  And I want to know are you familiar with

12  the criteria for an FAA first class medical certificate?

13      A    I'm not familiar with the medical basis for it.

14  I'm familiar with whether or not someone is able to meet

15  criteria based on psychological and neuropsychological

16  criteria.

17      Q    And tell me which of your tests indicated that

18  Mr. Patterson could not qualify in March of 2016 for a

19  first class medical certificate?

20      A    Well, as an important bit of linguistics.

21  There's no test that tells one anything, per se.  The

22  neuropsychologist has to interpret the test data as a

23  whole, not any specific or single test, but test as a

24  battery are taken together.  And as I had mentioned or

25  noted on Page 13 of the longer report, they're in the

1  middle.  Work status opinion was that he did not meet

2  current criteria based on impaired performances on

3  cognitive assessment.

4      Q    Which paragraph is this on Page 13?

5      A    Look at the middle of Page 13 just above

6  recommendations.

7      Q    Just above recommendations, it says, (As read)

8  In short, some diagnostic questions remain unanswered

9  given limited information, (e.g., below), but performance

10  abnormalities significant to flying says remain

11  nonetheless.

12     A    Yes.  So it's performance abnormalities on

13  testing that are explained and detailed in the report.

14     Q    Do you identify any particular

15  neuropsychological deficits in this report?

16     A    Well, I would have to go through and look at my

17  data forms keeping in mind it's been a couple of years

18  since I've seen all of these.  Let me look through these

19  momentarily.  Okay.  First, what I noticed was on the cog

20  screen measures, there were several scores that were

21  below standard beginning on Page 4, the base rate

22  analysis.  Any scores typically below 40 are especially

23  of concern to review for their significance and we see 3

24  out of 8 on that page.

25     Q    And you're saying that would disqualify him for

1    a first class medical certificate?

2        A    As I explained before, it's not any specific

3    score, but a combination of scores and factors that are

4    important to evaluate, and no one score is necessarily

5    going to disqualify or qualify anyone.

6        Q    So there's no score here that you can point to

7    that would disqualify him?

8        A    Sir, you're asking an irrelevant question that

9    appears sort of couched as if it has relevance.  It

10   doesn't.  There's no single score that taken out of

11   context of other scores one would necessarily make a

12   decision on.

13       Q    Well, the -- have you had contact with anybody

14   from American Airlines other than Ms. Contreras and

15   Dr. Ahtone?

16       A    No.

17       Q    Did you receive correspondence from American

18   Airlines from anyone other than those two?

19       A    Let me look.  No, I did not.  I requested other

20   information and did not receive it.

21       Q    And I believe that you told me that the notes

22   that you had reflected that the referral came from a

23   Captain Bonds?

24       A    That was what we just read.  Yes.

25       Q    Okay.  At the end of the deposition, if you

1  could let the reporter have a copy of that so she can

2  make that Exhibit 4 to the deposition, your handwritten

3  notes.

4       A    Okay.  Let me flag that.

5            (Exhibit 4 was marked for identification.)

6       Q    On Page 10 of the report, it says the 01/16/16

7  correspondence from Captain Brian Beach, chief pilot MI

8  outlines general but not specific performance relevant

9  concerns for Mr. -- for mental and/or emotional

10 stability, unspecified, quote -- and this is

11 italicized -- multiple reports of atypical interaction

12 with co-workers, closed quotes, and unspecified reports.

13      A    Sorry.  I'm trying to locate where you're --

14      Q    Page 10 of your March 21st long report.

15      A    Which paragraph?  Oh, under referral inquiries.

16 Let's see here.  January 16th by Captain Bonds.  Let me

17 see if I can locate that.  I did not recall it.

18      Q    Are you looking now for your correspondence with

19 Captain Bonds?

20      A    I'm looking for it.  I'm don't see it at the

21 moment.  It may be filed out of sequence.

22      Q    All right.  But this does quote Captain Beach as

23 opposed to Captain Bonds?

24      A    Yes.

25      Q    Okay.  The --

1      A     Assuming those names are --

2            (Simultaneously speaking.

3            THE REPORTER:  I'm sorry.  You guys are speaking

4    at the same time.  Can you start that over again?

5            THE WITNESS:  Assuming those are the correct

6    names.

7            MR. AMLONG:  Yes.

8            THE WITNESS:  Okay.

9    BY MR. AMLONG:

10     Q     Do neuropsychological deficits typically

11   manifest themselves in technical lapses in performance?

12     A     There's not much of a -- I'm not sure that's the

13   way I'd describe it.  Neuropsychological conditions -- I

14   wouldn't say lapses, but neuropsychological conditions

15   can manifest in any variety of ways.  I have patients who

16   have nothing more than some irritability, some subjective

17   memory problems, one, the other or both, some

18   inefficiency.  It may by a change in personality, change

19   in interpersonal behavior, a spouse claiming that they

20   seem grumpy or irritable more than usual.  It may be a

21   change in motivation, a change in any variety of things

22   in cognition, emotion, behavior.

23     Q     And in Mr. Patterson's case, there were no

24   technical lapses of performance that were brought to your

25   attention; correct?

1    A    Well, it depends on what we describe as

2  technical.  In the case of an airline pilot who's

3  responsibility for crew and passenger safety, I take

4  technical to be a fairly broad range.  There's an article

5  in 2012 --

6    Q    Dr. Knippa, did you write on page --

7         MR. MORALES:  I believe he was still answering

8  the question, Mr. Amlong.

9         THE WITNESS:  An article in 2012 talking about

10  occupational health in general but can also be applied to

11  fitness for duty with pilots in that problems with a

12  knowledge base can be the difficulty, that they're

13  forgetful, don't have the adequate knowledge base.  It

14  can be skill based, failure to keep up with skills,

15  failure to develop skills that otherwise the individual

16  would be expected to develop or to maintain.  It can be

17  abilities like sensory motor skills can be a problem,

18  cognitive skills, visual motor, attention, concentration.

19  It may be a complaint, intolerance of a schedule,

20  intolerance of the usual work routine, or it can be what

21  is referred to sometimes as other abilities like

22  personality style.  In the case of airline pilots and

23  first officers, we think about communication stills, the

24  ability to get along with a crew, to work with a crew,

25  tend to think about how to coordinate crew resources.

1   And so anything along those lines, that broad range, can

2   -- that becomes a concern with a pilot's performance

3   could be a subject for neuropsychological evaluation.  It

4   may not be, but it can be.

5   BY MR. AMLONG:

6       Q    Did you write, Dr. Knippa, on Page 11 of your

7   report under areas of performance concern, the first

8   paragraph, (as read) technical lapses in performance,

9   it's italicized, colon, none are known to have been

10  alleged.

11      A    Yes.  And in that context, I was referring to

12  flight abilities.

13      Q    Now, under findings for interpersonal skills,

14  you begin that section by saying that (as read) first,

15  advice from the employer was given that no examples of

16  overt acts have been identified for review; correct?

17      A    Yes.

18      Q    And the only intelligence you had about

19  Mr. Patterson's interaction with his co-workers is what

20  you read me that Dr. Ahtone read to you from either

21  Captain Bonds or Captain Beach; correct?

22      A    I had that general information.  I had that

23  general information that we've discussed.  I asked for

24  specific examples from both parties.  I asked for

25  specific examples from American Airlines and was advised

1    that a -- if I recall correctly now, that a investigation

2    was done and essentially the complainants would not put

3    anything on the record.  It's unfortunate that many times

4    with fitness for duty evaluations, we do have complaints

5    that are lodged and then the individual making them

6    doesn't want to go on the record or essentially be blamed

7    for them and that creates a problem.  It certainly raises

8    the question of whether there was a problem to begin

9    with, but I could not get any documentation because

10   apparently folks would not go on the record.  I asked

11   Mr. Patterson -- we went over it several times to give me

12   examples.  And in general, he told me that this was

13   investigated and closed, was a done matter and would not

14   give me more details other than are in my report.  So I

15   had a concern by one of the senior supervisors alleging

16   safety issues and yet I had a difficulty time getting

17   specifics.

18       Q    Okay.  At the end of the findings regarding

19   interpersonal skills, you begin your summation paragraph

20   by saying, quote, in summary, comma, while some

21   personality characteristics are identified --

22       A    I'm sorry, sir, if I could interrupt.  Where are

23   we?  On which page?

24       Q    We're on the next page, Page 12.

25       A    Sure.

1    Q    The last paragraph of your findings regarding

2    interpersonal skills where you state (as read) In

3    summary, while some personality characteristics are

4    identified as assessment raise concerns for workplace

5    performance challenges, comma, a personality disorder is

6    not identified.  We've eliminated that at this time.

7    Correct?

8    A    Correct.

9    Q    And you also said that, quote -- and this is in

10   the second paragraph towards the middle that, quote, may,

11   closed quote, or speculation is not evidence for

12   supporting a diagnosis.  Correct?

13   A    Correct.

14   Q    And that, thus -- (as read) and to emphasize

15   here, there's no identified and reliable reasonable

16   certainty evidence to conclude that such a condition is

17   present, parens, i.e., comma, separate from concerns that

18   behavioral traits that cannot be seen as efficient for

19   making a full diagnosis.  Correct?

20   A    I don't see that on here, but that sounds like

21   my language.  What page are you on now?

22   Q    This is still on Page 12.  It's in the second

23   paragraph, the first full paragraph.

24   A    Oh, I see.  Yes.  Got it.

25   Q    Okay.  And so you're telling me that there's

1  nothing -- there's no single thing that you can point to

2  as justifying the revocation of his fist class medical

3  certificate, but your overall impression is that he's not

4  fit for duty?

5      A   You're leaving out a huge portion of the

6  equation.  The section on Page 12 that we just reviewed

7  has to do with psychological and personality related

8  issues.  And I indicated there I have no information

9  available that's reliable on a psychological personality

10  information basis that would be disqualifying or raise

11  concern.  I would certainly have subjective complaints or

12  I have had general complaints from the -- from Captain --

13  it was Captan Beach, I believe, and relayed to me by

14  Dr. Ahtone, but they could not give me specifics and

15  Mr. Patterson would not provide any qualifying specifics

16  there either.

17      Q   So are you saying that the neuropsychological

18  testing provided you with specifics from which you can

19  say he was not fit for duty?

20      A   If we go to Page 13, the middle of the paragraph

21  there, it says, (as read) In sort some diagnostic

22  questions remain unanswered.  Performance abnormalities

23  significant to flying status remain nonetheless.

24      Q   What are the performance abnormalities?

25      A   Those have to do with the cognitive performance

1    tests.  Important to think about with a

2    neuropsychological evaluation is sort of both parts of

3    that word.  There's the neuro component, cognitive

4    function, and then the psychological component.  And I do

5    not have evidence of psychological problems that would --

6    that are reliable that would warrant a recommendation

7    against flying.  I believe I did state that while some

8    questions remain unanswered in that regard, certainly we

9    have complaints that I don't know what the reasons for

10   those are.  And in addition, Mr. Patterson's

11   psychological testing was largely, as I believe I

12   described it on -- let me look at it -- starting on Page

13   9 is highly defensive essentially compares to that of

14   persons who essentially are not only not admitting to any

15   problems, but they are presenting in such an overly

16   favorable basis that it raises the concern that the

17   profile itself is essentially invalid or I should say

18   that that scores --

19       Q    Are you aware of the Federal Aviation

20   Administration's definition of the word acclimated?

21       A    Acclimated?

22       Q    Yes.

23       A    Perhaps you can put some context to the

24   question.

25            MR. AMLONG:  Ms. Reporter, please hand

1   Dr. Knippa the exhibit that was Mr. Harris e-mailed you

2   the 14 CFR 117.3 definitions.

3           (Exhibit 5 was marked for identification.)

4           THE WITNESS:  I have it in front of me.

5   BY MR. AMLONG:

6       Q    Okay.  So the Federal Aviation Administration

7   considers acclimated to mean, quote, (as read) A

8   condition if which a flight crew member has been in a

9   theater for 72 hours where he's been given at least 36

10  consecutive hours free from duty.  Correct?

11      A    Yes, I see that.

12          MR. MORALES:  Object to the extent you're asking

13  for a legal conclusion.  The document states what it

14  states.

15  BY MR. AMLONG:

16      Q    Now, were you aware that Mr. Patterson had flown

17  into LAX the night before he began these tests?

18      A    I understood he flew in earlier in the day, the

19  day before, not the night before.

20      Q    Did you ask him -- well, during the examination

21  that first day, he asked to cut short the first day's

22  testing because he was weary; correct?

23      A    Can you find that -- point me to that section of

24  the report?

25      Q    Page 7.

1    A    Page 7?

2    Q    Test findings.

3    A    Yes.  I schedule two days usually for anyone who

4  is out of town.  We make sure that they've had a good

5  night's sleep the night before and present, appear, and

6  report to be rested.  And the purpose of having two days

7  is so that we can do just that for someone who's traveled

8  who may be from a different time zone, we can reduce the

9  time on day one and pick up on day two.  And in some

10  cases, what we do is switch to sort of noncritical tasks

11  as well on day one, but a two-day evaluation leaves us a

12  lot more flexibility.

13    Q    Tell me what noncritical -- did you say

14  noncritical tasks or noncritical tests?

15    A    Tasks meaning we might review some history, some

16  paperwork, just talk briefly, but I'm not gonna have them

17  when they're tired working on relevant -- so fatigue

18  relevant tasks.

19    Q    Would you consider taking the cog screen test to

20  be relevant?

21    A    Yes.  I wouldn't give it to him in the afternoon

22  when they're tired.  It was given in the morning.

23    Q    Do you have records showing that?

24    A    I don't recall if we have that.  We typically

25  give it in the morning unless there's some reason not to.

1    I scored the test out --

2        Q     The morning of the second day?

3        A     I scored -- no.  The cog screen was given on day

4    one.  It was scored just after noon.  It takes about an

5    hour to do, so it would have been started mid-morning.  I

6    typically give the cog screen in the mornings after some

7    initial interview, acclimation, make sure folks are

8    comfortable with the setting.  We get organized in the

9    office.  Then they complete the cog screen, and I

10   typically score that while the individual is out for

11   lunch which I did in this case.  That way I can pick up

12   in the afternoon with what, if any, additional testing is

13   needed.  So, for example, if a pilot in the same

14   evaluation would have acceptable scores across the board

15   with cog screen, we would seriously delimit the rest of

16   the testing.  It may not be necessary with the exception

17   of psychological and a few other measures.

18       Q     Do you have any documents that show that you

19   scored this on mid of the first day?

20       A     I have the date that it was filed.  I mean, the

21   -- I can look at the file, the date on the file.

22       Q     But does it show you scored it at noon?

23       A     It shows that I saved the report at noon, and I

24   wouldn't have been able to save the report.  It was just

25   after noon.  I wouldn't have been able to save it without

1    scoring it.

2        Q    What is the date of the day that you saved it?

3        A    I don't have it in front of me.

4        Q    Well, Mr. Patterson recalls that he took it --

5    that he took the MSCI first and then the personality

6    assessment inventory second and then the cog screen.

7        A    Let me look.  That would be unusual.  The two

8    measures that I use -- that I look to give in the

9    mornings are the cog screen and the T.O.V.A.

10       Q    On the second day?

11       A    The T.O.V.A. was given on the second day in the

12   morning.

13       Q    But the cog screen was given the first day?

14       A    First day.

15       Q    What impact would the Circadian Rhythm

16   disruption of having flown from the east coast to LAX

17   have on somebody taking the cog screen test that day?

18       A    Say that again now if you could.

19       Q    What impact would the Circadian Rhythm

20   disruptions one would experience from flying to Los

21   Angeles have on that person's ability to properly take

22   the cog screen test?

23       A    It might or might not have any affect on it.

24   Circadian Rhythm often reduces some attentional skills in

25   the afternoons especially, but I've had pilots and ATCs

1    who I've advised not to take the test but wait to another

2    date insist on taking the cog screen.  I had an ATC not

3    long ago who did not arrive as instructed the day before

4    and get a good night's sleep but did a double shift and

5    drove for six hours and passed with flying colors.

6         Q    Mr. Patterson did not insist on taking it the

7    first day; correct?

8         A    He didn't insist on taking it.  He didn't

9    decline to taking it the first day.  We discussed -- the

10   first thing we do when I sit down with someone is talk

11   about the nature and purposes of why we're here, the

12   examination, and we talk about whether or not there's any

13   reason that they shouldn't be here or shouldn't take the

14   exam.  Prior to beginning cog screen, I asked folks

15   whether they're tired.  In fact, it's part of the

16   standard procedure is to look at a rating scale -- and we

17   call it an alertness scale -- to make sure that the

18   individual --

19        Q    Mr. Patterson first said that he was -- you

20   asked him to sign release papers and he initially signed

21   it, quote, under duress, closed quote.  Do you recall

22   that?

23        A    Those were not my words as I recall.  Let me

24   look.  Signed per compulsion.  And I asked him about

25   that.  And I've had on -- just to give you an example,

1  I've had on several occasions during the initial process

2  when we sit down on a fitness for duty examination, we've

3  determined the individual doesn't want to or shouldn't be

4  at the exam.  And we shake hands and I escort them out

5  and that's the end of the appointment.  When we talked,

6  he seemed to understand why we were here, the nature and

7  purposes, but the paperwork was signed in such a way, so

8  I talked with him about that and told him -- I don't

9  recall the exact words but essentially that I'm here to

10  do an evaluation if both you and American Airlines agree

11  to do the evaluation.  If for any reason -- and this

12  would be what I would typically say.  If for any reason

13  you don't want to be here, you don't believe you should

14  be here, if this is a problem, then we'll shake hands and

15  go from there.  I'm not requiring you to be here.  And,

16  again, I don't recall his exact words, but it would have

17  been -- it was something along the lines of, no, I have

18  to be here.  And I would reply as I do with others, no,

19  you don't.  You really don't.  You get to make this

20  decision.  And we talk about risks and benefits of these

21  exams, the risks, of course.  And he signed a document

22  reviewing risks of these exams that include that -- well,

23  in fact, I'll just read the document.  (As read) Risks

24  and benefits of the exam.  Risks include fatigue,

25  discomfort from a lengthy exam, discomfort or

1    embarrassment to you or others from disclosing

2    information you may consider very personal.  Information

3    you may provide may result in being referred for other

4    health services to further consider your fitness to

5    return to employment or as a result of the doctor's

6    opinion.  The doctor's --

7         Q    We have these documents.

8         A    You do?  Okay.

9         Q    Are you familiar with Carrie H. Kennedy and Gary

10   Kay's book, Aeromedical Psychology?

11        A    Yes.  I have a copy of it.

12             MR. AMLONG:  Ms. Reporter, please hand

13   Dr. Knippa the excerpt that we sent you from Aeromedical

14   Psychology.

15             THE WITNESS:  I've got it in front of me.

16   BY MR. AMLONG:

17        Q    Do you consider that book for our case?

18        A    It's an opinion.  It's a useful reference.

19        Q    Well, do you consider Dr. Kay to be an expert in

20   the area of aeromedical psychological testing?

21        A    I consider him to be a good neuropsychologist.

22        Q    Look at on Page 217 where he discussed the

23   Circadian drive.

24        A    217?

25        Q    Yes.  The third page of that three pages.

1      A     Oh, okay.  Yes.

2      Q     And look at the underlined portion towards the

3   bottom of the Circadian Drive section.

4      A     Yes.

5      Q     Do you agree with Dr. Kay that that is the

6   impact that one experiences when going from the east

7   coast to the west coast?

8      A     Let me read it here.  I see the opinion.

9      Q     Do you share that opinion?

10     A     Not in all cases.  As he correctly states "may,"

11  and that would depending on the person's most likely

12  they're age, they're health, they're circumstances, the

13  number of hours they've been working, a variety of

14  different factors.  The Circadian Rhythm is certainly

15  important and that's a factor we look at with evaluation

16  planning and in interpretation of the data.

17     Q     Mr. Patterson expressed to you on the afternoon

18  of that first day that he was tired; correct?

19     A     He indicated he was fatigued and, as I indicated

20  on Page 7, pointed to the time zone changes and we

21  suspended early that afternoon.  As I explained, the

22  two-day evaluation allowed us to do to make it

23  comfortable for him and allow him to perform at his best.

24     Q     That was after the neuropsychological testing

25  that he had -- this is after he had taken two key

1    elements of the neuropsychological testing; right?

2        A    No, not necessarily.  He took the cog screen

3    earlier and the MMPI that you mentioned was also done on

4    on the 16.  That's not a neuropsychological test.  That's

5    a psychological test.

6        Q    The cog screen is neuropsychological?

7        A    What was that?

8        Q    The cog screen is neuropsychological?

9        A    Yes.

10       Q    And he told you before he took that that he was

11   tired; correct?

12       A    No, incorrect.  Had he told me he was tired

13   before the cog screen, we would not have administered the

14   cog screen.  I would have waited till the next day or

15   made some other arrangement.

16           MR. AMLONG:  Ms. Reporter, show Dr. Knippa the

17   excerpt -- the article that we sent you.  Guidelines for

18   the Psychological Evaluation of Air Crew Personnel.

19           (Exhibit 6 was marked for identification.)

20           THE WITNESS:  I have that.  I believe that's a

21   chapter.

22   BY MR. AMLONG:

23       Q    Do you have that in your office as well?

24       A    If it's a chapter, I do.  I don't know.

25       Q    The book is Occupational Medicine:  State of the

1    Art Reviews.

2         A    No.

3         Q    Have you seen the chapter before?

4         A    I don't recall specifically this chapter.  It

5    contains -- as I'm just flipping through it, it's, you

6    know, fairly common general information about fitness for

7    duty specific in this case to airline crew.

8         Q    On Page 233 at the bottom states (as read) The

9    practitioner, meaning the evaluator, must have a clear

10   understanding of the reasons why the examinee was

11   referred for evaluation, period.  A written referral from

12   agency to evaluator is desirable, period.  The

13   practitioner should avoid conducting evaluations without

14   an appropriate, comma, specific referral question.  Do

15   you agree with that?

16        A    I believe it's a question that we can all -- or

17   a statement we can all define differently.  I believe I

18   did have a clear referral question.  I did not have the

19   extent of documentation that might be helpful to better

20   elucidate that and I didn't have the extent of

21   information from Mr. Patterson that I considered would

22   have been helpful.

23        Q    The next paragraph said background and

24   collateral materials.  (As read) Referring agency should

25   provide the evaluator with all relevant records, colon,

1  chronology of the events leading up to the referral,

2  semicolon, performance evaluation, semicolon, reports of

3  disciplinary action, semicolon, pre-employment test

4  findings, semicolon, prior psychological and psychiatric

5  evaluations, parenthesis, including test scores, closed

6  parenthesis, semicolon, and psychiatric inpatient or

7  other recent hospitalizations or discharge summaries.

8  Did you have any of those?

9      A    I did not have other than what I mentioned to

10  you.  What's described there is an ideal perfect world

11  and it is rare that all of that information is available.

12  More common in a fitness for duty evaluation is that the

13  referring employer will provide limited documentation,

14  limited information.  It's often the attorney's from one

15  side or the other will restrict information; but in an

16  ideal word, it would be wonderful to have all that

17  information and it's certainly information to ask for

18  which I did.  And of course, some of it's not relevant in

19  this case.  There were no psychiatric inpatient records,

20  for example.

21      Q    Is it typical for airline pilots to present

22  themselves in a favorable manner when taking the MMPI?

23      A    Present themselves?  I couldn't understand the

24  word.

25      Q    Is it typical for airline pilots or airline

1   pilot applicants to present themselves in a favorable

2   manner when taking the MMPI 2?

3       A    It is typical that they have a defensive profile

4   that suggests some reluctance to admit to problems.  On

5   the one hand, that can be a healthy thing if it's an

6   appropriate level of kind of defensiveness.  Often

7   leaders who need to be in charge to act in times of

8   crisis need to sound authoritative and make decisions and

9   sort of live with them and the consequences and go from

10  there.  On the other hand, when scores are very high

11  regardless of whether it's an airline pilot or not, like,

12  for example, the F minus K score of minus 23, the

13  superlative scale score, that's I believe about a point

14  away from the maximum that can be given.  The

15  interpretive concern is not just presenting favorably,

16  but the psychologist is left with the question of does

17  this person have a catastrophical lack of insight into

18  their own presentation and motivations.  And regardless,

19  the profile that they're giving is likely suppressed such

20  that mental health problems that, let's say if they do

21  exist, they are at significant risk of not being

22  detectable.  So we do see, yes, favorable presentations

23  from airline pilots, also from highly educated people,

24  from doctors, from lawyers, others, but we have to put it

25  in context.  It means more in absence of information and

1    open questions as opposed to a sign of health.

2        Q    Who is J.N. Butcher?

3        A    Who is who?

4        Q    J.N. butcher?

5        A    James Butcher.  He's a psychologist who has done

6    a great deal of developmental work with the MMPI and who

7    was one who developed the -- with Dr. Hahn, developed the

8    superlative scale which was normed against a pilot

9    sample.  I believe it was a little under 300 pilots to

10   something over a thousand, standard normative group

11   people.  And the impetus for that was a recognition that

12   pilots often present with that self-favorable manner and,

13   again, we see the same thing with, for example, police

14   applicants and fitness for duty applicants.  But when the

15   scores raise to a certain level, it's more than

16   favorable.  It means that we have real questions about

17   the utility of the data.

18       Q    But Dr. Butcher cautions that a high case score,

19   quote, (as read ) is not considered to have a broad

20   enough range for assessing defensiveness, closed quote,

21   in airline pilots or applicants or fitness for duty

22   examinees; correct?

23       A    I don't know that he said that.  I don't recall

24   the reference, but I would agree that.

25       Q    Page 235.  On the last -- on the two paragraphs

1  begins Butcher with a footnote and then the Paragraph F

2  of that.

3       A    Let's see.  The paragraph after.

4       Q    Beginning results demonstrated that the newer

5  MMPI 2 normative more accurately.

6       A    Yes, I see that paragraph.

7       Q    And the last sentence says, (as read)

8  Furthermore, psychologists using the MMPI 2 in evaluating

9  pilots, parens, for witness for duty job applicants,

10 closed parens, need to be aware of the high case score,

11 quote, is not considered to have a broad enough range for

12 assessing defensiveness, closed quote, if these

13 examinees.

14      A    And that certainly sounds reasonable and the

15 importance there is to -- we don't interpret the MMPI in

16 terms of just one score.  The case score alone would not

17 be enough and that would be, it sounds like one,

18 reasonable case basis for that, so we interpret K in the

19 -- it's a fairly complex interpretation, but interpreting

20 in the context of L on the one hand and in the context of

21 F and in the context of S, the superlative scale.  And if

22 I recall correctly, the K scale -- in fact, I'm gonna

23 look at it and not depend on my memory.  You know, the K

24 scale is up at 70, but S is at 75.  And F minus K is

25 minus 23.  So while -- if it were only the K scale that

1   were elevated, yes, I would probably dismiss that.

2        Q     The FAA favors the Halstead-Reitan

3   Neuropsychological Battery; correct?

4        A     No.

5        Q     No?

6        A     No.

7        Q     Look at page 236 please under neuropsychological

8   tests.  Do you disagree with Dr. Kay that psychological

9   evaluation of aviators nearly always includes formal

10  assessment of neurocognitive functioning, period.  The

11  FAA office of aviation management has long favored the

12  Halstead-Reitan Neuropsychological Battery, parens, HRNB,

13  closed parens.

14       A     Well, you have to put it in context of the

15  dates.  Unfortunately or fortunately as the case may be,

16  science advances and the profession grows.  This article

17  was written 16 years ago and the reference then is 32, 33

18  years old.  The Halstead-Reitan Battery is a

19  well-researched test battery.  Some of the early studies

20  with pilots were done with Halsted-Reitan Battery data

21  looking at intercorrelations, looking at factor scores,

22  and whatnot, but the Halsted-Reitan Battery is -- while

23  it's still in use in some areas of the country, it is not

24  the -- as we said, the favored battery by -- I think many

25  people's -- many neuropsychologists' opinion, it's old

1   technology and I would not use it in -- with pilot

2   assessments.  I'm sure there are a few people who do, but

3   I don't know of -- I don't know of any.  I've not read

4   any of their reports in recent years.  Typically the FAA

5   -- in fact, to better explain that, the FAA stipulates a

6   coronary psychological battery with additional measures

7   that can be utilized in the FAA stipulated battery or

8   core battery is not the Halsted-Reitan Battery.

9           MR. AMLONG:  Ms. Reporter, hand Dr. Knippa

10  please the HIPAA release from Michael Kenneth Dale.

11          MR. MORALES:  Mr. Amlong, I don't believe we've

12  seen this document before; is that correct?

13          MR. AMLONG:  It was sent to you.

14          MR. MORALES:  I mean prior to an hour or two, we

15  haven't this; is that correct?

16          MR. AMLONG:  No.  It was sent to you yesterday.

17          MR. MORALES:  I just want to ask a couple

18  questions because I think this is relevant to the

19  magistrate's order.

20          MR. AMLONG:  Well, Mr. Dale is waiving any

21  privacy concerns.

22          MR. MORALES:  I understand your assertion.  I'm

23  just asking is this a document -- Mr. Dale is an American

24  employee; is that correct?

25          MR. AMLONG:  He was.  He's an American retiree.

1          MR. MORALES:  And do you know has American seen

2     this release, the request for the release before?

3          MR. AMLONG:  He is a retired airline pilot who

4     was declared not fit for duty by Dr. Knippa.

5          MR. MORALES:  Are there any other medical

6     releases that we should be aware of that you all have

7     obtained but not notified us about?

8          MR. AMLONG:  I notified you the day after I got

9     it.

10          MR. MORALES:  But is there any other notice

11     other than this one that you provided us?

12          MR. AMLONG:  No.  I don't know of anybody else

13     that Dr. Knippa has declared not fit for duty.

14          MR. MORALES:  And is that medical release form

15     from Dr. Brutow forthcoming as your client testified?

16          MR. AMLONG:  We'll talk about that later.

17          MR. MORALES:  I'm just curious on the subject of

18     medical releases.  Is the Dr. Brutow release forthcoming?

19          MR. AMLONG:  Let me take my deposition and we'll

20     talk about that later.

21          MR. MORALES:  I just want to let you know we

22     will be raising that with the magistrate given your

23     client's past testimony and the notifications we provided

24     you on the subject.

25          MR. AMLONG:  All right.  Please do.

1      MR. MORALES:  I just want to informally place on

2  the record again.  I'm renewing the objection regarding

3  questions related to any other American pilot or American

4  employee based on the magistrate's order in this case.

5  Again, we're just seeing this document that you provided

6  us and it's today, the first time we've ever seen this

7  medical release form so we'd want to be able to review

8  that and go back and review the magistrate's order in

9  light of any questions you may raise on the subject that

10  was addressed in that magistrate order regarding

11  Dr. Knippa and other American employees.  Thank you.

12      MR. AMLONG:  Dr. Knippa --

13      THE REPORTER:  I'm still looking for the

14  document.  Hold on one second please.

15      THE WITNESS:  Our very good court reporter is

16  stressed with all these papers here.

17      THE REPORTER:  The last article I marked as 6 so

18  this is gonna be 7.

19      (Exhibit 7 was marked for identification.)

20      MR. AMLONG:  And then after that, give him --

21  it's a four-page exhibit beginning -- it's American

22  Airlines letter to Michael K. Dale.  It's four pages.

23      (Exhibit 8 was marked for identification.)

24      THE REPORTER:  Okay.  He has 7 and 8 in front of

25  him.

1  BY MR. AMLONG:

2      Q    Dr. Knippa, look at the summary report for

3  Mr. Dale and the summary report for Mr. Patterson and

4  tell me other than the job description, Mr. Dale being a

5  captain/PIC at this time and Mr. Patterson being a first

6  officer at this time, if there is any difference between

7  these two letters except for your heading describing

8  Captain Dale is being adjourned as a pleasant and

9  professional appearing gentleman and you're not

10  describing Mr. Patterson that way.

11          MR. MORALES:  I'm gonna object in the light of

12  the magistrate's February 21st, 2018 order that as per

13  plaintiff's request for production related to John

14  Knippa, defendant's objection is sustained subject to the

15  stipulation announced on the record regarding

16  Dr. Knippa's other examinations of American Airlines

17  pilots.

18  BY MR. AMLONG:

19      Q    Okay.  Is there anything difference in those two

20  -- you recognize the report for Michael Dale?

21      A    Let me state to start with I believe it's

22  inappropriate for me to talk about any other individual

23  that I evaluated be it patient or fitness for duty.  I'm

24  not prepared to talk about any other case other than the

25  case at hand.  I will tell you that for fitness for duty

1    evaluations, I do have an outline for the lengthy reports

2    that we make that I produce and I have a template for the

3    short fitness for duty reports.  The Word processor

4    template gets modified for each individual that I see.

5    The importance of that is to keep some standardization of

6    information to remind me of key elements and points and

7    to in many cases get the short, abbreviated fitness for

8    duty report out right away.  In many cases, it needs to

9    be out the same day that I see an individual.  So it

10    would not be surprising regardless of the individual that

11    the report, the short fitness for duty statement, would

12    be very similar regardless of whether the person is found

13    able to go back to work or not from my perspective.

14    Those words would be changed, but they're very similar

15    because they come from the same template.

16        Q    You do recognize your signature on the Michael

17    Dale report; correct?

18        A    Again, I'm gonna -- as I've stated, I don't

19    believe it's appropriate to be talking about anyone other

20    than Mr. Patterson at this point and --

21        Q    I've given you a release from Mr. Dale.  Are you

22    denying that's your signature?

23        A    I'm not going to talk about anyone other than

24    Mr. Patterson.  Any other person I've evaluated.

25        Q    But you acknowledge that you also -- Mr. Dale

1  came from North Carolina which coming from North Carolina

2  and coming from Florida are essentially the same as far

3  as Circadian Rhythm goes, are they not?

4      A    I'm not going to respond to any questions about

5  any other evaluee.

6      Q    So you will acknowledge that you also gave the

7  cog screen test to Captain Dale on his first day after

8  flying out from North Carolina?

9      A    I will not acknowledge that I saw anyone else

10  than we're specifically talking about.

11      Q    Okay.  Give us just a moment.

12      A    I believe that's -- in keeping with the court's

13  finding and I think it's inappropriate for me to be

14  talking about any other individuals whose reports I -- if

15  I saw them, haven't seen for -- read for years.

16      Q    Okay.

17          MR. MORALES:  And I'm, again, noting my

18  objection on that same grounds.

19          MR. AMLONG:  That's fine.  Give us just a moment

20  please, so off the record.

21          (Break in the proceedings.)

22  BY MR. AMLONG:

23      Q    Dr. Knippa, what training did you have in

24  administering the cog screen test?

25      A    As a senior neuropsychologist, I've had training

1  in testing in general which broadly applies to cog screen

2  in every other cognitive test that's given.  I

3  specifically attended a workshop, I believe it was two

4  days, long several years ago.  I've attended workshops in

5  the meantime.  I've attended and participated with

6  colleagues in back and forth discussion, peer reviews of

7  these tests, for years.

8      Q    How many cog screen tests have you administered?

9      A    I don't know.

10     Q    But specifically, how many cog screen-AE tests

11 have you administered?

12     A    The cog screen-AE is the only test I administer.

13 I believe there are some other versions, but only Dr. Kay

14 to my knowledge uses those at least on any regularity.

15 Cog screen-AE, I don't know, a few dozen.

16     Q    Well, you said that overall, you have examined

17 30 airline pilots, more or less, during your career.

18     A    I don't think that's the number I said.

19     Q    Well, you said a couple dozen.

20     A    And you're inflating the number to 30.  I told

21 you it might be somewhere around a couple dozen, could be

22 a few less, could be a few more.

23     Q    Okay.  Well, let's work with a couple dozen.  Of

24 the couple dozen airline pilots that you have examined,

25 how many of them have you administered the cog screen-AE?

1  A  Maybe 12.

2  Q  And how many of them have been found not fit for

3 duty?

4  A  I don't have those numbers.

5  Q  Have you ever testified in Montana?

6  A  No, I've never testified in Montana.

7  Q  Have you ever presented a report in Montana?

8  A  I have never presented a report in Montana.

9  MR. AMLONG:  Ms. Reporter, find the document

10 that we sent you from the workers' compensation court.

11  (Exhibit 9 was marked for identification.)

12 BY MR. AMLONG:

13  Q  Dr. Knippa, take a look at that order please.

14  A  Yes.

15  Q  And in there, it refers to a Dr. John Knippa, a

16 neuropsychologist.  Is that you?

17  A  Yes.

18  Q  So you did present a report to a workers'

19 compensation court in Montana.

20  A  No, I didn't.

21  Q  Then how did your name wind up on this order?

22  A  I heard about this order about eight years after

23 the documentation, perhaps six years, and apparently

24 assuming something incorrectly, so let me clarify.  I got

25 a phone call from the claims manager, a claims manager,

1    at Montana who I had known because I had been invited to

2    present for the Montana governor's conference and to

3    present a series of training workshops in Montana.  I'd

4    met him through that and he had also had been a senior

5    claims examiner in Utah which is where I first met him.

6    He presented to me that he had a case in which he could

7    not get an evaluation done.  And they were nearing

8    closing a case and so would -- and proposed the question

9    would I write an impairment determination based on a

10   records review alone that they could use to close the

11   case with or litigate with.  I told them, no, that that

12   would not be the appropriate way to do that.  And he

13   said, well, we can't get an evaluation.  It's not gonna

14   happen.  Can you write us -- write up the document that

15   we will use for internal use only that would not be

16   submitted to the -- I don't know whether it's called

17   labor commission there or hear it says the workers'

18   compensation court.  So I told him I would write that up

19   with our understanding that this is an internal document

20   only to be used for settlement purposes and its validity

21   is based only on the accuracy of the information that I

22   have available, nothing more, but that preferable, you'd

23   have an evaluation.  What I understood -- I next heard

24   about the case, like I said, six or eight years later

25   when presented to me in a similar fashion that you're

1   presenting this one and someone, again, misunderstood it.

2   And after trying to figure out what went on there,

3   apparently the claims manager either was no longer

4   working there or someone submitted this -- submitted my

5   record review as their sort of expert report which it was

6   not intended and would not be appropriate for.  So the

7   court rejected that and went in favor of, as I understand

8   it, a neuropsychological evaluation that had been done

9   and had some testimony from individuals who gave

10  testimony that contradicted information that I had from

11  the records, so the judge made the appropriate decision

12  to go with the evaluation testimony in hand that was in

13  addition to the records that I had available, so I did

14  not present this.  I would not have presented it, and I

15  didn't do an evaluation there, and the court made the

16  correct determination.

17       Q    In evaluating Mr. Patterson, did you norm

18  Mr. Patterson with regional airline pilots or major

19  carrier pilots?

20       A    Let me look at the profile.

21            MR. MORALES:  I'm sorry.  I didn't catch the

22  word.  Did he what?

23            MR. AMLONG:  Norm, N-o-r-m.

24            THE WITNESS:  Well, to explain --

25  BY MR. AMLONG:

1    Q    Look at Page 8 on the base written analysis.

2    Hear's an example of regional carrier pilots across all

3    ages.

4    A    Page 8.

5    Q    Did you use this to measure Mr. Patterson?

6    A    Just a second.  Let me look at it.  I believe

7    the second paragraph says major airline pilots, not

8    regional.

9    Q    Well, which one did you use, regional or major

10   or did you go back and forth?

11   A    I have in my file that it's labeled as major

12   airline pilot regardless -- and I believe that's what I

13   used assuming it's accurately labeled.  What I often do

14   and also did in this case was to also score out the data

15   according to some more lenient measures such as small

16   carrier pilots, not just regional, and apparently the

17   findings are the same.  We still have the same

18   performance.

19   Q    Small carrier pilots and regional pilots are

20   typically younger; correct?

21   A    They may be.  Not necessarily, but they may be.

22   Age is certainly a factor with pilots across the board

23   and it's one that we have to cope with that young pilots

24   and older pilots have to compete on the same level.  As

25   the name you brought up, Dr. Kay, has said at times

1  there's no such thing as an age-corrected runway, so we

2  compare folks by multiple indices.  In this case, my

3  notes say that I scored this out initially with the major

4  airline, but I also scored the core battery testing

5  according to the norms for pilots where those pilot norms

6  were available.  Are you still there?

7       Q    Yes.  Give us just a moment.

8       A    It sounded like a drop there for a second.  And

9  I should add for some of the data, for example, the

10  Taylor Aviation factor scores, it doesn't matter.  Those

11  are irrelevant to which norm set is provisionally used.

12       Q    All right.  Give us just a moment please.

13       A    Certainly.

14       Q    Thank you very much, Dr. Knippa.

15       A    Sure.

16            MR. MORALES:  I have no questions.  This is

17  Tristan Morales.

18            MR. AMLONG:  All right.  Thank you.

19            THE WITNESS:  We're all done?

20            MR. AMLONG:  Yes.

21            THE WITNESS:  Thank you, sir.  I appreciate your

22  courtesy and especially for rearranging the date.  It was

23  very helpful.

24            MR. AMLONG:  Very good.

25            (The proceedings concluded at 12:30 p.m.)

1          I, the undersigned, a Certified Shorthand

2     Reporter of the State of California, do hereby certify:

3          That the foregoing proceedings were taken before

4     me at the time and place therein set forth; that any

5     witnesses in the foregoing proceedings, prior to

6     testifying, were administered an oath; that a record of

7     the proceedings was made by me using machine shorthand

8     which was thereafter transcribed under my direction;

9     further, that the foregoing is a true record of the

10    testimony given.

11         Further, that if the foregoing pertains to the

12    original transcript of a deposition in a Federal Case,

13    before completion of the proceedings, review of the

14    transcript [ ] was [x] was not requested.

15         I further certify I am neither financially

16    interested in the action nor a relative or employee of

17    any attorney or any party to this action.

18         IN WITNESS THEREOF, I have this date subscribed

19    my name.

20

21    Dated:  5/18/2018

22

23

24                         JESSICA HONG

25                         CSR No. 13776

## &

**&** 3:3,8

## 0

**000475** 26:17
**00144** 26:16
**01/16/16** 38:6

## 1

**1** 1:25 4:11 24:20
  24:21 26:7 31:13
  34:20
**1/14/16** 4:11
**10** 38:6,14
**11** 41:6
**117.3** 4:15 46:2
**12** 42:24 43:22 44:6
  68:1
**12:30** 2:17 72:25
**13** 35:25 36:4,5
  44:20
**13776** 1:23 2:19
  74:25
**14** 4:15 46:2
**144** 24:3
**14th** 24:1
**15** 27:18,23,24
  29:17 31:7
**16** 54:4 60:17
**1625** 3:9
**1650** 2:15
**16th** 38:16
**18** 1:16 2:17 5:1
**1951** 6:7
**1970** 8:19
**1972** 9:22
**1983** 8:14 11:21
**1991** 12:2
**1:17** 1:7 2:7

## 2

**2** 4:12 31:8 57:2
  59:5,8
**20** 23:23 26:20
  29:21
**20006** 3:10
**2012** 40:5,9
**2015** 29:23
**2016** 20:17 24:1
  27:19,23,24 29:17
  34:23 35:18
**2018** 1:16 2:17 5:1
  64:12
**202** 3:10
**20th** 23:18,20
  25:17,20
**217** 52:22,24
**21st** 34:23 38:14
  64:12
**23** 57:12 59:25
**230** 2:16
**233** 55:8
**235** 58:25
**236** 60:7
**24** 4:11 29:23
**28** 6:7
**2909967** 1:24

## 3

**3** 4:13 34:22,25
  36:23
**3/21/16** 4:13
**30** 12:19 15:19
  20:19 67:17,20
**300** 58:9
**31** 4:12
**32** 60:17
**33** 60:17
**33301** 3:5
**34** 4:13

## 4

**36** 46:9
**38** 4:14
**383-5300** 3:10

## 4

**4** 4:14 36:21 38:2,5
**40** 36:22
**46** 4:15
**462-1983** 3:5

## 5

**5** 4:5,15 46:3
**5/18/2018** 74:21
**50** 12:18 13:3
**50/50** 13:19
**500** 3:4
**54** 4:16

## 6

**6** 4:16 54:19 63:17
**60** 12:18 13:4
**60533** 1:7 2:7
**63** 4:17,18
**68** 4:19

## 7

**7** 4:17 46:25 47:1
  53:20 63:18,19,24
**70** 59:24
**70s** 6:17 8:12,13
  10:16,17
**72** 9:21 46:9
**74** 1:25
**75** 59:24

## 8

**8** 4:18 36:24 63:23
  63:24 71:1,4
**84** 11:21
**89** 12:4,5

## 9

**9** 4:19 45:13 68:11
**91** 12:5

## 954

**954** 3:5

## a

**a.m.** 2:17 5:2
**aa** 26:20
**abbreviated** 65:7
**abilities** 40:17,21
  41:12
**ability** 40:24 49:21
**able** 35:14 48:24,25
  63:7 65:13
**abnormalities**
  36:10,12 44:22,24
**absence** 57:25
**abuse** 7:3
**acceptable** 48:14
**acclimated** 45:20
  45:21 46:7
**acclimation** 48:7
**accuracy** 33:11
  69:21
**accurately** 59:5
  71:13
**acknowledge** 65:25
  66:6,9
**act** 57:7
**action** 56:3 74:16
  74:17
**acts** 41:16
**actual** 22:18
**add** 15:18 72:9
**addition** 45:10
  70:13
**additional** 16:2
  18:11,22 48:12
  61:6
**address** 26:9
**addressed** 63:10
**addressee's** 26:9
**adequate** 40:13
**adjourn** 18:17,24

**adjourned** 64:8
**administer** 20:7
  67:12
**administered** 5:5
  54:13 67:8,11,25
  74:6
**administering**
  66:24
**administration**
  22:11 46:6
**administration's**
  45:20
**administrative**
  7:11
**admit** 57:4
**admitting** 45:14
**adult** 6:14
**advances** 60:16
**advice** 41:15
**advise** 17:7
**advised** 18:5,21
  41:25 50:1
**ae** 67:10,12,15,25
**aeromedical** 52:10
  52:13,20
**affect** 49:23
**affirmatively** 34:16
  35:3
**afternoon** 47:21
  48:12 53:17,21
**afternoons** 49:25
**age** 53:12 71:22
  72:1
**agency** 55:12,24
**ages** 71:3
**aggrandizing** 27:2
  29:22 30:16 31:1
**ago** 14:12 20:15
  22:1,6 23:7,8 50:3
  60:17 67:4

**agree** 51:10 53:5
  55:15 58:24
**agreement** 26:21
**ahtone** 19:14,16,20
  19:21 27:23 28:2,9
  29:12,17 30:8
  37:15 41:20 44:14
**ahtone's** 30:6
**air** 54:18
**airline** 14:18,22,23
  15:11,13,20 20:14
  20:19 21:5,10,13
  40:2,22 55:7 56:21
  56:25,25 57:11,23
  58:21 62:3 67:17
  67:24 70:18 71:7
  71:12 72:4
**airlines** 1:8 2:8
  4:18 16:9,21 17:2
  17:16 28:11,22
  29:18 32:13 37:14
  37:18 41:25 51:10
  63:22 64:16
**alertness** 50:17
**alleged** 41:10
**alleging** 42:15
**allow** 53:23
**allowed** 53:22
**american** 1:8 2:8
  4:18 5:19 15:5,11
  15:23 16:3,3,9,21
  17:2,6,16 19:6,8,11
  19:14 20:25 28:11
  28:21 29:18 32:13
  33:1 37:14,17
  41:25 51:10 61:23
  61:25 62:1 63:3,3
  63:11,21 64:16
**american's** 16:5
**amlong** 3:3,3,3 4:5
  5:9,21,25 6:5 15:8

  15:12 16:8,19,25
  17:9,15,19 18:7,13
  18:16,22 19:2 21:9
  23:25 24:8,11,14
  24:19,25 25:4,13
  26:4,16,18 31:5,9
  32:16,19,22 33:2,9
  33:20 34:21 35:1
  39:7,9 40:8 41:5
  45:25 46:5,15
  52:12,16 54:16,22
  61:9,11,13,16,20
  61:25 62:3,8,12,16
  62:19,25 63:12,20
  64:1,18 66:19,22
  68:9,12 70:23,25
  72:18,20,24
**analysis** 36:22 71:1
**angeles** 49:21
**announced** 64:15
**answer** 16:11,13
  17:14 18:13,15,18
  18:22 28:16 31:18
  32:16
**answered** 28:12
  32:10
**answering** 40:7
**anybody** 11:25
  37:13 62:12
**apa** 26:20
**apparently** 42:10
  68:23 70:3 71:16
**appear** 47:5
**appearances** 3:1
**appearing** 3:1 64:9
**appears** 37:9
**appended** 34:20
**applicants** 15:22
  57:1 58:14,14,21
  59:9

**applied** 40:10
**applies** 67:1
**appointment** 51:5
**appreciate** 72:21
**appropriate** 11:8
  18:5 33:7 55:14
  57:6 65:19 69:12
  70:6,11
**appropriately**
  17:24
**approximately**
  8:19 12:2 20:23
**area** 7:8 21:5,8
  52:20
**areas** 11:16 41:7
  60:23
**arranged** 11:10
**arrangement** 54:15
**arrive** 50:3
**art** 55:1
**article** 4:16 40:4,9
  54:17 60:16 63:17
**aside** 17:24
**asked** 41:23,24
  42:10 46:21 50:14
  50:20,24
**asking** 17:19 19:8
  28:17 34:11 37:8
  46:12 61:23
**asserting** 5:19
**assertion** 61:22
**assessing** 58:20
  59:12
**assessment** 6:18
  10:4,6,10 11:3 36:3
  43:4 49:6 60:10
**assessments** 61:2
**assist** 32:8
**assistant** 9:24
**associate's** 6:10

**associates** 8:1 12:8 12:9
**assume** 19:12,23
**assuming** 24:5 25:25 33:11 39:1,5 68:24 71:13
**atc** 50:2
**atcs** 49:25
**attended** 20:12 67:3,4,5
**attention** 39:25 40:18
**attentional** 49:24
**attorney** 3:4,9 74:17
**attorney's** 56:14
**atypical** 26:25 38:11
**authoritative** 57:8
**authorization** 5:15
**available** 32:8 44:9 56:11 69:22 70:13 72:6
**avenue** 2:15
**aviation** 15:21 22:5 22:9 23:5 45:19 46:6 60:11 72:10
**aviators** 60:9
**avoid** 55:13
**aware** 15:8 18:2 32:23 45:19 46:16 59:10 62:6

**b**

**bachelor's** 6:11 8:3 8:9,12 10:13,15,19
**back** 17:7 27:14,16 63:8 65:13 67:6 71:10
**background** 6:9 11:7,8 55:23

**bank** 10:2
**base** 9:15 11:16 36:21 40:12,13 71:1
**based** 5:22 11:6 26:22 34:7,15 35:15 36:2 40:14 63:4 69:9,21
**basis** 14:9,15 22:13 32:25 35:7,13 44:10 45:16 59:18
**bates** 23:24 24:2,3 26:14
**battery** 35:24 60:3 60:12,18,19,20,22 60:24 61:6,7,8,8 72:4
**beach** 1:15 2:16 5:1 6:2,3 7:7 10:23 11:12 23:19 24:2 38:7,22 41:21 44:13
**began** 6:17 10:3 46:17
**beginning** 2:16 36:21 50:14 59:4 63:21
**begins** 31:7 59:1
**behalf** 2:15
**behavior** 30:12 39:19,22
**behavioral** 43:18
**believe** 8:11,14 11:20 12:4 14:13 16:19,25 17:17 20:19 23:16,19 24:6,9 25:8 29:19 30:8 33:18 34:13 37:21 40:7 44:13 45:7,11 51:13 54:20 55:16,17

57:13 58:9 61:11 64:21 65:19 66:12 67:3,13 71:6,12
**bellevue** 10:7
**benefits** 51:20,24
**best** 12:2 53:23
**better** 55:19 61:5
**beyond** 16:16 18:3
**birth** 6:6
**bit** 13:20 35:20
**blamed** 42:6
**block** 26:2
**blocking** 17:19
**board** 48:14 71:22
**bold** 31:13
**bonds** 23:19 26:3 37:23 38:16,19,23 41:21
**bonds's** 26:6
**book** 52:10,17 54:25
**bottom** 27:5 53:3 55:8
**brain** 7:4
**break** 66:21
**brian** 24:2 38:7
**brief** 4:13 34:20
**briefly** 6:8 23:1,2 47:16
**broad** 21:15 30:10 30:10 40:4 41:1 58:19 59:11
**broadly** 14:21,23 67:1
**brought** 30:14 39:24 71:25
**brutow** 62:15,18
**business** 7:10 9:13 11:7 12:3,6,11
**businesses** 11:8

**butcher** 58:2,4,5,18 59:1

**c**

**c** 29:20
**california** 1:15 2:16 5:1 6:3 7:7 8:2 10:23 11:22 12:7 13:9,11,21 14:8,14 74:2
**call** 4:14 50:17 68:25
**called** 7:6 12:9 13:9 69:16
**capable** 34:17 35:4
**captain** 23:19,19 26:3,5 37:23 38:7 38:16,19,22,23 41:21,21 44:12 64:5,8 66:7
**captan** 44:13
**care** 7:15,17 10:8 22:12
**career** 15:16,18 20:20 30:14 67:17
**carefully** 26:11
**carolina** 66:1,1,8
**carrie** 52:9
**carrier** 13:15,23 14:3 70:19 71:2,16 71:19
**case** 1:6 2:6 14:12 39:23 40:2,22 48:11 52:17 55:7 56:19 58:18 59:10 59:16,18 60:15 63:4 64:24,25 69:6 69:8,11,24 71:14 72:2 74:12
**cases** 7:23 13:5 14:7 47:10 53:10 65:7,8

catastrophical 57:17
catch 16:23 70:21
cause 32:5
cautions 58:18
center 7:10 9:7
  10:8 11:5,11
central 21:7
certain 58:15
certainly 14:2
  30:23 31:2,25
  32:10 42:7 44:11
  45:8 53:14 56:17
  59:14 71:22 72:13
certainty 43:16
certificate 33:15,23
  34:3,9 35:12,19
  37:1 44:3
certified 2:18 74:1
certify 74:2,15
cfr 4:15 46:2
challenges 43:5
chance 31:10
change 39:18,18,21
  39:21
changed 65:14
changes 53:20
chapter 54:21,24
  55:3,4
characteristics
  42:21 43:3
charge 57:7
chief 38:7
child 6:14
chronology 56:1
cindy 19:19 28:3
circadian 49:15,19
  49:24 52:23 53:3
  53:14 66:3
circumstances
  21:24 53:12

city 6:4 22:10 26:10
civil 22:5,9 23:5
claiming 39:19
claims 68:25,25
  69:5 70:3
clarify 68:24
class 33:15,23 34:2
  34:8 35:12,19 37:1
  44:2
clear 32:24 55:9,18
client 62:15
client's 62:23
clinic 6:4
clinical 6:12 7:12
close 69:10
closed 38:12 42:13
  43:11 50:21 56:5
  58:20 59:10,12
  60:13
closing 69:8
coast 10:1 12:9
  14:12 20:21 21:1,6
  49:16 53:7,7
cog 36:19 47:19
  48:3,6,9,15 49:6,9
  49:13,17,22 50:2
  50:14 54:2,6,8,13
  54:14 66:7,24 67:1
  67:8,10,12,15,25
cognition 30:11
  39:22
cognitive 36:3
  40:18 44:25 45:3
  67:2
collaborative 13:16
collateral 55:24
colleague 19:13,24
  28:22
colleagues 20:10
  67:6

collections 10:1
college 8:2,21
colon 41:9 55:25
colorado 28:22
colors 50:5
combination 37:3
come 65:15
comes 25:3
comfortable 48:8
  53:23
coming 66:1,2
comma 42:20 43:5
  43:17 55:14
comments 30:7
commission 69:17
common 21:7 55:6
  56:12
communication
  40:23
community 11:10
companies 7:20
company 7:6 10:22
  10:25
compare 72:2
compares 45:13
compel 16:2
compensation 4:19
  7:22 13:5 14:7
  68:10,19 69:18
compete 71:24
complainants 42:2
complaint 40:19
complaints 42:4
  44:11,12 45:9
complete 48:9
completed 25:6,22
  25:22
completion 74:13
complex 59:19
component 13:3
  45:3,4

compulsion 50:24
concentration
  40:18
concern 30:16,18
  30:22 36:23 41:2,7
  42:15 44:11 45:16
  57:15
concerns 26:23
  28:7 30:21 38:9
  43:4,17 61:21
conclude 43:16
concluded 72:25
conclusion 35:2
  46:13
condition 43:16
  46:8
conditions 7:2
  39:13,14
conducted 26:21
conducting 55:13
conference 69:2
confidentiality
  16:6 18:1
consecutive 46:10
consequences 57:9
consider 22:19
  47:19 52:2,4,17,19
  52:21
considerations
  7:18
considered 13:25
  34:4,5 55:21 58:19
  59:11
considers 46:7
consistent 35:7
constraints 5:20
consult 20:11 22:15
contact 18:24
  19:17 22:15,16
  26:11 27:11,12,13
  28:4,8 37:13

contacted 19:5,8,15 19:18
contain 31:21 32:3
contained 26:6 33:24
contains 55:5
content 27:19
context 30:11 37:11 41:11 45:23 57:25 59:20,20,21 60:14
continuing 20:6,12 20:13,16
contradicted 70:10
contreras 19:19,21 28:3,8 30:9 37:14
conversation 27:22
coordinate 40:25
cope 71:23
copy 24:3,5 25:7 27:8 31:15 38:1 52:11
core 61:8 72:4
coronary 61:6
corporate 19:14
corporation 1:8 2:8
corps 8:16,17,25 9:9,17,20 10:19 22:7
correct 16:14 19:3 19:9 21:18 26:1 35:7,8 39:5,25 41:16,21 43:7,8,12 43:13,19 46:10,22 50:7 53:18 54:11 58:22 60:3 61:12 61:15,24 65:17 70:16 71:20
corrected 72:1
correctly 5:10 35:9 42:1 53:10 59:22

correspond 22:13
correspondence 37:17 38:7,18
couched 37:9
country 60:23
couple 14:25 15:15 36:17 61:17 67:19 67:21,23,24
course 10:8 14:3 51:21 56:18
court 1:1 2:1 4:19 16:4 23:17 63:15 68:10,19 69:18 70:7,15
court's 66:12
courtesy 72:22
coworkers 27:1
creates 42:7
crew 6:17,18,19 9:1 9:2 10:10 22:1 31:4 40:3,24,24,25 46:8 54:18 55:7
crews 6:20
crisis 57:8
criteria 35:12,15 35:16 36:2
csr 1:23 74:25
curious 62:17
current 36:2
cut 46:21
cv 1:7 2:7 8:11 10:18
cycles 6:22

**d**

d 4:1
d.c. 3:10
dale 4:17,18 61:10 61:20,23 63:22 64:3,4,8,20 65:17 65:21,25 66:7

data 35:22 36:17 53:16 58:17 60:20 71:14 72:9
date 6:6 25:8,14 26:8 48:20,21 49:2 50:2 72:22 74:18
dated 4:11 24:1 25:15,17 34:23 74:21
dates 8:13 26:13 60:15
day 46:18,19,21 47:9,9,11,11 48:2,3 48:19 49:2,10,11 49:13,14,17 50:3,7 50:9 53:18,22 54:14 62:8 65:9 66:7
day's 46:21
days 47:3,6 67:4
de 10:6
deal 58:6
decade 14:12,16
decide 17:12,13,18
decision 34:5 37:12 51:20 70:11
decisions 57:8
deck 21:20,25 22:2 22:17
decks 22:5,6,8
declared 62:4,13
decline 50:9
deep 6:19
defendant 1:9 2:9
defendant's 64:14
defendants 3:7
defense 13:15
defensive 45:13 57:3
defensiveness 57:6 58:20 59:12

deficits 36:15 39:10
define 23:2 55:17
definition 45:20
definitions 4:15 46:2
degree 6:10,11,12 8:3,3,12 10:19
degrees 7:25 8:10
delaware 1:8 2:8
delimit 48:15
demonstrated 59:4
denial 33:13,22
denying 65:22
depend 59:23
depending 53:11
depends 40:1
deposition 1:14 2:14 18:17 24:20 37:25 38:2 62:19 74:12
describe 39:13 40:1
described 45:12 56:10
describing 64:7,10
description 4:10 29:14 34:18 35:5 64:4
desirable 55:12
detail 33:24
detailed 36:13
details 15:10 42:14
detectable 57:22
determination 69:9 70:16
determined 51:3
develop 40:15,16
developed 58:7,7
developmental 58:6
diagnoses 7:3

**diagnosis** 30:18
43:12,19
**diagnostic** 7:18
31:20 36:8 44:21
**dictated** 13:8
**diego** 8:4 9:7
**difference** 64:6,19
**different** 7:9,20
47:8 53:14
**differently** 55:17
**difficulty** 40:12
42:16
**direction** 74:8
**directly** 19:17
31:23
**director** 7:5,12
19:15
**disagree** 17:4 60:8
**discharge** 56:7
**disciplinary** 56:3
**disclosing** 52:1
**discomfort** 51:25
51:25
**discussed** 41:23
50:9 52:22
**discussion** 67:6
**diseases** 7:4
**dismiss** 60:1
**disorder** 43:5
**disqualify** 36:25
37:5,7
**disqualifying** 44:10
**disruption** 49:16
**disruptions** 49:20
**district** 1:1,1 2:1,1
**diving** 6:20
**division** 1:2 2:2
**doctor** 14:5 18:13
22:14 25:5 32:1
**doctor's** 29:4 52:5
52:6

**doctoral** 6:15 8:6
**doctorate** 8:4,13
**doctors** 13:10,13
57:24
**document** 4:19
24:24 26:15 32:7
46:13 51:21,23
61:12,23 63:5,14
68:9 69:14,19
**documentation**
42:9 55:19 56:13
68:23
**documents** 25:17
48:18 52:7
**doing** 9:5 10:3,6
12:15,22,24 20:3
22:14
**double** 50:4
**dozen** 14:25 15:15
67:15,19,21,23,24
**dr** 4:12,16 5:10,23
15:4 16:3,21 17:1
18:21 19:14,16,20
19:21 24:9 27:23
28:2,9,24 29:12,17
30:6,8 31:6,10 33:3
37:15 40:6 41:6,20
44:14 46:1 52:13
52:19 53:5 54:16
58:7,18 60:8 61:9
62:4,13,15,18
63:11,12 64:2,16
66:23 67:13 68:13
68:15 71:25 72:14
**draft** 8:18
**drive** 52:23 53:3
**drop** 72:8
**drove** 50:5
**due** 9:18
**duress** 50:21

**duty** 7:19 12:24
14:19,21 19:9 20:5
22:20 26:19 28:5
29:13,21,23 31:17
31:20 33:8 40:11
42:4 44:4,19 46:10
51:2 55:7 56:12
58:14,21 59:9 62:4
62:13 64:23,25
65:3,8,11 68:3

**e**

**e** 4:1 24:25 25:9
34:24 46:1
**e.g.** 36:9
**e3** 8:24
**earlier** 46:18 54:3
**early** 6:16 10:16
53:21 60:19
**east** 14:12 20:21
21:1,6 49:16 53:6
**editing** 33:6
**educated** 57:23
**education** 20:7,12
20:13,16
**educational** 6:8
**efficient** 43:18
**eight** 23:7 68:22
69:24
**either** 13:14 24:7
41:20 44:16 70:3
**elder** 7:17
**elected** 13:11
**elements** 54:1 65:6
**elevated** 60:1
**eliminate** 13:17
**eliminated** 43:6
**elucidate** 55:20
**embarrassment**
52:1
**emotion** 39:22

**emotional** 26:24
29:21 30:15 31:1
38:9
**emphasis** 6:13,14
**emphasize** 43:14
**employee** 13:7 14:1
61:24 63:4 74:16
**employees** 63:11
**employer** 13:6
41:15 56:13
**employment** 52:5
56:3
**ended** 8:18
**entire** 34:1
**entity** 12:3,6,11
**environment** 22:22
**equation** 44:6
**eric** 6:1
**escort** 51:4
**especially** 36:22
49:25 72:22
**essential** 34:17
35:5
**essentially** 30:11
42:2,6 45:13,14,17
51:9 66:2
**established** 7:7
**estimate** 12:17 13:6
**evaluate** 37:4
**evaluated** 15:21,23
21:6 64:23 65:24
**evaluating** 59:8
70:17
**evaluation** 6:21
7:22 9:2 13:11,15
13:21 14:5,14
26:20 28:5,6 31:24
31:25 32:2 41:3
45:2 47:11 48:14
51:10,11 53:15,22
54:18 55:11 56:2

56:12 60:9 69:7,13
69:23 70:8,12,15
**evaluations** 7:19,22
13:10 20:1,4,5
22:15 42:4 55:13
56:5 65:1
**evaluator** 55:9,12
55:25
**evaluee** 66:5
**events** 56:1
**evidence** 43:11,16
45:5
**exact** 8:13 51:9,16
**exactly** 28:15
**exam** 50:14 51:4,24
51:25
**examination** 4:2
5:8 19:9 29:13
33:12 35:3 46:20
50:12 51:2
**examinations**
31:17 64:16
**examined** 5:6
14:18,24 15:13
16:3,10,22 17:2,10
17:11,15,20 18:8
20:20 21:2,4 32:13
67:16,24
**examinee** 55:10
**examinees** 58:22
59:13
**examiner** 69:5
**examining** 20:17
**example** 11:1,9
48:13 50:25 56:20
57:12 58:13 71:2
72:9
**examples** 41:15,24
41:25 42:12
**exams** 12:24 51:21
51:22

**exception** 31:24
48:16
**excerpt** 52:13
54:17
**exchange** 9:11,12
**exhibit** 4:11,12,13
4:14,15,16,17,18
4:19 24:20,21 26:7
31:8 34:25 38:2,5
46:1,3 54:19 63:19
63:21,23 68:11
**exhibits** 4:9
**exist** 57:21
**expected** 30:24
40:16
**experience** 21:17
49:20
**experienced** 30:13
**experiences** 53:6
**expert** 12:15 52:19
70:5
**explain** 61:5 70:24
**explained** 33:18
36:13 37:2 53:21
**expressed** 53:17
**extended** 10:8
**extent** 15:10 16:16
18:11 46:12 55:19
55:20
**eye** 3:9

## f

**f** 57:12 59:1,21,24
**faa** 22:10,15 33:14
34:8 35:12 60:2,11
61:4,5,7
**face** 31:13
**facilities** 11:4
**fact** 30:20,23 50:15
51:23 59:22 61:5
**factor** 53:15 60:21
71:22 72:10

**factors** 37:3 53:14
**failure** 40:14,15
**fairly** 40:4 55:6
59:19
**false** 27:2
**familiar** 22:4 35:11
35:13,14 52:9
**familiarity** 21:10
**far** 66:2
**fashion** 69:25
**fatigue** 6:21 47:17
51:24
**fatigued** 53:19
**favor** 70:7
**favorable** 45:16
56:22 57:1,22
58:12,16
**favorably** 57:15
**favored** 60:11,24
**favors** 60:2
**fax** 5:17,23 24:8
**faxed** 27:4,6
**february** 15:6
64:12
**federal** 45:19 46:6
74:12
**feel** 18:4
**fellowship** 6:15 8:6
10:9
**ffd** 29:20
**field** 30:10
**fight** 22:2
**figure** 70:2
**file** 23:13 25:16
27:7,9 28:17 48:21
48:21 71:11
**filed** 25:16 38:21
48:20
**filled** 25:12
**financial** 9:25

**financially** 74:15
**find** 34:14 46:23
68:9
**finding** 66:13
**findings** 34:13
41:13 42:18 43:1
47:2 56:4 71:17
**fine** 66:19
**firms** 7:21
**first** 11:20 16:24
19:3 20:5 26:11,21
28:3,4 29:4,18
35:12,19 36:19
37:1 40:23 41:7,15
43:23 46:21,21
48:19 49:5,13,14
50:7,9,10,19 53:18
63:6 64:5 66:7 69:5
**fist** 44:2
**fit** 44:4,19 62:4,13
68:2
**fitness** 7:19 12:22
12:24 13:3 14:19
14:21 19:9 20:5
22:20 26:19 28:5
29:13,20 30:17
31:16 40:11 42:4
51:2 52:4 55:6
56:12 58:14,21
64:23,25 65:3,7,11
**five** 7:14 15:18 23:7
**flag** 38:4
**flew** 46:18
**flexibility** 47:12
**flight** 21:20,25 22:6
22:7,17,18,23,24
22:25 23:8,11
26:13,19 29:20
41:12 46:8

**flipping** 55:5
**floor** 3:4
**florida** 1:1 2:1 3:5
 66:2
**flown** 46:16 49:16
**fly** 21:7
**flying** 36:10 44:23
 45:7 49:20 50:5
 66:8
**fo** 24:1 26:23
**folks** 11:1,17 42:10
 48:7 50:14 72:2
**follows** 5:6 15:3
**footnote** 59:1
**foregoing** 74:3,5,9
 74:11
**forget** 8:18
**forgetful** 40:13
**form** 4:13 12:11
 34:20,22,23 62:14
 63:7
**formal** 60:9
**forms** 36:17
**fort** 1:2 2:2 3:5
**forth** 67:6 71:10
 74:4
**forthcoming** 62:15
 62:18
**fortunately** 60:15
**found** 65:12 68:2
**foundation** 21:3
**four** 15:18 63:21,22
**fourth** 3:4
**frankly** 22:19
**free** 46:10
**friday** 1:16 2:17
 5:1
**front** 8:11 10:14,18
 46:4 49:3 52:15
 63:24

**full** 5:12 33:8 43:19
 43:23
**function** 45:4
**functioning** 6:23
 60:10
**functions** 34:17
 35:5
**further** 16:5 52:4
 74:9,11,15
**furthermore** 59:8

**g**

**gary** 52:9
**general** 7:1 10:24
 15:21 22:4 38:8
 40:10 41:22,23
 42:12 44:12 55:6
 67:1
**gentleman** 64:9
**getting** 42:16
**give** 12:21 24:12
 42:11,14 44:14
 47:21,25 48:6 49:8
 50:25 63:20 66:11
 66:19 72:7,12
**given** 32:11 36:9
 41:15 46:9 47:22
 48:3 49:11,13
 57:14 62:22 65:21
 67:2 74:10
**giving** 30:21 31:15
 57:19
**glad** 29:15
**go** 11:18 17:7 18:3
 18:17 24:12 27:14
 27:16 32:17 33:7
 36:16 42:6,10
 44:20 51:15 57:9
 63:8 65:13 70:12
 71:10
**goes** 16:16 29:19
 33:4 66:3

**going** 10:4 11:20
 22:23,24 37:5 53:6
 65:23 66:4
**gonna** 15:1 17:12
 24:23 47:16 59:22
 63:18 64:11 65:18
 69:13
**good** 47:4 50:4
 52:21 63:15 72:24
**governor's** 69:2
**graduate** 10:11,12
**graduated** 8:20
**great** 33:24 58:6
**grocery** 9:14
**grounds** 66:18
**group** 11:2 12:8
 20:2,10 58:10
**grows** 60:16
**grumpy** 39:20
**guess** 14:10
**guidelines** 54:17
**guys** 39:3

**h**

**h** 52:9
**hahn** 58:7
**halstead** 60:2,12,18
**halsted** 60:20,22
 61:8
**hand** 14:20 31:5
 45:25 52:12 57:5
 57:10 59:20 61:9
 64:25 70:12
**handed** 31:23
**hands** 51:4,14
**handwritten** 4:14
 27:20 38:2
**happen** 69:14
**harm** 32:5
**harris** 34:24 46:1
**head** 28:16

**heading** 64:7
**health** 7:6 9:6
 10:21,22,24 11:25
 31:24 32:2 40:10
 52:4 53:12 57:20
 58:1
**healthcare** 32:7
**healthy** 57:5
**hear** 21:22 69:17
**hear's** 71:2
**heard** 17:11 68:22
 69:23
**hearing** 18:24
**helicopter** 22:7
**helpful** 55:19,22
 72:23
**high** 57:10 58:18
 59:10
**highlights** 30:24
**highly** 45:13 57:23
**hipaa** 4:17 61:10
**hired** 10:23 11:1,6
 11:15
**histories** 6:24
**history** 47:15
**hold** 23:21,25
 63:14
**home** 11:16
**homes** 11:18
**hong** 1:22 2:18
 74:24
**hospital** 6:25 7:11
 10:7 11:10
**hospitalizations**
 56:7
**hospitals** 7:9,21
 11:6
**hour** 48:5 61:14
**hours** 46:9,10 50:5
 53:13

**house** 11:17
**hrnb** 60:12
**huge** 44:5
**hundred** 13:22
**huntington** 7:7
  10:22 11:12

## i

**i.e.** 35:5 43:17
**ideal** 56:10,16
**identification**
  24:21 31:8 34:25
  38:5 46:3 54:19
  63:19,23 68:11
**identified** 11:14
  34:16 35:4 41:16
  42:21 43:4,6,15
**identify** 22:14
  34:16 36:14
**impact** 49:15,19
  53:6
**impaired** 36:2
**impairment** 69:9
**impetus** 58:11
**importance** 59:15
  65:5
**important** 28:15
  35:20 37:4 45:1
  53:15
**impression** 44:3
**improvement**
  13:25
**inappropriate**
  64:22 66:13
**include** 31:22
  51:22,24
**included** 32:1
**includes** 26:13
  30:11 31:19 60:9
**including** 56:5
**incorrect** 54:12

**incorrectly** 18:5
  68:24
**independent** 10:25
**indicate** 32:6
**indicated** 35:17
  44:8 53:19,19
**indicates** 30:7
**indices** 72:2
**individual** 30:12
  31:23 32:4,6,8
  40:15 42:5 48:10
  50:18 51:3 64:22
  65:4,9,10
**individuals** 6:23,24
  66:14 70:9
**industry** 7:20
**inefficiency** 39:18
**infantry** 9:10
**inflating** 67:20
**informally** 63:1
**information** 14:6
  16:2,5 17:24 25:11
  26:9,12,13 28:6
  29:12,24,25 30:2,9
  31:20,21 32:3 36:9
  37:20 41:22,23
  44:8,10 52:2,2 55:6
  55:21 56:11,14,15
  56:17,17 57:25
  65:6 69:21 70:10
**initial** 48:7 51:1
**initially** 9:10 19:18
  19:18 50:20 72:3
**injured** 13:14,20
  13:24 14:4
**injuries** 6:24
**injury** 7:4,22 9:19
**inpatient** 56:6,19
**inquire** 18:9
**inquiries** 38:15

**inquiry** 17:23 33:1
**insight** 57:17
**insist** 50:2,6,8
**institute** 8:7 22:5,9
  23:5
**instructed** 50:3
**insurance** 13:23
**intelligence** 41:18
**intended** 70:6
**interaction** 27:1
  38:11 41:19
**intercorrelations**
  60:21
**interested** 74:16
**interests** 16:6 18:1
**internal** 69:15,19
**internship** 6:14 8:5
  10:8
**interpersonal**
  39:19 41:13 42:19
  43:2
**interpret** 35:22
  59:15,18
**interpretation**
  53:16 59:19
**interpreting** 59:19
**interpretive** 57:15
**interrupt** 42:22
**interview** 48:7
**intolerance** 40:19
  40:20
**invalid** 45:17
**inventory** 49:6
**investigated** 42:13
**investigation** 42:1
**invited** 69:1
**irrelevant** 37:8
  72:11
**irritability** 39:16
**irritable** 39:20

**issue** 17:8 30:7
**issues** 14:19 42:16
  44:8
**italicized** 38:11
  41:9
**item** 5:23

## j

**j.n.** 58:2,4
**james** 26:3,5 58:5
**january** 23:18,20
  24:1 25:17,20
  27:18,23,24 29:17
  38:16
**jem** 1:7 2:7
**jessica** 1:22 2:18
  74:24
**job** 1:24 34:18 35:5
  35:6 59:9 64:4
**john** 1:14 2:14 4:3
  5:4 6:1 64:13 68:15
**judge** 70:11
**judgment** 17:5
  26:23 29:21 30:15
  30:25
**justify** 33:13,22
  34:2
**justifying** 44:2

## k

**k** 6:2 29:1,2 57:12
  59:18,22,23,24,25
  63:22
**kalat** 28:24
**kay** 4:16 52:19 53:5
  60:8 67:13 71:25
**kay's** 52:10
**keep** 12:16 13:18
  24:5 40:14 65:5
**keeping** 36:17
  66:12

kennedy 52:9
kenneth 61:10
key 53:25 65:6
kind 57:6
knippa 1:14 2:14
4:3 5:4,10,23 6:2
15:4 16:3,21 17:1
18:21 24:9 31:6,10
33:3 40:6 41:6 46:1
52:13 54:16 61:9
62:4,13 63:11,12
64:2,14 66:23
68:13,15 72:14
knippa's 4:12
64:16
know 11:24 12:21
16:20 17:1 18:7
19:4,5,11 20:22,24
21:13 25:2,21
28:13 30:3,18 33:2
33:4,19 35:11 45:9
54:24 55:6 58:23
59:23 61:3,3 62:1
62:12,21 67:9,15
69:16
knowledge 19:24
40:12,13 67:14
known 41:9 69:1

**l**

l 29:1,2 59:20
labeled 71:11,13
labor 26:21 69:17
lack 57:17
lake 6:4
language 11:2 30:6
33:3 34:10,13
43:21
lapses 39:11,14,24
41:8
large 7:20

largely 45:11
late 8:13 10:17
30:21
lauderdale 1:2 2:2
3:5
law 3:4,9
lawyer 17:13
lawyers 57:24
lax 46:17 49:16
layout 22:4
leaders 57:7
leading 56:1
learned 19:11
learning 20:7
leaves 47:11
leaving 7:5 11:22
44:5
left 13:17 57:16
legal 29:23,25 30:2
46:13
lengthy 51:25 65:1
lenient 71:15
letter 4:11 23:18,20
23:22 24:1,18,22
25:5,6,7,15 27:3,8
27:10 63:22
letterhead 12:7
31:6
letters 64:7
level 57:6 58:15
71:24
licensed 11:20
light 16:5 17:25
63:9 64:11
limited 36:9 56:13
56:14
line 15:3 17:6
lines 34:5 41:1
51:17
linguistics 35:20

litigate 69:11
little 13:2,20 34:6
58:9
live 5:12 57:9
living 5:13
llc 12:10
llp 3:8
loan 10:1
local 9:14 11:5
locally 7:21
locate 38:13,17
lodged 42:5
long 1:15 2:16 4:12
5:1 6:2,3 11:19
14:15 31:6 32:12
38:14 50:3 60:11
67:4
longer 35:25 70:3
look 14:20 23:16,17
27:9,14 28:20 36:5
36:16,18 37:19
45:12 48:21 49:7,8
50:16,24 52:22
53:2,15 59:23 60:7
64:2 68:13 70:20
71:1,6
looking 14:22 22:2
24:5 26:15,16
28:19 38:18,20
60:21,21 63:13
looks 25:7 26:11,12
los 49:20
lot 47:12
lunch 48:11

**m**

m 70:23
machine 24:9 74:7
magistrate 15:4,7
16:1 17:8,9,23 18:6
18:8,25 62:22
63:10

magistrate's 17:5
17:22 18:2,4,4
32:15,21 61:19
63:4,8 64:12
mail 25:9
mailed 24:25 34:24
46:1
maintain 15:9
40:16
maintenance 22:1
major 70:18 71:7,9
71:11 72:3
majority 20:9
making 13:23 42:5
43:19
management 11:2
60:11
manager 9:24,24
68:25,25 70:3
manifest 39:11,15
manner 56:22 57:2
58:12
march 34:23 35:18
38:14
marine 8:16,17,25
9:9,17,20 10:19
22:7
mark 24:19 34:21
marked 24:21 31:8
34:25 38:5 46:3
54:19 63:17,19,23
68:11
master's 6:12 8:3
8:10
material 24:7
materials 15:5
55:24
matter 42:13 72:10
maximum 13:25
57:14

**mean** 5:22 46:7
48:20 61:14
**meaning** 32:1
47:15 55:9
**means** 29:20 57:25
58:16
**meant** 11:24 32:6
34:4,5
**measure** 71:5
**measures** 20:8,9
36:20 48:17 49:8
61:6 71:15
**medical** 7:10,12 8:8
11:11 13:25 19:14
22:5,9,12 23:5
26:20 33:15,23
34:3,9 35:12,13,19
37:1 44:2 62:5,14
62:18 63:7
**medicine** 7:17
54:25
**meet** 35:14 36:1
**member** 46:8
**members** 12:10
31:4
**memorial** 7:10,11
11:11
**memory** 11:21 12:2
39:17 59:23
**mental** 26:24 29:21
30:15,25 31:23
32:2 38:9 57:20
**mentioned** 27:5
28:21 35:24 54:3
56:9
**mere** 30:20,23
**merely** 31:20
**merged** 7:10
**met** 11:14 19:16
69:4,5

**mi** 38:7
**michael** 4:17,18
61:10 63:22 64:20
65:16
**mid** 6:17 8:12
10:17 48:5,19
**middle** 36:1,5
43:10 44:20
**midwest** 21:7
**milwaukee** 8:5
10:7
**mind** 33:13 36:17
**minus** 57:12,12
59:24,25
**minute** 23:21,25
**minutes** 23:3
**miracosta** 8:2
**missed** 27:10
**mistaken** 10:13
**misunderstood**
70:1
**mmpi** 54:3 56:22
57:2 58:6 59:5,8,15
**modified** 65:4
**moment** 19:25 24:4
24:12 38:21 66:11
66:19 72:7,12
**momentarily** 36:19
**montana** 4:19 68:5
68:6,7,8,19 69:1,2
69:3
**mood** 6:21
**morales** 3:8 5:14
5:17,22 15:1,9,25
16:14,15,20,23
17:3,20,21 18:10
18:19,20 21:3
23:24 24:6,14,16
24:23,25 25:2,9
26:14 32:14,18,23
33:16 40:7 46:12

61:11,14,17,22
62:1,5,10,14,17,21
63:1 64:11 66:17
70:21 72:16,17
**morning** 24:10
47:22,25 48:2,5
49:12
**mornings** 48:6 49:9
**motion** 16:2
**motivation** 39:21
**motivations** 57:18
**motor** 40:17,18
**msci** 49:5
**multiple** 7:4 26:25
31:4 38:11 72:2
**myers** 3:8

**n**

**n** 4:1 6:2 70:23
**name** 5:12 6:1 12:7
13:17 26:2,6 28:21
29:4,19 68:21
71:25 74:19
**names** 39:1,6
**national** 10:2
**nature** 50:11 51:6
**naval** 9:1,6
**navy** 6:18 8:15 10:4
10:10
**nearing** 69:7
**nearly** 60:9
**nebraska** 8:7,8
11:21,22
**necessarily** 16:19
16:25 32:4 37:4,11
54:2 71:21
**necessary** 48:16
**need** 31:3 32:9 57:7
57:8 59:10
**needed** 13:11 14:6
14:14 48:13

**needs** 11:15 65:8
**neither** 74:15
**neuro** 45:3
**neurocognitive**
60:10
**neurological** 7:1,4
**neurology** 7:17
**neuropsychiatric**
8:6
**neuropsychologi...**
6:21 10:6 30:7,10
30:17,22 35:15
36:15 39:10,13,14
41:3 44:17 45:2
53:24 54:1,4,6,8
60:3,7,12 70:8
**neuropsychologist**
6:4 29:10 35:22
52:21 66:25 68:16
**neuropsychologists**
60:25
**neuropsychology**
6:13,15,16,17 7:6,8
7:12 10:3,24 11:7,9
**neurosurgeons**
22:20
**neurosurgery**
22:21
**never** 19:16 22:21
68:6,8
**new** 11:15 14:12,13
**newer** 59:4
**night** 31:12 33:10
34:24 46:17,19
47:5
**night's** 47:5 50:4
**noel** 3:15
**noncritical** 47:10
47:13,14,14
**noon** 48:4,22,23,25

**norm** 70:17,23
  72:11
**normal** 6:23
**normative** 58:10
  59:5
**normed** 58:8
**norms** 72:5,5
**north** 21:7 66:1,1,8
**northeast** 3:4
**northwest** 3:9
**note** 15:2,25 16:15
  18:11,23 28:21
  32:19 33:16
**noted** 17:21,22
  18:3,10,20 35:25
**notes** 4:14 27:17,20
  28:1,10,17 37:21
  38:3 72:3
**notice** 62:10
**noticed** 36:19
**notifications** 62:23
**notified** 62:7,8
**noting** 5:18 66:17
**number** 1:6 2:6
  4:10 17:20 18:7
  20:1 23:24 26:9
  27:5 29:17 53:13
  67:18,20
**numbered** 26:14
**numbers** 10:14
  12:21,25 15:14
  25:11 26:13 68:4
**nursing** 11:5

**o**

**o** 29:20 70:23
**o'melveny** 3:8
**oath** 5:5 74:6
**object** 16:7 17:3
  33:16 46:12 64:11
**objecting** 16:15
  32:25

**objection** 15:9,25
  16:5 17:21 18:10
  18:12,21,23 21:3
  32:14,20 63:2
  64:14 66:18
**obligated** 14:4
**obtained** 62:7
**obviously** 20:12
**occasionally** 14:11
  22:2
**occasions** 51:1
**occupational** 7:16
  11:3 13:3 40:10
  54:25
**office** 11:12 12:9,11
  12:13 26:25 48:9
  54:23 60:11
**office's** 26:23
**officer** 10:1,1 26:22
  29:19 64:6
**officers** 40:23
**offices** 7:8
**oh** 12:2 13:1 14:10
  15:17 21:24 23:7
  24:12 28:19 38:15
  43:24 53:1
**okay** 5:14,16,21 6:1
  8:15,23 10:21
  18:14 19:1 23:16
  24:12,16,17,19
  25:14 26:5 27:18
  27:20 28:1 34:21
  35:11 36:19 37:25
  38:4,25 39:8 42:18
  43:25 46:6 52:8
  53:1 63:24 64:19
  66:11,16 67:23
**oklahoma** 22:10
**old** 60:18,25
**older** 71:24

**omaha** 8:7
**omission** 33:5
**omits** 26:8
**omitted** 26:10
**onset** 30:21
**open** 58:1
**operating** 9:13
  22:21
**opinion** 36:1 52:6
  52:18 53:8,9 60:25
**opportunity** 15:2
**opposed** 38:23 58:1
**ops** 29:20
**order** 15:4,6,8
  17:22 18:2,4,5,18
  32:15,21,24,25
  61:19 63:4,8,10
  64:12 68:13,21,22
**organization** 22:10
**organized** 48:8
**original** 74:12
**orthopedic** 9:18
**outline** 65:1
**outlines** 38:8
**outpatient** 11:12
**overall** 15:19 44:3
  67:16
**overly** 45:15
**overt** 41:16

**p**

**p** 6:2,2
**p.a.** 3:3
**p.m.** 2:17 72:25
**pace** 3:15
**packet** 29:23,25
  30:2
**page** 4:10,13 27:5
  27:14,16,17 31:7
  31:13 34:20,22,22
  35:25 36:4,5,21,24
  38:6,14 40:6 41:6

  42:23,24,24 43:21
  43:22 44:6,20
  45:12 46:25 47:1
  52:22,25 53:20
  55:8 58:25 60:7
  63:21 71:1,4
**pages** 1:25 52:25
  63:22
**papers** 50:20 63:16
**paperwork** 47:16
  51:7
**paragraph** 26:11
  36:4 38:15 41:8
  42:19 43:1,10,23
  43:23 44:20 55:23
  59:1,3,6 71:7
**paragraphs** 58:25
**parens** 43:17 59:9
  59:10 60:12,13
**parenthesis** 56:5,6
**part** 6:25 9:7,25
  10:13 12:14,22
  16:24 33:6 34:23
  50:15
**participated** 67:5
**particular** 15:11
  36:14
**parties** 18:14 41:24
**partners** 12:10
**parts** 45:2
**party** 7:23 13:12,12
  74:17
**passed** 50:5
**passenger** 40:3
**passengers** 31:4
**patient** 7:15 64:23
**patients** 39:15
**pattern** 27:2
**patterson** 1:5 2:5
  3:14 4:11 19:3
  20:17 23:13,18,20

23:22 24:2,3 26:16
26:22 29:18 31:11
31:16 35:6,18
42:11 44:15 46:16
49:4 50:6,19 53:17
55:21 64:3,5,10
65:20,24 70:17,18
71:5
**patterson's** 26:23
33:14 34:8 39:23
41:19 45:10
**paul** 10:6
**pause** 32:18
**pay** 14:3
**peer** 20:11 67:6
**people** 11:18 20:1
22:15 57:23 58:11
61:2
**people's** 60:25
**percent** 12:18,19
13:4,22
**percentage** 12:14
12:23 13:6,7
**perfect** 56:10
**perform** 20:1 53:23
**performance** 28:7
36:9,12 38:8 39:11
39:24 41:2,7,8 43:5
44:22,24,25 56:2
71:18
**performances** 36:2
**performing** 34:17
35:4
**period** 55:11,12
60:10
**person** 14:13 19:16
28:3 57:17 65:12
65:24
**person's** 49:21
53:11

**personal** 52:2
**personality** 39:18
40:22 42:21 43:3,5
44:7,9 49:5
**personally** 21:17
**personnel** 9:1
54:18
**persons** 45:14
**perspective** 17:4
30:17 65:13
**pertains** 74:11
**ph** 29:6
**phd** 1:14 2:14 4:3
5:4 6:12 9:23 29:8
**phone** 19:17 26:9
68:25
**physical** 11:3
**physician** 32:7
**pic** 64:5
**pick** 13:13 47:9
48:11
**pilot** 20:1,4 21:6,17
22:11,12,12,14
30:13 32:13 38:7
40:2 48:13 57:1,11
58:8 61:1 62:3 63:3
71:12 72:5
**pilot's** 31:2 41:2
**pilots** 14:18,23,23
15:5,11,13,20,20
15:21 16:3,7,9,21
17:2,7,16,20 18:1
20:6,8,10,14,19,25
21:4,7,11,13 22:3
33:1 40:11,22
49:25 56:21,25
57:23 58:9,12,21
59:9 60:20 64:17
67:17,24 70:18,19
71:2,7,16,19,19,22
71:23,24 72:5

**place** 22:13 63:1
74:4
**plaintiff** 1:6 2:6,15
3:2
**plaintiff's** 16:4
24:20 34:22 64:13
**planning** 7:23
53:16
**pleasant** 64:8
**please** 5:12 6:6,8
17:14 18:13,18
23:16,17,25 28:25
29:16 31:5 34:22
45:25 52:12 60:7
61:10 62:25 63:14
66:20 68:13 72:12
**point** 13:24 18:20
30:19 37:6 44:1
46:23 57:13 65:20
**pointed** 53:20
**points** 34:6 65:6
**police** 58:13
**portion** 31:13 44:5
53:2
**position** 11:22 31:3
**post** 6:15 8:6 10:19
**practice** 6:3 7:15
11:19,23,24 12:3,6
12:14,22,23 13:22
**practitioner** 55:9
55:13
**pre** 6:12 56:3
**predicting** 6:22
**preferable** 69:22
**prepared** 64:24
**present** 3:13 43:17
47:5 56:21,23 57:1
58:12 68:18 69:2,3
70:14
**presentation** 57:18

**presentations**
57:22
**presented** 68:7,8
69:6,25 70:14
**presenting** 45:15
57:15 70:1
**pretty** 7:3,18
**prior** 20:16 22:3
50:14 56:4 61:14
74:5
**privacy** 16:6 17:25
61:21
**private** 7:15,21
11:19,24
**probably** 13:3,19
13:25 14:25 15:14
20:15 60:1
**problem** 40:17 42:7
42:8 51:14
**problems** 28:7
30:15,25 39:17
40:11 45:5,15 57:4
57:20
**procedure** 50:16
**proceedings** 66:21
72:25 74:3,5,7,13
**process** 51:1
**processor** 65:3
**produce** 65:2
**production** 64:13
**profession** 60:16
**professional** 6:9
64:9
**profile** 45:17 57:3
57:19 70:20
**program** 7:1 9:7
**programs** 6:22
**properly** 49:21
**proposed** 69:8
**protective** 18:17

provide 44:15 52:3
  55:25 56:13
provided 11:14
  32:7 44:18 62:11
  62:23 63:5
provider 32:8
provides 13:12
  14:6
provisionally 72:11
psychiatric 7:2,3
  12:9 56:4,6,19
psychiatry 7:16
  22:16
psychological 6:12
  7:2 35:15 44:7,9
  45:4,5,11 48:17
  52:20 54:5,18 56:4
  60:8 61:6
psychologist 57:16
  58:5
psychologists 59:8
psychology 6:11,13
  7:13 52:10,14
purpose 28:6 47:6
purposes 50:11
  51:7 69:20
pursuant 26:20
put 5:15 11:2 16:17
  28:8 31:16 32:12
  33:3 42:2 45:23
  57:24 60:14

q

qme 13:9
qualifications
  22:12
qualify 35:18 37:5
qualifying 44:15
question 16:7,12
  17:4,14,18 18:13
  18:15,16,18,22,23
  19:7 21:16,22

28:12 33:21 37:8
  40:8 42:8 45:24
  55:14,16,18 57:16
  69:8
questioning 15:3,4
  15:10 16:16 17:6
questions 18:3,11
  32:10 36:8 44:22
  45:8 58:1,16 61:18
  63:3,9 66:4 72:16
quote 38:10,22
  42:20 43:9,10,11
  46:7 50:21,21
  58:19,20 59:11,12
quotes 38:12

r

r 3:3 70:23
raise 43:4 44:10
  58:15 63:9
raises 30:16 42:7
  45:16
raising 62:22
randomized 13:13
range 7:3,18 40:4
  41:1 58:20 59:11
rank 8:23
rare 14:9 56:11
rate 36:21
rating 50:16
ratings 14:1
read 27:8 29:15
  31:12 33:10,25
  35:2,9 36:7 37:24
  41:8,14,20,20 43:2
  43:14 44:21 46:7
  51:23,23 53:8 55:8
  55:24 58:19 59:7
  61:3 66:15
reading 26:10
reads 27:8

real 58:16
really 51:19
rearranging 72:22
reason 26:22 29:13
  31:7 47:25 50:13
  51:11,12
reasonable 43:15
  59:14,18
reasons 32:14 45:9
  55:10
recall 8:13 14:10
  14:11,17 19:1
  20:15,18 21:5 23:7
  29:7 38:17 42:1
  47:24 50:21,23
  51:9,16 55:4 58:23
  59:22
recalls 49:4
receive 37:17,20
received 5:18,23
  24:7,24 25:9,18,20
  25:21 26:25
recognition 58:11
recognize 64:20
  65:16
recollection 15:24
recommendation
  45:6
recommendations
  36:6,7
record 5:15,18
  16:17 19:24 42:3,6
  42:10 63:2 64:15
  66:20 70:5 74:6,9
records 22:14
  47:23 55:25 56:19
  69:10 70:11,13
reduce 47:8
reduces 49:24
reference 52:18
  58:24 60:17

references 25:18
referral 7:20 13:24
  14:2 19:12 23:18
  28:5 30:6 31:7
  37:22 38:15 55:11
  55:14,18 56:1
referrals 7:16
referred 19:22 28:1
  28:10,13,14 40:21
  52:3 55:11
referring 23:22
  41:11 55:24 56:13
refers 30:3 68:15
reflect 28:1,10,17
reflected 37:22
regard 45:8
regarding 16:6
  22:11 32:10,15
  42:18 43:1 63:2,10
  64:15
regardless 57:11
  57:18 65:10,12
  71:12
regional 70:18 71:2
  71:8,9,16,19
regular 22:13
regularity 67:14
rehabilitation 7:9
  10:7,25
reitan 60:2,12,18
  60:20,22 61:8
rejected 16:4 32:25
  70:7
related 15:5 44:7
  63:3 64:13
relative 74:16
relayed 44:13
release 4:17 5:15
  50:20 61:10 62:2,2
  62:14,18 63:7
  65:21

releases 62:6,18
relevance 37:9
relevant 15:2 22:20
  38:8 47:17,18,20
  55:25 56:18 61:18
reliable 43:15 44:9
  45:6
reliably 34:17 35:4
relieved 29:23
reluctance 57:4
remain 36:8,10
  44:22,23 45:8
remember 19:25
remind 65:6
renewing 63:2
repeat 16:18 21:12
reply 51:18
report 4:12 31:6,7
  31:11,22 32:12,20
  33:3,5,8,10,12,13
  33:17,19,22,24
  34:2,4,7,14,16
  35:25 36:13,15
  38:6,14 41:7 42:14
  46:24 47:6 48:23
  48:24 64:2,3,20
  65:8,11,17 68:7,8
  68:18 70:5
reported 1:22
reporter 2:18
  23:17 31:5 34:21
  38:1 39:3 45:25
  52:12 54:16 61:9
  63:13,15,17,24
  68:9 74:2
reports 26:25 27:1
  31:19 38:11,12
  56:2 61:4 65:1,3
  66:14
represented 35:6

request 13:14 16:4
  26:19 28:5 29:18
  29:20 62:2 64:13
requested 14:1
  17:25 37:19 74:14
requests 13:20
requiring 51:15
research 6:19 9:7
  22:11
researched 60:19
residence 6:2
resources 40:25
respect 17:6
respond 33:19
  34:12 66:4
responded 21:23
responding 5:24
response 5:17
responsibility 31:2
  40:3
responsible 13:23
rest 48:15
rested 47:6
restrict 56:15
restrictions 5:20
result 52:3,5
results 59:4
retired 62:3
retiree 61:25
retrieve 24:13
return 52:5
returning 24:17
review 26:8 31:11
  36:23 41:16 47:15
  63:7,8 69:10 70:5
  74:13
reviewed 44:6
reviewing 51:22
reviews 55:1 67:6
revisited 17:8

revocation 33:14
  33:23 34:2 44:2
rhythm 49:15,19
  49:24 53:14 66:3
right 5:25 9:4,17
  9:22 24:11 29:3
  38:22 54:1 62:25
  65:8 72:12,18
rise 30:21
risk 57:21
risks 51:20,21,22
  51:23,24
rodney 1:5 2:5 3:14
  24:1 26:22 29:18
room 22:21
rough 12:17 14:10
routine 40:20
runway 72:1

**s**

s 29:20 59:21,24
saddleback 11:10
safety 31:2 40:3
  42:16
salt 6:3
sample 58:9
san 8:3 9:7
saturation 6:20
save 48:24,25
saved 48:23 49:2
saw 66:9,15
saying 5:10 23:22
  30:20 34:7 36:25
  41:14 42:20 44:17
says 26:17,19 36:7
  36:10 38:6 44:21
  59:7 69:17 71:7
scale 50:16,17
  57:13 58:8 59:21
  59:22,24,25
schedule 40:19
  47:3

scheduled 26:21
scheduling 26:12
school 7:5 8:8 10:4
science 60:16
sciences 6:11
sclerosis 7:4
score 37:3,4,6,10
  48:10 57:12,13
  58:18 59:10,16,16
  71:14
scored 48:1,3,4,19
  48:22 72:3,4
scores 36:20,22
  37:3,11 45:18
  48:14 56:5 57:10
  58:15 60:21 72:10
scoring 49:1
scott 1:5 2:5 3:14
  26:22 29:19
screen 36:20 47:19
  48:3,6,9,15 49:6,9
  49:13,17,22 50:2
  50:14 54:2,6,8,13
  54:14 66:7,24 67:1
  67:8,10,12,15,25
se 35:21
second 3:4 24:24
  43:10,22 48:2 49:6
  49:10,11 63:14
  71:6,7 72:8
section 23:23 26:20
  29:21 41:14 44:6
  46:23 53:3
security 22:3
see 7:23 8:2 11:18
  22:20 24:4 25:16
  26:3,8 27:15,18
  28:19 34:14 36:23
  38:16,17,20 43:20
  43:24 46:11 53:8
  57:22 58:13 59:3,6

65:4,9
**seeing** 63:5
**seek** 18:17,24
**seen** 14:11 24:22
  25:5,6,22 36:18
  43:18 55:3 61:12
  62:1 63:6 66:15
**select** 13:16
**selected** 13:10
**selection** 6:18 9:2
  13:13
**selects** 14:5
**self** 27:2 29:22
  30:16 31:1 58:12
**semicolon** 56:2,2,3
  56:4,6
**send** 11:18 30:2
**senior** 42:15 66:25
  69:4
**sense** 31:19
**sensitive** 31:3,21
  32:3
**sensory** 40:17
**sent** 23:16 24:10,11
  24:14 25:8 29:23
  29:25 52:13 54:17
  61:13,16 68:10
**sentence** 59:7
**separate** 28:20
  43:17
**september** 29:23
**sequence** 38:21
**series** 69:3
**seriously** 48:15
**service** 9:4 11:9,11
  11:12,16
**services** 7:6,13
  10:24 11:1,4,10,14
  52:4
**set** 10:23 11:4,6,8,9
  11:11 72:11 74:4

**setting** 10:25 48:8
**settings** 6:25 7:9
  11:13
**settlement** 69:20
**shake** 51:4,14
**share** 12:8,11,13
  53:9
**shift** 50:4
**short** 36:8 46:21
  65:3,7,11
**shorthand** 2:18
  74:1,7
**shortly** 9:18 10:3
**show** 48:18,22
  54:16
**showing** 47:23
**shows** 48:23
**side** 56:15
**sign** 50:20 58:1
**signature** 25:24
  26:2 65:16,22
  74:23
**signed** 50:20,24
  51:7,21
**significance** 36:23
**significant** 23:8,11
  36:10 44:23 57:21
**similar** 30:10 65:12
  65:14 69:25
**simply** 34:10
**simulation** 22:24
  22:25
**simulator** 22:22
  23:9,12
**simulators** 22:6
**simultaneously**
  39:2
**single** 35:23 37:10
  44:1
**sir** 34:10 35:10
  37:8 42:22 72:21

**sit** 50:10 51:2
**site** 13:21
**sites** 11:8
**six** 50:5 68:23
  69:24
**skill** 40:14
**skills** 40:14,15,17
  40:18 41:13 42:19
  43:2 49:24
**sleep** 47:5 50:4
**small** 19:25 71:15
  71:19
**social** 6:11
**sociology** 6:10
**somebody** 49:17
**soon** 25:2
**sorry** 16:23 21:24
  23:10,21 38:13
  39:3 42:22 70:21
**sort** 13:16 37:9
  44:21 45:2 47:10
  57:9 70:5
**sought** 17:25
**sound** 57:8
**sounded** 72:8
**sounds** 18:1 32:23
  43:20 59:14,17
**sources** 7:20
**southern** 1:1 2:1
**space** 12:9,12,13
**span** 15:16,18
**speaking** 39:2,3
**speaks** 33:17
**specialties** 22:16
**specific** 30:18
  35:23 37:2 38:8
  41:24,25 55:7,14
**specifically** 15:6
  21:5 26:24 55:4
  66:10 67:3,10

**specifics** 42:17
  44:14,15,18
**speculation** 43:11
**speech** 11:2
**spell** 28:25
**spent** 23:8,11
**spoke** 19:16
**spouse** 39:19
**stability** 26:24
  29:22 30:15 31:1
  38:10
**staff** 11:14,15
**stamped** 24:2,3
**standard** 36:21
  50:16 58:10
**standardization**
  65:5
**start** 5:14 14:22
  39:4 64:21
**started** 48:5
**starting** 7:25 31:13
  45:12
**startup** 10:22
**state** 8:4 9:7 13:8
  13:12 14:16 26:10
  43:2 45:7 54:25
  64:21 74:2
**stated** 32:14 34:15
  34:15 65:18
**statement** 31:20,22
  32:1,5,12 55:17
  65:11
**statements** 27:2
  29:22 30:16 31:1
**states** 1:1 2:1 14:8
  46:13,14 53:10
  55:8
**statistics** 12:17
  13:19
**status** 36:1 44:23

stay 20:11
stephen 29:5
stills 40:23
stimulation 22:23
stipulated 61:7
stipulates 61:5
stipulation 16:1,17
  16:18,20 17:1,5,24
  64:15
stores 9:14,15
street 3:4,9
stress 6:21
stressed 63:16
studies 10:11,12
  60:19
stuff 34:23
style 40:22
subject 15:4 17:22
  30:14 32:19,20
  33:1 41:3 62:17,24
  63:9 64:14
subjective 39:16
  44:11
submergence 6:19
submitted 69:16
  70:4,4
subscribed 74:18
subsequent 18:23
substance 7:2
success 6:22
suggested 27:1
suggests 57:4
suite 2:16
summaries 56:7
summary 42:20
  43:3 64:2,3
summation 42:19
superlative 57:13
  58:8 59:21
supervised 11:15

supervisors 42:15
supporting 43:12
suppose 14:3
supposed 16:11,13
suppressed 57:19
sure 19:7 21:15
  31:18 39:12 42:25
  47:4 48:7 50:17
  61:2 72:15
surprising 65:10
suspended 53:21
suspension 33:14
  33:22
sustained 35:7
  64:14
switch 47:10
system 7:11 9:11
  9:12 13:9,9 14:2,13
systems 13:8

**t**

t 29:1,2,20,20
t.o.v.a. 49:9,11
take 6:8 11:22 15:2
  34:8 40:3 49:21
  50:1,13 62:19
  68:13
taken 2:15 35:24
  37:10 53:25 74:3
takes 48:4
talk 47:16 50:10,12
  51:20 62:16,20
  64:22,24 65:23
talked 22:2 51:5,8
talking 40:9 65:19
  66:10,14
tasks 47:10,14,15
  47:18
taylor 72:10
teams 11:3
tech 7:6 10:21,22
  10:24 11:25

technical 39:11,24
  40:2,4 41:8
technology 61:1
telephone 19:15
  27:11,12,13,22
  28:4 29:17
telephonically 3:1
tell 5:12 19:21 20:3
  21:10 29:14 33:11
  34:1 35:17 47:13
  64:4,25
telling 43:25
tells 35:21
template 25:7,10
  25:15 65:2,4,15
ten 14:10
tend 40:25
tenure 7:14
term 9:17 14:15,20
  14:22
terms 59:16
test 35:21,22,23,23
  47:2,19 48:1 49:17
  49:22 50:1 54:4,5
  56:3,5 60:19 66:7
  66:24 67:2,12
testified 5:6 62:15
  68:5,6
testifying 74:6
testimony 5:20
  62:23 70:9,10,12
  74:10
testing 36:13 44:18
  45:11 46:22 48:12
  48:16 52:20 53:24
  54:1 67:1 72:4
tests 35:17 45:1
  46:17 47:14 60:8
  67:7,8,10
text 26:6

thank 15:8 24:16
  32:22 63:11 72:14
  72:18,21
theater 46:9
therapy 11:3,4
thereof 74:18
thing 44:1 50:10
  57:5 58:13 72:1
things 39:21
think 7:13 21:1
  34:1,12 40:23,25
  45:1 60:24 61:18
  66:13 67:18
thinking 15:17
  30:11
third 7:23 52:25
thought 10:15
  17:11
thousand 58:10
three 12:20,23 13:1
  13:13 30:4 34:22
  52:25
till 54:14
time 5:22 7:14 9:16
  9:25 10:5 23:8,11
  35:3 39:4 42:16
  43:6 47:8,9 53:20
  63:6 64:5,6 74:4
times 42:3,11 57:7
  71:25
tired 47:17,22
  50:15 53:18 54:11
  54:12
today 63:6
told 37:21 42:12
  51:8 54:10,12
  67:20 69:11,18
top 28:16
total 33:11
touch 20:11

**toured** 22:6
**town** 47:4
**training** 6:16,22,25
  20:3 22:12 66:23
  66:25 69:3
**traits** 43:18
**transamerica** 9:25
**transcribed** 74:8
**transcript** 74:12,14
**traveled** 47:7
**treating** 14:5 32:1
**treatment** 7:23
**tristan** 3:8 15:1
  72:17
**true** 74:9
**trying** 34:12 38:13
  70:2
**two** 4:13 13:1 15:24
  17:11,15 19:1
  20:25 30:4,5 31:18
  31:19 34:5,6,22
  37:18 47:3,6,9,11
  49:7 53:22,25
  58:25 61:14 64:7
  64:19 67:3
**typed** 26:2
**typical** 56:21,25
  57:3
**typically** 7:16
  11:13 13:1 14:5
  33:4 36:22 39:10
  47:24 48:6,10
  51:12 61:4 71:20

**u**

**unanswered** 36:8
  44:22 45:8
**underlined** 53:2
**undersigned** 74:1
**understand** 16:11
  19:7 32:4,9 51:6
  56:23 61:22 70:7

**understanding**
  55:10 69:19
**understood** 19:19
  35:7 46:18 69:23
**unfortunate** 42:3
**unfortunately**
  60:15
**united** 1:1 2:1
**university** 8:4,5,7
  9:8
**unsigned** 25:12,24
  26:1
**unspecified** 38:10
  38:12
**unusual** 49:7
**upsetting** 32:5
**use** 34:10,12 49:8
  60:23 61:1 69:10
  69:15,15 71:5,9
**useful** 52:18
**uses** 67:14
**usual** 39:20 40:20
**usually** 47:3
**utah** 13:21 14:8
  69:5
**utility** 58:17
**utilized** 61:7

**v**

**v** 29:6
**validity** 69:20
**varies** 12:16,19,25
**variety** 7:1,19
  39:15,21 53:13
**various** 7:25 9:14
  11:4
**vehicle** 6:19
**verbatim** 29:15
**versions** 67:13
**virtually** 13:22
**visiting** 14:15

**visual** 40:18
**volume** 1:17 2:14
  4:4
**vs** 1:7 2:7

**w**

**wait** 24:24 50:1
**waited** 54:14
**waiving** 61:20
**want** 16:20 17:1
  18:7 32:24 33:2
  35:11 42:6 51:3,13
  61:17 62:21 63:1,7
**wanted** 5:14
**warrant** 45:6
**washington** 3:10
**way** 13:10 39:13
  48:11 51:7 64:10
  69:12
**ways** 39:15
**we've** 17:21 18:10
  18:20 41:23 43:6
  51:2 61:11 63:6
**weary** 46:22
**went** 11:13 22:25
  42:11 70:2,7
**west** 10:1 53:7
**whatnot** 60:22
**whoever's** 13:17
**william** 3:3
**wind** 68:21
**wisconsin** 8:5
**witness** 4:2 6:1
  12:15 17:12,17
  18:14,19 19:1 21:4
  24:4,10,12,17
  25:10 26:17 32:17
  33:4,18 39:5,8 40:9
  46:4 52:15 54:20
  59:9 63:15 70:24
  72:19,21 74:18

**witnesses** 74:5
**wonderful** 56:16
**word** 45:3,20 56:16
  56:24 65:3 70:22
**wording** 27:10,11
**words** 50:23 51:9
  51:16 65:14
**work** 7:1 10:3,5,10
  12:15 13:4,5 20:11
  31:3 36:1 40:20,24
  58:6 65:13 67:23
**worked** 6:20,25
  9:25 14:7 19:19
  30:25
**worker** 13:14,20,24
  14:4 29:22
**workers** 4:19 7:21
  13:5 14:7 38:12
  41:19 68:10,18
  69:17
**working** 6:17 9:1,6
  9:13 10:5 11:25
  47:17 53:13 70:4
**workplace** 43:4
**workshop** 67:3
**workshops** 67:4
  69:3
**world** 56:10
**write** 31:18,19 40:6
  41:6 69:9,14,14,18
**written** 32:3 55:11
  60:17 71:1

**x**

**x** 4:1 74:14
**ximeno** 2:15

**y**

**yeah** 5:17
**year** 8:18 13:1
  20:15

**years**  7:14 10:13
   12:18,18,20,24
   13:1,2 14:11 15:17
   20:9 22:1,3,6 23:7
   23:7 30:4,5,25
   36:17 60:17,18
   61:4 66:15 67:4,7
   68:22,23 69:24
**yesterday**  61:16
**york**  14:12,13
**young**  71:23
**younger**  71:20

**z**

**zip**  26:10
**zone**  47:8 53:20

# Federal Rules of Civil Procedure

## Rule 30

(e) Review By the Witness; Changes.

(1) Review; Statement of Changes. On request by the deponent or a party before the deposition is completed, the deponent must be allowed 30 days after being notified by the officer that the transcript or recording is available in which:

(A) to review the transcript or recording; and

(B) if there are changes in form or substance, to sign a statement listing the changes and the reasons for making them.

(2) Changes Indicated in the Officer's Certificate. The officer must note in the certificate prescribed by Rule 30(f)(1) whether a review was requested and, if so, must attach any changes the deponent makes during the 30-day period.

DISCLAIMER: THE FOREGOING FEDERAL PROCEDURE RULES ARE PROVIDED FOR INFORMATIONAL PURPOSES ONLY. THE ABOVE RULES ARE CURRENT AS OF SEPTEMBER 1, 2016. PLEASE REFER TO THE APPLICABLE FEDERAL RULES OF CIVIL PROCEDURE FOR UP-TO-DATE INFORMATION.

VERITEXT LEGAL SOLUTIONS
COMPANY CERTIFICATE AND DISCLOSURE STATEMENT

Veritext Legal Solutions represents that the
foregoing transcript is a true, correct and complete
transcript of the colloquies, questions and answers
as submitted by the court reporter. Veritext Legal
Solutions further represents that the attached
exhibits, if any, are true, correct and complete
documents as submitted by the court reporter and/or
attorneys in relation to this deposition and that
the documents were processed in accordance with
our litigation support and production standards.

Veritext Legal Solutions is committed to maintaining
the confidentiality of client and witness information,
in accordance with the regulations promulgated under
the Health Insurance Portability and Accountability
Act (HIPAA), as amended with respect to protected
health information and the Gramm-Leach-Bliley Act, as
amended, with respect to Personally Identifiable
Information (PII). Physical transcripts and exhibits
are managed under strict facility and personnel access
controls. Electronic files of documents are stored
in encrypted form and are transmitted in an encrypted
fashion to authenticated parties who are permitted to
access the material. Our data is hosted in a Tier 4
SSAE 16 certified facility.

Veritext Legal Solutions complies with all federal and
State regulations with respect to the provision of
court reporting services, and maintains its neutrality
and independence regardless of relationship or the
financial outcome of any litigation. Veritext requires
adherence to the foregoing professional and ethical
standards from all of its subcontractors in their
independent contractor agreements.

Inquiries about Veritext Legal Solutions'
confidentiality and security policies and practices
should be directed to Veritext's Client Services
Associates indicated on the cover of this document or
at www.veritext.com.