# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO.: 1:17-cv-60533-MARTINEZ-OTAZO-REYES

RODNEY SCOTT PATTERSON,

    Plaintiffs,

vs.

AMERICAN AIRLINES, INC., a Delaware Corporation,

    Defendant.

_____/

## DECLARATION OF LUIS ROJAS IN SUPPORT OF DEFENDANT AMERICAN AIRLINES, INC.'S MOTION FOR SUMMARY JUDGMENT

I, Luis Rojas, declare as follows:

1. I am Administrator - Miami Flight Administration for American Airlines, Inc. ("American"). In that capacity, I have administrative responsibilities related to the approximately 2,300 American pilots that are based in American's Miami hub, including with respect to military leave requests, human resources investigations, fitness for duty examinations, and disciplinary matters.

2. The facts set forth in this declaration are based upon my personal knowledge, my review of relevant documents, information provided to me by individuals working with me or under my supervision, or my opinion based on my experience, knowledge, and information regarding matters related to American and its pilots. If called to testify, I could and would testify competently to the facts set forth in this declaration.

3. In 2015, American granted 122 pilots based in Miami approximately 1,579 military leaves of absence. Aside from Rodney Scott Patterson, American did not withhold a single one of those pilots from duty for an investigation nor require them to undergo a fitness for duty examination.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct. Executed this 8th day of June, 2018, in Miami, Florida.

Regards,

*[signature]*