STATE OF FLORIDA

COUNTY OF BROWARD

My current legal name is, Rodney Scott Patterson, and my current occupation is Pilot, American Airlines, Employee number 576006. I am 48 years old and my current address of residence is 1092 NW 139th Terrace, Pembroke Pines, FL 33028-2340

The following is a transcript of a voice recording left on my telephone answering device by Captain James Bonds, Chief Pilot, Miami Flight Office, American Airlines on or about the 7th of OCT, 2015 at approximately 1600 hours local time.

TRANSCRIPT OF MESSAGE  *Leave and earnings statement*

Jim Bonds from the flight office calling, 4 O'clock on the 7th. Hope all is well with you guys, Hey Uhhh, I was hoping to have gotten those orders or the LES or something. Little bit, you know, it's just a lot of confusion on our part to, you know, the circumstances around those orders. So how bout, Uhmm, doing this if you will, would you please, you know, if you can provide those to us, by the 13th, uhmm, then we'll be good, but you know anything after that then we may have to get a little more formal in asking you to provide those in the form of a Section 21 or something. So if you can if you can get those to us, we would really appreciate it. Uhmm, You know our number here in the flight office and take care and hope to hear from you soon. //////Nothing Follows////////

I hereby state that the information above is true, to the best of my knowledge . I also confirm that the information here is both accurate and complete and relevant information has not been omitted.

_Rodney Scott Patterson_
Signature of Individual

Sworn to (or affirmed) and subscribed before me this **25** day of **FEB**, 2016, by **RODNEY S. PATTERSON**


ANDREW P. REITZ
MY COMMISSION # FF 929156
EXPIRES: October 20, 2019
Bonded Thru Notary Public Underwriters

Personally Known _____  Or Produced Identification __✓__

Type of Identification Produced **FL DRIV LIC # P362-737-67-408-0**