STATE OF FLORIDA

COUNTY OF BROWARD

My current legal name is, Rodney Scott Patterson, and my current occupation is Pilot, American Airlines, Employee number 576006. I am 48 years old and my current address of residence is 1092 NW 139th Terrace, Pembroke Pines, FL 33028-2340

The following is a transcript of a voice recording left on my telephone answering device by Captain James Bonds, Chief Pilot, Miami Flight Office, American Airlines on or about the 21st of SEPT, 2015 at approximately 1510 hours local time.

TRANSCRIPT OF MESSAGE

*Hey Scott, Jim Bonds it is three ten (1510, Local 'Inserted for clarity). Uhh, Trish gave me the message saying you (unintelligible), an EO for tomorrow because of some military work at the Pentagon. Dude we're really, really, really short and I see that you, you probably see that by your trip that's going out tomorrow, everybody is on reserve and we are really tight on manning so, uhhm, obviously we are going to give you the time off, if you can produce some uhhm, orders. Can you have them fax us the uhh, the orders and the fax number is 305-526-1294. We're leaving you on the trip til we get that fax ok. Thanks /////Nothing Follows////////*

I hereby state that the information above is true, to the best of my knowledge. I also confirm that the information here is both accurate and complete and relevant information has not been omitted.

_Rodney Scott Patterson_

Signature of Individual

Sworn to (or affirmed) and subscribed before me this 25 day of FEB, 2016, by Rodney S. Patterson



ANDREW P. REITZ
MY COMMISSION # FF 929156
EXPIRES: October 20, 2019
Bonded Thru Notary Public Underwriters

Personally Known _____ Or Produced Identification ✓

Type of Identification Produced  FL DL # P362-737-67-408-0