**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
FORT LAUDERDALE DIVISION

CASE NO.: 1:17-cv-60533-JEM

RODNEY SCOTT PATTERSON,

    Plaintiffs,

vs.

AMERICAN AIRLINES, INC., a Delaware Corporation,

    Defendant.

_____/

**DEFENDANT AMERICAN AIRLINES, INC.'S TRIAL WITNESS LIST**

Defendant American Airlines, Inc. ("American"), pursuant to the Court's January 17, 2018 Order Revising Scheduling Order [ECF 25], identifies the following witnesses whom American may call at trial:

    Captain Jim Bonds*

    Captain Mark Cronin*

    First Officer David Tatum*

    Jeral Ahtone*

    Luis Rojas*

    Michelle Montgomery*

    Ana Burke-Leon*

    Brian Beach*

    Dr. John Knippa, 1650 Ximeno Avenue #230, Long Beach, California, 90804

    Captain Glenn Whitehouse, Counsel: Lindsey Wagner of Scott Wagner and Associates, P.A., 250 S. Central Blvd. #104A, Jupiter, FL 33458

# ATTACHMENT 2

Plaintiff Rodney Scott Patterson

Impeachment witnesses

All witnesses disclosed and/or called by Plaintiff

*Denotes a current or former American employee that may be contacted at the address of American's counsel.

Dated: March 21, 2018

Respectfully submitted,

By: Michael A. Holt

Michael A. Holt
mholt@shb.com
Florida Bar No.: 91156
**SHOOK, HARDY & BACON L.L.P.**
Miami Center, Suite 3200
201 South Biscayne Boulevard
Miami, Florida 33131
Telephone: (305) 358-5171
Facsimile: (305) 358-7470

Mark W. Robertson, Esq.
mrobertson@omm.com
(*Pro hac vice* )
**O'MELVENY & MYERS LLP**
Times Square Tower
7 Times Square
New York, New York 10036
Telephone: (212) 326-2000
Facsimile: (212) 326-2061

Tristan Morales, Esq.
tmorales@omm.com
(*Pro hac vice*)
**O'MELVENY & MYERS LLP**
1625 Eye Street, Northwest
Washington, DC 20006
Telephone: (202) 383-5300
Facsimile: (202) 383-5414

*Attorneys for American Airlines, Inc.*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 21st day of March, 2018, a true and correct copy of the foregoing was served on all counsel or parties of record on the attached Service List by the method indicated.

By: <u>Michael A. Holt</u>
MICHAEL A. HOLT

**SERVICE LIST**

| | |
|---|---|
| William R. Amlong<br>WRAmlong@TheAmlongFirm.com<br>Karen Coolman Amlong<br>KAmlong@TheAmlongFirm.com<br>Noel C. Pace<br>noel.c.pace.esq@gmail.com<br>**AMLONG & AMLONG, P.A.**<br>500 Northeast Fourth Street<br>Fort Lauderdale, FL 33301<br>Telephone: (954) 462-1983<br>Facsimile: (954) 523-3192<br><br>(Service via Email)<br><br>*Counsel for Plaintiffs* | Michael A. Holt, Esq.<br>mholt@shb.com<br>**SHOOK, HARDY & BACON L.L.P.**<br>Miami Center, Suite 3200<br>201 South Biscayne Boulevard<br>Miami, Florida 33131<br>Telephone: (305) 358-5171<br>Facsimile: (305) 358-7470<br><br>Mark W. Robertson, Esq.<br>mrobertson@omm.com<br>(*Pro Hac Vice*)<br>**O'MELVENY & MYERS LLP**<br>Times Square Tower<br>7 Times Square<br>New York, New York 10036<br>Telephone: (212) 326-2000<br>Facsimile: (212) 326-2061<br><br>*Counsel for American Airlines, Inc.* |

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA**
FORT LAUDERDALE DIVISION

CASE NO.: 1:17-cv-60533-JEM

RODNEY SCOTT PATTERSON,

    Plaintiffs,

vs.

AMERICAN AIRLINES, INC., a Delaware
Corporation,

    Defendant.
_____/

**DEFENDANT AMERICAN AIRLINES, INC.'S TRIAL WITNESS LIST**

Defendant American Airlines, Inc. ("American"), pursuant to the Court's May 9, 2017 Order Setting Civil Trial Date and Pretrial Schedule [ECF 19], identifies the following witnesses whom American may call at trial:

    Captain Jim Bonds*

    Captain Mark Cronin*

    First Officer David Tatum*

    Captain Glenn Whitehouse*

    Jeral Ahtone*

    Luis Rojas*

    Brian Beach,

    Dr. John Knippa, 1650 Ximeno Avenue #230, Long Beach, California, 90804

    Plaintiff Rodney Scott Patterson

    Representatives of the Plaintiff's Union, the Allied Pilots Association (specific individuals as determined through discovery).

*Denotes an American employee that may be contacted at the address of American's counsel.

Dated: October 23, 2017

Respectfully submitted,

By: Michael A. Holt

Michael A. Holt
mholt@shb.com
Florida Bar No.: 91156
**SHOOK, HARDY & BACON L.L.P.**
**Miami Center, Suite 3200**
201 South Biscayne Boulevard
Miami, Florida 33131
Telephone: (305) 358-5171
Facsimile: (305) 358-7470

Mark W. Robertson
mrobertson@omm.com
(*Pro Hac Vice*)
**O'MELVENY & MYERS LLP**
Time Square Tower, 7 Times Square
New York, New York 10036
Telephone: (212) 326-2000
Facsimile: (212) 326-2061

*Attorneys for American Airlines, Inc.*

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that on this 23rd day of October, 2017, a true and correct copy of the foregoing was served on all counsel or parties of record on the attached Service List by the method indicated.

                              By: <u>Michael A. Holt</u>
                                  MICHAEL A. HOLT

**SERVICE LIST**

| | |
|---|---|
| William R. Amlong<br>WRAmlong@TheAmlongFirm.com<br>Karen Coolman Amlong<br>KAmlong@TheAmlongFirm.com<br>Isha Kochhar<br>IKochhar@TheAmlongFirm.com<br>**AMLONG & AMLONG, P.A.**<br>500 Northeast Fourth Street<br>Fort Lauderdale, FL 33301<br>Telephone: (954) 462-1983<br>Facsimile: (954) 523-3192<br><br>(Service via Email)<br><br>*Counsel for Plaintiffs* | Michael A. Holt, Esq.<br>mholt@shb.com<br>**SHOOK, HARDY & BACON L.L.P.**<br>Miami Center, Suite 3200<br>201 South Biscayne Boulevard<br>Miami, Florida 33131<br>Telephone: (305) 358-5171<br>Facsimile: (305) 358-7470<br><br>Mark W. Robertson, Esq.<br>mrobertson@omm.com<br>(*Pro Hac Vice*)<br>**O'MELVENY & MYERS LLP**<br>Times Square Tower<br>7 Times Square<br>New York, New York 10036<br>Telephone: (212) 326-2000<br>Facsimile: (212) 326-2061<br><br>*Counsel for American Airlines, Inc.* |