```
 1   UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF FLORIDA

 2                    FORT LAUDERDALE DIVISION

 3

 4   _____
                                            )
 5   RODNEY SCOTT PATTERSON,                )
                                            )
 6                  Plaintiff,              )
                                            ) CASE NUMBER:
 7            vs.                           ) 1:17-cv-60533-JEM
                                            )
 8   AMERICAN AIRLINES, INC., A DELAWARE    )
     CORPORATION,                           )
 9                                          )
                    Defendant.              )
10   _____)

11

12

13

14            DEPOSITION OF JOHN KNIPPA, PhD

15                 Long Beach, California

16                Friday, May 18, 2018

17                      Volume I

18

19

20

21

22   REPORTED BY:
     JESSICA HONG
23   CSR No. 13776

24   Job No. 2909967

25   PAGES 1 - 74
```

**ATTACHMENT 3**

1  UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF FLORIDA

2  FORT LAUDERDALE DIVISION

3

4  _____
                                            )
5  RODNEY SCOTT PATTERSON,                  )
                                            )
6           Plaintiff,                      )
                                            ) CASE NUMBER:
7       vs.                                 ) 1:17-cv-60533-JEM
                                            )
8  AMERICAN AIRLINES, INC., A DELAWARE      )
   CORPORATION,                             )
9                                           )
            Defendant.                      )
10 _____)

11

12

13

14           Deposition of JOHN KNIPPA, PhD, Volume I,

15  taken on behalf of Plaintiff, at 1650 Ximeno Avenue,

16  Suite 230, Long Beach, California, beginning at 10:18

17  a.m. and ending at 12:30 p.m. on Friday, May 18, 2018,

18  before JESSICA HONG, Certified Shorthand Reporter

19  No. 13776.

20

21

22

23

24

25

```
 1   APPEARANCES (APPEARING TELEPHONICALLY):

 2   FOR PLAINTIFF:

 3      AMLONG & AMLONG, P.A.
        BY:  WILLIAM R. AMLONG
 4      Attorney at Law
        500 Northeast Fourth Street, Second Floor
 5      Fort Lauderdale, Florida 33301
        (954) 462-1983
 6

 7   FOR DEFENDANTS:

 8      O'MELVENY & MYERS, LLP
        BY:  TRISTAN MORALES
 9      Attorney at Law
        1625 Eye Street Northwest
10      Washington, D.C. 20006
        (202) 383-5300
11

12

13   ALSO PRESENT:

14      RODNEY SCOTT PATTERSON

15      NOEL PACE

16

17

18

19

20

21

22

23

24

25
```

1                    I N D E X

2  WITNESS                                      EXAMINATION

3  JOHN KNIPPA, PhD

4  Volume I

5                       BY MR. AMLONG                        5

6

7

8

9                       EXHIBITS

10  NUMBER           DESCRIPTION                         PAGE

11  Exhibit 1     Letter to Mr. Patterson dated 1/14/16   24

12  Exhibit 2     Dr. Knippa's long report                31

13  Exhibit 3     Two-page brief form 3/21/16             34

14  Exhibit 4     Handwritten notes from call             38

15  Exhibit 5     14 CFR 117.3 Definitions                46

16  Exhibit 6     Article by Dr. Kay                      54

17  Exhibit 7     HIPAA release for Michael Dale          63

18  Exhibit 8     American Airlines to Michael Dale       63

19  Exhibit 9     Workers' compensation court document
                   from Montana                           68

20

21

22

23

24

25

```
 1   and emotional stability and self-aggrandizing statements,
 2   certainly not in a pilot's very responsibility safety
 3   sensitive position in which they need to work with
 4   multiple crew members as well as the passengers.
 5             MR. AMLONG:  Ms. Reporter, please hand
 6   Dr. Knippa his long report which is on his letterhead and
 7   it begins "reason for referral."  It's a 15-page report.
 8             (Exhibit 2 was marked for identification.)
 9   BY MR. AMLONG:
10        Q    Dr. Knippa, have you had a chance recently to
11   review your report about Mr. Patterson?
12        A    I read through it last night.
13        Q    Starting on Page 1, the bold face portion?
14        A    Yes.
15        Q    About not giving a copy of this to
16   Mr. Patterson.  Do you put that in all of your fitness
17   for for duty examinations?
18        A    I write two -- to make sure my answer makes
19   sense.  I write two reports, one of which includes no
20   diagnostic information but merely a duty statement.  It
21   doesn't contain any sensitive information otherwise.
22   That report does not include that statement and can be
23   handed directly to an individual.  But in any mental
24   health evaluation and perhaps there's some exception; but
25   with certainly any evaluation in which I'm not the
```

Q   Well, tell me what -- you think the entire report would justify the revocation of a first class medical certificate?

A   The report is meant to be considered and the decision meant to be considered as a whole, not two lines here or there or one or two little points.

Q   Are you saying that based on this report, that the FAA should take away Mr. Patterson's first class medical certificate?

A   Sir, I didn't use that language. I simply --

Q   I'm asking.

A   And I think I'm trying to respond. I didn't use that language. What I -- I believe my findings are at the end of the report. I'll see if I can find them, how I stated it. I stated that I could not based on the report identify that he is affirmatively identified as capable of reliably performing essential functions of his job description.

Q   Where is this?

A   That's on the appended brief form Page 1.

MR. AMLONG: Okay. Ms. Reporter, mark as Plaintiff's 3 please, the three-page form or the two-page form dated March 21st, 2016. It's part of the stuff that Ms. Harris e-mailed you last night.

(Exhibit 3 was marked for identification.)

BY MR. AMLONG:

Q    So there is a conclusion there that (as read) at the time of this examination, he is not affirmatively identified as capable of reliably performing the essential functions of his job description for an, i.e., as the job was represented by Mr. Patterson or otherwise understood, on a consistent and sustained basis; correct?

A    Correct.

Q    Did I read that correctly?

A    Yes, sir.

Q    Okay. And I want to know are you familiar with the criteria for an FAA first class medical certificate?

A    I'm not familiar with the medical basis for it. I'm familiar with whether or not someone is able to meet criteria based on psychological and neuropsychological criteria.

Q    And tell me which of your tests indicated that Mr. Patterson could not qualify in March of 2016 for a first class medical certificate?

A    Well, as an important bit of linguistics. There's no test that tells one anything, per se. The neuropsychologist has to interpret the test data as a whole, not any specific or single test, but test as a battery are taken together. And as I had mentioned or noted on Page 13 of the longer report, they're in the

[5/18/2018 10:00 AM] Knippa, Dr. John - 180518

1          I, the undersigned, a Certified Shorthand
2  Reporter of the State of California, do hereby certify:
3          That the foregoing proceedings were taken before
4  me at the time and place therein set forth; that any
5  witnesses in the foregoing proceedings, prior to
6  testifying, were administered an oath; that a record of
7  the proceedings was made by me using machine shorthand
8  which was thereafter transcribed under my direction;
9  further, that the foregoing is a true record of the
10 testimony given.
11         Further, that if the foregoing pertains to the
12 original transcript of a deposition in a Federal Case,
13 before completion of the proceedings, review of the
14 transcript [ ] was [x] was not requested.
15         I further certify I am neither financially
16 interested in the action nor a relative or employee of
17 any attorney or any party to this action.
18         IN WITNESS THEREOF, I have this date subscribed
19 my name.
20
21 Dated:  5/18/2018
22
23                          <%signature%>
24                          JESSICA HONG
25                          CSR No. 13776