# John Knippa, Ph.D., ABN
## Clinical Psychology / Neuropsychology
CA PSY8833, UT 93-261633-2501
1680 Ximeno Avenue, Ste 230, Long Beach, CA 90804
562-494-3633  Fax: 562-498-0917


PLAINTIFF'S EXHIBIT 3

March 21, 2016

Jeral Ahtone, M.D., AME
Area Medical Director
American Airlines Occupational Health Service
4333 Amon Carter Blvd, Fort Worth, 76155

### NEUROPSYCHOLOGICAL AEROMEDICAL ASSESSMENT[1]
### FITNESS FOR DUTY (FFD) SUMMARY STATEMENT
### CONFIDENTIAL - SEE THE ADMONITION BELOW

**NAME:** Rodney "Scott" Patterson
**EVALUATION DATE:** 03/16-17/16
**OCCUPATION:** First Officer
**BIRTHDATE:** ▇▇▇▇▇▇▇
**PI#:** Not Identified

Dear Dr. Ahtone:

Mr. Patterson was seen for evaluation. Please note the following opinions.

**From a neuropsychological perspective, he is <u>NOT FIT FOR DUTY</u> as a First Officer, at this time.** That is, as of the time of this examination, he is not affirmatively identified as capable of reliably performing the essential functions of his job description (i.e., as the job was represented by Mr. Patterson and otherwise understood) on a consistent and sustained basis.

There was no identified basis to warrant *restrictions* or *accommodations* that would otherwise permit a return at this time to usual and customary duties. There was no claim of disability or requests for accommodations as would warrant consideration accommodations consistent with the Americans with Disability Act. A summary of opined findings regarding duty implications is as follows.

### Functional Limitations, Restrictions and Accommodations

1. **Physical Impairments, Restrictions & Accommodations.**

   None are reported or identified from a neuropsychological perspective. Any additional consideration would be deferred to physician expertise.

---

[1] This report is made available to the referring party and their representatives, per written authorization or other legal authority. The report of functional limitations omits any clinical diagnosis or specific history, such that it can be released to supervisory staff for use in managing relevant duty assignments.

**ATTACHMENT 4**

Patterson_Knippa_00002

2. **Other Functional Impairments, Restrictions & Accommodations.**

   A. <u>Functional Limitation</u>.
      1. Substandard performance testing related to skills associated with flight operations.

   B. <u>Restrictions</u>.
      1. Not identified as able to serve as FO or PIC absent affirmative release to duties adequately resolving findings from 2A, above.

   C. <u>Accommodation Considerations</u>.
      1. Accommodations are 'ideal' solutions that permit a worker to return to modified work that otherwise permits performance of the essential functions of the employee's job description. Whether or not accommodations can be offered and are "reasonable" within the workplace is to be determined by the employer. No accommodations are proposed at this time.

   D. <u>Duration of Restrictions</u>.
      1. Undetermined. The employee and Occupational Health Service may consider findings outlined in the report of clinical findings.

The opinion offered is based on the information available at the time of examination. Please note that professional opinions are based upon a reasonable probability standard and are totally independent of the referring source. Recognizing that mental health examination includes consideration of both art and science, it should be known that although a worker may appear to be fit versus unfit for duty at the time of examination and when considering information available, there is no guarantee that the person will remain at that status. The opinions expressed herein do not constitute any recommendation regarding administrative functions which may be made or enforced by the employer.

Respectfully Submitted,

John Knippa, Ph.D., FACPN
Diplomate, American Board of Professional Neuropsychology