IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
Case No. 17-cv-60533-MARTINEZ/OTAZO-REYES

RODNEY SCOTT PATTERSON,

     Plaintiff,

vs.

AMERICAN AIRLINES, a Delaware
corporation,

     Defendant.
_____/

**Plaintiff's Motion to Enlarge by Two Hours The Deadline to Complete and
File Plaintiff's Motion for Summary Judgment and/or to File Out of Time by Two Hours**

Plaintiff, Rodney Scott Patterson, pursuant to Fed. R. Civ. Pro. 6 and Local Rule 7.1  moves

for entry of am order enlarging by two hours the deadline for him to complete, number and upload

his motion for summary judgment, statement of facts and related attachments, and states as grounds.

1.    <u>Nature of the Action</u>.  This is an action for military-status discrimination, brought by

Rodney Scott Patterson, a lieutenant colonel in the United States Army Reserve and a first officers

for American Airlines. He sues pursuant to the Uniform Services Employment and Reemployment

Rights Act ("USERRA"), 38 U.S.C. § 4311(b)(1). Pursuant to the Court's April 30, 2018 order, this

case is set for trial on the August 20, 2018 trial calendar.

2.    <u>Relief sought.</u> The undersigned is currently preparing plaintiff's motion for summary

judgment, statement of facts and related attachments.  The process is substantially completed, except

that the undersigned needs to number the motion, organize and number the exhibits, fix typos and

upload the voluminous exhibits, which process may take an additional couple hours due to the

organizing the processing requirements with limited staff and the briefing of the motion in limine related to the expert witness that was also being prepared and filed previously.

       3.      Accordingly, plaintiff moves for leave to extend by two additional hours the summary judgment deadline to provide the undersigned with the couple extra hours needed to complete the process and to complete the index of the evidence to be filed with the motion.  When plaintiff moved previously to extend and conferred about extending the deadline to this Wednesday, defendant indicated  that it opposed the request and is expected to do so again.  Plaintiff worked diligently to complete the process by the 11:59 p.m. deadline, but the effort needed to complete the processing of the filings required needed a couple extra hours to complete. The couple extra hours would aid the court's review of the pleadings, including through the use of the index of the voluminous attachments.

       Wherefore, plaintiff moves for entry of an order granting this motion and granting plaintiff such other and further relief as this Court deems appropriate.

### Certificate of Conferral

       As noted above, becuase this motion is being filed after 12:00 am, counsel for the movant was unable to  confer with all parties or non -parties who may be affected by the relief sought in the motion, but will do so after this motion is filed and later in the day to determine defendant's position.

<u>Certificate of Service</u>

I hereby certify that a true and correct copy of the this Statement was served this date via

the Southern District of Florida's CM/ECF system on all parties and counsel of record.

Respectfully submitted,

s/ Jennifer Daley
WILLIAM R. AMLONG
WRAmlong@TheAmlongFirm.com
Florida Bar Number 470228
KAREN COOLMAN AMLONG
KAmlong@TheAmlongFirm.com
Florida Bar Number 275565
JENNIFER DALEY
Florida Bar Number 856436
JDaley@TheAmlongFirm.com
AMLONG & AMLONG, P.A.
500 Northeast Fourth Street, Second Floor
Fort Lauderdale, Florida 33301
(954) 462-1983

NOEL C. PACE
noel.c.pace.esq@gmail.com
206 N.W. 91 Street
El Portal, Florida 33150
(305) 710-3713

*Attorneys for the Plaintiff,*
*Rodney Scott Patterson*

<u>Service List</u>

WILLIAM R. AMLONG
WRAmlong@TheAmlongFirm.com
Florida Bar Number 470228
KAREN COOLMAN AMLONG
KAmlong@TheAmlongFirm.com
Florida Bar Number 275565
AMLONG & AMLONG, P.A.
500 Northeast Fourth Street,
Second Floor
Fort Lauderdale, Florida 33301
(954) 462-1983

NOEL C. PACE
noel.c.pace.esq@gmail.com
206 N.W. 91 Street
El Portal, Florida 33150
(305) 710-3713

*Attorneys for the Plaintiff,*
        *Rodney Scott Patterson*

MICHAEL A. HOLT
mholt@shb.com
SHOOK, HARDY & BACON L.L.P.
Miami Center, Suite 3200
201 South Biscayne Boulevard
Miami, Florida 33131
(305) 358-5171

MARK W. ROBERTSON
mrobertson@omm.com
O'MELVENY & MYERS LLP
Times Square Tower
7 Times Square
New York, New York 10036
(212) 326-2000

TRISTAN MORALES
tmorales@omm.com
O'MELVENY & MYERS LLP
1625 Eye Street, Northwest
Washington, District of Columbia 20006
(202) 383-5300 / 383-5414 Fax

Cameron Cloar-Zavaleta (*Pro hac vice*)
Cameron.R.Cloar@aa.com
AMERICAN AIRLINES, INC.
4333 Amon Carter Boulevard
Ft. Worth, Texas 76155
Telephone: (817) 963-1234

*Attorneys for the Defendant,*
        *American Airlines, Inc.*

C:\Users\jdaley\Documents\IMPORT\180611 DRAFT Plaintiff's motion to enlarge by two hours summary judgment deadline (Patterson).wpd