IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
Case No. 17-cv-60533-MARTINEZ/OTAZO-REYES

RODNEY SCOTT PATTERSON,

    Plaintiff,

vs.

AMERICAN AIRLINES, a Delaware corporation,
    Defendant.
_____/

**Index to Attachments to Plaintiff's Local Rule 56.1(a) Statement of Material Facts In Support of Motion for Summary Judgment**

| Attachment No. | Description |
|---|---|
| 1 | Excerpts from the Deposition of Rodney Scott Patterson |
| 2 | Excerpts from the Deposition of James Bonds |
| 3 | Declaration of Rodney Scott Patterson |
| 4 | 09/28/15 Letter from Jim Bonds to Rodney Scott Patterson re Withhold from Service [Bonds Depo. Exh. 17] |
| 5 | 09/24/15 E-mail from Jim Bonds to Sean Sciafa, Brian Beach, Kkevin Mase re Patterson is on PW [Bonds Depo. Exh. 16] |
| 6 | 03/24/15 E-mail From Brian Beach to Ricardo Garcia re: Patterson [Bonds Depo. Exh. 1] |
| 7 | 09/24/15 8:34:57 pm E-mail from Glenn Whitehouse to Brian Beach [Bonds Depo. Exh. 14] |
| 8 | 09/24/15 12-page Letter from Glenn Whitehouse to Brian Beach [Bonds Depo. Exh. 15] |
| 9 | Excerpts from the Deposition of Michelle Montgomery |
| 10 | Rule 30(b)(6) Deposition Notice [Montgomery Depo. Exh. 72] |
| 11 | Excerpts from the Deposition of Brian Beach |
| 12 | 04/09/15 E-mail from Brian Beach to Rhonda Theuer and Michelle Montgomery re: FW Patterson [Montgomery Depo. Exh. 74] |

| Attachment No. | Description |
| --- | --- |
| 13 | Leave and Earnings Statement [Bonds Depo. Exh. 7] |
| 14 | 10/30/15 E-mail chain among Sean Scialfa, Mark Cronin, and James Bond [Montgomery Exh. 25] |
| 15 | 01/14/16 Letter from Brian Beach |
| 16 | 01/20/16 Letter from James Bonds [Montgomery Depo. Exh. 44] |
| 17 | Declaration of Michael Dale Pursuant to 28 U.S.C. § 1746 |
| 18 | Excerpts from the Deposition of Jeral Ahtune, M.D. |
| 19 | 08/16/16 Letter from Scott Patterson and reports |
| 20 | February 9, 2016 Letter by Lucretia Guia to DOL [Patterson_009 - 11] |
| 21 | E-mail between American and Allied Pilots Association |

**Certificate of Service**

  I hereby certify that a true and correct copy of the this Statement was served this date via the Southern District of Florida's CM/ECF system on all parties and counsel of record.

            Respectfully submitted,

            *s/ William R. Amlong*
            WILLIAM R. AMLONG
            WRAmlong@TheAmlongFirm.com
            Florida Bar Number 470228
            KAREN COOLMAN AMLONG
            KAmlong@TheAmlongFirm.com
            Florida Bar Number 275565
            JENNIFER DALEY
            Florida Bar Number 856436
            JDaley@TheAmlongFirm.com
            AMLONG & AMLONG, P.A.
            500 Northeast Fourth Street, Second Floor
            Fort Lauderdale, Florida 33301
            (954) 462-1983

            NOEL C. PACE *(pro hac vice)*
            noel.c.pace.esq@gmail.com
            206 N.W. 91 Street
            El Portal, Florida 33150
            (305) 710-3713
            ***Attorneys for the Plaintiff,***
              ***Rodney Scott Patterson***