## Unsworn Declaration of Rodney Scott Patterson, Pursuant to 28 U.S.C. § 1746

Rodney Scott Patterson deposes and says:

1. I am the plaintiff in this action. I make this declaration of my own personal knowledge.

2. In September 2015, I was both a first officer for American Airlines, Inc., based at its Miami domicile, and a lieutenant colonel in the United States Army Reserve, assigned to the Pentagon.

3. I never spoke with James Bonds, one of Miami's three chief pilots, on September 21 when I notified the flight office I was going on duty with the Army Reserve for September 22-25, even though I called the Miami Flight Office seeking to do so.

4. I contacted Captain David Tatum, the chief pilot on duty at American's System Operations Control in Dallas and notified him of my military leave. Captain David Tatum then changed my status from being on duty those days to being on (EO) vacation.

5. When I was on duty at the Pentagon on Wednesday, September 23, a program that I have on my cell phone alerted me that there had been a change in my status in American's Dispatch Environment Control Systems.

6. I logged into DECS and saw my status had been changed, retroactively to September 22, from being on vacation EO to being PW, or Paid/Withheld, meaning that I was still on salary but I could not fly.

7. I never spoke to Capt. Bonds about this.

# ATTACHMENT 3

8. He did, however, leave a voice mail on my cell phone September 25 informing me that I was on PW status and not to use any of my pass privileges for myself or my family

9. Following my evaluation by Dr. Knippa, I was grounded and never again flew for American.

I declare under penalty of perjury pursuant to 28 U.S.C § 1746, that the foregoing is true and correct.

Executed in Broward County, Florida this 11th day of June, 2018.

*Rodney S. Patterson*
RODNEY SCOTT PATTERSON