

# American Airlines

September 25, 2015

**PLAINTIFF'S EXHIBIT 17**

FO Rodney Scott Patterson (576006)

Re: Withhold from Service

Dear FO Patterson,

As discussed on September 24, 2015, this letter confirms that I am withholding you from service with pay pending the outcome of an investigation into the circumstances surrounding a Work Environment complaint that was reported by a coworker.

While on withhold status, you are directed to remain available at the phone number and address of record listed above. You are not allowed to use any of the flight privileges that are provided to you or your family as an American Airlines employee. This means you or your dependents are not allowed to fly either on American Airlines or any other carrier as a "non-revenue" pass traveler.

Sincerely,

*Jim Bonds*

Captain Jim Bonds
Chief Pilot, MIA

cc: APA Legal

Miami International Airport
P.O Box 527300 MD 2030
Miami, FL 33152
305 526 1200 Office
305 526 1294 Fax

**ATTACHMENT 4**

