

ATTACHMENT 13

| | | |
|---|---|---|
| INACTIVE DUTY TRAINING | 22 SEP 15 1 22 SEP 15 2 | ← DATES PERFORMING duty |
| INACTIVE DUTY TRAINING | 23 SEP 15 1 23 SEP 15 2 24 SEP 15 1 | 22    24 |
| INACTIVE DUTY TRAINING | 24 SEP 15 2 25 SEP 15 1 25 SEP 15 2 | 22    24 |
| | | 23    25 |
| YOUR CURRENT STATE CLAIMED IS: FLORIDA | | 23    25 |
| SERVICEMEMBER GROUP LIFE INSURANCE COVERAGE: | | |
| YOUR SGLI DEDUCTION INCLUDES TRAUMATIC INJURY PROTECTION (TSGLI) | | |
| SPOUSE SGLI COVERAGE: | | |