

03/28/2016  13:06    8179636378                                                  PAGE  04/15



January 14, 2016

RE:  FO Rodney Scott Patterson
     #576006
     MIA/767/International

## Fitness for Duty Medical Examination Request – Section 20

Flight requests that a Fitness for Duty Medial Evaluation, pursuant to Section 20 of the AA-APA labor agreement be scheduled and conducted for First Officer Rodney "Scott" Patterson. The request is based upon this office's concerns about FO Patterson's judgment and, specifically, his mental and/or emotional stability. This office has received multiple reports of atypical interactions with coworkers and reports that suggest a pattern of false/self-aggrandizing statements.

Based on the information above, I removed First Officer Patterson from active duty and placed him on a paid withhold status on September 24, 2015.

Please let me know if you need any additional information.

Sincerely,

Brian Beach

Captain Brian Beach
Chief Pilot, MIA

Patterson_00144

## ATTACHMENT 15