```
                                                                    1

         IN THE UNITED STATES DISTRICT COURT
          FOR THE SOUTHERN DISTRICT OF FLORIDA
                FORT LAUDERDALE DIVISION
                                §
  RODNEY SCOTT PATTERSON,        §
                                 §
           Plaintiff,            §    CASE NO.:
                                 §
  Vs.                            §    1:17-cv-60533-JEM
                                 §
  AMERICAN AIRLINES, INC.,       §
  a Delaware Corporation,        §
                                 §
           Defendant.            §


  ****************************************************

                     ORAL DEPOSITION OF

                   JERAL L. AHTONE, MD

                     March 14th, 2018

  ****************************************************


          ORAL DEPOSITION OF JERAL L. AHTONE, MD,

  produced as a witness at the instance of the

  Plaintiff, and duly sworn, was taken in the

  above-styled and numbered cause on the 14th of

  March, 2018, from 9:53 a.m. to 3:05 p.m., before

  Daniel J. Skur, Notary Public and Certified

  Shorthand Reporter in and for the State of Texas,

  reported by stenographic means, at the offices of

  Veritext Legal Services, 300 Throckmorton Street,

  Suite 1600, Fort Worth, Texas, pursuant to the

  Federal Rules of Civil Procedure.
```

[3/14/2018 9:30 AM] Ahtone, Dr. Jeral - 180314

# ATTACHMENT 18

```
 1        A.    No.
 2        Q.    Do you know if flight or the business
 3   manager sends anything?
 4        A.    No.
 5        Q.    Was First Officer Patterson the first
 6   fitness-for-duty situation that you handled as
 7   corporate medical director?
 8        A.    I don't recall.
 9        Q.    How did you become -- well, are you
10   acquainted with Dr. John Knippa?
11        A.    Do I know his name?  Yes.
12        Q.    How do you know his name?
13        A.    It was -- one of our physician
14   consultants told us that Dr. Knippa did work with
15   individuals with behavioral problems.
16        Q.    Which physician consultant told you
17   that?
18        A.    I do not recall.
19        Q.    Have you ever met Dr. Knippa?
20        A.    No.
21        Q.    Have you ever spoken to him on the
22   telephone?
23        A.    Yes.
24        Q.    When, and about what?
25        A.    Well, likely, I spoke to him after he
```

1  of the fact that many of the regional airlines have
2  much younger pilots than some of the commercial
3  pilots, and they score differently on some of the
4  manual tests, manual dexterity tests, either
5  because they're younger or they're more familiar
6  with playing computer games than some of the older
7  pilots.  So I know that as a class, younger pilots
8  score differently than older pilots on some of the
9  tests, but they're not different standards for the
10 two.
11     Q.  Well, did First Officer Patterson,
12 quote, fail, close quote, the tests that Dr. Knippa
13 gave him?
14     A.  Would you ask that question again?  I
15 didn't understand it.
16         MR. AMLONG:  Read it back, please.
17         (Record read.)
18     A.  No, he didn't fail.
19 BY MR. AMLONG:
20     Q.  Did the test results indicate any
21 neuropsychological deficits?
22     A.  No.
23     Q.  Is there anything in this report that
24 points to any psychopathology on the part of First
25 Officer Patterson?

```
 1                    REPORTER'S CERTIFICATION

 2            I, DANIEL J. SKUR, CSR and Notary
      Public in and for the State of Texas, hereby
 3    certify that the witness was duly sworn and that
      this transcript is a true record of the testimony
 4    given by the witness;

 5
              That pursuant to Rule 30 of the Federal
 6    Rules of Civil Procedure, signature of the witness
      was reserved by the witness or other party before
 7    the conclusion of the deposition;

 8            I further certify that I am neither counsel
      for, related to, nor employed by any of the parties
 9    or attorneys in the action in which this proceeding
      was taken.  Further, I am not a relative or
10    employee of any attorney of record in this cause,
      nor am I financially or otherwise interested in the
11    outcome
      of the action.
12

13            Subscribed and sworn to by me this day, the
      26th day of March, 2018.
14

15

16
                <%Signature%>
17            _____
              Daniel J. Skur
18            Notary Public, State of Texas
              My Commission Expires 7/7/2018
19

20

21

22

23

24

25
```