Patterson, Scott -- Confidential AA Settlement Offer                    https://mail.aol.com/webmail-std/en-us/PrintMessage

From: Kennedy, Tricia <tkennedy@alliedpilots.org>
To: Scott <aa737drvr@aol.com>
Cc: MIA-Chair <MIA-Chair@alliedpilots.org>; MIA-Vice <MIA-Vice@alliedpilots.org>; Shellhouse, Guy D. <dannyshellhouse@yahoo.com>; President <president@alliedpilots.org>
Subject: Patterson, Scott -- Confidential AA Settlement Offer
Date: Mon, Dec 5, 2016 11:20 am

Gentlemen,

Attached is a confidential settlement proposal from the Company. Importantly, it is confidential and it cannot be distributed beyond Scott, CA Carey, the MIA Reps, Danny, Scott's personal counsel, and APA Legal. I am in the office today, tomorrow, and half day Wednesday. Scott, please call me to discuss (I left a voicemail for you as well). Also Scott mentioned that he may be in the DFW area this week. If so, Scott should call my office to schedule an appointment to meet in person to discuss. Thank you.

Best regards,

Tricia

Tricia E. Kennedy, Esq.



Allied Pilots Association
14600 Trinity Blvd. Suite 500
Fort Worth, Texas 76155
tkennedy@alliedpilots.org
(817) 302-2182 -- Direct Line
(817) 302-2187 -- APA Legal Fax
(214) 450-8745 -- APA Cell Phone

Confidentiality Notice: This email is not encrypted. However, the email is confidential and may be privileged, and it is for the sole use of the named and intended recipient. Any review by or distribution to others is strictly prohibited and may be illegal. If you are not the intended recipient, you are not authorized to read, print, retain, copy or disseminate this message or any part of it. If you have received this message in error, please delete all copies received and notify the sender or the receptionist of APA Legal immediately at (817) 302-2170.

| Attached Message | |
|---|---|
| From | Guia, Lucretia <Lucretia.Guia@aa.com> |
| To | Kennedy, Tricia <tkennedy@alliedpilots.org> |
| Cc | Guia, Lucretia <Lucretia.Guia@aa.com> |
| Subject | Confidential - FO Patterson |
| Date | Fri, 2 Dec 2016 22:51:54 +0000 |

CONFIDENTIAL SETTLEMENT PROPOSAL

# ATTACHMENT 21

Trish,

I write on behalf of CA Cronin, and as a follow-up to discussions at the Vice President Appeal hearing of FO Patterson's grievance. The Company would like to identify a path to address FO Patterson's stated desire to return to work. The Company thus proposes the following as a resolution to FO Patterson's grievance and any claims related to the Section 20 process:

- AA will submit FO Patterson's files to UTMB for a file review. This submission will include Dr. Knippa's report and the reports which FO Patterson has presented to the Company (as well as any other documents that FO Patterson wishes to submit).

- If UTMB concludes that a file review is sufficient and opines that he is fit for duty, the Company will return FO Patterson to duty.

- If UTMB concludes that a file review will not sufficiently enable it to render an opinion regarding FO Patterson's fitness to fly, UTMB shall determine a physician (or physicians) to whom FO Patterson would be referred for that determination.

- The Company would agree that Dr. Knippa will not be among the physicians to whom FO Patterson may be referred.

- In the event that FO Patterson is referred by UTMB for further examination, the Company will consider FO Patterson's concerns regarding travel and rest and work with him to ensure that he is comfortable with such arrangements.

- FO Patterson would agree to withdraw his grievance and provide a release of all claims relating to the Section 20 process.

- FO Patterson would be converted to Paid-Withhold status once an agreement is signed and would remain on that status until the UTMB review is complete.

- APA and the Company would agree that this resolution is made on a non-precedent/non-referable basis.

Please let me know if you have questions or wish to discuss.
Best,
Lucretia

NOTICE: This email and any attachments are for the exclusive and confidential use of the intended recipient(s). If you are not an intended recipient, please do not read, distribute, or take action in reliance upon this message. If you have received this in error, please notify me immediately by return email and promptly delete this message and its attachments from your computer.