IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
Case No. 17-cv-60533-MARTINEZ/OTAZO-REYES

RODNEY SCOTT PATTERSON,

    Plaintiff,

vs.

AMERICAN AIRLINES, a Delaware corporation,

    Defendant.

_____/

**Plaintiff's Amended and/or Supplemental Motion to Enlarge by Three Hours and 49 Minutes The Deadline to Complete and File Plaintiff's Motion for Summary Judgment and/or to File Out of Time**

    Plaintiff, Rodney Scott Patterson, pursuant to Fed. R. Civ. Pro. 6 and Local Rule 7.1 moves for entry of an order enlarging by Three Hours and 49 Minutes[1] the deadline to file dispositive motions and/or accepted his filed pleadings out of time by that length of time (i.e., his motion for partial summary judgment, statement of facts and related attachments), and states as grounds.

    1.    <u>Nature of the Action</u>.  This is an action for military-status discrimination, brought by Rodney Scott Patterson, a lieutenant colonel in the United States Army Reserve and a first officers for American Airlines. He sues pursuant to the Uniform Services Employment and Reemployment Rights Act ("USERRA"), 38 U.S.C. § 4311(b)(1). Pursuant to the Court's April 30, 2018 order, this case is set for trial on the August 20, 2018 trial calendar.

---

[1] Plaintiff previously file a motion for leave seeking to extend the deadline by two hours. [DE 60]  The Statement of Undisputed Facts (with supporting index and attachments) was filed by that time. But, additional time was needed to complete the motion.

2. <u>Relief sought.</u> Earlier this morning, the undersigned filed a motion for extension indicating that they were currently preparing plaintiff's motion for summary judgment, statement of facts and related attachments. The process was substantially completed, except that the undersigned needed to number the motion, organize and number the exhibits, fix typos and upload the voluminous exhibits, which process was estimated to take an two additional hours due to the organizing and processing requirements with limited staff and the briefing of the motion in limine related to the expert witness that also was being prepared and was filed previously. The undersigned was able to file the statement of facts within the two-hour time frame, along with the index to evidence and the attachments to the statement. The undersigned, however, was unable to finalize the motion for partial summary judgment and upload it until 3:49 a.m.

3. Accordingly, plaintiff amends the previously filed motion to seek to extend by three hours and 49 minutes the dispositive motion deadline and/or for leave to accept the filed documents out of time by that length of time. When plaintiff moved previously to extend and conferred about extending the deadline to this Wednesday, defendant indicated that it opposed the request and is expected to do so again. Plaintiff worked diligently to complete the process by the 11:59 p.m. deadline, but the effort needed to complete the processing of the filings required a few extra hours. The extra time devoted to finalizing and processing the documents assisted in an effective presentation of the pleadings and would aid the court's review of the pleadings, including through the use of the index of the voluminous attachments.

Wherefore, plaintiff moves for entry of an order granting this motion and granting plaintiff such other and further relief as this Court deems appropriate.

**Certificate of Conferral**

As noted above, because this motion is being filed after 12:00 am, counsel for the movant was unable to confer with all parties or non-parties who may be affected by the relief sought in the motion, but will do so after this motion is filed and later in the day to determine defendant's position.

Certificate of Service

I hereby certify that a true and correct copy of the this Statement was served this date via the Southern District of Florida's CM/ECF system on all parties and counsel of record.

Respectfully submitted,

s/ Jennifer Daley
WILLIAM R. AMLONG
WRAmlong@TheAmlongFirm.com
Florida Bar Number 470228
KAREN COOLMAN AMLONG
KAmlong@TheAmlongFirm.com
Florida Bar Number 275565
JENNIFER DALEY
Florida Bar Number 856436
JDaley@TheAmlongFirm.com
AMLONG & AMLONG, P.A.
500 Northeast Fourth Street, Second Floor
Fort Lauderdale, Florida 33301
(954) 462-1983

NOEL C. PACE
noel.c.pace.esq@gmail.com
206 N.W. 91 Street
El Portal, Florida 33150
(305) 710-3713

*Attorneys for the Plaintiff,*
      *Rodney Scott Patterson*

Service List

| | |
|---|---|
| WILLIAM R. AMLONG<br>WRAmlong@TheAmlongFirm.com<br>Florida Bar Number 470228<br>KAREN COOLMAN AMLONG<br>KAmlong@TheAmlongFirm.com<br>Florida Bar Number 275565<br>AMLONG & AMLONG, P.A.<br>500 Northeast Fourth Street,<br>Second Floor<br>Fort Lauderdale, Florida 33301<br>(954) 462-1983<br><br>NOEL C. PACE<br>noel.c.pace.esq@gmail.com<br>206 N.W. 91 Street<br>El Portal, Florida 33150<br>(305) 710-3713<br><br>*Attorneys for the Plaintiff,*<br>   *Rodney Scott Patterson* | MICHAEL A. HOLT<br>mholt@shb.com<br>SHOOK, HARDY & BACON L.L.P.<br>Miami Center, Suite 3200<br>201 South Biscayne Boulevard<br>Miami, Florida 33131<br>(305) 358-5171<br><br>MARK W. ROBERTSON<br>mrobertson@omm.com<br>O'MELVENY & MYERS LLP<br>Times Square Tower<br>7 Times Square<br>New York, New York 10036<br>(212) 326-2000<br><br>TRISTAN MORALES<br>tmorales@omm.com<br>O'MELVENY & MYERS LLP<br>1625 Eye Street, Northwest<br>Washington, District of Columbia 20006<br>(202) 383-5300 / 383-5414 Fax<br><br>Cameron Cloar-Zavaleta (*Pro hac vice*)<br>Cameron.R.Cloar@aa.com<br>AMERICAN AIRLINES, INC.<br>4333 Amon Carter Boulevard<br>Ft. Worth, Texas 76155<br>Telephone: (817) 963-1234<br><br>*Attorneys for the Defendant,*<br>   *American Airlines, Inc.* |

C:\Users\jdaley\Documents\IMPORT\180611 DRAFT Plaintiff's motion to enlarge by two hours summary judgment deadline (Patterson).wpd