IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
Case No. 17-cv-60533-MARTINEZ/OTAZO-REYES

RODNEY SCOTT PATTERSON,

    Plaintiff,

vs.

AMERICAN AIRLINES, a Delaware
corporation,

    Defendant.
_____/

**Plaintiff's Unopposed  Motion for Leave to File
Corrected Plaintiff's Rule 56 Motion for Partial Summary Judgment
With Non-Substantive Changes**

Plaintiff, Rodney Scott Patterson, moves for entry of an order granting him leave to file a corrected Plaintiff's Rule 56 Motion for Partial Summary Judgment, which makes typographical, grammatical and syntactical changes to  Plaintiff's Rule 56 Motion for Partial Summary Judgment [DE 62] filed early this morning, and states as grounds:

1.    <u>Nature of the Action</u>.  This is an action for military-status discrimination, brought by Rodney Scott Patterson, a lieutenant colonel in the United States Army Reserve and a first officers for American Airlines. He sues pursuant to the Uniform Services Employment and Reemployment Rights Act ("USERRA"), 38 U.S.C. § 4311(b)(1). Pursuant to the Court's April 30, 2018 order, this case is set for trial on the August 20, 2018 trial calendar.

      2.    <u>Relief sought.</u>  Early this morning, plaintiff filed his summary judgment filings, which included Plaintiff's Rule 56 Motion for Partial Summary Judgment.  Because the motion was filed in the early morning hours and the summary judgment pleadings were being prepared overnight, the undersigned overlooked a few typographical, grammatical and syntactical errors in the final motion that was filed.  The undersigned has prepared a corrected motion that corrects those errors.  While the changes are not substantive, they help to make clear the matters and arguments addressed in the motion, and would aid the court's and the parties' review of the motion. A draft of the corrected motion for partial summary judgment, with the changes highlighted, was provided to defendant for review (along with a draft of this motion).  The redlined and corrected versions are appended as Attachments 1 and 2 respectively.  Defendant has indicated that it does not object to plaintiff's request for entry of an order granting leave to file the corrected motion.

      3.    Accordingly, plaintiff moves for entry of an order granting him leave to file the corrected Plaintiff's Rule 56 Motion for Partial Summary Judgment.

      Wherefore, plaintiff moves for entry of an order granting this motion and granting plaintiff such other and further relief as this Court deems appropriate.

## Certificate of Conferral

As noted above, plaintiff has conferred with defendant about its position on the relief sought in this motion, including by providing a draft of this motion via e-mail, and defendant has indicated that it does not object to the relief sought.

## Certificate of Service

I hereby certify that a true and correct copy of the this Statement was served this date via the Southern District of Florida's CM/ECF system on all parties and counsel of record.

June 12, 2018		Respectfully submitted,

	s/ *Jennifer Daley*
	WILLIAM R. AMLONG
	WRAmlong@TheAmlongFirm.com
	Florida Bar Number 470228
	KAREN COOLMAN AMLONG
	KAmlong@TheAmlongFirm.com
	Florida Bar Number 275565
	JENNIFER DALEY
	Florida Bar Number 856436
	JDaley@TheAmlongFirm.com

	AMLONG & AMLONG, P.A.
	500 Northeast Fourth Street, Second Floor
	Fort Lauderdale, Florida 33301
	(954) 462-1983

	NOEL C. PACE
	noel.c.pace.esq@gmail.com
	206 N.W. 91 Street
	El Portal, Florida 33150
	(305) 710-3713

	*Attorneys for the Plaintiff,*
	    *Rodney Scott Patterson*

<u>Service List</u>

WILLIAM R. AMLONG
WRAmlong@TheAmlongFirm.com
Florida Bar Number 470228
KAREN COOLMAN AMLONG
KAmlong@TheAmlongFirm.com
Florida Bar Number 275565
AMLONG & AMLONG, P.A.
500 Northeast Fourth Street,
Second Floor
Fort Lauderdale, Florida 33301
(954) 462-1983

NOEL C. PACE
noel.c.pace.esq@gmail.com
206 N.W. 91 Street
El Portal, Florida 33150
(305) 710-3713

*Attorneys for the Plaintiff,*
  *Rodney Scott Patterson*

MICHAEL A. HOLT
mholt@shb.com
SHOOK, HARDY & BACON L.L.P.
Miami Center, Suite 3200
201 South Biscayne Boulevard
Miami, Florida 33131
(305) 358-5171

MARK W. ROBERTSON
mrobertson@omm.com
O'MELVENY & MYERS LLP
Times Square Tower
7 Times Square
New York, New York 10036
(212) 326-2000

TRISTAN MORALES
tmorales@omm.com
O'MELVENY & MYERS LLP
1625 Eye Street, Northwest
Washington, DC 20006
(202) 383-5300 / 383-5414 Fax

Cameron Cloar-Zavaleta (*Pro hac vice*)
Cameron.R.Cloar@aa.com
AMERICAN AIRLINES, INC.
4333 Amon Carter Boulevard
Ft. Worth, Texas 76155
Telephone: (817) 963-1234

*Attorneys for the Defendant,*
  *American Airlines, Inc.*

\\amlong3\cpshare\CPWin\HISTORY\180601_0001\1538.142