UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO.: 17-cv-60533-MARTINEZ/OTAZO-REYES

RODNEY SCOTT PATTERSON,

    Plaintiff,

vs.

AMERICAN AIRLINES, INC.,

    Defendant.

_____/

### NOTICE OF DISCOVERY HEARING

**PLEASE TAKE NOTICE** that a hearing will be held before the **Honorable Alicia M. Otazo-Reyes, United States Magistrate Judge**, at the C. Clyde Atkins United States Courthouse, 301 North Miami Avenue, 10th Floor, Miami, Florida 33128, on **Wednesday, June 27, 2018 at 9:30 a.m.**, or as soon thereafter as this matter can be heard. The substance of the matter to be addressed is:

    1.    **Dr. Bercaw's Report.** Dr. Bercaw is a neuropsychologist who prepared a report regarding Plaintiff's fitness for duty as an airline pilot based on studies performed by him or under his direction and supervision. *See* Ex. 1, Patterson_00434. Dr. Bercaw emailed Plaintiff's testifying expert, Dr. Caddy, regarding the studies and report. *See id.* Dr. Caddy admitted at his deposition that he was aware Dr. Bercaw performed tests and that he recalls discussing the findings with Dr. Bercaw. *See* Ex. 2, Caddy Dep. 46:16–18. According to Dr. Caddy, the results from the tests performed at Dr. Bercaw's office were "generally positive" but Dr. Caddy cannot recall

"whether there was any negative sign or not." *Id.* at 47:17–48:4. Dr. Caddy does not have a copy of the report or the written correspondence with Dr. Bercaw because, as he testified, his routine practice was to delete materials he reviewed but decided he would not rely upon. *See id.* at 44:8–46:4. Based upon the testimony by Dr. Caddy—Plaintiff's testifying expert—that he considered the studies performed at Dr. Bercaw's office but would have deleted any record of the results if he did not intend to rely upon them, American requests that the Court order Dr. Bercaw to produce the report and any communications with Dr. Caddy.

### Compliance with Local Rule 7.1(a)(3)

Before filing this Notice of Hearing, counsel for American conferred with Plaintiff's counsel regarding the matters set forth above in a good faith effort to resolve these issues. The parties have been unable to resolve their disputes.

Dated:  June 21, 2018                                              Respectfully submitted,

By: /s/  Michael A. Holt
Michael A. Holt
mholt@shb.com
Florida Bar No.: 91156
**SHOOK, HARDY & BACON L.L.P.**
Miami Center, Suite 3200
201 South Biscayne Boulevard
Miami, Florida  33131
Telephone: (305) 358-5171
Facsimile: (305) 358-7470

Mark W. Robertson (*Pro Hac Vice*)
mrobertson@omm.com
**O'MELVENY & MYERS LLP**
Times Square Tower 7 Times Square
New York, New York 10036
Telephone: (212) 326-2000
Facsimile: (212) 326-2061

Tristan Morales (*Pro Hac Vice*)
tmorales@omm.com

**O'MELVENY & MYERS LLP**
1625 Eye Street, Northwest
Washington, DC 20006
Telephone: (202) 383-5300
Facsimile: (202) 383-5414

Cameron Cloar-Zavaleta (*Pro hac vice*)
Cameron.R.Cloar@aa.com
**AMERICAN AIRLINES, INC.**
4333 Amon Carter Boulevard
Ft. Worth, Texas 76155
Telephone:  (817) 963-1234

*Attorneys for American Airlines, Inc.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 21, 2018, a true and correct copy of the foregoing document was filed with the Clerk of the Court using the CM/ECF system and a copy was served upon all counsel of record or unrepresented parties on the attached Service List by the method indicated.

By: /s/ Michael A. Holt
    MICHAEL A. HOLT

## Service List

William R. Amlong, Esq.
WRAmlong@TheAmlongFirm.com
Karen Coolman Amlong, Esq.
KAmlong@TheAmlongFirm.com
**AMLONG & AMLONG, P.A.**
500 Northeast Fourth Street
Fort Lauderdale, FL 33301
Telephone: (954) 462-1983
Facsimile: (954) 523-3192

Noel C. Pace, Esq.
noel.c.pace.esq@gmail.com
206 N.W. 91 Street
El Portal, Florida 33150
Telephone: (305) 710-3713
Facsimile: (954) 523-3192

*Counsel for Plaintiff*
(Service via CM/ECF)

Michael A. Holt, Esq.
mholt@shb.com
**SHOOK, HARDY & BACON L.L.P.**
Miami Center, Suite 3200
201 South Biscayne Boulevard
Miami, Florida 33131
Telephone: (305) 358-5171
Facsimile: (305) 358-7470

Mark W. Robertson, Esq.
mrobertson@omm.com
**O'MELVENY & MYERS LLP**
Times Square Tower
7 Times Square
New York, New York 10036
Telephone: (212) 326-2000
Facsimile: (212) 326-2061

Tristan Morales, Esq.
tmorales@omm.com
**O'MELVENY & MYERS LLP**
1625 Eye Street, Northwest
Washington, District of Colombia 20006
Telephone: (202) 383-5300
Facsimile: (202) 383-5414

Cameron Cloar-Zavaleta, Esq.
Cameron.R.Cloar@aa.com
**AMERICAN AIRLINES, INC.**
4333 Amon Carter Boulevard
Ft. Worth, Texas 76155
Telephone:  (817) 963-1234


(Service via CM/ECF)
*Counsel for American Airlines, Inc.*