IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
Case Number 17-cv-60533-MARTINEZ/OTAZO-REYES

RODNEY SCOTT PATTERSON,

    Plaintiff,

vs.

AMERICAN AIRLINES, a Delaware corporation,

    Defendant.
_____/

**Plaintiff's Unopposed Motion for Entry of an Order Moving to
9:45 a.m. the Start Time for the June 27, 2018 Discovery Hearing**

    Plaintiff, Rodney Scott Patterson, moves for entry of an order moving to 9:45 a.m. the start time for the June 27, 2018 discovery hearing to provide plaintiff's counsel with sufficient time to travel from the train station to the Courthouse to attend the hearing, and states as grounds:

    1.    <u>Nature of the Action</u>.  This is an action for military-status discrimination, brought by Rodney Scott Patterson, a lieutenant colonel in the United States Army Reserve and a first officers for American Airlines. He sues pursuant to the Uniform Services Employment and Reemployment Rights Act ("USERRA"), 38 U.S.C. § 4311(b)(1). Pursuant to the Court's April 30, 2018 order, this case is set for trial on the August 20, 2018 trial calendar.

    2.    <u>Relief sought.</u>  On June 21, 2018, defendant filed a Notice of Discovery Hearing, scheduled for June 27, 2018 at 9:30 a.m. By this motion,



**The Amlong Firm** • 500 Northeast Fourth Street • Fort Lauderdale, FL  33301 • 954.462.1983

plaintiff moves for entry of an order moving by 15 minutes, the start time for the motion.  Plaintiff's counsel intends to travel to Miami via train, which is estimated to arrive in Miami at 9:17 a.m.  The bus stop is about four blocks away from the Courthouse.  By this motion, plaintiff's counsel requests a 9:30 a.m. start time to provide him with sufficient time to travel form the train station to the Courthouse and avoid arriving late for the start of the hearing.

3. Plaintiff's conferred with defendant about the relief sought in this motion, and defendant has indicated that it does not object a 9:45 a.m. start time, but the Court instructed defendant to set the hearing for a 9:30 a.m. start time.  The Court's assistant instructed Plaintiff to make a written request for the 9:45 a.m. start time.

4. Accordingly, plaintiff moves for entry of an order moves for entry of an order moving to 9:45 a.m. the start time for the June 27, 2018 discovery hearing.

Wherefore, plaintiff moves for entry of an order granting this motion and granting plaintiff such other and further relief as this Court deems appropriate.

### Certificate of Conferral

As noted above, plaintiff has conferred with defendant about its position on the relief sought in this motion and had provided a draft of this motion. Defendant has indicated that it does not object a 9:45 a.m. start time; but the Court instructed defendant to set the hearing for a 9:30 a.m. start time.

### Certificate of Service

I hereby certify that a true and correct copy of the this Statement was served this date via the Southern District of Florida's CM/ECF system on all parties and counsel of record.

June 25, 2018          Respectfully submitted,

*s/ Jennifer Daley for*
WILLIAM R. AMLONG
WRAmlong@TheAmlongFirm.com
Florida Bar Number 470228
KAREN COOLMAN AMLONG
KAmlong@TheAmlongFirm.com
Florida Bar Number 275565
JENNIFER DALEY
Florida Bar Number 856436
JDaley@TheAmlongFirm.com

AMLONG & AMLONG, P.A.
500 Northeast Fourth Street, Second Floor
Fort Lauderdale, Florida 33301
(954) 462-1983

NOEL C. PACE
noel.c.pace.esq@gmail.com
206 N.W. 91 Street
El Portal, Florida 33150
(305) 710-3713

*Attorneys for the Plaintiff,*
     *Rodney Scott Patterson*

Service List

WILLIAM R. AMLONG
WRAmlong@TheAmlongFirm.com
Florida Bar Number 470228
KAREN COOLMAN AMLONG
KAmlong@TheAmlongFirm.com
Florida Bar Number 275565
AMLONG & AMLONG, P.A.
500 Northeast Fourth Street,
Second Floor
Fort Lauderdale, Florida 33301
(954) 462-1983

NOEL C. PACE
noel.c.pace.esq@gmail.com
206 N.W. 91 Street
El Portal, Florida 33150
(305) 710-3713

*Attorneys for the Plaintiff,
    Rodney Scott Patterson*

MICHAEL A. HOLT
mholt@shb.com
SHOOK, HARDY & BACON L.L.P.
Miami Center, Suite 3200
201 South Biscayne Boulevard
Miami, Florida 33131
(305) 358-5171

MARK W. ROBERTSON
mrobertson@omm.com
O'MELVENY & MYERS LLP
Times Square Tower
7 Times Square
New York, New York 10036
(212) 326-2000

TRISTAN MORALES
tmorales@omm.com
O'MELVENY & MYERS LLP
1625 Eye Street, Northwest
Washington, DC 20006
(202) 383-5300 / 383-5414 Fax

Cameron Cloar-Zavaleta (*Pro hac vice*)
Cameron.R.Cloar@aa.com
AMERICAN AIRLINES, INC.
4333 Amon Carter Boulevard
Ft. Worth, Texas 76155
Telephone: (817) 963-1234

*Attorneys for the Defendant,
    American Airlines, Inc.*

\\amlong3\cpshare\CPWin\HISTORY\180601_0001\1538.156