```
                                                          1

 1              UNITED STATES DISTRICT COURT
                SOUTHERN DISTRICT OF FLORIDA
 2              FORT LAUDERDALE DIVISION

 3              CASE NO:  1:17-cv-60533-JEM

 4
     RODNEY SCOTT PATTERSON,
 5
           Plaintiff,
 6

 7   -VS-

 8
     AMERICAN AIRLINES, INC.,
 9   a Delaware Corporation

10         Defendant.

11
     _____/
12

13
                    VIDEO DEPOSITION
14
                          OF
15
               CAPTAIN GLENN WHITEHOUSE
16

17

18
     DATE:   May 14, 2018
19
     TIME:   10:21 a.m. - 4:30 p.m.
20
     PLACE:  BRICKELL, GOMBERG & ASSOCIATES, INC
21           621 Northwest 53rd Street, Suite 240
             Boca Raton, Florida 33847
22

23

24
25
```

**ATTACHMENT 1**

[5/14/2018] Whitehouse, Glenn - 180514

```
 1      A.   Yes.
 2      Q.   And when did that happen?
 3      A.   I'm guessing sometime latter part of July of
 4  2015.
 5      Q.   And what, if anything, did Mr. McGinn share
 6  with you about his flying with Mr. Patterson?
 7      A.   He sent an e-mail stated that they had a
 8  talk and told him to knock it off, that we both need
 9  to act like adults.  And he said if Mr. Patterson
10  didn't knock it off it was going to get ugly from
11  there and it's going to be out of the union's hands.
12      Q.   Did Mr. Patterson do anything subsequent to
13  that?
14      A.   Yes.  That's when he had a conversation with
15  First Officer John Bullock and made threats against
16  me.
17      Q.   Exhibit Number 12.
18      A.   Uh-huh.
19      Q.   Does Exhibit 12 -- you weren't copied on
20  here, but does Exhibit 12 refresh your memory as to
21  whether or not you ever told Captain Bonds about --
22      A.   No, because I -- I've only met Jim Bonds
23  once in my life, so the only person that I ever
24  talked about that situation was Captain Beach.
25      Q.   So Mr. Bonds is incorrect then when he
```

1   writes, "Guys, Glen Whitehouse chased me down in the
2   terminal today and told me yet another story about
3   Patterson when he actually in public was saying the
4   airplane was a time bomb and could explode at any
5   moment.  This was for passengers and crew to hear.  I
6   think we all need to confer and then convince labor
7   that this dude needs a Section 20 ASAP.  I'm sure --
8   it the seems like a John Thomas scenario.  We all
9   have been approached by different crew members saying
10  they are concerned for their own safety and the
11  mental stability of Patterson."
12       Are you telling me that conversation never took
13  place?
14       A.   Never took place, because I never met Jim
15  Bonds until after my HR hearing, so...
16       Q.   So have you -- did you tell anybody other
17  than Brian Beach about the time bomb?
18       A.   No.  I just spoke with --
19       Q.   Conversation?
20       A.   -- Jim Bonds -- I mean, Brian Beach about
21  that, so...
22       Q.   Look at Exhibit 13.  Tell me if you
23  recognize that.
24       A.   Okay.
25       Q.   How did you happen to send this on December

```
```

| | |
|---|---|
| **From:** | Cronin, Mark |
| **To:** | Montgomery, Michelle; Guia, Lucretia |
| **CC:** | Stone, Kimball |
| **Sent:** | 9/6/2015 8:20:03 PM |
| **Subject:** | Fwd: Patterson |

# Redacted

Sent from my iPhone

Begin forwarded message:

**From:** "Cronin, Mark" <Mark.Cronin@aa.com>
**Date:** September 6, 2015 at 4:19:30 PM EDT
**To:** "Bonds, James" <James.Bonds@aa.com>
**Cc:** "Scialfa, Sean" <Sean.Scialfa@aa.com>, "Mase, Kevin" <Kevin.Mase@aa.com>, "Beach, Brian" <Brian.Beach@aa.com>
**Subject: Re: Patterson**

Jim,
We need to know where he said it and if passengers heard it, then employees heard it as well.  If Whitehouse witnessed it then he can submit a complaint/statement and we can move forward.

Mark

Sent from my iPhone

On Sep 6, 2015, at 4:08 PM, Bonds, James <James.Bonds@aa.com> wrote:

Guys, Glenn Whitehouse chased me down in the terminal today and told me yet another story about Patterson where he actually in public was saying the airplane was a timebomb and could explode at any moment.  This was for passengers and crew to hear.
I think we all need to confer  and then convince labor that this dude needs a Sec 20 ASAP.
It sure seems like a John Thomas scenario.
We all have been approached by different crew members saying they are concerned for their own safety and the mental stability of Patterson


Captain Jim Bonds
Chief Pilot-MIA
James.Bonds@aa.com
305-526-1282 office
786-473-1968 cell



PLAINTIFF'S EXHIBIT 12