2/4/2016  Activity/Pay Sheet

## Activity Sheet Detail

Print | Close Window

```
PP004        MIA   576006  CREWMEMBER PRE/POST ACTIVITY REPORT   MONTH STARTING 31AUG15 AND ENDING 30SEP15   PROCESS DATE   10/08/15
PATTERSON RS       07021 576006 MIA  1327-FB 76RP          PATTERSON RS       07022 576006 MIA  1327-FB 76RP                  INT
                       MMAX   100.00                                              MMAX   100.00
 H 9544990873            B 7042310909                       H 9544990873            B 7042310909
PROJ  74.45  GTD  0.00  PPROJ  74.45  SPROJ  74.45  CPA  0.00  FTCPA   PROJ  71.17  GTD  71.17  PPROJ  71.17  SPROJ  71.17  CPA  0.00  FTCPA  0.00
ORIG GUAR   0.00  ADJ GUAR   0.00  ADJ GUAR PENDING NO       ORIG GUAR   0.00  ADJ GUAR   0.00  ADJ GUAR PENDING NO
 D EXP 0.00   W2 0.00   I EXP 0.00 W2 0.00                    D EXP 0.00   W2 0.00   I EXP 85.55 W2 0.00
 MISC EXP 0.00 W2 0.00   TTL 0.00                             MISC EXP 0.00 W2 0.00   TTL 85.55
  FLT TIME 672 HOURS/ 44.15  365 DAY/ 306.30                   FLT TIME 672 HOURS/ 7.52  365 DAY/ 234.21
 FLT DUTY PERIOD TIME  168 HOURS/  0.00   672 HOURS/ 68.27    FLT DUTY PERIOD TIME  168 HOURS/  0.00   672 HOURS/ 10.04
 CPA BORROWED TIME 0.00  BCPFU N   CPA PAYOUT TIME 0.00        CPA BORROWED TIME 0.00  BCPFU N   CPA PAYOUT TIME 0.00
 AVBL SK 73.06    YTD SK ACRL 20.00     SK USED MTD 0.00       AVBL SK 73.06    YTD SK ACRL 30.00     SK USED MTD 0.00
   DD ST RMV ADD SEQ    FLT     FLT    SKED  STTL   ACT   GRTR  GTTL   DD ST RMV ADD SEQ    FLT     FLT    SKED  STTL   ACT   GRTR  GTTL
   31 54         DO                                              31 54         DO
   01 54         DO                                              01 54         DO
   02 54         24     0000   2400                              02 54         24     0000   2400
   03 54         24     0000   2400                              03 54         24     0000   2400
   04 54         921    -922   -922   7.58                       04 54         921    -922   -922   7.58  7.31  7.58
   06 54                D922          6.59 14.57                 06 54                D922          6.59 14.57  0.00  6.59 14.57 43.07
            921 EXP TAFB  43.12 VVI    5                              921 EXP TAFB  43.07 VVI    5
   MIDSEQ 24 - SEE LEG DETAIL                                    MIDSEQ 24 - SEE LEG DETAIL
   07 54         24     0000   2400                              RCD GATE HOLD - SEE LEG DETAIL
   08 54         24     0000   2400                              06 54         INTOVRDE                       7.58  0.00
   09 54         DO                                              07 54         24     0000   2400
   10 54         922    -922   -922   7.59                       08 54         24     0000   2400
   12 54                D922          6.58 14.57                 09 54         24     0000   2400
            922 EXP TAFB  43.09 VVI    5                         10 54         24     0000   2400
   MIDSEQ 24 - SEE LEG DETAIL                                    10 54 OT      922    -922   -922   7.59
   13 54         24     0000   2400                              12 54 OT             D922          6.58 14.57             0.00
   14 54         24     0000   2400                              MIDSEQ 24 - SEE LEG DETAIL
   15 54         DO                                              13 54         24     0000   2400
   16 54         922    -922   -922   7.59                       14 54         24     0000   2400
   18 54                D922          6.58 14.57                 15 54         DO
            922 EXP TAFB  43.09 VVI    5                         16 54         922    -922   -922   7.59  7.52  7.59
   MIDSEQ 24 - SEE LEG DETAIL                                    18 54                D922          6.58 14.57  0.00  6.58 14.57 42.48
   19 54         24     0000   2400                                    922 EXP TAFB  42.48 VVI    5
   20 54         24     0000   2400                              MIDSEQ 24 - SEE LEG DETAIL
   21 54         DO                                              18 54         INTOVRDE                       7.59  0.00
   22 54         922    -922   -922   7.59                       19 54         24     0000   2400
   24 54                D922          6.58 14.57                 20 54         24     0000   2400
            922 EXP TAFB  43.09 VVI    5                         21 54         DO
   MIDSEQ 24 - SEE LEG DETAIL                                    22 54 PW      922    -922   -922   7.59
   25 54         24     0000   2400                              24 54 PW             D922          6.58 14.57            14.57  0.00
   26 54         24     0000   2400                              MIDSEQ 24 - SEE LEG DETAIL
   27 54         DO                                              25 54 PW  OT  820   F/O   -917    5.39
   28 54         922    -922   -922   7.59                       26 54 PW  OT        -918          5.50 11.29            11.29  0.00
   30 54                D922          6.58 14.57                 27 54 PW      DO
            922 EXP TAFB  43.09 VVI    5                         28 54 PW      922    -922   -922   7.59
   MIDSEQ 24 - SEE LEG DETAIL                                    30 54 PW             D922          6.58 14.57            14.57  0.00
   END OF ACTIVITY                                               MIDSEQ 24 - SEE LEG DETAIL
                                                                 29 54 PW
                                                                 29 54 PW      D LEARN                        1.10  0.00
                                                                 END OF ACTIVITY
                                                                 END OF COMMENTS
```

# ATTACHMENT 2



Δ π EXHIBIT
Deponent_____
Date_____ Rptr.____
WWW.DEPOBOOK.COM