STATEMENT



To Whom It May Concern,

    I, the undersigned, am a Captain with American Airlines on the Boeing 767, based in Miami, FL. I currently have over 25 years of service with American and have served as a Captain on four aircraft types for well over 12 years. I am familiar with operations in Europe, Hawaii, South America and the continental US.

    I have personally known First Officer Rodney Scott Patterson for well over 12 years both in the context of the cockpit and with his service to the Allied Pilots Association.

    In September, 2015, FO Patterson contacted me for advice on how to be relieved for a military assignment from his AA duties. He had contacted the flight office the same day and not received a clearance. I instructed him to call the Chief Pilot on duty since it was after duty hours. A few minutes later he called me back to inform me that he had been released by the after hour Duty Chief Pilot. While he was away on military duty, he called me to inform me that MIA Chief Pilot Captain Jim Bonds had suspended him from work with pay (PW) while FO Patterson was performing military duty. I advised him I would speak to the flight office on his behalf when I returned the following week to work.

    On or about 28 September, 2015, I approached MIA Chief Pilot CA Jim Bonds and MIA Director of Flight CA Brian Beach in the Miami Flight Office. I advised both of them that the PW was inappropriate and a violation of Federal Law on several counts. Both replied that it wasn't military, even though the suspension occurred on 22 September (and we learned the complaint from CA Whitehouse was filed on 24 SEP). CA Beach's first response was Scott diverted an aircraft into Bolivia. I then asked him, where was the Captain when the plane landed? CA Beach responded in his seat. I replied in that case, "did Scott have a gun to his head?" CA Beach replied to me no. Then I advised CA Beach the co-pilots were just deviating and only a captain can divert the airplane. I advised both Chiefs we are all captains and you both know that co-pilots cannot divert an aircraft. At that point CA Beach informed me that it was multiple captains and multiple departments were involved. I stated that I hardly believe that FO Patterson would be involved with multiple departments when that is captain's responsibility.

    I stated to both chiefs that their actions were a violation of federal law, changing an employee's employment status while performing military duty. I believe that both chiefs resurrected a stale incident from almost a year prior that involved CA Whitehouse complaint about FO Patterson. The issue was resolved through professional standards and now is being used to divert attention for their violation of federal law.

    I have flown with FO Scott Patterson on a number of occasions both inside AA and outside. FO Patterson strikes me as a consummate professional pilot who will one day make a great captain for American. I have entrusted him with the lives of my family and never once doubted the successful outcome of the flight. On one such flight to South America, I observed FO Patterson to exercise good judgement in conducting the flight, when one of the other crew members was unable to return to the cockpit and presumed ill. Never did I feel threatened or over powered by FO Patterson who was acting in a professional manner. Patterson remained calm and composed the entire time and the aircraft landed safely without incident.

**ATTACHMENT 3**

Patterson_00350

In closing, I am appalled at the behavior of a CA Whitehouse who has gone to great lengths to destroy the career and livelihood of FO Patterson. I believe that CA Whitehouse contacted the Miami Flight Office to assist them with covering up their violation of Federal Law, contacted US Customs with false allegations of smuggling contraband to a foreign country without one shred of proof to the contrary. This Captain's actions caused several delays for our customers and inconvenienced crewmembers being searched prior to boarding their flights. APA pilots are now labeled as smugglers over this. I am deeply disturbed to learn that he has allegedly contacted other pilots to generate false rumor and innuendo to support his erroneous actions against another APA member.

Does the Allied Pilots Association condone this course of action by a pilot?
Article 7 is the appropriate venue to address this matter.


Captain Brian Vitale
MIA/767/CA/I
Former MIA Base Administrator

STATE OF FLORIDA
COUNTY OF __Lee__

Sworn to (or affirmed) and subscribed before me this __16th__ day of __June__, 20__17__, by __Brian Nicholas Vitale__

_Signature of Notary, Title_

Personally Known __✓__  OR Produced Identification _____  Type of Identification _____
Produced _____

JACQUES ANDRE GONZALEZ
Notary Public - State of Florida
My Comm. Expires Nov 14, 2018
Commission # FF 168347