UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO.: 1:17-cv-60533-MARTINEZ-OTAZO-REYES

RODNEY SCOTT PATTERSON,

    Plaintiff,

vs.

AMERICAN AIRLINES, INC., a Delaware Corporation,

    Defendant.

_____/

### DECLARATION OF MICHELLE LADKIN IN SUPPORT OF DEFENDANT AMERICAN AIRLINES, INC.'S OPPOSITION TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT

I, Michelle Ladkin, declare as follows:

1. I am a Senior Manager, IT Applications, for American Airlines, Inc. ("American"). In that capacity, I have responsibilities for managing American's flight operating systems ("FOS"), which is the hub of American's operation and the operating system that controls the movement of American's aircraft, crew scheduling, dispatch and other operational needs.

2. The facts set forth in this declaration are based upon my personal knowledge, my review of relevant documents, information provided to me by individuals working with me or under my supervision, or my opinion based on my experience, knowledge, and information regarding matters related to American and its pilots. If called to testify, I could and would testify competently to the facts set forth in this declaration.

3. I am familiar with the FOS crew management system for American's pilots, including the FOS database. Crew scheduling information is generally added to the FOS database by an automated, computerized system. Individuals with personal knowledge at the time of a change and authorization to do so may make functional entries to update a crew member's schedule or status. All updates to a crew member's schedule are recorded in a crew history report. No person at American can delete records from the crew history report.

4. I have reviewed the crew history report for Rodney Scott Patterson ("Patterson") for September 21-24, 2015. This report demonstrates that:

- On September 21, 2015, Patterson was granted an EO (employee off) and was removed from the trip sequence he was scheduled to fly from September 22-24, 2015, beginning with Flight 922.

- No changes were made to Patterson's schedule on September 22, 2015 or September 23, 2015.

- On September 24, 2015, at 5:16 PM Central Daylight Time, a scheduling entry with a PW code was entered for Patterson. This entry automatically changed the code for the September 22-24, 2015 trip sequence to a PW code because September 24, 2015 was part of that original trip sequence.

5. I have also reviewed Patterson's Pay Sheet for September 2015. (Patterson Dep. Ex. 12.) These type of Pay Sheets are created at the end of each month to determine the pay pilots are owed, based on the schedule they flew for that month. This particular Pay Sheet shows that Patterson was originally scheduled to fly a trip sequence from September 22-24, 2015, beginning with Flight 922. For pay purposes, this Pay Sheet identifies Patterson as being on PW status for that full trip sequence, from September 22-24, 2015. The Pay Sheet lists this PW status

because, as noted above, the FOS system automatically converted the full trip sequence to PW status on September 24, 2015, when the PW status was entered for that trip. Patterson was placed on PW status on September 24, 2015, not on September 22 or 23, and nothing in this September 2015 Pay Sheet supports a contrary conclusion.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct. Executed this 26th day of June, 2018, in Fort Worth, Texas.

By: *[signature]*
Michelle Ladkin