| | |
|---|---|
| **From:** | Bonds, James |
| **To:** | Scialfa, Sean; Beach, Brian; Mase, Kevin |
| **CC:** | Rojas, Luis |
| **Sent:** | 9/24/2015 5:17:04 PM |
| **Subject:** | Patterson is now on PW |

Jackie, Mark, and Lucretia all have seen the letter and are taking action.

Luis, I will get the letter to you soon. When you get it, please FedEx it to him.

**American Airlines**

Captain Jim Bonds
Chief Pilot - MIA
James.Bonds@AA.com
305-526-1282 Office | 786-473-1968 Cell