AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

Rodney Scott Patterson

V.

American Airlines

**EXHIBIT AND WITNESS LIST**

Case Number: 17-CV-60533-JEM

| PRESIDING JUDGE<br>Alicia M. Otazo-Reyes | PLAINTIFF'S ATTORNEY<br>Wm. Amlong / Noel Pace | DEFENDANT'S ATTORNEY<br>Michael Holt |
|---|---|---|
| TRIAL DATE (S)<br>6/27/2018 | COURT REPORTER<br>Tammy Nestor | COURTROOM DEPUTY<br>Clement Hammond |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 1 |  | 6/27/2018 | X | X | 3 Emails between Gelnn Caddy and Edwin Bercaw |
|  |  |  |  |  |  |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of 1 Pages

On Fri, Apr 29, 2016 at 4:59 PM, Scott <aa737drvr@aol.com> wrote:

Dr Caddy,

If Dr. Bercaw will play ball with you, fine. I have no issues with spending the money. I personally feel he took my money and then when I showed up had the intern do the work which is not what I paid for.

If he won't play ball we will cut bait and go fish elsewhere.

v/r

SP


-----Original Message-----
From: Ed Bercaw <edb@medpsych.net>
To: aa737drvr <aa737drvr@aol.com>
Cc: Kathy Baum <kbaum@medpsych.net>
Sent: Fri, Apr 29, 2016 4:24 pm
Subject: Consultation with Dr. Caddy

Mr. Patterson,

My office has received the request from Dr. Caddy. For a half hour phone consultation, there is a $225 fee required by my company for me to speak with him and answer his questions since this is a legal case. You can authorize that payment on your credit card or have it sent by other means if your counsel is covering that. Then I will proceed with the phone conference as soon as possible. I am CC'ing Dr. Kathy Baum, who is our intake coordinator and involved in setting this up on our end.

Thank you,

Ed

Edwin Bercaw, Ph.D.
Neuropsychologist
Comprehensive MedPsych Systems, Inc.

PLAINTIFF'S EXHIBIT
CASE NO. 17-cv-60533
EXHIBIT NO. 1

(941) 363-0878, ext 2101

(941) 363-0527 fax

Email Confidentiality Notice: This e-mail message (including any attachments) may be confidential and subject to protection under the law, including the Health Insurance Portability and Accountability Act (HIPAA), the Electronic Communications Privacy Act, 18 U.S.C. Statute 2510-2521, and/or the Federal confidentiality rules (42CFR Part 2). This e-mail, and any attachment, is intended solely for the individual or entity to whom it is addressed. If you are not the intended recipient, you are notified that any unauthorized review, dissemination, use, disclosure, distribution, and/or copying of the message(s) is strictly prohibited and may subject you to criminal and/or civil penalties. If you received this transmission in error, please contact the sender immediately by replying to this email and delete all received information (including attachments) from your computer and/or portable electronic device.


SCANNED

if your counsel is covering that. Then I will proceed with the phone conference as soon as possible. I am CC'ing Dr. Kathy Baum, who is our intake coordinator and involved in setting this up on our end.

Thank you,

Ed

Edwin Bercaw, Ph.D.
Neuropsychologist
Comprehensive MedPsych Systems, Inc.
(941) 363-0878, ext 2101
(941) 363-0527 fax

Email Confidentiality Notice: This e-mail message (including any attachments) may be confidential and subject to protection under the law, including the Health Insurance Portability and Accountability Act (HIPAA), the Electronic Communications Privacy Act, 18 U.S.C. Statute 2510-2521, and/or the Federal confidentiality rules (42CFR Part 2). This e-mail, and any attachment, is intended solely for the individual or entity to whom it is addressed. If you are not the intended recipient, you are notified that any unauthorized review, dissemination, use, disclosure, distribution, and/or copying of the message(s) is strictly prohibited and may subject you to criminal and/or civil penalties. If you received this transmission in error, please contact the sender immediately by replying to this email and delete all received information (including attachments) from your computer and/or portable electronic device.

-----Original Message-----
From: Scott <aa737drvr@aol.com>
To: glenncaddy <glenncaddy@gmail.com>
Sent: Tue, May 3, 2016 5:27 pm
Subject: Re: Consultation with Dr. Caddy

I will take care of this issue in the am as they are closed. I want to be clear with Dr. Bercaw moving forward, his testing was not what I paid for. I spoke with Dr. Kantor and was referred to Dr. Bercaw. I showed up in the morning and the receptionist promptly asked me for the funds to undergo testing. Dr. Bercaw was not available and I asked to speak to him.

When I went into Dr. Bercaw's office to meet him I was introduced to Dr. Fonseca. He asked me if I minded her observing the testing. She also showed up in his office with a copy of Dr. Gary Kay's book Aviation Psychology. I did not realize until after leaving that his tests would not be accepted by the FAA. She administered the tests and although she is a post doctoral graduate student, I didn't pay for that. Keep in mind, my medical certification is not an issue right now. Dr. Knippa's report is not a

grounding item. AA is using it to terminate me. Paul's case is exactly a duplicate of mine. He went to Mayo Clinic and they are not accepting his results instead want him to go to Dr. Kay in Washington. I would be willing to do the same as well.

In short, Bercaw's office should have briefed me when I made the appointment. My Aviation Medical Examiner says the professional offices that handle these cases advise the patient to come in the day before. They interview you in the afternoon. Dr. Kay says testing should take place over two days with no more than 5 hours each day. I was with him from 1000 through about 1800. I did not have an opportunity to each a wholesome lunch.


-----Original Message-----
From: Glenn Ross Caddy Ph.D. <glenn.caddy@gmail.com>
To: Ed Bercaw <edb@medpsych.net>
Cc: Scott <aa737drvr@aol.com>
Sent: Mon, May 2, 2016 6:11 pm
Subject: Re: Consultation with Dr. Caddy

Good Afternoon Scott,

Please contact Dr. Ed Bercaw and pay him for the consult that I wish to have with him. We may need up to about 20 to 25 minutes, certainly no more.

Ed, as soon as the finances are sorted out, please call me [my cell is: [954 547 5100]; and let us get the appointment scheduled.
The time for Scott to appeal the removal of his Certification is running out. This is not yet a forensic case but it may move in that direction if AA terminates Scott.

Glenn Ross Caddy

On Mon, May 2, 2016 at 4:30 PM, Ed Bercaw <edb@medpsych.net> wrote:
> Thanks for your response. We will go ahead after receipt of payment.
>
> Best Regards,
>
> Dr. Bercaw
>
> Edwin Bercaw, Ph.D.
> Neuropsychologist
> Comprehensive MedPsych Systems, Inc.
> (941) 363-0878, ext 2101
> (941) 363-0527 fax
>
> Email Confidentiality Notice: This e-mail message (including any attachments) may be confidential and subject to protection under the law, including the Health Insurance Portability and Accountability Act (HIPAA), the Electronic Communications Privacy Act, 18 U.S.C. Statute 2510-2521, and/or the Federal confidentiality rules (42CFR Part 2). This e-mail, and any attachment, is intended solely for the individual or entity to whom it is addressed. If you are not the intended recipient, you are notified that any unauthorized review, dissemination, use, disclosure, distribution, and/or copying of the message(s) is strictly prohibited and may subject you to criminal and/or civil penalties. If you received this transmission in error, please contact the sender immediately by replying to this email and delete all received information (including attachments) from your computer and/or portable electronic device.

-----Original Message-----
From: Ed Bercaw <edb@medpsych.net>
To: Scott <aa737drvr@aol.com>; glenncaddy <glenncaddy@gmail.com>
Sent: Wed, May 4, 2016 9:32 am
Subject: Re: Consultation with Dr. Caddy

Hi Mr. Patterson,

I can review the results with you over the phone for no extra charge. I could do this perhaps Friday in the afternoon or Monday. The consultation with Dr. Caddy is considered forensic consultation by my office and the rate is set the company, not me.

Thanks,


Edwin Bercaw, Ph.D.
Neuropsychologist
Comprehensive MedPsych Systems, Inc.
(941) 363-0878, ext 2101
(941) 363-0527 fax

Email Confidentiality Notice: This e-mail message (including any attachments) may be confidential and subject to protection under the law, including the Health Insurance Portability and Accountability Act (HIPAA), the Electronic Communications Privacy Act, 18 U.S.C. Statute 2510-2521, and/or the Federal confidentiality rules (42CFR Part 2). This e-mail, and any attachment, is intended solely for the individual or entity to whom it is addressed. If you are not the intended recipient, you are notified that any unauthorized review, dissemination, use, disclosure, distribution, and/or copying of the message(s) is strictly prohibited and may subject you to criminal and/or civil penalties. If you received this transmission in error, please contact the sender immediately by replying to this email and delete all received information (including attachments) from your computer and/or portable electronic device.

**From:** Scott <aa737drvr@aol.com>
**Sent:** Wednesday, May 4, 2016 8:53:05 AM
**To:** Ed Bercaw; glenncaddy@gmail.com
**Subject:** Re: Consultation with Dr. Caddy

Dr. Bercaw,

I apparently got the message a little late yesterday and your receptionist was gone after 1700. I thought one question last night. We never spent time consulting the results of this exam. When I was at your office I understood we were going to discuss this issue. Is there a difference between you spending that time with Dr. Caddy in lieu of me.

Also below you mentioned this being a court case. It isn't now. Dr. Caddy is performing a forensic examination. May we factor this into the situation and your rate decision as well as the above?

v/r

Scott Patterson
704-231-0909

-----Original Message-----
From: Ed Bercaw <edb@medpsych.net>
To: Scott <aa737drvr@aol.com>; glenncaddy <glenncaddy@gmail.com>
Sent: Mon, May 2, 2016 4:30 pm
Subject: Re: Consultation with Dr. Caddy

Thanks for your response. We will go ahead after receipt of payment.

Best Regards,

Dr. Bercaw

Edwin Bercaw, Ph.D.
Neuropsychologist
Comprehensive MedPsych Systems, Inc.
(941) 363-0878, ext 2101
(941) 363-0527 fax

Email Confidentiality Notice: This e-mail message (including any attachments) may be confidential and subject to protection under the law, including the Health Insurance Portability and Accountability Act (HIPAA), the Electronic Communications Privacy Act, 18 U.S.C. Statute 2510-2521, and/or the Federal confidentiality rules (42CFR Part 2). This e-mail, and any attachment, is intended solely for the individual or entity to whom it is addressed. If you are not the intended recipient, you are notified that any unauthorized review, dissemination, use, disclosure, distribution, and/or copying of the message(s) is strictly prohibited and may subject you to criminal and/or civil penalties. If you received this transmission in error, please contact the sender immediately by replying to this email and delete all received information (including attachments) from your computer and/or portable electronic device.

**From:** Glenn Ross Caddy Ph.D. <glenn.caddy@gmail.com>
**Sent:** Friday, April 29, 2016 7:38:33 PM
**To:** Scott
**Cc:** Ed Bercaw
**Subject:** Re: Consultation with Dr. Caddy

Scott,

I have already sent Dr. Bercaw an Authorization to Release in order for me to speak to me regarding the report he prepared. My sense is that it is inadequate for your purposes and it does not contain a lot of critical history and thus perspective.
Please send Dr. Bercaw an email reconfirming that he will speak with me and re-authorize the call. Please either tell him you will pay for the consult or that I will do so on your behalf

as we can arrange a credit payment.

I also have spoken with the administrator of his practice today and she will contact him regarding a call.

Glenn Ross Caddy Ph.D., A.B.P.P., F.A.P.A.
Clinical, Health and Forensic Psychology
954 547 5100


On Fri, Apr 29, 2016 at 4:59 PM, Scott <aa737drvr@aol.com> wrote:
> Dr Caddy,
>
> If Dr. Bercaw will play ball with you, fine. I have no issues with spending the money. I personally feel he took my money and then when I showed up had the intern do the work which is not what I paid for.
>
> If he won't play ball we will cut bait and go fish elsewhere.
>
> v/r
>
> SP