UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 17-60533-CIV-MARTINEZ/AOR

RODNEY SCOTT PATTERSON,

    Plaintiff,

v.

AMERICAN AIRLINES,
a Delaware corporation,

    Defendant.
_____/

## ORDER

THIS CAUSE came before the Court upon Defendant American Airlines' ("Defendant") Notice of Discovery Hearing [D.E. 70]. This matter was referred to the undersigned pursuant to 28 U.S.C. § 636 by the Honorable Jose E. Martinez, United States District Judge [D.E. 19]. The undersigned held a hearing on this matter on June 27, 2018. The undersigned has reviewed the excerpts of the deposition testimony of Plaintiff's testifying expert Glenn R. Caddy, Ph.D. ("Dr. Caddy"). Based on this review, the undersigned concludes that Dr. Caddy considered but rejected, for purposes of his expert report and opinions, the testing of Plaintiff Rodney Scott Patterson ("Plaintiff") that took place in the office of Edwin Bercaw, Ph.D. ("Dr. Bercaw"). Therefore, it is

ORDERED AND ADJUDGED that, pursuant to Federal Rule of Civil Procedure 26(a)(2)(B)(ii),[1] Plaintiff Rodney Scott Patterson shall produce the following **within 10 days of the date of this Order:**

---

[1] Expert witness report must contain "the facts or data considered by the witness in forming" the expert's opinions. Fed. R. Civ. P. 26(a)(2)(B)(ii).

2

- ➢ The two-page letter dated May 6, 2016 from Dr. Bercaw to Dr. Caddy discussing the March test results. See Plaintiff's Privilege Log re: Tests Administered by/and Communications from Dr. Bercaw and Francy Nathaly Fonseca, Psy.D., Item No. 3 [D.E. 54-2 at 2].
- ➢ Dr. Bercaw's report regarding Plaintiff.
- ➢ Any written communications between Dr. Bercaw and Dr. Caddy regarding Plaintiff.

Additionally, Dr. Bercaw may produce any documents in his possession, custody and control that are responsive to Defendant's subpoena, subject to an agreed HIPAA confidentiality order to be submitted to the undersigned by Defendant.

DONE AND ORDERED in Chambers at Miami, Florida, this 27th day of June, 2018.

*[signature]*
ALICIA M. OTAZO-REYES
UNITED STATES MAGISTRATE JUDGE

cc: United States District Judge Jose E. Martinez
Counsel of Record