IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
Case No. 17-cv-60533-MARTINEZ/OTAZO-REYES

RODNEY SCOTT PATTERSON,

    Plaintiff,

vs.

AMERICAN AIRLINES, a Delaware
corporation,

    Defendant.
_____/

### Plaintiff's Unopposed Motion for Leave to File Plaintiff's Corrected Summary Judgment Responses With Non-Substantive Changes

    Plaintiff, Rodney Scott Patterson, moves for entry of an order granting him leave to file his corrected Plaintiff's Response to Defendant's Motion of Summary Judgment [DE 74] and corrected Plaintiff's Response to Defendant's Local Rule 56.1(e) Statement of Material Facts In Support of Motion for Summary Judgment [DE 73], which correct non-substantive typographical, grammatical and syntactical errors, and states as grounds:

    1.    <u>Nature of the Action</u>.  This is an action for military-status discrimination, brought by Rodney Scott Patterson, a lieutenant colonel in the United States Army Reserve and a first officers for American Airlines. He sues pursuant to the Uniform Services Employment and Reemployment Rights Act ("USERRA"), 38 U.S.C. § 4311(b)(1). Pursuant to the Court's April 30, 2018 order, this case is set for trial on the August 20, 2018 trial calendar.

2. <u>Relief sought.</u> Late June 25, plaintiff filed his summary judgment filings, which included Plaintiff's Response to Defendant's Motion of Summary Judgment [DE 74] and Plaintiff's Response to Defendant's Local Rule 56.1(e) Statement of Material Facts In Support of Motion for Summary Judgment [DE 73]. When the responses were filed, the undersigned overlooked a few typographical, grammatical and syntactical errors that should have been corrected before the final versions were filed. To correct those errors, the undersigned has prepared corrected versions of the responses. While the changes are not substantive, they help to make clear the matters and arguments addressed in the responses, and would aid the court's and the parties' review of them. Drafts of the corrected responses, with the changes highlighted, were provided to defendant for review (along with a draft of this motion). The redlined and corrected version of the response to the motion for summary judgment are is appended as Attachment A and B, and of the response to the statement of facts are appended as Attachment C and D. Defendant has indicated that it does not object to plaintiff's request for entry of an order granting leave to file the corrected responses.

3. Accordingly, plaintiff moves for entry of an order granting him leave to file the corrected responses.

Wherefore, plaintiff moves for entry of an order granting this motion and granting plaintiff such other and further relief as this Court deems appropriate.

## Certificate of Conferral

As noted above, plaintiff has conferred with defendant about its position on the relief sought in this motion, including by providing a draft of this motion with redlined and corrected versions of the responses via e-mail, and defendant has indicated that it does not object to the relief sought.

## Certificate of Service

I hereby certify that a true and correct copy of the this Statement was served this date via the Southern District of Florida's CM/ECF system on all parties and counsel of record.

            Respectfully submitted,

            s/ *Jennifer Daley*
            WILLIAM R. AMLONG
            WRAmlong@TheAmlongFirm.com
            Florida Bar Number 470228
            KAREN COOLMAN AMLONG
            KAmlong@TheAmlongFirm.com
            Florida Bar Number 275565
            JENNIFER DALEY
            Florida Bar Number 856436
            JDaley@TheAmlongFirm.com

            AMLONG & AMLONG, P.A.
            500 Northeast Fourth Street, Second Floor
            Fort Lauderdale, Florida 33301
            (954) 462-1983

            NOEL C. PACE
            noel.c.pace.esq@gmail.com
            206 N.W. 91 Street
            El Portal, Florida 33150
            (305) 710-3713

            *Attorneys for the Plaintiff,*
                *Rodney Scott Patterson*

Service List

WILLIAM R. AMLONG
WRAmlong@TheAmlongFirm.com
Florida Bar Number 470228
KAREN COOLMAN AMLONG
KAmlong@TheAmlongFirm.com
Florida Bar Number 275565
AMLONG & AMLONG, P.A.
500 Northeast Fourth Street,
Second Floor
Fort Lauderdale, Florida 33301
(954) 462-1983

NOEL C. PACE
noel.c.pace.esq@gmail.com
206 N.W. 91 Street
El Portal, Florida 33150
(305) 710-3713

*Attorneys for the Plaintiff,
    Rodney Scott Patterson*

MICHAEL A. HOLT
mholt@shb.com
SHOOK, HARDY & BACON L.L.P.
Miami Center, Suite 3200
201 South Biscayne Boulevard
Miami, Florida 33131
(305) 358-5171

MARK W. ROBERTSON
mrobertson@omm.com
O'MELVENY & MYERS LLP
Times Square Tower
7 Times Square
New York, New York 10036
(212) 326-2000

TRISTAN MORALES
tmorales@omm.com
O'MELVENY & MYERS LLP
1625 Eye Street, Northwest
Washington, DC 20006
(202) 383-5300 / 383-5414 Fax

Cameron Cloar-Zavaleta (*Pro hac vice*)
Cameron.R.Cloar@aa.com
AMERICAN AIRLINES, INC.
4333 Amon Carter Boulevard
Ft. Worth, Texas 76155
Telephone: (817) 963-1234

*Attorneys for the Defendant,
    American Airlines, Inc.*

\\amlong3\cpshare\CPWin\HISTORY\180601_0001\1538.160