UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO.: 17-cv-60533-MARTINEZ/OTAZO-REYES

RODNEY SCOTT PATTERSON,

    Plaintiff,

vs.

AMERICAN AIRLINES, INC.,

    Defendant.
_____/

## HIPAA QUALIFIED PROTECTIVE ORDER
## AND ORDER TO DISCLOSE HEALTH INFORMATION

**THIS CAUSE** is before the Court upon American Airlines, Inc.'s subpoena directed to Dr. Edwin Bercaw, Ph.D., which requests the disclosure of information that may be construed as Protected Health Information ("PHI") pursuant to the Health Insurance Portability and Accountability Act of 1996 ("HIPAA"), including physical or mental health records of Plaintiff, **Rodney Scott Patterson**. Plaintiff has been given an opportunity to object to the subpoena and the Court has heard argument of counsel on Plaintiff's objections. The Court is otherwise fully advised. It is hereby

    **ORDERED AND ADJUDGED** as follows:

    1.    Plaintiff's objections are **OVERRULED**.

    2.    Pursuant to 45 C.F.R. § 164.512(e)(1) this Order constitutes a Qualified Protective Order. The Attorneys and parties to the above-captioned case are hereby authorized to receive, subpoena, and transmit PHI pertaining to Plaintiff, Rodney Scott Patterson, as set forth herein. The parties and their attorneys shall be permitted to use the PHI in any manner reasonably connected

1

with this case, including, but not limited to disclosure to the parties and their attorneys, insurers, claims managers, experts, consultants, the Court, necessary court personnel, court reporters, copy services, trial consultants, jurors, any appellate court, and other persons or entities involved in this litigation. All PHI produced or disclosed pursuant to this Order shall be used solely for the purposes of the prosecution or defense of this case (and any appeal therefrom). Within 30 days following the final resolution of this case (including any appeal), the parties and/or attorneys receiving PHI pursuant to this order shall return or destroy the PHI so obtained.

3. Pursuant to 45 C.F.R. § 164.512(e)(1)(ii) and for purposes of HIPAA compliance, Dr. Edwin Bercaw, Ph.D. and his practice, Comprehensive MedPsych Systems, Inc., which may be considered "covered entities" under HIPAA, are expressly and specifically **AUTHORIZED AND ORDERED** to produce the following materials and to provide copies to counsel for American Airlines, Inc.:

   a. The report referenced in Dr. Bercaw's April 22, 2016 email to Plaintiff; and

   b. Any and all correspondence between Dr. Bercaw and Dr. Glenn Ross Caddy, Ph.D. regarding Plaintiff, Rodney Scott Patterson.

4. The materials described in Paragraph 2, above, shall be provided to counsel for American Airlines, Inc. no later than Monday, July 9, 2018.

**DONE AND ORDERED** in Chambers at Miami, Florida this ___ day of June, 2018.

 

**ALICIA M. OTAZO-REYES**
**UNITED STATES MAGISTRATE JUDGE**

cc: United States District Judge Jose E. Martinez
Counsel of Record (Service List Attached)

## SERVICE LIST

William R. Amlong, Esq.
WRAmlong@TheAmlongFirm.com
Karen Coolman Amlong, Esq.
KAmlong@TheAmlongFirm.com
**AMLONG & AMLONG, P.A.**
500 Northeast Fourth Street
Fort Lauderdale, FL 33301
Telephone: (954) 462-1983
Facsimile: (954) 523-3192

(Service via CM/ECF)

*Counsel for Plaintiff*

Michael A. Holt, Esq.
mholt@shb.com
**SHOOK, HARDY & BACON L.L.P.**
Miami Center, Suite 3200
201 South Biscayne Boulevard
Miami, Florida 33131
Telephone: (305) 358-5171
Facsimile: (305) 358-7470

(Service via CM/ECF)

Mark W. Robertson, Esq.
mrobertson@omm.com
**O'MELVENY & MYERS LLP**
Times Square Tower
7 Times Square
New York, New York 10036
Telephone: (212) 326-2000
Facsimile: (212) 326-2061

(Service via CM/ECF)

Tristan Morales, Esq.
tmorales@omm.com
**O'MELVENY & MYERS LLP**
1625 Eye Street, Northwest
Washington, District of Colombia 20006
Telephone: (202) 383-5300
Facsimile: (202) 383-5414

(Service via CM/ECF)

*Counsel for American Airlines, Inc.*