**Jennifer Daley**

| | |
|---|---|
| **From:** | Jennifer Daley <jdaley@theamlongfirm.com> |
| **Sent:** | Monday, June 11, 2018 6:35 PM |
| **To:** | 'Morales, Tristan'; 'Holt, Michael (SHB)'; 'Robertson, Mark' |
| **Cc:** | ypharris@theamlongfirm.com; wramlong@theamlongfirm.com; 'Karen Coolman Amlong'; jdaley@theamlongfirm.com |
| **Subject:** | RE: 2219-00000 PATTERSON, SCOTT vs. American Airlines (WRA/KCA): Patterson v. American Airlines - conferral re: motion to limit / preclude Dr. Knippa's testimony (Sent Registered) |

As noted below, Dr. Knippa did not treat Mr. Patterson.

As also noted below, Dr. Knippa would render opinion testimony that would require expert disclosure in compliance with the rules, such as the opinions he rendered in his 3/21/16 correspondence with American Airlines, e.g. ,

➢ In the 03/21/16 Two-Page Letter to Dr. Jeral Ahtone (Medical Director, American Airlines Occupational Health Services") — Dr. Knippa rendered "opinions" and "opined findings" concerning "duty impairments" from a "neuropsychological perspective," including that Mr. Patterson was not fit for duty as a first officer from a "neuropsychological perspective;

➢ In the 03/21/16 14-page "Neuropsychological Aeromedical Assessment Fitness for Duty (FFD) Report — He recited facts concerning Mr. Patterson's work history and medical history; addressed the various tests he administered as part of his "evaluation" for American Airlines; interpreted test data and results, comparing Mr. Patterson's behavior with others; and made recommendations and findings, including that "Mr. Patterson is opined to be identified by the current assessment as <u>NOT FIT FOR DUTY</u> as a FO on the basis of impaired performances on cognitive assessment."

Can you please confirm your client's position so that we may file the motion?

Thanks.

Jennifer Daley

Email:    jdaley@theamlongfirm.com

**The Amlong Firm** • 500 Northeast Fourth Street • Fort Lauderdale, FL 33301 • 954.462.1983

Confidentiality Notice: This e-mail and/or any attachment to it contains, or may contain, privileged and confidential information intended only for the use of the individual(s) named in the e-mail. If you are not the intended recipient, or the person responsible for delivering it to the intended recipient, please permanently delete it from your computer system and promptly notify me.

**From:** Morales, Tristan [mailto:tmorales@omm.com]
**Sent:** Monday, June 11, 2018 6:12 PM

ATTACHMENT 1

**To:** Jennifer Daley; Holt, Michael (SHB); Robertson, Mark
**Cc:** ypharris@theamlongfirm.com; wramlong@theamlongfirm.com; Karen Coolman Amlong
**Subject:** RE: Patterson v. American Airlines - conferral re: motion to limit / preclude Dr. Knippa's testimony (Sent Registered)

Jennifer:

As you are aware, Dr. Knippa is identified on our March 21, 2018 trial witness list as a witness we may call at trial.  You deposed him, including with respect to his examination of Mr. Patterson and accompanying report.

We received your question about a potential motion today at 11:20AM ET.  In order to provide an answer to that question, we would need to know:

1. The basis for your assertion that Dr. Knippa is not a treating psychologist under Judge Martinez's trial order.  That order states: "These provisions pertaining to <u>expert</u> witnesses do not apply to treating physicians, psychologists, or other health providers."
2. The testimony you intend to move to limit or preclude, including what testimony, if any, from Dr. Knippa concerning his own examination and report regarding Mr. Patterson.

--Tristan


## O'Melveny

**Tristan Morales**
tmorales@omm.com
O: +1-202-383-5112

_____

O'Melveny & Myers LLP
1625 Eye Street, NW
Washington, DC  20006
Website | LinkedIn | Twitter

*This message and any attached documents contain information from the law firm of O'Melveny & Myers LLP that may be confidential and/or privileged. If you are not the intended recipient, you may not read, copy, distribute, or use this information. If you have received this transmission in error, please notify the sender immediately by reply e-mail and then delete this message.*


**From:** Jennifer Daley <jdaley@theamlongfirm.com>
**Sent:** Monday, June 11, 2018 5:46 PM
**To:** Morales, Tristan <tmorales@omm.com>; Holt, Michael (SHB) <MHOLT@shb.com>; Robertson, Mark <mrobertson@omm.com>
**Cc:** jdaley@theamlongfirm.com; ypharris@theamlongfirm.com; wramlong@theamlongfirm.com; Karen Coolman Amlong <kamlong@theamlongfirm.com>
**Subject:** Patterson v. American Airlines - conferral re: motion to limit / preclude Dr. Knippa's testimony (Sent Registered)

Can you please let us know if defendant objects to the motion, and if defendant intends to use Dr. Knippa as  witness?  The motion is due today.

Thanks,

Jennifer Daley

Email:      jdaley@theamlongfirm.com



**The Amlong Firm** • 500 Northeast Fourth Street • Fort Lauderdale, FL  33301 • 954.462.1983

Confidentiality Notice:  This e-mail and/or any attachment to it contains, or may contain, privileged and confidential information intended only for the use of the individual(s) named in the e-mail.  If you are not the intended recipient, or the person responsible for delivering it to the intended recipient, please permanently delete it from your computer system and promptly notify me.

**From:** Jennifer Daley [mailto:jdaley@theamlongfirm.com]
**Sent:** Monday, June 11, 2018 11:20 AM
**To:** tmorales@omm.com; Holt, Michael (SHB) (MHOLT@shb.com); mrobertson@omm.com
**Subject:** Patterson v. American Airlines - conferral re: motion to limit / preclude Dr. Knippa's testimony (Sent Registered)

Plaintiff is moving today to limit or preclude Dr. Knippa from providing any opinion/expert testimony --- he was not disclosed as an expert and is not a treating provider for whom Martinez's trial order exempts from the expert disclosure requirements.

Please let us now if defendant objects. If it does not intend to use Dr. Knippa as a witness then the issue would be moot.

Thanks.

Jennifer Daley

Email:     jdaley@theamlongfirm.com



**The Amlong Firm** • 500 Northeast Fourth Street • Fort Lauderdale, FL  33301 • 954.462.1983

Confidentiality Notice:  This e-mail and/or any attachment to it contains, or may contain, privileged and confidential information intended only for the use of the individual(s) named in the e-mail.  If you are not the intended recipient, or the person responsible for delivering it to the intended recipient, please permanently delete it from your computer system and promptly notify me.