John Knippa, Ph.D.
Clinical Psychology / Neuropsychology
CA PSY8833, UT 93-261633-2501
1650 Ximeno Avenue, Suite 230, Long Beach, CA 90804
Voice: 562-494-3633   Fax: 562-498-0917

**DISCLOSURE & CONSENT FOR MENTAL HEALTH ASSESSMENT**

Neuropsychological Fitness for Duty Examination by John Knippa, Ph.D., was requested by: J. Ahtone, M.D., American Airlines Occupational Health Service and/or other employees of <u>American Airlines</u>. This examination differs from one with your personal doctor(s).

1. **Purpose.** The purpose of the examination is to provide to American Airlines and their representatives and/or physicians named by them, information and opinions regarding your mental and cognitive health fitness to perform your job. Information to be released is referenced below and in separate document(s) (e.g., "Authorization for Release of Information").

2. **Nature of the Examination.** The examination has 2 parts, interviews and testing.

    <u>Interviews</u>. You will be asked about yourself, health and other problems, your family, circumstances, history and events. The doctor may request your permission to interview other persons (e.g., family members, coworkers) about your work, health and personal histories.

    <u>Testing</u>. Most are paper-and-pencil, done on a computer or are administered verbally. These generally follow FAA guidelines for pilot assessment.

    Examination accuracy relies strongly upon the accuracy of your reports and the adequacy of your efforts. Information which is refused, omitted or not accurate may limit the accuracy of some findings. If the doctor does not ask about some information that you believe is important, please tell him.

    The appointment is scheduled to obtain useful information at a comfortable pace. Breaks can be taken as you request. However, unnecessary delays may require that the examination takes longer and may require the doctor to make and give opinions prior to completing a more detailed examination and/or to reschedule.

    You should take any medications as prescribed and/or negotiated with your doctor.

3. **Limits of confidentiality.** <u>Specific authorizations are made in this and in separate document(s)</u>.

    Information conveyed by the doctor to your immediate work supervisors will be limited to opinions regarding work and disability status, functional capacity and limitations, restrictions, accommodations and risks for future performance lapses.

**ATTACHMENT 2**

Patterson_Knippa_00236

<u>Other limits of confidentiality</u>. Dr. Knippa is required to report to police and/or others who may include your employer information related to: Child abuse, abuse of seniors or older persons and threats of harm or evidence or indications of danger to yourself or others. Similarly, explicit or implied threats against property of your employer may also be disclosed to your employer and authorities (e.g., company Security, Police).

4. **Voluntariness of sitting for the examination.** You may refuse any requested information and may refuse to participate in any part or all of the examination. The extent of such refusal may limit the opinions that the doctor can offer. For example, the doctor may be unable to determine your *Fitness* to return to work. Please tell the doctor clearly if you do not wish to be examined, if you refuse any portion or all of the examination and/or if you do not wish to disclose some information. Concerns can be discussed.

5. **Risks & Benefits of examination include but may not be limited to:**

   <u>Risks</u>. Fatigue and discomfort from a lengthy exam and discomfort or embarrassment to you or others from disclosing information that you may consider very personal. Information that you provide may result in you being referred for other health services: to further consider your fitness for return to employment or as a result of the doctor's opinions. The doctor's opinions could result in limitations on your employment standing, such as the following and others: Work restrictions, loss of employment, loss of future promotion, loss of security clearance and consequent loss of pay. You may disagree with the doctor's opinions, resulting in emotional distress.

   <u>Benefits</u> of the examination may include satisfying terms of employment, educating your employer and their appropriate representatives about your work and/or disability status and health status.

6. **Possible effects of refusing examination, in whole or in part.** You may discuss this with your employer, attorney or any person of your choosing prior to agreeing to sit for examination or during examination. If you refuse examination, the doctor may discuss any concerns of your employer with your employer, making any recommendations based on the information available to the doctor from your employer.

7. **Doctor's relationship to you and your employer.** <u>There is no intent to solicit, nor is there any implication given by Dr. Knippa, of a "doctor-patient" relationship</u>. This means that usual duties that would apply to your own doctor do not apply. For example, the doctor will not provide any treatment, nor will he counsel you regarding examination results. You will not receive any examination documentation from the doctor. You agree to not ask the doctor for any feedback regarding findings or for reporting to be provided to you.

   You may request from your employer or Human Resources representative a copy of a statement of *Fitness for Duty* which will be forwarded by the doctor to the referring party

RE: CONSENT FOR ASSESSMENT -continued.                                              Page 3

(i.e., your employer representative who requested this examinatio). Your personal doctor or attorney may request a copy of any other health report or documentation from representatives of the referring party who have received that information (e.g., American Airlines Occupational Health Service, legal staff). Dr. Knippa may request your permission to communicate with and forward information to your personal treating doctor, at his discretion. Dr. Knippa's file will include documents which remain his property. Copies of some test-file materials may be made available to a qualified doctor only (i.e., usually a psychologist or psychiatrist) of your choice, subject to your request to and agreement by your employer (American Airlines), arrangement for transmittal fees and your valid authorization.

8. **Who is the doctor.** Dr. Knippa is a licensed psychologist. He is not an employee of American Airlines. American Airlines has agreed to pay him for completing this examination and for related services. Dr. Knippa is not aware of any business relationship or corresponding obligation to you or any of your treating or personal doctors.

The doctor will attempt to address you and any other persons interviewed with courtesy and respect. The same is requested in return. If you have reason to believe that any aspect of your referral or examination has not been appropriate, please tell the doctor immediately. If you believe that the interview or assessment has not considered/covered information that you consider important to your situation, please tell the doctor. The doctor will discuss and attempt to resolve questions that you have. If you have any questions that you believe have not been adequately addressed, you may discuss these with your employer, EAP, your attorney, the doctor and/or other person(s) at your choosing.

By my signature, I indicate that I have read, understood and agreed to the above. I have asked questions about any item that I did not fully understand or had concerns. My questions, if any, were addressed to my satisfaction. I have been provided a copy of this document.

Rodney S. Patter (Signed per Compulsion) P.S.P     3-15-2016
Signature                                           Date

Rodney S. Patterson                                 [Witness signature]   3/16/16
Name Printed                                        Witness

                                                    RSP 3/17/16