Burke-leon, Ana
___

| | |
|---|---|
| From: | Blakley, Veronica |
| Sent: | Monday, December 07, 2015 5:24 PM |
| To: | Burke-leon, Ana |
| Subject: | Patterson quick rundown - Ana check to see if I got the basics right |

Hi Michelle,

Ana and I are having a little difficulty with the word document containing the summary.

Below I have listed the high points from the Patterson investigation which we can discuss this afternoon:

<u>Patterson is alleged to have commented that his mother was Corporate Counsel for US Airways - **Substantiated**</u>
During our investigation we were advised that he made these comments to Whitehouse, Bullock, Farris and Elizondo.

- The statement to Bullock was made during a passing conversation in which Bullock had mentioned to him a problem he had with TSA and then Patterson added a problem he had with a MIA Cpt named Whitehouse in Ascension. Patterson reportedly advised Bullock that he was going to make Whitehouse's life miserable. ==That he was going to hire a lawyer and that his mother was Corporate Counsel for US Airways==

- The statement to Farris was also made during a passing conversion along with additional claims that he met with the Mia chief Pilots on a weekly basis and that they would frequently contact him for questions regarding Military LOA. He also advised him that he was a member of Professional Standards

- The statement to Elizondo was reportedly said during a conversation about the crew. Patterson allegedly stated that if they did not do a good job he would talk to his mother who was Corporate Counsel for US Airways and have them fired.

When Ana met with Patterson, he denied making any such statements and stated that his mother is retired and never worked for the Company.
He could think of no reason why others would claim he made those comments

<u>Patterson is alleged to have commented that he was going to have Whitehouse fired - **Substantiated**</u>
- This comment was corroborated by Bullock as mentioned in the statement above.


<u>Racial slurs - unable to substantiate</u>
Patterson is alleged to have made racial slurs referring to a co-workers race and another sexual orientation. Whitehouse claimed F/O Flannigan witnessed these comments. In conversations with F/O Flannigan he denied hearing any such comments.
Based on the above, we were this claim.

1

# ATTACHMENT 3

Comments about having the crew fired for drinking – **Unable to substantiate**
Whitehouse reported that during the flight to Ascension in 2014, after his family was unable to ride on the bus with the crew, Patterson commented that he had friends in Management and that he and the F/A would lose their job for drinking on the job. Patterson denies making any such comment and we were unable to substantiate as no other crew members from the 2014 flight were interviewed.

During the one interview with a crew member that was held, the crew member raised concerns about being asked questions about an incident that occurred over a year ago. He also mentioned that the crew had filed a formal complaint against Patterson for his inappropriate request that they "double up" in the van so that his family could ride in the crew shuttle. Patterson acknowledge that he did make this request but claimed he did so because Cpt. Whitehouse had earlier told him that his family would be able to ride in the van. The situation changed on the ground when they realized they had a dead heading crew which also needed to be transported to the hotel and there was no longer any room.


*Veronica Blakley*
*HR Manager - Investigations*
*HDQ*
*817-963-1184 – office*
*817-967-2287 - fax*

AA-Patterson-0000008