UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Fort Lauderdale Division

Case Number: 17-cv-60533-MARTINEZ/OTAZO-REYES

RODNEY SCOTT PATTERSON,

    Plaintiff,

vs.

AMERICAN AIRLINES, INC.,

    Defendant.
_____/

### Plaintiff's Notice of Filing Exhibits to Reply re: Rule 56 Motion for Partial Summary Judgment

Plaintiff, Rodney Scott Patterson, files the following Exhibits to his Reply re: Rule 56 Motion for Partial Summary Judgment:

1. Exhibit 2C to the Deposition of Brian Beach;

2. Exhibit 74 to the Deposition of Michelle Montgomery, and

3. February 29, 2016 letter from Lucretia D. Guia to Oscar G. Fuentes.

                            Respectfully Submitted,

                            */s/     William R. Amlong*
                            WILLIAM R. AMLONG
                            Florida Bar No.: 470228
                            WRAmlong@TheAmlongFirm.com
                            KAREN COOLMAN AMLONG
                            Florida Bar No.: 275565



**The Amlong Firm** • 500 Northeast Fourth Street • Fort Lauderdale, FL 33301 • 954.462.1983

KAmlong@TheAmlongFirm.com
JENNIFER DALEY
Florida Bar No.: 856436
JDaley@TheAmlongFirm.com

NOEL C. PACE
noel.c.pace.esq@gmail.com
*Admitted Pro Hac Vice*
206 NW 91st Street
El Portal, FL
(305) 710-3713

AMLONG & AMLONG, P.A.
500 Northeast Fourth Street
Second Floor
Fort Lauderdale, Florida 33301
Telephone: (954) 462-1983
Facsimile: (954) 463-5008

**Attorneys for Plaintiff,**
    **Rodney Scott Patterson**

## Certificate of Service

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been furnished filed using the ECF System of the Southern District of Florida, 2018 on all counsel or parties of record.

/s/    William R. Amlong
WILLIAM R. AMLONG