| | |
|---|---|
| From: | Beach, Brian |
| To: | Theuer, Rhonda; Montgomery, Michelle |
| CC: | Scialfa, Sean |
| Sent: | 4/9/2015 5:51:55 PM |
| Subject: | FW: Patterson |

Rhonda and Michelle,
Long email concerning the allegations of potential gun running. As I stated Fred Bates has this for action and would be a good source of information as to where they are. For us we are on standby waiting to see what they want from us. But now you have the information and background. Guy is quite the piece of work.

Regards,
Brian

-----Original Message-----
From: Whitehouse, Glenn
Sent: Thursday, March 19, 2015 5:03 PM
To: Beach, Brian
Subject: Patterson

Today is February 23.
Yesterday February 22nd while going through VVI customs, I was the target of an intense search.
In all of my days flying here or any other country, I have not been subjected to such treatment and an intense bag search.
My entire crew whom was behind me witnessed this and were given a normal bag check and pass.
They wanted to take my company iPad, my personal I pad and my lap top. The inspector made me turn them on, took them out of the cases and looked at me like I was some kind of criminal.
I was also inspected quit thoroughly on February 16th, more beyond normal but did not think anything about it until yesterday.
I looked to see whom had flown to VVI this month before me and FO Patterson was there on February 13th just prior to my first scrutinized inspection.
I personally know of Patterson bragging about bringing military and police hardware into VVI and giving to the outbound narcotics police. Although I have no proof, the mechanic this morning in VVI said he has also heard of Patterson bringing in this stuff and also firearms. First officer Dave Atwater heard this also. If this is true, then Patterson is using his FFDO status to illegally smuggle firearms past TSA in Miami and passing off the goods to the narcotic police in VVI which he claims to be friends. This is a serious violation of security and may need to be investigated.
I feel Patterson is behind this and if the station manager finds out I am a target of inspections because of a false tip or accusation by Patterson, then I will without anymore hesitation take this and the other harassment issues to corporate HR, the flight office and I am also going to retain an attorney to sue Patterson for defamation of character and harassment. I also am finding it difficult to operate safely understand these threats and will remove myself from flight duty until I feel no longer the pressure and mental stress this individual is putting my through.

Email 2 Below

First officer Patterson contacted me about going to the Iguazu falls via what's app, I told him I would consider it. He asked if his family could ride the van and I had no issue with it but at this time I did not know I had a dead head crew riding with us.
I was informed by the purser Heidi after arrival in ASU that FB Patterson was rude to her and Lisa and never introduced himself and took the pillows from 2EF in first class for his family. She also informed me of an issue during boarding with his wife and children with bag storage. He apparently took passengers bags out of the overhead near door 2L to be checked and put his family bags there.
FB Patterson complained often during flight about the dead head flight attendants in first class as not being fair and his family having to sit in coach.
Prior to taxi, FB Patterson was moving switches and the flaps from the jump seat when he was not the FO and interfering with the FO normal flow of duties.
I told him if he wants to be FO, then bid it, otherwise keep your hands off.
He constantly acts as if he is the captain and wants to make the decisions.
After his break when he returned to the flight deck, he informed me his daughter would be watching a video in the rest seat next to me. I told him no. It was not acceptable under 117 rules and he needed to move her back to coach.
He was not happy about my decision. Told me if he was captain he would allow it. I told him it's against FARS to have a person in the seat. I never allow anyone next to us during rest.

I was informed by crew his wife was rude and demanding during flight.
When I arrived at the hotel van for pickup, Patterson told the FAs on the bus to double up and then told his kids and wife to take a seat. The FAs refused and this left no seats available for his wife and children. He then told his wife to take a seat and told his children to sit on the floor of the bus at the front. I got off the bus and told him no. I informed him this

Ex. 74

was not safe and to take a taxi. I offered to pay for the taxi. He refused my offer and got mad telling me the bus driver said it was ok for his children to sit on the floor. I told him no, in the interest of safety for his children I would not allow it. I told him I was in a few crew van accidents and I want them in a seat or no ride. He then demanded his bags be removed from the van. I told him not to worry about the bags. I would have them at the hotel. He said no. So now the crew had to wait more as the driver had to unload almost all the bags to find his.
During the ride to the hotel, FA Caesar said he was writing First Officer Patterson up. I told the FA if he felt he needed to do this then to call professional standards.
FB Patterson arrived about 10 minutes after us at the hotel and said " dude we were robbed by street people in the taxi", I looked at him and said you are full of BS, and I looked at his child and asked him if that was true and his child just looked away. Knowing his dad was lying. FA s heard this claim of being robbed also.
Later that night while I was at dinner with the crew, FB Patterson found us at a restaurant and wanted to speak with me. He clearly made a great effort to search and find me.
I went to the restroom and he followed me. He told me he was written up and was going to have the entire crew fired. I asked why, he said he had video evidence from the hotel showing all the crew drinking on the bus with stolen alcohol and he had paid the bus driver $100 to take video. I told him no one was drinking to my knowledge. He said " the entire crew is your responsibility and if one is drinking then I deserve to be terminated". I told Patterson I'm not a baby sitter for the entire crew.
He then threatened me and said "my mother is the corporate counsel with US airways, and captain since you are in charge of the crew you will be fired." I told him do not threaten me. He then said "I have friends in management and you and the FO and everyone will lose your job. " I told him again to stop threatening me. He then informed me FAs we're smuggling food into the country and because he has a diplomatic passport he would see to it that the crew was banned from coming here for 3-5 years.
I told him to get lost.
The next day, I arranged a meeting with the hotel manager. I told him my first officer Patterson was telling me the hotel gave him video of the crew drinking alcohol while exiting the crew van. The hotel manager said this is not true and he was never asked.
I later found out FB Paterson told the front desk in ASU he was the captain and not myself. Flight attendants also heard this.
At breakfast the next morning, he informed me and Captain Chip Worthington the inbound crew of the presence of a ghost rider on the inbound flight that Captain Worthington had flown in. He told us he arranged to have this ghost rider observe the crew tonight and we were all on notice. I again told him BS and informed him I did not believe him and he lacked of any credibility.
He again started threatening me about termination because his mom is head counsel at USAir and told me our jobs will be terminated.
Capt Worthington was a witness.
I called Capt. Mark Mondrich APA professional standards after breakfast.
Captain Mark Mondrich said he had spoken with Patterson already but his story was far different from what the flight attendants had written. I asked Capt. Mondrich to read the FA write up to me. I informed him the FA write up was factually correct.
Captain Mondrich said the FA write up had reached Captain Scialfa's desk and was kicked back to professional standards.
Patterson then made allegations against me telling Captain Mondrich I had the purser sit next to me and had sexual relations in the rest seat during my break which is false. No one slept next to me and broke 117 rules.
During the bus ride back to the airport for our night departure, the Spanish speaking FA talked with the van driver and asked him about the $100 for video and pictures. The driver informed the FA this was not true.
That evening before departure, FB Patterson came on the flight deck and said "dude! my corporate intelligence tells me the FA Caesar has had 3 termination hearings this year and I will have his ass fired."
I told FB Patterson he was digging himself a hole and to stop making things up. I informed Patterson not only could he be terminated for illegally using ones personal file against them, but whomever gave him this information will also lose their job for disclosing it if this is true. I just did not find this to be factual and dismissed it as more rhetoric.
I was informed by the station personal in ASU the paper work was delayed due to a bad printer.
Once again FB Patterson sprang into a action. He went out along with FO Flanigan and yelled at the agent and told the agent would lose their job, Paterson also told the agent to get a good attorney.
FO Flannigan witnessed this entire conversation. FO Flannigan informed me Patterson was acting very bad and seemed delusional.
FB Patterson then threatened to have the flight cancelled if I did not support him in this matter about the paperwork as if he is the captain and it's his responsibility.
During the 2.5 hours in flight while FO Flannigan was on break, I heard FB Patterson say this about FA Caesar "I will get that faggot fired" I heard him say the N word on many occasions about African American FOs I had flown with to VVI.
He then out of the blue he thanked me for paying for his taxi. I told FB Patterson," I had offered, but you declined"he said " oh no Captain, you paid my taxi bill, I have a hotel receipt showing you put a $30 credit to my room." I said "Scott your are full of shit and what are you insinuating?" He said "looks like bribe a to me captain." I then asked him to show me all the evidence he claimed to have. And he said, "AA corporate security and his mom at USAirways told him he can't show it and will used at the hearing. I told him he was lying. He told me he was friends of the flight office in MIA and would get me, the FO, and all of the crew fired.
I told him he needed to back off.
I told Patterson there was no way he will destroy the careers of many over a stupid bus ride issue that he started.

AA-Patterson-0000719

I then told him he has no concern for his children's safety and it was his fault for being an ungracious ass in the first place.
I asked him why he was concerned about his bags on the crew bus, he said it gets robbed all the time and did not want his bags robbed without himself being there to defend the crew. I said "then if this is true Scott and the hotel van gets robbed often, are you not safer in a taxi, he contradicted himself with that statement.
He then went on and on in the flight deck nonstop for 2 hours assaulting me with termination. At one point I wanted to kick him out of the cockpit but FO Flannigan needed his rest.
He eventually stopped and said this would leave it all alone.
When I went back on my break, he told the FO Flannigan he had me shaking in my boots.
He told FO Flannigan he needed to support him or he would be terminated due to his association with the crew.
Now that sounds like a comment to create fear and intimidation in me breaking company policy.
I asked FA Caesar while on break if he was ever in trouble with the company. He said no just a few late sign ins. So once again FB Patterson was making stuff up.
When leaving the aircraft, FB Patterson stopped at the door and took pictures of the FAs and told them "I got you! , I got your picture." I witnessed this from the first class cabin but could not hear him say those words.
I was later waiting for my commuter flight to Chicago and 2 FAs from the flight looked for and found me to inform me they were behind FB Patterson in the customs line and FB Patterson told the customs inspector to check the crew for illegal stuff and was pointing at them.
This I did not witness.
I called professional standards next day and told him I thought I had diffused the situation but FB Patterson decided to go nuclear on the crew at the end and to please find out how I can avoid flying with him.
Professional Standards told me he would tell FB Paterson to put me on his do not pair list.
Capt. Mondrich said he knows Patterson and knows how he can be. I did not like this statement because it appears he is covering for him. This behavior is totally uncalled for, against company policy and should not be brushed under the rug.
What the hell is a person of this character doing in an AA cockpit? I would hate to never have anyone I know on his flights.
Below are other comments FB Patterson has said to me that makes me believe he is in need of serious physiological help.

Patterson was telling me he is the popular go to guy the flight office in a Miami calls anytime someone is in trouble and a hearing is called to defend. I asked him if he is with Professional Standards. He says no. Somehow I find the hard to believe he is the Miami go to guy the union calls.
I know of many captains who will not fly with him, so I'm assured that FB is the problem.
He does seem delusional, making up his own facts and telling stories that I think he really believes but are obviously not true.
I asked him about the rumor of the first officer led diversion into Santa Cruz he was a part of. Instead of telling me the facts, he went on a rampage and was going to get the FO terminated under company rules for spreading false rumors. I informed him I did not hear it from the crew and he needed to calm down.
A few weeks after this, I was in Rio with a gate delay due to maintenance. I overheard the flight attendants speaking about an asshole captain who kicks crew members families off crew vans. I let the conversation continue then chimed in telling them I was the ass hole and maybe they need to know the facts before believing what they heard. I asked them where they heard this and they told me a first officer got on the parking lot bus at MIA and was telling everyone he could my name and what an ass hole I am for kicking his family off the van.
He was telling everyone in Santa Cruz he is a captain for AA but dresses as a first officer. He told Los Tojibos personal he works for AA corporate security looking to bust crew members.
He tells many he is a police officer, but I found out through reliable sources this is not true.
I was complaining about my back being sore, he then jumped out of his seat and tells me he is a chiropractor and wanted to adjust me. I told him don't touch me.
He tells many stories about owning a Sabre jet and is flying government missions on the side. I thought this is not allowed unless it's official military flying? Does he have company permission?
He informed the crew AA called him to make sure he has his standing bid list ready because they wanted him to be captain soon.
Looking at his seniority number, 7100+ it just seems to be another delusional lie.
He said when he is captain, things will be different. He will demand respect and FAs will fear him.
I told him many times you cannot demand respect, you earn it, he tells me I'm wrong, because in the military he is a king. I don't see it this way and god help AA when he does make captain, just my opinion.

Capt. Whitehouse

Email 3

From: Whitehouse, Glenn
Sent: Monday, February 23, 2015 7:58 PM
To: Torres, Estrella
Subject: Harassment by customs

Hello Estrella,

I hope you are well and I look forward to meeting with you Wednesday morning, I am writing to inform you about the way

I was treated in customs Sunday morning.
On February 16th I was also treated differently but I thought it was just a onetime thing. I have been flying to Santa Cruz now for a few years, and I am fully aware of the baggage searches and have always been treated respectfully and politely.
On Sunday morning, I was singled out for intense scrutiny. My crew whom witnessed this were in awe. I have never been treated like this ever anywhere. The customs girl was questioning my company iPad, my personal iPad and my lap top. They also tore apart my things and she was disrespectful.
As of last October 2014, I was on a trip to ASU and had a difficult time with a first officer Scott Patterson. As you know he frequently flies to VVI. Although it's a long story, in a nut shell he is threatening me and the entire crew with termination because there was not room on the hotel van for his family and I made him take a taxi.
He even went as far as telling customs in Miami to search the entire crew. The story is long, but as recent as January 27th, Lima based flight attendants while on layover in Santa Cruz notified me that first officer Patterson was taking bad about me in the van and making false malicious threats.
I contacted the Allied Pilots Association professional standards personal about this and they counseled him.
On February 13th first Patterson was in Santa Cruz a few days before a seen a change in the behavior in the customs personal towards me.
I have flown with first officer Patterson, and he is not stable person. I suspect he is responsible for this treatment.
I am requesting you as the station manager please find out if there was a pilot who falsely informed the customs personal to target me.
If this indeed found to be true, then I need you to assist me in dealing with this issue with the company and my supervisor at the Miami flight office.
Also this morning, one of the Santa Cruz employees told me first Patterson is smuggling Police hardware into Santa Cruz for the narcotics officers. He also said he has heard first officer Patterson has brought in firearms. If this is indeed true, then this isn't serious security violation and Patterson is using his credentials as an FFDO to avoid TSA security in Miami.
I asked the unnamed employee if he would report this to you. He looked scared and said nothing.
What I'm asking of you is to use your authority as the station manager and see if you can find out if he is responsible for this.
I look forward to speaking with you,

Sincerely,
Captain Glenn Whitehouse