Date

FO Rodney Scott Patterson
Address
Telephone #

**Re: Results of Section 20 Evaluation**

Dear Scott,

      As a follow up to our conversation on   DATE  , the Fitness for Duty evaluation through the Section 20 process is now complete.  It has been determined that, at this time, you are not fit for duty as a Pilot. Your status has been changed from Withheld with Pay (PW) to Sick (SK), effective March 24, 2016.

      Please contact Cindy Contreras at (817) 963-5031 or <u>Cindy.Contreras@aa.com</u> to discuss further treatment recommendations. Cindy will also be able to provide you a copy of the reports, as provided in Section 20 of the Joint Collective Bargaining Agreement.

      If you have any questions, please do not hesitate to call me at (###) ###-####.

                                         Sincerely,

                                         Captain Brian Beach
                                         Director of Flight, MIA

cc:     Dr. Ahtone – AA Medical
         Cindy Contreras – AA Medical
         APA Legal
         Personnel File