# Comprehensive MedPsych Systems, Inc.

Geoffrey Kanter, Ph.D., ABN, ABPdN
*President*
American Board of Professional Neuropsychology
American Board of Pediatric Neuropsychology

Scott Kanter, MSA
*Chief Financial Officer*

Robert Stephenson, Psy.D.
*Chief Operating Officer*

Kathy Baum, Ph.D
*Clinical Director*

## FLORIDA- Sarasota

### NEUROPSYCHOLOGY
Nancy Parsons, Ph.D., ABPdN
American Board of Pediatric Neuropsychology
Paula Cooper, Ph.D., ABN
American Board of Professional Neuropsychology
Edwin L. Bercaw, Ph.D.
Kathy Baum, Ph.D.
Maryla Madura, Ph.D.
Jennifer Fleeman, Psy.D.
Hollie Dean Hill, Psy.D.
Nathaly Fonseca, Psy.D., Resident

### PSYCHIATRY (Board Certified)
Diane Miller, M.D., ABPN
Steven Cohen, D.O., ABPN
Abdul Nadeem, M.D., ABPN
Kristine Vallrugo, M.D., ABPN
Jordana Hollen, M.D., ABPN
Mark Sylvester, M.D., ABPN, ABAM
Nicholas McKinnon, M.D., ABPN

### PSYCHOLOGY
Wendy Sims, Ph.D.
Claudia Zsigmond, Psy.D.
Linda Brant, Ph.D.
Patricia Ryan, Ph.D.

### PSYCHOTHERAPY
Raymond Roitman, D.Psa, LCSW
Janet Carlson, LCSW
Kenton Kauffman, LCSW
Catherine Luckner, LMHC
Gerald Rivera, LCSW
Marlene Larose, LMFT
Jennifer Barmash, LCSW
Patricia Musselwhite-Weaver, LMHC
Alan Vieira, LCSW
Doug Linder, LMHC, CAP

## Florida
Sarasota
Venice
Lakewood Ranch
Bradenton
North Port
Sun City Center
Port Charlotte
Tampa
St. Petersburg
St. Augustine
Ft. Myers

## Alabama
Mobile
Fairhope

## Indiana
Indianapolis

May 6, 2016

Glenn Ross Caddy Ph.D., A.B.P.P., F.A.P.A.
Clinical, Health and Forensic Psychology
100 S.E. Third Avenue, Suite 2010
Fort Lauderdale, 33394

Dr. Caddy,

I am writing to provide further clarification based on the evaluation that Dr. Fonseca and I performed of Rodney Scott Patterson on 3/21/16. As was discussed in our telephone consultation this morning, I found no certain evidence of a disqualifying mental or neurological condition for first-class medical certification as defined by Federal Aviation Regulations Part 67.107 and 67.109. To the best of my knowledge, he has no history of flight infractions or safety violations. He has years of experience and, indeed, may be an excellent pilot, as you seem to have confirmed through collateral reports on his performance. Finally, there was no substantiated history I had available to indicate he has a personality disorder that has repeatedly manifested itself by overt acts.

The neuropsychological testing is not intended to assess piloting skills, abilities, or knowledge. The purpose of neuropsychological testing is to help determine the appropriateness of medical certification by examining underlying cognitive abilities and psychological features that may impact flight safety. This is a different kind of information than that achieved through job performance evaluations or flight simulator performance.

The findings in our evaluation were generally positive, with a passing CogScreen (which is a validated battery of tests specifically designed to evaluate cognitive functioning in pilots). He also exhibited high average intellectual functioning, and his attention, processing speed, language,

1090 South Tamiami Trail, Sarasota, Florida 34236
941.363.0878 (office) * 941.363.0527 (fax)
www.medpsych.net

**ATTACHMENT 1**

visual-spatial, visual memory, and motor scores were generally consistent with expectations. However, there were two particular areas of concern that do not necessarily disqualify him but warrant further review and possibly retesting. Specifically, his verbal learning and memory was below expectations and there was an indication of impairment in an aspect of executive functioning. The aeromedical significance of these findings was uncertain in the context of the larger evaluation and his professional and military history. Therefore, the recommendation is that there be further review by an FAA neuropsychology consultant and a comparison with his concurrent fitness-for-duty evaluation ordered by American Airlines to help determine the reliability of these results. Repeat testing of specific domains may be required, if indicated after review.

Again, it would be inappropriately speculative to infer a cause for the findings at this time, as there is no known psychiatric or neurological condition identified as of now.

Best Regards,

*Ed Bercaw, PH.D.*

_____
Edwin L. Bercaw, Ph.D.
Neuropsychologist/Florida Licensed Psychologist PY 7991
CogScreen Provider & HIMS Trained