UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO.: 1:17-cv-60533-MARTINEZ-OTAZO-REYES

RODNEY SCOTT PATTERSON,
    Plaintiff,

vs.

AMERICAN AIRLINES, INC., a Delaware Corporation,

    Defendant.
_____/

## AMERICAN AIRLINES, INC.'S TRIAL EXHIBIT LIST

Pursuant to the Federal Rule of Civil Procedure 26(a)(3), Defendant American Airlines, Inc. respectfully submits the attached Trial Exhibit List and reserves all rights to supplement or amend this exhibit list upon reasonable notice to Plaintiff.

**[signature on next page]**

Dated: July 20, 2018

Respectfully submitted,

By: /s/ Michael A. Holt

Michael A. Holt
mholt@shb.com
Florida Bar No.: 91156
**SHOOK, HARDY & BACON L.L.P.**
Miami Center, Suite 3200
201 South Biscayne Boulevard
Miami, Florida 33131
Telephone: (305) 358-5171
Facsimile: (305) 358-7470

Mark W. Robertson (*Pro Hac Vice*)
mrobertson@omm.com
**O'MELVENY & MYERS LLP**
Time Square Tower, 7 Times Square
New York, New York 10036
Telephone: (212) 326-2000
Facsimile: (212) 326-2061

Tristan Morales, Esq. (*Pro Hac Vice*)
tmorales@omm.com
**O'MELVENY & MYERS LLP**
1625 Eye Street, Northwest
Washington, DC 20006
Telephone: (202) 383-5300
Facsimile: (202) 383-5414

*Attorneys for American Airlines, Inc.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 20th day of July, 2018, the foregoing document was filed with the Clerk of the Court using the CM/ECF system and a true and correct copy was served on the counsel or parties of record listed below.

By: /s/ Michael A. Holt
MICHAEL A. HOLT

## SERVICE LIST

| | |
|---|---|
| William R. Amlong, Esq.<br>WRAmlong@TheAmlongFirm.com<br>Karen Coolman Amlong, Esq.<br>KAmlong@TheAmlongFirm.com<br>**AMLONG & AMLONG, P.A.**<br>500 Northeast Fourth Street<br>Fort Lauderdale, FL 33301<br>Telephone: (954) 462-1983<br>Facsimile: (954) 523-3192 | Michael A. Holt, Esq.<br>mholt@shb.com<br>**SHOOK, HARDY & BACON L.L.P.**<br>Miami Center, Suite 3200<br>201 South Biscayne Boulevard<br>Miami, Florida 33131<br>Telephone: (305) 358-5171<br>Facsimile: (305) 358-7470 |
| Noel C. Pace, Esq. (*pro hac vice*)<br>noel.c.pace.esq@gmail.com<br>206 N.W. 91 Street<br>El Portal, FL 33150<br>Telephone: (305) 710-3713<br><br>(Service via Email)<br><br>*Counsel for Plaintiffs* | Mark W. Robertson, Esq.<br>robertson@omm.com<br>(*Pro Hac Vice*)<br>**O'MELVENY & MYERS LLP**<br>Times Square Tower<br>7 Times Square<br>New York, New York 10036<br>Telephone: (212) 326-2000<br>Facsimile: (212) 326-2061 |
| | Tristan Morales, Esq.<br>tmorales@omm.com<br>(Pro hac vice)<br>**O'MELVENY & MYERS LLP**<br>1625 Eye Street, Northwest<br>Washington, DC 20006<br>Telephone: (202) 383-5300<br>Facsimile: (202) 383-5414<br><br>(Service via Email)<br>*Counsel for American Airlines, Inc.* |

## American Airlines, Inc.'s Trial Exhibit List

| Ex. No. | Description of Document | Bates Number | Expect/May Use |
|---|---|---|---|
| A | Exhibit 1 to Plaintiff Rodney Scott Patterson Deposition | AA-Patterson-0000451-0000452 | May Use |
| B | Exhibit 2 to Plaintiff Rodney Scott Patterson Deposition | AA-Patterson-0000454 | May Use |
| C | Exhibit 3 to Plaintiff Rodney Scott Patterson Deposition | AA-Patterson-0000444 | May Use |
| D | Exhibit 4 to Plaintiff Rodney Scott Patterson Deposition | Patterson_Tordella_00001 | May Use |
| E | Exhibit 5 to Plaintiff Rodney Scott Patterson Deposition | Patterson_Tordella_00002-00004 | Expect to Use |
| F | Exhibit 6 to Plaintiff Rodney Scott Patterson Deposition | (htttps://www.faa.gov/about/office_org/headquarters_offices/avs/offices/aam/ame/guide/app_process/app_history/item19/) | Expect to Use |
| G | Exhibit 7 to Plaintiff Rodney Scott Patterson Deposition | SKYONE-0000018-0000019 | May Use |
| H | Exhibit 8 to Plaintiff Rodney Scott Patterson Deposition | SKYONE-0000014-0000015 | Expect to Use |
| I | Exhibit 9 to Plaintiff Rodney Scott Patterson Deposition | SKYONE-0000020 | May Use |
| J | Exhibit 10 to Plaintiff Rodney Scott Patterson Deposition | Section 11 of CBA | May Use |
| K | Exhibit 11 to Plaintiff Rodney Scott Patterson Deposition | AA-Patterson-0000237 | Expect to Use |
| L | Exhibit 12 to Plaintiff Rodney Scott Patterson Deposition | Patterson_00021 | Expect to Use |
| M | Exhibit 13 to Plaintiff Rodney Scott Patterson Deposition | Patterson_00002 | May Use |
| N | Exhibit 14 to Plaintiff Rodney Scott Patterson Deposition | Patterson_Caddy_00027 | Expect to Use |
| O | Exhibit 15 to Plaintiff Rodney Scott Patterson Deposition | Patterson_00018 | Expect to Use |
| P | Exhibit 16 to Plaintiff Rodney Scott Patterson Deposition | Patterson_DOL_00018-00019 | May Use |
| Q | Exhibit 17 to Plaintiff Rodney Scott Patterson Deposition | Patterson_DOL_00035-00036 | May Use |
| R | Exhibit 18 to Plaintiff Rodney Scott Patterson Deposition | ECF No. 1 | May Use |
| S | Exhibit 19 to Plaintiff Rodney Scott Patterson Deposition | Patterson_Caddy_00018 | Expect to Use |

835060

| Ex. No. | Description of Document | Bates Number | Expect/May Use |
|---|---|---|---|
| T | Exhibit 20 to Plaintiff Rodney Scott Patterson Deposition | Patterson_00048-00051 | Expect to Use |
| U | Exhibit 21 to Plaintiff Rodney Scott Patterson Deposition | Patterson_00434 | Expect to Use |
| V | Exhibit 22 to Plaintiff Rodney Scott Patterson Deposition | Patterson_Caddy_00256 | May Use |
| W | Exhibit 2d to Brian Beach Deposition | AA-Patterson-0000225 | May Use |
| X | Exhibit 3 to Brian Beach Deposition | AA-Patterson-0000773 | Expect to Use |
| Y | Exhibit 4 to Brian Beach Deposition | AA-Patterson-0000774-0000775 | May Use |
| Z | Exhibit 5 to Brian Beach Deposition | AA-Patterson-0000438 | Expect to Use |
| AA | Exhibit 6 to Brian Beach Deposition | AA-Patterson-0000568 (CDT) | Expect to Use |
| AB | Exhibit 7 to Brian Beach Deposition | AA-Patterson-0000569-0000580 | Expect to Use |
| AC | Exhibit 8 to Brian Beach Deposition | AA-Patterson-0000581 (CDT) | Expect to Use |
| AD | Exhibit 9 to Brian Beach Deposition | AA-Patterson-0000600 | May Use |
| AE | Exhibit 11 to Brian Beach Deposition | AA-Patterson-0000622-0000623 | May Use |
| AF | Exhibit 13 to Brian Beach Deposition | AA-Patterson-0000624-0000625 | May Use |
| AG | Exhibit 14 to Brian Beach Deposition | AA-Patterson-0000633 | May Use |
| AH | Exhibit 15 to Brian Beach Deposition | AA-Patterson-0000642 | May Use |
| AI | Exhibit 22 to Brian Beach Deposition | AA-Patterson-0000610-0000611 | May Use |
| AJ | Exhibit 23 to Brian Beach Deposition | AA-Patterson-0000626-0000627 | May Use |
| AK | Exhibit 25 to Brian Beach Deposition | AA-Patterson-0000749 | Expect to Use |
| AL | Exhibit 26 to Brian Beach Deposition | AA-Patterson-0000750 | Expect to Use |
| AM | Exhibit 28 to Brian Beach Deposition | AA-Patterson-0000751 | Expect to Use |
| AN | Exhibit 29 to Brian Beach Deposition | AA-Patterson-0000752 | Expect to Use |
| AO | Exhibit 36 to Brian Beach Deposition | AA-Patterson-0000777 | Expect to Use |
| AP | Exhibit 40 to Brian Beach Deposition | AA-Patterson-0000770-0000771 | Expect to Use |
| AQ | Exhibit 41 to Brian Beach Deposition | AA-Patterson-0000768 | Expect to Use |
| AR | Exhibit 42 to Brian Beach Deposition | AA-Patterson-0000772 | Expect to Use |
| AS | Exhibit 43 to Brian Beach Deposition | AA-Patterson-0000853 | Expect to Use |
| AT | Exhibit 44 to Brian Beach Deposition | AA-Patterson-0000852 | May Use |
| AU | Exhibit 5 to James Bonds Deposition | AA-Patterson-0000226 | Expect to Use |
| AV | Exhibit 7 to James Bonds Deposition | AA-Patterson-0000526 | Expect to Use |
| AW | Exhibit 13 to James Bonds Deposition | AA-Patterson-0000083-0000084 | Expect to Use |
| AX | Exhibit 20 to James Bonds Deposition | AA-Patterson-0000097-0000122 | Expect to Use |
| AY | Exhibit 23 to James Bonds Deposition | AA-Patterson-0000475 | Expect to Use |
| AZ | Exhibit 1 to Dr. Jeral Ahtone Deposition | Patterson_00144 | Expect to Use |
| BA | Exhibit 2 to Dr. Jeral Ahtone Deposition | Patterson_Knippa_00001 | Expect to Use |
| BB | Exhibit 3 to Dr. Jeral Ahtone Deposition | Patterson_Knippa_00001-00002 | Expect to Use |

835060

| Ex. No. | Description of Document | Bates Number | Expect/May Use |
|---|---|---|---|
| BC | Exhibit 4 to Dr. Jeral Ahtone Deposition | Patterson_Knippa_00004-00017 | Expect to Use |
| BD | Exhibit 10 to Dr. Jeral Ahtone Deposition | AA-Patterson-0000921-0000923 | Expect to Use |
| BE | Exhibit 41 to Michelle Montgomery Deposition | AA-Patterson-0000238-0000240 | Expect to Use |
| BF | Exhibit 75 to Michelle Montgomery Deposition | Patterson_00349 | May Use |
| BG | Exhibit 7 to Mark Cronin Deposition | AA-Patterson-0000480 (CDT) | Expect to Use |
| BH | Exhibit 8 to Mark Cronin Deposition | AA-Patterson-0000493 (CDT) | Expect to Use |
| BI | Exhibit 9 to Mark Cronin Deposition | AA-Patterson-0000506 (CDT) | Expect to Use |
| BJ | Exhibit 1 to Glenn Whitehouse Deposition | AA-Patterson-0000001-0000006 | May Use |
| BK | Exhibit 15 to Glenn Whitehouse Deposition | AA-Patterson-0000123-0000141 | May Use |
| BL | Exhibit 20 to Glenn Whitehouse Deposition | AA-Patterson-0000085-0000096 | May Use |
| BM | Exhibit 22 to Glenn Whitehouse Deposition | AA-Patterson-0000052 | May Use |
| BN | Exhibit 23 to Glenn Whitehouse Deposition | AA-Patterson-0000053 | May Use |
| BO | Exhibit 29 to Glenn Whitehouse Deposition | AA-Patterson-0000822-0000823 | May Use |
| BP | Email from Luis Rojas to MIA-CHAIR, MIA-VICE, APA Legal, Mark Cronin, Brian Beach, James Bonds, Kevin Mase, and Sean Scialfa; 9/25/2015 - 11:13:14 AM (CDT); Subject: Withhold from Service - FO Rodney Scott Patterson (576006) | AA-Patterson-0000407 (CDT) | Expect to Use |
| BQ | Report of Dr. Edwin Bercaw | ECF No. 87-1 | Expect to Use |
| BR | Hearing Exhibit 1 by Plaintiff Rodney Scott Patterson re: [ECF] 78 Discovery Hearing ("3 Emails Between Glenn Caddy and Edwin Bercaw") | ECF No. 79 | Expect to Use |
| BS | Letter from Dr. Edwin Bercaw to Glenn Caddy; May 6, 2016; | ECF No. 92-1 | May Use |
| BT | Plaintiff's August 15, 2017 Objections and Answers to First Set of Interrogatories | ECF No. 48-3 | May Use |
| BU | Plaintiff's May 24, 2018 Amended Interrogatory Answers | ECF No. 54-1 | May Use |
| | Any and all exhibits used solely for impeachment purposes, which need not be identified on an exhibit list. | | |
| | American may also rely on affidavits or declarations to establish the authenticity and/or admissibility of its trial exhibits. Because such affidavits or declarations may not be admissible as substantive evidence, they are not specifically identified on this Exhibit List. | | |

835060

| Ex. No. | Description of Document | Bates Number | Expect/May Use |
|---|---|---|---|
| | American may also rely on transcripts or video recordings of deposition testimony given in this case. | | |
| | American reserves the right to amend and/or supplement this exhibit list upon reasonable notice to the Plaintiff. | | |
| | American reserves the right to use at trial any document appearing on Plaintiff's Exhibit List or otherwise relied upon in any way by Plaintiff at trial. | | |
| | By listing materials on this exhibit list, American does not waive any objection it may have to use of these materials by Plaintiff. | | |

*Bates Numbers indicating "CDT" refer to documents that were originally produced in Coordinated Universal Time and were later produced under the same Bates Number using Central Daylight Time.

835060