UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO.: 1:17-cv-60533-MARTINEZ-OTAZO-REYES

RODNEY SCOTT PATTERSON,
    Plaintiff,

vs.

AMERICAN AIRLINES, INC., a Delaware Corporation,

    Defendant.
_____/

**[PROPOSED]**
**ORDER GRANTING AMERICAN AIRLINES, INC.'S**
**MOTION IN LIMINE TO EXCLUDE EVIDENCE OF OR REFERENCES TO**
**ANY ALLEGED BREACH, MISINTERPRETATION, OR MISAPPLICATION**
**OF AMERICAN'S PILOT COLLECTIVE BARGAINING AGREEMENT**

**THIS CAUSE** came before the Court upon American Airlines, Inc.'s Motion In Limine to Exclude Evidence of or References to Any Alleged Breach, Misinterpretation, or Misapplication of American's Pilot Collective Bargaining Agreement (the "Motion"), ECF No. ___. The Court has considered the Motion and has been sufficiently advised. It is hereby:

**ORDERED AND ADJUDGED** that the Motion is **GRANTED**.

**DONE AND ORDERED** in Chambers at Miami, Florida, this ___ day of July, 2018.

                                            **JOSE E. MARTINEZ**
                                            **UNITED STATES DISTRICT JUDGE**

Copies provided to:
    United States Magistrate Judge Otazo-Reyes
    All Counsel of Record (see attached Service List)

## SERVICE LIST

| | |
|---|---|
| William R. Amlong, Esq.<br>WRAmlong@TheAmlongFirm.com<br>Karen Coolman Amlong, Esq.<br>KAmlong@TheAmlongFirm.com<br>**AMLONG & AMLONG, P.A.**<br>500 Northeast Fourth Street<br>Fort Lauderdale, FL 33301<br>Telephone: (954) 462-1983<br>Facsimile: (954) 523-3192<br><br>Noel C. Pace, Esq.<br>(*Pro Hac Vice)*<br>noel.c.pace.esq@gmail.com<br>206 N.W. 91 Street<br>El Portal, Florida 33150<br>Telephone: (305) 710-3713<br><br>(Service via CM/ECF)<br><br>*Counsel for Plaintiff* | Michael A. Holt, Esq.<br>mholt@shb.com<br>**SHOOK, HARDY & BACON L.L.P.**<br>Miami Center, Suite 3200<br>201 South Biscayne Boulevard<br>Miami, Florida 33131<br>Telephone: (305) 358-5171<br>Facsimile: (305) 358-7470<br><br>Mark W. Robertson, Esq.<br>mrobertson@omm.com<br>(*Pro Hac Vice*)<br>**O'MELVENY & MYERS LLP**<br>Times Square Tower 7 Times Square<br>New York, New York 10036<br>Telephone: (212) 326-2000<br>Facsimile: (212) 326-2061<br><br>Tristan Morales, Esq.<br>tmorales@omm.com<br>(*Pro Hac Vice*)<br>**O'MELVENY & MYERS LLP**<br>1625 Eye Street, Northwest<br>Washington, DC 20006<br>Telephone: (202) 383-5300<br>Facsimile: (202) 383-5414<br><br>(Service via CM/ECF)<br><br>*Counsel for American Airlines, Inc.* |