**From:** Beach, Brian
**To:** Montgomery, Michelle
**Sent:** 10/13/2016 2:20:44 PM
**Subject:** FW: Message

---

**From:** Beach, Brian
**Sent:** Monday, August 22, 2016 6:57 AM
**To:** 'Scott'
**Subject:** RE: Message

Scott,
As you know, I left a voicemail for you to call me back about this issue but you did not. If you believe that you are ready to return to work, we will schedule an appointment with Dr. Knippa to conclude the Section 20 process. I'm happy to discuss, give me a call sir.
Regards,
Brian

**American Airlines**
Captain Brian Beach
Director of Flight Miami
American Airlines
305-526-1230 Office
786-424-4506 Cell


**From:** Scott [mailto:aa737drvr@aol.com]
**Sent:** Friday, August 19, 2016 5:22 PM
**To:** Beach, Brian
**Subject:** Message

Captain Beach,

I received your message the other day. I have received my first class medical, however Jetnet is not very clear on the procedure to clear.

Would you kindly detail for me the process under Section 20.

v/r

Scott Patterson

PLAINTIFF'S EXHIBIT 44

AA-Patterson-0000852