UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Fort Lauderdale Division

Case Number: 1:17-cv-60533-JEM

RODNEY SCOTT PATTERSON,

    Plaintiff,

vs.

AMERICAN AIRLINES, INC.
a Delaware Corporation,

    Defendant.
_____/

**Plaintiff's Notice of Expert Disclosure**

Plaintiff, Rodney Scott Patterson, pursuant to Federal Rule of Civil Procedure 26(a)(2)(C), hereby discloses he intends to call Ibrahim Abi-Rafeh, M.D., his treating psychiatrist as an expert witness.

As to the requirements of Rule 26(a)(2)(c)(i) i.e., "the subject matter on which the witness is expected to present evidence under Federal Rule of Evidence 702, 703 or 705," Dr. Abi-Rafeh is expected to testify about:

***One***, the psychological injuries suffered by plaintiff because of the treatment while employed and thereafter removed from duty by American Airlines, Inc.

***Two***, the diagnosis; and

***Three***, plaintiff's prognosis.



**The Amlong Firm** • 500 Northeast Fourth Street • Fort Lauderdale, FL  33301 • 954.462.1983

The "facts and opinions to which the witness is expected to testify," Rule 26(a)(2)(c)(ii), are summarized as follows:

**First**, that based upon his examination of plaintiff, plaintiff was suffering a reactive stress state caused by attacks on him;

**Second**, that plaintiff was well-adjusted and mentally strong without a need for therapeutic support or medication.

<div style="margin-left:auto;">

Respectfully submitted,

/s/ Isha Kochhar
WILLIAM R. AMLONG
Florida Bar Number 470228
WRAmlong@TheAmlongFirm.com
KAREN COOLMAN AMLONG
Florida Bar Number 275565
KAmlong@TheAmlongFirm.com
ISHA KOCHHAR
Florida Bar Number 105294
IKochhar@TheAmlongFirm.com

AMLONG & AMLONG, P.A.
500 Northeast Fourth St., Second Floor
Fort Lauderdale, Florida 33301
(954)462-1983

**Attorneys for Plaintiff,
  Rodney Scott Patterson**

</div>

### Certificate of Service

I hereby certify that a true and correct copy of the above was served via the Southern District of Florida's CM/ECF system on this 1st day of November, 2017 to the individuals listed below.

/s/ Isha Kochhar
ISHA KOCHHAR

## Service List

| | |
|---|---|
| WILLIAM R. AMLONG<br>WRAmlong@TheAmlongFirm.com<br>Florida Bar Number 470228<br>KAREN COOLMAN AMLONG<br>KAmlong@TheAmlongFirm.com<br>Florida Bar Number 275565<br>ISHA KOCHHAR<br>Florida Bar Number 105294<br>IKochhar@TheAmlongFirm.com<br><br>AMLONG & AMLONG, P.A.<br>500 Northeast Fourth Street,<br>Second Floor<br>Fort Lauderdale, Florida 33301<br>Tel: (954) 462-1983<br><br>***Attorneys for Plaintiff,***<br>   ***Rodney Scott Patterson*** | MICHAEL A. HOLT<br>mholt@shb.com<br>**SHOOK, HARDY & BACON L.L.P.**<br>Miami Center, Suite 3200<br>201 South Biscayne Boulevard<br>Miami, Florida 33131<br>Telephone: (305) 358-5171<br>Facsimile: (305) 358-7470<br><br>MARK W. ROBERTSON, ESQ.<br>mrobertson@omm.com<br>**O'MELVENY & MYERS LLP**<br>Times Square Tower<br>7 Times Square<br>New York, New York 10036<br>Telephone: (212) 326-2000<br>Facsimile: (212) 326-2061<br><br>TRISTAN MORALES<br>tmorales@omm.com<br>**O'MELVENY & MYERS LLP**<br>1625 Eye Street, Northwest<br>Washington, District of Columbia 20006<br>Telephone: (202) 383-5300<br>Facsimile: (202) 383-5414<br><br>***Counsel for Defendant***,<br>   ***American Airlines, Inc.*** |