**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
FORT LAUDERDALE DIVISION

CASE NO.: 1:17-cv-60533-MARTINEZ-OTAZO-REYES

RODNEY SCOTT PATTERSON,
       Plaintiff,

vs.

AMERICAN AIRLINES, INC., a Delaware
Corporation,

       Defendant.

_____/

**[PROPOSED]**
**ORDER GRANTING AMERICAN AIRLINES, INC.'S**
**MOTION IN LIMINE TO EXCLUDE EVIDENCE SUBSEQUENT MEDICAL REPORTS**

       **THIS CAUSE** came before the Court upon American Airlines, Inc.'s Motion In Limine to

Exclude Evidence of Subsequent Medical Reports (the "Motion"), ECF No. ___. The Court has

considered the Motion and has been sufficiently advised. It is hereby:

       **ORDERED AND ADJUDGED** that the Motion is **GRANTED**.

       **DONE AND ORDERED** in Chambers at Miami, Florida, this ___ day of July, 2018.


                                                  _____
                                                  **JOSE E. MARTINEZ**
                                                  **UNITED STATES DISTRICT JUDGE**

Copies provided to:
       United States Magistrate Judge Otazo-Reyes
       All Counsel of Record (see attached Service List)

1

## SERVICE LIST

William R. Amlong, Esq.
WRAmlong@TheAmlongFirm.com
Karen Coolman Amlong, Esq.
KAmlong@TheAmlongFirm.com
**AMLONG & AMLONG, P.A.**
500 Northeast Fourth Street
Fort Lauderdale, FL 33301
Telephone: (954) 462-1983
Facsimile: (954) 523-3192

Noel C. Pace, Esq.
(*Pro Hac Vice)*
noel.c.pace.esq@gmail.com
206 N.W. 91 Street
El Portal, Florida 33150
Telephone: (305) 710-3713

(Service via CM/ECF)

*Counsel for Plaintiff*

Michael A. Holt, Esq.
mholt@shb.com
**SHOOK, HARDY & BACON L.L.P.**
Miami Center, Suite 3200
201 South Biscayne Boulevard
Miami, Florida 33131
Telephone: (305) 358-5171
Facsimile: (305) 358-7470

Mark W. Robertson, Esq.
mrobertson@omm.com
(*Pro Hac Vice*)
**O'MELVENY & MYERS LLP**
Times Square Tower 7 Times Square
New York, New York 10036
Telephone: (212) 326-2000
Facsimile: (212) 326-2061

Tristan Morales, Esq.
tmorales@omm.com
(*Pro Hac Vice*)
**O'MELVENY & MYERS LLP**
1625 Eye Street, Northwest
Washington, DC 20006
Telephone: (202) 383-5300
Facsimile: (202) 383-5414

(Service via CM/ECF)

*Counsel for American Airlines, Inc.*