UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Fort Lauderdale Division

Case Number: 1:17-cv-60533-JEM

RODNEY SCOTT PATTERSON,

    Plaintiff,

vs.

AMERICAN AIRLINES, INC.
a Delaware Corporation,

    Defendant.
_____/

## Plaintiff's Notice of Expert Disclosure

Plaintiff, Rodney Scott Patterson, pursuant to Federal Rule of Civil Procedure 26(a)(2)(C), hereby discloses he intends to call Ibrahim Abi-Rafeh, M.D., his treating psychiatrist as an expert witness.

As to the requirements of Rule 26(a)(2)(c)(i) i.e., "the subject matter on which the witness is expected to present evidence under Federal Rule of Evidence 702, 703 or 705," Dr. Abi-Rafeh is expected to testify about:

***One***, the psychological injuries suffered by plaintiff because of the treatment while employed and thereafter removed from duty by American Airlines, Inc.

***Two***, the diagnosis; and

***Three***, plaintiff's prognosis.



**The Amlong Firm** • 500 Northeast Fourth Street • Fort Lauderdale, FL  33301 • 954.462.1983

The "facts and opinions to which the witness is expected to testify," Rule 26(a)(2)(c)(ii), are summarized as follows:

**First**, that based upon his examination of plaintiff, plaintiff was suffering a reactive stress state caused by attacks on him;

**Second**, that plaintiff was well-adjusted and mentally strong without a need for therapeutic support or medication.

Respectfully submitted,

/s/ Isha Kochhar
WILLIAM R. AMLONG
Florida Bar Number 470228
WRAmlong@TheAmlongFirm.com
KAREN COOLMAN AMLONG
Florida Bar Number 275565
KAmlong@TheAmlongFirm.com
ISHA KOCHHAR
Florida Bar Number 105294
IKochhar@TheAmlongFirm.com

AMLONG & AMLONG, P.A.
500 Northeast Fourth St., Second Floor
Fort Lauderdale, Florida 33301
(954)462-1983

***Attorneys for Plaintiff,
   Rodney Scott Patterson***

### Certificate of Service

I hereby certify that a true and correct copy of the above was served via the Southern District of Florida's CM/ECF system on this 1st day of November, 2017 to the individuals listed below.

/s/ Isha Kochhar
ISHA KOCHHAR

## Service List

WILLIAM R. AMLONG
WRAmlong@TheAmlongFirm.com
Florida Bar Number 470228
KAREN COOLMAN AMLONG
KAmlong@TheAmlongFirm.com
Florida Bar Number 275565
ISHA KOCHHAR
Florida Bar Number 105294
IKochhar@TheAmlongFirm.com

AMLONG & AMLONG, P.A.
500 Northeast Fourth Street,
Second Floor
Fort Lauderdale, Florida 33301
Tel: (954) 462-1983

***Attorneys for Plaintiff,
     Rodney Scott Patterson***

MICHAEL A. HOLT
mholt@shb.com
**SHOOK, HARDY & BACON L.L.P.**
Miami Center, Suite 3200
201 South Biscayne Boulevard
Miami, Florida 33131
Telephone: (305) 358-5171
Facsimile: (305) 358-7470

MARK W. ROBERTSON, ESQ.
mrobertson@omm.com
**O'MELVENY & MYERS LLP**
Times Square Tower
7 Times Square
New York, New York 10036
Telephone: (212) 326-2000
Facsimile: (212) 326-2061

TRISTAN MORALES
tmorales@omm.com
**O'MELVENY & MYERS LLP**
1625 Eye Street, Northwest
Washington, District of Columbia 20006
Telephone: (202) 383-5300
Facsimile: (202) 383-5414

***Counsel for Defendant,
     American Airlines, Inc.***