UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO.: 1:17-cv-60533-MARTINEZ-OTAZO-REYES

RODNEY SCOTT PATTERSON,
    Plaintiff,

vs.

AMERICAN AIRLINES, INC., a Delaware Corporation,

    Defendant.
_____/

**[PROPOSED]
ORDER GRANTING AMERICAN AIRLINES, INC.'S
MOTION IN LIMINE TO EXCLUDE UNDISCLOSED OPINION
TESTIMONY AND INADMISSIBLE HEARSAY BY DR. CADDY**

**THIS CAUSE** came before the Court upon American Airlines, Inc.'s Motion In Limine to Exclude Undisclosed Opinion Testimony and Inadmissible Hearsay by Dr. Caddy (the "Motion"), ECF No. ___. The Court has considered the Motion and has been sufficiently advised. It is hereby:

**ORDERED AND ADJUDGED** that the Motion is **GRANTED**.

**DONE AND ORDERED** in Chambers at Miami, Florida, this ___ day of July, 2018.

 

                                                **JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE**

Copies provided to:
    United States Magistrate Judge Otazo-Reyes
    All Counsel of Record (see attached Service List)

## SERVICE LIST

William R. Amlong, Esq.
WRAmlong@TheAmlongFirm.com
Karen Coolman Amlong, Esq.
KAmlong@TheAmlongFirm.com
**AMLONG & AMLONG, P.A.**
500 Northeast Fourth Street
Fort Lauderdale, FL 33301
Telephone: (954) 462-1983
Facsimile: (954) 523-3192

Noel C. Pace, Esq.
(*Pro Hac Vice*)
noel.c.pace.esq@gmail.com
206 N.W. 91 Street
El Portal, Florida 33150
Telephone: (305) 710-3713

(Service via CM/ECF)

*Counsel for Plaintiff*

Michael A. Holt, Esq.
mholt@shb.com
**SHOOK, HARDY & BACON L.L.P.**
Miami Center, Suite 3200
201 South Biscayne Boulevard
Miami, Florida 33131
Telephone: (305) 358-5171
Facsimile: (305) 358-7470

Mark W. Robertson, Esq.
mrobertson@omm.com
(*Pro Hac Vice*)
**O'MELVENY & MYERS LLP**
Times Square Tower 7 Times Square
New York, New York 10036
Telephone: (212) 326-2000
Facsimile: (212) 326-2061

Tristan Morales, Esq.
tmorales@omm.com
(*Pro Hac Vice*)
**O'MELVENY & MYERS LLP**
1625 Eye Street, Northwest
Washington, DC 20006
Telephone: (202) 383-5300
Facsimile: (202) 383-5414

(Service via CM/ECF)

*Counsel for American Airlines, Inc.*