September 24th, 2015

Captain Brian Beach,

After numerous calls to APA professional standards without any relief,
I am formally asking you to help me declare that I have been a target of workplace harassment by First Officer Scott Patterson. I am asking for your assistance in filing this as a hostile work environment. I ask that you take the below statements to American airlines corporate human resources for review and action.

Below is a rewritten statement of facts and opinion I wrote last year after my trip on October 7th, 2015 for APA professional Standards. I cleaned up grammar and spelling issues.

I was contacted by First officer Patterson days prior to the trip about going to the Iguazu falls via what's app. I told him I would consider it. He asked me if his family could ride the crew van. I told him I had no issue with this and it would be ok. At this time, I had no knowledge I had a dead head crew riding with us.

On the morning of October 8th, 2014 I was informed after the arrival in ASU by the purser Heidi that FB Patterson was rude to her and Lisa and never introduced himself to the crew. She told me he took the pillows from the 2EF seats in business class for his family. She also informed me of an issue during boarding with his wife and children with carryon bag storage. He apparently took passengers bags out of the overhead near door 2L, set them on the jet bridged to be checked and put his family bags there.

FB Patterson complained often during flight about the dead head flight attendants in business class. He said it was not fair his family had to sit in coach. He said flight attendants should not be allowed DH in business only pilots.
Prior to taxi in Miami after pushback, FB Patterson was moving overhead switches and reached forward to move the flap lever from the jump seat. He is not the first officer. He was interfering with the FO normal flow of duties and not following SOP.
I told him if he wants to be FO, then bid it, otherwise keep your hands off.

During the entire trip, he constantly acts as if he is the captain and wants to make the decisions.

After his crew break when he returned to the flight deck, he informed me his daughter would be watching a video in the rest seat next to me. I told him no. I told him this was not acceptable under 117 rules and he needed to move her back to coach.
He was not happy about my decision. Told me if he was captain he would allow it. I told him it's against FARS to have a person in the seat. I never allow anyone next to us during rest.

Upon arrival in ASU, I was informed by my FA crew his wife was rude and demanding during flight.
When I arrived at the hotel van for pickup at the airport, Patterson told the FAs on the van to double up. He told his kids and wife to take a seat. The FAs refused to double up ( sit 3-4 in 2

# ATTACHMENT 4

seats) and this left no seats available for his wife and children. He then told his wife to take a seat and told his children to sit on the floor at the front of the van. I got off the van and told him there was no room on the van and he needed to take a taxi. I informed Patterson it was not safe for his children to sit on the floor of the van and to take a taxi. I offered to pay for the taxi. He refused my offer. He got mad at me telling me the bus driver said it was ok for his children to sit on the floor. I once again told him "NO, in the interest of safety for his children and my crew I would not allow it". I told him I was in a few crew van accidents already and I wanted them in a seat or there would be no van ride. He then demanded his bags be removed from the van. I told him not to worry about his bags. I would have them looked after when we arrived at the hotel. He said no. Because of this delay, the crew had to wait another 10-15 minutes as the driver had to unload almost all the bags to find his bags. His wife and kids had put theirs on first.

During the ride to the hotel, FA Caesar said he was writing First Officer Patterson up. I told the FAs if they felt he needed to do this then to call APA professional standards.
FB Patterson arrived at the hotel about 10 minutes after we did. I was standing with four FAs waiting for our room keys. He ran over to me and said, "dude we were robbed by street people in the taxi", I looked at him and said "Scott you are full of BS". I looked at his child and asked the young boy if this was true. His child just looked away as if he knew his dad was lying and did not say a word. The four FAs standing with me heard this claim of being robbed also.

Later that night while I was at dinner with the crew, FB Patterson searched the city for us and found us at a restaurant. He clearly made a great effort to search and find us.
He walked up to me and said he wanted to speak with me. I got up and went to the restroom. He followed me there. He informed me he had been written up by the flight attendants. He then went on a tirade about how he was going to have the entire crew fired. I asked why, he said he had video evidence from the hotel showing all the crew drinking on the bus with stolen alcohol. He then told me he paid the van driver $100 to take video evidence of the crew drinking on the van. I informed Patterson no one was drinking to my knowledge. He said "the entire crew is your responsibility captain and if one crew member is drinking then I deserve to be terminated". I told Patterson I'm not a baby sitter for the entire crew.
He then threatened me and said "my mother is the corporate counsel with US airways, and captain since you are in charge of the crew you will be fired." I told him do not threaten me. He then said "I have friends in management and you and the FO and all the flight attendants will lose your job. " I told him again to stop threatening me. He then informed me FAs we're smuggling food into the country and because he has a diplomatic passport he would see to it that the crew was banned from coming to ASU for 3-5 years.
I told him to get lost and stop making threats.

The next day, I arranged to meet with the hotel manager. When I asked to see the manager, he asked who I was. I told him I was the captain from yesterday's inbound flight.
I told him my first officer Scott Patterson was telling me the hotel manager gave him video of the crew drinking alcohol while exiting the crew van. The hotel manager informed me this is not true. He said Patterson never met him. The manager told me he would have never given him any video had he asked.
I later found out FB Paterson told the front desk in ASU he was the captain of the trip and not myself. Flight attendants also heard him say this to the front desk at the hotel.

At breakfast the next morning, Patterson walked over to me and Captain Chip Worthington. Chip was the captain from the inbound crew. He informed Captain Worthington of the presence of a ghost rider on the inbound flight that Captain Worthington had flown in. He told us he arranged with AA corporate security to have this ghost rider observe the crew tonight. He told me we were all on notice and we had better watch ourselves. I again told him BS and informed him I did not believe him and he lacked of any credibility.
He again started threatening me about termination because his mom is head counsel at USAir and told me our jobs will be terminated.
Capt Worthington was a witness to this exchange.

After breakfast, I called Capt. Mark Mondrich APA professional.
Captain Mark Mondrich said he had spoken with Patterson already but his story was far different from what the flight attendants had written. I asked Capt. Mondrich to read the FA write up to me. I informed him the FA write up was factually correct.
Captain Mondrich told me the FA write up had reached Captain Scialfa's desk. He said the report was kicked back to APA professional standards.
Captain Mondrich stated FB Patterson made allegations against me. He told Captain Mondrich I had the purser sit next to me during my crew rest. He also told him I had sexual relations in the rest seat with the purser during my crew break. This is a flat out lie and I don't like it. No one slept next to me and broke 117 rules.

That afternoon I called all the flight attendants I could reach by phone. I informed them of the allegations he was saying and to please keep record of anything he says to them
.
During the bus ride back to the airport for our night departure, the Spanish speaking FA talked with the van driver and asked him about the $100 for video and pictures. The driver informed the FA this was not true and he was never paid to take photos.

That evening before departure, FB Patterson came on the flight deck and said "dude! My corporate intelligence tells me the FA Caesar has had 3 termination hearings this year and I will have his ass fired."
I told FB Patterson he was digging himself a hole and to stop making things up. I informed Patterson not only could he be terminated for illegally using ones personal file against them, but whomever gave him this information will also lose their job for disclosing it if this is true. I just did not find this to be factual statement and dismissed it as more rhetoric.
I was informed by the station personal in ASU the paper work was delayed due to a bad printer. The station told me they were working on it and I would receive my flight plan shortly. When FB Patterson came onto the flight deck about 30 minutes prior to departure, he asked where the paperwork was. I informed him it was coming and to not worry about it. Once again FB Patterson sprang into action. He went storming out of the flight deck. I asked FO Flannigan to follow him. First officer Flannigan said Patterson was yelling at the agent. Patterson told the agent he would have them fired for not getting the flight plan. Patterson also told the agent to get a good attorney. FO Flannigan said he witnessed this entire conversation. FO Flannigan informed me Patterson was acting very bad and seemed delusional, and was way over the top.
FB Patterson then threatened to have the flight cancelled if I did not support him in this matter about the paperwork as if he is the captain and it's his responsibility.

During the 2.5 hours in flight while FO Flannigan was on break, I heard FB Patterson say numerous times about FA Caesar "I will get that faggot fired" I heard him say the N word on many occasions about African American FOs I had flown with to VVI.

He then out of the blue thanks me for paying for his taxi cab ride to the hotel. I told FB Patterson," I had offered, but you declined "he said "oh no Captain, you paid my taxi bill,  I have a hotel receipt showing you put a $30 credit to my room." I said "Scott you're full of shit and what are you insinuating?" He said "looks like bribe to me captain." I then asked him to show me all the evidence he claimed to have. And he said, "AA corporate security and his mom at US Airways told him he can't show it and it will be used at the hearing when I fired. I told him he was lying. He then told me he was friends of the flight office in MIA and would get me, the FO, and all of the crew fired.

I told him he needed to back off and stop threatening me.

I told Patterson there was no way he will be able to destroy the careers of many over a stupid bus ride issue that he started.

I then told him he has no concern for his children's safety and it was his fault for being an ungracious ass in the first place.

I asked him why he was concerned about his bags on the crew bus, he said the crew van gets robbed all the time and did not want his bags robbed without himself being there to defend the crew. I said "then if this is true Scott and the hotel van gets robbed often, are you not safer in a taxi, he contradicted himself with that statement.

He then went on and on in the flight nonstop for 2 hours assaulting me with termination. At one point I wanted to kick him out of the cockpit but FO Flannigan needed his rest.

He eventually stopped just prior to my break.

When I went back on my break, he told my FO Flannigan he had me shaking in my boots.

He then told FO Flannigan he wanted him.(the FO) to support him, or he would be terminated due to his association with the crew.

Now this sounds like a comment to create fear and intimidation. Is this not a violation of company rules or company policy?

When I went back on my break, I asked FA Caesar if he was ever in trouble with the company. He said no just a few late sign ins. So once again FB Patterson was making stuff up.

When leaving the aircraft, FB Patterson stopped at the 2Ldoor, turned around and started taking pictures of the FAs and told them "I got you!, I got your picture." I witnessed his actions from the middle of the business class cabin but could not hear him say those words.

I was later waiting for my commuter flight to Chicago and 2 FAs from the flight looked for and found me to inform me they were behind FB Patterson in the line at customs. FB Patterson looked back at the FAs and told the customs inspector to check the crew for illegal stuff and was pointing at them.

This I did not witness.

I called professional standards the next day and told Capt Mondrich I thought I had diffused the situation with Patterson but FB Patterson decided to go nuclear on the crew at the end of the trip.

I asked him to please find out how I can avoid flying with Patterson. Professional Standards told me he would tell FB Paterson to put me on his do not pair list.
Capt. Mondrich said he knows Patterson and also said he knows how he can act. I did not like this statement because it appears to me he is covering for him. This behavior is totally uncalled for, against company policy and should not be brushed under the rug. What the hell is a person of this character doing in an AA cockpit? I would hate to ever have anyone I know on his flights. Below are other comments FB Patterson has said to me that makes me believe he is in need of serious physiological help.

Patterson was telling me he is the popular "go to guy" the Miami flight office calls anytime someone is in trouble and a hearing is called. I asked him if he works for Professional Standards. He said no. Somehow I find the hard to believe he is the Miami go to guy the union calls.
I know of many captains who will not fly with him, so I'm assured that FB is the problem.
He does seem delusional, making up his own facts and telling many stories. I think he really believes his own stories but to many they are obviously not true.

I asked him about the rumor of the first officer led diversion into Santa Cruz he was a part of. Instead of telling me the facts, he went on an instant rampage. He said he was going to get the captain and first officer terminated for spreading false rumors. I informed him I did not hear it from the crew and he needed to calm down. He then said his mom is the corporate counsel at US airways and could have anyone he chooses fired.
On November 7th 2014, I was in Rio with a gate delay due to maintenance. While standing near the 1L door, I overheard the flight attendants speaking about the asshole captain who kicked crew member families off hotel crew vans. I let the conversation continue then chimed in telling them I was the ass hole and maybe they need to know the facts before believing what they heard. I asked the FAs where they heard this and they told me a first officer got on the parking lot bus in MIA and was telling everyone on the bus in a loud voice my last name and what an ass hole I was for kicking his family off the van. I consider this slanderous. I called APA professional standards and they said they would counsel him about his behavior.

He has been telling the hotel staff in Santa Cruz he is a captain for AA. He told Los Tojibos personal he works for AA corporate security looking to bust crew members but dresses as a first officer.
He tells many he flies with he is a police officer, but I found out from Capt Tom Snelling this not true.
On my trip to VVI back in august of 2014, I was complaining about my back being sore. Patterson jumped out of his seat, tells me he is a chiropractor and wanted to adjust me. I told him don't touch me.
He tells many stories about owning a Saber jet and is flying government missions on the side. I thought this is not allowed unless it's official military flying? Does he have company permission?
He informed the crew AA called him to make sure he has his standing bid list ready because they wanted him to be captain soon.
Looking at his seniority number, 7100+ it just seems to be another delusional lie.
He said when he is captain, things will be different. He will demand respect and FAs will fear him.

I told him many times you cannot demand respect, you earn it, and he tells me I'm wrong, because in the military he is a king. I don't see it this way and god help AA when he does make captain, just my opinion.

Capt. Glenn Whitehouse

17957

On or about the morning of January 26th 2015 I was standing on the curb at VVI airport. I had just exited the crew van from the hotel. While waiting for my crew bags, the hotel van with the inbound crew drove by. First officer Scott Patterson was pointing at me as he drove by like his finger was gun. He looked as if he was saying I'm going to get you. My first officers witnessed this and thought he was some kind of friend joking around with me. I did not tell them what happened in the past
When I got back to Miami, I received a text message from Lima based flight attendant Jose Luis Elizondo. He said the first officer was talking bad about me and was an embarrassment in front of the other FAs whom know me. Again, Patterson was making slanderous statements. You should have a written statement from Jose Luis Elizondo from Capt Beach. I called APA professional standards about his behavior. They said they would counsel him again.

On February 16th I was also the target of an intense search by VVI customs, but did not suspect anything unusual at this time.
On February 22nd, 2015 I was the target on a more intense search by customs in VVI. I have flown to this station for over 2 years and have known the customs personal to be courteous, friendly and non threatening. In front of my entire crew, I was subjected to what is not considered a normal VVI bag check. They wanted to take all my personal belonging, my company I pad, personal I pad, phone and all. After I proved to these customs people I was not hiding anything they let me go. My crew behind me was stood in awe as to the treatment the captain was given. They all were given a pass. I decided to look into the past and see who has flown into VVI before me. As I had suspected, the Spanish speaking first officer Scott Patterson was in VVI just before me. I thought he may have said something to the customs personal tin VVI to harass me. The next morning while setting up for departure, an employee of Santa Cruz whom wishes to remain confidential said they heard first officer Patterson was smuggling firearms into Santa Cruz for the narcotic cops. This statement was also heard by first officer Dave Atwater. I looked at the employee and asked if they had told Estrella what they had heard. Their response was they were afraid if they came forward the cops would kill them.

When I returned to Miami, I sent a Letter to Estrelle the LPB/VVI station manager. Below is the letter I sent.

Hello Estrella,

I hope you are well and I look forward to meeting with you Wednesday morning, I am writing to inform you about the way I was treated in customs Sunday morning.
On February 16th I was also treated differently but I thought it was just a one time thing. I have been flying to Santa Cruz now for a few years, and I am fully aware of the baggage searches and have always been treated respectfully and politely.
On Sunday morning, I was singled out for intense scrutiny. My crew whom witnessed this were in awe. I have never been treated like this ever anywhere. The customs girl was questioning my company iPad, my personal iPad and my lap top. They also tore apart my things and she was disrespectful.
As of last October 2014, I was on a trip to ASU and had a difficult time with a first officer Scott Patterson. As you know he frequently flies to VVI. Although it's a long story, in a nut shell he is threatening me and the entire crew with termination because there was not room on the hotel van for his family and I made him take a taxi.
He even went as far as telling customs in Miami to search the entire crew. The story is long, but as recent as January 27th, Lima based flight attendants while on layover in Santa Cruz notified me that first officer Patterson was taking bad about me in the van and making false malicious threats.
I contacted the Allied Pilots Association professional standards personal about this and they counseled him.
On February 13th first Patterson was in Santa Cruz a few days before a seen a change in the behavior in the customs personal towards me.
I have flown with first officer Patterson, and he is not stable person. I suspect he is responsible for this treatment.
I am requesting you as the station manager please find out if there was a pilot who falsely informed the customs personal to target me.
If this indeed found to be true, then I need you to assist me in dealing with this issue with the company and my supervisor at the Miami flight office.
Also this morning, one of the Santa Cruz employees told me first Patterson is smuggling Police hardware into Santa Cruz for the narcotics officers. He also said he has heard first officer Patterson has brought in firearms. If this is indeed true, then this isn't serious security violation and Patterson is using his credentials as an FFDO to avoid TSA security in Miami.
I asked the unnamed employee if he would report this to you. He looked scared and said nothing.
What I'm asking of you is to use your authority as the station manager and see if you can find out if he is responsible for this.
I look forward to speaking with you,

Sincerely,
Captain Glenn Whitehouse

After I sent this letter, I sat on this information for some time I was quite distressed having knowledge of this. I did not know what to do. While getting a European re-qual, the check airmen convinced me I need to talk with the flight office and bypass APA with such a serious security issue. For weeks I stopped in the office and there was never any chief available. I finally made an appointment to see Captain Beach. He also brought in Captain Maze. We had a good discussion about what had occurred to me and they said they would look into this and talk with APA professional standards.

On June 27th, 2015 I became ill in flight on a flight to FRA, I was extremely ill and I was hospitalized with food poisoning in FRA. After 4 days in the hospital, I returned as a dead head to MIA. The Captain of this flight was Pat McGinn. I found out Pat was an APA pro standards national committee chairman. I decided to have a discussion with Pat concerning the issue I had gone through and the lack of success APA was having dealing with first officer Patterson. Pat said he would look into it. Pat kept in touch and said he would take action.

In early July, 2015 I was flying to VCP. While walking the halls in Miami operation, I was approached by first officer Regie Hyde. This in one of the First officers Scott Patterson used the N word about the night I flew with him on October 10, 2015. Regie pulled me aside and said Scott Patterson called him at home and was on a fishing expedition looking to dig up dirt on me to trying to get me fired. First offer Hyde told me he told Patterson to knock it off and he was digging himself into a dangerous hole. He apparently is calling many other FOs I have flown with looking for dirt. I had just seen Captain Pat McGinn in the hall, so I immediately told him what I heard. Apparently Pat said he was flying with Scott Patterson later that month and was going to discuss with him the issue and tell him to back off. I will let Pat McGinn tell you what was talked about. Pat said he would contact me after they flew.

Below is the email exchange with Pat McGinn and a letter I sent to Capt Brian Beach

Hi Pat,

By now you have done your trip with Patterson.

I was looking at future crews to VVI, and I see you are flying with John Flannigan. He was the FO on the trip I had with Patterson to ASU, He can tell you and back me up on what happened on this trip.

I will talk with you when you return.

I really appreciate your help with the situation.

Glenn


**From:** Pat McGinn

**Sent:** Friday, July 24, 2015 1:56 PM
**To:** Glenn Whitehouse
**Subject:** Re: Your next trip to VVI

Hey Glenn,
Yes - I made it to the hotel here in VVI. I listened to FB "P" while the FO was on the 3rd break.

Without getting 'into the weeds' I told him this "all has to stop". Do not have any contact with you and don't ask other FO's for information on you. I said, this needs to be a "clean cut" and you guys both move on and act like adults.

There was a little more conversation but he did finally agree. I left it on good terms and explained this would work out for us all if it stopped at this level. If it continues and escalates - it will be out of APA PS hands and then get ugly.

I think I got through and we can turn the page to the next chapter.
Please keep me in the loop if it continues. I will re-emphasize my suggestions tomorrow and hope we can move forward.

Hang in there,
Pat

Hi Pat,

Thank you for talking with Patterson. I would like to respond to your comments we both need to act like adults. I have been the adult! I have acted above level here.  Patterson has had this talk and been counseled before with professional standards and continues to engage.
It is Patterson who needs to grow up and move on. I hope you were able to get through this time, but I'm really not all that optimistic he will stop. I just don't think this guy can move on. I'm also sure he told you many lies and miss truths about me and he has a habit of being a pathological liar.
Most of what I told you and wrote in my brief can be substantiated by others, so I'm confident my facts will prevail if necessary.
This being said, I will continue on and if this come about again, I will call you.
I appreciate you trying and we will see where things go from here.

Take care,

Glenn

Dear Captain Beach,

I'm writing to inform you the Scott Patterson issue has come to surface again.

Saturday evening in operations, First Officer Reggie Hyde #548108 stopped me in the hallway near ops and informed me he received a phone call from Patterson. Apparently Patterson is calling many First officers I have flown with and is on a fishing expedition to try to dig up anything he can to undermine me and my reputation.
First officer Hyde told me Patterson is on a war path against me and will stop at nothing to get revenge. First officer Hyde told me he informed Patterson this was not a good idea,

After speaking with First officer Hyde, I immediately spoke with Captain Pat McGinn. I got the pleasure of meeting Pat when I fell ill in FRA. We spoke about the situation I'm having since he is on the Professional Standards Committee. Pat was in ops and heading out that evening to VVI.
I informed Pat I would be contacting you and he ask me to keep him updated. Pat told me he is scheduled to fly to Santa Cruz VVI with Patterson on July 24th. I hope you can discuss with Captain McGinn this situation before he flies with Patterson.

Once again, I'm feeling anxious, pissed off and threatened by this situation. Having to come to work under these threats not only weighs heavily on my mind, it is causing me to lose sleep, not stay focused and adding a large amount of stress in my life when I am already over burdened and stressed with my move from one state to another.

I will not and cannot work under this situation. I will not allow or continue to allow these threats to go unanswered. This person is effecting my life, my well being, my reputation my profession and the financial security of my family.

I trust you are working on this to the best of your ability. If I see no resolution with this in a few months, I will be left with no other option than to file harassment charges against Patterson.
It is not where I want to go, but I will be left with no other alternative.

I look forward to your reply,
I
Capt. Glenn Whitehouse

c/c Captain Pat McGinn
Professional Standards APA

On July 21st 2015, I was D2 to ORD and Patterson showed up on the standby list for the jump seat at the last minute but was a no show. I had seen this happen 2 times but I took a screen shot of the second time. I feel this was just trying to intimidate me. See attachment.

Shortly after this exchange a first officer in ops told me he heard First Officer Patterson was going to have his buddies in the NSA and CIA F*&% up my life.
On August 28th, 2015 I received an unsolicited call from Capt. Tom Snelling. Tom is a law enforcement officer in Florida. Tom attended the police academy with Scott Patterson and said he was kicked out. He said he was calling me because he was genuinely concerned for my personal safety. Tom told me he has personal knowledge of dealing with Scott Paterson. Tom said Patterson needs to be evaluated for physiological evaluation. He said in light of the work place shooting in VA, he was concerned Scott was capable of this type of behavior. Tom told me a first officer JA bullock was commuting through CLT. Scott Patterson approached John and told John he was out to mess up my life and get me fired. John passed along what he heard to Captain Snelling what he heard. Tom thought it was important to call me.
I asked Captain Snelling to please call Pat McGinn and Capt Brain beach. He agreed.

I sent the following to Captain Pat McGinn.


Hi Pat,

The saga continues! Please talk with Captain Tom Snelling
He called me today unsolicited.

239-676-9180
404-456-9074 c

He is very concerned for my safety. He is a law enforcement officer and
called because he is concerned about my personal safety.
Patterson has not stopped.

Glenn



I was contacted by APA Miami domicile chairman Tom Copland. I felt he did not like I involved the flight office.. He told me I should have run this through APA. I told him I did and nothing was taken care of.

After this latest news from Tom Snelling, I have struggled with so much stress that I threw my back out and could not sleep. I missed 2 trips due to this. This was late August and early September. I came back to work, was displaced from a trip and now have developed pneumonia which I have been battling for over 1 week now. I'm stressed out and not sleeping well. This

issue weighs heavily on my mind. My wife and I are concerned for our personal safety. I am, asking this issue be taken care of and I am protected. If I have any personal threats from Patterson, I will get law enforcement involved and get a personal restraining order. I will also hire a work harassment attorney if this is allowed to continue. I will not allow this person to destroy the good professional reputation I have developed here at American Airlines for over 28 years. I will try to remain optimist this will end soon, but again as I told Capt. Pat McGinn, this guy will never stop or let go. I feel this is not over and will get uglier from here.

Sincerely,

Capt. Glenn Whitehouse
MIA 767 Int.
#17957