

January 20, 2016

**PLAINTIFF'S EXHIBIT 23**

FO Rodney Scott Patterson (576006)
1092 NW 139th Terr
Pembroke Pines, FL 33028
(954) 499-0873

RE: Directive to Report for Section 20 Evaluation

Dear FO Patterson,

    Due to my concerns regarding your ability to safely operate an aircraft, I have arranged for you to participate in a medical evaluation as provided in Section 20 of the JCBA. . You have been scheduled for a Neuropsychiatric evaluation with Dr. John Knippa on <u>January 26 and 27, 2016. Appointments on both days begin at 9:30 a.m.</u> The location of the exam is:

**Coast Psychiatric Associates
Dr. John Knippa, Ph.D.
1650 Ximeno Avenue, STE 230
Long Beach, CA 90804
Telephone: (562) 494-3633**

    I am scheduling you to travel to LAX at 1525 on Flight 2435/25Jan. Your return is scheduled on Flight 271/28Jan to MIA at 0900. Included with this letter is a map to Dr. Knippa's office and forms you will need to complete. You may reserve your hotel accommodations, as well as your rental car. We suggest you use the Courtyard LGB Airport Hotel, or the nearby Holiday Inn. Please save your receipts to file an expense report for reimbursement with the Flight Office.

    While participating in the medical evaluation, you will remain on pay withhold. While on withhold, you are directed to remain available at the phone number and address of record listed above. You are not allowed to use any of the flight privileges that are provided to you or your family as an American Airlines employee. This means you or your dependents are not allowed to fly either on American Airlines or any other carrier as a "non-revenue" pass traveler.

    If you have questions regarding this letter, please contact me.

Sincerely,

*James R Bonds*
Captain James Bonds
Chief Pilot, MIA

cc:    Dr. Ahtone – AA Medical
        Cindy Contreras – AA Medical
        APA Legal
        Personnel File





**ATTACHMENT 1**