```
                                                                1

1            IN THE UNITED STATES DISTRICT COURT
             FOR THE SOUTHERN DISTRICT OF FLORIDA
2                   (Fort Lauderdale Division)

3    RODNEY SCOTT PATTERSON,    )
        Plaintiff,              )
4                               )
     vs.                        ) Case No.
5                               ) 17-cv-60533-JEM
     AMERICAN AIRLINES, a       )
6    Delaware corporation,      )
        Defendant.              )
7

8    ********************************************************

9              ORAL AND VIDEOTAPED DEPOSITION OF

10      THE CORPORATE REPRESENTATIVE OF AMERICAN AIRLINES

11                   MICHELLE A. MONTGOMERY

12                       JUNE 6, 2018

13   ********************************************************

14       ORAL AND VIDEOTAPED DEPOSITION OF MICHELLE A.

15   MONTGOMERY, produced as a witness at the instance of the

16   Plaintiff, and duly sworn, was taken in the above-styled

17   and numbered cause on the 6th day of June, 2018, from

18   10:30 a.m. to 4:43 p.m., via telephone, before Julie C.

19   Brandt, RMR, CRR, and CSR in and for the State of Texas,

20   reported by machine shorthand, at Veritext Legal

21   Solutions, 300 Throckmorton Street, Suite 1600, Fort

22   Worth, Texas, pursuant to the Federal Rules of Civil

23   Procedure and the provisions stated on the record or

24   attached hereto.

25
```

**ATTACHMENT 4**

```
                                                                    7
 1                    MICHELLE A. MONTGOMERY,                  10:31:12
 2    having been first duly sworn, testified as follows:      10:31:12
 3                         EXAMINATION                         10:31:12
 4    BY MR. AMLONG:                                           10:31:13
 5        Q.   Good morning, Ms. Montgomery.  Please give us   10:31:13
 6    your full name, tell us where you live and what you do   10:31:20
 7    for a living.                                            10:31:21
 8        A.   Michelle Agnes Montgomery.  My business         10:31:22
 9    address is 4333 Amon Carter Boulevard, Fort Worth, Texas 10:31:26
10    76155.                                                   10:31:32
11        Q.   And what do you do for a living?                10:31:34
12        A.   I'm a senior manager of labor relations for     10:31:40
13    the flight group for American Airlines.                  10:31:44
14        Q.   What's your date of birth?                      10:31:47
15             MR. HOLT:  Objection.  It's not relevant.       10:31:58
16    This witness is not going to give her personally         10:32:01
17    identifiable information.                                10:32:04
18        Q.   (BY MR. AMLONG)  Just give me the month and     10:32:08
19    year you were born, please.                              10:32:09
20             MR. HOLT:  The month and year of birth?         10:32:12
21        A.   July --                                         10:32:15
22             MR. AMLONG:  Yes.                               10:32:18
23        A.   -- 1969.                                        10:32:19
24        Q.   (BY MR. AMLONG)  Can you please tell me         10:32:21
25    briefly your educational and professional background?    10:32:27
```

```
                                                                        53

 1        Q.   (BY MR. AMLONG)  Is that the report that         12:39:42
 2   you're referring to that Mr. -- Ms. Burke-Leon did of      12:39:43
 3   her investigation?                                         12:39:49
 4        A.   Yes.                                             12:39:49
 5        Q.   When was the possibility of a section 20 exam    12:40:06
 6   first discussed concerning Mr. Patterson?                  12:40:40
 7        A.   I --                                             12:40:44
 8             MR. HOLT:  Objection, outside the                12:40:47
 9   30(b)(6).  You can answer if you know.                     12:40:49
10        A.   I don't recall the specific date.                12:40:50
11        Q.   (BY MR. AMLONG)  Well, was it in September       12:40:53
12   when he was away and when he was first being put on paid   12:40:59
13   withheld status?                                           12:41:08
14             MR. HOLT:  Objection, form.                      12:41:09
15        A.   I don't recall when the conversation first       12:41:10
16   began.  I can tell you that the chiefs wanted to           12:41:13
17   consider it as part of the investigation.                  12:41:16
18             MR. AMLONG:  I'm sorry.  Read her answer         12:41:29
19   back to me, please.                                        12:41:31
20             (Requested testimony read.)                      12:41:32
21        Q.   (BY MR. AMLONG)  Which chief?                    12:41:44
22             MR. HOLT:  Object to the form.                   12:41:49
23        A.   I don't remember specifically, but it would      12:41:50
24   have been Jim Bonds and/or Brian Beach.                    12:41:52
25        Q.   (BY MR. AMLONG)  The initiation of the           12:42:03
```

```
                                                                    54
 1    section 20 discussion began with either Bonds or Beach?    12:42:05
 2              MR. HOLT:  Objection to form.                    12:42:11
 3         A.   To my recollection, yes.                         12:42:12
 4         Q.   (BY MR. AMLONG)  Is that what you're saying?     12:42:13
 5         A.   To my recollection, yes.                         12:42:14
 6         Q.   And after -- when a chief pilot proposes a       12:42:15
 7    section 20 examination, who, if anyone, needs to approve   12:43:10
 8    that?                                                      12:43:17
 9         A.   I don't -- no one has to actually approve it.    12:43:19
10    In general, there would be a discussion between flight,    12:43:27
11    labor and legal representatives to make that               12:43:32
12    determination.                                             12:43:36
13         Q.   Tell me what discussion you recall about the     12:43:40
14    proposal to send Mr. Patterson for a section 20            12:43:43
15    examination.                                               12:43:50
16              MR. HOLT:  Outside the 30(b)(6).  You can        12:43:51
17    answer.                                                    12:43:53
18         A.   I recall that the chiefs wanted to send him      12:43:53
19    for a section 20 examination.  I recall there was --       12:43:56
20         Q.   (BY MR. AMLONG)  Are you saying the chiefs       12:44:02
21    with an "S" on the end?                                    12:44:04
22         A.   Yes.                                             12:44:05
23         Q.   Okay.  Referring to Bonds and Beach?             12:44:05
24         A.   Yes.                                             12:44:10
25         Q.   Okay.                                            12:44:12
```

[6/6/2018 10:00 AM] Montgomery - 180606

```
                                                              126
```

1                    REPORTER'S CERTIFICATE

2           The undersigned Certified Shorthand Reporter

3    licensed in the State of Texas does hereby certify:

4           I am authorized to administer oaths or

5    affirmations, and prior to being examined, the witness

6    was duly administered an oath by me.

7           I am not a relative or employee or attorney or

8    counsel of any of the parties, nor am I a relative or

9    employee of such attorney or counsel, nor am I

10   financially interested in the outcome of this action.

11          I am the deposition officer who

12   stenographically recorded the testimony in the foregoing

13   deposition, and the foregoing transcript is a true

14   record of the testimony given by the witness.

15          Before completion of the deposition, review of

16   the transcript [X] was [ ] was not requested.  If

17   requested, any changes made by the deponent (and

18   provided to the reporter) during the period allowed are

19   appended hereto.

20          In witness whereof, I have subscribed my name

21   this 8th day of June, 2018.

22

23

24                    <%Signature%>
                      Julie C. Brandt, CSR, RMR, CRR
25                    TX CSR No. 4018, Exp. 12/31/18