
1

```
 1                UNITED STATES DISTRICT COURT
                  SOUTHERN DISTRICT OF FLORIDA
 2                  FORT LAUDERDALE DIVISION

 3             Case Number:   1:17-cv-60533-JEM

 4    RODNEY SCOTT PATTERSON,

 5          Plaintiff,

 6    vs.

 7    AMERICAN AIRLINES, INC., a
      Delaware Corporation,
 8
            Defendant.
 9    _____/

10

11                              500 Northeast Fourth Street
                                Fort Lauderdale, Florida
12                              Wednesday, March 21, 2018
                                10:09 a.m. - 2:27 p.m.
13

14

15
                            DEPOSITION
16
                                OF
17
                            BRIAN BEACH
18
```

# ATTACHMENT 5

```
 1      Q.   How many Section 20's have you seen?
 2      A.   I've probably seen seven or eight.
 3      Q.   Of those seven or eight, how many of those were
 4   for substance abuse?
 5      A.   Were substance abuse?
 6      Q.   Yes.
 7      A.   Maybe one.
 8      Q.   What were the others?
 9      A.   Erratic behavior, not showing up, I would say
10   just if I can find the right word, I would say just, you
11   know, personal behavior.
12      Q.   Have you ever personally witnessed any behavior
13   on the part of Mr. Patterson that would make you think
14   he was unfit to fly an airplane?
15      A.   I have not.
16      Q.   Let me ask you to take a look at Exhibit 1 and
17   tell me if you've ever seen that document before, which
18   is, for the record, an e-mail from -- an e-mail string,
19   the top of which is one from Glenn Whitehouse to Brian
20   Beach dated March 20, 2015.
21      A.   Yes, I believe I've seen this.
22      Q.   Did you discuss this with Mr. Whitehouse?
23      A.   I don't recall if I ever discussed this personal
24   one or not, this e-mail.
25      Q.   What, if anything, did you do to determine -- to
```

```
 1              MR. AMLONG:  It was 42 attached to 40.
 2              MR. MORALES:  Right.
 3              THE WITNESS:  I do not -- I do not believe
 4   so.
 5   BY MR. AMLONG:
 6       Q.  Forty is 770 and 771, and it says:  Here's the
 7   letter to send him and 43 is a letter which is Bates
 8   stamped 772.
 9       A.  Oh, okay.  I'm sorry, yeah, you're right.  So 42
10   would be attached to 40.  Was it 40?  Yeah, it was 40.
11   That's correct.
12       Q.  Do you recognize Exhibit 43?
13       A.  Yes, sir.
14       Q.  Did Mr. Patterson ever contact you subsequent to
15   August 22?
16       A.  I do not believe so, no, sir.
17       Q.  Do you know what the process is for returning
18   from a Section 20 status?
19       A.  I do not know exactly what it states.
20              (Discussion held off the record.)
21              MR. MORALES:  Are we taking a break?
22              MR. AMLONG:  Yes.
23              (Recess taken.)
24   BY MR. AMLONG:
25       Q.  Mr. Beach, what was your start date with
```

1                         CERTIFICATE

2      STATE OF FLORIDA )
                        )  SS.
3      COUNTY OF BROWARD)

4              I, HEATHER VIEIRA, do hereby certify that
       pursuant to Notice of Taking Deposition in the
5      above-styled cause, that I was authorized to and did
       stenographically report the foregoing deposition as
6      hereinabove shown, and the testimony of said witness was
       reduced to computer transcription under my personal
7      supervision.
               I further certify I am not a relative,
8      employee, attorney or counsel of any of the parties, nor
       am I a relative or employee of any of the parties'
9      attorneys or counsel connected with this action, nor am
       I financially interested in the action.
10             The certification of this transcript does not
       apply to any reproduction of the same by any means
11     unless under the direct control and/or direction of the
       certifying reporter.
12             Witness my hand and official seal in the City
       of Fort Lauderdale, County of Broward, State of Florida
13     this 16th day of April 2018.

14

15

16             ------------------------------
                       HEATHER VIEIRA
17                     Court Reporter

18

19

20

21

22

23

24

25