```
                                                                    1

           UNITED STATES DISTRICT COURT
           SOUTHERN DISTRICT OF FLORIDA
             FORT LAUDERDALE DIVISION
           CASE NO.: 1:17-cv-60533-JEM
                    - - -

 RODNEY SCOTT PATTERSON,
           Plaintiff          :

      vs.                     :

 AMERICAN AIRLINES, INC., a   :
 Delaware Corporation,
           Defendant.         :


                    - - -
            Philadelphia, Pennsylvania
                 June 4, 2018
                    - - -


        Videotape deposition of MARK CRONIN,

 held in the offices of SHOOK, HARDY & BACON, LLP, 2001

 Market Street, 30th Floor, on the above date at 2:00

 p.m., before Rachel L. Cicalese, a Registered

 Professional Reporter and Certified Court Reporter.


                    - - -
```

VERITEXT LEGAL SOLUTIONS
MID-ATLANTIC REGION
1801 Market Street - Suite 1800
Philadelphia, Pennsylvania  19103

# ATTACHMENT 6

1   attended high school, also, the University of New
2   Hampshire.  I graduated there in 1982.  Entered the
3   United States Air Force.  I was in the air force
4   from 1982 to 1989, at which time I became employed
5   at American Airlines.  I did a very short stint
6   with the Pennsylvania International Guard up to
7   about approximately 1991 and ever since then I have
8   been with American Airlines.
9           Q.   What was your rank in the Air Force?
10          A.   I achieved the rank of captain.
11          Q.   You were a pilot?
12          A.   Yes, sir.
13          Q.   And take me through your career with
14  American Airlines, please?
15          A.   I started in 1989.  Specifically,
16  October/November time frame.  I started out as a
17  727 flight engineer based in New York.  I then
18  upgraded to 727 first officer.  I then --
19  approximately 1992 upgraded to 767 -- 757 first
20  officer in New York.  In 2000 I upgraded to super
21  80 captain in New York.  2007 I applied for and got
22  the job as chief pilot of New York.  I did that for
23  about five years.  I was elevated to director of
24  flight in New York.  I did that for approximately

1  one year.
2             At the merger between American
3  Airlines and US Air, I was given the position of
4  director of flight in Philadelphia.  I did that for
5  approximately 11 months, at which time I went down
6  to Dallas as managing director of line operations
7  east for approximately about a year and then I was
8  elevated to managing director of line operations
9  for the entire system until November 1st of 2017,
10 at which time I transitioned over to an 8330 L-type
11 check airman based out of Philadelphia, which I
12 currently do right now.
13        Q.    When were you transferred out of
14 being managing director of flights for all
15 American?
16        A.    That was November 1st of 2017.
17        Q.    So, in September of 2015, you were
18 managing director of flights, slash, east?
19        A.    Yes, where it lines up there was
20 actually two managing directors; east and west.
21 Sometime during that period, they elected to have
22 just one managing director.  So, that is probably
23 during that time period I was just managing
24 director of the east.

1    A.    I have no recollection of that.
2    Q.    What does managing director of flight
3    do for American Airlines?
4    A.    Well, it's manage -- specifically,
5    it's the managing director of line operations was
6    my position.  Managing director of line operations
7    is responsible for the administrative processes
8    throughout the bases; i.e., the chief pilots who
9    are responsible for the administration of the
10   pilots at their respective bases report to me.
11         So, I oversee all the bases.  At the
12   time, there was 12.
13   Q.    When did you become aware, if at all,
14   that the corporate security was looking into
15   Mr. Patterson?
16         MR. HOLT:  Object to the form.
17         THE WITNESS:  I can't recall if
18   corporate security was looking into that issue.  I
19   can't recall.
20   BY MR. AMLONG:
21   Q.    Who is Fred Bates?
22   A.    He's the director of corporate
23   security for the pilots.  I don't know his specific
24   title.

```
 1              MR. HOLT:  Object to the form.
 2              THE WITNESS:  Could you repeat the
 3   question, sir?
 4              MR. AMLONG:  Read it back, please.
 5              (A pertinent portion of the record
 6   was read.)
 7              THE WITNESS:  Well, USERRA is a set
 8   of guidelines that we try to adhere to.  We
 9   reference our legal department getting into
10   specifics of it.  Beyond that, I don't claim any
11   expert knowledge of what USERRA is or how it
12   affects our pilots.
13              MR. AMLONG:  Can you read that back
14   to me, please?
15              (A pertinent portion of the record
16   was read.)
17   BY MR. AMLONG:
18        Q.    Do you remember an allegation coming
19   up in September 2015 that Mr. Patterson had spoken
20   within earshot of passengers that an airplane was
21   like a time bomb and was going to blow up if it did
22   not land?
23        A.    I do remember that issue being
24   raised.
```

54

```
 1         Q.    Who was the primary proponent of
 2   having Mr. Patterson undergo a Section 20
 3   examination?
 4         A.    I don't recall who the -- it would be
 5   driven by Captain Scialfa as the director of flight
 6   of Miami.
 7         Q.    Is Captain Scialfa still employed by
 8   American?
 9         A.    Yes.
10         Q.    Was he demoted?
11               MR. HOLT:  Object to the form.
12               THE WITNESS:  Was he demoted?  He --
13   we moved him out of the Miami flight office when I
14   took over as managing director of the system.
15   BY MR. AMLONG:
16         Q.    Why?
17               MR. HOLT:  Object to the form.
18               THE WITNESS:  Differences in
19   leadership styles.
20   BY MR. AMLONG:
21         Q.    Was it -- did it involve
22   falsification of airplane records?
23               MR. HOLT:  Object to the form.
24               THE WITNESS:  Falsification of
```

74

```
 1              PATTERSON V. AMERICAN AIRLINES
 2                       MARK CRONIN
 3                 INSTRUCTIONS TO THE WITNESS
 4        Please read your deposition over carefully and
 5   make any necessary corrections.  You should state the
 6   reason in the appropriate space on the errata sheet for
 7   any corrections that are made.
 8        After doing so, please sign the errata sheet and
 9   date it.
10        You are signing same subject to the changes you
11   have noted on the errata sheet, which will be attached
12   to your deposition.
13        It is imperative that you return the original
14   errata sheet to the deposing attorney within thirty (30)
15   days of receipt of the deposition transcript by you.
16   If you fail to do so, the deposition transcript may be
17   deemed to be accurate and may be used in court.
18
19
20
21
22
23
24
```

```
 1                    VERITEXT LEGAL SOLUTIONS
                    One Biscayne Tower, Suite 2250
 2                     2 South Biscayne Boulevard
                         Miami, Florida 33131
 3                           305-376-8800

 4       June 25, 2018
         Mark Cronin
 5       c/o Michael A. Holt
         Shook Hardy & Bacon, LLP
 6       201 S Biscayne Blvd, Suite 3200
         Miami, FL, 33131
 7       mholt@shb.com

 8       RE: Patterson, Rodney Scott -vs- American Airlines, Inc

 9       Dear Mr. Holt:

10       With reference to the deposition of Mark Cronin
         taken on (DEPO DATE) in connection
11       with the above-captioned case, please be advised
         that the transcript of the deposition has been
12       completed and is awaiting signature.

13       Please call to make an appointment so that the deponent
         can stop by our nearest office, for the purpose of reading
14       and signing the transcript.

15
         If this is not taken care of, however, within the
16       next 30 days, we shall conclude that the reading
         and signing of the deposition has been waived and
17       the original, which has already been forwarded to
         the ordering attorney, may be filed with the Clerk
18       of the Court without further notice.

19       Sincerely,

20

21       Production Department
         Veritext Florida
22

23

24

25
```

[6/4/2018 2:00 PM] Cronin, Mark - 180604