**John Knippa, Ph.D., ABN**
Clinical Psychology / Neuropsychology
CA PSY8833, UT 93-261633-2501
1680 Ximeno Avenue, Ste 230, Long Beach, CA 90804
562-494-3633   Fax: 562-498-0917

March 21, 2016

Jeral Ahtone, M.D., AME
Area Medical Director
American Airlines Occupational Health Service
4333 Amon Carter Blvd, Fort Worth, 76155

                                            RE:  Rodney "Scott" Patterson
                                                 Fitness for Duty Evaluation
                                                 Date: 03/16-17/2016

Dear Dr. Ahtone:

Thank you for the referral for Mr. Patterson for FFD evaluation. Attached is the report of findings, along with a statement for charges and a tax reporting form.

Also attached is a Summary of findings. The clinical report is to be maintained in medical records only, not personnel files or supervision or for sharing with nonmedical personnel. The Summary is a functional report suitable for communicating duty status; it can be immediately released to Mr. Patterson.

Please also note clinical concerns. These are to be transmitted through appropriate medical staff to Mr. Patterson and/or his chosen medical provider so that he can pursue those with appropriate knowledge.

Should additional questions arise, please do not hesitate to contact me.

Respectfully Submitted,

*[signature]*

John Knippa, Ph.D., FACPN
Diplomate, American Board of Professional Neuropsychology

# ATTACHMENT 1
