**Rodney Scott Patterson**               First Officer          MIA

To:   Veronica Blakley, HR Manager-Investigations

Fr:   Ana Burke-Leon, HRBP Investigations

Date: December 9th, 2015

Re:   Complaint submitted – allegation of workplace harassment and creating a hostile work environment by MIA F/O Rodney Scott Patterson

**BACKGROUND**

On September 24th, 2015, Captain Brian Beach received a report from Captain Glenn Whitehouse describing incidents Whitehouse labeled as harassment and hostile work environment created by F/O Rodney Scott Patterson. In his report Whitehouse advised Beach these incidents were reported to APA Professional Standards after a trip the two flew to Asuncion last year, October 2014. Whitehouse reported he felt the need to seek assistance from Management after learning of additional concerns and conversations Patterson held with crew members. The concerns that were brought to his attention led him to believe that his attempts to resolve the issue with the APFA failed.

The following employees were interviewed as part of the Company investigation into this matter:

| Name | Role | Position | Base |
|---|---|---|---|
| Glenn Whitehouse | Complainant | Pilot | MIA |
| Rodney Scott Patterson | Alleged Offender | Pilot | MIA |
| John Flannigan | Witness | Pilot | MIA |
| Jose Elizondo | Witness | Flight Attendant | LIM |
| Tom Snelling | Witness | Pilot | MIA |
| Erik Ferris | Witness | Pilot | MIA |
| Reginald Hyde | Witness | Pilot | MIA |
| John Bullock | Witness | Pilot | MIA |
| Joseph Worthington | Witness | Pilot | MIA |

**Summary**

Glenn Whitehouse flew with Patterson on 2 trip sequences. Whitehouse described Patterson as a strange guy who was always in your face. He complained that among other things, F/O Patterson tended to act as an authority instead of deferring to the Captain. In addition, Captain Whitehouse stated that Patterson threatened him with termination numerous times and also used slurs when referring to a co-workers race and sexual orientation.



PLAINTIFF'S EXHIBIT 41

AA-Patterson-0000238

Rodney Scott Patterson          First Officer      MIA

**Threats of Termination – Substantiated**

The majority of the employees interviewed described Patterson as a habitual liar/story teller. Three of the witnesses, who spoke to Patterson at different times, recalled that he advised them his mother was Corporate Counsel for US Airways. These comments were made to support Patterson's claims that he could influence disciplinary action taken against employees. Specifically the following was reported:

- Earlier this summer, during a passing conversation with Patterson at a gate, John Bullock mentioned a problem he had with TSA, to which Patterson replied by mentioning a problem he had with a MIA Captain named Whitehouse in Ascension. Patterson reportedly advised Bullock that he was going to make Whitehouse's life miserable. That he was going to talk to his mother who was an attorney at US Airways in order to have him fired. Bullock was surprised Patterson would share this with someone out of the blue, he did not know.

- Earlier in the year during a passing conversation with Erik Ferris, Patterson allegedly commented that he is an active colonel at Southern Command and often meets with the Joint Chiefs of Staff in DC and his mother was Corporate Counsel for US Airways.

- When discussing a flight diversion with Captain Whitehouse, Patterson said his mom is the corporate counsel at US Airways and could have anyone fired.

- Patterson also stated he meets with the MIA chief Pilots on a weekly basis because they sought his input and they would frequently contact him for questions regarding Military LOA. He told Whitehouse that that he was a member of Professional Standards. However, Chief Pilots negated this.

- During a conversation with Flight Attendant Jose Elizondo, while on a layover in VVI, Patterson allegedly told Elizondo that a top lady at US Airways had information about the South American crews. He told Elizondo if they did not do a good job he would talk to his mother who was Corporate Counsel for US Airways and have them fired.

- Patterson called Reginald Hyde to solicit negative comments about Whitehouse. Patterson admits to calling Hyde however alleged he called to find out why Hyde placed himself on the do-not pair list however Hyde did not engage Patterson.

When questioned about these allegations, Patterson denied making any such statements. He stated that his mother was retired and never worked for US Airways. In addition, Patterson denies threatening anyone with termination and states he does not have that authority.

Despite his denial, given the numerous accounts from multiple employees, it is believed that Patterson did in fact make these statements.

AA-Patterson-0000239

Rodney Scott Patterson          First Officer     MIA

Additionally Patterson reportedly made the following comments

- I have friends in management and you and the flight attendants will lose your job. This statement was made to F/A Elizondo however Elizondo was unable to provide the names of any witnesses.

- Patterson arranged with AA Corporate security to have a ghost rider to observe on Worthington's flight, so be on notice. Patterson allegedly made this statement to Chip Worthington and Captain Whitehouse. Patterson denies making the comment.

- AA Corporate security and his mom told him not to show Whitehouse the cab receipt which will be used at the hearing when Whitehouse will be fired. Patterson allegedly made this statement to Captain Whitehouse however unable to corroborate.

- 1/2015 standing on curb in VVI Patterson pointed his finger at Whitehouse like it was a gun and looked as if he was saying "I'm going to get you". Whitehouse allegedly witnessed this however unable to corroborate.

- Elizondo told Whitehouse Patterson was talking badly about him. This statement was made to Captain Whitehouse. Elizondo concurs it was said however there were no witnesses present.

Patterson when interviewed denied making any of the statements attributed to him and we were unable to corroborate the statements because there were no witnesses present at the time they were made. However some of the statements are in line with similar statements made by Patterson.

### Use of Slurs - Unsubstantiated

According to Captain Whitehouse, while in the cockpit flying from ASU to MIA on October 10th, 2014 the alleged comments were made. According to Captain Whitehouse, First Officer Flannigan was present when these comments were made. When interviewed First Office Flannigan stated he did not hear, witness or observed Patterson use derogatory slurs. In addition, Flannigan stated he was never threatened by Patterson and did not witness any specific threats of physical harm towards Whitehouse.

### Miscellaneous

During our interviews multiple employees expressed their concern with Patterson's behavior. Based on their interaction they believed that Patterson's misrepresentations not only caused negativity amongst the crew but also led them to question his ability to operate the aircraft safely; it left them with an impression that "he's not quite all there."