1

1      IN THE UNITED STATES DISTRICT COURT
           FOR THE SOUTHERN DISTRICT OF FLORIDA
2              (Fort Lauderdale Division)

3    RODNEY SCOTT PATTERSON,      )
        Plaintiff,                )
4                                 )
     vs.                          ) Case No.
5                                 ) 17-cv-60533-JEM
     AMERICAN AIRLINES, a         )
6    Delaware corporation,        )
        Defendant.                )

7

8    ********************************************************

9            ORAL AND VIDEOTAPED DEPOSITION OF

10     THE CORPORATE REPRESENTATIVE OF AMERICAN AIRLINES

11               MICHELLE A. MONTGOMERY

12                   JUNE 6, 2018

13   ********************************************************

14       ORAL AND VIDEOTAPED DEPOSITION OF MICHELLE A.

15   MONTGOMERY, produced as a witness at the instance of the

16   Plaintiff, and duly sworn, was taken in the above-styled

17   and numbered cause on the 6th day of June, 2018, from

18   10:30 a.m. to 4:43 p.m., via telephone, before Julie C.

19   Brandt, RMR, CRR, and CSR in and for the State of Texas,

20   reported by machine shorthand, at Veritext Legal

21   Solutions, 300 Throckmorton Street, Suite 1600, Fort

22   Worth, Texas, pursuant to the Federal Rules of Civil

23   Procedure and the provisions stated on the record or

24   attached hereto.

25

# ATTACHMENT 2

```
                                                              68

1   hearing.                                          01:16:35

2               MR. AMLONG:  It was sent to you an hour  01:16:46

3   or so ago.                                        01:16:48

4               THE WITNESS:  We're looking.          01:16:49

5               MR. HOLT:  Off the record one second.  01:16:58

6               MR. AMLONG:  Sure.                     01:17:00

7               (Discussion off the record.)          01:17:01

8               (Exhibit 75 marked.)                  01:18:10

9               (Exhibit 76 marked.)                  01:18:11

10      Q.   (BY MR. AMLONG)  Look at 75 and tell me if  01:18:14

11   that refreshes your memory.  It's an email from Brian  01:18:16

12   Beach to Mr. Patterson.  Subject:  PEH entry for HR  01:18:21

13   hearing.  Does that refresh your memory as to whether or  01:18:26

14   not the section 21 hearing has concluded?        01:18:30

15      A.   Yes.                                      01:18:37

16      Q.   And is there any finding of wrongdoing there?  01:18:42

17      A.   Nothing that warranted discipline.       01:18:47

18      Q.   Look at 76.                               01:18:55

19      A.   Okay.                                     01:18:59

20      Q.   Do you recognize that?                    01:18:59

21      A.   I do.                                     01:19:03

22      Q.   And can you please tell us what it is?    01:19:04

23      A.   It's an activity sheet for September 2015.  01:19:11

24      Q.   And look in the second column.           01:19:15

25      A.   Okay.                                     01:19:33
```