```
                                                                1

 1              UNITED STATES DISTRICT COURT
                SOUTHERN DISTRICT OF FLORIDA
 2                FORT LAUDERDALE DIVISION

 3       CASE NO:  1:17-cv-60533-MARTINEZ/OTAZO-REYES

 4

 5   RODNEY SCOTT PATTERSON,

 6          Plaintiff,

 7   vs.

 8   AMERICAN AIRLINES, INC., a
     Delaware  Corporation,
 9
            Defendant.
10   _____/

11

12                          SHOOK, HARDY & BACON, L.L.P.
                            201 S. BISCAYNE BOULEVARD
13                          SUITE 3200
                            MIAMI, FL 33131
14                          Tuesday, March 6, 2018
                            10:09 a.m. - 7:42 p.m.
15

16

17
         VIDEOTAPED DEPOSITION OF RODNEY SCOTT PATTERSON
18

19

20        Taken on behalf of the Defendant before

21   Elizabeth Cordoba, RMR, CRR, FPR, Notary Public in

22   and for the State of Florida at Large, pursuant to

23   Defendant's Notice of Taking Deposition in the above

24   cause.

25
                    ATTACHMENT 4
```

1   come back to him and said "Hey, now you really violated
2   USERRA.  And you didn't give me military leave like I
3   requested to.  And also, sir, you know, now you've PW'd me
4   on a -- on a date that I went on military leave.  You've
5   changed my employment status.  And now you want to say oh
6   it's related to something else."
7          You know, it's clear retaliation.  It's clear.
8   And Bonds went in and stripped out the EOs that were
9   applied by Tatum and so there's a clear intent there.
10      Q.   Do you have access to a flight schedule that
11  Captain Whitehouse flies each month for American Airlines?
12      A.   Flight schedule that Captain Whitehouse flies,
13  and every airline pilot, is published on the APA website.
14      Q.   Is it published to public?  Can I look at it?
15      A.   You cannot.
16      Q.   It's publish to members of the APA?
17      A.   To members of the APA.
18      Q.   Okay.  Have you recently attained -- obtained
19  flight schedule information for Captain Whitehouse?
20      A.   I have.  And I've asked other APA members to do
21  it for me.
22      Q.   What other APA members?
23      A.   Captain Shellhouse.
24      Q.   Okay.  Did you ask Captain Shellhouse for the
25  flight schedule information that was used prior to the

```
 1    service of a subpoena on Captain Whitehouse recently?
 2        A.    I think I asked Captain Shellhouse to verify
 3    that Whitehouse would be in the Miami airport because it
 4    appeared that Whitehouse was dodging service of a
 5    subpoena.
 6        Q.    Okay.
 7              MR. MORALES:  We could go off for just one
 8    second.  I want to do a time check.
 9              THE VIDEOGRAPHER:  Off the record.  The time is
10    7:06.
11              (Thereupon, a recess was taken.)
12              THE VIDEOGRAPHER:  Back on the record.  The
13    time is 7:07.
14    BY MR. MORALES:
15        Q.    Colonel Patterson, if I could just have you
16    look quickly back at the complaint, which is Exhibit 18,
17    I'm going to review -- use it to refer to a few items.
18              Let me know when you have that document.
19        A.    I have the document.
20        Q.    Okay.  If you would look to Page 6, there's a
21    paragraph that looks like it's 15B.  Paragraph 15 starts
22    on the -- on Page 5.
23        A.    I understand.
24        Q.    Paragraph B, 15B, starts "Chief Pilot Bonds, on
25    January 20th."  Do you see that?
```