# American Airlines

July 12, 2018

Captain Guy "Danny" Shellhouse #40624
133 NE 19th Street
Homestead, FL 33030
(305) 587-4795

    Re:    Section 21 Notice of Hearing

Dear Captain Shellhouse,

I received a report that you allegedly obtained the work schedule of Captain Glenn Whitehouse and provided the schedule to another individual.

I am scheduling a hearing on 26 July 2018, at 11:00 am to investigate the circumstances surrounding the issue described above. In preparation for that hearing, I recommend that you familiarize yourself with Section 21 of the Collective Bargaining Agreement and contact APA to arrange for representation.

Sincerely,

Captain Jeff Price
Director of Flight, MIA

cc:    APA Legal

**ATTACHMENT 6**

