# Sec 21 Letter
1

**PJ**

Price, Jeffrey

Wed 7/25, 9:56 PM

Danny,

Here is a response to your request for your hearing to be moved.

We will take the hearing for tomorrow off of the calendar for now and consider your request. Please know that the focus of the Section 21 is the integrity of AA's confidential information, including information regarding crew schedules.

I'll forward an email from Michelle Montgomery that has the only document pertaining to this hearing attached.

**SG**

Shellhouse, Guy

Wed 7/25, 6:11 PM

July 25, 2018 Captain Jeff Price Director of Flight, MIA RE: Section 21 Notice of Hearing Dear Captain Price, I received your letter yesterday by AA email (July 24, 2018) requesting a hearing on July 26, 2018. Per Section 21.B.6 of the JCBA, I'm requesting

**RL**

Rojas, Luis

Tue 7/24, 4:33 PM

DOC071218.pdf
157 KB
Download

Danny,
No worries, here you go. Anything else you need, just let me know.

Luis Rojas
Administrator
MIA Flight Administration | 305.526.1295
Luis.Rojas@aa.com

**SG**

# ATTACHMENT 7

Shellhouse, Guy



**Reply all** |
Tue 7/24, 4:28 PM
Rojas, Luis;
Price, Jeffery
I still have not received the letter, can you send by email?