UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 17-60533-CIV-MARTINEZ/AOR

RODNEY SCOTT PATTERSON,

    Plaintiff,

v.

AMERICAN AIRLINES,
a Delaware corporation,

    Defendant.
_____ /

## ORDER

THIS CAUSE came before the Court upon Plaintiff Rodney Scott Patterson's ("Plaintiff") Emergency Motion Pursuant to 18 USC 4311(b)(3) and the Court's Inherent Powers to Restrain Defendant, American Airlines from Intimidating a Plaintiff's Witness or Retaliating Against an Employee Who Has Assisted Plaintiff in Preparing for Trial (hereafter, "Emergency Motion") [D.E. 105]. This matter was referred to the undersigned pursuant to 28 U.S.C. § 636 by the Honorable Jose E. Martinez, United States District Judge [D.E. 106]. The undersigned held a hearing on this matter on July 31, 2018, at which Captain Guy Dalton Shellhouse ("Captain Shellhouse") testified. At the hearing, Defendant American Airlines ("Defendant") agreed not to pursue the hearing under Section 21 of the Collective Bargaining Agreement pertaining to Captain Shellhouse until after the completion of this case, including through all appeals. In light of this representation, it is

ORDERED AND ADJUDGED that the Emergency Motion [D.E. 105] is DENIED AS MOOT.

DONE AND ORDERED in Chambers at Miami, Florida, this 31st day of July, 2018.

_____
ALICIA M. OTAZO-REYES
UNITED STATES MAGISTRATE JUDGE

cc: United States District Judge Jose E. Martinez
     Counsel of Record