**CIVIL MINUTES/CALENDAR**
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
**COURTROOM   NO. 10   -   10:00 A.M.**

**MAGISTRATE JUDGE: ALICIA M. OTAZO-REYES**

Case No.   17-60533-CIV-MARTINEZ

Date   7/31/18                                             END:   10:45 A.M.

Clerk Elizabeth Rodriguez

DAR 09:59:53                    COURT REPORTER

Title of Case RODNEY SCOTT PATTERSON V. AMERICAN AIRLINES, INC

P. Attorney(s) William Amlong & Noel C. Pace.

D. Attorney(s) Michael Holt

Reason for Hearing: Plaintiff's Emergency Motion Pursuant to 18 USC 4311(b)(3) & the Court's Inherent Powers to Restrain Defendant from Intimidating Plaintiff's Witness

Result of Hearing

- Captain Guy Dalton Shellhouse sworn & testified.

- Plff's Emergency Motion (DE. #105) denied as moot

Case continued to _____ Time _____ For _____
Misc. _____