UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case Number: 17-cv-60533-MARTINEZ/OTAZO-REYES

RODNEY SCOTT PATTERSON,

   Plaintiff,

vs.

AMERICAN AIRLINES, INC.,

   Defendant.
_____/

**Plaintiff's Response to American Airlines, Inc.'s Motion in Limine to Exclude Undisclosed Opinion Testimony and Inadmissible Hearsay by Dr. Caddy**

Plaintiff, Rodney Scott Patterson, pursuant to Local Rule 7.1(c), responds as follows to American Airlines, Inc.'s Motion in Limine To Exclude Undisclosed Opinion Testimony and Inadmissible Hearsay by Dr. Caddy (DE 99):

While plaintiff's testifying expert, Glenn R. Caddy, Ph.D., who is also a treating psychologist for plaintiff, Lt. Col. Rodney Scott Patterson, may have offered various opinions at his deposition and in his report, plaintiff's lead counsel, who is familiar with the Rules of Civil Procedure and the Rules of Evidence, and who anticipates controlling the testimony through the questioning of the expert witness, has no intention of leading Dr. Caddy into

areas outside of his professional expertise, beyond what is covered in the expert disclosures required by the Rules of Civil Procedure or that would constitute inadmissible hearsay.

## Conclusion

Plaintiff respectfully requests this Court to deny this motion as premature or moot, and to handle any objections to Dr. Caddy's trial testimony on a question-by-question basis.

Respectfully Submitted,

/s/   William R. Amlong
WILLIAM R. AMLONG
Florida Bar No.: 470228
WRAmlong@TheAmlongFirm.com
KAREN COOLMAN AMLONG
Florida Bar No.: 275565
KAmlong@TheAmlongFirm.com

AMLONG & AMLONG, P.A.
500 Northeast Fourth Street
Second Floor
Fort Lauderdale, Florida 33301
Telephone: (954) 462-1983
Facsimile: (954) 463-5008

NOEL C. PACE
noel.c.pace.esq@gmail.com
*Admitted Pro Hac Vice*
206 NW 91st Street
El Portal, FL
(305) 710-3713

**Attorneys for Plaintiff,
    Rodney Scott Patterson**

**Certificate of Service**

    **I HEREBY CERTIFY** that a true and correct copy of the foregoing has been filed using the Southern District of Florida's ECF system and thereby has been served on all counsel or parties of record.

*/s/   William R. Amlong*
WILLIAM R. AMLONG

\\amlong3\cpshare\CPWin\HISTORY\180724_0001\1538.1CD