# SECTION 20

## PHYSICAL EXAMINATIONS

**A.** The purpose and object of any Company physical examination for a pilot shall be to diagnose the true and actual physical condition of the pilot, and the pilot or his duly designated personal physician will be furnished with an exact duplicate copy of all medical examiner's reports affecting him.

**B.** Physical standards for Company physical examinations will be those standards set forth in the FAA Regulations as being required to maintain a First Class FAA Medical Certificate with Statements of Demonstrated Ability (waiver) for Air Line Pilots.  Physical examination procedures shall be determined by the Company.

**C.** Any information obtained by, or a result of, a Company physical examination shall be strictly confidential between the Company, the Company's doctor, and the pilot, and shall not be divulged to any other person without the written permission of the pilot.

**D.** A pilot shall not be required to submit to any Company physical examination in excess of two (2) in any twelve (12) month period without the pilot's consent, unless it is the Company's opinion that his health or physical condition is appreciably impaired, in which case the following procedure shall apply:

1. The Company shall notify the pilot, in writing, specifying the nature and extent of its concern.

2. Any pilot hereunder who, in the Company's opinion, fails to pass a Company physical examination, may, within thirty (30) days, at his option, have a review of his case in the following manner:

    a. He may employ a qualified medical examiner of his own choosing and at his own expense for the purpose of conducting a physical examination for the same purpose as the physical examination made by the medical examiner employed by the Company.

    b. A copy of the findings of the medical examiner chosen by the employee shall be furnished to the Company, and in the event that such findings verify the findings of the medical examiner employed by the Company, no further medical review of the case shall be afforded.

    c. In the event that the findings of the medical examiner chosen by the employee shall disagree with the findings of the medical examiner employed by the Company, the Company will, at the written request of the employee, ask that the two (2) medical examiners agree upon and appoint a third qualified and disinterested medical examiner, preferably a specialist, for the purpose of making a further physical examination of the employee.

    d. The said disinterested medical examiner shall then make **a further examination of the** pilot in question and the case shall be settled on the basis **of his findings.  The said** disinterested medical examiner will be given a copy of the **findings of the two (2)** physicians previously mentioned prior to making his exami**nation.**

    e. The expense of employing the disinterested medical exami**ner shall be borne one-half (1/2) by the pilot and one-half (1/2) by the Company.  Exact d**uplicate copies of such medical** examiner's report shall be furnished to the Company and t**o the pilot.**

**E.** When a pilot is removed from flying status by the Company as a **result of his failure to pass the** Company's medical examination and appeals such action under th**e provisions of this Section, he** shall, if such action is proven to be unwarranted, as provided in p**aragraph D. of this Section, be** paid retroactively for all time lost in an amount which he would ha**ve ordinarily earned had he** been continued on flight status during such period; providing furth**er that in no case shall he be** paid for a period in excess of ninety (90) days from the date of his **removal from flight status.**

# ATTACHMENT 1