1

```
 1               UNITED STATES DISTRICT COURT
                 SCUTHERN DISTRICT OF FLORIDA
 2                 FORT LAUDERDALE DIVISION
                 CASE NO.:  1:17-cv-60533-JEM
 3

 4    RODNEY SCOTT PATTERSON,          )
                                       )
 5              Plaintiff,             )
                                       )
 6    v.                               )
                                       )
 7    AMERICAN AIRLINES, INC., a       )
      Delaware Corporation,            )
 8                                     )
                Defendant.             )
 9    _____ )

10

11

12

13          Videotaped Deposition of JAMES N. BONDS

14                   (Taken by Plaintiff)

15              Charlotte, North Carolina

16              Thursday, March 15, 2017

17

18

19

20

21

22              Reported in Stenotype by

23              Christine A. Taylor, RPR

24           Registered Professional Reporter

25
```

# ATTACHMENT 6

76

1    American Airlines with your orders?

2         A.   I had them available upon request.

3         Q.   The question is, sir, did you show them to

4    anybody?

5         A.   At some point -- I can't recall.  I don't

6    recall.

7         Q.   Did you think that asking Mr. Patterson for

8    the records was a way to get him to hang himself on

9    providing false information?

10        A.   That might not have been my attempt, but it

11   could have been, but the idea that I wanted his

12   information was for him to provide the reason he didn't

13   want to fly that trip with Chip Harlow.  And if he had

14   provided the orders, then it would have been over and

15   done with.

16        Q.   Did he provide the orders that you don't know

17   that he had?

18        A.   I never saw any orders from him.  The only

19   thing I received from him was after a few requests a

20   redacted LES.

21        Q.   You had told Mr. Patterson you did not wish

22   him to go; correct?

23        A.   I didn't hear you.  Say the question again,

24   please.

25        Q.   You had told Mr. Patterson that you did not

77

1    wish him to go; correct?

2         A.   What I told him was he had requested an EO and

3    I told him in a voicemail -- I never spoke with

4    Patterson personally.  He never called me back.  I told

5    him that because requesting an EO, we were really short

6    on manning, and that -- that I needed him to fly.

7         Q.   And, instead, he went to Washington?

8         A.   I'm missing the first part of your question.

9    What was the first part of it?

10        Q.   And instead of flying as you wished him to

11   do, he went to Washington?

12        A.   Yes.  That's true.

13        Q.   To do his duty as a United States Army

14   lieutenant colonel?

15        A.   Yes.

16        Q.   And you were not happy that he went to

17   Washington that day, were you?

18        A.   I personally -- that wasn't my concern.  I

19   support all military people in the service of their

20   country, and that's not the issue.  The issue is that I

21   didn't feel that he was being forthright and honest by

22   getting off that trip with Captain Harlow.  That was my

23   concern.  And he could easily have been handled by --

24   and taken my phone call and not be an obstruction to my

25   questions, and, Captain Bonds, here's my orders coming