

**To:** 
**CC:** Cronin, Mark
**Sent:** Bonds, James; Beach, Brian
**Subject:** 10/30/2015 2:14:47 PM
Re: Miltary Verification

Well lets have Carver and legal take over this part. They should have answers by now.

Captain Sean Scialfa
Director of Flight / Chief Pilot - MIA

305-526-1230 Office | 305-301-3977 Cell

On Oct 30, 2015, at 07:10, Cronin, Mark <Mark.Cronin@aa.com> wrote:

Really important to keep Legal (Vince Carver) in the loop on this stuff. USERRA issues can get really tangled fast, and we need to make sure his behavior remains the focus and not how we are handling it.

Captain Mark S. Cronin
Managing Director Line Operations - East
American Airlines

---

**From:** Scialfa, Sean
**Sent:** Friday, October 30, 2015 10:07 AM
**To:** Bonds, James
**Cc:** Beach, Brian; Cronin, Mark
**Subject:** Re: Miltary Verification

would prefer to pursue this avenue rather than Sec. 20 for now.

Captain Sean Scialfa
Director of Flight / Chief Pilot - MIA

305-526-1230 Office | 305-301-3977 Cell

On Oct 30, 2015, at 07:05, Bonds, James <James.Bonds@aa.com> wrote:

Guys, I am suspicious of this LES. He has blocked out important information. His Rank, and the amount for 2 Drill periods is waaaayyy high. For his rank it should be about $800 not $4000

I smell a rat but need to look and compare to my last LES and others that are active.

Maybe he hangs himself on providing false information.

The wheels on the bus go round and round!!!

Talk later.

Captain Jim Bonds
Chief Pilot MIA
James.Bonds@aa.com
305-526-1282 office
786-473-1968 cell

Begin forwarded message:

**ATTACHMENT 4**

To: <james.bonds@aa.com>
Cc: <tkennedy@alliedpilots.org>
Subject: Miltary Verification

Captain Bonds

Per your request of 29 Sept, please find the attached leave and earnings (LES) DFAS Form 702.

The LES verifies performance of military duty which is covered under USERRA, 22 SEP through 25 SEP, 2015.

Should you have any further questions please feel free to contact me otherwise, I will show this as a closed out issue and request.

v/r

Scott Patterson
FO MIA 767 Intl
576006

<LES 151104-2.pdf>