| | |
|---|---|
| From: | Cronin, Mark |
| To: | Beach, Brian; Bonds, James |
| CC: | Montgomery, Michelle; Burke-leon, Ana; Scialfa, Sean |
| Sent: | 11/6/2015 12:31:11 AM |
| Subject: | RE: Patterson |

Agreed. The only thing we can use are statements are the ones from Whitehouse.

Captain Mark S. Cronin
Managing Director Line Operations - East
American Airlines



From: Beach, Brian
Sent: Thursday, November 05, 2015 6:28 PM
To: Bonds, James
Cc: Montgomery, Michelle; Burke-leon, Ana; Scialfa, Sean; Cronin, Mark
Subject: Re: Patterson

All,
It is up to us to give a reason for the hearing and all documentation we will use in the hearing. We need to discuss this for the statements I got from the other pilots were on strict confidentiality they would not get out. If we did not get anything and I don't think we did then I believe the only information would be Capt. Whitehouse's statement.

APA is waiting on us IMO.

Brian

Sent from my iPad

> On Nov 5, 2015, at 6:11 PM, Bonds, James <James.Bonds@aa.com> wrote:
>
> Ana, they have to have statements that you have received from others or any evidence that you will ask Scott about
>
> Captain Jim Bonds
> Chief Pilot-MIA
> James.Bonds@aa.com
> 305-526-1282 office
> 786-473-1968 cell
>
>
>> On Nov 5, 2015, at 3:57 PM, Montgomery, Michelle <Michelle.Montgomery@aa.com> wrote:
>>
>> I have not heard anything...the MIA chiefs should coordinate with APA for a date. If they are being difficult, we can scheduled them between 10:00 - 15:00.
>>
>>
>>
>> Michelle Montgomery
>> Manager Labor Relations - Flight
>>
>> 817 963 7811 Office | 817 967 2287 Fax
>>
>>
>>
>> NOTICE: This email and any attachments are for the exclusive and confidential use of the intended recipient(s). If you are not an intended recipient, please do not read, distribute, or take action in reliance upon this message. If you have received this in error, please notify me immediately by return email and promptly delete this message and its attachments from your computer system.
>>
>>
>> -----Original Message-----
>> From: Burke-leon, Ana
>> Sent: Thursday, November 05, 2015 3:56 PM
>> To: Montgomery, Michelle
>> Cc: Beach, Brian; Scialfa, Sean; Cronin, Mark

**ATTACHMENT 5**   AA-Patterson-0000610

>> Subject: FW: Patterson
>>
>> Hello Michelle, please see Jim's message below. I have not heard from APA have you?
>> Ana
>>
>> -----Original Message-----
>> From: Bonds, James
>> Sent: Thursday, November 05, 2015 4:11 PM
>> To: Burke-leon, Ana
>> Cc: Subject: Patterson
>>
>> Ana, we have had Scott Patterson in PW for well over a month. Training is wanting to schedule him Sunday. When are you going to interview him.
>>
>> Jim
>>
>> Captain Jim Bonds
>> Chief Pilot-MIA
>> James.Bonds@aa.com
>> 305-526-1282 office
>> 786-473-1968 cell
>>

AA-Patterson-0000611