```
                                                              1
 1              UNITED STATES DISTRICT COURT
                SOUTHERN DISTRICT OF FLORIDA
 2                FCRT LAUDERDALE DIVISION

 3           Case Number:  1:17-cv-60533-JEM

 4   RODNEY SCOTT PATTERSON,

 5         Plaintiff,

 6   vs.

 7   AMERICAN AIRLINES, INC., a
     Delaware Corporation,
 8
           Defendant.
 9   _____/

10

11                          500 Northeast Fourth Street
                            Fort Lauderdale, Florida
12                          Wednesday, March 21, 2018
                            10:09 a.m. - 2:27 p.m.
13

14

15
                      DEPOSITION
16
                          OF
17
                     BRIAN BEACH
18

19

20

21

22

23

24              ATTACHMENT 7
25
```

2

```
 1              Deposition of BRIAN BEACH,
 2   a witness of lawful age, taken by the Plaintiff for the
 3   purpose of discovery and for use as evidence in the
 4   above-entitled cause, before HEATHER VIEIRA, Shorthand
 5   Reporter and Notary Public in and for the State of
 6   Florida at Large, at Amlong & Amlong, P.A., 500
 7   Northeast Fourth Street, Fort Lauderdale, Broward
 8   County, Florida on the 21st day of March, 2018
 9   commencing at 10:09 a.m.
10                     -  -  -
11   COUNSEL PRESENT:
12   For the Plaintiff:
13      WILLIAM R. AMLONG, ESQ.
        NOEL PACE, ESQ. (Via Telephone)
14      AMLONG & AMLONG, P.A.
        500 Northeast Fourth Street
15      Second Floor
        Fort Lauderdale, Florida 33301
16      wramlong@theamlongfirm.com
17   For the Defendant:
18      TRISTAN MORALES, ESQ.
        O'MELVENY & MYERS, LLP
19      1625 Eye Street, Northwest
        Washington, DC 20006
20      tmorales@omm.com
21   ALSO PRESENT:
     (Via Telephone)
22
        RODNEY SCOTT PATTERSON, Plaintiff
23
24
25
```

[3/21/2018] Beach, Brian - 180321

```
                                                           3
1                        I N D E X

2                        - - - - -

3

4              WITNESS:  BRIAN BEACH

5

6      E X A M I N A T I O N:                    PAGE

7

8      BY MR.   AMLONG                            4

9

10

11     E X H I B I T S:                          PAGE

12

13     PLAINTIFF'S NO. 2A                         43

14     PLAINTIFF'S NO. 2B                         44

15     PLAINTIFF'S NO. 2C                         45

16     PLAINTIFF'S NO. 2D                         50

17

18

19

20

21     (Exhibits Were Retained By Counsel.)

22

23

24

25
```

1   Q.  You said his involvement would maybe be
2   consulting with legal.  Would he be the person to
3   consult with legal as opposed to you?
4   A.  I think it's -- well, first of all, it would be
5   the director of flight, so it would have been Scialfa
6   probably, Cronin and legal with HR I guess.  That's how
7   it kind of usually --
8   Q.  Did you consult with HR in the issuance of the
9   Section 20?
10  A.  I did not.
11  Q.  Did you consult with HR?
12  A.  I sat in on the interview with Scott, yes.
13  Q.  Under Section 21?
14  A.  Yes.
15  Q.  That's what we're talking about when you say the
16  interview?
17  A.  Right.
18  Q.  Other than sitting in on the Section 21 with
19  Mr. Patterson, what involvement did you have in the
20  issuance of Section 20?
21  A.  None other than just these are the results of the
22  HR investigation, and as per the discussion with whoever
23  it is, it was decided to issue a Section 20.
24  Q.  That's the conversation you had with
25  Mr. Patterson, or that's the conversation you had with

```
 1    HR?
 2        A.   I didn't have any discussion with HR or anybody
 3    about issuing the Section 20 for Scott.
 4        Q.   So it was just you?
 5        A.   I'm sorry?
 6        Q.   That was just you?
 7        A.   As far as?
 8        Q.   Issuing the Section 20?
 9        A.   No.  I was told to, you know, this is what we're
10    going to do and here's the letter.
11        Q.   Who told you that?
12        A.   It came from Cronin and legal.
13        Q.   So the statement this is the result of the HR
14    investigation and pursuant, and we're going to issue a
15    Section 20, that came from HR and Cronin?
16        A.   That's correct -- no, not HR.  Legal.  I believe
17    it was on the recommendation of HR.
18        Q.   Who in HR?
19        A.   I can't remember her name that was doing the
20    investigation.
21        Q.   Ana Burke-Leon?
22        A.   That's it.  That's it.
23             MR. AMLONG:  We're going to need to add that
24    to the list of people that we need to depose.
25        Q.   And what discussions, if any, did you have with
```

[3/21/2018] Beach, Brian - 180321