```
                                                           Page 1

 1               UNITED STATES DISTRICT COURT
                 SOUTHERN DISTRICT OF FLORIDA
 2
          CASE NO.:  1:17-cv-60533-MARTINEZ/OTAZO-REYES
 3

 4

 5   RODNEY SCOTT PATTERSON,

 6            Plaintiff,

 7   vs.

 8   AMERICAN AIRLINES, INC., a Delaware
     Corporation,
 9
              Defendant.
10   _____/

11
12                       Amlong & Amlong, P.A.
                         500 Northeast 4th Street
13                       Second Floor
                         Fort Lauderdale, Florida 33301
14                       Thursday, June 7, 2018
                         1:19 p.m. - 3:48 p.m.
15
16
17      VIDEOTAPED DEPOSITION OF GLENN R. CADDY, Ph.D.
18
19
20
21         Taken on behalf of the Defendant before
22   Christine Savoureux-Mariner, Florida Professional
23   Reporter and Notary Public in and for the State
24   of Florida at Large, pursuant to Notice of Taking
25   Deposition in the above cause.
```

1   that, after he made assertions about it.
2        Q   Do you know if Dr. Knippa is Board certified
3   in clinical psychology?
4        A   No, he is not.  Excuse me, yes, I know that he
5   is not.  In fact, I don't know that he is Board
6   certified in anything, but what I do know is that if the
7   airlines got any brains, they'll stop using him.
8   There's plenty of --
9            The other issue that's very important to
10  understand is that you simply don't do this sort of
11  assessment, CogScreen work, for example, at 2:00 in the
12  afternoon when the person has flown across three time
13  zones the night before and arrives at 9:00 to start
14  assessment.  The research is really clear about the
15  importance of adequate time to adjust to time zones when
16  you are taking relatively complex, skill set-type
17  testing.
18           You can take testing dealing with personality
19  and all that sort of stuff without too much trouble at
20  all, but when it's a skill set --
21       Q   What part of your background and training
22  gives you the expertise to opine on when a
23  neuropsychologist should administer tests such as the
24  CogScreen?
25       A   Well, for a starter, the issue about

```
                                                     Page 57
 1         aeromedical specialist in order to be in a position
 2         to fully do that work.
 3    BY MR. AMLONG:
 4         Q    Is part of your background in academe?
 5         A    A long part of it, yes.  I was a full
 6    professor for something like 15 years, psych school.
 7         Q    What is psychometrics?
 8         A    Psychometrics is that part of psychology that
 9    relates to measurement.
10         Q    And testing?
11         A    And testing.
12         Q    Did you ever teach it?
13         A    I taught it.
14         Q    On an undergraduate or a graduate level?
15         A    Both.
16         Q    How much experience, if any, do you have in
17    working with airline pilots?
18         A    Quite a lot.  Airline pilots and airline
19    people.  I was the psychologist that was used by United
20    Airlines for referral of their people.  I was not the
21    only one, but I was the principal one when they had the
22    base in Miami.
23              I sometimes saw males and sometimes saw
24    females, but I ran a group practice at that time and
25    some of the other people who worked with me, the men,
```

Page 68

1       cetera, et cetera, and at one point, he was doing
2       some flying jets and then also just fixed wing
3       small aircraft, so he was making some money.
4            But it really impacted, you know.  And for a
5       while, he was pretty angry.  Now, all that
6       stabilized, as it does.  He's not a mentally
7       unhealthy man, he was simply put in a cruel
8       situation.
9  BY MR. AMLONG:
10      Q    You've seen the psychological testing that
11 Dr. Knippa did, right?
12      A    Yes.
13      Q    That testing, is that indicative of adjustment
14 disorder?
15           MR. HOLT:  Objection to form.
16           THE WITNESS:  It's consistent with adjustment
17      disorder, yeah.
18 BY MR. AMLONG:
19      Q    So the onset occurred before April?
20      A    Yeah, yeah.  The reality though is my
21 objection to Dr. Knippa's work was that, at every level,
22 if you really understand what he was doing, he kept on
23 trying to find something wrong and he'd make comments
24 about something wrong, but then he'd fall off and say,
25 well, it's not enough to offer a legitimate assertion of

```
 1   that, after he made assertions about it.
 2        Q    Do you know if Dr. Knippa is Board certified
 3   in clinical psychology?
 4        A    No, he is not.  Excuse me, yes, I know that he
 5   is not.  In fact, I don't know that he is Board
 6   certified in anything, but what I do know is that if the
 7   airlines got any brains, they'll stop using him.
 8   There's plenty of --
 9             The other issue that's very important to
10   understand is that you simply don't do this sort of
11   assessment, CogScreen work, for example, at 2:00 in the
12   afternoon when the person has flown across three time
13   zones the night before and arrives at 9:00 to start
14   assessment.  The research is really clear about the
15   importance of adequate time to adjust to time zones when
16   you are taking relatively complex, skill set-type
17   testing.
18             You can take testing dealing with personality
19   and all that sort of stuff without too much trouble at
20   all, but when it's a skill set --
21        Q    What part of your background and training
22   gives you the expertise to opine on when a
23   neuropsychologist should administer tests such as the
24   CogScreen?
25        A    Well, for a starter, the issue about
```