UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case Number: 17-cv-60533-MARTINEZ-OTAZO-REYES

RODNEY SCOTT PATTERSON,

    Plaintiff,
vs.

AMERICAN AIRLINES, INC., a
Delaware Corporation,

    Defendant.
_____/

**Plaintiff's Notice of Filing Corrected Attachment 5 [DE 117-5] to Plaintiff's Response to American Airlines Motion in Limine to Exclude Evidence of Subsequent Medical Records [DE 117]**

Plaintiff, Rodney Scott Patterson, hereby gives notice of filing the attached corrected Attachment 5 (the November 6, 2015 from Michelle Montgomery (Bates numberd AA-Patterson-0000638) to Plaintiff's Response to American Airlines Motion in Limine to Exclude Evidence of Subsequent Medical Records [DE 117] to substitute for the previously filed Attachment 5 [DE 117-5]. The wrong document was attached, inadvertently to the response filed August 6, 2018.

## Certificate of Service

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been filed and furnished by CM/ECF this 7th day of August, 2018 on all counsel or parties of record.

    Respectfully submitted,

    s/ *Jennifer Daley*
    WILLIAM R. AMLONG
    WRAmlong@TheAmlongFirm.com
    Florida Bar Number 470228
    KAREN COOLMAN AMLONG
    KAmlong@TheAmlongFirm.com
    Florida Bar Number 275565
    JENNIFER DALEY
    Florida Bar Number 856436
    JDaley@TheAmlongFirm.com
    AMLONG & AMLONG, P.A.
    500 Northeast Fourth Street, Second Floor
    Fort Lauderdale, Florida 33301
    (954) 462-1983

    NOEL C. PACE
    noel.c.pace.esq@gmail.com
    206 N.W. 91 Street
    El Portal, Florida 33150
    (305) 710-3713

    *Attorneys for the Plaintiff,*
        *Rodney Scott Patterson*

\\amlong3\cpshare\CPWin\HISTORY\180724_0001\1538.1D9

| | |
|---|---|
| **From:** | Montgomery, Michelle |
| **To:** | Burke-leon, Ana; Cronin, Mark |
| **CC:** | Beach, Brian; Bonds, James; Scialfa, Sean |
| **Sent:** | 11/6/2015 2:41:01 PM |
| **Subject:** | RE: Patterson |

Should we chat about this? Without those other statements, we really don't have much of a case. Those statements also may better support a section 20, too.

Michelle Montgomery
Manager Labor Relations - Flight

817 963 7811 Office | 817 967 2287 Fax

NOTICE: This email and any attachments are for the exclusive and confidential use of the intended recipient(s). If you are not an intended recipient, please do not read, distribute, or take action in reliance upon this message. If you have received this in error, please notify me immediately by return email and promptly delete this message and its attachments from your computer system.

-----Original Message-----
From: Burke-leon, Ana
Sent: Friday, November 06, 2015 8:02 AM
To: Cronin, Mark
Cc: Beach, Brian; Bonds, James; Montgomery, Michelle; Scialfa, Sean
Subject: Re: Patterson

If you have any written statements from any other employees other than the employees I've interviewed please redact all identifying information before providing them to APA. I will be in the office at 10:00. I can do it for you if you like. Please let me know. Ana.

Sent from my iPhone

> On Nov 6, 2015, at 8:55 AM, Burke-leon, Ana <Ana.Burke-Leon@aa.com> wrote:
>
> I provided all statements and Whitehouse's report with redacted
> identifying information to Michelle who forwarded them to APA. They
> have everything. Ana
>
> Sent from my iPhone
>
>> On Nov 5, 2015, at 7:31 PM, Cronin, Mark <Mark.Cronin@aa.com> wrote:
>>
>> Agreed. The only thing we can use are statements are the ones from Whitehouse.
>>
>> Captain Mark S. Cronin
>> Managing Director Line Operations - East American Airlines
>>
>> _____
>> From: Beach, Brian
>> Sent: Thursday, November 05, 2015 6:28 PM
>> To: Bonds, James
>> Cc: Montgomery, Michelle; Burke-leon, Ana; Scialfa, Sean; Cronin, Mark
>> Subject: Re: Patterson
>>
>> All,
>> It is up to us to give a reason for the hearing and all documentation we will use in the hearing. We need to discuss this for the statements I got from the other pilots were on strict confidentiality they would not get out. If we did not get anything and I don't think we did then I believe the only information would be Capt. Whitehouse's statement.
>>
>> APA is waiting on us IMO.
>>
>> Brian
>>

**ATTACHMENT 5**

AA-Patterson-0000638

```
>> Sent from my iPad
>>
>>> On Nov 5, 2015, at 6:11 PM, Bonds, James <James.Bonds@aa.com> wrote:
>>>
>>> Ana, they have to have statements that you have received from others
>>> or any evidence that you will ask Scott about
>>>
>>> Captain Jim Bonds
>>> Chief Pilot-MIA
>>> James.Bonds@aa.com
>>> 305-526-1282 office
>>> 786-473-1968 cell
>>>
>>>
>>>> On Nov 5, 2015, at 3:57 PM, Montgomery, Michelle <Michelle.Montgomery@aa.com> wrote:
>>>>
>>>> I have not heard anything...the MIA chiefs should coordinate with APA for a date. If they are being difficult, we can scheduled them between 10:00 - 15:00.
>>>>
>>>>
>>>>
>>>> Michelle Montgomery
>>>> Manager Labor Relations - Flight
>>>>
>>>> 817 963 7811 Office | 817 967 2287 Fax
>>>>
>>>>
>>>>
>>>> NOTICE: This email and any attachments are for the exclusive and confidential use of the intended recipient(s). If you are not an intended recipient, please do not read, distribute, or take action in reliance upon this message. If you have received this in error, please notify me immediately by return email and promptly delete this message and its attachments from your computer system.
>>>>
>>>>
>>>> -----Original Message-----
>>>> From: Burke-leon, Ana
>>>> Sent: Thursday, November 05, 2015 3:56 PM
>>>> To: Montgomery, Michelle
>>>> Cc: Beach, Brian; Scialfa, Sean; Cronin, Mark
>>>> Subject: FW: Patterson
>>>>
>>>> Hello Michelle, please see Jim's message below. I have not heard from APA have you?
>>>> Ana
>>>>
>>>> -----Original Message-----
>>>> From: Bonds, James
>>>> Sent: Thursday, November 05, 2015 4:11 PM
>>>> To: Burke-leon, Ana
>>>> Cc: Subject: Patterson
>>>>
>>>> Ana, we have had Scott Patterson in PW for well over a month. Training is wanting to schedule him Sunday. When are you going to interview him.
>>>>
>>>> Jim
>>>>
>>>> Captain Jim Bonds
>>>> Chief Pilot-MIA
>>>> James.Bonds@aa.com
>>>> 305-526-1282 office
>>>> 786-473-1968 cell
>>>>
```