UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case Number: 17-cv-60533-MARTINEZ-OTAZO-REYES

RODNEY SCOTT PATTERSON,

    Plaintiff,
vs.

AMERICAN AIRLINES, INC., a
Delaware Corporation,

    Defendant.
_____/

**Plaintiff's Notice of Filing Corrected Attachment 1 [DE 101-1] to Plaintiff's Motion in Limine re: § 20 Letters from Beach, Bond [DE 101]**

Plaintiff, Rodney Scott Patterson, hereby gives notice of filing the attached corrected Attachment 1 [DE1 101-1] (January 20 and 26, 2016 Letters from Brian Beach and James Bonds) to Plaintiff's Motion in Limine re: § 20 Letters from Beach, Bond [DE 101] filed July 23, 2018. Attachment 1, filed July 23, 2018, included only one of the two referenced letters, and omitted, in advertently the second letter.  Both letters are attached, and stamped Attachment 1.

**The Amlong Firm** • 500 Northeast Fourth Street • Fort Lauderdale, FL  33301 • 954.462.1983

## Certificate of Service

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been filed and furnished by CM/ECF this 7th day of August, 2018 on all counsel or parties of record.

Respectfully submitted,

s/ *Jennifer Daley*
WILLIAM R. AMLONG
WRAmlong@TheAmlongFirm.com
Florida Bar Number 470228
KAREN COOLMAN AMLONG
KAmlong@TheAmlongFirm.com
Florida Bar Number 275565
JENNIFER DALEY
Florida Bar Number 856436
JDaley@TheAmlongFirm.com
AMLONG & AMLONG, P.A.
500 Northeast Fourth Street, Second Floor
Fort Lauderdale, Florida 33301
(954) 462-1983

NOEL C. PACE
noel.c.pace.esq@gmail.com
206 N.W. 91 Street
El Portal, Florida 33150
(305) 710-3713

*Attorneys for the Plaintiff,*
  *Rodney Scott Patterson*

\\amlong3\cpshare\CPWin\HISTORY\180724_0001\1538.1DA



PLAINTIFF'S EXHIBIT 23

January 20, 2016

FO Rodney Scott Patterson (576006)
1092 NW 139th Terr
Pembroke Pines, FL 33028
(954) 499-0873

RE: Directive to Report for Section 20 Evaluation

Dear FO Patterson,

    Due to my concerns regarding your ability to safely operate an aircraft, I have arranged for you to participate in a medical evaluation as provided in Section 20 of the JCBA. . You have been scheduled for a Neuropsychiatric evaluation with Dr. John Knippa on <u>January 26 and 27, 2016. Appointments on both days begin at 9:30 a.m.</u> The location of the exam is:

**Coast Psychiatric Associates**
**Dr. John Knippa, Ph.D.**
**1650 Ximeno Avenue, STE 230**
**Long Beach, CA 90804**
**Telephone: (562) 494-3633**

    I am scheduling you to travel to LAX at 1525 on Flight 2435/25Jan. Your return is scheduled on Flight 271/28Jan to MIA at 0900. Included with this letter is a map to Dr. Knippa's office and forms you will need to complete. You may reserve your hotel accommodations, as well as your rental car. We suggest you use the Courtyard LGB Airport Hotel, or the nearby Holiday Inn. Please save your receipts to file an expense report for reimbursement with the Flight Office.

    While participating in the medical evaluation, you will remain on pay withhold. While on withhold, you are directed to remain available at the phone number and address of record listed above. You are not allowed to use any of the flight privileges that are provided to you or your family as an American Airlines employee. This means you or your dependents are not allowed to fly either on American Airlines or any other carrier as a "non-revenue" pass traveler.

    If you have questions regarding this letter, please contact me.

Sincerely,

Captain James Bonds
Chief Pilot, MIA

cc:    Dr. Ahtone – AA Medical
        Cindy Contreras – AA Medical
        APA Legal
        Personnel File

# ATTACHMENT 1



January 26, 2016

FO Rodney Scott Patterson (576006)
1092 NW 139th Terrace
Pembroke Pines, FL 33028

RE: **Directive to Report for Section 20 Evaluation**

Dear FO Patterson,

    Due to my concerns regarding your ability to safely operate an aircraft, I have arranged for you to participate in a medical evaluation as provided in Section 20 of the JCBA. . You have been scheduled for a Neuropsychiatric evaluation with Dr. John Knippa on <u>March 16 and 17, 2016. Appointments on both days begin at 9:30 a.m.</u> The location of the exam is:

**Coast Psychiatric Associates**
**Dr. John Knippa, Ph.D.**
**1650 Ximeno Avenue, STE 230**
**Long Beach, CA 90804**
**Telephone: (562) 494-3633**

    I am scheduling you to travel to LAX on Flight 139 on 15MAR departing at 1229 with a return on 18MAR on Flight 189 departing LAX at 0800 and arriving in MIA at 1544. You may reserve your hotel accommodations, as well as your rental car. We suggest you use the Courtyard Long Beach Airport Hotel. Please save your receipts to file an expense report for reimbursement with the Flight Office. Included with this letter is a map to Dr. Knippa's office and forms you will need to complete.

    While participating in the medical evaluation, you will remain on pay withhold. While on withhold, you are directed to remain available at the phone number and address of record listed above. You are not allowed to use any of the flight privileges that are provided to you or your family as an American Airlines employee. This means you or your dependents are not allowed to fly either on American Airlines or any other carrier as a "non-revenue" pass traveler.

    If you have questions regarding this letter, please contact me.

                                              Sincerely,

                                              Captain Brian Beach
                                               Chief Pilot, MIA

cc:    Dr. Ahtone – AA Medical
        Cindy Contreras – AA Medical
        APA Legal
               Personnel File

