1

```
 1            IN THE UNITED STATES DISTRICT COURT
              FOR THE SOUTHERN DISTRICT OF FLORIDA
 2                  (Fort Lauderdale Division)

 3    RODNEY SCOTT PATTERSON,    )
          Plaintiff,             )
 4                               )
      vs.                        ) Case No.
 5                               ) 17-cv-60533-JEM
      AMERICAN AIRLINES, a       )
 6    Delaware corporation,      )
          Defendant.             )
 7

 8    *******************************************************

 9             ORAL AND VIDEOTAPED DEPOSITION OF

10        THE CORPORATE REPRESENTATIVE OF AMERICAN AIRLINES

11                    MICHELLE A. MONTGOMERY

12                        JUNE 6, 2018

13    *******************************************************

14          ORAL AND VIDEOTAPED DEPOSITION OF MICHELLE A.

15    MONTGOMERY, produced as a witness at the instance of the

16    Plaintiff, and duly sworn, was taken in the above-styled

17    and numbered cause on the 6th day of June, 2018, from

18    10:30 a.m. to 4:43 p.m., via telephone, before Julie C.

19    Brandt, RMR, CRR, and CSR in and for the State of Texas,

20    reported by machine shorthand, at Veritext Legal

21    Solutions, 300 Throckmorton Street, Suite 1600, Fort

22    Worth, Texas, pursuant to the Federal Rules of Civil

23    Procedure and the provisions stated on the record or

24    attached hereto.

25                   ATTACHMENT 1
```

```
                                                                    13
 1    differently as we go through, just let me know.  I just    10:41:56
 2    wanted to give you the cleanest record.  I know that's     10:41:58
 3    what you're looking for in this deposition today.          10:42:00
 4         Q.   (BY MR. AMLONG)  Ms. Montgomery, are you         10:42:05
 5    looking at the 30(b)(6) deposition notice?                 10:42:07
 6         A.   Yes, sir.                                        10:42:10
 7         Q.   And have you seen a copy of that before?         10:42:11
 8         A.   Yes.                                             10:42:17
 9         Q.   Did you review any documents to prepare to       10:42:29
10    address any of the subjects?                               10:42:32
11         A.   Yes.                                             10:42:33
12         Q.   Okay.  Tell me what documents you reviewed to    10:42:33
13    address item number 8, the corporate security              10:42:40
14    investigation referred to in the 4:15 p.m. March 24,       10:42:44
15    2015 email from Ricardo Garcia to Brian Beach and copied   10:42:49
16    to Fred Ronda.                                             10:42:53
17              MR. HOLT:  Objection to the extent it            10:42:54
18    calls for the witness to reveal privileged information,    10:42:55
19    discussions and selection of documents that were           10:43:01
20    reviewed based on counsel's mental impressions in this     10:43:03
21    case.  The witness can describe generally documents --     10:43:06
22              MR. AMLONG:  Are you instructing her not         10:43:11
23    to answer?                                                 10:43:12
24              MR. HOLT:  If you'll let me finish.  The         10:43:13
25    witness can describe generally the types of documents      10:43:14
```

```
                                                                   16
 1                 (Requested testimony read.)                10:47:07
 2                 THE WITNESS:  Go ahead and answer?         10:47:32
 3        A.    Okay.  I'm sorry.  I thought I was waiting on 10:47:33
 4   you.  I don't recall anything else.                      10:47:35
 5        Q.    (BY MR. AMLONG)  What did Mr. Garcia do to    10:47:44
 6   conduct his investigation?                               10:47:54
 7        A.    I don't know.                                 10:47:56
 8        Q.    To whom, if anyone, did Mr. Patterson speak to 10:48:01
 9   conduct the investigation?                               10:48:06
10                 MR. HOLT:  Objection to form.  You can     10:48:07
11   answer if you know.                                      10:48:14
12        A.    I don't know.                                 10:48:14
13        Q.    (BY MR. AMLONG)  What, if any, documents did  10:48:15
14   Mr. Patterson -- I'm sorry.                              10:48:25
15                 To what, if any --                         10:48:28
16                 What, if any, documents did Mr. Garcia review, 10:48:33
17   as far as his investigation?                             10:48:39
18        A.    I don't know.                                 10:48:41
19        Q.    What, if any, conclusions did Mr. Garcia reach 10:48:53
20   concerning the investigation?                            10:48:57
21        A.    The allegations were unsubstantiated.         10:49:00
22        Q.    And how do you know that the allegations were 10:49:08
23   unsubstantiated?                                         10:49:20
24        A.    I was told that.                              10:49:23
25        Q.    By whom?                                      10:49:24
```

```
                                                                      17
 1         A.   I honestly don't remember.                      10:49:32
 2         Q.   Did -- did you discuss this investigation with  10:49:36
 3    anyone other than Mr. Holt?                               10:49:48
 4         A.   Yes.  At the time it would have been one of     10:49:51
 5    the chief pilots, but I don't recall which one.           10:50:00
 6         Q.   So when were you told that the investigation    10:50:11
 7    was unsubstantiated?                                      10:50:13
 8              MR. HOLT:  Object to the extent it              10:50:17
 9    exceeds the --                                            10:50:20
10         Q.   (BY MR. AMLONG)  During your preparation for    10:50:21
11    today's deposition or at the time of the investigation?   10:50:24
12              MR. HOLT:  Objection, exceeds the scope         10:50:26
13    of the 30(b)(6) deposition notice.                        10:50:27
14              MR. AMLONG:  I'm sorry.  I could not hear       10:50:29
15    the objection.                                            10:50:31
16              MR. HOLT:  It exceeds the scope of the          10:50:32
17    30(b)(6).                                                 10:50:33
18         Q.   (BY MR. AMLONG)  You can answer.                10:50:38
19         A.   I'm sorry.  Could you repeat the question?      10:50:38
20              MR. AMLONG:  Read it back, please.              10:50:48
21              (Requested testimony read.)                     10:50:49
22         A.   It would have been at the time of the           10:51:05
23    investigation.                                            10:51:06
24         Q.   (BY MR. AMLONG)  And was the person who told    10:51:06
25    you it was unsubstantiated one of the chief pilots?       10:51:19
```

```
                                                                    20
 1                  (Exhibit 74 marked.)                         10:57:00
 2          Q.   (BY MR. AMLONG)   All right.   We are marking   10:56:43
 3    the 30(b)(6) notice as Plaintiff's Exhibit 73 and the      10:56:51
 4    April 9, 2015, email as Plaintiff's 74.   Please take a    10:56:54
 5    moment and look at that, Ms. Montgomery.                   10:57:03
 6            If you want to, we can shut down the video         10:57:31
 7    while you read it.                                         10:57:34
 8          A.   Sure.                                           10:57:35
 9                  MR. HOLT:   We'll stay on the record for     10:57:35
10    time purposes, though.   Correct, Counsel?                 10:57:38
11          A.   I presume you want me to read the entire        10:58:02
12    thing?   It's pretty lengthy.                              10:58:05
13          Q.   (BY MR. AMLONG)   Yes.                          10:58:07
14          A.   Okay.                                           10:58:08
15                  MR. AMLONG:   And actually, Michael, the     10:58:14
16    seven hour rule doesn't count in 30(b)(6) depositions.     10:58:18
17                  MR. HOLT:   Yes, it does.                    10:58:19
18                  MR. AMLONG:   You can have one of your       10:58:19
19    interns research that.                                     10:58:21
20                  MR. HOLT:   You can research it.   You can   10:58:22
21    look at the rule yourself.   It applies in every           10:58:24
22    deposition.                                                10:58:27
23          A.   Okay.                                           11:03:48
24          Q.   (BY MR. AMLONG)   Ms. Montgomery, who was       11:03:48
25    Rhonda Theuer?                                             11:04:00
```

```
                                                                    21

 1        A.    Rhonda Theuer is retired.  She used to work in     11:04:02
 2   human resources.                                              11:04:06
 3        Q.    Do you know what she did in HR?                    11:04:09
 4        A.    I think she was a human resources business         11:04:12
 5   partner, if I remember correctly.                             11:04:18
 6        Q.    What was your position at the time of this         11:04:19
 7   email?                                                        11:04:31
 8        A.    I was the labor relations manager for flight.      11:04:31
 9        Q.    Doing the same thing you're doing now?             11:04:33
10        A.    Yes.                                               11:04:38
11        Q.    What, if any, discussion did you have with         11:04:38
12   Captain Beach about this email at the time you got it?        11:04:56
13              MR. HOLT:  Objection.  That exceeds the            11:04:59
14   scope of the 30(b)(6) notice.                                 11:05:02
15        A.    I don't recall the specific discussions we had     11:05:03
16   back in April 2015.                                           11:05:09
17        Q.    (BY MR. AMLONG)  Do you recall any discussions     11:05:10
18   about this letter or about this email?                        11:05:14
19              MR. HOLT:  Same objection.                         11:05:17
20        A.    I recall that we had discussions, but I don't      11:05:20
21   recall what they specifically involved.                       11:05:22
22        Q.    (BY MR. AMLONG)  Do you recall if Captain          11:05:26
23   Beach was suggesting any kind of investigation of             11:06:05
24   Mr. Patterson at this time?                                   11:06:14
25              MR. HOLT:  Same objection.                         11:06:16
```

[6/6/2018 10:00 AM] Montgomery - 180606

                                                                        22

| | | |
|---|---|---|
| 1 | A.   I believe he did want us to look into the | 11:06:17 |
| 2 | allegations, as, you know, on paper they're very | 11:06:23 |
| 3 | concerning. | 11:06:30 |
| 4 | Q.   (BY MR. AMLONG)  What was concerning -- what | 11:06:30 |
| 5 | allegations are you classifying as very concerning? | 11:06:50 |
| 6 | MR. HOLT:  Objection, exceeds the scope | 11:06:54 |
| 7 | of the 30(b)(6) notice. | 11:06:55 |
| 8 | A.   You want me to go through the whole document | 11:06:56 |
| 9 | and tell you what's concerning? | 11:07:02 |
| 10 | Q.   (BY MR. AMLONG)  Yes. | 11:07:04 |
| 11 | A.   Okay.  So it starts out with his concern about | 11:07:05 |
| 12 | going through VVI Customs and feels like he was | 11:07:16 |
| 13 | targeted, you know, in relationship to Mr. Patterson | 11:07:21 |
| 14 | allegedly smuggling firearms. | 11:07:29 |
| 15 | Then he goes on to talk about the behavior in | 11:07:33 |
| 16 | ASU from Mr. Patterson.  Some of it was behavior in | 11:07:38 |
| 17 | regards to being a nonrev and whether the behavior is | 11:07:50 |
| 18 | appropriate, such as taking pillows from First Class for | 11:07:55 |
| 19 | his family. | 11:07:58 |
| 20 | Certainly sitting in the jump seat and prior | 11:07:59 |
| 21 | to taxi moving switches, since he was not the pilot | 11:08:02 |
| 22 | flying or pilot monitoring, for that matter.  So moving | 11:08:06 |
| 23 | the switches and flaps from a jump seat. | 11:08:11 |
| 24 | Then going on, some nonrev behavior from his | 11:08:24 |
| 25 | family members, which we will at times investigate, | 11:08:28 |

```
                                                                    24
 1    against to determine if there's any truth to the          11:11:21
 2    allegations.                                              11:11:27
 3         Q.   So did you make any effort to speak with        11:11:34
 4    Mr. Patterson at the time to determine whether or not    11:11:58
 5    these allegations were true?                              11:12:00
 6              MR. HOLT:  Objection, exceeds the scope         11:12:01
 7    of the 30(b)(6) notice.                                   11:12:02
 8         A.   At this date and time, I don't recall exactly   11:12:08
 9    what we were doing.  I know at some point we did assign   11:12:15
10    an HR investigator to investigate allegations against     11:12:19
11    Mr. Patterson.                                            11:12:25
12         Q.   (BY MR. AMLONG)  Who was Fred Bates?            11:12:26
13         A.   He is in corporate security.  He's one of the   11:12:37
14    managers in corporate security in Miami.                  11:12:40
15         Q.   Is Mr. Bates still there?                       11:12:43
16         A.   Yes.                                            11:12:46
17         Q.   Did you --                                      11:12:47
18         A.   And actually, I say he's in Miami.  I don't     11:12:55
19    actually think he's in Miami.  I'm sorry.  What?          11:12:55
20         Q.   I'm sorry?                                      11:13:02
21         A.   I said, I said he was in Miami.  I actually --  11:13:02
22    I don't believe he is based in Miami.                     11:13:05
23         Q.   Did you speak with Mr. Bates in preparation     11:13:08
24    for this deposition?                                      11:13:11
25         A.   I did briefly speak to Mr. Bates -- or Captain  11:13:11
```

```
                                                                        30

 1        A.    I can't give you specifics, as each case is      11:24:30
 2   different.  We generally would like to go ahead and have    11:24:34
 3   Mr. Patterson explain his side of the story, so to          11:24:39
 4   speak.                                                      11:24:44
 5        Q.    (BY MR. AMLONG)  Well, what, if any, efforts     11:24:49
 6   were made in April 2015 to have Mr. Patterson, quote,       11:24:52
 7   explain his side of the story, closed quote?                11:24:59
 8              MR. HOLT:  Objection.  It exceeds the            11:25:02
 9   scope of the 30(b)(6) deposition notice topics.             11:25:03
10        A.    At that point we did not set up a section 21     11:25:09
11   for Mr. Patterson.                                          11:25:14
12        Q.    (BY MR. AMLONG)  Why not?                        11:25:19
13              MR. HOLT:  Same objection.                       11:25:21
14        A.    I don't recall.                                  11:25:22
15        Q.    (BY MR. AMLONG)  Look, please, at Exhibit 61.    11:25:23
16              (Exhibit 61 marked.)                             11:26:50
17              MR. HOLT:  Set those over here out of the        11:26:50
18   way.                                                        11:26:52
19              May I see a copy of this?  Okay.                 11:26:54
20        A.    I --                                             11:27:01
21        Q.    (BY MR. AMLONG)  And --                          11:27:03
22        A.    Oh, go ahead.                                    11:27:03
23        Q.    -- look at the second page, the email -- the     11:27:04
24   March 19, 2015, email from Whitehouse to Beach.             11:27:08
25        A.    I see it.                                        11:27:17
```

```
                                                                    46
 1        Q.   Did the section 21 investigation into         12:04:58
 2   Mr. Patterson produce any material that would describe  12:06:03
 3   disciplining him or terminating him?                    12:06:10
 4        A.   No.  He was not disciplined or terminated.    12:06:13
 5        Q.   Did it produce any evidence that he had done  12:06:21
 6   anything wrong?                                         12:06:26
 7             MR. HOLT:  Objection, form.                   12:06:27
 8        A.   I'm not sure the section 21 is actually       12:06:28
 9   concluded at this time.                                 12:06:42
10        Q.   (BY MR. AMLONG)  Do you mean presently?       12:06:43
11        A.   Yes.                                          12:06:50
12        Q.   Were you not copied on -- well, what's a PEH? 12:06:51
13        A.   Personnel employment history.                 12:07:16
14        Q.   Were you copied on the PEH that Captain Beach 12:07:18
15   sent to Mr. Patterson subsequent to the section 21      12:07:22
16   meetings?                                               12:07:31
17             MR. HOLT:  Objection.                         12:07:32
18        A.   Do you have -- do you have the PEH for me to  12:07:36
19   look at?                                                12:07:39
20        Q.   (BY MR. AMLONG)  Let me get it for you.       12:07:55
21             Does the contract specify a time limit on the 12:09:27
22   section 21 investigation?                               12:09:32
23        A.   No.                                           12:09:33
24             MR. HOLT:  Objection, outside the             12:09:33
25   30(b)(6).                                               12:09:36
```