```
                                                                    1

 1                 UNITED STATES DISTRICT COURT
                   SOUTHERN DISTRICT OF FLORIDA
 2                   FORT LAUDERDALE DIVISION
                   CASE NO.:  1:17-cv-60533-JEM
 3

 4    RODNEY SCOTT PATTERSON,         )
                                      )
 5              Plaintiff,            )
                                      )
 6    v.                              )
                                      )
 7    AMERICAN AIRLINES, INC., a      )
      Delaware Corporation,           )
 8                                    )
                Defendant.            )
 9    _____ )

10

11

12

13          Videotaped Deposition of JAMES N. BONDS

14                   (Taken by Plaintiff)

15               Charlotte, North Carolina

16               Thursday, March 15, 2017

17

18

19

20

21

22             Reported in Stenotype by

23             Christine A. Taylor, RPR

24          Registered Professional Reporter

25
```

# ATTACHMENT 1

1   not, I will let you know what concerns -- what
2   concerns you did to the collective considering that
3   there was a question that Mr. Patterson's ability to
4   safely operate an airplane?
5        A.   Well, I can only think that my concerns are
6   the same as everyone else.  And labor and legal and the
7   flight office with Mark Cronin all the way down to all
8   of us at the flight office, that with all the
9   circumstances and things surrounding the letters that
10  Brian Beach and others had received that there was an
11  issue, and let the evaluation process and the
12  Section 20 determine if there was an issue.
13            MR. AMLONG:  Read that answer back to me,
14  please.
15            (The reporter read the last answer.)
16            BY MR. AMLONG:
17       Q.   I want to know what facts and circumstances
18  you are saying gave rise to the concern regarding
19  Mr. Patterson's ability to safely operate an aircraft,
20  you personally?
21       A.   I obviously -- I missed the question.  I
22  apologize.
23            MR. AMLONG:  Read it back please.
24            (The reporter read the last question.)
25       A.   My personal are only what I have heard from

```
 1    professional standards and from Brian Beach.  I did not
 2    have personal contact with Scott Patterson concerning
 3    any of those issues.
 4         Q.   So you have no personal knowledge of any
 5    facts or circumstances that would give rise to
 6    concerns regarding Mr. Patterson's ability to safely
 7    operate an aircraft; correct?
 8         A.   None personally other than being told from
 9    Brian Beach and APA professional standard members.
10         Q.   Which APA professional standards members --
11         A.   Chip Harlow.
12         Q.   -- told you these facts?
13         A.   Chip Harlow and Sammy Odeh.
14         Q.   And tell me what Chip Harlow told you and
15    tell me what Sammy Odeh told you?
16         A.   That he was unstable mentally and that a lot
17    of pilots had come to them requesting not to fly with
18    him and they had concerns about his fitness of duty.
19         Q.   Which pilots did not wish to fly with
20    Mr. Patterson?
21         A.   Obviously, Captain Whitehouse is one.
22         Q.   Okay.  Other than Captain Whitehouse, who is
23    also in Mr. Patterson's no pair list?
24         A.   I don't know who --
25         Q.   Anybody else?
```