1

1          IN THE UNITED STATES DISTRICT COURT
        FOR THE SOUTHERN DISTRICT OF FLORIDA
2              FORT LAUDERDALE DIVISION
                              §
3    RODNEY SCOTT PATTERSON,        §
                              §
4          Plaintiff,          §      CASE NO.:
                              §
5    Vs.                      §     1:17-cv-60533-JEM
                              §
6    AMERICAN AIRLINES, INC.,      §
     a Delaware Corporation,       §
7                              §
          Defendant.          §
8

9

***************************************************
10
                ORAL DEPOSITION OF
11
              JERAL L. AHTONE, MD
12
                March 14th, 2018
13
***************************************************
14

15          ORAL DEPOSITION OF JERAL L. AHTONE, MD,

16    produced as a witness at the instance of the

17    Plaintiff, and duly sworn, was taken in the

18    above-styled and numbered cause on the 14th of

19    March, 2018, frcm 9:53 a.m. to 3:05 p.m., before

20    Daniel J. Skur, Notary Public and Certified

21    Shorthand Reporter in and for the State of Texas,

22    reported by stenographic means, at the offices of

23    Veritext Legal Services, 300 Throckmorton Street,

24    Suite 1600, Fort Worth, Texas, pursuant to the

25    Federal Rules of Civil Procedure.

# ATTACHMENT 1

1    BY MR. AMLONG:

2         Q.    What, if anything, did you know about

3    Dr. Knippa's interest in the field of atypical

4    interaction with coworkers or false and

5    self-aggrandizing statements?

6         A.    We were told by the -- the person that

7    gave us his contact information that he had an

8    interest in patients with behavioral and/or

9    personality problems, and that he would be a -- a

10   person we should contact to see if he would be

11   interested in evaluating Mr. Patterson.

12        Q.    Are you familiar with psychological

13   testing?

14            MR. CLOAR-ZAVALETA:  Object to the form.

15        A.    I know -- I know that there is such a

16   thing as that.  It's a very general question.

17   I'm -- yeah.  In general, yes.

18   BY MR. AMLONG:

19        Q.    Are you familiar with neuropsychological

20   testing?

21            MR. CLOAR-ZAVALETA:  Object to the form.

22        A.    I can read the summaries of a person who

23   does that test.  I don't understand the -- how the

24   testing is done.  I don't understand the -- the

25   questions, but I can read a report from someone who

52

```
1    of the fact that many of the regional airlines have

2    much younger pilots than some of the commercial

3    pilots, and they score differently on some of the

4    manual tests, manual dexterity tests, either

5    because they're younger or they're more familiar

6    with playing computer games than some of the older

7    pilots.  So I know that as a class, younger pilots

8    score differently than older pilots on some of the

9    tests, but they're not different standards for the

10   two.

11        Q.    Well, did First Officer Patterson,

12   quote, fail, close quote, the tests that Dr. Knippa

13   gave him?

14        A.    Would you ask that question again?  I

15   didn't understand it.

16             MR. AMLONG:  Read it back, please.

17             (Record read.)

18        A.    No, he didn't fail.

19   BY MR. AMLONG:

20        Q.    Did the test results indicate any

21   neuropsychological deficits?

22        A.    No.

23        Q.    Is there anything in this report that

24   points to any psychopathology on the part of First

25   Officer Patterson?
```

54

```
1    Dr. Knippa on page 14, first paragraph.

2         Q.    Which reads, quote, To emphasize, the

3    primary concerns are:  Whether or not Mr. Patterson

4    has some medical cause for cognitive concerns,

5    (e.g., cancer care, residual effects evidenced in

6    attentional and executive changes) versus whether

7    or not these are chronic or from some alternative

8    cause that may require further consideration.

9    Pursuing these determinations are beyond the

10   referral scope of this examination.

11             Did I read that correctly?

12        A.    Yes, you did.

13        Q.    And can you tell me how that indicates

14   the presence of any psychopathology?

15        A.    That indicates that he doesn't have a

16   complete answer at this time.  There are

17   suggestions that that may be the -- maybe what's

18   going on, but that in a short evaluation like this,

19   it -- he did not come to -- down to that

20   conclusively.

21             In his next paragraph he says that, you

22   know, personal counseling may help further clarify

23   that issue.  That's his recommendation, and

24   that's -- that was the end of it.  I mean, that's

25   where it ended -- that's where it, yeah, ended his
```

55

1    report.

2         Q.    Is there anything -- did he send you all

3    of the underlying documents and test results?

4         A.    No.

5         Q.    Did he send you anything beyond Exhibits

6    2, 3, and 4?

7         A.    Not that I recall.

8         Q.    Is there anything in this report that

9    indicated that First Officer Patterson exhibited

10   any personality disorder?

11        A.    Only the paragraph which you quoted.  He

12   doesn't actually say "personality disorder."  What

13   he says is he would like a little more time for

14   someone -- or someone needs a little more time to

15   do additional evaluation.  It's...

16        Q.    Well, if there is -- I believe that you

17   told me that there is nothing here that points to

18   any neuropsychological deficit, correct?

19        A.    I did not say that.

20             MR. CLOAR-ZAVALETA:  Object to the form.

21   BY MR. ALONG:

22        Q.    Is there anything --

23        A.    You said that.

24        Q.    Is there anything in this report that

25   points to any neuropsychological deficit?

57

```
 1        Q.    But he's pointing to no
 2   neuropsychological deficit that he found, correct?
 3              MR. CLOAR-ZAVALETA:  Object to the form.
 4        A.    I'm going to refer you back to page
 5   14 --
 6   BY MR. AMLONG:
 7        Q.    Yes cr no, sir, and then you can
 8   explain.
 9              Did he point to any neurological -- did
10   Dr. Knippa point to any neuropsychological deficit,
11   yes or no?
12              MR. CLOAR-ZAVALETA:  Object to the form.
13        A.    I don't know.
14   BY MR. AMLONG:
15        Q.    Did Dr. Knippa point to any
16   psychopathology?
17              MR. CLOAR-ZAVALETA:  Object to the form.
18   BY MR. AMLONG:
19        Q.    Yes cr no?
20        A.    He dces -- he did not confirm one way or
21   the other.  That is why he said he thought
22   additional evaluation would be in order.
23        Q.    Did Dr. Knippa in his report point to
24   any recognized personality disorder, yes or no?
25              MR. CLOAR-ZAVALETA:  Object to the form.
```

58

1          A.    I did not see anything.  No.

2     BY MR. AMLONG:

3          Q.    In that case, what basis did you see in

4     his report for declaring First Officer Patterson

5     not fit for duty?

6               MR. CLOAR-ZAVALETA:  Object to the form.

7          A.    Exhibit 3.  "From a neuropsychological

8     perspective, he is not fit for duty as a First

9     Officer at this time."

10    BY MR. AMLONG:

11         Q.    That's simply a statement.  On -- what's

12    the basis of that statement?

13              MR. CLOAR-ZAVALETA:  Object to the form.

14         A.    I would -- I'm -- it was his evaluation.

15    BY MR. AMLONG:

16         Q.    What, if anything, did you do to explore

17    whether or not First Officer Patterson had either a

18    neuropsychological deficit, any discernible --

19    strike that.

20              What, if anything, did you do to further

21    pursue an answer of -- to the question of whether

22    First Officer Patterson had a neuropsychological

23    deficit?

24              MR. CLOAR-ZAVALETA:  Object to the form.

25         A.    I personally did not do anything other