1

```
1              IN THE UNITED STATES DISTRICT COURT
            FOR THE SOUTHERN DISTRICT OF FLORIDA
2                  (Fort Lauderdale Division)

3      RODNEY SCOTT PATTERSON,      )
          Plaintiff,               )
4                                   )
       vs.                          ) Case No.
5                                   ) 17-cv-60533-JEM
       AMERICAN AIRLINES, a         )
6      Delaware corporation,        )
          Defendant.                )

7

8      ********************************************************

9              ORAL AND VIDEOTAPED DEPOSITION OF

10       THE CORPORATE REPRESENTATIVE OF AMERICAN AIRLINES

11                   MICHELLE A. MONTGOMERY

12                       JUNE 6, 2018

13     ********************************************************

14         ORAL AND VIDEOTAPED DEPOSITION OF MICHELLE A.

15     MONTGOMERY, produced as a witness at the instance of the

16     Plaintiff, and duly sworn, was taken in the above-styled

17     and numbered cause on the 6th day of June, 2018, from

18     10:30 a.m. to 4:43 p.m., via telephone, before Julie C.

19     Brandt, RMR, CRR, and CSR in and for the State of Texas,

20     reported by machine shorthand, at Veritext Legal

21     Solutions, 300 Throckmorton Street, Suite 1600, Fort

22     Worth, Texas, pursuant to the Federal Rules of Civil

23     Procedure and the provisions stated on the record or

24     attached hereto.

25
```

# ATTACHMENT 2

60

```
1        Q.   (BY MR. AMLONG)  So I see a draft of a fitness   12:58:22

2   for duty examination at Exhibit 48 and a -- drafted for    12:58:49

3   Brian Beach's signature and an executed fitness for duty   12:58:57

4   request at Exhibit 49.                                     12:59:06

5        A.   Do you want me to look at those documents?       12:59:15

6        Q.   Are these the two final products that emerged    12:59:19

7   from Exhibit 46?                                           12:59:21

8        A.   All right.  I am going to need -- I need the     12:59:27

9   exhibits.                                                  12:59:30

10                    (Exhibit 48 marked.)                     12:59:13

11                    (Exhibit 49 marked.)                     12:59:13

12       A.   48 and 49?                                       12:59:30

13       Q.   (BY MR. AMLONG)  Yeah.  48 and 49, are these     12:59:31

14  the two final ones that emerged from 46?                   12:59:37

15       A.   Yes.  This is what would have been sent to       12:59:46

16  Dr. Knippa.                                                12:59:56

17       Q.   What else, if anything, was sent to             01:00:06

18  Dr. Knippa?                                                01:00:09

19       A.   Nothing that I know of.                          01:00:10

20       Q.   Did you have any communications with            01:00:16

21  Dr. Knippa?                                                01:00:19

22       A.   I did not.                                       01:00:20

23       Q.   I see a fax indication at the top of the        01:01:05

24  somewhat slanted page, which is Exhibit 49.  Was this      01:01:11

25  faxed to Dr. Knippa?                                       01:01:20
```