```
                                                                    1

 1              IN THE UNITED STATES DISTRICT COURT
               FOR THE SOUTHERN DISTRICT OF FLORIDA
 2                    (Fort Lauderdale Division)

 3     RODNEY SCOTT PATTERSON,    )
          Plaintiff,              )
 4                                )
       vs.                        ) Case No.
 5                                ) 17-cv-60533-JEM
       AMERICAN AIRLINES, a       )
 6     Delaware corporation,      )
          Defendant.              )
 7

 8     ********************************************************

 9              ORAL AND VIDEOTAPED DEPOSITION OF

10        THE CORPORATE REPRESENTATIVE OF AMERICAN AIRLINES

11                    MICHELLE A. MONTGOMERY

12                         JUNE 6, 2018

13     ********************************************************

14         ORAL AND VIDEOTAPED DEPOSITION OF MICHELLE A.

15     MONTGOMERY, produced as a witness at the instance of the

16     Plaintiff, and duly sworn, was taken in the above-styled

17     and numbered cause on the 6th day of June, 2018, from

18     10:30 a.m. to 4:43 p.m., via telephone, before Julie C.

19     Brandt, RMR, CRR, and CSR in and for the State of Texas,

20     reported by machine shorthand, at Veritext Legal

21     Solutions, 300 Throckmorton Street, Suite 1600, Fort

22     Worth, Texas, pursuant to the Federal Rules of Civil

23     Procedure and the provisions stated on the record or

24     attached hereto.

25
```

# ATTACHMENT 1

1  statement from Captain Whitehouse.
2      Q.   (BY MR. AMLONG)   Well, by this time you had
3  the statements from Bullock and Snelling and these other
4  people that were listed in Ms. Burke-Leon's chart.
5  Correct?
6      A.   I'd have to look at the date.  Hang on.  So I
7  don't think so --
8           Hang on.  I don't know the exact dates we got
9  each item.  Oh, okay.  Yeah, I don't know what he means
10 by that.
11     Q.   Were the witnesses -- were the witnesses
12 unwilling to put their names on anything?
13     A.   So initially that was exactly the matter.  You
14 know, essentially they did not want to tattle on a
15 fellow pilot, and they were concerned enough to tell us
16 about their concerns, but they were reluctant to make an
17 official complaint, I guess, if you will.  But, you
18 know, in the end, we had the information, and so that is
19 why Ana interviewed them.
20     Q.   Look at 75 again, please.
21     A.   Which one?
22     Q.   75.
23     A.   75.
24     Q.   The PEH memo from Brian Beach.
25     A.   Yes.