*DOB*
*R Scott Patterson*

# Test Results
# CogScreen-Aeromedical Edition

by
Gary G. Kay, PhD

| | |
|---|---|
| Subject Name : | Scott . Patterson |
| Session Number : | 02 |
| Session Completion Date : | 06/29/2016 |

The interpretive information contained in this report should be viewed as only one source of hypotheses about the individual being evaluated. No decisions should be based solely on the information contained in this report. This material should be integrated with all other sources of information in reaching professional decisions about this individual.

This report is confidential and is intended for use by qualified professionals only. It should not be released to the individual being evaluated.

The validity of this report depends on administration in strict accordance with the CogScreen-AE Professional Manual. Also, note that not all brain disorders produce cognitive deficits that will be detected by CogScreen-AE. Furthermore, scores falling in the impaired range do not necessarily reflect brain dysfunction.

Copyright © 2003 CogScreen, LLC.
All rights are reserved.

EXHIBIT 12
WIT: Bercaw
DATE: 8-16-18
DAWN HILLIER, RMR, CRR

# Test Results
# CogScreen-Aeromedical Edition

## Demographics

| | | | |
|---|---|---|---|
| NAME : | Scott . Patterson | TEST DATE : | 06/29/2016 |
| DATE OF BIRTH : | 11/08/1967 | SESSION NUMBER : | 02 |
| AGE: | 48 | EXAMINER'S INITIALS: | GGK |
| SEX: | Male | HAND PREFERENCE : | Right |
| RACE : | Caucasian | OPTIONAL ID : | |
| YEARS OF EDUCATION : | 16 | | |
| CURRENT OCCUPATION : | AA Pilot | | |

## Aviator Information

**Actively Flying :**
Airline : American
Current Aircraft : A319
Rating : First Officer
Total Flight Hours Logged : 12,000
Pilot License Type : ATP
Medical Certificate Class : 1
Special Medical Issuance : No
Reason for Special Medical Issuance :

## Reason for Aviation Related Referral

Referral Source :
Initial Medical Certification :           Problem Upgrading :
Medical Re-Certification :                Other Aviation Related :
Proficiency Check :                       Selection :
Transition Training :

---

Report for : Scott . Patterson      Session Completion Date : 06/29/2016      Date Printed : 6/29/2016

Copyright © 2003 CogScreen, LLC.
All rights reserved.

## Reason for Medical Referral

Name of Referring Doctor :     Joseph Toerdella

Alcohol Related :

Head Injury :

HIV Related :

Neurologic :

Psychiatric :

Other Med/Psych :     Y

Medication Question :

## Medical/Psychiatric History

Hypertension :

Kidney Disease :

HIV :

Diabetes :

Liver Disease :

Heart Disease :

Respiratory Disease :

Head Injury :

Brain Tumor :

Stroke :

Seizure Disorder :

Alcoholism :

Anxiety Disorder :

Depressive Disorder :

Attention Deficit Disorder :

Learning Disability :

Current Diagnoses:

Current Medications:     vitamins

---

Report for :  Scott . Patterson         Session Completion Date : 06/29/2016         Date Printed :   6/29/2016

Copyright © 2003 CogScreen, LLC.
All rights reserved.

# LRPV SCORE

**Logistic Regression Estimated Probability of Brain Dysfunction.**

The following probability score (range 0 - 1.0) was generated using a model derived from a forward step-wise likelihood-ratio logistic regression analysis. *A higher LRPV score indicates a higher probability of brain dysfunction.* The LRPV score is for classification estimates only. Note that LRPV is significantly correlated with age and does not predict the magnitude or severity of dysfunction.

**LRPV = 0.0082**

# BASE RATE ANALYSIS

Determines the number of scores falling at or below the 5th percentile and 15th percentile compared to a selected normative comparison group:

| | Number of scores at or below 5th percentile | Percentile | T-Score |
|---|---|---|---|
| Speed | 1 | 42.5 | 48 |
| Accuracy | 0 | > 45 | > 48 |
| Thruput | 1 | 32.5 | 46 |
| Process | 0 | > 32.5 | > 45 |

| | Number of scores at or below 15th percentile | Percentile | T-Score |
|---|---|---|---|
| Speed | 2 | 60 | 53 |
| Accuracy | 0 | > 85 | > 60 |
| Thruput | 2 | 50 | 50 |
| Process | 1 | 70 | 55 |

Report for : Scott . Patterson   Session Completion Date : 06/29/2016   Date Printed : 6/29/2016

Copyright © 2003 CogScreen, LLC.
All rights reserved.

## TAYLOR AVIATION FACTOR SCORES

| Factor | Description | Z-Score | T-Score |
|---|---|---|---|
| Attribute Identification | Measure of deductive reasoning. | 0.64 | 56.42 |
| Motor Coordination | Measure of motor coordination under speeded conditions. | -1.96 | 69.58 |
| Visual Association Memory | Measure of visual learning and recall. | 1.22 | 62.19 |
| Speed/Working Memory | Measure of visual scanning, perceptual speed, and working memory. | 0.20 | 51.99 |
| Tracking | Measure of visual/psychomotor tracking accuracy. | -1.33 | 63.32 |

Report for : Scott . Patterson          Session Completion Date : 06/29/2016          Date Printed :   6/29/2016

Copyright © 2003 CogScreen, LLC.
All rights reserved.

# CogScreen Speed Scores

**Baseline Database :**  Major US Carriers - Age Group 4, 45-49



Variables

| VARIABLE | DESCRIPTION | SCORE | PERCENTILE | T-SCORE |
|---|---|---|---|---|
| ASCRTC | Auditory Sequence Comp | 0.75 | 65.00 | 54 |
| DATDRTC | Visual Monitoring Dual | 0.38 | 97.50 | 71 |
| DATIRTC | Visual Monitoring Alone | 0.28 | 97.50 | 71 |
| DATSCRTC | Div Attn Seq Comp | 1.62 | 95.00 | 66 |
| DTTAABS | Tracking Alone | 4.46 | 97.50 | 71 |
| DTTDABS | Tracking Dual | 9.84 | 97.50 | 71 |
| DTTPARTC | Previous Number Alone | 0.56 | 42.50 | 48 |
| DTTPDRTC | Previous Number Dual | 0.64 | 57.50 | 52 |
| MANRTC | Manikin | 2.02 | 27.50 | 45 |
| MATHRTC | Math | 19.27 | 55.00 | 51 |
| MTSRTC | Matching to Sample | 1.22 | 60.00 | 53 |
| PFCRTC | Pathfinder Combined | 1.40 | 25.00 | 43 |
| PFLRTC | Pathfinder Letter | 1.24 | 2.50 | 31 |
| PFNRTC | Pathfinder Number | 1.05 | 12.50 | 38 |
| SATACRTC | Arrow Color | 0.55 | 57.50 | 52 |
| SATADRTC | Arrow Direction | 0.62 | 25.00 | 43 |
| SATDIRTC | Discovery | 0.86 | 50.00 | 50 |
| SATINRTC | Instruction | 0.69 | 72.50 | 56 |
| VSCRTC | Visual Sequence Comp | 1.73 | 90.00 | 62 |

Report for : Scott . Patterson   Session Completion Date : 06/29/2016   Date Printed :  6/29/2016

Copyright © 2003 CogScreen, LLC.
All rights reserved.

# CogScreen Accuracy Scores

**Baseline Database :** Major US Carriers - Age Group 4, 45-49



Variables

| VARIABLE | DESCRIPTION | SCORE | PERCENTILE | T-SCORE |
|---|---|---|---|---|
| ASCACC | Auditory Sequence Comp | 100.00 | 97.50 | 71 |
| BDSACC | Backward Digit Span | 62.50 | 20.00 | 42 |
| DATSCACC | Div Attn Seq Comp | 93.94 | 92.50 | 65 |
| DTTPAACC | Previous Number Alone | 93.33 | 50.00 | 50 |
| DTTPDACC | Previous Number Dual | 100.00 | 97.50 | 71 |
| MANACC | Manikin | 100.00 | 97.50 | 71 |
| MATHACC | Math | 100.00 | 97.50 | 71 |
| MTSACC | Matching to Sample | 100.00 | 97.50 | 71 |
| PFCACC | Pathfinder Combined | 100.00 | 97.50 | 71 |
| PFLACC | Pathfinder Letter | 100.00 | 97.50 | 71 |
| PFNACC | Pathfinder Number | 100.00 | 97.50 | 71 |
| SATACACC | Arrow Color | 100.00 | 97.50 | 71 |
| SATADACC | Arrow Direction | 100.00 | 97.50 | 71 |
| SATDIACC | Discovery | 81.25 | 97.50 | 71 |
| SATINACC | Instruction | 100.00 | 97.50 | 71 |
| SDCACC | Symbol Digit Coding | 100.00 | 97.50 | 71 |
| SDCDRACC | Symbol Digit Delayed Recall | 100.00 | 97.50 | 71 |
| SDCIRACC | Symbol Digit Immediate Recall | 100.00 | 97.50 | 71 |
| VSCACC | Visual Sequence Comp | 100.00 | 97.50 | 71 |

Report for : Scott . Patterson    Session Completion Date : 06/29/2016    Date Printed : 6/29/2016

Copyright © 2003 CogScreen, LLC.
All rights reserved.

# CogScreen Thruput Scores

**Baseline Database :**   Major US Carriers - Age Group 4, 45-49



Variables

| VARIABLE | DESCRIPTION | SCORE | PERCENTILE | T-SCORE |
|---|---|---|---|---|
| ASCPUT | Auditory Sequence Comp | 79.68 | 75.00 | 57 |
| DATSCPUT | Div Attn Seq Comp | 34.77 | 97.50 | 71 |
| DTTPAPUT | Previous Number Alone | 99.64 | 42.50 | 48 |
| DTTPDPUT | Previous Number Dual | 93.46 | 72.50 | 56 |
| MANPUT | Manikin | 29.72 | 45.00 | 48 |
| MATHPUT | Math | 3.11 | 70.00 | 55 |
| MTSPUT | Matching to Sample | 49.06 | 67.50 | 54 |
| PFCPUT | Pathfinder Combined | 42.86 | 27.50 | 45 |
| PFLPUT | Pathfinder Letter | 48.27 | 2.50 | 31 |
| PFNPUT | Pathfinder Number | 56.93 | 12.50 | 38 |
| SATACPUT | Arrow Color | 109.09 | 57.50 | 52 |
| SATADPUT | Arrow Direction | 96.31 | 27.50 | 45 |
| SATDIPUT | Discovery | 56.49 | 72.50 | 56 |
| SATINPUT | Instruction | 86.83 | 80.00 | 58 |
| SDCPUT | Symbol Digit Coding | 51.28 | 97.50 | 71 |
| VSCPUT | Visual Sequence Comp | 34.62 | 92.50 | 65 |

Report for :  Scott . Patterson          Session Completion Date : 06/29/2016          Date Printed :  6/29/2016

Copyright © 2003 CogScreen, LLC.
All rights reserved.

# CogScreen Process Scores

**Baseline Database :**   Major US Carriers - Age Group 4,  45-49



| VARIABLE | DESCRIPTION | SCORE | PERCENTILE | T_SCORE |
|---|---|---|---|---|
| DATDPRE | Indicator Dual Premature Resp | 5.00 | 12.50 | 38 |
| DATIPRE | Indicator Alone Premature Resp | 2.00 | 72.50 | 56 |
| DTTAHIT | Boundary Hits - Single Task | 0.00 | 97.50 | 71 |
| DTTDHIT | Boundary Hits – Dual Task | 0.00 | 97.50 | 71 |
| PFCCOOR | Combined Coordination | 0.88 | 97.50 | 71 |
| PFLCOOR | Letter Coordination | 0.63 | 97.50 | 71 |
| PFNCOOR | Number Coordination | 1.00 | 97.50 | 71 |
| SATDIFAI | Discovery - Fail to Maintain Set | 1.00 | 67.50 | 54 |
| SATDIPER | Discovery - Perseverative Errors | 1.00 | 85.00 | 61 |
| SATDIRUL | Discovery - Rule Shifts | 9.00 | 92.50 | 65 |

Report for :  Scott . Patterson      Session Completion Date : 06/29/2016      Date Printed :   6/29/2016

Copyright © 2003 CogScreen, LLC.
All rights reserved.

# Calculated CogScreen Scores

| VARIABLE | DESCRIPTION | SCORE |
|---|---|---|
| BDSMSPAN | BACKWARD DIGIT SPAN MAXIMUM SPAN | 6.00 |
| BDSTOTAL | BACKWARD DIGIT SPAN TOTAL SCORE | 5.00 |
| DATILAPS | DIVIDED ATTENTION TEST MONITOR ALONE LAPSES | 0.00 |
| DATDLAPS | DIVIDED ATTENTION TEST MONITOR DUAL LAPSES | 1.00 |
| SDCRTC | SYMBOL DIGIT CODING RESPONSE SPEED | 1.17 |
| SDCCOR | SYMBOL DIGIT CODING CORRECT RESPONSES | 87.00 |
| VSCSDRT | SPEED VARIABILITY VISUAL SEQUENCE COMP | 0.47 |
| MATHSDRT | SPEED VARIABILITY MATH | 2.75 |
| SDCSDRT | SPEED VARIABILITY SYMBOL DIGIT CODING | 0.49 |
| MTSSDRT | SPEED VARIABILITY MATCHING TO SAMPLE | 0.30 |
| MANSDRT | SPEED VARIABILITY MANIKIN | 0.65 |
| DATISDRT | SPEED VARIABILITY VISUAL MONITORING ALONE | 0.06 |
| DATDSDRT | SPEED VARIABILITY VISUAL MONITORING DUAL | 0.34 |
| DATSCSDRT | SPEED VARIABILITY SEQUENCE COMP DUAL | 0.32 |
| ASCSDRT | SPEED VARIABILITY AUDITORY SEQUENCE COMP | 0.16 |
| PFNSDRT | SPEED VARIABILITY PATHFINDER NUMBER | 0.28 |
| PFLSDRT | SPEED VARIABILITY PATHFINDER LETTER | 0.25 |
| PFCSDRT | SPEED VARIABILITY PATHFINDER COMBINED | 0.33 |
| SATINSDRT | SPEED VARIABILITY SAT INSTRUCTION | 0.50 |
| DTPNASDRT | SPEED VARIABILITY PREVIOUS NUMBER ALONE | 0.37 |
| DTPNDSDRT | SPEED VARIABILITY PREVIOUS NUMBER DUAL | 0.33 |

Report for : Scott . Patterson       Session Completion Date : 06/29/2016       Date Printed :  6/29/2016

Copyright © 2003 CogScreen, LLC.
All rights reserved.

# Multitasking Impact Scores

| VARIABLE | DESCRIPTION | SCORE |
|---|---|---|
| DIFINDRTC | DIVIDED ATTN TEST INDICATOR SPEED | 0.10 |
| DIFINDPRE | DIVIDED ATTN TEST INDICATOR PREMATURE HITS | 3.00 |
| DIFSCRTC | DIVIDED ATTN TEST SEQUENCE COMP SPEED | -0.11 |
| DIFSCACC | DIVIDED ATTN TEST SEQUENCE COMP ACCURACY | -6.06 |
| DIFSCPUT | DIVIDED ATTN TEST SEQUENCE COMP THRUPUT | 0.15 |
| DIFTRERR | DUAL TASK TEST TRACKING ERROR | 5.37 |
| DIFTRHIT | DUAL TASK TEST TRACKING BOUNDARY HITS | 0.00 |
| DIFPNRTC | DUAL TASK TEST PREVIOUS NUMBER SPEED | 0.08 |
| DIFPNACC | DUAL TASK TEST PREVIOUS NUMBER ACCUR | 6.67 |
| DIFPNPUT | DUAL TASK TEST PREVIOUS NUMBER THRUPUT | -6.19 |

Report for : Scott . Patterson        Session Completion Date : 06/29/2016        Date Printed :  6/29/2016

Copyright © 2003 CogScreen, LLC.
All rights reserved.

# 'Speed Score' Percentile Comparison Report

Optional Comparison Report was not selected.

Variables

# 'Accuracy Score' Percentile Comparison Report

Optional Comparison Report was not selected.

Variables

Report for : Scott . Patterson        Session Completion Date : 06/29/2016        Date Printed :   6/29/2016

Copyright © 2003 CogScreen, LLC.
All rights reserved.

## 'Thruput Score' Percentile Comparison Report

Optional Comparison Report was not selected.

Variables

## 'Process Score' Percentile Comparison Report

Optional Comparison Report was not selected.

Variables

---

Report for : Scott . Patterson        Session Completion Date : 06/29/2016        Date Printed :   6/29/2016

Copyright © 2003 CogScreen, LLC.
All rights reserved.