UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 17-cv-60533-MARTINEZ/OTAZO-REYES

RODNEY SCOTT PATTERSON,

    Plaintiff,

vs.

AMERICAN AIRLINES, INC.,
a Delaware corporation,

    Defendant.
_____/

**Plaintiff's Unopposed Motion to Extend and/or to File Out of Time
Response to American Airlines, Inc.'s,
Motion to Exclude Opinion Testimony by Dr. Caddy**

Plaintiff, Rodney Scott Patterson, pursuant to Fed. R. Civ. Pro. 6 and Local Rule 7.1, moves for entry of an order granting leave to file his response to American Airlines, Inc.'s, Motion to Exclude Opinion Testimony by Dr. Caddy [DE 132] out of time and/or extending the deadline to do so until September 17, 2018, with defendant's reply due by September 26, 2018 per the parties' agreement, and states as grounds.

    1.    <u>Nature of the Action</u>. This is an action for military-status discrimination, brought by Rodney Scott Patterson, a lieutenant colonel in the United States Army Reserve and a first officer for American Airlines. He sues pursuant to the Uniform Services Employment and Reemployment Rights Act ("USERRA"), 38 U.S.C. § 4311(b)(1). Pursuant to the Court's July 30, 2018,

this case was removed from the August 20, 2018 trial calendar. The parties' motions for summary judgment and other motions in limine are pending.

2. <u>Relief sought.</u> On August 30, 2018, defendant filed American Airlines, Inc.'s, Motion to Exclude Opinion Testimony by Dr. Caddy [DE 132]. The undersigned's office received the motion while plaintiff's lead counsel (who attended Dr. Caddy's deposition and need to prepare the response) was out of the office on vacation with his wife/partner (August 25 to September 1, 2018). After return from vacation, lead counsel started to prepare the draft response and believed (mistakenly) that it was due, yesterday, September 13. This morning, when lead counsel realized that an extension until September 17 was needed to finish the response due to other competing deadlines, he learned that the due date was actually September 13, not 14.

3. Accordingly, plaintiff moves for leave to accept the response out of time Monday, September 17, and/or to extend the deadline by 4 days until September 17. Per the parties' agreement, defendant does not oppose the requested extension if it is granted two extra days (until September 26) for the reply because of the due date for the reply with the extended deadline, which plaintiff does not opposed.

4. Federal Rule of Civil Procedure Rule 6(b) provides that when a motion for extension of time is made after a deadline has expired, the court is permitted to grant an extension, "if the party failed to act because of excusable neglect." <u>Walter v. Blue Cross & Blue Shield United of Wisconsin</u>, 181 F.3d 1198 (11th Cir. 1999); Fed. R. Civ. Proc. 6(b)(1)(B).

5. Excusable neglect is determined by assessing factors which include: (1) the danger of prejudice to the non-movant, (2) the length of delay and its potential impact on judicial proceedings, (3) the reason for the delay, including whether it was within the reasonable control of the movant, (4) and whether the movant acted in good faith. Advanced Estimating System, Inc. v. Riney, 130 F.3d 996, 997-98 (11th Cir. 1997) (citing Pioneer Inv. Servs. Co. v. Brunswick Assocs. Ltd P'ship, 507 U.S. 380, 395 (1993)). However, "the absence of prejudice to the nonmoving party" and "the interest of efficient judicial administration" are to be afforded "primary importance." Cheney v. Anchor Glass Container Corp., 71 F.3d 848, 850 (11th Cir. 1996) (citation omitted). See also Brother v. Rossmore Tampa L.P., Case No. 8:03-cv-1253-T-24MAP, 2004 U.S. Dist. LEXIS 28524, at *2-6 (M.D. Fla. Aug. 19, 2004) (court considered a response in opposition to a motion for summary judgment that was filed three weeks late).

6. Defendant should not be prejudiced by the four-day extension, which it does not oppose. Also, the case has been removed from the trial calendar; the motions for summary judgment and motions in limine are still pending; and the requested extension should not affect any other outstanding deadlines.

7. Certificate of Conferral. Pursuant to Local Rule 7.1, plaintiff has conferred with counsel for defendant about defendant's position on relief sought in this motion, and defendant does not object to it.

Wherefore, plaintiff moves for entry of an order granting this motion and granting plaintiff such other and further relief as this Court deems appropriate.

## Certificate of Service

I hereby certify that a true and correct copy of this document was filed and served this date via the Southern District of Florida's CM/ECF system on all parties and counsel of record.

Respectfully submitted,

s/ *Jennifer Daley*
WILLIAM R. AMLONG
WRAmlong@TheAmlongFirm.com
Florida Bar Number 470228
KAREN COOLMAN AMLONG
KAmlong@TheAmlongFirm.com
Florida Bar Number 275565
JENNIFER DALEY
Florida Bar Number 856436
JDaley@TheAmlongFirm.com
AMLONG & AMLONG, P.A.
500 Northeast Fourth St., Second Floor
Fort Lauderdale, Florida 33301
(954) 462-1983

NOEL C. PACE
noel.c.pace.esq@gmail.com
206 N.W. 91 Street
El Portal, Florida 33150
(305) 710-3713

*Attorneys for the Plaintiff,*
  *Rodney Scott Patterson*

\\amlong3\cpshare\CPWin\HISTORY\180912_0001\1538.211

Service List

WILLIAM R. AMLONG
WRAmlong@TheAmlongFirm.com
Florida Bar Number 470228
KAREN COOLMAN AMLONG
KAmlong@TheAmlongFirm.com
Florida Bar Number 275565
AMLONG & AMLONG, P.A.
500 Northeast Fourth Street,
Second Floor
Fort Lauderdale, Florida 33301
(954) 462-1983

NOEL C. PACE
noel.c.pace.esq@gmail.com
206 N.W. 91 Street
El Portal, Florida 33150
(305) 710-3713

*Attorneys for the Plaintiff,*
   *Rodney Scott Patterson*

MICHAEL A. HOLT
HOLTmholt@fisherphillips.com
Florida Bar Number 91156
FISHER & PHILLIPS LLP
450 E. Las Olas Blvd., Suite 800
Fort Lauderdale, Florida 33301
Telephone: 954.525.4800

MARK W. ROBERTSON
mrobertson@omm.com
O'MELVENY & MYERS LLP
Times Square Tower
7 Times Square
New York, New York 10036
(212) 326-2000

TRISTAN MORALES
tmorales@omm.com
O'MELVENY & MYERS LLP
1625 Eye Street, Northwest
Washington, DC 20006
(202) 383-5300 / 383-5414 Fax

CAMERON CLOAR-ZAVALETA (*Pro hac vice*)
Cameron.R.Cloar@aa.com
AMERICAN AIRLINES, INC.
4333 Amon Carter Boulevard
Ft. Worth, Texas 76155
Telephone: (817) 963-1234

*Attorneys for the Defendant,*
   *American Airlines, Inc.*

\\amlong3\cpshare\CPWin\HISTORY\180912_0001\1538.211