

# Certificate Of Completion

Envelope Id: AAC26374251A46D4BB4E5FC3DB2DBFA9
Subject: Please DocuSign: 180917 Glenn Ross Caddy Declaration.pdf
Source Envelope:
Document Pages: 2  Signatures: 1
Certificate Pages: 1  Initials: 1
AutoNav: Enabled
EnvelopeId Stamping: Enabled
Time Zone: (UTC-08:00) Pacific Time (US & Canada)

Status: Completed

Envelope Originator:
Karen Amlong
500 Northeast Fourth Street
nil
Fort Lauderdale, FL  33301-1154
kamlong@theamlongfirm.com
IP Address: 12.24.185.226

## Record Tracking

Status: Original
      9/17/2018 4:44:07 PM

Holder: Karen Amlong
      kamlong@theamlongfirm.com

Location: DocuSign

| Signer Events | Signature | Timestamp |
| --- | --- | --- |
| Dr. Glenn Caddy<br>glenn.caddy@gmail.com<br>Security Level: Email, Account Authentication (None) | DocuSigned by:<br>*Dr. Glenn Caddy*<br>7B606DC7FD3643E...<br><br>Signature Adoption: Pre-selected Style<br>Using IP Address: 73.245.129.35 | Sent: 9/17/2018 4:47:02 PM<br>Viewed: 9/17/2018 6:07:06 PM<br>Signed: 9/17/2018 6:08:40 PM |

Electronic Record and Signature Disclosure:
   Not Offered via DocuSign

| In Person Signer Events | Signature | Timestamp |
| --- | --- | --- |

| Editor Delivery Events | Status | Timestamp |
| --- | --- | --- |

| Agent Delivery Events | Status | Timestamp |
| --- | --- | --- |

| Intermediary Delivery Events | Status | Timestamp |
| --- | --- | --- |

| Certified Delivery Events | Status | Timestamp |
| --- | --- | --- |

| Carbon Copy Events | Status | Timestamp |
| --- | --- | --- |

| Notary Events | Signature | Timestamp |
| --- | --- | --- |

| Envelope Summary Events | Status | Timestamps |
| --- | --- | --- |
| Envelope Sent | Hashed/Encrypted | 9/17/2018 4:47:02 PM |
| Certified Delivered | Security Checked | 9/17/2018 6:07:06 PM |
| Signing Complete | Security Checked | 9/17/2018 6:08:40 PM |
| Completed | Security Checked | 9/17/2018 6:08:40 PM |

| Payment Events | Status | Timestamps |
| --- | --- | --- |