UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
Case Number: 17-60533-CIV-MARTINEZ-OTAZO-REYES

RODNEY SCOTT PATTERSON,
    Plaintiff,

vs.

AMERICAN AIRLINES, INC., a Delaware Corporation,
    Defendant.
_____/

## ORDER OF REFERENCE TO MAGISTRATE JUDGE

PURSUANT to 28 U.S.C. § 636(b) and the Magistrate Rules of the Local Rules of the Southern District of Florida, the above-captioned cause is referred to United States Magistrate Judge **ALICIA M. OTAZO-REYES** to take all necessary and proper action as required by law with respect to:

    **All matters relating to Defendant's Motion to Exclude Opinion Testimony by Dr. Caddy [ECF No. 132].**

    **ORDERED AND ADJUDGED** that it is the responsibility of the parties in this case to indicate the name of the Magistrate Judge on all motions and related papers referred by this order in the case number caption (CASE NO.: 17-60533-CIV-MARTINEZ-OTAZO-REYES).

    DONE AND ORDERED in Chambers at Miami, Florida, this 19 day of September, 2018.

                                                                   JOSE E. MARTINEZ
                                                                   UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Otazo-Reyes
All Counsel of Record