UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 17-22959-CIV-MARTINEZ/AOR

NOE REINA-DELACRUZ,

    Plaintiff,

v.

UNITED STATES OF AMERICA,

    Defendant.
_____/

## ORDER TO SHOW CAUSE

THIS CAUSE came before the Court sua sponte. This matter was referred to the undersigned pursuant to 28 U.S.C. § 636 by the Honorable Jose E. Martinez, United States District Judge [D.E. 4, 8]. On August 4, 2017, Plaintiff Noe Reina-Delacruz ("Plaintiff") filed a Rule 41(g) Motion to Return Property Illegally Seized and Detained ("Complaint") [D.E. 1]. On January 26, 2018, the government filed its Motion to Dismiss Without Prejudice [D.E. 6]. On February 26, 2018, Plaintiff filed a Response in Opposition to the Motion to Dismiss [D.E. 7]. On August 9, 2018, the Court granted the government's Motion to Dismiss Without Prejudice and ordered the Plaintiff to serve his Complaint as a civil pleading within 20 days of the date of the Order.

Upon review of the case docket, it appears that the deadline for Plaintiff to file his Complaint as a civil pleading was August 29, 2018. To date, however, Plaintiff has failed to file the Complaint. Therefore, it is

ORDERED AND ADJUDGED that on or before **October 17, 2018**, Plaintiff shall show good cause for the failure to comply with the Court's Order. In the alternative, Plaintiff shall file

a Complaint as a civil pleading by the same date. Failure to respond will result in a recommendation of dismissal of this action.

DONE AND ORDERED in Chambers at Miami, Florida, this 27th day of September, 2018.

*[signature]*
ALICIA M. OTAZO-REYES
UNITED STATES MAGISTRATE JUDGE

cc: United States District Judge Jose E. Martinez
Counsel of Record