-----Original Message-----
From: Scott <aa737drvr@aol.com>
To: glenncaddy <glenncaddy@gmail.com>
Sent: Tue, Apr 26, 2016 10:52 pm
Subject: Re: Invoice

I just popped open the invoice, after reviewing the invoice I wasn't aware we were going to be running into this much expense.

I have asked a couple times when the report was going to be complete and a couple more days was the answer. I feel I have provided adequate information to complete an evaluation even putting it into copy so you could copy and paste.

I am genuinely concerned that American Airlines is going balk at your lack of HIMS certification. The FAA will also not accept your report without HIMS certification. Trisha Kennedy asked this specific question the other day on the phone before we disconnected.

Dr. Bercaw's report which is lacking and very weak needs to be re-done, but he is HIMS certified. I didn't compensate him for a report and work to be done by a resident. Although we might succeed in Federal Court with the nature of your report which is the goal.

I still haven't even gotten you to testify in court and I may not be reimbursed by American for this expense either.

I need to carefully evaluate the planned course of action here. Can you provide me a timeframe of what you need to complete this report. I am limited by how much I can spend. I am going to have to to secure funds from my my mortgage if this goes on much further.

v/r

1

**DEFENDANT'S EXHIBIT**
**4**
17-cv-60533

Patterson00666

SP

-----Original Message-----
From: Glenn Ross Caddy Ph.D. <glenn.caddy@gmail.com>
To: Rodney Scott Patterson <aa737drvr@aol.com>
Sent: Tue, Apr 26, 2016 2:52 pm
Subject: Invoice

2

Patterson00667