

## COMPARISON SAMPLES: CADDY'S REPORT V. PATTERSON'S COMMENTS

| Subject | Dr. Caddy's Report (08/14/16) | Patterson's Comment (04/08/16) |
|---|---|---|
| Patterson's surgery | "February 14, 2015: FO Patterson was diagnosed with a sarcoma [cancerous tumor] in the muscle of the left breast and on February 27, 2015 he underwent a two-hour surgery to remove the tumor. Thereafter, Scott undertook additional treatment in Mexico in an effort to reduce the risks of any return of the cancer. He was determined to be cancer free as of May 31, 2015 and he returned to work on June 6, 2015"<br><br>*[Caddy's report, page 4 (last paragraph) - page 5]* | "It appears from the above text that as early as FEB 2015 Captain Beach had it in for Patterson. Patterson on 27 FEB 2015 underwent surgery. Beach also telephoned Patterson and the call was taken by his wife on the same day."<br><br>*[Patterson, page 2, paragraph 2]* |
| September 21, 2015 | "He spoke to Carolina in the Flight Office and asked for her to pass a message to Luis Rojas requesting leave."<br><br>*[Caddy, page 7, paragraph 4 re: September 21, 2015 ]* | "Patterson never spoke to Bonds or Luis Rojas on 21 SEP 2015. In each case he spoke with Carolina, an assistant who advised she would pass the message to Luis"<br><br>*[Patterson, page 2, paragraph 6 re: Page 1 Line 27]* |
| September 21, 2015 request | "September 21, 2015: Scott Patterson Contacted the Miami Flight Office to request military leave for an obligation commencing on 22 September, 2015 at the Pentagon in Washington, D.C. He spoke to Carolina in the Flight Office and asked for her to pass a message to Luis Rojas requesting leave."<br><br>*[Caddy's report, page 7, paragraph 4 re: September* | "Page 1 Line 26  Patterson requested to be excused for the performance of military duties at the Pentagon. Uniformed Services Employment and Reemployment Rights Act requires American to provide leave for periods of military duty while voluntary or involuntary." |

## COMPARISON SAMPLES:  CADDY'S REPORT V. PATTERSON'S COMMENTS

| Subject | Dr. Caddy's Report (08/14/16) | Patterson's Comment  (04/08/16) |
|---|---|---|
|  | 21, 2015] | [*Patterson, page 2, paragraph 5*] |
| Bond voice Message | "At approximately 1510 hours on that same day, Captain James Bonds left a message on Scott's cell phone denying that leave, unless Scott could produce a set of leave related military orders. [Scott Patterson reports that Captain Bonds is a reserve Lt. Colonel in the US Air Force and that he must have known that Scott was not required, or was he able, to provide such evidence of duty until he returned from that duty]." <br><br>[*Caddy, page 7, paragraph 3*] | "Patterson received a transcribed from voice to text message from Captain Jim Bonds, Miami Chief Pilot at 1510 on the 21st of Sept.  See Transcript.  Bonds advised he would give Patterson the time off only after Patterson produced orders.  It is understood orders are not produced for Inactive Duty for training." <br><br>[*Patterson, page 2, 2d to last paragraph*] |
| Vitale instruction | "Scott reached Captain Vitale at approximately 1700 hours, and he explained his situation to Vitale, who advised him to contact the System Operations Control (SOC) Chief Pilot on duty" <br><br>[*Caddy, page 7, last paragraph* ] | "At approximately 1730 after no contact or messages from the flight office.  Patterson contacted Captain Brian Vitale at 239-699-0432.  Vitale is a former base administrator for the Allied Pilots Association.  Patterson was advised to contact the System Operations Control Duty Chief Pilot on Duty. " <br><br>[*Patterson, page 2, paragraph 7*] |
| Approval from Tatum | "He notified Captain Tatum of his military obligation and Captain Tatum released Scott to attend to his military duty with an EO [Employee Off status]. The EO simply meant that Scott was being granted | "Page 1 Line 30,  Patterson telephoned Captain Dave Tatum,  DFW Chief on duty in the SOC.  Tatum granted the leave without question and advised Patterson he would let |

## COMPARISON SAMPLES:  CADDY'S REPORT V. PATTERSON'S COMMENTS

| Subject | Dr. Caddy's Report (08/14/16) | Patterson's Comment  (04/08/16) |
|---|---|---|
|  | Vacation Time to cover his time during his military obligation. It was noted that Tatum did not put Scott through the level of scrutiny that  Bonds had done. Nor was there any discussion, or excuse, for any claim of A.A. being shorthanded." Audio recording of this call is available."<br><br>*[Caddy report, pages 7 (last paragraph] - 8]*<br><br>""On this occasion Scott reports that he had to call Captain David Tatum, the A.A Chief Pilot on duty in Dallas, Texas, [i.e. the acting Chief Pilot of entire company], at which time Scott was granted the leave without further ado or questioning."<br><br>*[Caddy, page 23]*<br><br>"On this occasion Scott reports that he had to call Captain David Tatum, the A.A. Chief Pilot on duty in Dallas, Texas, [i.e. for the Chief Pilot of entire company], in order to further seek such leave. With this call Scott was granted leave without further ado or questioning").<br><br>*[Caddy report, page 31 (last paragraph) - 32]* | the Miami Chief Pilot know."<br><br>*[Patterson, page 2, paragraph 8 re: Page 1 Line 30]* |
| Clear to fly May 31, | "He was cleared to fly by the FA.A, on May 31, 2015 [subsequent to his cancer surgery] and by A.A on | "In June 2015 American Airlines Medical Department cleared Patterson to resume |

## COMPARISON SAMPLES:  CADDY'S REPORT V. PATTERSON'S COMMENTS

| Subject | Dr. Caddy's Report (08/14/16) | Patterson's Comment  (04/08/16) |
|---|---|---|
| 2015 | June 2, 2015. In fact, there appears to have been no indication in the record anywhere over the past fourteen years of Scott's service to A.A. that he was anything other than broadly competent to conduct his duties as a First Officer. Not even Captain Whitehouse appeared to suggest that there were as problems with Scott Patterson's flight skills."<br><br>[*Caddy,  page 13, paragraph 4*] | normal flying duties after receiving his First Class Medical on May 31 2015.  Patterson also transmitted a letter from his physician clearing him to fly as a commercial airline pilot.  Patterson safely operated the Boeing 757 from June through SEP 2015.  There were no reported issues of cognitive or mental lapses during this time while operating as a crew member.  Dr Ahtone with AA medical has neither spoken to Patterson much less examined him, yet he has made recommendations for continued service based on hearsay information from untrained persons such as Captain Beach."<br><br>[*Patterson, page 3, last paragraph*] |
| Denial of leave | "[I am told that this failure to grant Lieutenant Colonel Patterson immediate leave for duty is a violation of the <u>Uniformed Services Employment and Reemployment Rights Act</u>, that is, the Federal Law that governs these matters. Apparently a service member is not legally required to provide such documentation to an employer in this sort of situation, and in fact he/she does not receive such documentation until after the military duty is | "USERRA defines the obligations of employers and rights of workers when performing military obligations whether voluntary or involuntary.  Orders are not normally produced for Inactive Duty for Training. American is permitted by the Joint Collective Bargaining Agreeement to request verification within a reasonable time frame.  The Military has up to 30days following the completion of |

**COMPARISON SAMPLES:  CADDY'S REPORT V. PATTERSON'S COMMENTS**

| Subject | Dr. Caddy's Report (08/14/16) | Patterson's Comment  (04/08/16) |
|---|---|---|
| | completed]. "<br><br>[Caddy, page 30, 2d to last paragraph] | duty to issue payment to the service member. 30 days would not be considered unreasonable time frame in that circumstance."<br><br>[Patterson page 2, last paragraph] |
| Result of Section 21 hearing | "[6] I [Dr. Caddy] was advised by FO Patterson that on November 23, 2015 [although there are no record data presently available to me regarding this event], that there was held what the American Allied Pilots Association refers to as a Section 21 Hearing. This hearing was chaired by American Human Resources Investigator, Anna Burk-Leon. Present in the meeting on behalf of the company was Captain Brian Beach [Chief Pilot, MIA] and on behalf of FO Scott Patterson were Captain Mark Modrich and Captain Danny Shellhouse. The outcome of the hearing was a really an innocuous entry into FO Patterson's 'Personnel  Employee History'."<br><br>[Caddy,  page 70 re: [6]] | "Page 2 Line 21  If they can't adjudicated then it is a closed matter is not a complete sentence or proper verbiage.  AA did not adjudicate the matter in Section 21 as sustained.  Beach issued a PEH to Patterson and the matter is now closed.  Patterson was issued a non disclosure statement and verbally advised by HR to comply with the terms of the document or face termination.  He advised Knippa of this fact who continued to badger him with questions about the Section 21 hearing."<br><br>[Patterson, page 4, paragraph 2 re: Page 2 Line 21] |