Glenn R. Caddy, Ph.D., P.A.
100 Southeast Third Avenue, Suite 2010
Ft. Lauderdale, FL  33394
(954)565-8850
License #PY0002093

Rodney Scott Patterson
1092 Northwest 139th Terrace
Pembroke Pines, FL 33028-2340

Statement Date.....: 09/27/2018
Page Number........: 01
Account Number...: 15044
Patient Name........: Rodney Scott Patterson

## STATEMENT FOR PROFESSIONAL SERVICES
CHARGES OR PAYMENTS AFTER ABOVE STATEMENT DATE WILL APPEAR ON YOUR NEXT STATEMENT

| DATE | DESCRIPTION | CHARGES | PAYMENTS |
|---|---|---|---|
| | ---- ID: 15044  Rodney Scott Patterson | | |
| 04/06/2016 | Inital Forensic Evaluation, charge | 400.00 | |
| 04/07/2016 | Telephone Consult, charge | 400.00 | |
| 04/07/2016 | Record Review, charge | 400.00 | |
| 04/09/2016 | Record Review, charge | 400.00 | |
| 04/10/2016 | Record Review, charge | 200.00 | |
| 04/11/2016 | Forensic Examination, 3:00 - 5:00 p.m., charge | 800.00 | |
| 04/11/2016 | Forensic Examination, 10:00- 12:00 p.m., charge | 800.00 | |
| 04/11/2016 | PREPAY from Patient | | 10,000.00 |
| 04/12/2016 | Tel.Consult w/Attny, charge | 75.00 | |
| 04/12/2016 | Record Review, charge | 200.00 | |
| 04/12/2016 | Report Preparation, Letter/Ms. Kennedy, charge | 200.00 | |
| 04/13/2016 | Forensic Examination, 9:30-:1:00, charge | 1,400.00 | |
| 04/13/2016 | Forensic Examination, 3-5 P.M., charge | 800.00 | |
| 04/14/2016 | Report Preparation, charge | 800.00 | |
| 04/15/2016 | Telephone Consult, Phillip Bailey, charge | 125.00 | |
| 04/15/2016 | Report Preparation, charge | 1,400.00 | |
| 04/16/2016 | Telephone Consult, Mark Modrich, charge | 200.00 | |

| Previous Balance | New Charges | New Payments | Other Credits | New Balance |
|---|---|---|---|---|
| | | | | |

— Return this portion with your payment —

| Acct. Number | | Name | |
|---|---|---|---|
| Statement Date | | Amount Now Due | | Amount Enclosed | |

Please make check payable to:

Glenn R. Caddy, Ph.D., P.A.
100 Southeast Third Avenue, Suite 2010
Ft. Lauderdale, FL  33394
(954)565-8850
License #PY0002093

Rodney Scott Patterson
1092 Northwest 139th Terrace
Pembroke Pines, FL 33028-2340

Statement Date.....: 09/27/2018
Page Number........: 02
Account Number...: 15044
Patient Name........: Rodney Scott Patterson

## STATEMENT FOR PROFESSIONAL SERVICES
CHARGES OR PAYMENTS AFTER ABOVE STATEMENT DATE WILL APPEAR ON YOUR NEXT STATEMENT

| DATE | DESCRIPTION | CHARGES | PAYMENTS |
|---|---|---|---|
| 04/16/2016 | Telephone Consult, Brian Vitale, charge | 175.00 | |
| 04/17/2016 | Telephone Consult, charge | 75.00 | |
| 04/17/2016 | Report Preparation, charge | 1,600.00 | |
| 04/18/2016 | Report Preparation, charge | 800.00 | |
| 04/18/2016 | Telephone Consult, charge | 200.00 | |
| 04/18/2016 | Report Preparation, charge | 1,600.00 | |
| 04/18/2016 | Telephone Consult, charge | 100.00 | |
| 04/20/2016 | Telephone Consult, Captain Shellhouse, charge | 125.00 | |
| 04/20/2016 | Telephone Consult, Noel Tace, charge | 150.00 | |
| 04/20/2016 | Report Preparation, charge | 2,000.00 | |
| 04/21/2016 | Report Preparation, charge | 1,200.00 | |
| 04/21/2016 | Report Preparation, charge | 1,600.00 | |
| 04/22/2016 | Report Preparation, charge | 2,400.00 | |
| 04/23/2016 | Report Preparation, charge | 400.00 | |
| 04/24/2016 | Report Preparation, charge | 2,800.00 | |
| 04/25/2016 | Report Preparation, charge | 1,200.00 | |
| 04/26/2016 | Report Preparation, charge | 1,200.00 | |
| 04/27/2016 | Report Preparation, charge | 2,000.00 | |
| 04/28/2016 | Report Preparation, charge | 2,800.00 | |

| Previous Balance | New Charges | New Payments | Other Credits | New Balance |
|---|---|---|---|---|
| | | | | |

---- Return this portion with your payment ----

| Acct. Number | | Name | |
|---|---|---|---|
| Statement Date | | Amount Now Due | | Amount Enclosed | |

Please make check payable to:

Glenn R. Caddy, Ph.D., P.A.
100 Southeast Third Avenue, Suite 2010
Ft. Lauderdale, FL  33394
(954)565-8850
License #PY0002093

Rodney Scott Patterson
1092 Northwest 139th Terrace
Pembroke Pines, FL 33028-2340

Statement Date.....: 09/27/2018
Page Number........: 03
Account Number...: 15044
Patient Name........: Rodney Scott Patterson

## STATEMENT FOR PROFESSIONAL SERVICES
CHARGES OR PAYMENTS AFTER ABOVE STATEMENT DATE WILL APPEAR ON YOUR NEXT STATEMENT

| DATE | DESCRIPTION | CHARGES | PAYMENTS |
|---|---|---|---|
| 04/29/2016 | Report Preparation, charge | 1,600.00 | |
| 04/30/2016 | Report Preparation, charge | 1,600.00 | |
| 05/01/2016 | Report Preparation, charge | 1,200.00 | |
| 05/02/2016 | Report Preparation, charge | 2,800.00 | |
| 05/04/2016 | Record Review, charge | 100.00 | |
| 05/04/2016 | Tel.Consult w/Attny, charge | 100.00 | |
| 05/04/2016 | Forensic Examination, charge | 1,000.00 | |
| 05/05/2016 | Forensic Examination, charge | 1,200.00 | |
| 05/06/2016 | Forensic Examination, charge | 1,600.00 | |
| 05/06/2016 | Report Preparation, charge | 1,600.00 | |
| 05/07/2016 | Report Preparation, charge | 800.00 | |
| 05/07/2016 | PREPAY from Patient | | 10,000.00 |
| 05/08/2016 | Record Review, charge | 1,200.00 | |
| 05/11/2016 | Report Preparation, charge | 800.00 | |
| 05/12/2016 | Report Preparation, charge | 600.00 | |
| 05/16/2016 | Report Preparation, charge | 1,200.00 | |
| 05/18/2016 | Report Preparation, charge | 800.00 | |
| 05/27/2016 | Telephone Consult, charge | 50.00 | |
| 05/27/2016 | Telephone Consult, charge | 50.00 | |

| Previous Balance | New Charges | New Payments | Other Credits | New Balance |
|---|---|---|---|---|
| | | | | |

——————————— Return this portion with your payment ———————————

| Acct. Number | | Name | |
|---|---|---|---|
| Statement Date | | Amount Now Due | | Amount Enclosed | |

Please make check payable to:

Glenn R. Caddy, Ph.D., P.A.
100 Southeast Third Avenue, Suite 2010
Ft. Lauderdale, FL 33394
(954)565-8850
License #PY0002093

Rodney Scott Patterson
1092 Northwest 139th Terrace
Pembroke Pines, FL 33028-2340

Statement Date.....: 09/27/2018
Page Number........: 04
Account Number...: 15044
Patient Name........: Rodney Scott Patterson

## STATEMENT FOR PROFESSIONAL SERVICES

CHARGES OR PAYMENTS AFTER ABOVE STATEMENT DATE WILL APPEAR ON YOUR NEXT STATEMENT

| DATE | DESCRIPTION | CHARGES | PAYMENTS |
|---|---|---|---|
| 05/27/2016 | Record Review, charge | 150.00 | |
| 05/27/2016 | Telephone Consult, charge | 300.00 | |
| 05/29/2016 | Report Preparation, charge | 1,600.00 | |
| 05/29/2016 | Report Preparation, charge | 400.00 | |
| 06/14/2016 | PREPAY from Patient | | 3,000.00 |
| 06/15/2016 | Telephone Consult, Keith Adkins, charge | 100.00 | |
| 06/15/2016 | Telephone Consult, Dr. Gary Kay, charge | 150.00 | |
| 06/21/2016 | Report Preparation, charge | 1,000.00 | |
| 06/22/2016 | Report Preparation, charge | 800.00 | |
| 06/23/2016 | Report Preparation, charge | 600.00 | |
| 06/28/2016 | Report Preparation, charge | 800.00 | |
| 06/29/2016 | Report Preparation, charge | 600.00 | |
| 06/29/2016 | Telephone Consult, charge | 100.00 | |
| 06/29/2016 | Tel.Consult w/Attny, charge | 125.00 | |
| 07/01/2016 | Report Preparation, charge | 2,000.00 | |
| 07/03/2016 | Report Preparation, charge | 800.00 | |
| 07/03/2016 | Report Preparation, charge | 200.00 | |
| 07/04/2016 | Report Preparation, charge | 2,000.00 | |
| 07/06/2016 | Report Preparation, charge | 1,600.00 | |

| Previous Balance | New Charges | New Payments | Other Credits | New Balance |
|---|---|---|---|---|
|  |  |  |  |  |

--- Return this portion with your payment ---

| Acct. Number | | Name | |
|---|---|---|---|
| Statement Date | | Amount Now Due | | Amount Enclosed | |

Please make check payable to:

Glenn R. Caddy, Ph.D., P.A.
100 Southeast Third Avenue, Suite 2010
Ft. Lauderdale, FL 33394
(954)565-8850
License #PY0002093

Rodney Scott Patterson
1092 Northwest 139th Terrace
Pembroke Pines, FL 33028-2340

Statement Date.....: 09/27/2018
Page Number........: 05
Account Number...: 15044
Patient Name.......: Rodney Scott Patterson

## STATEMENT FOR PROFESSIONAL SERVICES
CHARGES OR PAYMENTS AFTER ABOVE STATEMENT DATE WILL APPEAR ON YOUR NEXT STATEMENT

| DATE | DESCRIPTION | CHARGES | PAYMENTS |
|---|---|---|---|
| 07/06/2016 | Telephone Consult, charge | 50.00 | |
| 07/13/2016 | Record Review, charge | 400.00 | |
| 07/19/2016 | Report Preparation, charge | 200.00 | |
| 07/26/2016 | Telephone Consult, charge | 50.00 | |
| 08/03/2016 | Telephone Consult, Dr. Kay, charge | 200.00 | |
| 08/04/2016 | Misc Expense, charge | 400.00 | |
| 08/05/2016 | Telephone Consult, Dr. Gary Kay, charge | 400.00 | |
| 08/05/2016 | Telephone Consult, charge | 100.00 | |
| 08/06/2016 | Record Review, charge | 150.00 | |
| 08/08/2016 | Telephone Consult, charge | 75.00 | |
| 08/09/2016 | Report Preparation, charge | 2,000.00 | |
| 08/10/2016 | Report Preparation, charge | 2,400.00 | |
| 08/13/2016 | Record Review, charge | 400.00 | |
| 08/14/2016 | Report Preparation, charge | 2,400.00 | |
| 08/15/2016 | Report Preparation, charge | 175.00 | |
| 08/15/2016 | Record Review, charge | 400.00 | |
| 08/15/2016 | Telephone Consult, Dr. Tordella, charge | 200.00 | |
| 08/15/2016 | Record Review, Dr. Kay, charge | 125.00 | |
| 08/17/2016 | Report Preparation, charge | 1,000.00 | |

| Previous Balance | New Charges | New Payments | Other Credits | New Balance |
|---|---|---|---|---|
| | | | | |

--- Return this portion with your payment ---

| Acct. Number | | Name | |
|---|---|---|---|
| Statement Date | | Amount Now Due | | Amount Enclosed | |

Please make check payable to:

Glenn R. Caddy, Ph.D., P.A.
100 Southeast Third Avenue, Suite 2010
Ft. Lauderdale, FL  33394
(954)565-8850
License #PY0002093

Rodney Scott Patterson
1092 Northwest 139th Terrace
Pembroke Pines, FL 33028-2340

Statement Date.....: 09/27/2018
Page Number........: 06
Account Number...: 15044
Patient Name........: Rodney Scott Patterson

## STATEMENT FOR PROFESSIONAL SERVICES

CHARGES OR PAYMENTS AFTER ABOVE STATEMENT DATE WILL APPEAR ON YOUR NEXT STATEMENT

| DATE | DESCRIPTION | CHARGES | PAYMENTS |
|---|---|---|---|
| 08/19/2016 | Telephone Consult, charge | 50.00 | |
| 08/19/2016 | Record Review, charge | 200.00 | |
| 08/24/2016 | Telephone Consult, charge | 100.00 | |
| 08/24/2016 | Report Preparation, charge | 150.00 | |
| 08/26/2016 | Telephone Consult, charge | 150.00 | |
| 09/19/2016 | Telephone Consult, charge | 100.00 | |
| 06/11/2017 | Tel.Consult w/Attny, charge | 75.00 | |
| 06/11/2017 | Telephone Consult, charge | 200.00 | |
| 06/26/2017 | Tel.Consult w/Attny, Scott Mager, charge | 400.00 | |
| 06/26/2017 | Telephone Consult, charge | 200.00 | |
| 10/25/2017 | Tel.Consult w/Attny, charge | 150.00 | |
| 11/03/2017 | Record Review, charge | 200.00 | |
| 11/13/2017 | Record Review, charge | 150.00 | |
| 11/14/2017 | Record Review, charge | 75.00 | |
| 12/03/2017 | Tel.Consult w/Attny, charge | 125.00 | |
| 12/06/2017 | Telephone Consult, charge | 100.00 | |
| 12/06/2017 | Tel.Consult w/Attny, charge | 150.00 | |
| 12/07/2017 | Tel.Consult w/Attny, charge | 150.00 | |
| 12/07/2017 | Telephone Consult, charge | 300.00 | |

| Previous Balance | New Charges | New Payments | Other Credits | New Balance |
|---|---|---|---|---|
|  |  |  |  |  |

— Return this portion with your payment —

Acct. Number  
Name  
Statement Date  
Amount Now Due  
Amount Enclosed  

Please make check payable to:

Glenn R. Caddy, Ph.D., P.A.
100 Southeast Third Avenue, Suite 2010
Ft. Lauderdale, FL  33394
(954)565-8850
License #PY0002093

Rodney Scott Patterson
1092 Northwest 139th Terrace
Pembroke Pines, FL 33028-2340

Statement Date.....: 09/27/2018
Page Number........: 07
Account Number...: 15044
Patient Name........: Rodney Scott Patterson

## STATEMENT FOR PROFESSIONAL SERVICES
CHARGES OR PAYMENTS AFTER ABOVE STATEMENT DATE WILL APPEAR ON YOUR NEXT STATEMENT

| DATE | DESCRIPTION | CHARGES | PAYMENTS |
|---|---|---|---|
| 12/18/2017 | Telephone Consult, charge | 300.00 | |
| 01/10/2018 | Record Review, charge | 100.00 | |
| 01/10/2018 | Record Review, charge | 800.00 | |
| 03/06/2018 | Telephone Consult, charge | 100.00 | |
| 04/06/2018 | Forensic Examination, charge | 400.00 | |
| 05/05/2018 | Record Review, charge | 200.00 | |
| 05/05/2018 | Tel.Consult w/Attny, charge | 100.00 | |
| 05/16/2018 | Tel.Consult w/Attny, charge | 50.00 | |
| 05/16/2018 | Telephone Consult, charge | 75.00 | |
| 05/16/2018 | Forensic Examination, charge | 400.00 | |
| 05/16/2018 | Consult w/Attorney, charge | 600.00 | |
| 05/17/2018 | Record Review, charge | 600.00 | |
| 05/18/2018 | Tel.Consult w/Attny, charge | 150.00 | |
| 05/21/2018 | Tel.Consult w/Attny, charge | 100.00 | |
| 05/21/2018 | Telephone Consult, charge | 75.00 | |
| 05/24/2018 | Tel.Consult w/Attny, charge | 150.00 | |
| 05/25/2018 | Telephone Consult, charge | 250.00 | |
| 05/29/2018 | Tel.Consult w/Attny, charge | 200.00 | |
| 05/31/2018 | Telephone Consult, charge | 400.00 | |

| Previous Balance | New Charges | New Payments | Other Credits | New Balance |
|---|---|---|---|---|
|  |  |  |  |  |

— Return this portion with your payment —

Acct. Number 
Name 
Statement Date 
Amount Now Due 
Amount Enclosed 

Please make check payable to:

Glenn R. Caddy, Ph.D., P.A.
100 Southeast Third Avenue, Suite 2010
Ft. Lauderdale, FL 33394
(954)565-8850
License #PY0002093

Rodney Scott Patterson
1092 Northwest 139th Terrace
Pembroke Pines, FL 33028-2340

Statement Date.....: 09/27/2018
Page Number........: 08
Account Number...: 15044
Patient Name.......: Rodney Scott Patterson

## STATEMENT FOR PROFESSIONAL SERVICES

CHARGES OR PAYMENTS AFTER ABOVE STATEMENT DATE WILL APPEAR ON YOUR NEXT STATEMENT

| DATE | DESCRIPTION | CHARGES | PAYMENTS |
|---|---|---|---|
| 06/04/2018 | Telephone Consult, charge | 500.00 | |
| 06/04/2018 | Record Review, charge | 1,200.00 | |
| 06/06/2018 | Consult w/Attorney, charge | 800.00 | |
| 06/06/2018 | Record Review, 7 Hours, charge | 2,800.00 | |
| 06/26/2018 | Tel.Consult w/Attny, charge | 250.00 | |
| 06/27/2018 | Court Appearance, charge | 2,000.00 | |
| 06/27/2018 | Telephone Consult, charge | 250.00 | |
| 07/05/2018 | Telephone Consult, charge | 150.00 | |
| 07/06/2018 | Telephone Consult, charge | 200.00 | |
| 07/10/2018 | Telephone Consult, charge | 275.00 | |
| 07/13/2018 | Telephone Consult, charge | 150.00 | |
| 07/24/2018 | Telephone Consult, charge | 150.00 | |
| 07/25/2018 | Record Review, Matt Zucker, charge | 250.00 | |
| 07/25/2018 | Tel.Consult w/Attny, charge | 75.00 | |
| 07/28/2018 | Consult w/Attorney, charge | 200.00 | |
| 08/05/2018 | Telephone Consult, charge | 200.00 | |
| 08/06/2018 | Record Review, American Opposition, charge | 250.00 | |
| 08/15/2018 | Tel.Consult w/Attny, charge | 100.00 | |
| 08/26/2018 | Tel.Consult w/Attny, charge | 100.00 | |

| Previous Balance | New Charges | New Payments | Other Credits | New Balance |
|---|---|---|---|---|
| | | | | |

— Return this portion with your payment —

| Acct. Number | | Name | |
|---|---|---|---|
| Statement Date | | Amount Now Due | | Amount Enclosed | |

Please make check payable to:

Glenn R. Caddy, Ph.D., P.A.
100 Southeast Third Avenue, Suite 2010
Ft. Lauderdale, FL 33394
(954)565-8850
License #PY0002093

Rodney Scott Patterson
1092 Northwest 139th Terrace
Pembroke Pines, FL 33028-2340

Statement Date.....: 09/27/2018
Page Number.........: 09
Account Number...: 15044
Patient Name........: Rodney Scott Patterson

## STATEMENT FOR PROFESSIONAL SERVICES
CHARGES OR PAYMENTS AFTER ABOVE STATEMENT DATE WILL APPEAR ON YOUR NEXT STATEMENT

| DATE | DESCRIPTION | CHARGES | PAYMENTS |
|---|---|---|---|
| 08/28/2018 | Tel.Consult w/Attny, charge | 1,200.00 | |
| 08/29/2018 | Record Review, charge | 800.00 | |
| 08/29/2018 | Telephone Consult, charge | 150.00 | |
| 08/30/2018 | Tel.Consult w/Attny, charge | 100.00 | |
| 09/17/2018 | Record Review, Plaintiffs Response, charge | 250.00 | |
| 09/17/2018 | Tel.Consult w/Attny, charge | 100.00 | |
| 09/26/2018 | Record Review, charge | 1,600.00 | |

Thank You!

| Previous Balance | New Charges | New Payments | Other Credits | New Balance |
|---|---|---|---|---|
| 0.00 | 95,950.00 | 23,000.00 | 0.00 | 72,950.00 |

— Return this portion with your payment —

| Acct. Number | 15044 | Name | Rodney Scott Patterson |
| Statement Date | 09/27/2018 | Amount Now Due | 72,950.00 | Amount Enclosed | |

Please make check payable to: Glenn R. Caddy, Ph.D., P.A.
100 Southeast Third Avenue, Suite 2010
Ft. Lauderdale, FL 33394
(954)565-8850