AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT
**Southern** DISTRICT OF **Florida**

**Rodney Patterson v. American Airlines**

**EXHIBIT AND WITNESS LIST**

Case Number: 17-60533-CIV-JEM

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Alicia M. Otazo-Reyes | William Amlong, et al | Michael Holt |

| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
|---|---|---|
| 9/28/18 Daubert Hearing | Gizella Baran-Proulx (filling) | Stephanie A. Lee |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| | ✓ | 9/28/18 | | | Glenn Ross Caddy, Ph.D. Direct, Cross |
| | 1 | 9/28/18 | ✓ | ✓ | Email 4/22/16 12:59 p.m. |
| | 2 | 9/28/18 | ✓ | ✓ | Email 4/22/16 12:49 p.m. |
| | 3 | 9/28/18 | ✓ | ✓ | Report of Glenn Ross Caddy, Ph.D. |
| | 4 | 9/28/18 | ✓ | ✓ | Email 4/26/16 |
| 1 | | | ✓ | | |
| 2 | | | ✓ | | |
| 3 | | | ✓ | | |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of 2 Pages

AO 187A (Rev. 7/87)

# EXHIBIT AND WITNESS LIST – CONTINUATION

Rodney Patterson vs. American Airlines   CASE NO. 17-60533-CIV-JEM

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 4 |  | 9/28/18 | ✓ |  |  |

Page 2 of 2 Pages