UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

## CIVIL MINUTES FOR HON. JOSE E. MARTINEZ
## HON. ADALBERTO JORDAN PRESIDING

Date: March 8, 2019      Case No. 17-60533-CV-MARTINEZ

Clerk: Wanda Holston      Reporter: Dawn Savino

Title of Case: Patterson v. American Airlines

**Plaintiff Attorney:** William Amlong; Karen Amlong

**Defense Attorney**: Michael Holt; Mark Robertson

Reason for Hearing:      Motion Hearing

Result of hearing:      Hearing Held

1. Court heard argument on Motions (DE 59 , 68).