UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 17-cv-60533-MARTINEZ/OTAZO-REYES

RODNEY SCOTT PATTERSON,

    Plaintiff,

vs.

AMERICAN AIRLINES, INC.,
a Delaware corporation,

    Defendant.
_____/

**Plaintiff's <u>Unopposed</u> Motion to Extend Further and/or to File Out of Time Response to Defendant's Motion for Sanctions**

Plaintiff, Rodney Scott Patterson, pursuant to Fed. R. Civ. Pro. 6 and Local Rule 7.1, moves for entry of an order, *nunc pro tunc* to Monday March 25, 2019, accepting out of time Plaintiff's Sealed Motion to Enlarge Time to Respond to Sanctions Motion and to Provide Court with Suggested Dates for Hearings on Defendant's Sanctions Motion ("Sealed Motion").[1]

1.    Plaintiff's counsel, William and Karen Amlong, returned to the office today from trial in Miami,[2] which started March 18, 2019 and ended yesterday, March 26, and have been working on preparing a motion to enlarge time for the status report due today, as well as to enlarge time for

---

    [1]As noted below, plaintiff has prepared the Sealed Motion, and will file that motion upon entry of an order granting leave to file it under seal.

    [2]In the matter <u>Griffin v. Barry University, Inc.</u>, Case No. 14 014722 CA 05 (Fla. 11th Jud. Cir. Ct.).



**The Amlong Firm** • 500 Northeast Fourth Street • Fort Lauderdale, FL 33301 • 954.462.1983

responding to the motion.  While doing so, they realized that the response to the Defendant's Motion for Sanctions [DE 154] had been due March 25 pursuant to the Order [DE 158] requiring a status report, but had not been among the deadlines for which extensions and postponements had been sought in various cases due to the trial that lasted two days beyond its projected five days.   The trial, the start date of which had been moved from March 12 to March 18 due to pretrial motions and matters that had to be addressed, did not conclude until March 26.  Accordingly, plaintiff moves, out of time, to file his motion to again enlarge the time to file the response. Plaintiff has prepared the Sealed Motion and will file it upon entry of an order by the Court granting him leave to do so under seal.

    2.    <u>Relief sought</u>.  By this motion, plaintiff moves the Court to accept the motion to enlarge the time to file the response to the motion.

    3.    Federal Rule of Civil Procedure Rule 6(b) provides that when a motion for extension of time is made after a deadline has expired, the court is permitted to grant an extension, "if the party failed to act because of excusable neglect." <u>Walter v. Blue Cross & Blue Shield United of Wisconsin</u>, 181 F.3d 1198 (11th Cir. 1999); Fed. R. Civ. Proc. 6(b)(1)(B).

    4.    Excusable neglect is determined by assessing factors which include: (1) the danger of prejudice to the non-movant, (2) the length of delay and its potential impact on judicial proceedings, (3) the reason for the delay, including whether it was within the reasonable control of the movant, (4) and whether the movant acted in good faith. <u>Advanced Estimating

System, Inc. v. Riney, 130 F.3d 996, 997-98 (11th Cir. 1997) (citing Pioneer Inv. Servs. Co. v. Brunswick Assocs. Ltd P'ship, 507 U.S. 380, 395 (1993)). However, "the absence of prejudice to the nonmoving party" and "the interest of efficient judicial administration" are to be afforded "primary importance." Cheney v. Anchor Glass Container Corp., 71 F.3d 848, 850 (11th Cir. 1996) (citation omitted).  See also Brother v. Rossmore Tampa L.P., Case No. 8:03-cv-1253-T-24MAP, 2004 U.S. Dist. LEXIS 28524, at *2-6 (M.D. Fla. Aug. 19, 2004) (court considered a response in opposition to a motion for summary judgment that was filed three weeks late).

5.   Accordingly, for the above-stated reasons, plaintiff moves for entry of an order extending the time to submit the response in accordance with the additional information provided in the status report.

6.   Certificate of Conferral.  Pursuant to Local Rule 7.1, plaintiff has conferred with counsel for defendant about defendant's position on relief sought in this motion, and defendant does not object to it.

WHEREFORE, plaintiff moves for entry of an order granting this motion and granting plaintiff such other and further relief as this Court deems appropriate.

**Certificate of Service**

  I hereby certify that a true and correct copy of this document was filed and served this date via the Southern District of Florida's CM/ECF system on all parties and counsel of record.

        Respectfully submitted,

        s/ *Jennifer Daley*
        WILLIAM R. AMLONG
        WRAmlong@TheAmlongFirm.com
        Florida Bar Number 470228
        KAREN COOLMAN AMLONG
        KAmlong@TheAmlongFirm.com
        Florida Bar Number 275565
        JENNIFER DALEY
        Florida Bar Number 856436
        JDaley@TheAmlongFirm.com
        AMLONG & AMLONG, P.A.
        500 Northeast Fourth St., Second Floor
        Fort Lauderdale, Florida 33301
        (954) 462-1983

        NOEL C. PACE
        noel.c.pace.esq@gmail.com
        206 N.W. 91 Street
        El Portal, Florida 33150
        (305) 710-3713

        *Attorneys for the Plaintiff,*
         *Rodney Scott Patterson*

Service List

| | |
|---|---|
| WILLIAM R. AMLONG<br>WRAmlong@TheAmlongFirm.com<br>Florida Bar Number 470228<br>KAREN COOLMAN AMLONG<br>KAmlong@TheAmlongFirm.com<br>Florida Bar Number 275565<br>AMLONG & AMLONG, P.A.<br>500 Northeast Fourth Street,<br>Second Floor<br>Fort Lauderdale, Florida 33301<br>(954) 462-1983<br><br>NOEL C. PACE<br>noel.c.pace.esq@gmail.com<br>206 N.W. 91 Street<br>El Portal, Florida 33150<br>(305) 710-3713<br><br>*Attorneys for the Plaintiff,*<br>    *Rodney Scott Patterson* | MICHAEL A. HOLT<br>HOLTmholt@fisherphillips.com<br>Florida Bar Number 91156<br>FISHER & PHILLIPS LLP<br>450 E. Las Olas Blvd., Suite 800<br>Fort Lauderdale, Florida 33301<br>Telephone: 954.525.4800<br><br>MARK W. ROBERTSON<br>mrobertson@omm.com<br>O'MELVENY & MYERS LLP<br>Times Square Tower<br>7 Times Square<br>New York, New York 10036<br>(212) 326-2000<br><br>TRISTAN MORALES<br>tmorales@omm.com<br>O'MELVENY & MYERS LLP<br>1625 Eye Street, Northwest<br>Washington, DC 20006<br>(202) 383-5300 / 383-5414 Fax<br><br>CAMERON CLOAR-ZAVALETA (*Pro hac vice*)<br>Cameron.R.Cloar@aa.com<br>AMERICAN AIRLINES, INC.<br>4333 Amon Carter Boulevard<br>Ft. Worth, Texas 76155<br>Telephone: (817) 963-1234<br><br>*Attorneys for the Defendant,*<br>    *American Airlines, Inc.* |

\\amlong3\cpshare\CPWin\HISTORY\190306_0001\1538.262.01