UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
Case Number: 17-60533-CIV-MARTINEZ-OTAZO-REYES

RODNEY SCOTT PATTERSON,
    Plaintiff,

vs.

AMERICAN AIRLINES, INC., a Delaware Corporation,
    Defendant.
_____/

## ORDER

THIS CAUSE is before the Court upon the following motions filed by the parties: (1) Plaintiff's Motion to Preclude Dr. John Knippa from Providing Any Opinion Testimony and/or to Limit his Testimony, [ECF No. 58]; (2) Defendant's Motion In Limine to Exclude Evidence of or References to Any Alleged Breach, Misinterpretation, or Misapplication of American's Pilot Collective Bargaining Agreement, [ECF No. 95]; (3) Defendant's Motion In Limine to Exclude Evidence of Subsequent Medical Reports, [ECF No. 96]; (4) Defendant's Motion In Limine to Exclude Evidence of Plaintiff's Alleged Emotional Damages or of American's Financial Resources, [ECF No. 97]; (5) Defendant's Motion In Limine to Exclude Evidence of or References to Confidential Settlement Negotiations, [ECF No. 98]; (6) Defendant's Motion In Limine to Exclude Undisclosed Opinion Testimony and Inadmissible Hearsay by Dr. Caddy, [ECF No. 99]; (7) Plaintiff's Motion In Limine Re: Testimony that Corporate Security's (sic) Only Investigated Gun Running Allegations, [ECF No. 100]; (8) Plaintiff's Motion In Limine Re: § 20 Letters From Beach, Bond, [ECF No. 101]; (9) Plaintiff's Motion In Limine Re: Reports of Knippa, Bercaw/Fonseca, [ECF No. 102]; (10) Plaintiff's Motion In Limine Re: American Airlines, Inc.'s Requirement that Patterson Abandon his USERRA Claim to Return to Flying, [ECF No. 103]; and

(11) Plaintiff's Motion in Limine Re: Human Resources Close-Out Memo, [ECF No. 104].

On March 29, 2019, the Court granted Defendant's Motion for Summary Judgment in its entirety, [ECF No. 169]. Thus, the Court's Order granting Defendant's Motion for Summary Judgment renders the above-listed motions moot. Accordingly, it is hereby

**ORDERED AND ADJUDGED** that

1. Plaintiff's Motion to Preclude Dr. John Knippa from Providing Any Opinion Testimony and/or to Limit his Testimony, [ECF No. 58], is **DENIED AS MOOT**.

2. Defendant's Motion In Limine to Exclude Evidence of or References to Any Alleged Breach, Misinterpretation, or Misapplication of American's Pilot Collective Bargaining Agreement, [ECF No. 95], is **DENIED AS MOOT**.

3. Defendant's Motion In Limine to Exclude Evidence of Subsequent Medical Reports, [ECF No. 96], is **DENIED AS MOOT**.

4. Defendant's Motion In Limine to Exclude Evidence of Plaintiff's Alleged Emotional Damages or of American's Financial Resources, [ECF No. 97], is **DENIED AS MOOT**.

5. Defendant's Motion In Limine to Exclude Evidence of or References to Confidential Settlement Negotiations, [ECF No. 98], is **DENIED AS MOOT**.

6. Defendant's Motion In Limine to Exclude Undisclosed Opinion Testimony and Inadmissible Hearsay by Dr. Caddy, [ECF No. 99], is **DENIED AS MOOT**.

7. Plaintiff's Motion In Limine Re: Testimony that Corporate Security's (sic) Only Investigated Gun Running Allegations, [ECF No. 100], is **DENIED AS MOOT**.

8. Plaintiff's Motion In Limine Re: § 20 Letters From Beach, Bond, [ECF No. 101], is **DENIED AS MOOT**.

9. Plaintiff's Motion In Limine Re: Reports of Knippa, Bercaw/Fonseca, [ECF No. 102], is **DENIED AS MOOT**.

10. Plaintiff's Motion In Limine Re: American Airlines, Inc.'s Requirement that Patterson Abandon his USERRA Claim to Return to Flying, [ECF No. 103], is **DENIED AS MOOT**.

11. Plaintiff's Motion in Limine Re: Human Resources Close-Out Memo, [ECF No. 104], is **DENIED AS MOOT**.

DONE AND ORDERED in Chambers at Miami, Florida, this 29th day of March, 2019.

JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Otazo-Reyes
All Counsel of Record