UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Fort Lauderdale Division

Case Number: 17-cv-60533-MARTINEZ/OTAZO-REYES

RODNEY SCOTT PATTERSON,

   Plaintiff,

vs.

AMERICAN AIRLINES, INC.,

   Defendant.

_____/

**Plaintiff's Expedited Motion Pursuant to Florida Bar Rule of Professional Conduct 4-1.16(a)(3) to Permit Discharged Counsel to Withdraw From Representing Plaintiff who Wishes to Proceed *Pro se* And to File a Rule 59 Motion by April 26 Deadline**

William R. Amlong, Esquire, moves on an expedited basis on behalf of himself; Karen Coolman Amlong, Attorney at Law; Jennifer Daley, Esquire; Isha Kochhar, Esquire,[1] and Amlong & Amlong, P.A., d/b/a The Amlong Firm to withdraw from the representation of Plaintiff, Rodney Scott Patterson, who wishes to proceed pro se and wishes to file a Rule 59 motion directed at the order granting summary judgment against him by the Friday, April 26, 2019 deadline.

---

[1] Ms. Kochhar is a former associate of The Amlong Firm who had no independent attorney-client relationship with Lt. Col. Patterson, but who never formally withdrew from his representation when she left the firm. She has explicitly authorized the undersigned to include her in this motion.

**The Amlong Firm** • 500 Northeast Fourth Street • Fort Lauderdale, FL  33301 • 954.462.1983

The basis for the withdrawal is that Lt. Col. Patterson at 4:49 p.m. April 24 e-mailed the undersigned a letter stating, in pertinent part: "I am terminating our legal relationship immediately…. I request you withdraw from the case immediately so I can represent myself while pursuing counsel."

Rule 4-1.16(a)(3), Florida Bar Rules of Professional Conduct, provides in pertinent part that "a lawyer … shall withdraw from the representation of a client if … the lawyer is discharged."

The Amlong Firm's lawyers, however, will remain in the case for the purposes of representing The Amlong Firm and its lawyers in connection with any motions seeking any relief against either the firm or any of its lawyers. Since the motion or motions include claims against Lt. Col. Patterson's lawyers, as well as against him, The Amlong Firm and its lawyers request to be noticed concerning all such proceedings and to be able to participate fully in any proceedings.

### Certificate of Conferral

Pursuant to Local Rule 7.1(a)(3) and 7.1(d), the undersigned e-mailed opposing counsel at a draft of this motion 8:10 p.m. Wednesday, April 24. Michael Holt, Esquire, one of American's attorneys, stated that "American objects in part to [the] motion and will file a separate response."

## Conclusion

Based on the facts recited, the authority cited and the arguments presented, William R. Amlong, Karen Coolman Amlong, Jennifer Daley, Isha Kochhar and Amlong & Amlong, P.A., d/b/a The Amlong Firm, request this Court to grant this motion on an expedited basis so that Lt. Col. Patterson may immediately begin representing himself.

Respectfully Submitted,

/s/ *William R. Amlong*
WILLIAM R. AMLONG
Florida Bar No.: 470228
WRAmlong@TheAmlongFirm.com
KAREN COOLMAN AMLONG
Florida Bar No.: 275565
KAmlong@TheAmlongFirm.com
JENNIFER DALEY
Florida Bar No. 856436
JDaley@TheAmlongFirm.com

AMLONG & AMLONG, P.A.
500 Northeast Fourth Street
Second Floor
Fort Lauderdale, Florida 33301
Telephone: (954) 462-1983
Facsimile: (954) 463-5008

**Attorneys for Plaintiff,
    Rodney Scott Patterson**

## Certificate of Service

**I HEREBY CERTIFY** that this motion has been filed using the ECF system of the Southern District of Florida this and thereby served on all counsel or parties of record and by electronic mail upon the plaintiff, Rodney Scott Patterson, 1092 NW 39th Terrace, Pembroke Pines, FL 33028, 702-231-0909, aa737drvr@aol.com.

                                          */s/   William R. Amlong*
                                          WILLIAM R. AMLONG

\\amlong3\cpshare\CPWin\HISTORY\190306_0001\1538.26F