UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

Case No.: 17-60533-Civ-Martinez/Otazo-Reyes

Rodney Scott Patterson,

    Plaintiff,

vs.

American Airlines, Inc,

    Defendant

_____/

FILED BY _____

APR 24 2019

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

## UNOPPOSED MOTION TO WITHDRAW OF NOEL C. PACE, ESQ PRO HAC VICE

Noel C. Pace, Esq., pursuant to Local Rule 11.1(D)(3), files this Motion to Withdraw and requests an order of this Court allowing it to withdraw as counsel for Plaintiff Rodney Scott Patterson, and states:

1. Attorney Noel C. Pace, (Pro Hac Vice), wishes to withdraw as counsel to Plaintiff Rodney Scott Patterson, which party consents to this withdrawal.

2. Attorney William R. Amlong, of the firm of The Amlong Firm, P.A., who is admitted to this Court, has appeared as counsel for Rodney Scott Patterson.

3. This motion is not being filed to hinder or delay this matter or to prejudice any party.

4. Plaintiff Rodney Scott Patterson, consents to this withdrawal and, pursuant to Local Rule 11.1(D)(3) received notice from undersigned counsel.

5. On April 23, 2019 in accordance with Local Rule 7.1(A)(3), the undersigned emailed a draft of this motion to Defendants' counsel Micheal Holt, Mark Robertson and Tristan Morales. Micheal Holt lead counsel for Defendant wishes to confer with his client, however that time for conferral has since passed and this motion is submitted for consideration.

WHEREFORE, based on the foregoing, Noel C. Pace, Esq., respectfully requests that this Court enter an Order allowing it to withdraw as counsel of record in this matter.

                                              Respectfully submitted,

                                              */s/ Noel C. Pace*

                                              NOEL C. PACE  
                                              (Pro Hac Vice)  
                                              206 N.W. 91 Street  
                                              El Portal, FL  33150  
                                              Telephone: (305) 219-1191  
                                              Email: noel.c.pace.esq@gmail.com

                                              William R. Amlong  
                                              Amlong & Amlong, P.A.  
                                              500 NE 4th St, Suite 200  
                                              Fort Lauderdale, Florida 33301  
                                              Phone: 954-462-1983  
                                              Email: wramlong@theamlongfirm.com

                                              *Attorneys for Plaintiff, Rodney Scott Patterson*

## CERTIFICATE OF SERVICE

I hereby certify that a true and complete copy of the foregoing has been served on the counsel of record identified below in a manner authorized by the Federal Rules of Civil Procedure on the 24th day of April, 2019:

_____
NOEL C. PACE
(Pro Hac Vice)
206 N.W. 91st St
El Portal, FL 33150
Telephone: (305) 219-1191
Email:noel.c.pace.esq@gmail.om

## SERVICE LIST

Michael A. Holt
mholt@fisherphillips.com
Florida Bar No.: 91156
**FISHER & PHILLIPS LLP**
450 East Las Olas Boulevard
Suite 800
Fort Lauderdale, Florida 33301
Telephone: (954) 847-4709

Mark W. Robertson (*Pro Hac Vice*)
mrobertson@omm.com
**O'MELVENY & MYERS LLP**
Time Square Tower, 7 Times Square
New York, New York 10036
Telephone: (212) 326-2000

Tristan Morales (*Pro Hac Vice*)
tmorales@omm.com
**O'MELVENY & MYERS LLP**
1625 Eye Street, Northwest
Washington, DC 20006
Telephone: (202) 383-5300
*Attorneys for American Airlines, Inc.*