UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO.: 1:17-cv-60533-MARTINEZ-OTAZO-REYES

RODNEY SCOTT PATTERSON,
    Plaintiff,

vs.

AMERICAN AIRLINES, INC., a Delaware Corporation,

    Defendant.
_____/

**AMERICAN AIRLINES, INC.'S RESPONSE TO
MOTIONS TO WITHDRAW BY PLAINTIFF'S COUNSEL**

Defendant American Airlines, Inc. ("American") submits this response to the motions to withdraw filed by Plaintiff's attorneys William Amlong, Esq., Karen Coolman Amlong, Esq., and their law firm and associated attorneys (ECF No. 174) and Noel Pace, Esq. (ECF No. 175) (collectively, the "Motions to Withdraw").

As the Court is aware, American filed a motion for sanctions alleging that the Plaintiff offered false deposition testimony and engaged in other misconduct designed to hide critical evidence from American and this Court. (ECF No. 154.) American further alleged in its motion that Plaintiff's attorneys knew about these false representations and assisted Plaintiff in attempting to cover them up. American believes that each of Plaintiff's attorneys has an obligation to correct the false record Plaintiff has made in this case. Further, American believes that simply withdrawing from this case before correcting the record is insufficient to comply with the attorneys' obligations.

If the Court is inclined to grant the Motions to Withdraw, American asks that the Court make clear that withdrawing from further representation of Plaintiff does not relieve the

withdrawing attorneys from their obligations to the Court and that the Court retains jurisdiction over the withdrawing attorneys to enter sanctions against them, if appropriate, once the Court rules on American's pending motion for sanctions.

Respectfully submitted,

By: /s/ Michael A. Holt

Michael A. Holt
mholt@fisherphillips.com
Florida Bar No.: 91156
**FISHER & PHILLIPS LLP**
450 East Las Olas Boulevard
Suite 800
Fort Lauderdale, Florida  33301
Telephone: (954) 847-4709

Mark W. Robertson (*Pro Hac Vice*)
mrobertson@omm.com
**O'MELVENY & MYERS LLP**
Time Square Tower, 7 Times Square
New York, New York 10036
Telephone: (212) 326-2000

Tristan Morales (*Pro Hac Vice*)
tmorales@omm.com
**O'MELVENY & MYERS LLP**
1625 Eye Street, Northwest
Washington, DC 20006
Telephone: (202) 383-5300

*Attorneys for American Airlines, Inc.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 25th day of April, 2019, the foregoing document was filed with the Clerk of the Court using the CM/ECF system and a true and correct copy was served on the counsel or parties of record listed below.

By: /s/ Michael A. Holt
     MICHAEL A. HOLT

## SERVICE LIST

William R. Amlong, Esq.
WRAmlong@TheAmlongFirm.com
Karen Coolman Amlong, Esq.
KAmlong@TheAmlongFirm.com
**AMLONG & AMLONG, P.A.**
500 Northeast Fourth Street
Fort Lauderdale, FL 33301
Telephone: (954) 462-1983
Facsimile: (954) 523-3192

Noel C. Pace, Esq.
(*Pro Hac Vice)*
noel.c.pace.esq@gmail.com
206 N.W. 91 Street
El Portal, Florida 33150
Telephone: (305) 710-3713

(Service via CM/ECF)

*Counsel for Plaintiff*

Michael A. Holt, Esq.
mholt@fisherphillips.com
**FISHER & PHILLIPS LLP**
450 East Las Olas Boulevard
Fort Lauderdale, Florida 33301
Telephone: (954) 847-4709
Facsimile: (954) 525-8739

Mark W. Robertson, Esq.
mrobertson@omm.com
(*Pro Hac Vice*)
**O'MELVENY & MYERS LLP**
Times Square Tower 7 Times Square
New York, New York 10036
Telephone: (212) 326-2000
Facsimile: (212) 326-2061

Tristan Morales, Esq.
tmorales@omm.com
(*Pro Hac Vice*)
**O'MELVENY & MYERS LLP**
1625 Eye Street, Northwest
Washington, DC 20006
Telephone: (202) 383-5300
Facsimile: (202) 383-5414

(Service via CM/ECF)

*Counsel for American Airlines, Inc.*

3