UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Fort Lauderdale Division

Case Number: 17-cv-60533-MARTINEZ/OTAZO-REYES

RODNEY SCOTT PATTERSON,

    Plaintiff,

vs.

AMERICAN AIRLINES, INC.,

    Defendant.

_____/

**Plaintiff's Expedited Motion Pursuant to New Jersey Bar Rule of Professional Conduct 1.16(a)(3) to Permit Discharged Counsel to Withdraw From Representing Plaintiff who Wishes to Proceed *Pro se* And to File a Rule 59 Motion by April 26 Deadline**

Noel C. Pace, Esquire, moves on an expedited basis on behalf of himself; to withdraw from the representation of Plaintiff, Rodney Scott Patterson, who wishes to proceed pro se and wishes to file a Rule 59 motion directed at the order granting summary judgment against him by the Friday, April 26, 2019 deadline.

The basis for the withdrawal is that Lt. Col. Patterson at 4:41 p.m. April 24 e-mailed the undersigned a letter stating, in pertinent part: "I am terminating our legal relationship immediately.... I request you withdraw from the case immediately so I can represent myself while pursuing counsel."

Rule 1.16(a)(3), New Jersey Bar Rules of Professional Conduct, provides in pertinent part that "a lawyer ... shall withdraw from the

representation of a client if ... the lawyer is discharged."

Noel C. Pace, however, will remain in the case if necessary per the Defendant's discretion and this corrects his prior motion to withdraw filed on April 24, 2019, which mistakenly stated "unopposed." Since the motion or motions include claims against Lt. Col. Patterson as well as his lawyers, Noel C. Pace, Esq. requests to be noticed concerning all such proceedings and to be able to participate fully in any proceedings.

### Certificate of Conferral

Pursuant to Local Rule 7.1(a)(3) and 7.1(d), the undersigned e-mailed opposing counsel at a draft of this motion 10:50 p.m. Wednesday, April 24, 2019. Michael Holt, Esquire, one of American's attorneys, in an earlier meet and confer, where I attempted to withdraw from the case April 23, 2019 (filed on April 24, 2019) before I was discharged by Lt. Colonel Patterson, stated the Defendant would need confirmation from William Amlong, Esq. that he and his firm will not argue, that I—Noel C. Pace, Esq., am the one to blame for the alleged litigation misconduct, and that Mr. Amlong or his firm would be responsible if any monetary sanctions were to be imposed against any of the lawyers for Lt. Col Patterson, before they would consider this motion unopposed.

## Conclusion

Based on the facts recited, the authority cited and the arguments presented, Noel C. Pace, request this Court to grant this motion on an expedited basis so that Lt. Col. Patterson may immediately begin representing himself.

Respectfully Submitted

/s/ Noel C. Pace

Noel C. Pace
206 N.W. 91st Street
El Portal, Florida
Telephone: (305) 219-1191
Email: Noel.c.pace.esq@gmail.com