UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
Case Number: 17-60533-CIV-MARTINEZ-OTAZO-REYES

RODNEY SCOTT PATTERSON,
    Plaintiff,

vs.

AMERICAN AIRLINES, INC., a Delaware Corporation,
    Defendant.
_____/

## ORDER

THIS CAUSE is before the Court on a Motion to Withdraw as Counsel for Plaintiff filed by William R. Amlong, Esq., Karen Coolman Amlong, Esq., Jennifer Daley, Esq., Isha Kochar, Esq., and Amlong & Amlong, P.A., [ECF No. 174]; and the Motions to Withdraw as Counsel for Plaintiff filed by Noel C. Pace, Esq., [ECF Nos. 175, 176]. Movants seek to withdraw as counsel for Plaintiff based on Plaintiff's request to discharge counsel.

After a review of the record, the Court finds that there is a high risk of prejudice to both Defendant and Plaintiff given the pending motion for sanctions filed on February 11, 2019, [ECF No. 154], and the close proximity of disposition of said motion. Accordingly, after careful consideration, it is hereby

**ORDERED AND ADJUDGED** that the Motions to Withdraw as Counsel for Plaintiff, [ECF Nos. 174, 175, 176], are **DENIED**.

DONE AND ORDERED in Chambers at Miami, Florida, this 26 day of April, 2019.

                                                JOSE E. MARTINEZ
                                                UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Otazo-Reyes
All Counsel of Record