UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Fort Lauderdale Division

Case Number: 17-cv-60533-MARTINEZ/OTAZO-REYES

RODNEY SCOTT PATTERSON,

    Plaintiff,

vs.

AMERICAN AIRLINES, INC.,

    Defendant.

_____/

**Plaintiff's Counsel's Notice re:
Plaintiff's Rule 59 Motion and Notice of Appeal**

    William R. Amlong, Esquire, informs the Court that plaintiff, Rodney Scott Patterson, informed him (as well as others) via e-mail today[1] that he was going to do a notice of appearance <u>pro se</u> and would file a Rule 59 motion <u>pro se</u> to meet the April 26 Rule 59 deadline.

    Plaintiff subsequently notified the undersigned telephonically that he had dropped off the written motion at the Clerk's office, along with the notice of appearance.

    The undersigned, as well as the other lawyers of The Amlong Firm, are not going to file any papers on behalf of Lt. Col. Patterson, including either the Rule 59 motion or a notice of appeal (due Monday, April 29) because:

---

[1]The e-mail is appended as Attachment 1.

**The Amlong Firm** • 500 Northeast Fourth Street • Fort Lauderdale, FL 33301 • 954.462.1983

**One**, they are in doubt as to their status and responsibilities given that Lt. Col. Patterson has expressly discharged the firm, although the Court today denied The Amlong Firm's motion to withdraw, and their obligations under Florida Bar Rules of Professional Conduct:

- 4-1.16(a)(3) ("Except as stated in subdivision (c), a lawyer shall not represent a client or, where representation has commenced, shall withdraw from the representation of a client if . . .

    "(1) the representation will result in violation of the Rules of Professional Conduct or law [or]

    \*   \*   \*

    "(3) the lawyer is discharged";

- 4-1.16(c) ("[W]hen ordered to do so by a tribunal, a lawyer shall continue representation notwithstanding good cause for terminating the representation"), and

- 4-1.7(a)(2) ("Except as provided in subdivision (b) [informed consent], a lawyer must not represent a client if. . . there is a substantial risk that the representation of 1 or more clients will be materially limited by the . . . by a personal interest of the lawyer").

**Two**, the lawyers of The Amlong Firm have an objectively reasonable belief that they have a conflict of interest in representing Lt. Col. Patterson in a sanctions motion that targets both Lt. Col. Patterson and his counsel, as the

undersigned pointed out to Lt. Col. Patterson in writing on March 14, 2019, and therefore would be unable to render effective assistance of counsel.

**Three**, no lawyer in The Amlong Firm has either seen Lt. Col. Patterson's Rule 59 motion, or participated in any factual or legal analysis of its assertions, nor analyzed the viability of an appeal of the summary-judgment order to the U.S. Court of Appeals for the Eleventh Circuit.

**Four**, Lt. Col. Patterson verbally informed the undersigned that he has located a Florida lawyer who is willing to substitute in for The Amlong Firm, but no lawyer has yet contacted the firm.

Respectfully Submitted,

*/s/ William R. Amlong*
WILLIAM R. AMLONG
Florida Bar No.: 470228
WRAmlong@TheAmlongFirm.com
KAREN COOLMAN AMLONG
Florida Bar No.: 275565
KAmlong@TheAmlongFirm.com
JENNIFER DALEY
Florida Bar No. 856436
JDaley@TheAmlongFirm.com

AMLONG & AMLONG, P.A.
500 Northeast Fourth Street
Second Floor
Fort Lauderdale, Florida 33301
Telephone: (954) 462-1983
Facsimile: (954) 463-5008

**Attorneys for Plaintiff,**
    **Rodney Scott Patterson**

**Certificate of Service**

**I HEREBY CERTIFY** that this motion has been filed using the ECF system of the Southern District of Florida this and thereby served on all counsel or parties of record and by electronic mail upon the plaintiff, Rodney Scott Patterson, 1092 NW 39th Terrace, Pembroke Pines, FL 33028, 702-231-0909, aa737drvr@aol.com.

/s/    William R. Amlong
WILLIAM R. AMLONG

\\amlong3\cpshare\CPWin\HISTORY\190306_0001\1538.276

| | |
|---|---|
| **From:** | Scott |
| **To:** | mholt@fisherphillips.com; noel.c.pace.esq@gmail.com; wramlong@theamlongfirm.com |
| **Cc:** | mrobertson@omm.com; tmorales@omm.com; Kamlong@theamlongfirm.com |
| **Subject:** | Re: Patterson |
| **Date:** | Friday, April 26, 2019 2:05:44 PM |

Mike et al

Having discharged counsel for good cause. I am notifying you that I will submit a notice of appearance to the court as pro se and submit a Motion as such to Amend Judgment Under Rule 59(e)

v/r

Lt Col Patterson

# ATTACHMENT 1