UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Fort Lauderdale Division

Case Number: 17-cv-60533-MARTINEZ/OTAZO-REYES

RODNEY SCOTT PATTERSON,

    Plaintiff,

vs.

AMERICAN AIRLINES, INC.,

    Defendant.

                                    /

**Notice of Appeal**

    Plaintiff, Rodney Scott Patterson, hereby appeals to the United States

Court of Appeals for the Eleventh Circuit the Order on Motions for Summary

Judgment entered March 29, 2019 [DE 169].[1]

**THIS SPACE INTENTIONALLY LEFT BLANK**

---

    [1]Pursuant to Plaintiff's Counsel's Notice re: Plaintiff's Rule 59 Motion and Notice of Appeal [DE 179], this notice of appeal is filed solely to preserve the right to appeal of Rodney Scott Patterson, the plaintiff, who has discharged the undersigned, whose expedited motion to withdraw [DE 177] was denied April 26, 2019 [DE 178].  Plaintiff's counsel is renewing the motion for his firm, all of its lawyers (as well as a former associate) and himself to withdraw based not only on the plaintiff's decision to discharge his counsel, but also on the defendant's having moved for monetary sanctions not only against plaintiff, but also against his lawyers, creating what the Florida Supreme Court has found to be a conflict of interest under R. Regulating Fla. Bar 4-1.7(a)(2).  See Fla. Bar v. Patterson, No. SC16-1438, at *9, ___ So.3d ___, (Fla. Oct. 19, 2018).



April 29, 2019                                  Respectfully Submitted,


                                                */s/ William R. Amlong*
                                                WILLIAM R. AMLONG
                                                Florida Bar No.: 470228
                                                WRAmlong@TheAmlongFirm.com
                                                KAREN COOLMAN AMLONG
                                                Florida Bar No.: 275565
                                                KAmlong@TheAmlongFirm.com
                                                JENNIFER DALEY
                                                Florida Bar No. 856436
                                                JDaley@TheAmlongFirm.com
                                                AMLONG & AMLONG, P.A.
                                                500 Northeast Fourth Street
                                                Fort Lauderdale, Florida 33301
                                                Telephone: (954) 462-1983
                                                Facsimile: (954) 463-5008

## Certificate of Service

**I HEREBY CERTIFY** that this motion has been filed using the ECF

system of the Southern District of Florida this and thereby served on all counsel

or parties of record and by electronic mail upon the plaintiff, Rodney Scott

Patterson, 1092 NW 39th Terrace, Pembroke Pines, FL 33028, 702-231-0909,

aa737drvr@aol.com.


                                                */s/ William R. Amlong*
                                                WILLIAM R. AMLONG

## Service List

WILLIAM R. AMLONG
WRAmlong@TheAmlongFirm.com
Florida Bar Number 470228
KAREN COOLMAN AMLONG
KAmlong@TheAmlongFirm.com
Florida Bar Number 275565
AMLONG & AMLONG, P.A.
500 Northeast Fourth Street,
Fort Lauderdale, Florida 33301
(954) 462-1983

NOEL C. PACE
noel.c.pace.esq@gmail.com
206 N.W. 91 Street
El Portal, Florida 33150
(305) 710-3713

MICHAEL A. HOLT
HOLTmholt@fisherphillips.com
Florida Bar Number 91156
FISHER & PHILLIPS LLP
450 E. Las Olas Blvd., Suite 800
Fort Lauderdale, Florida 33301
Telephone: 954.525.4800

MARK W. ROBERTSON
mrobertson@omm.com
O'MELVENY & MYERS LLP
Times Square Tower
7 Times Square
New York, New York 10036
(212) 326-2000

TRISTAN MORALES
tmorales@omm.com
O'MELVENY & MYERS LLP
1625 Eye Street, Northwest
Washington, DC 20006
(202) 383-5300 / 383-5414 Fax

CAMERON CLOAR-ZAVALETA (*Pro hac vice*)
Cameron.R.Cloar@aa.com
AMERICAN AIRLINES, INC.
4333 Amon Carter Boulevard
Ft. Worth, Texas 76155
Telephone: (817) 963-1234

\\amlong3\cpshare\CPWin\HISTORY\190306_0001\1538.277