UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No: 17-cv-60533-Martinez/Otazo-Reyes

RODNEY SCOTT PATTERSON,

    Plaintiff,
v.

AMERICAN AIRLINES, INC

    Defendant.
_____/

FILED BY _____ D.C.
APR 26 2019
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

## NOTICE OF APPEARANCE

Plaintiff, Lt. Col. Rodney S. Patterson, having discharged counsel for good cause and having provided notice to counsel of said discharge and whose counsel has notified this Court of its withdrawal makes this appearance, Pro Se and wishes to represent himself, in this matter before the court.

Plaintiff consents to receive Notices of Electronic Filing and will maintain a current email address with the Court. Plaintiff has a current PACER Account under the name Rodney Patterson, with user aa737drvr.

Date April 25, 2019

Rodney S. Patterson, Pro Se
1092 N.W. 139th Terrace
Pembroke Pines, FL 33028
(704) 231-0909
Scottpatterson247@gmail.com

## **VERIFICATION**

I, Lt. Col. Rodney S. Patterson, declare as follows;

I am the Plaintiff in the above-entitled action. I have read the foregoing complaint and know the contents thereof. With respect to the causes of action alleged by me, the same is true by my own knowledge, except as to those matters which are therein stated on information and belief, and as to those matters, I believe them to be true.

I declare under penalty of perjury under the laws of the state of Florida that the foregoing is true and correct.

Date: April 25, 2019

*[signature]*
Rodney S. Patterson, Pro Se
1092 N.W. 139th Terrace
Pembroke Pines, FL 33028
(704) 231-0909
Scottpatterson247@gmail.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY, that on this 25th day of April, 2019, the foregoing document was served by U.S. Mail and E-mail on all counsel or parties of record on the Service List below.

Rodney S. Patterson, Pro Se
1092 N.W. 139th Terrace
Pembroke Pines, FL 33028
(704) 231-0909
Scottpatterson247@gmail.com

**SERVICE LIST**

Michael A. Holt
mholt@fisherphillips.com
Florida Bar No.: 91156
**FISHER & PHILLIPS LLP**
450 East Las Olas Boulevard
Suite 800
Fort Lauderdale, Florida 33301
Telephone: (954) 847-4709

Mark W. Robertson (*Pro Hac Vice*)
mrobertson@omm.com
**O'MELVENY & MYERS LLP**
Time Square Tower, 7 Times Square
New York, New York 10036
Telephone: (212) 326-2000

Tristan Morales (*Pro Hac Vice*)
tmorales@omm.com
**O'MELVENY & MYERS LLP**
1625 Eye Street, Northwest
Washington, DC 20006
Telephone: (202) 383-5300

*Attorneys for American Airlines, Inc.*

17