# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

FILED BY ___AP___ D.C.
May 2, 2019
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

May 02, 2019

Karen Coolman Amlong
The Amlong Firm
500 NE 4TH ST FL 2
FORT LAUDERDALE, FL 33301

William Robert Amlong
The Amlong Firm
500 NE 4TH ST FL 2
FORT LAUDERDALE, FL 33301

Jennifer Daley
The Amlong Firm
500 NE 4TH ST FL 2
FORT LAUDERDALE, FL 33301

Isha Kochhar
The Amlong Firm
500 NE 4TH ST FL 2
FORT LAUDERDALE, FL 33301

Noel C. Pace
Noel C. Pace Law Office
206 NW 91ST ST
MIAMI, FL 33138

Appeal Number: 19-11686-D
Case Style: Rodney Patterson v. American Airlines, Inc.
District Court Docket No: 0:17-cv-60533-JEM

**This Court requires all counsel to file documents electronically using the Electronic Case Files ("ECF") system, unless exempted for good cause.**

The referenced case has been docketed in this court. Please use the appellate docket number noted above when making inquiries.

Attorneys who wish to participate in this appeal must be properly admitted either to the bar of this court or for this particular proceeding pursuant to 11th Cir. R. 46-1. In addition, all attorneys (except court-appointed counsel) who wish to participate in this appeal must complete and return an appearance form within fourteen (14) days. Application for Admission to the Bar and Appearance of Counsel Form are available on the Internet at www.ca11.uscourts.gov. The clerk may not process filings from an attorney until that attorney files an appearance form. See 11th Cir. R. 46-6.

11th Cir. R. 33-1(a) requires appellant to file a Civil Appeal Statement in most civil appeals. You must file a completed Civil Appeal Statement, with service on all other parties, within 14 days from the date of this letter. Civil Appeal Statement forms are available on the Internet at www.ca11.uscourts.gov, and as provided by 11th Cir. R. 33-1(a).

Every motion, petition, brief, answer, response and reply filed must contain a Certificate of Interested Persons and Corporate Disclosure Statement (CIP). Appellants/Petitioners must file a CIP within 14 days after the date the case or appeal is docketed in this court; Appellees/Respondents/Intervenors/Other Parties must file a CIP within 28 days after the case or appeal is docketed in this court, regardless of whether appellants/petitioners have filed a CIP. See FRAP 26.1 and 11th Cir. R. 26.1-1.

On the same day a party or amicus curiae first files its paper or e-filed CIP, that filer must also complete the court's web-based CIP at the Web-Based CIP link on the court's website. Pro se filers (except attorneys appearing in particular cases as pro se parties) are **not required or authorized** to complete the web-based CIP.

Pursuant to Eleventh Circuit Rule 42-1(b) you are hereby notified that upon expiration of (14) days from this date, this appeal will be dismissed by the clerk without further notice unless the default(s) noted below have been corrected:

File a Transcript Information Form, as required by Fed.R.App.P. 10(b)(1); a Transcript Information Form is available from the district court clerk. Appellant is required to file and serve copies of the form in accordance with the instructions included on the form. UNLESS A TRANSCRIPT IS ORDERED, APPELLANT'S BRIEF MUST BE SERVED AND FILED WITHIN 40 DAYS FROM 04/30/2019. See 11th Cir. R. 12-1 and 31-1.


Sincerely,

DAVID J. SMITH, Clerk of Court

Reply to: Scott O'Neal, D
Phone #: (404) 335-6189

DKT-2 Appeal WITH Deficiency

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Fort Lauderdale Division

Case Number: 17-cv-60533-MARTINEZ/OTAZO-REYES

RODNEY SCOTT PATTERSON,

   Plaintiff,

vs.

AMERICAN AIRLINES, INC.,

   Defendant.
_____/

### Notice of Appeal

Plaintiff, Rodney Scott Patterson, hereby appeals to the United States Court of Appeals for the Eleventh Circuit the Order on Motions for Summary Judgment entered March 29, 2019 [DE 169].[1]

**THIS SPACE INTENTIONALLY LEFT BLANK**

---

[1] Pursuant to Plaintiff's Counsel's Notice re: Plaintiff's Rule 59 Motion and Notice of Appeal [DE 179], this notice of appeal is filed solely to preserve the right to appeal of Rodney Scott Patterson, the plaintiff, who has discharged the undersigned, whose expedited motion to withdraw [DE 177] was denied April 26, 2019 [DE 178]. Plaintiff's counsel is renewing the motion for his firm, all of its lawyers (as well as a former associate) and himself to withdraw based not only on the plaintiff's decision to discharge his counsel, but also on the defendant's having moved for monetary sanctions not only against plaintiff, but also against his lawyers, creating what the Florida Supreme Court has found to be a conflict of interest under R. Regulating Fla. Bar 4-1.7(a)(2). See Fla. Bar v. Patterson, No. SC16-1438, at *9, ___ So.3d ___, (Fla. Oct. 19, 2018).

The Amlong Firm • 500 Northeast Fourth Street • Fort Lauderdale, FL 33301 • 954.462.1983