UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 17-60533-CIV-MARTINEZ-OTAZO-REYES

RODNEY SCOTT PATTERSON,

    Plaintiff,

v.

AMERICAN AIRLINES, INC.,

    Defendant.

_____/

FILED BY ___ D.C.
MAY 17 2019
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

## MOTION FOR EXEMPTION FROM FEES AND COURT COSTS
## UNDER 38 U.S.C. §4323 (h) & 20 C.F.R § 1002.310

Rodney S. Patterson, Pro Se, having discharged former counsel for direct conflict hereby files this Motion for Exemption from Fees/Court Costs. The Plaintiff is an individual claiming rights under the Uniformed Services Employment Re-Employment Rights Act 1994, 38 U.S.C. §§ 4301 et seq.

Congress enacted USERRA "to prohibit discrimination against persons because of their service in the uniformed services."[1] The statute is therefore liberally construed in favor of veterans who seek its protections.[2] The term "service in uniformed services" is defined to mean: performance of duty on a voluntary or involuntary basis in a uniformed service under competent authority and includes active duty, active duty for training, initial active duty for training, inactive duty training, full-time National Guard duty, a period for which a person is absent from a position

---

[1] 38 U.S.C. § 4301(a)(3)
[2] Ragland v. Univ. of Kan. Hosp., 08-2379-EFM, 2009 WL 270231, at *1 (D. Kan. Feb. 4, 2009) (citing Davis v. Advocate Health Ctr. Patient Care Express, 523 F.3d 681, 683–84 (7th Cir. 2008)).

of employment for the purpose of an examination to determine the fitness of the person to perform any such duty. "Uniformed services" is defined under the statute to include: the Armed Forces, the Army National Guard and the Air National Guard when engaged in active duty for training, inactive duty training, or full-time National Guard duty, the commissioned corps of the Public Health Service, and any other category of persons designated by the President in time of war or national emergency.

Pertinent to the current motion, section 4323(h)(1) of USERRA provides that "[n]o fees or court costs may be charged or taxed against any person claiming rights under this chapter." The phrase "fees or court costs" has been interpreted to include normal litigation costs such as filing fees. [3] In the seminal USERRA filing fee case, Davis v. Advocate Health Center Patient Care Express, [4] the Seventh Circuit construed 38 U.S.C. § 4323(h)(1) to exempt a plaintiff from the necessity of paying a filing fee. In Davis, the Seventh Circuit rejected the district court's ruling that USERRA's bar against fees and costs did not encompass filing fees to initiate litigation. [5] The Seventh Circuit based its ruling on the fact that USERRA was enacted in order to "prohibit discrimination against persons because of their service in the uniformed service," and as such the statute should be construed "liberally in favor of veterans seeking its protections." [6] The Davis court further noted that initial filing fees are plainly the type of fees contemplated, for example, by 28 U.S.C. § 1920, and therefore, the "fees" or "court costs" referred to in § 4323(h) should encompass initial filing fees. [7]

---

[3] See Davis, 523 F.3d at 685 (holding that 38 U.S.C. § 4323(h)(1) permits a USERRA litigant to initiate suit without prepaying the filing fee)
[4] Id. at 684–85.
[5] Id. at 683.
[6] Id. at 683–84 (quotations and citations omitted).
[7] Id. at 684.

1. **U.S. Code § 4323.Enforcement of rights with respect to a State or private employer**

   (h)FEES, COURT COSTS.

   > (1) No fees or court costs may be charged or taxed against any person claiming rights under this chapter.
   > (2) In any action or proceeding to enforce a provision of this chapter by a person under subsection (a)(2) who obtained private counsel for such action or proceeding, the court may award any such person who prevails in such action or proceeding reasonable attorney fees, expert witness fees, and other litigation expenses.

2. **20 C.F.R. § 1002.310 How are fees and court costs charged or taxed in an action under USERRA?**

   > No fees or court costs may be charged or taxed against an individual if he or she is claiming *rights under the Act*. If the individual obtains private counsel for any action or proceeding to enforce a provision of the Act, and prevails, the court may award reasonable attorney fees, expert witness fees, and other litigation expenses.

Plaintiff alleges in his Complaint that he performed service in the United States Army during his employment with Defendant. Plaintiff has asserted a claim for violations under USERRA. He alleges that his service in the United States Army was a motivating factor in Defendant's unlawful multiple violations of USERRA. The Courts have affirmed the statutory provision of USERRA, which provides that persons claiming rights under the statute are not assessed any fees or court costs to include filing fees.

### *Relief Sought*

Plaintiff requests an order under 38 U.S.C. § 4323(h)(1) to waive fees and court costs, including the filing fee, which he would otherwise be required to pay. He states that he raises a cause of action under USERRA to assert unlawful acts by his employer because of his service in the United States Army. The Court should grant his motion to the extent that it seeks waiver of fees and costs not chargeable to him under § 4323(h)(1), including the filing fee required to institute a civil action under 28 U.S.C. § 1914(a).

Signed and dated this 17th day of May, 2019

*Rodney S. Patterson*
Rodney S. Patterson, Lt. Col, Pro Se
1092 NW 139th Terrace
Pembroke Pines, Florida 33028
(704) 231-0909

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on 17th day of May, 2019, I filed the foregoing with the Clerk of the Court. I also certify that the foregoing document is being served this day on counsel of record for Defendant, American Airlines listed below.

*Rodney S. Patterson*
Rodney S. Patterson, Lt. Col, Pro Se
1092 NW 139th Terrace
Pembroke Pines, Florida 33028
(704) 231-0909

## SERVICE LIST

### *Via* US Mail

Michael A. Holt
mholt@fisherphillips.com
Florida Bar No.: 91156
**FISHER & PHILLIPS LLP**
450 East Las Olas Boulevard
Suite 800
Fort Lauderdale, Florida 33301
Telephone: (954) 847-4709


Mark W. Robertson (*Pro Hac Vice*)
mrobertson@omm.com
**O'MELVENY & MYERS LLP**
Time Square Tower, 7 Times Square
New York, New York 10036
Telephone: (212) 326-2000


Tristan Morales (*Pro Hac Vice*)
tmorales@omm.com
**O'MELVENY & MYERS LLP**
1625 Eye Street, Northwest
Washington, DC 20006
Telephone: (202) 383-5300

*Attorneys for American Airlines, Inc.*