UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

FORT LAUDERDALE DIVISION

Case Number: CASE NO.: 1:17-cv-60533-JEM

RODNEY SCOTT PATTERSON,

   Plaintiff,

vs.

AMERICAN AIRLINES, INC.,

   Defendant.
_____/

### <u>UNOPPOSED</u> Motion to Enlarge Time Until May 29, 2019 to Respond to Sanctions Motion and to Provide Court with <u>Suggested Dates for Hearings on Defendant's Sanctions Motion</u>

The Amlong Firm, counsel of record for Plaintiff, Rodney Scott Patterson, moves pursuant to Federal Rules of Civil Procedure 6 and Local Rules 7.1(a)(G) and (J) and 7.6, to enlarge for an additional two working days[1] time within which to respond to defendant's sanction's motion and to provide dates for an evidentiary hearing into that motion.

### Introduction and Summary

Defendant, American Airlines, Inc., on February 11, 2019, filed a motion for sanctions [DE 154], concerning which an evidentiary hearing was originally

---

[1] Monday, May 27, is the Memorial Day holiday.



**The Amlong Firm** • 500 Northeast Fourth Street • Fort Lauderdale, FL  33301 • 954.462.1983

set for March 6, 2019. [DE 155]  The motion seeks sanctions against both plaintiff and plaintiff's counsel.

Plaintiff, on February 24, moved for a 30-day extension of time within which to respond [DE 157] based on counsel's difficulties communicating with plaintiff, who had been out of the country and later in California undergoing medical treatment, which motion was granted by order dated February 28, 2019 [DE 158], which directed the parties to advise the Court of proposed dates to reschedule the hearing by March 27.

Plaintiff moved March 27 to enlarge by another 60 days the time for any response to that motion, and to continue the hearing based on plaintiff's health and the possibility of a conflict between plaintiff and his counsel, as a result of defendant's naming counsel as a respondent in the motion. [DE 164, 165], which motions the Court, Hon. Alicia M. Otazo-Reyes, U.S.M.J., granted on March 28 [DE 168], and by separate order dated April 4, directed  the parties to file a status report and provide dates for an evidentiary hearing and for plaintiff to respond to the sanctions motion by May 24. [DE 172]

The Amlong Firm today moves **without opposition** for another enlargement of time until Wednesday, May 29, 2019 to respond to the motion and to provide suggested dates because:

***One***, despite The Amlong Firm and co-counsel Noel Pace's staying in frequent telephonic and digital contact with plaintiff,[2] the undersigned did not

---

[2]Plaintiff discharged The Amlong Firm as his counsel by email sent April 24, 2019 at 4:49 p.m., stating, in pertinent part: "I am terminating our legal relationship immediately…. I request you withdraw from the case immediately
(continued…)

learn until today that plaintiff anticipates that his medical condition would prevent him from any meaningful, effective participation in any preparation for or attendance at any hearing for four to six months. The Amlong Firm is seeking contact with plaintiff's physicians to get a more definitive explanation, which it should be able to accomplish (if at all) by Tuesday or Wednesday, May 28 or 29.

**Two**, the undersigned were advised by plaintiff today that plaintiff's primary treating physician has referred him to a specialist for more aggressive treatment of his medical condition, the nature, duration and effects of which treatment are not yet known. Plaintiff's doctor is not in the office on Fridays and Monday is a holiday, and the soonest the undersigned expects to be able to communicate with the primary physician is Tuesday.

**Three**, plaintiff advised William R. Amlong today that he was attempting to file his own pro se response to the motion, which his daughter was driving to the clerk's office to file. He also stated that if an enlargement were granted, he would wish to participate in it.

---

[2](...continued)
so I can represent myself while pursuing counsel." The Amlong Firm immediately moved to withdraw [DE 174], stating it would remain in the case for the purpose of defending The Amlong Firm and its lawyers against the sanctions motion. Noel Pace also moved to withdraw. [DE 175, 177] Judge Martinez denied The Amlong Firm's motion by order dated April 26, 2019. Notwithstanding the order denying The Amlong Firm's motion to withdraw, plaintiff, pro se, filed a Rule 59 motion on April 26 and filed a notice of appearance, pro se, on April 30. [DE 183]

## Certificate of Conferral

I hereby certify that I conferred telephonically on Friday, May 24, 2019, Michael Holt, Esquire, counsel for defendant, and Mr. Holt authorized me to represent that he had no opposition to the granting of this motion.

Respectfully Submitted,

/s/ Karen Coolman Amlong
KAREN COOLMAN AMLONG
Florida Bar No: 275565
kamlong@TheAmlongFirm.com
KAREN COOLMAN AMLONG
Florida Bar No: 275565
AMLONG & AMLONG, P.A.
500 Northeast Fourth Street
Fort Lauderdale, Florida 33301-1154
Phone: (954) 462-1983
Fax: (954) 523-3102

***Attorneys for Plaintiff,
    Rodney Scott Patterson***

## Certificate of Service

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was served by CM/ECF on this  24th  day of March, 2019, on all counsel or parties of record.

/s/ Karen Coolman Among
KAREN COOLMAN AMLONG

\\amlong3\cpshare\CPWin\HISTORY\190508_0001\1538.28E