UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

Case Number: CASE NO.: 1:17-cv-60533-JEM

RODNEY SCOTT PATTERSON,

   Plaintiff,

vs.

AMERICAN AIRLINES, INC., a
Delaware Corporation,

   Defendant.
_____/

## Status Report Regarding Dates for Rescheduled Sanctions Hearing

     The Amlong Firm, on its own behalf, and on behalf of its co-counsel, Noel Pace, advise the Court as follows regarding hearing dates for defendant's rescheduled sanctions motion:

     1.    Plaintiff, Lt. Col. Rodney Scott Patterson ("Lt. Col. Patterson") discharged The Amlong Firm as his counsel by email sent April 24, 2019 at 4:49 p.m., stating, in pertinent part: "I am terminating our legal relationship immediately.... I request you withdraw from the case immediately so I can represent myself while pursuing counsel."  The Amlong Firm immediately moved to withdraw [DE 174], stating it would remain in the case for the purpose of defending The Amlong Firm and its lawyers against the sanctions motion. Noel Pace also moved to withdraw. [DE 175, 177] Judge Martinez denied both counsels' motions by order dated April 26, 2019. [DE 178]

2.      Notwithstanding the order denying both counsel's motions to withdraw, Lt. Col. Patterson, pro se, filed a notice of appearance, consent to receive email service and a Rule 59 motion on April 30. [DE 181, 182, 183] On May 3, 2019, Lt. Col. Patterson filed an amended Rule 59 motion [DE 185]; a motion for exemption from fees and court costs under 38 U.S.C. (h) and 20 C.F.R. 1002.310 on May 17, 2019 for the appeal of the summary judgment motion he is prosecuting pro se [DE 187], along with Memorandum and Order regarding his motion for exemption [DE 188], a Transcript Information Form [DE 189]; and on May 23, 2019 a reply in support of his Rule 59 motion. [DE 190] Lt. Col. Patterson filed his own response to Defendant's Motion for Sanctions today, May 29. [DE 194]

3.      The Amlong Firm has tried unsuccessfully via phone calls, texts and emails to obtain definitive information from Lt. Col. Patterson concerning when his medical condition will allow him to attend a hearing. Based on information obtained from Lt. Col. Patterson May 24, he was being referred to a specialist for treatment of his medical condition but had not yet seen the specialist.  Most recently, at 12:55 p.m. today, the undersigned emailed Lt. Col. Patterson asking him to either provide a written response to include in this status report or to confirm that he would file his own response to the Court's most recent order.  This followed, among other communications, an email sent by William Amlong at 2:29 am this morning that said in pertinent part:

> Scott, I need you to get me a note from one of your doctors saying what your short-term prognosis is, how much pain-killing medication you are on (which I would imagine would impact your ability to comprehend and respond to questions cogently, although I am not a physician, so a comment on the impact of the medication would be good, too), how much longer before you would be able to sit through a full day hearing and whether you are going to have to travel from South Florida for treatment.

Lt. Col. Patterson has not responded to either email and as of this time has filed nothing with the court.

    4.    Defendant's counsel and Lt. Col. Patterson's former counsel have conferred and propose any of the following dates for hearing on the sanctions motion, subject to the availability of Lt. Col. Patterson.[1]  Counsel believe a full day should be reserved.

        a.    July 23, 2019,

        b.    August 20, 2019,

        c.    August 21, 2019 or

        d.    August 22, 2019.

**THIS SPACE INTENTIONALLY LEFT BLANK.**

---

[1] Neither defendant nor The Amlong Firm has yet confirmed the availability of witnesses for these dates but will work diligently to do so.

Respectfully Submitted,

/s/ Karen Coolman Amlong
Florida Bar Number 275565
Kamlong@theamlongfirm.com
WILLIAM R. AMLONG
Florida Bar No.: 470228
WRAmlong@TheAmlongFirm.com
THE AMLONG FIRM
500 Northeast Fourth Street
Second Floor
Fort Lauderdale, Florida 33301-1154
(954) 462-1983

***Representing The Amlong Firm
and Isha Kochar***

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been furnished by  ECF filing   this  29th   day of May, 2019 to Michael A. Holt, Esq. mholt@fisherphillips.com , Fisher & Phillips LLP, 450 East Las Olas Boulevard, Suite 800, Ft. Lauderdale, FL 33301; Mark W. Robertson, Esq. mrobertson@omm.com ,  O'MELVENY & MYERS LLP, Times Square Tower,7 Times Square, New York, New York 10036 and Tristan Morales, Esquire, tmorales@omm.com , O'MELVENY & MYERS LLP, 1625 Eye Street, Northwest, Washington, DC 20006 ; Noel Pace, Esquire, Pro Haec Vice noel.c.pace.esq@gmail.com , 206 NW 91st Street, El Portal, Florida 33150-2259 and Rodney Scott Patterson, Pro Se, aa737drvr@aol.com ; aa737drvr@gmail.com , 1092 NW 139th Terrace, Pembroke Pines, Florida 33028.

/s/ Karen Coolman Amlong
Karen Coolman Amlong

\\amlong3\cpshare\CPWin\HISTORY\190508_0001\1538.294