```
                                                         Page 1

 1           UNITED STATES DISTRICT COURT
             SOUTHERN DISTRICT OF FLORIDA
 2

        CASE NO.:  1:17-cv-60533-MARTINEZ/OTAZO-REYES
 3

 4

 5   RODNEY SCOTT PATTERSON,

 6           Plaintiff,

 7   vs.

 8   AMERICAN AIRLINES, INC., a Delaware
     Corporation,
 9

             Defendant.
10   _____/

11

12                        Amlong & Amlong, P.A.
                          500 Northeast 4th Street
13                        Second Floor
                          Fort Lauderdale, Florida 33301
14                        Thursday, June 7, 2018
                          1:19 p.m. - 3:48 p.m.
15

16

17      VIDEOTAPED DEPOSITION OF GLENN R. CADDY, Ph.D.

18

19

20

21        Taken on behalf of the Defendant before
22   Christine Savoureux-Mariner, Florida Professional
23   Reporter and Notary Public in and for the State
24   of Florida at Large, pursuant to Notice of Taking
25   Deposition in the above cause.
```

Veritext Legal Solutions
800-726-7007                                          305-376-8800

**ATTACHMENT 4**

Page 6

```
 1        reporter to mark the Notice of Deposition as
 2        Exhibit 1, and I'll hand a copy to counsel.
 3             (The referred-to document was marked for
 4   identification as Defendant's Exhibit 1.)
 5   BY MR. HOLT:
 6        Q    Dr. Caddy, have you seen Exhibit 1 before?
 7        A    No.
 8        Q    I'd like you to take a look page 3 of
 9   Exhibit 1, which identifies documents to bring with you
10   to this deposition.  Have you brought any documents
11   today in response to page 3 of Exhibit 1?
12        A    "Any and all reports and opinions prepared by
13   you in this case."  Essentially, in my head, and there
14   are some documents that address that, but I haven't
15   prepared a specific forensic report.
16        Q    We do have a copy of the expert disclosures,
17   so just to be clear, I'm only looking for documents
18   outside of the expert disclosures.
19        A    Okay.  "Any and all materials relied on" -- I
20   brought materials.  "Any and all materials considered in
21   any manner, whether or not you relied on objective" --
22   yes, number 3.
23             Number 4, "all communications with Edwin
24   Bercaw, including any persons, and Dr. Bercaw's office
25   regarding Plaintiff Rodney Scott Patterson."  As to
```

Page 7

1   number 4, there is no document that I have.  I do have a
2   memory of communicating with Dr. Bercaw.
3       Q    Okay.  And we will talk a little bit about
4   that --
5       A    Okay.
6       Q    -- a little bit later.
7           MR. HOLT:  For the documents that you did
8       bring with you, in addition to the experts
9       disclosures in this case, Counsel, can we arrange,
10      after this deposition is over, for me to get a copy
11      of those?
12          MR. AMLONG:  Sure.
13          MR. HOLT:  Rather than taking the deposition
14      time, and your valuable time, Dr. Caddy.
15          THE WITNESS:  Just for clarity's sake, are we
16      including this?
17          MR. HOLT:  I have a copy of that and I'm about
18      to show you a copy of that right now --
19          THE WITNESS:  Okay, fine.
20          MR. HOLT:  -- so I think you've --
21          THE WITNESS:  Yes.
22          MR. HOLT:  -- pre-anticipated -- that's
23      redundant.  You've anticipated my line of
24      questioning.
25          Madame Court Reporter, I would like to mark

```
1   RE     : Patterson v. American Airlines
    DEPO OF: GLENN R. CADDY, Ph.D.
2   TAKEN  : June 7, 2018
3
4                       EXCEPT FOR ANY CORRECTIONS
                        MADE ON THE ERRATA SHEET BY
5                       ME, I CERTIFY THIS IS A TRUE
                        AND ACCURATE TRANSCRIPT.
6                       FURTHER DEPONENT SAYETH NOT.
7                       _____
                        GLENN R. CADDY, Ph.D.
8
    STATE OF FLORIDA    )
9                       )  SS:
    COUNTY OF BROWARD   )
10
11          Sworn and subscribed to before me this
12          _____ day of _____, 2018.
13  PERSONALLY KNOWN _____ OR I.D._____
14                      _____
                        Notary Public in and for
15                      the State of Florida at
                        Large.
16
17  Notary #FF236965
18  My commission expires: 06/03/2019
19
20
21
22
23
24
25
```