UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case Number 17-cv-60533-JEM

RODNEY SCOTT PATTERSON,

   Plaintiff,

vs.

AMERICAN AIRLINES, INC., a
Delaware Corporation,

   Defendant.
_____/

### Plaintiff's Supplemental Notice of Production of Documents

Plaintiff, Rodney Scott Patterson, hereby gives notice of producing the following documents to defendant, American Airlines, Inc., via electronic delivery, in response to Request No. 12 of American's first request for production ("All documents that reference or relate to any consultation, evaluation, or treatment from a medical practitioner (including, without limitation, psychologists or neurologists) that you have received since January 1, 2014"): Patterson_00664 to Patterson_00668, which are attached.

# ATTACHMENT 6



**The Amlong Firm** • 500 Northeast Fourth Street • Fort Lauderdale, FL  33301 • 954.462.1983

## Certificate of Service

I hereby certify that a true and correct copy of the above was served via the <u>electronic delivery</u> September 25, 2018, on the individuals listed below on the Service List.

>AMLONG & AMLONG, P.A.
>500 Northeast Fourth Street
>Second Floor
>Fort Lauderdale, Florida 33301-1154
>(954) 462-1983
>
> /s/ William R. *Amlong*
>WILLIAM R. AMLONG
>Florida Bar Number 470228
>WRAmlong@TheAmlongFirm.com
>KAREN COOLMAN AMLONG
>KAmlong@TheAmlongFirm.com
>Florida Bar Number 275565
>
>AMLONG & AMLONG, P.A.
>500 Northeast Fourth Street,
>Second Floor
>Fort Lauderdale, Florida
>
>NOEL C. PACE
>noel.c.pace.esq@gmail.com
>206 N.W. 91 Street
>El Portal, Florida 33150
>(305) 710-3713
>
>***Attorneys for the Plaintiff,***
>   ***Rodney Scott Patterson***

\\amlong3\cpshare\CPWin\HISTORY\180129_0001\1538.B8

## Service List

WILLIAM R. AMLONG
WRAmlong@TheAmlongFirm.com
Florida Bar Number 470228
KAREN COOLMAN AMLONG
KAmlong@TheAmlongFirm.com
Florida Bar Number 275565
AMLONG & AMLONG, P.A.
500 Northeast Fourth Street,
Second Floor
Fort Lauderdale, Florida 33301
(954) 462-1983

NOEL C. PACE
noel.c.pace.esq@gmail.com
206 N.W. 91 Street
El Portal, Florida 33150
(305) 710-3713

***Attorneys for the Plaintiff,
    Rodney Scott Patterson***

MICHAEL A. HOLT
mholt@fisherphillips.com
Fisher Phillips
450 East Las Olas Boulevard
Suite 800
Ft. Lauderdale, FL 33301
(954) 847-4709

MARK W. ROBERTSON
mrobertson@omm.com
O'MELVENY & MYERS LLP
Times Square Tower
7 Times Square
New York, New York 10036
(212) 326-2000

TRISTAN MORALES
tmorales@omm.com
O'MELVENY & MYERS LLP
1625 Eye Street, Northwest
Washington, District of Columbia
20006
(202) 383-5300 / 383-5414 Fax

Cameron Cloar-Zavaleta (*Pro hac vice*)
Cameron.R.Cloar@aa.com
AMERICAN AIRLINES, INC.
4333 Amon Carter Boulevard
Ft. Worth, Texas 76155
Telephone: (817) 963-1234

***Attorneys for the Defendant,
    American Airlines, Inc.***

\\amlong3\cpshare\CPWin\HISTORY\180912_0001\1538.21C

Yasmin Harris
___

**From:** Scott <aa737drvr@aol.com>
**Sent:** Friday, April 22, 2016 12:49 PM
**To:** edb@medpsych.net
**Cc:** drfonseca@medpsych.net; glenncaddy@gmail.com; wramlong@theamlongfirm.com
**Subject:** Re: Neuropsych Evaluation

Dr. Bercaw

Per our conversation on 21 MAR, you advised me that you would not release any information without my specific approval.
I am having a conflict with American Airlines that has required me to retain counsel and all communications with American Airlines or the Federal Aviation Administration should go through my attorney, Mr. William Amlong, Esq cc line.

Mr Amlong has hired Dr Glenn Caddy to undertake a comprehensive examination of all of the matters dealing with my case. I have authorized Dr. Caddy to both speak with you and obtain a copy of your report together with a copy of your entire file in this matter. I have also requested Dr. Caddy to set up a time to speak with you telephonically and was speaking with Dr. Caddy only a half hour ago. He advised he left a message with your company and would like for you to call him to discuss all of your findings.

Dr. Caddy will arrange to pay you for your time in this matter. Please discuss your fee with him.

At the moment I am rescinding any authorization for you to send my records anywhere other than to Dr. Caddy, specifically those authorizations entitled Federal Aviation Administration or Aviation Medical Examiner are at this time rescinded.

v/r

Scott Patterson
704-231-0909


-----Original Message-----
From: Ed Bercaw <edb@medpsych.net>
To: aa737drvr <aa737drvr@aol.com>
Cc: Nathaly Fonseca, Psy.D. <drfonseca@medpsych.net>
Sent: Fri, Apr 22, 2016 11:38 am
Subject: Neuropsych Evaluation

Good Morning Mr. Patterson,

Sorry for the delay on this report. We did get the medical records this week and wrapped up the report just today. A PDF is attached. I will be available to answer any questions you might have after reviewing this. I received the authorization to send this to your attorney, which I can do after you have had a chance to read this. Ultimately, the recommendation is that this should go to review by the FAA, who has a few "in house" neuropsychologist consultants who render an opinion. They will have the data they need from us, but we are willing to do any follow-up or additional testing that may be required later, which is sometimes the case.

Thank you and best regards,

Ed Bercaw

1

Patterson00664

Edwin Bercaw, Ph.D.
Neuropsychologist
Comprehensive MedPsych Systems, Inc.
(941) 363-0878, ext 2101
(941) 363-0527 fax

Email Confidentiality Notice: This e-mail message (including any attachments) may be confidential and subject to protection under the law, including the Health Insurance Portability and Accountability Act (HIPAA), the Electronic Communications Privacy Act, 18 U.S.C. Statute 2510-2521, and/or the Federal confidentiality rules (42CFR Part 2). This e-mail, and any attachment, is intended solely for the individual or entity to whom it is addressed. If you are not the intended recipient, you are notified that any unauthorized review, dissemination, use, disclosure, distribution, and/or copying of the message(s) is strictly prohibited and may subject you to criminal and/or civil penalties. If you received this transmission in error, please contact the sender immediately by replying to this email and delete all received information (including attachments) from your computer and/or portable electronic device.

Patterson00665

-----Original Message-----
From: Scott <aa737drvr@aol.com>
To: glenncaddy <glenncaddy@gmail.com>
Sent: Tue, Apr 26, 2016 10:52 pm
Subject: Re: Invoice

I just popped open the invoice, after reviewing the invoice I wasn't aware we were going to be running into this much expense.

I have asked a couple times when the report was going to be complete and a couple more days was the answer. I feel I have provided adequate information to complete an evaluation even putting it into copy so you could copy and paste.

I am genuinely concerned that American Airlines is going balk at your lack of HIMS certification. The FAA will also not accept your report without HIMS certification. Trisha Kennedy asked this specific question the other day on the phone before we disconnected.

Dr. Bercaw's report which is lacking and very weak needs to be re-done, but he is HIMS certified. I didn't compensate him for a report and work to be done by a resident. Although we might succeed in Federal Court with the nature of your report which is the goal.

I still haven't even gotten you to testify in court and I may not be reimbursed by American for this expense either.

I need to carefully evaluate the planned course of action here. Can you provide me a timeframe of what you need to complete this report. I am limited by how much I can spend. I am going to have to to secure funds from my my mortgage if this goes on much further.

v/r

1

Patterson00666

SP

-----Original Message-----
From: Glenn Ross Caddy Ph.D. <glenn.caddy@gmail.com>
To: Rodney Scott Patterson <aa737drvr@aol.com>
Sent: Tue, Apr 26, 2016 2:52 pm
Subject: Invoice

Patterson00667

# Yasmin Harris

**From:** Scott <aa737drvr@aol.com>
**Sent:** Wednesday, April 27, 2016 12:33 AM
**To:** wramlong@theamlongfirm.com; glenncaddy@gmail.com
**Subject:** My concern

Bill/Dr. Caddy

Please find the copy and paste from the FAA regarding Neuropsychological Evaluations.  Getting paid will be only one facet keeping my medical is another area with the FAA.

I am deeply concerned that American's defense will be.  Dr. Caddy is not HIMS trained and therefore is not qualified to render an evaluation on this particular case.

I am confident that Dr. Caddy has done some great work,  I would not want to see our star witness impeached by a weekend class.  I feel strongly that we need to include a HIMS trained neuro psychologist in our process.


## THE NEUROPSYCHOLOGICAL EVALUATION

**Who may perform a neuropsychological evaluation?** Neuropsychological evaluations must be conducted by a licensed clinical psychologist who is either board certified or board eligible in clinical neuropsychology. Board eligible means that the clinical neuropsychologist has the education, training, and clinical practice experience that would qualify him or her to sit for board certification with the American Board of Clinical Neuropsychology, the American Board of Professional Neuropsychology, and/or the American Board of Pediatric Neuropsychology. *The clinical neuropsychologist also must have completed HIMS training*.

Patterson00668