Department of Health    

# License Verification

🖨 Printer Friendly Version

FRANCY NATHALY FONSECA

License Number: PY9471

*Data As Of 5/29/2019*

| License Information | Secondary Locations | Discipline/Admin Action |

Profession

Psychologist

License

PY9471

❓ License Status

CLEAR/ACTIVE

License Expiration Date

5/31/2020

License Original Issue Date

01/11/2016

Address of Record

12 Cortez Way

Florida

DAVIE, FL 33324

UNITED STATES

Discipline on File

No

❓ Public Complaint

No

[ Back ]

For instructions on how to request a license certification of your Florida license to be sent to another state from the Florida Department of Health, please visit the License Certifications web page.

*Primary Source Verified*

Privacy Statement | Disclaimer | Email Advisory | Accessibility

© 2019 FL HealthSource, All Rights Reserved Florida Department of Health | Division of Medical Quality Assurance Search Services

# ATTACHMENT 8