```
                                                              1

 1           IN THE UNITED STATES DISTRICT COURT
            FOR THE SOUTHERN DISTRICT OF FLORIDA
 2                 FORT LAUDERDALE DIVISION
                              §
 3    RODNEY SCOTT PATTERSON,  §
                              §
 4           Plaintiff,        §    CASE NO.:
                              §
 5    Vs.                      §    1:17-cv-60533-JEM
                              §
 6    AMERICAN AIRLINES, INC., §
      a Delaware Corporation,  §
 7                             §
             Defendant.        §
 8


 9
      **************************************************
10
                      ORAL DEPOSITION OF
11
                     JERAL L. AHTONE, MD
12
                       March 14th, 2018
13
      **************************************************
14

15           ORAL DEPOSITION OF JERAL L. AHTONE, MD,

16    produced as a witness at the instance of the

17    Plaintiff, and duly sworn, was taken in the

18    above-styled and numbered cause on the 14th of

19    March, 2018, from 9:53 a.m. to 3:05 p.m., before

20    Daniel J. Skur, Notary Public and Certified

21    Shorthand Reporter in and for the State of Texas,

22    reported by stenographic means, at the offices of

23    Veritext Legal Services, 300 Throckmorton Street,

24    Suite 1600, Fort Worth, Texas, pursuant to the

25    Federal Rules of Civil Procedure.
```

[3/14/2018 9:30 AM] Ahtone, Dr. Jeral - 180314

# ATTACHMENT 12

53

1           MR. CLOAR-ZAVALETA:  I'm sorry.  Can I
2     have that read back?
3           (Record read.)
4           MR. CLOAR-ZAVALETA:  Okay.
5       A.    Well, I would refer to the summary from
6     Dr. Knippa to -- as an answer to that because he's
7     the person that put all the pieces of the puzzle
8     together to come up with his conclusions.
9     BY MR. AMLONG:
10      Q.    I want to know if there's anything that
11    you, as the corporate medical officer for American
12    Airlines, saw in this report, found anything
13    indicating psychopathology on the part of First
14    Officer Patterson?
15      A.    As I said before, I'll say it again,
16    Dr. Knippa is the person who administered the test.
17    There are many parts to the puzzle, and my -- my
18    review of his work mostly focused on his summary
19    where he said that he said he was not fit for duty
20    at this time.
21      Q.    Can you point to any reason why -- can
22    you point to any reason articulated by Dr. Knippa
23    as to why First Officer Patterson was not fit for
24    duty?
25      A.    Only the underlined statement by

1  Dr. Knippa on page 14, first paragraph.
2       Q.   Which reads, quote, To emphasize, the
3  primary concerns are:  Whether or not Mr. Patterson
4  has some medical cause for cognitive concerns,
5  (e.g., cancer care, residual effects evidenced in
6  attentional and executive changes) versus whether
7  or not these are chronic or from some alternative
8  cause that may require further consideration.
9  Pursuing these determinations are beyond the
10  referral scope of this examination.
11           Did I read that correctly?
12       A.   Yes, you did.
13       Q.   And can you tell me how that indicates
14  the presence of any psychopathology?
15       A.   That indicates that he doesn't have a
16  complete answer at this time.  There are
17  suggestions that that may be the -- maybe what's
18  going on, but that in a short evaluation like this,
19  it -- he did not come to -- down to that
20  conclusively.
21           In his next paragraph he says that, you
22  know, personal counseling may help further clarify
23  that issue.  That's his recommendation, and
24  that's -- that was the end of it.  I mean, that's
25  where it ended -- that's where it, yeah, ended his

55

1  report.
2       Q.   Is there anything -- did he send you all
3  of the underlying documents and test results?
4       A.   No.
5       Q.   Did he send you anything beyond Exhibits
6  2, 3, and 4?
7       A.   Not that I recall.
8       Q.   Is there anything in this report that
9  indicated that First Officer Patterson exhibited
10 any personality disorder?
11      A.   Only the paragraph which you quoted.  He
12 doesn't actually say "personality disorder."  What
13 he says is he would like a little more time for
14 someone -- or someone needs a little more time to
15 do additional evaluation.  It's...
16      Q.   Well, if there is -- I believe that you
17 told me that there is nothing here that points to
18 any neuropsychological deficit, correct?
19      A.   I did not say that.
20           MR. CLOAR-ZAVALETA:  Object to the form.
21 BY MR. ALONG:
22      Q.   Is there anything --
23      A.   You said that.
24      Q.   Is there anything in this report that
25 points to any neuropsychological deficit?

[3/14/2018 9:30 AM] Ahtone, Dr. Jeral - 180314

# Transcript Word Index
[1:17 - mean]

**1**

**1:17**
 1:5
**14**
 54:1
**14th**
 1:12,18
**1600**
 1:24

**2**

**2**
 55:6
**2018**
 1:12,19

**3**

**3**
 55:6
**3:05**
 1:19
**300**
 1:23

**4**

**4**
 55:6

**6**

**60533**
 1:5

**9**

**9:53**
 1:19

**a**

**a.m.**
 1:19
**additional**
 55:15
**administered**
 53:16
**ahtone**
 1:11,15
**airlines**
 1:6 53:12
**alternative**
 54:7
**american**
 1:6 53:11
**amlong**
 53:9
**answer**
 53:6 54:16
**articulated**
 53:22
**attentional**
 54:6

**b**

**back**
 53:2
**believe**
 55:16
**beyond**
 54:9 55:5

**c**

**cancer**
 54:5
**care**
 54:5
**case**
 1:4
**cause**
 1:18 54:4,8
**certified**
 1:20
**changes**
 54:6
**chronic**
 54:7
**civil**
 1:25
**clarify**
 54:22
**clear**
 53:1,4 55:20
**cognitive**
 54:4
**complete**
 54:16
**concerns**
 54:3,4
**conclusions**
 53:8
**conclusively**
 54:20
**consideration**
 54:8
**corporate**
 53:11
**corporation**
 1:6
**correct**
 55:18
**correctly**
 54:11
**counseling**
 54:22
**court**
 1:1
**cv**
 1:5

**d**

**daniel**
 1:20
**defendant**
 1:7
**deficit**
 55:18,25
**delaware**
 1:6
**deposition**
 1:10,15
**determinations**
 54:9
**disorder**
 55:10,12
**district**
 1:1,1
**division**
 1:2
**documents**
 55:3
**dr**
 53:6,16,22 54:1
**duly**
 1:17
**duty**
 53:19,24

**e**

**e.g.**
 54:5
**effects**
 54:5
**emphasize**
 54:2
**ended**
 54:25,25
**evaluation**
 54:18 55:15
**evidenced**
 54:5
**examination**
 54:10
**executive**
 54:6
**exhibited**
 55:9
**exhibits**
 55:5

**f**

**federal**
 1:25
**first**
 53:13,23 54:1 55:9
**fit**
 53:19,23

**florida**
 1:1
**focused**
 53:18
**form**
 55:20
**fort**
 1:2,24
**found**
 53:12
**further**
 54:8,22

**g**

**going**
 54:18

**h**

**help**
 54:22

**i**

**indicated**
 55:9
**indicates**
 54:13,15
**indicating**
 53:13
**instance**
 1:16
**issue**
 54:23

**j**

**jem**
 1:5
**jeral**
 1:11,15

**k**

**knippa**
 53:6,16,22 54:1
**know**
 53:10 54:22

**l**

**lauderdale**
 1:2
**legal**
 1:23
**little**
 55:13,14

**m**

**march**
 1:12,19
**md**
 1:11,15
**mean**
 54:24

**[means - zavaleta]**

| | | | |
|---|---|---|---|
| **means**<br>　1:22<br>**medical**<br>　53:11 54:4 | **procedure**<br>　1:25<br>**produced**<br>　1:16<br>**psychopathology**<br>　53:13 54:14<br>**public**<br>　1:20<br>**pursuant**<br>　1:24<br>**pursuing**<br>　54:9<br>**put**<br>　53:7<br>**puzzle**<br>　53:7,17 | **rules**<br>　1:25 | **throckmorton**<br>　1:23<br>**time**<br>　53:20 54:16 55:13,14<br>**told**<br>　55:17 |
| **n** | | **s** | |
| **needs**<br>　55:14<br>**neuropsychological**<br>　55:18,25<br>**notary**<br>　1:20<br>**numbered**<br>　1:18 | | **saw**<br>　53:12<br>**says**<br>　54:21 55:13<br>**scope**<br>　54:10<br>**scott**<br>　1:3<br>**send**<br>　55:2,5<br>**services**<br>　1:23<br>**short**<br>　54:18<br>**shorthand**<br>　1:21<br>**skur**<br>　1:20<br>**sorry**<br>　53:1<br>**southern**<br>　1:1<br>**state**<br>　1:21<br>**statement**<br>　53:25<br>**states**<br>　1:1<br>**stenographic**<br>　1:22<br>**street**<br>　1:23<br>**styled**<br>　1:18<br>**suggestions**<br>　54:17<br>**suite**<br>　1:24<br>**summary**<br>　53:5,18<br>**sworn**<br>　1:17 | **u** |
| | | | **underlined**<br>　53:25<br>**underlying**<br>　55:3<br>**united**<br>　1:1 |
| **o** | **q** | | **v** |
| **object**<br>　55:20<br>**officer**<br>　53:11,14,23 55:9<br>**offices**<br>　1:22<br>**okay**<br>　53:4<br>**oral**<br>　1:10,15 | **quote**<br>　54:2<br>**quoted**<br>　55:11 | | **veritext**<br>　1:23<br>**versus**<br>　54:6<br>**vs**<br>　1:5 |
| | **r** | | **w** |
| **p** | **read**<br>　53:2,3 54:11<br>**reads**<br>　54:2<br>**reason**<br>　53:21,22<br>**recall**<br>　55:7<br>**recommendation**<br>　54:23<br>**record**<br>　53:3<br>**refer**<br>　53:5<br>**referral**<br>　54:10<br>**report**<br>　53:12 55:1,8,24<br>**reported**<br>　1:22<br>**reporter**<br>　1:21<br>**require**<br>　54:8<br>**residual**<br>　54:5<br>**results**<br>　55:3<br>**review**<br>　53:18<br>**rodney**<br>　1:3 | | **want**<br>　53:10<br>**witness**<br>　1:16<br>**work**<br>　53:18<br>**worth**<br>　1:24 |
| **p.m.**<br>　1:19<br>**page**<br>　54:1<br>**paragraph**<br>　54:1,21 55:11<br>**part**<br>　53:13<br>**parts**<br>　53:17<br>**patterson**<br>　1:3 53:14,23 54:3 55:9<br>**person**<br>　53:7,16<br>**personal**<br>　54:22<br>**personality**<br>　55:10,12<br>**pieces**<br>　53:7<br>**plaintiff**<br>　1:4,17<br>**point**<br>　53:21,22<br>**points**<br>　55:17,25<br>**presence**<br>　54:14<br>**primary**<br>　54:3 | | | **y** |
| | | | **yeah**<br>　54:25 |
| | | **t** | **z** |
| | | **taken**<br>　1:17<br>**tell**<br>　54:13<br>**test**<br>　53:16 55:3<br>**texas**<br>　1:21,24 | **zavaleta**<br>　53:1,4 55:20 |