```
                                                              1

                    UNITED STATES DISTRICT COURT
                    SOUTHERN DISTRICT OF FLORIDA
                       FORT LAUDERDALE DIVISION

     _____
                                    :
     RODNEY SCOTT PATTERSON,         :
                                    :
                Plaintiff,           :
                                    :
           vs.                       :  Case No.:
                                    :  10-CV-02034-RLW
     AMERICAN AIRLINES, INC., a      :
     Delaware Corporation,           :
                                    :
                Defendant.           :
     _____:


                VIDEOTAPED DEPOSITION OF:

                  Dr. Gary G. Kay, Ph.D.,


     DATE:           November 28, 2018

     TIME:           4:39 p.m.

     LOCATION:       1625 I Street Northwest
                     Washington, D.C. 20006

     REPORTED BY:    Trinity Pomar, Notary Public




                    Veritext Legal Solutions
                  1250 I Street, NW, Suite 350
                     Washington, D.C. 20005
```

# ATTACHMENT 13

7

1  professional background?
2      A.  Sure.  My name is Gary G. Kay, Ph.D.  I'm a
3  clinical neuropsychologist.  President of
4  Washington Neuropsychological Institute, which is a
5  clinical practice based here in Washington, D.C.
6  And I have seen Mr. Scott Patterson for two
7  evaluations.
8      Q.  And you mentioned Mr. Patterson.  Is that
9  the -- that's the plaintiff in this case, is that
10 correct?
11     A.  Yes.
12     Q.  And if you recall, when did you first come
13 to meet Mr. Patterson?
14     A.  I can look -- I can reference back to my
15 materials.
16     Q.  Okay.
17     A.  First visit was on June 29, 2016.
18     Q.  Okay.  And you have some materials in front
19 of you.  While you're looking at those, I'd like to
20 hand you a document, which I'd like to ask to be
21 marked Exhibit 1.
22          (Kay Exhibit Number 1 marked for

215

1   better known as neuropsychology.  And so my actual
2   specialty program in the clinical psychology
3   graduate program that I completed was in the
4   neuro -- what we now call neuropsychology.
5           I am board certified as a neuropsychologist
6   and I'm board certified as well in assessment
7   psychology, which is an area of psychology.  We're
8   the folks who develop tests, who standardize them
9   and do research on testing.
10      Q.   The doubts that you have about the validity
11  of your June 2016 test, that does not automatically
12  translate into your conclusion that Mr. Patterson
13  was at the time unfit for duty, does it?
14      A.   No, it does not.  Basically, we had
15  insufficient information, we now know, in June to
16  indicate his -- whether, in fact, he was qualified
17  for a medical certificate.  That's what we know, is
18  that -- you know, looking at the data from the two
19  March exams in their entirety, particularly the one
20  from Dr. Bercaw, the exam that I gave him in June
21  was insufficient for making a qualified -- an
22  unqualified recommendation for medical

1  certification.
2          Once we did the exam in October of 2018, I
3  could remove that qualification.  I can say, yes,
4  now we have examined those areas that appeared
5  deficient.  And we find, in fact, Mr. Patterson
6  performed quite well in the areas of memory, in
7  sustained attention/vigilance, and in deductive
8  reasoning.
9     Q.  Now, you were never hired to provide the
10 kind of forensic report for Mr. Patterson that you
11 provided, for instance, for the Justice Department,
12 correct?
13    A.  Absolutely correct.
14    Q.  You were simply hired because you were the
15 guy with the CogScreen --
16    A.  I hope I was hired --
17    Q.  -- and he needed to be tested?
18    A.  I hope I was hired because --
19    Q.  Pardon?
20    A.  I hope I was hired because I'm a very good
21 qualified clinical neuropsychologist -- or aviation
22 neuropsychologist whom people trust.  And people

1    on CogScreen even by June of 2016 when I saw him.

2        Q.  And assume that his cancer treatment had

3    ended in approximately a year before this and that

4    he had never had any chemo.

5        A.  Okay.  Then it's extremely unlikely that

6    that would be a factor unless he had -- I don't

7    think he had any kind of brain, you know, nuclear

8    medicine treatment, you know, radiation therapy or

9    anything like that.

10       Q.  None.

11       A.  Because that can take a while to recover.

12   And we do see pilots and help them get their

13   medical certification after things like chemo and

14   radiation therapy.  But no, that was not a factor

15   for him.  And I don't remember him having the kind

16   of cancer where that would likely be a factor.

17       Q.  If you had administered -- if you had

18   administered -- if you had gotten these results

19   that Dr. Knippa got on March 16th and 17th, 2016,

20   would you have declared him unfit for duty?

21       A.  I would have -- if I had looked at this

22   result from March of 2016, I would have had a lot

228

1   of concern about the performance on sustained
2   attention.  We're not going to give a pilot a
3   medical certificate if their vigilance is poor.  So
4   he'd be invited to come back in six weeks.
5           And the way I handle it and -- if you
6   check, for example, Dr. Tordella will verify this
7   for you.  And I'm under oath.  The way this is
8   handled is that we tell a pilot, you know, if I
9   submit this right now to the FAA, it's not going to
10  be beneficial.  Let's wait and get some -- you
11  know, get your rest.  Let's come back in six weeks
12  when I can get you rescheduled.  I know you want to
13  come back sooner, but let's wait.  And I'm going to
14  give you a vigilance testing.  Let's assume it's
15  going to be fine.  We'll present that result with
16  the rest of your data.  You're not going to have to
17  do all this other testing, but we're going to see
18  if we confirm or disconfirm that you have a problem
19  in this area and then submit -- and we're not going
20  to present any data from your evaluation to the
21  FAA, we're going to present all your data.  The
22  data from the exam that showed a problem and the

229

1   data that we now have.  All of it will be presented
2   and that will -- if it's favorable, will lead to
3   you getting your medical certificate.
4           So the answer to your question is quite
5   simple.  No, I would not submit it.  If I was
6   seeing a pilot, had this data, I would say, I'm
7   going to see you again in six weeks because you
8   didn't do so well today.  You're telling me you're
9   fatigued.  You know, next time I want you to get
10  out here a day before, eat three meals, get your
11  rest, and I'll test you.
12          In reality, we're often dealing with very
13  impatient pilots who are, you know, really
14  pressuring to get the exam done, even when it's not
15  necessarily in their best interest.  We
16  really -- we psychologists, we tell them to really
17  push and make sure that the conditions are proper
18  for testing.
19      Q.  You were talking about the TOVA Test.  And
20  Mr. Patterson recalls you saying that one ought not
21  to give that test after 2:00.
22      A.  Right.  I think that might be right in the

# Transcript Word Index
**[02034 - forensic]**

### 0
**02034**  1:7

### 1
**1**  7:21,22
**10**  1:7
**1250**  1:21
**1625**  1:16
**16th**  227:19
**17th**  227:19

### 2
**2:00**  229:21
**20005**  1:22
**20006**  1:16
**2016**  7:17 215:11 227:1,19,22
**2018**  1:14 216:2
**28**  1:14
**29**  7:17

### 3
**350**  1:21

### 4
**4:39**  1:15

### a
**absolutely**  216:13
**actual**  215:1
**administered**  227:17,18
**airlines**  1:8
**american**  1:8
**answer**  229:4
**appeared**  216:4
**approximately**  227:3
**area**  215:7 228:19
**areas**  216:4,6
**assessment**  215:6
**assume**  227:2 228:14
**attention**  216:7 228:2
**automatically**  215:11
**aviation**  216:21

### b
**back**  7:14 228:4,11,13
**background**  7:1
**based**  7:5
**basically**  215:14
**beneficial**  228:10
**bercaw**  215:20
**best**  229:15
**better**  215:1
**board**  215:5,6
**brain**  227:7

### c
**call**  215:4
**cancer**  227:2,16
**case**  1:7 7:9
**certificate**  215:17 228:3 229:3
**certification**  216:1 227:13
**certified**  215:5,6
**check**  228:6
**chemo**  227:4,13
**clinical**  7:3,5 215:2 216:21
**cogscreen**  216:15 227:1
**completed**  215:3
**concern**  228:1
**conclusion**  215:12
**conditions**  229:17
**confirm**  228:18
**corporation**  1:8
**correct**  7:10 216:12,13
**court**  1:2
**cv**  1:7

### d
**d.c.**  1:16,22 7:5
**data**  215:18 228:16,20,21,22 229:1,6
**date**  1:14
**day**  229:10
**dealing**  229:12
**declared**  227:20
**deductive**  216:7
**defendant**  1:9
**deficient**  216:5
**delaware**  1:8
**department**  216:11
**deposition**  1:11
**develop**  215:8
**disconfirm**  228:18
**district**  1:2,2
**division**  1:3

**document**  7:20
**doubts**  215:10
**dr**  1:12 215:20 227:19 228:6
**duty**  215:13 227:20

### e
**eat**  229:10
**ended**  227:3
**entirety**  215:19
**evaluation**  228:20
**evaluations**  7:7
**exam**  215:20 216:2 228:22 229:14
**examined**  216:4
**example**  228:6
**exams**  215:19
**exhibit**  7:21,22
**extremely**  227:5

### f
**faa**  228:9,21
**fact**  215:16 216:5
**factor**  227:6,14,16
**fatigued**  229:9
**favorable**  229:2
**find**  216:5
**fine**  228:15
**first**  7:12,17
**florida**  1:2
**folks**  215:8
**forensic**  216:10

**[fort - quite]**

### fort
1:3
### front
7:18

### g
**gary**
1:12 7:2
**getting**
229:3
**give**
228:2,14 229:21
**going**
228:2,9,13,15,16,17,19,21
229:7
**good**
216:20
**gotten**
227:18
**graduate**
215:3
**guy**
216:15

### h
**hand**
7:20
**handle**
228:5
**handled**
228:8
**help**
227:12
**hired**
216:9,14,16,18,20
**hope**
216:16,18,20

### i
**impatient**
229:13
**indicate**
215:16
**information**
215:15
**instance**
216:11
**institute**
7:4
**insufficient**
215:15,21
**interest**
229:15
**invited**
228:4

### j
**june**
7:17 215:11,15,20 227:1
**justice**
216:11

### k
**kay**
1:12 7:2,22
**kind**
216:10 227:7,15
**knippa**
227:19
**know**
215:15,17,18 227:7,8 228:8
228:11,12 229:9,13
**known**
215:1

### l
**lauderdale**
1:3
**lead**
229:2
**legal**
1:21
**location**
1:16
**look**
7:14
**looked**
227:21
**looking**
7:19 215:18
**lot**
227:22

### m
**making**
215:21
**march**
215:19 227:19,22
**marked**
7:21,22
**materials**
7:15,18
**meals**
229:10
**medical**
215:17,22 227:13 228:3
229:3
**medicine**
227:8
**meet**
7:13
**memory**
216:6

### mentioned
7:8

### n
**name**
7:2
**necessarily**
229:15
**needed**
216:17
**neuro**
215:4
**neuropsychological**
7:4
**neuropsychologist**
7:3 215:5 216:21,22
**neuropsychology**
215:1,4
**northwest**
1:16
**notary**
1:17
**november**
1:14
**nuclear**
227:7
**number**
7:22
**nw**
1:21

### o
**oath**
228:7
**october**
216:2
**okay**
7:16,18 227:5
**once**
216:2
**ought**
229:20

### p
**p.m.**
1:15
**pardon**
216:19
**particularly**
215:19
**patterson**
1:5 7:6,8,13 215:12 216:5
216:10 229:20
**people**
216:22,22
**performance**
228:1

### performed
216:6
### ph.d.
1:12 7:2
### pilot
228:2,8 229:6
### pilots
227:12 229:13
### plaintiff
1:6 7:9
### pomar
1:17
### poor
228:3
### practice
7:5
### present
228:15,20,21
### presented
229:1
### president
7:3
### pressuring
229:14
### problem
228:18,22
### professional
7:1
### program
215:2,3
### proper
229:17
### provide
216:9
### provided
216:11
### psychologists
229:16
### psychology
215:2,7,7
### public
1:17
### push
229:17

### q
**qualification**
216:3
**qualified**
215:16,21 216:21
**question**
229:4
**quite**
216:6 229:4

**[radiation - year]**

### r

**radiation**
  227:8,14
**reality**
  229:12
**really**
  229:13,16,16
**reasoning**
  216:8
**recall**
  7:12
**recalls**
  229:20
**recommendation**
  215:22
**recover**
  227:11
**reference**
  7:14
**remember**
  227:15
**remove**
  216:3
**report**
  216:10
**reported**
  1:17
**rescheduled**
  228:12
**research**
  215:9
**rest**
  228:11,16 229:11
**result**
  227:22 228:15
**results**
  227:18
**right**
  228:9 229:22,22
**rlw**
  1:7
**rodney**
  1:5

### s

**saw**
  227:1
**saying**
  229:20
**scott**
  1:5 7:6
**seeing**
  229:6
**seen**
  7:6

**showed**
  228:22
**simple**
  229:5
**simply**
  216:14
**six**
  228:4,11 229:7
**solutions**
  1:21
**sooner**
  228:13
**southern**
  1:2
**specialty**
  215:2
**standardize**
  215:8
**states**
  1:2
**street**
  1:16,21
**submit**
  228:9,19 229:5
**suite**
  1:21
**sure**
  7:2 229:17
**sustained**
  216:7 228:1

### t

**talking**
  229:19
**tell**
  228:8 229:16
**telling**
  229:8
**test**
  215:11 229:11,19,21
**tested**
  216:17
**testing**
  215:9 228:14,17 229:18
**tests**
  215:8
**therapy**
  227:8,14
**things**
  227:13
**think**
  227:7 229:22
**three**
  229:10
**time**
  1:15 215:13 229:9

**today**
  229:8
**tordella**
  228:6
**tova**
  229:19
**translate**
  215:12
**treatment**
  227:2,8
**trinity**
  1:17
**trust**
  216:22

### u

**unfit**
  215:13 227:20
**united**
  1:2
**unqualified**
  215:22

### v

**validity**
  215:10
**verify**
  228:6
**veritext**
  1:21
**videotaped**
  1:11
**vigilance**
  216:7 228:3,14
**visit**
  7:17
**vs**
  1:7

### w

**wait**
  228:10,13
**want**
  228:12 229:9
**washington**
  1:16,22 7:4,5
**weeks**
  228:4,11 229:7

### y

**year**
  227:3