UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Fort Lauderdale Division

Case Number: 1:17-cv-60533-JEM

RODNEY SCOTT PATTERSON,

    Plaintiff,

vs.

AMERICAN AIRLINES, INC.
a Delaware Corporation,

    Defendant.
_____/

**Plaintiff's Notice of Expert Disclosure**

Plaintiff, Rodney Scott Patterson, pursuant to Federal Rule of Civil Procedure 26(a)(2)(C), hereby discloses he intends to call Gary G. Kay, Ph.D., his treating neuro-psychologist as an expert witness.

As to the requirements of Rule 26(a)(2)(c)(i) i.e., "the subject matter on which the witness is expected to present evidence under Federal Rule of Evidence 702, 703 or 705," Dr. Kay is expected to testify about:

**One**, his own examination and of plaintiff over one full day in his Washington D.C. office and observations thereto

**Two**, his review and assessment of the methods and findings of Drs. Knippa and Caddy; and

**Three**, his evaluation of plaintiff's fitness-for-duty.

The "facts and opinions to which the witness is expected to testify," Rule 26(a)(2)(c)(ii), are summarized as follows:

**First**, that based upon his review of the records, including evaluations of Dr. Caddy and Dr. Knippa, along with results from testing conducted 6/29/16, and a clinical interview, plaintiff appeared to be psychologically and neuropsychologically fit-for-duty as an American Airline Pilot.

**Second**, that there was no evidence of aeromedically significant neurocognitive deficit.

**Third**, that follow-up testing with CogScreen AE and measures of attention revealed normal functioning with, but for a mild weakness on one isolated measure of vigilance, normal performance of sustained attention.

**Fourth**, that poor performance on the vigilance testing when evaluated by Dr. Knippa was likely due to jet-lag related fatigue.

**Fifth**, that it appeared that though plaintiff may have interpersonal characteristics that may prove problematic, they have not caused significant social or occupational problems.

**Sixth**, that there is no evidence of a mental health condition that would cause plaintiff to be unfit for duty, or which would be disqualifying for an Airman Medical Certificate.

Respectfully submitted,

*/s/ Isha Kochhar*
WILLIAM R. AMLONG
Florida Bar Number 470228
WRAmlong@TheAmlongFirm.com
KAREN COOLMAN AMLONG
Florida Bar Number 275565
KAmlong@TheAmlongFirm.com
ISHA KOCHHAR
Florida Bar Number 105294
IKochhar@TheAmlongFirm.com

AMLONG & AMLONG, P.A.
500 Northeast Fourth St., Second Floor
Fort Lauderdale, Florida 33301
(954)462-1983

***Attorneys for Plaintiff,***
   ***Rodney Scott Patterson***

## Certificate of Service

I hereby certify that a true and correct copy of the above was served via the Southern District of Florida's CM/ECF system on this 1st day of November, 2017 to the individuals listed below.

*/s/ Isha Kochhar*
ISHA KOCHHAR

## Service List

| | |
|---|---|
| WILLIAM R. AMLONG<br>WRAmlong@TheAmlongFirm.com<br>Florida Bar Number 470228<br>KAREN COOLMAN AMLONG<br>KAmlong@TheAmlongFirm.com<br>Florida Bar Number 275565<br>ISHA KOCHHAR<br>Florida Bar Number 105294<br>IKochhar@TheAmlongFirm.com<br><br>AMLONG & AMLONG, P.A.<br>500 Northeast Fourth Street,<br>Second Floor<br>Fort Lauderdale, Florida 33301<br>Tel: (954) 462-1983<br><br>***Attorneys for Plaintiff,<br>    Rodney Scott Patterson*** | MICHAEL A. HOLT<br>mholt@shb.com<br>**SHOOK, HARDY & BACON L.L.P.**<br>Miami Center, Suite 3200<br>201 South Biscayne Boulevard<br>Miami, Florida 33131<br>Telephone: (305) 358-5171<br>Facsimile: (305) 358-7470<br><br>MARK W. ROBERTSON, ESQ.<br>mrobertson@omm.com<br>**O'MELVENY & MYERS LLP**<br>Times Square Tower<br>7 Times Square<br>New York, New York 10036<br>Telephone: (212) 326-2000<br>Facsimile: (212) 326-2061<br><br>TRISTAN MORALES<br>tmorales@omm.com<br>**O'MELVENY & MYERS LLP**<br>1625 Eye Street, Northwest<br>Washington, District of Columbia 20006<br>Telephone: (202) 383-5300<br>Facsimile: (202) 383-5414<br><br>***Counsel for Defendant,<br>    American Airlines, Inc.*** |