UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 17-60533-CIV-MARTINEZ-OTAZO-REYES

Lt. Col. RODNEY SCOTT PATTERSON,

Plaintiff,

v.

AMERICAN AIRLINES, INC.,

Defendant.

_____/

FILED BY_____D.C.

MAY 31 2019

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

## NOTICE OF PLAINTIFF'S WITHDRAWAL OF CONSENT TO RECEIVE NOTICES OF ELECTRONIC FILING.

Lt. Col Rodney S. Patterson, Plaintiff withdraws the Consent to Receive Notices of Electronic

Filing [ECF 181] and respectfully requests this honorable Court and opposing counsel to take

notice of this filing.

Signed and dated this 31st day of May, 2019

Rodney S. Patterson, Lt. Col, Pro Se
1092 NW 139th Terrace
Pembroke Pines, Florida 33028
(704) 231-0909

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on 31st day of May, 2019, I filed the foregoing with the Clerk

of the Court. I also certify that the foregoing document is being served this day on counsel of

record for Defendant, American Airlines listed below.


_Rodney S. Patt_
Rodney S. Patterson, Lt. Col, Pro Se
1092 NW 139th Terrace
Pembroke Pines, Florida 33028
(704) 231-0909


## SERVICE LIST

### Via US Mail

Michael A. Holt
mholt@fisherphillips.com
Florida Bar No.: 91156
**FISHER & PHILLIPS LLP**
450 East Las Olas Boulevard
Suite 800
Fort Lauderdale, Florida 33301
Telephone: (954) 847-4709


Mark W. Robertson (*Pro Hac Vice*)
mrobertson@omm.com
**O'MELVENY & MYERS LLP**
Time Square Tower, 7 Times Square
New York, New York 10036
Telephone: (212) 326-2000


Tristan Morales (*Pro Hac Vice*)
tmorales@omm.com
**O'MELVENY & MYERS LLP**

1625 Eye Street, Northwest
Washington, DC 20006
Telephone: (202) 383-5300

*Attorneys for American Airlines, Inc.*