UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 17-60533-CIV-MARTINEZ-OTAZO-REYES

Lt. Col. RODNEY SCOTT PATTERSON,

    Plaintiff,

v.

AMERICAN AIRLINES, INC.,

    Defendant.
_____/

FILED BY _____ D.C.
MAY 31 2019
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

**<u>Plaintiff, Lt. Col Rodney S. Patterson, Pro Se Response to William R. Amlong, Esq, Unopposed Motion to Enlarge Time Until May 29, 2019 to Respond to Sanctions Motion and to Provide the Court with Suggested Dates for Hearings on Defendant's Sanctions Motion.</u>**

Lt. Col. Rodney S. Patterson, Pro Se, hereby files his Response in opposition to his former counsel of record William R. Amlong's Unopposed Motion to Enlarge Time.

**<u>Introduction and Summary</u>**

The Plaintiff, Lt. Col Rodney S. Patterson, terminated his former counsel, William R. Amlong over one month ago for cause/direct conflict.[1] Subsequently, Patterson filed a Pro-Se notice of appearance, with this Court and several motions on his behalf. Former counsel's direct conflict, was created by the Defendant's filing of a Motion for Sanctions, which Plaintiff Patterson believes are baseless and unsupported by the facts in the record. Further Defendant's motion is

---

[1] Counsel William R. Amlong, was terminated in writing on April 24, 2019. Strangely, former counsel attempted to contact the Plaintiff by phone at 03:24 a.m on the 25th of May and at 01:09 a.m. on the 29th of May, 2019 and has admitted he has since continued to engage in settlement discussions with American without Plaintiff's knowledge or consent.

improper at best and disingenuous at worse, it is the Defendant who has engaged in sanctionable conduct.[2]

On May 24, 2019 the Plaintiff articulated a meticulous well supported response to the Defendant's motion for sanctions, to thoroughly rebutt and disprove the allegations. Additionally, Patterson's former counsel never sought his consent or ascertained if Patterson opposed the instant motion. Indeed, such motion was wholly unnecessary as otherwise mis-stated in para. 3 of said motion, which simply does not comport with Patterson's actions by timely filing a detailed and well supported Pro-Se response. Moreover, former counsel's motion seems to imply that the Plaintiff's physical condition somehow impairs his cognitive reasoning and ability to communicate in a cogent manner, which is belied by Patterson's well documented cognitive ability.[3] It appears that the last-minute necessity of the extension was self-serving for Plaintiff's former counsel [ECF 194].

To be certain in January, 2019 the Plaintiff was hospitalized with a serious physical condition for which he is currently undergoing treatment, but it, in no way impacts his cognitive reasoning or ability to communicate in a cogent manner. Furthermore, Plaintiff does not need or desire an extension, his timely filed pleadings make clear that he wants to immediately and vigorously disprove the allegations and defend his good name and character.[4] The Plaintiff wishes to prove his innocence of the alleged sanctionable actions by the Defendant and did not require an extension of time to file his response or seek to unnecessarily delay the proceedings. The allegations are offensive and his pleadings speak for themselves. The Plaintiff does not wish to delay the ability to disprove the alleged allegations, to the extent the court has jurisdiction over the remaining matters. Further, plaintiff welcomes the opportunity to litigate this and his

---

[2] Recently, the Plaintiff has learned that the Defendant has apparently lost or destroyed travel records in an attempt to unfairly disparage the Plaintiff's military service and accuse the Plaintiff of fraud on this Court, in addition the Defendant failed to comply with discovery demands made by Plaintiff's former counsel. American's Corporate Security report which found the personnel complaint filed against Patterson to be completed unfounded, and which it appears the Court has improperly relied upon.

[3] The Army administered pre-deployment neurocognitive testing, (ANAM) to the Plaintiff in July, 2014. Such testing establishes a neurocognitive baseline and was developed by the students of Dr. Gary Kay, PhD. Dr Kay also opined as late as Oct. 2018 that the Plaintiff was cognitively intact.

[4] The Plaintiff's over two decades of service to the US Army speak for itself. Lt. Col Patterson managed multi-million-dollar counter narcotics programs, served as a public affairs spokesman, held a Top-Secret Clearance, and was awarded high-level awards for his service while on Active Duty in Joint Command and the Army Staff. The Army does not repose special trust and confidence nor promote ahead of other peers, officers who are cognitively deficient or cannot communicate in a cogent manner.

other motions pending before this honorable Court and will make reasonable efforts to confer with opposing counsel to the extent his physical condition permits.

Therefore Plaintiff Patterson respectfully requests this honorable Court denies former counsel, William R. Amlong's Motion and provide clarification as to when the Court can schedule this and other pending motions for a hearing.

Signed and dated this 30th day of May, 2019

*Rodney S. Patth*

Rodney Scott Patterson, Lt. Col., Pro Se
1092 NW 139th Terrace
Pembroke Pines, FL  33028-2340
scottpatterson247@gmail.com
(704) 231-0909

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on 30th day of May, 2019, I filed the foregoing with the Clerk of the Court.  I also certify that the foregoing document is being served this day on counsel of record for Defendant, American Airlines and Counsel for Amlong & Amlong +listed below.

*Rodney S. Patth*

Rodney Scott Patterson, Lt. Col., Pro Se
1092 NW 139th Terrace
Pembroke Pines, FL  33028-2340
scottpatterson247@gmail.com
(704) 231-0909

## SERVICE LIST

### *Via* US Mail

Michael A. Holt
mholt@fisherphillips.com
Florida Bar No.: 91156
**FISHER & PHILLIPS LLP**
450 East Las Olas Boulevard
Suite 800
Fort Lauderdale, Florida 33301
Telephone: (954) 847-4709

Mark W. Robertson (*Pro Hac Vice*)
mrobertson@omm.com
**O'MELVENY & MYERS LLP**
Time Square Tower, 7 Times Square
New York, New York 10036
Telephone: (212) 326-2000

Tristan Morales (*Pro Hac Vice*)
tmorales@omm.com
**O'MELVENY & MYERS LLP**
1625 Eye Street, Northwest
Washington, DC 20006
Telephone: (202) 383-5300

Attorneys for American Airlines, Inc

Karen Coolman Amlong
Florida Bar No: 275565
kamlong@TheAmlongFirm.com
AMLONG & AMLONG, P.A.
500 Northeast Fourth Street
Fort Lauderdale, Florida 33301-1154
Phone: (954) 462-1983
Fax: (954) 523-3102

William R. Amlong
WRamlong@TheAmlongFirm.com
AMLONG & AMLONG, P.A.
500 Northeast Fourth Street
Fort Lauderdale, Florida 33301-1154
Phone: (954) 462-1983
Fax: (954) 523-3102

Counsel for Amlong & Amlong, P.A.

Noel Christian Pace, Esq.
206 NW 91ST STREET
EL PORTAL, FL 33150-2259
Noel.c.pace.esq@gmail.com
(305) 219-1191