Form Edit View Tools Help

| Field | Value | |
|---|---|---|
| Date | 02/18/2019 | |
| Timekeeper | WRA | Amlong, William R. |
| Client | 002219 | Patterson, Scott |
| Matter | 00000 | PATTERSON vs. American Airline |
| Budget Phase | 0 | |
| Task Code | COMM | Communications |
| Activity Code | PC | Phone conference with |
| Billable Time | ☑ Yes | Narrative |
| Hours Worked | 0.30 | Phone conference with client re: he needs separate counsel |
| Hours To Bill | 0.30 | |
| Rate | 600.00 | |
| Fee Amount | 180.00 | |
| Code 1 | | |
| Code 2 | | |
| Code 3 | | Note |

-composite Attachment 1 -

| Field | Value | |
|---|---|---|
| Date | 02/20/2019 | |
| Timekeeper | WRA | Amlong, William R. |
| Client | 002219 | Patterson, Scott |
| Matter | 00000 | PATTERSON vs. American Airline |
| Budget Phase | 0 | |
| Task Code | COMM | Communications |
| Activity Code | PC | Phone conference with |
| Billable Time | ☑ Yes | |
| Hours Worked | 0.10 | |
| Hours To Bill | 0.10 | |
| Rate | 600.00 | |
| Fee Amount | 60.00 | |
| Code 1 | | |
| Code 2 | | |
| Code 3 | | |

Narrative: Attepted phone conference with client re: withdrawal, enlargetment of time so he can acquire counsel; voicemail is full

Note:

| Field | Value | |
|---|---|---|
| Date | 02/21/2019 | |
| Timekeeper | WRA | Amlong, William R. |
| Client | 002219 | Patterson, Scott |
| Matter | 00000 | PATTERSON vs. American Airline |
| Budget Phase | 0 | |
| Task Code | COMM | Communications |
| Activity Code | PC | Phone conference with |
| Billable Time | ☑ Yes | |
| Hours Worked | 0.10 | |
| Hours To Bill | 0.10 | |
| Rate | 600.00 | |
| Fee Amount | 60.00 | |
| Code 1 | | |
| Code 2 | | |
| Code 3 | | |

Narrative: Phone conference with client (spoke with client's son; client in with physician)

Note:

| Field | Value | |
|---|---|---|
| Date | 02/22/2019 | |
| Timekeeper | WRA | Amlong, William R. |
| Client | 002219 | Patterson, Scott |
| Matter | 00000 | PATTERSON vs. American Airline |
| Budget Phase | 0 | |
| Task Code | COMM | Communications |
| Activity Code | PC | Phone conference with |
| Billable Time | ☑ Yes | |
| Hours Worked | 0.20 | |
| Hours To Bill | 0.20 | |
| Rate | 600.00 | |
| Fee Amount | 120.00 | |
| Code 1 | | |
| Code 2 | | |
| Code 3 | | |

Narrative: Phone conferences (attempted) with client, co-counsel re: motion for sanctions; review text message from co0counsel re: client's being "under the weather" and intending to call on Monday

Note: