UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO.: 17-cv-60533-MARTINEZ-OTAZO-REYES

RODNEY SCOTT PATTERSON,
    Plaintiff,

vs.

AMERICAN AIRLINES, INC., a Delaware
Corporation,

    Defendant.
_____/

### AMERICAN AIRLINES, INC.'S NOTICE REGARDING PLAINTIFF'S STATUS REPORT REGARDING DATES FOR RESCHEDULED SANCTIONS HEARING

On May 29, 2019, Plaintiff filed a Status Report Regarding Dates for Rescheduled Sanctions Hearing, ECF No. 196. That Status Report identified four proposed dates for the rescheduled hearing. American has since learned that Dr. Kay is not available on July 23, 2019—one of the proposed dates. American and the witnesses it intends to call remain available on any of the other proposed dates: August 20, 21, or 22, 2019.

    Respectfully submitted,

    By: /s/ Michael A. Holt

    Michael A. Holt
    mholt@fisherphillips.com
    Florida Bar No.: 91156
    **FISHER & PHILLIPS LLP**
    450 East Las Olas Boulevard
    Suite 800
    Fort Lauderdale, Florida  33301
    Telephone: (954) 847-4709

    Mark W. Robertson (*Pro Hac Vice*)
    mrobertson@omm.com
    **O'MELVENY & MYERS LLP**

Time Square Tower, 7 Times Square
New York, New York 10036
Telephone: (212) 326-2000

Tristan Morales (*Pro Hac Vice*)
tmorales@omm.com
**O'MELVENY & MYERS LLP**
1625 Eye Street, Northwest
Washington, DC 20006
Telephone: (202) 383-5300

*Attorneys for American Airlines, Inc.*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 5th day of June, 2019, the foregoing document was filed with the Clerk of the Court using the CM/ECF system and a true and correct copy was served on the counsel or parties of record listed below.

By: /s/ Michael A. Holt
 MICHAEL A. HOLT

**SERVICE LIST**

William R. Amlong, Esq.
WRAmlong@TheAmlongFirm.com
Karen Coolman Amlong, Esq.
KAmlong@TheAmlongFirm.com
**AMLONG & AMLONG, P.A.**
500 Northeast Fourth Street
Fort Lauderdale, FL 33301
Telephone: (954) 462-1983

Noel C. Pace, Esq.
(*Pro Hac Vice)*
noel.c.pace.esq@gmail.com
206 N.W. 91 Street
El Portal, Florida 33150
Telephone: (305) 710-3713

(Service via CM/ECF)

*Counsel for Plaintiff*

Michael A. Holt, Esq.
mholt@fisherphillips.com
**FISHER & PHILLIPS LLP**
450 East Las Olas Boulevard
Fort Lauderdale, Florida 33301
Telephone: (954) 847-4709

Mark W. Robertson, Esq.
mrobertson@omm.com
(*Pro Hac Vice*)
**O'MELVENY & MYERS LLP**
Times Square Tower 7 Times Square
New York, New York 10036
Telephone: (212) 326-2000

Tristan Morales, Esq.
tmorales@omm.com
(*Pro Hac Vice*)
**O'MELVENY & MYERS LLP**
1625 Eye Street, Northwest
Washington, DC 20006
Telephone: (202) 383-5300

(Service via CM/ECF)

*Counsel for American Airlines, Inc.*