**Holt, Michael**

---

| | |
|---|---|
| **From:** | William Amlong <wramlong@theamlongfirm.com> |
| **Sent:** | Monday, April 29, 2019 1:55 PM |
| **To:** | Holt, Michael; 'Scott'; mrobertson@omm.com; tmorales@omm.com |
| **Cc:** | Kamlong@theamlongfirm.com; noel.c.pace.esq@gmail.com |
| **Subject:** | RE: Expedited nature of motion |

Scott—

Particularly given your uncertain status—i.e., whether you are pro se or are still represented by Noel and me, although I am today renewing my motion to withdraw based on conflict-of-interest grounds—I think that you should not be filing either of those motions.  If I were your counsel, which I still am until the court allows us out, I would not file either of them.

Regards,

Bill

William R. Amlong, Esquire



500 Northeast Fourth Street, Fort Lauderdale, Fl 33301

Confidentiality Notice:  This e-mail and/or any attachment to it contains, or may contain, privileged and confidential information intended only for the use of the individual(s) named in the e-mail.  If you are not the intended recipient, or the person responsible for delivering it to the intended recipient, please permanently delete it from your computer system and promptly notify me.

**From:** Holt, Michael [mailto:mholt@fisherphillips.com]
**Sent:** Monday, April 29, 2019 11:58 AM
**To:** Scott; wramlong@theamlongfirm.com; mrobertson@omm.com; tmorales@omm.com
**Cc:** Kamlong@theamlongfirm.com; noel.c.pace.esq@gmail.com
**Subject:** RE: Expedited nature of motion

There would be no basis for either of the motions mentioned below. These motions would be frivolous and American would seek its costs and fees associated with opposing these motions if they are filed.



**Michael Holt**
Attorney at Law

Fisher & Phillips LLP
450 East Las Olas Boulevard | Suite 800 | Ft. Lauderdale, FL 33301
mholt@fisherphillips.com | O: (954) 847-4709

vCard  |  Bio  |  Website   *On the Front Lines of Workplace Law℠*

*This message may contain confidential and privileged information. If it has been sent to you in error, please reply to advise the sender of the error, then immediately delete this message.*

**From:** Scott [mailto:aa737drvr@aol.com]
**Sent:** Monday, April 29, 2019 9:19 AM
**To:** wramlong@theamlongfirm.com; Holt, Michael <mholt@fisherphillips.com>; mrobertson@omm.com; tmorales@omm.com
**Cc:** Kamlong@theamlongfirm.com; noel.c.pace.esq@gmail.com
**Subject:** Re: Expedited nature of motion

Mike

We have repeatedly requested the Corporate Security Report, time is of the essence.  I am making a good faith
request for American to produce the documentation otherwise we will file a Rule 37 motion for discovery violation.
Please advise if you support such motion by close of business today.

Additionally we intend to file a motion to recuse Judge Otazo Reyes.  Please advise if you support or oppose a motion.

v/r

Scott Patterson


-----Original Message-----
From: William Amlong <wramlong@theamlongfirm.com>
To: 'Holt, Michael' <mholt@fisherphillips.com>; 'Mark Robertson' <mrobertson@omm.com>; 'Morales, Tristan'

<tmorales@omm.com>
Cc: 'Karen Coolman Amlong' <Kamlong@theamlongfirm.com>; 'Noel Pace' <noel.c.pace.esq@gmail.com>; 'Scott' <aa737drvr@aol.com>
Sent: Wed, Apr 24, 2019 6:50 pm
Subject: Expedited nature of motion

Mike, et al.—

I am going to file the motion this evening for all of the Amlong lawyers to withdraw, and suggest that Noel Pace do the same thing, requesting an expedited ruling.  This is because Lt. Col. Patterson wishes to rile a Rule 59 motion by Friday's deadline, and I am afraid that if the court has not permitted us to cease being his counsel, the clerk may not let him file it.  Therefore, please communicate your positions to me as soon as possible.  Alternatively, I will simply explalin what I have included in this e-mail.

Thanks,

Bill

William R. Amlong, Esquire



500 Northeast Fourth Street, Fort Lauderdale, Fl 33301
Confidentiality Notice:  This e-mail and/or any attachment to it contains, or may contain, privileged and confidential information intended only for the use of the individual(s) named in the e-mail.  If you are not the intended recipient, or the person responsible for delivering it to the intended recipient, please permanently delete it from your computer system and promptly notify me.

---

**From:** William Amlong [mailto:wramlong@theamlongfirm.com]
**Sent:** Wednesday, April 24, 2019 5:50 PM
**To:** 'Holt, Michael'; 'Mark Robertson'; 'Morales, Tristan'
**Cc:** 'Karen Coolman Amlong'; 'Noel Pace'; 'Scott'
**Subject:** RE: Patterson

Mike, et al. –

I and my firm (along with, I believe, Noel Pace) have just been fired by our client, making our withdrawal mandatory pursuant to the Florida Bar Rule of Professional Conduct 4-1.16(a)(3) (and I am fairly certain pursuant to some similar New Jersey rule as it applies to Noel).   I was going to withdraw in any case because there is a potential for conflict between Scott Patterson and me concerning your sanctions motion.  Karen will entering an appearance to represent the firm and me.  Please let me have your position on this, since I would like to be out of this case before the expiration of the Rule 59 deadline Friday or the deadline for an appeal Monday, of which deadlines I have made Lt. Col. Patterson aware.

Although I understand that Lt. Col. Patterson has secured other counsel, since I advised him at the time that I last moved to enlarge time that he was going to have to get his own lawyer on  the sanctions issue, but no one has appeared as yet.  Therefore, until that happens, I am including his e-mail address if you need to contact him.

Regards,

Bill Amlong

William R. Amlong, Esquire



500 Northeast Fourth Street, Fort Lauderdale, Fl 33301
Confidentiality Notice:  This e-mail and/or any attachment to it contains, or may contain, privileged and confidential information intended only for the use of the individual(s) named in the e-mail.  If you are not the intended recipient, or the person responsible for delivering it to the intended recipient, please permanently delete it from your computer system and promptly notify me.

**From:** Noel Pace [mailto:noel.c.pace.esq@gmail.com]
**Sent:** Wednesday, April 24, 2019 4:17 PM
**To:** William Amlong
**Cc:** Holt, Michael; Mark Robertson; Morales, Tristan; Karen Coolman Amlong
**Subject:** Re: Patterson

Michael and William, you are both correct, as this is a mistake that it says "unopposed." That will be corrected/amended. I apologize. Sincerely, Noel Pace

On Wed, Apr 24, 2019 at 4:13 PM William Amlong <wramlong@theamlongfirm.com> wrote:

> Mr. Amlong did not instruct Mr. Pace to file the motion as "unopposed" – and, it does not appear that he has done so, since even though he has e-mailed it to both of us, it has not appeared in my ECF queue as yet, even though a 4:06 p.m. motion in another case is there. What I told him to do was to file it with your position stated.
>
> Bill Among
>
> William R. Amlong, Esquire
>
> 
>
> 500 Northeast Fourth Street, Fort Lauderdale, Fl 33301
> Confidentiality Notice: This e-mail and/or any attachment to it contains, or may contain, privileged and confidential information intended only for the use of the individual(s) named in the e-mail. If you are not the intended recipient, or the person responsible for delivering it to the intended recipient, please permanently delete it from your computer system and promptly notify me.
>
> ---
>
> **From:** Holt, Michael [mailto:mholt@fisherphillips.com]
> **Sent:** Wednesday, April 24, 2019 4:03 PM
> **To:** Noel Pace
> **Cc:** Mark Robertson; Morales, Tristan; wramlong@theamlongfirm.com; Karen Coolman Amlong
> **Subject:** RE: Patterson
>
> Mr. Pace,

It is misleading for you to title this motion "unopposed." And I am disappointed to hear that Mr. Amlong would tell you to file the motion without time for us to obtain our client's position and that you would follow such obviously incorrect advice. When you sought admission to this case, you agreed to comply with the rules in this District. This motion does not do that.

As to your suggestion that somehow the timing of your appearance in this case excuses the litigation misconduct here, I think we will have to disagree. I recall that you stood up and argued on behalf of Mr. Patterson at the hearing on the motion for summary judgment. You have also been admitted to this case during the entire dispute regarding Dr. Bercaw's evaluation—which your side attempted to hide—and during the briefing of summary judgment motions, motions in limine, and the Daubert motion regarding Dr. Caddy's testimony. It thus appears that you have been involved in the case at the relevant times.

If you insist on filing this motion prematurely before we have had a meaningful opportunity to meet and confer, please do not suggest to the court that this motion is unopposed. Instead, you should advise the court that you refused to allow us time to confer with our client and are rushing to file to prevent us from doing so.

Regards,



**Michael Holt**
**Attorney at Law**

Fisher & Phillips LLP
450 East Las Olas Boulevard | Suite 800 | Ft. Lauderdale, FL 33301
mholt@fisherphillips.com | O: (954) 847-4709

vCard | Bio | Website   *On the Front Lines of Workplace Law℠*

*This message may contain confidential and privileged information. If it has been sent to you in error, please reply to advise the sender of the error, then immediately delete this message.*

**From:** Noel Pace [mailto:noel.c.pace.esq@gmail.com]
**Sent:** Wednesday, April 24, 2019 3:55 PM
**To:** Holt, Michael <mholt@fisherphillips.com>
**Cc:** Mark Robertson <mrobertson@omm.com>; Morales, Tristan <tmorales@omm.com>; wramlong@theamlongfirm.com; Karen Coolman Amlong <Kamlong@theamlongfirm.com>
**Subject:** Re: Patterson

Mr. Holt:

After receiving your response yesterday, I re-reviewed the Motion for Sanctions you have made and it is important to point out that I was not admitted to the case until after Lt. Col. Patterson's deposition took place in March 2018, nor was I involved with anything regarding the substance of your sanctions allegations regarding Dr. Bercaw back to 2016 or otherwise.  After conferring with Attorney William Amlong last night, where he stated I should file my withdraw today, and since I have not heard back from you for 24-hours after we conferred, I filed my motion to withdraw. It is attached.

Sincerely,

Noel Pace

On Tue, Apr 23, 2019 at 5:06 PM Holt, Michael <mholt@fisherphillips.com> wrote:

Counsel,

We are still in the process of reviewing your request and will need time to raise this with our client. We note, however, that there is a pending motion for sanctions against both Mr. Patterson and his lawyers in this case and we would not want any potential agreement about this motion to be construed as some type of waiver or concession of any type. It seems that we would need, at minimum, confirmation from Mr. Amlong that he and his firm will not argue that you are the one to blame for the litigation misconduct and that Mr. Amlong and/or his firm would be responsible if any monetary sanctions are to be imposed against any of the lawyers for Mr. Patterson.

Regards,

Mike



**Michael Holt**
**Attorney at Law**

Fisher & Phillips LLP
450 East Las Olas Boulevard | Suite 800 | Ft. Lauderdale, FL 33301
mholt@fisherphillips.com | O: (954) 847-4709

vCard | Bio | Website   *On the Front Lines of Workplace Law℠*

*This message may contain confidential and privileged information. If it has been sent to you in error, please reply to advise the sender of the error, then immediately delete this message.*

**From:** Noel Pace [mailto:noel.c.pace.esq@gmail.com]
**Sent:** Tuesday, April 23, 2019 1:05 PM
**To:** Holt, Michael <mholt@fisherphillips.com>; Mark Robertson <mrobertson@omm.com>; Morales, Tristan <tmorales@omm.com>
**Cc:** wramlong@theamlongfirm.com; Karen Coolman Amlong <Kamlong@theamlongfirm.com>
**Subject:** Re: Patterson

Counselors:

I am withdrawing from the case. It has been a pleasure serving Lt. Col. Patterson. I will need to file this with the Court by COB today. With that, and in accordance with Local Rule 7.1(A)(3), I am emailing this draft of the motion to you (the Defendants' counsel) to ensure there are no objections. Please see attached and reply to this email to signify your concurrence. Thank you.

Sincerely,

Noel Pace

On Thu, Mar 7, 2019 at 4:54 PM Holt, Michael <mholt@fisherphillips.com> wrote:
> Counsel,
>
> Please see the attached.
>
> Regards,
>
> Mike



**Michael Holt**
**Attorney at Law**
Fisher & Phillips LLP
450 East Las Olas Boulevard | Suite 800 | Ft. Lauderdale, FL 33301
mholt@fisherphillips.com | O: (954) 847-4709

vCard | Bio | Website   *On the Front Lines of Workplace Law℠*

*This message may contain confidential and privileged information. If it has been sent to you in error, please reply to advise the sender of the error, then immediately delete this message.*

--
Noel Christian Pace, Esq., MBA, FACHE
C: (305) 219-1191

--
Noel Christian Pace, Esq., MBA, FACHE
C: (305) 219-1191

--
Noel Christian Pace, Esq., MBA, FACHE
C: (305) 219-1191