# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### Case No. 17-60533-CIV-MARTINEZ/AOR

RODNEY SCOTT PATTERSON,

     Plaintiff,

v.

AMERICAN AIRLINES, INC.,
a Delaware corporation,

     Defendant.

_____/

### <u>ORDER</u>

THIS CAUSE came before the Court upon American Airlines, Inc.'s ("Defendant")
Motion for Sanctions [D.E. 154]. This matter was referred to the undersigned pursuant to 28
U.S.C. § 636 by the Honorable Jose E. Martinez, United States District Judge [D.E. 155]. It is
hereby

ORDERED AND ADJUDGED that an Evidentiary Hearing on the Motion for Sanctions
[D.E. 154] is **SET** for **Monday, August 26, 2019 at 10:00 A.M.**[1] Each party shall submit a
witness list and an exhibit list at the Evidentiary Hearing.

DONE AND ORDERED in Chambers at Miami, Florida, this 24th day of July, 2019.

ALICIA M. OTAZO-REYES
UNITED STATES MAGISTRATE JUDGE

---

[1] The undersigned is unable to accommodate the requested dates of August 20, 21, or 22 [D.E. 196; D.E. 204].

Copies furnished <u>via CM/ECF</u> to:

United States District Judge Jose E. Martinez
Counsel of Record

Copies furnished <u>by mail</u> to:

Rodney Scott Patterson
1092 N.W. 139th Terrace
Pembroke Pines, FL 33028