UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
Case Number: 17-60533-CIV-MARTINEZ-OTAZO-REYES

RODNEY SCOTT PATTERSON,
    Plaintiff,

vs.

AMERICAN AIRLINES, INC.,
    Defendant.
_____/

## ORDER DENYING PLAINTIFF'S AMENDED MOTION TO AMEND JUDGMENT

THIS CAUSE came before the Court upon Plaintiff's Amended Motion to Amend Judgment Under Rule 59(e), [ECF No. 185]. "The only grounds for granting [a Rule 59] motion are newly-discovered evidence or manifest errors of law or fact." *Arthur v. King*, 500 F.3d 1335, 1343 (11th Cir. 2007) (citations omitted). "[A] Rule 59(e) motion [cannot be used] to relitigate old matters, raise arguments or present evidence that could have been raised prior to the entry of judgment." *Michael Linet, Inc. v. Village of Wellington, Fla.*, 408 F.3d 757, 763 (11th Cir. 2005). Plaintiff's motion does nothing more than ask this Court to reexamine an unfavorable ruling. Reconsidering the merits of this Court's Order denying Plaintiff's motion for partial summary judgment and granting Defendant's motion for summary judgment, [ECF No. 169], absent a manifest error of law or fact, is not the purpose of Rule 59. Because no basis exists for the requested relief, it is hereby

**ORDERED AND ADJUDGED** that Plaintiff's Amended Motion to Amend Judgment Under Rule 59(e), [ECF No. 185], is **DENIED**.

DONE AND ORDERED in Chambers at Miami, Florida, this __1__ day of August, 2019.

                                                       JOSE E. MARTINEZ
                                                     UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Otazo-Reyes
All Counsel of Record
Rodney Scott Patterson