# AMLONG & AMLONG, P.A.

500 Northeast Fourth Street
Fort Lauderdale, FL 33301-1154
(954)462-1983 Telephone
(954)523-3192 Facsimile

May 16, 2016

| | |
|---|---|
| | Billed through    05/16/2016 |
| Patterson, Scott | Invoice Number          21813 |

**PATTERSON, SCOTT vs. American Airline (WRA)(HOUR)(T/E)**
**002219    00000    HOUR**

| | | |
|---|---|---|
| Balance forward as of bill dated | 01/01/1900 | $0.00 |
| Payments received since last bill | | $0.00 |
| | | ---------------- |
| Net balance forward | | $0.00 |

**FOR PROFESSIONAL SERVICES RENDERED**

| | | |
|---|---|---|
| 01/14/16 | WRA | Phone conference with client re: need for expedited USSERA complaint, FAA clernance |
| 03/29/16 | WRA | Conference with Scott , FIrst Officer with American Airlines (referred by Cindy Beyer) re: USERRA and ADA discrimination |
| 04/12/16 | WRA | Phone conference with Glenn R. Caddy, Ph.D., re: American Airline Pilot's neuropsychologist's evaluation of client |
| 04/13/16 | WRA | Receive and review correspondence from Dr. Caddy re: e-mail he propose to send to California neuropsychologist (Patterson) |
| 04/13/16 | WRA | Phone conference with Glenn R. Caddy re: Scott Patterson re: clinical interview |
| 04/22/16 | WRA | Receive and review correspondence from client, from his union lawyer to client and between the client and the AA psychologist |
| 04/22/16 | WRA | Phone conference with Glenn R. Caddy, Ph.D., re: obtaining records from California neuropsychologist |
| 04/23/16 | WRA | Receive and review correspondence from Ed Bercaw, Ph.D., re: he will send records, underlying data to WRA and Dr. Caddy |
| 04/27/16 | WRA | Receive and review correspondence from client re: neuropsychological evaluation; phone call with client |
| 05/01/16 | WRA | Phone conference with Glenn r. Caddy, Ph.D. and client re: Dr. Caddy's psychological report |
| 05/03/16 | WRA | Phone conference with client re:;  AA's neuro-psychology |
| 05/04/16 | WRA | Phone conference with Glenn R. Caddy, Ph.D. re: his evaluation of client |
| 05/12/16 | WRA | Receive and review correspondence from |

# ATTACHMENT 8

Case 0:17-cv-60533-JEM   Document 217-8   Entered on FLSD Docket 08/02/2019   Page 2 of 2

*PATTERSON vs. American Airline*  *Invoice No.  21813*  Page 2

        client re: his correspondence, conversations with Union, Capt. Stillhouse and termination / demotions of his antagonists

Total fees for this matter

**BILLING SUMMARY**

Amlong, William R.

TOTAL FEES
TOTAL DISBURSEMENTS
LESS PREPAID AMOUNT

TOTAL CHARGES FOR THIS BILL
NET BALANCE FORWARD

**PLEASE PAY THIS AMOUNT**

Please notify us within 10 days of any questions or dispute with this bill. Otherwise, we will assume you agree that these charges are fair and correct.
================================================================================
Additional costs, if any, will be billed separately.
We now accept MasterCard, Visa, Discover and American Express as form of payment.
To make a payment, please visit our website, www.TheAmlongFirm.com and click on the "Contact Us" in the lower right hand corner of the homepage. The "CLICK TO PAY" option will appear at the bottom of the resulting window.