UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Fort Lauderdale Division

Case Number: 17-cv-60533-MARTINEZ/OTAZO-REYES

RODNEY SCOTT PATTERSON,

   Plaintiff,

vs.

AMERICAN AIRLINES, INC.,

   Defendant.
_____/

**Plaintiff's Notice Striking [DE 218]
The Amlong Firm's Rule 11 Motion re:
<u>American Airlines, Inc.'s Motion for Sanctions</u>**

     Amlong & Amlong, P.A., d/b/a The Amlong Firm hereby gives notice of striking The Amlong Firm's Rule 11 Motion re: American Airlines, Inc.'s Motion for Sanctions, which was, inadvertently, filed instead of served by the undersigned's assistant.

Respectfully Submitted,

/s/ William R. Amlong
WILLIAM R. AMLONG
Florida Bar No: 470228
WRAmlong@TheAmlongFirm.com
AMLONG & AMLONG, P.A.

Attorneys for Defendant
500 Northeast Fourth Street
Second Floor
Fort Lauderdale, Florida  33301-1154
(954) 462-1983

**Certificate of Service**

    **I HEREBY CERTIFY** that a true and correct copy of the foregoing has been furnished by Electronic Delivery this 2nd day of August, 2019, to all counsel of record and via U.S.Mail to Scott Patterson, 1092 NW 139th Terrace, Pembroke Pines, Florida 33028.

/s/ William R. Amlong
WILLIAM R. AMLONG

\\amlong3\cpshare\CPWin\HISTORY\190708_0001\1538.2B4