FILING FEE
PAID ___ NO ___
In Forma Pauperis ___ NO ___
Angela E. Noble, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Fort Lauderdale Division

Case Number: 17-cv-60533-MARTINEZ/OTAZO-REYES

Lt. Col. RODNEY SCOTT PATTERSON

    Plaintiff,

vs.

AMERICAN AIRLINES, INC.,

    Defendant.
_____/

FILED BY ___ D.C.
AUG 16 2019
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

## Notice of Appeal

Plaintiff, Lt. Col. Rodney Scott Patterson, hereby appeals to the United States Court of Appeals for the Eleventh Circuit the Order denying [205] MOTION for Judicial Disqualification entered on July 24, 2019 [DE 213] and the Order Denying Plaintiff's Amended Motion to Amend Judgment entered August 1, 2019 [DE 216].

Per 38 U.S.C. 4323(h)(1) and 20 C.F.R § 1002.310, No fees or court costs may be charged against an individual if he or she is claiming rights under the Act (USERRA). The filing fee or costs are requested to be waived.

August 15, 2019

Respectfully Submitted,

Rodney Scott Patterson, Lt. Col
Pro Se
1092 NW 139th Terrace
Pembroke Pines, FL 33028-2340
704-231-0909
ScottPatterson247@gmail.com

## Certificate of Service

**I HEREBY CERTIFY** that this notice has been filed with the Southern District of Florida this and is served on all counsel or parties of record and by U.S. Mail.

_____
RODNEY SCOTT PATTERSON

## Service List

WILLIAM R. AMLONG

WRAmlong@TheAmlongFirm.com
Florida Bar Number 470228 KAREN COOLMAN AMLONG
KAmlong@TheAmlongFirm.com
Florida Bar Number 275565
AMLONG & AMLONG, P.A.
500 Northeast Fourth Street, Fort Lauderdale, Florida 33301 (954) 462-1983

NOEL C. PACE (*Pro hac vice*)
noel.c.pace.esq@gmail.com
206 N.W. 91 Street
El Portal, Florida 33150
(305) 219-1191

MICHAEL A. HOLT

HOLTmholt@fisherphillips.com
Florida Bar Number 91156 FISHER & PHILLIPS LLP
450 E. Las Olas Blvd., Suite 800 Fort Lauderdale, Florida 33301 Telephone: 954.525.4800

MARK W. ROBERTSON
mrobertson@omm.com
O'MELVENY & MYERS LLP
Times Square Tower 7
Times Square
New York, New York 10036
(212) 326-2000

TRISTAN MORALES
tmorales@omm.com
O'MELVENY & MYERS LLP
1625 Eye Street, Northwest
Washington, DC 20006
(202) 383-5300 / 383-5414 Fax

CAMERON CLOAR-ZAVALETA (*Pro hac vice*)
Cameron.R.Cloar@aa.com
AMERICAN AIRLINES, INC.
4333 Amon Carter Boulevard Ft. Worth, Texas 76155 Telephone: (817) 963-1234