UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO.: 17-cv-60533-MARTINEZ-OTAZO-REYES

RODNEY SCOTT PATTERSON,
    Plaintiff,

vs.

AMERICAN AIRLINES, INC., a Delaware
Corporation,

    Defendant.
    _____/

## AMERICAN AIRLINES, INC.'S NOTICE OF DEPOSITION DESIGNATIONS

Defendant American Airlines, Inc. ("American") gives notice that it intends to rely upon the deposition testimony designated below as substantive evidence at August 26, 2019 evidentiary hearing on American's motion for sanctions.

### Deposition of Gary Kay, Ph. D.
(Taken November 28, 2018)[1]

1. Page 6, line 20 through page 7, line 17.

2. Page 21, line 14 through page 22, line 5.

3. Page 27, line 1 through page 32, line 11.

4. Page 33, lines 3–17.

5. Page 74, line 6 through page 77, line 18.

6. Page 78, lines 5–22.

---

[1] The full transcript of Dr. Kay's deposition has been previously filed with the Clerk of the Court. See ECF No. 154-4. American has provided the attached highlighted excerpts of the transcript for the Court's convenience.

7. Page 79, line 19 through page 80, line 18.

8. Page 127, line 8 through page 129, line 2.

9. Page 129, line 19 through page 130, line 4.

10. Page 130, line 11 through page 135, line 5.

11. Page 137, line 14 through page 141, line 2.

12. Page 145, line 17 (beginning with "Let me ask . . .") through page 147, line 5.

13. Page 158, line 14 through page 159, line 4.

14. Page 161, lines 10–19 and 21–22.

15. Page 162, lines 2–16 and 19–21.

16. Page 168, lines 3–11.

17. Page 171, line 15 through page 172, line 16.

18. Page 173, line 2 through page 174, line 8.

19. Page 181, line 18 through page 182, line 1.

20. Page 187, lines 6–16.

21. Page 189, line 21 through page 190, line 12.

22. Page 192, line 22 through page 195, line 12.

23. Page 196, line 1 through page 197, line 4.

Respectfully submitted,

By: /s/ Michael A. Holt

Michael A. Holt
mholt@fisherphillips.com
Florida Bar No.: 91156
**FISHER & PHILLIPS LLP**
450 East Las Olas Boulevard
Suite 800
Fort Lauderdale, Florida  33301
Telephone: (954) 847-4709

Mark W. Robertson (*Pro Hac Vice*)
mrobertson@omm.com
**O'MELVENY & MYERS LLP**
Time Square Tower, 7 Times Square
New York, New York 10036
Telephone: (212) 326-2000

Tristan Morales (*Pro Hac Vice*)
tmorales@omm.com
**O'MELVENY & MYERS LLP**
1625 Eye Street, Northwest
Washington, DC 20006
Telephone: (202) 383-5300

*Attorneys for American Airlines, Inc.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 20th day of August, 2019, the foregoing document was filed with the Clerk of the Court using the CM/ECF system and a true and correct copy was served on the counsel or parties of record listed below.

By: /s/ Michael A. Holt
    MICHAEL A. HOLT

## SERVICE LIST

William R. Amlong, Esq.
WRAmlong@TheAmlongFirm.com
Karen Coolman Amlong, Esq.
KAmlong@TheAmlongFirm.com
**AMLONG & AMLONG, P.A.**
500 Northeast Fourth Street
Fort Lauderdale, FL 33301
Telephone: (954) 462-1983
Facsimile: (954) 523-3192

Noel C. Pace, Esq.
(*Pro Hac Vice*)
noel.c.pace.esq@gmail.com
206 N.W. 91 Street
El Portal, Florida 33150
Telephone: (305) 710-3713

(Service via CM/ECF)

*Counsel for Plaintiff*

Michael A. Holt, Esq.
mholt@fisherphillips.com
**FISHER & PHILLIPS LLP**
450 East Las Olas Boulevard
Fort Lauderdale, Florida 33301
Telephone: (954) 847-4709
Facsimile: (954) 525-8739

Mark W. Robertson, Esq.
mrobertson@omm.com
(*Pro Hac Vice*)
**O'MELVENY & MYERS LLP**
Times Square Tower 7 Times Square
New York, New York 10036
Telephone: (212) 326-2000
Facsimile: (212) 326-2061

Tristan Morales, Esq.
tmorales@omm.com
(*Pro Hac Vice*)
**O'MELVENY & MYERS LLP**
1625 Eye Street, Northwest
Washington, DC 20006
Telephone: (202) 383-5300
Facsimile: (202) 383-5414

(Service via CM/ECF)

*Counsel for American Airlines, Inc.*