**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
FORT LAUDERDALE DIVISION

CASE NO.: 17-cv-60533-MARTINEZ-OTAZO-REYES

RODNEY SCOTT PATTERSON,
    Plaintiff,

vs.

AMERICAN AIRLINES, INC., a Delaware Corporation,

    Defendant.
_____/

**AMERICAN AIRLINES, INC.'S MOTION FOR LEAVE TO BRING**
**ELECTRONIC EQUIPMENT TO THE AUGUST 26, 2019 EVIDENTIARY HEARING**

THIS CAUSE is before the Court upon Defendant American Airlines, Inc. ("American") Motion for Leave to Bring Electronic Equipment to the August 26, 2019 Evidentiary Hearing (the "Motion"), ECF No. ___. The Court is fully advised in the premises. It is hereby

**ORDERED AND ADJUDGED** that the Motion is **GRANTED**. American's counsel of record may bring a laptop computer along with external media (such as a hard drive or USB drive), adapters, cables, and power cords into the Courthouse on August 26, 2019 for use at the evidentiary hearing on American's motion for sanctions.

**DONE AND ORDERED** in Chambers at Miami, Florida this ___ day of August, 2019.

 

                                                **ALICIA M. OTAZO-REYES**
                                                **UNITED STATES MAGISTRATE JUDGE**

Copies to:    All Counsel of Record
                   Court Security