UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 17-cv-60533-MARTINEZ-OTAZO-REYES

RODNEY SCOTT PATTERSON,
    Plaintiff,

vs.

AMERICAN AIRLINES, INC., a Delaware Corporation,

    Defendant.
_____/

**AMERICAN AIRLINES, INC.'S MOTION FOR LEAVE TO BRING
ELECTRONIC EQUIPMENT TO THE AUGUST 26, 2019 EVIDENTIARY HEARING**

THIS CAUSE is before the Court upon Defendant American Airlines, Inc. ("American") Motion for Leave to Bring Electronic Equipment to the August 26, 2019 Evidentiary Hearing (the "Motion"), ECF No. 224. The Court is fully advised in the premises. It is hereby

**ORDERED AND ADJUDGED** that the Motion is **GRANTED**. American's counsel of record may bring a laptop computer along with external media (such as a hard drive or USB drive), adapters, cables, and power cords into the Courthouse on August 26, 2019 for use at the evidentiary hearing on American's motion for sanctions.

**DONE AND ORDERED** in Chambers at Miami, Florida this 21st day of August, 2019.

                                                      ALICIA M. OTAZO-REYES
                                                      UNITED STATES MAGISTRATE JUDGE

cc:    United States District Judge Jose E. Martinez
        Counsel of Record