UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Fort Lauderdale Division

Case Number: 17-cv-60533-MARTINEZ/OTAZO-REYES

RODNEY SCOTT PATTERSON,

   Plaintiff,

vs.

AMERICAN AIRLINES, INC.,

   Defendant.
_____/

**The Amlong Firm's Motion for Kristie Caddy to Appear
via Video Conference at August 26, 2019 Hearing**

     William R. Amlong, Esquire, on behalf of himself; Karen Coolman Amlong, Attorney at Law; Jennifer Daley, Esquire; Isha Kochhar, Esquire, and Amlong & Amlong, P.A., d/b/a The Amlong Firm, move for leave to allow Kristie Caddie to appear via video-conference for the August 29, 2019 on Defendant's Motion for Sanctions [D.E. 154] and state as follows:

     1.    Pursuant to this Court's Order [D.E. 214], this matter is set for an evidentiary hearing August 26, 2019 at 10:00AM on Defendant's Motion for Sanctions [D.E. 154].

     2.    Undersigned intends to call as a fact witness Kristie Caddy, who will testify as to when, and under what circumstances she, as office

manager of Glenn R. Caddy, Ph.D., P.A., received, retrieved and delivered to William R. Amlong, Dr. Edward Bercaw's report concerning plaintiff Rodney S. Patterson. Undersigned counsel believe it is essential Ms. Caddy testifies.

3. Ms. Caddy, however, is in Wyoming and is planning to be there for several more weeks. She would like to present her testimony from Wyoming, and is prepared to do so from a video-conferencing site with a notary public there to swear her in. Such arrangements would ensure the Court maintains integrity and efficiency during the proceedings while allowing the undersigned to fully defend against American Airlines' allegations.

4. Pursuant to Local Rule 7.1, counsel for American Airlines, Inc. was contacted regarding the relief sought in this motion, and they do not object.

Respectfully Submitted,

/s/ Isha Kochhar
WILLIAM R. AMLONG
Florida Bar No.: 470228
WRAmlong@TheAmlongFirm.com
KAREN COOLMAN AMLONG
Florida Bar No.: 275565
KAmlong@TheAmlongFirm.com
JENNIFER DALEY
Florida Bar No. 856436
JDaley@TheAmlongFirm.com
ISHA KOCHHAR
Florida Bar No. 105294
IKochhar@TheAmlongFirm.com

AMLONG & AMLONG, P.A.<br>
500 Northeast Fourth Street<br>
Second Floor<br>
Fort Lauderdale, Florida 33301<br>
Telephone: (954) 462-1983<br>
Facsimile: (954) 463-5008

## Certificate of Service

**I HEREBY CERTIFY** that this motion has been filed using the ECF system of the Southern District of Florida this 21st day of August and thereby served on all counsel or parties of record and by electronic mail the same day upon the plaintiff, Rodney Scott Patterson, 1092 NW 39th Terrace, Pembroke Pines, FL 33028, 702-231-0909, aa737drvr@aol.com and Noel Christian Pace, Esquire, 206 NW 91st Street, El Portal, Florida 33150-2259, Noel.c.pace.esq@gmail.com.

/s/ Isha Kochhar<br>
ISHA KOCHHAR

\\amlong3\cpshare\CPWin\HISTORY\190708_0001\1538.2C2