UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Fort Lauderdale Division

Case Number: 17-cv-60533-MARTINEZ/OTAZO-REYES

RODNEY SCOTT PATTERSON,

   Plaintiff,

vs.

AMERICAN AIRLINES, INC.,

   Defendant.
_____/

**The Amlong Firm's Motion for Leave to Bring in Electronic Equipment
For August 26, 2019 Evidentiary Hearing**

William R. Amlong, Esquire, on behalf of himself; Karen Coolman Amlong, Attorney at Law; Jennifer Daley, Esquire; Isha Kochhar, Esquire, and Amlong & Amlong, P.A., d/b/a The Amlong Firm, move for leave to bring in electronic equipment for the August 26, 2019 Evidentiary hearing and state:

1.  Pursuant to this Court's Order [D.E. 214], this matter will come before the Court on August 26, 2019 at 10:00AM on defendant, American Airlines, Inc.'s Motion for Sanctions [D.E. 154].

2.  Undersigned counsel seeks leave to allow counsel (William R. Amlong, Karen Coolman Amlong, Jennifer Daley and Isha Kochhar) and

their staff (Yasmin P. Harris, legal assistant, and Patrick Hackett, IT specialist) to bring in the following electronic equipment for the hearing:

 a. William R. Amlong's laptop computer;

 b. Karen Coolman Amlong's laptop computer;

 c. Isha Kochhar's laptop computer;

 d. William R. Amlong's iPhone;

 e. Karen Coolman Amlong's iPhone;

 f. Jennifer Daley's cell phone;

 g. Isha Kochhar's iPhone;

 h. one JetPack AirCard for wireless internet access;

 i. one small, portable HP printer;

 j. one small, portable Fujitsu digital scanner;

 k. one PowerPoint handle presentation device; and

 l. ancillary cables and power cords.

3. At the hearing, undersigned counsel expects to present evidence, including witness testimony, for which counsel would like to use their laptops and related equipment to assist them, and for their staff to assist in transmitting the equipment to the courtroom.

4. Counsel does not anticiapate the use of the electronic equipment would be distracting to the Court.

5.  Pursuant to Local Rule 7.1, counsel for the defendant was contacted regarding the relief sought in this motion and has indicated defendant does not object.

WHEREFORE, undersigned counsel moves for entry of an order allowing counsel to bring into the Courthouse computer equipment and equipment connections for the evidentiary hearing scheduled for August 26, 2019, and for any further relief this Court deems just.

Respectfully Submitted,

/s/ Isha Kochhar
WILLIAM R. AMLONG
Florida Bar No.: 470228
WRAmlong@TheAmlongFirm.com
KAREN COOLMAN AMLONG
Florida Bar No.: 275565
KAmlong@TheAmlongFirm.com
JENNIFER DALEY
Florida Bar No.: 856436
JDaley@TheAmlongFirm.com
ISHA KOCHHAR
Florida Bar No.: 105294

AMLONG & AMLONG, P.A.
500 Northeast Fourth Street
Second Floor
Fort Lauderdale, Florida 33301
Telephone: (954) 462-1983
Facsimile: (954) 463-5008

## Certificate of Service

**I HEREBY CERTIFY** that this motion has been filed using the ECF system of the Southern District of Florida this 21st day of August, 2019 and thereby served on all counsel or parties of record and by electronic mail the same day upon the plaintiff, Rodney Scott Patterson, 1092 NW 39th Terrace, Pembroke Pines, FL 33028, 702-231-0909, aa737drvr@aol.com and Noel Christian Pace, Esquire, 206 NW 91st Street, El Portal, Florida 33150-2259, Noel.c.pace.esq@gmail.com.

/s/ Isha Kochhar

ISHA KOCHHAR

\\amlong3\cpshare\CPWin\HISTORY\190708_0001\1538.2C3