**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO.: 17-cv-60533-MARTINEZ/AOR

RODNEY SCOTT PATTERSON,

    Plaintiff,

vs.

AMERICAN AIRLINES, INC., a Delaware Corporation,

    Defendant.

_____/

**ORDER**

    THIS MATTER is before the court upon The Amlong Firms's Motion for Leave to Bring in Electronic Equipment for August 26, 2019 Evidentiary Hearing [DE 227]. The Court having carefully considered the motion, having reviewed the court file and having been fully advised in the premises, finds that there is good cause to grant the instant motion. It is therefore

    **ORDERED AND ADJUDGED** that said motion is hereby **GRANTED**. William R. Amlong, Karen Coolman Amlong, Isha Kochhar, Yasmin P. Harris, and Patrick Hackett may bring into the courthouse counsel's laptop computers, iPhones, a small printer, a small scanner, a JetPack AirCard, a PowerPoint handheld presentation device, and ancillary cables and power cords, for the August 26, 2019 hearing on Defendant's Motion for Sanctions.

    **DONE AND ORDERED** in Chambers at Miami, Florida this 22nd day of August, 2019.

_/s/ Alicia M. Otazo-Reyes_
ALICIA M. OTAZO-REYES
UNITED STATES MAGISTRATE JUDGE

cc:    United States District Judge Jose E. Martinez
        Counsel of Record