IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

Case Number: 17-cv-60533-JEM

RODNEY SCOTT PATTERSON,

    Plaintiff,

vs.

AMERICAN AIRLINES, INC., a
Delaware Corporation,

    Defendant.
_____/

## Notice of Appearance of Attorney Karen Coolman Amlong on Behalf of William Robert Amlong

TO THE CLERK OF THE ABOVE COURT:

Please take notice of the appearance of the undersigned as attorney of record for William Robert Amlong, Esq.

Dated: August 22, 2019

**THIS SPACE LEFT INTENTIONALLY BLANK**

Respectfully Submitted,

 /s/ Karen Coolman Amlong
WILLIAM R. AMLONG
Florida Bar No: 470228
wramlong@theamlongfirm.com
KAREN COOLMAN AMLONG
Florida Bar Number 275565
kamlong@theamlongfirm.com
ISHA KOCHHAR
Florida Bar No: 105294
ikochhar@theamlongfirm.com
AMLONG & AMLONG, P.A.
Attorney for Plaintiffs
500 Northeast Fourth Street
Fort Lauderdale, Florida 33301-1154
(954) 462-1983

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been filed using the ECF system of the Southern District of Florida this  22nd  day of August, 2019 and thereby served on all counsel or parties of records and by electronic mail the same day upon the plaintiff, Rodney Scott Patterson, 1092 NW 39th Terrace, Pembroke Pines, FL 33028, (702) 231-0909, aa737drvr@aol.com and Noel Christian Pace, Esquire, 206 NW 91st Street, El Portal, FL 33150, noel.c.pace.esq@gmail.com.

 /s/   Karen Coolman Amlong
KAREN COOLMAN AMLONG

\\amlong3\cpshare\CPWin\HISTORY\190708_0001\1538.2BD