IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

Case Number: 17-cv-60533-JEM

RODNEY SCOTT PATTERSON,

   Plaintiff,

vs.

AMERICAN AIRLINES, INC., a
Delaware Corporation,

   Defendant.
_____/

**Notice of Appearance of Attorney Isha Kochhar
on Behalf of William Robert Amlong**

TO THE CLERK OF THE ABOVE COURT:

   Please take notice of the appearance of the undersigned as attorney of record for William Robert Amlong, Esq.

   Dated: August 22, 2019

**THIS SPACE LEFT INTENTIONALLY BLANK**

**The Amlong Firm** • 500 Northeast Fourth Street • Fort Lauderdale, FL  33301 • 954.462.1983

        Respectfully Submitted,

        /s/ Isha Kochhar
        WILLIAM R. AMLONG
        Florida Bar No: 470228
        wramlong@theamlongfirm.com
        KAREN COOLMAN AMLONG
        Florida Bar Number 275565
        kamlong@theamlongfirm.com
        ISHA KOCHHAR
        Florida Bar No: 105294
        ikochhar@theamlongfirm.com
        AMLONG & AMLONG, P.A.
        Attorney for Plaintiffs
        500 Northeast Fourth Street
        Fort Lauderdale, Florida 33301-1154
        (954) 462-1983

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been filed using the ECF system of the Southern District of Florida this  22nd  day of August, 2019 and thereby served on all counsel or parties of records and by electronic mail the same day upon the plaintiff, Rodney Scott Patterson, 1092 NW 39th Terrace, Pembroke Pines, FL 33028, (702) 231-0909, aa737drvr@aol.com and Noel Christian Pace, Esquire, 206 NW 91st Street, El Portal, FL 33150, noel.c.pace.esq@gmail.com.

        /s/   Isha Kochhar
        ISHA KOCHHAR

\\amlong3\cpshare\CPWin\HISTORY\190708_0001\1538.2BC