# Yasmin Harris

| | |
|---|---|
| **From:** | Geoffrey Kanter <drk@medpsych.net> |
| **Sent:** | Wednesday, September 26, 2018 5:55 PM |
| **To:** | Kamlong@TheAmlongFirm.com |
| **Cc:** | Lisa Golden; wramlong@theamlongfirm.com; jdaley@theamlongfirm.com; mholt@fisherphillips.com; Ed Bercaw |
| **Subject:** | Re: 2219-00000 PATTERSON, SCOTT vs. American Airlines (WRA/KCA): Registered: Dr. Bercaw email search for Patterson v. American Airlines, Inc. |

NO!! For the last time, we do not have any such emails in our system nor are any emails accessible by my IT staff; I have checked. I am praying that this will be the last communication on this matter. Please cease and desist.

Dr. Geoffrey Kanter
President, CMPS

On Sep 26, 2018, at 5:48 PM, Karen Coolman Amlong <Kamlong@TheAmlongFirm.com> wrote:

 

This is a Registered Email™ message from **Karen Coolman Amlong**.

Dr. Kanter and Ms. Golden:

I am one of the attorneys working on the case about which Yasmin Harris has been communicating with Ms. Kanter. The emails at issue all were sent and received by Dr. Bercaw using a medpsych.net email address in 2016 (not 2017 or 2018 as stated by Ms. Harris; I just caught the mistake). Dr. Bercaw has told my partner he has no emails with Mr. Patterson because he no longer is employed by CMPS. Is it possible that emails from that period are still on your server or some backup medium?

We very much appreciate your efforts to try to assist us. I will contact someone with your IT department directly if you can point me in the right direction and have no objection to me doing so. Both parties to the litigation (Mr. Patterson and American Airlines) are very eager to establish whether Dr. Bercaw sent Mr. Patterson a copy of his report after forgetting to attach it to his initial email sent April 22, 2016.

Thank you.

*Karen Coolman Amlong*

Karen Coolman Amlong
THE AMLONG FIRM
Phone: (954)-462-1983
eFax: (954)212-8040
kamlong@theamlongfirm.com
<image001.jpg>

# ATTACHMENT 3

1

500 Northeast Fourth Street, Fort Lauderdale, Fl 33301

Confidentiality Notice:  This e-mail and/or any attachment to it contains, or may contain, privileged and confidential information intended only for the use of the individual(s) named in the e-mail.  If you are not the intended recipient, or the person responsible for delivering it to the intended recipient, please permanently delete it from your computer system and promptly notify me.

