```
                                                         Page 1
 1            UNITED STATES DISTRICT COURT
              SOUTHERN DISTRICT OF FLORIDA
 2
         CASE NO.:  1:17-cv-60533-MARTINEZ/OTAZO-REYES
 3

 4

 5   RODNEY SCOTT PATTERSON,

 6          Plaintiff,

 7   vs.

 8   AMERICAN AIRLINES, INC., a Delaware
     Corporation,

 9
            Defendant.
10   _____/

11

12                        Amlong & Amlong, P.A.
                          500 Northeast 4th Street
13                        Second Floor
                          Fort Lauderdale, Florida 33301
14                        Thursday, June 7, 2018
                          1:19 p.m. - 3:48 p.m.
15

16

17      VIDEOTAPED DEPOSITION OF GLENN R. CADDY, Ph.D.

18

19

20

21         Taken on behalf of the Defendant before
22   Christine Savoureux-Mariner, Florida Professional
23   Reporter and Notary Public in and for the State
24   of Florida at Large, pursuant to Notice of Taking
25   Deposition in the above cause.
```

**ATTACHMENT 4**

Page 6

```
 1          reporter to mark the Notice of Deposition as
 2          Exhibit 1, and I'll hand a copy to counsel.
 3              (The referred-to document was marked for
 4    identification as Defendant's Exhibit 1.)
 5    BY MR. HOLT:
 6          Q   Dr. Caddy, have you seen Exhibit 1 before?
 7          A   No.
 8          Q   I'd like you to take a look page 3 of
 9    Exhibit 1, which identifies documents to bring with you
10    to this deposition.  Have you brought any documents
11    today in response to page 3 of Exhibit 1?
12          A   "Any and all reports and opinions prepared by
13    you in this case."  Essentially, in my head, and there
14    are some documents that address that, but I haven't
15    prepared a specific forensic report.
16          Q   We do have a copy of the expert disclosures,
17    so just to be clear, I'm only looking for documents
18    outside of the expert disclosures.
19          A   Okay.  "Any and all materials relied on" -- I
20    brought materials.  "Any and all materials considered in
21    any manner, whether or not you relied on objective" --
22    yes, number 3.
23              Number 4, "all communications with Edwin
24    Bercaw, including any persons, and Dr. Bercaw's office
25    regarding Plaintiff Rodney Scott Patterson."  As to
```

```
                                                      Page 7

 1    number 4, there is no document that I have.  I do have a
 2    memory of communicating with Dr. Bercaw.
 3         Q    Okay.  And we will talk a little bit about
 4    that --
 5         A    Okay.
 6         Q    -- a little bit later.
 7              MR. HOLT:  For the documents that you did
 8         bring with you, in addition to the experts
 9         disclosures in this case, Counsel, can we arrange,
10         after this deposition is over, for me to get a copy
11         of those?
12              MR. AMLONG:  Sure.
13              MR. HOLT:  Rather than taking the deposition
14         time, and your valuable time, Dr. Caddy.
15              THE WITNESS:  Just for clarity's sake, are we
16         including this?
17              MR. HOLT:  I have a copy of that and I'm about
18         to show you a copy of that right now --
19              THE WITNESS:  Okay, fine.
20              MR. HOLT:  -- so I think you've --
21              THE WITNESS:  Yes.
22              MR. HOLT:  -- pre-anticipated -- that's
23         redundant.  You've anticipated my line of
24         questioning.
25              Madame Court Reporter, I would like to mark
```