Department of Health

# License Verification

FRANCY NATHALY FONSECA

🖨 Printer Friendly Version

License Number: PY9471

*Data As Of 7/15/2018*

| License Information | Secondary Locations | Discipline/Admin Action |

| | |
|---|---|
| Profession | Psychologist |
| License | PY9471 |
| ❓ License Status | CLEAR/ACTIVE |
| License Expiration Date | 5/31/2020 |
| License Original Issue Date | 01/11/2016 |
| Address of Record | 12 Cortez Way Florida DAVIE, FL 33324 UNITED STATES |
| Discipline on File | No |
| ❓ Public Complaint | No |

Back

For instructions on how to request a license certification of your Florida license to be sent to another state from the Florida Department of Health, please visit the License Certifications web page.



# ATTACHMENT 8

Privacy Statement | Disclaimer | Email Advisory | Accessibility

© 2015 FL HealthSource, All Rights Reserved Florida Department of Health | Division of Medical Quality Assurance Search Services