UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Fort Lauderdale Division

Case Number: 17-cv-60533-MARTINEZ/ORTAZO-REYES

RODNEY SCOTT PATTERSON,

    Plaintiff

vs.

AMERICAN AIRLINES, INC.,

    Defendant.
_____/

## Plaintiff, Rodney Scott Patterson, and The Amlong Firm's Joint Witness List for Evidentiary Hearing

William R. Amlong, Esq., on behalf of plaintiff, Rodney Scott Patterson, and Karen Coolman Amlong, Attorney at Law, on behalf of The Amlong Firm and its constituent lawyers, submit the following witness list pursuant to this Court's July 24, 2019 Order (DE 214) ("Each party shall submit a witness list and an exhibit list at the Evidentiay Hearing"):

1.     Rodney Scott Patterson

2.     William R. Amlong, Esq.

3.     Isha Kochhar, Esq.

4.     Yasmin P. Harris

5.     Patrick T. Hackett

6.     Noel C. Pace, Esq.

7.     Glenn R. Caddy, Ph.D.



The Amlong Firm • 500 Northeast Fourth Street • Fort Lauderdale, FL  33301 • 954.462.1983

8. Kristie Caddy

9. Gary Kay, Ph.D., by deposition

10. Any person listed on the defendant's witness list

11. Impeachment witnesses

12. Rebuttal witnesses

## Certificate of Service

**I HEREBY CERTIFY** that this motion has been filed using the ECF system of the Southern District of Florida this 26th day of August and thereby served on all counsel or parties of record and by electronic mail the same day upon the plaintiff, Rodney Scott Patterson, 1092 NW 39th Terrace, Pembroke Pines, FL 33028, 702-231-0909, aa737drvr@aol.com and Noel Christian Pace, Esquire, 206 NW 91st Street, El Portal, Florida 33150-2259, Noel.c.pace.esq@gmail.com.

Respectfully Submitted,

*/s/ William R. Amlong*
WILLIAM R. AMLONG
Florida Bar No.: 470228
WRAmlong@TheAmlongFirm.com
KAREN COOLMAN AMLONG
Florida Bar No.: 275565
KAmlong@TheAmlongFirm.com

AMLONG & AMLONG, P.A.
500 Northeast Fourth Street, Second Floor
Fort Lauderdale, Florida 33301
(954) 462-1983