UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Fort Lauderdale Division

Case Number: 17-cv-60533-MARTINEZ/ORTAZO-REYES

RODNEY SCOTT PATTERSON,

    Plaintiff,

vs.

AMERICAN AIRLINES, INC.,

    Defendant.

_____/

## EXHIBIT LIST FOR EVIDENTIARY HEARING FOR WILLIAM R. AMLONG and THE AMLONG FIRM

| No. | Description | Admitted |
|---|---|---|
| 01 | Screen Shots of Amlong Time Slips | |
| 02a | 160422 12:49 pm email from RSP to Bercaw re: Neuropsych Evaluation | |
| 02b | 160422 12:59 Email from RSP to Dr. Bercaw (Patterson_00434) | |
| 02c | 160422 320 pm email from WRA to Dr. Bercaw and RSP re Unclear if the Report will be sent to WRA | |
| 03 | 140426 1052 pm Redacted Email RSP to Dr. Caddy @ re Invoice | |
| 04 | 180105 Email from IK to TM, MH @ 7:16 am Transmitting Supplemental Response to Defendants Request for Production | |
| 05 | 180301 Plaintiffs Amended Privilege log | |
| 06 | 180420 Letter from TM to WRA Requesting Bercaw Report | |
| 07 | 180507 WRA Email Chain @ 12:58 pm Correcting Some Typos on Amended Interrogatory Answers | |
| 08 | 180507 RSP to WRA email chain 1:04 pm re Correcting Spelling of Name | |
| 09 | 180507 Plaintiff's Notice of Service of Amended Answers and Objections to Interrogatory No. 4 of Defendant's First Set of Interrogatories | |

| No. | Description | Admitted |
| --- | --- | --- |
| 10 | 180524 Plaintiffs Privilege Log re Tests Administered by/d Communications From Edward L. Bercaw. Ph.D., and Francy Nathaly Fonseca, Psy.D | |
| 11 | 180703 Email from RSP to WRA and YPH @ 7:16 am Transmitting May 6, 2016 letter from Dr, Bercaw to Dr, Caddy | |
| 12 | 180703 Email RSP to YPH @ 1:11 pm re My Union Rep Found This In His File | |
| 13 | 180705 Email from NP to WRA, RSP and KCA @ 6:35 am re Getting Bercaw's Cover Letter, etc. | |
| 14 | 180705 Email from RSP to YPH @ 12:01 pm re Transmitting Dr. Bercaw's Letter to Dr. Caddy and Report with Medtadata | |
| 15 | 180705 Email from YPH to WRA @ 12:16 pm re Forwarding Scotts email and attachment/Dr. Bercaws Report | |
| 16 | 180705 RSP to YPH and NP @ 12:26 pm re Send two items to the Court as Discovery Production | |
| 17 | 180709 11:37 am email from YPH to GRC re: Document from Dr. Bercaw | |
| 18 | 180709 Email from YPH to WRA @ 12:52 pm re Spoke to Dr. Caddy and confirmed he does not have Dr. Bercaw's documents | |
| 19 | 180705 Email from YPH to WRA @ 1:17 pm re Dr. Bercaw's docs on it's way to Dr. Caddy | |
| 20 | 180709 Email from WRA to RSP @ 2:00 pm. re Your Lying to me about Bercaw | |
| 21 | 180709 Email from YPH to GRC and WRA @ 2:54 pm re Documents from Dr. Bercaw's Office via Dr. Caddy's Office (Federal Expressed to Dr. Caddy) | |
| 22 | 180709 Email from YPH to WRA and GRC @ 3:40 pm re Fax from Dr. Bercaw | |
| 23 | 180709 Email from YPH to WRA to JEd @ 4:42 pm forwarding RSP email saying "No, I have nothing further" | |
| 24 | 180709 Email from YPH to MH @ 5:44 pm Transmitting Dr. Bercaw Records | |
| 25 | 180709 Email from SP to WRA, NP @ 6:49 pm re Your Lying to me about Bercaw | |

| No. | Description | Admitted |
|---|---|---|
| 26 | 180712 YPH to RSP @ 11:43 am Transmitting Package that was sent to OC re Bercaw Report. | |
| 27 | COMPOSITE: 180904 9:49 pm email from WRA to RSP re Deposition Testimony, 180904 1113 pm email from WRA to RSP (earlier draft was mistakenly sent too soon) re deposition (without exhibits) and 180905 1140 am email from RSP to WRA and others re emails | |
| 28 | 180905 2:01 pm email from KC to WRA FW New Fax Message from (941)363-0527 on 04/25/2016 at 3:55 pm | |
| 29 | 180908 7:14 pm WRA email to RSP re Motion to Strike Dr. Caddy | |
| 30 | 180912 Emails from WRA to Dr. Kay @ 5:13 pm Transmitting Bercaw Documents | |
| 31 | 180918 Email WRA to RSP @ 10:15 pm with attachment 160427 Email from RSH to Dr. Caddy re Berkaw Report is Lacking and needs to be redone | |
| 32 | 180918 RSP to WRA @ 1:07 pm re Email | |
| 33 | Composite - Check from A&A to Capsicum, Invoice from Capsicum and Email String re Work Performed | |
| 34 | 190303 Plaintiff's Withdrawal Notice re Report of Neuropsychlogical Assessment by Dr. Kay (DE 160) | |
| 35 | Patterson Timeline | |
| 36 | Dr. Gary Kay Deposition Excerpts | |
| 37 | Dr. Edwin Bercaw Deposition Excerpts | |
| 38 | Dr. Jeral Ahtone Deposition Excerpts | |
| 39 | Demonstrative and illustrative aids | |
| 40 | All matters of which the Court has been asked to take judicial notice | |
| 41 | All items listed on any other party's exhibit list | |
| 42 | Impeachment exhibits | |
| 43 | Rebuttal exhibits | |
| 44 | | |

| No. | Description | Admitted |
|---|---|---|
| 45 | | |
| 46 | | |
| 47 | | |
| 48 | | |
| 49 | | |
| 50 | | |

        Respectfully Submitted,

        */s/ Karen Coolman Amlong*
        KAREN COOLMAN AMLONG
        Florida Bar No.: 275565
        KAmlong@TheAmlongFirm.com
        WILLIAM R. AMLONG
        Florida Bar No.: 470228
        WRAmlong@TheAmlongFirm.com
        AMLONG & AMLONG, P.A.
        500 Northeast Fourth Street, Second Floor
        Fort Lauderdale, Florida 33301
        (954) 462-1983
        ***Attorneys for The Amlong Firm***

## Certificate of Service

    **I HEREBY CERTIFY** that a true and correct copy of the foregoing has been furnished by electronic delivery this   26th   day of August, 2018 on all counsel or parties of record and by electronic mail the same day upon the plaintiff, Rodney Scott Patterson, 1092 NW 39th Terrace, Pembroke Pines, FL 33028, 702-231-0909, aa737drvr@aol.com  and Noel Christian Pace, Esquire, 206 NW 91st Street, El Portal, Florida 33150-2259, Noel.c.pace.esq@gmail.com.

        */s/ Karen Coolman Amlong*
        KAREN COOLMAN AMLONG