UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Fort Lauderdale Division

Case Number: 17-cv-60533-MARTINEZ/ORTAZO-REYES

RODNEY SCOTT PATTERSON,

    Plaintiff,

vs.

AMERICAN AIRLINES, INC.,

    Defendant.

_____/

# EXHIBIT LIST FOR EVIDENTIARY HEARING FOR PLAINTIFF, RODNEY SCOTT PATTERSON

| No. | Description | Admitted |
|---|---|---|
| 01a | 160422 12:49 pm email from RSP to Bercaw re: Neuropsych Evaluation | |
| 01b | 160422 12:59 Email from RSP to Dr. Bercaw (Patterson_00434) | |
| 01c | 160422 320 pm email from WRA to Dr. Bercaw and RSP re Unclear if the Report will be sent to WRA | |
| 02 | 180524 Plaintiffs Privilege Log re Tests Administered by/d Communications From Edward L. Bercaw. Ph.D., and Francy Nathaly Fonseca, Psy.D | |
| 03 | 180703 Email from RSP to WRA and YPH @ 7:16 am Transmitting May 6, 2016 letter from Dr. Bercaw to Dr. Caddy | |
| 04 | 180703 Email RSP to YPH @ 1:11 pm re My Union Rep Found This In His File | |
| 05 | 180709 Email from YPH to WRA to JEd @ 4:42 pm forwarding RSP email saying "No, I have nothing further" | |
| 06 | 180709 Email from YPH to MH @ 5:44 pm Transmitting Dr. Bercaw Records | |
| 07 | 180905 2:01 pm email from KC to WRA FW New Fax Message from (941)363-0527 on 04/25/2016 at 3:55 pm | |

| No. | Description | Admitted |
|---|---|---|
| 08 | Composite - Check from A&A to Capsicum, Invoice from Capsicum and Email String re Work Performed | |
| 09 | 190303 Plaintiff's Withdrawal Notice re Report of Neuropsychlogical Assessment by Dr. Kay (DE 160) | |
| 10 | Patterson Timeline | |
| 11 | Dr. Gary Kay Deposition Excerpts | |
| 12 | Dr. Edwin Bercaw Deposition Excerpts | |
| 13 | Dr. Jeral Ahtone Deposition Excerpts | |
| 14 | Demonstrative and illustrative aids | |
| 15 | All matters of which the Court has been asked to take judicial notice | |
| 16 | All items listed on any other party's exhibit list | |
| 17 | Impeachment exhibits | |
| 18 | Rebuttal exhibits | |
| | | |

- Intentionally Left Blank -

## Certificate of Service

**I HEREBY CERTIFY** that this motion has been filed using the ECF system of the Southern District of Florida this 26th day of August and thereby served on all counsel or parties of record and by electronic mail the same day upon the plaintiff, Rodney Scott Patterson, 1092 NW 39th Terrace, Pembroke Pines, FL 33028, 702-231-0909, aa737drvr@aol.com and Noel Christian Pace, Esquire, 206 NW 91st Street, El Portal, Florida 33150-2259, Noel.c.pace.esq@gmail.com.

    Respectfully Submitted,

    */s/ William R. Amlong*
    WILLIAM R. AMLONG
    Florida Bar No.: 470228
    WRAmlong@TheAmlongFirm.com
    KAREN COOLMAN AMLONG
    Florida Bar No.: 275565
    KAmlong@TheAmlongFirm.com

    AMLONG & AMLONG, P.A.
    500 Northeast Fourth Street, Second Floor
    Fort Lauderdale, Florida 33301
    (954) 462-1983