UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Fort Lauderdale Division

Case Number: 17-cv-60533-MARTINEZ/ORTAZO-REYES

RODNEY SCOTT PATTERSON,

    Plaintiff,

vs.

AMERICAN AIRLINES, INC.,

    Defendant.

_____/

**The Amlong Firm's Cross-designation and Objections to Defndant, American Airlines, Inc.'s Designation of Gary Kay, Ph.D.'s Deposition**

The Amlong Firm, as a respondent to defendant, American Airlines, Inc.'s motion for sanctions, and pursuant to the Court's <u>ore tenus</u> instructions in open court today, files the appended cross-designations and objections to defendant's designation of the deposition of Gary Kay, Ph.D.:

*One*, the cross designations are appended as Attachment 1, and

*Two*, the objections, as follow, are appended as Attachment 2:

- Lines 168:3-11, relevance and foundation;
- Lines 171:15-172:16, relevance;
- Lines 173:2-174:8, relevance, and
- Lines 181:18-182:1, relevance.

Respectfully Submitted,

*/s/ William R. Amlong*
WILLIAM R. AMLONG
Florida Bar No.: 470228
WRAmlong@TheAmlongFirm.com
KAREN COOLMAN AMLONG

        Florida Bar No.: 275565
        KAmlong@TheAmlongFirm.com

        AMLONG & AMLONG, P.A.
        500 Northeast Fourth Street
        Second Floor
        Fort Lauderdale, Florida 33301
        (954) 462-1983

**Certificate of Service**

      I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by electronic delivery this 26th day of August, 2019 on all counsel or parties of record and by electronic mail the same day upon the plaintiff, Rodney Scott Patterson, 1092 NW 39th Terrace, Pembroke Pines, FL 33028, 702-231-0909, aa737drvr@aol.com and Noel Christian Pace, Esquire, 206 NW 91st Street, El Portal, Florida 33150-2259, Noel.c.pace.esq@gmail.com.

        /s/ William R. Amlong
        WILLIAM R.  AMLONG