# TextMap Annotation Digest Report

**Case Name:** Patterson
**Transcript:** [11/28/2018 4:30 PM] Kay, Dr. Gary G., Ph.D. - 181128

### Pg: 161 Ln: 10 - Pg: 162 Ln: 21

**Annotation:**
```
161:10     Q.  Okay.  Are you familiar with the concept of
    11  doctor-shopping in the fitness for duty concept?
    12     A.  It's frightening.  Yes.
    13     Q.  And what is it?
    14     A.  Well, a doctor doesn't -- I mean, a patient
    15  doesn't like the result and they go elsewhere to
    16  find an opinion that would be more to their liking.
    17  And that's of concern to doctors.
    18     Q.  In your experience, is that concept of
    19  doctor-shopping a concern to air carriers?
    20         MR. AMLONG:  Objection.  Foundation.
    21     A.  I don't know about air carriers expressing
    22  that concern.
162: 1  BY MR. MORALES:
     2     Q.  Okay.
     3     A.  I would hope that they would be concerned
     4  about that.
     5     Q.  And why is that?
     6     A.  Because basically if you shop around, you
     7  may get an opinion that may sound -- may not be
     8  valid, but it sounds okay, giving you incorrect
     9  information.  It may not be valid.
    10     Q.  Does that raise any concerns for airline
    11  pilots?
    12     A.  Sure.
    13     Q.  And what are those concerns broadly
    14  speaking?
    15     A.  That somebody who really has a
    16  disqualifying --
    17         MR. AMLONG:  Objection.  Foundation.
    18         THE WITNESS:  Certainly.
    19     A.  That somebody who has a disqualifying
    20  condition is actually, you know, flying and has an
    21  illicite medical certificate.
```

### Pg: 168 Ln: 3 - 12

**Annotation:**
```
168: 3     Q.  Line 8 there says, "Is Dr. Bercaw a health
     4  professional?"  And the answer is, "He is."  And
     5  Line 10.  The question is, "Have you visited him in
     6  the last three years?"  Asked on March 6, 2018.
     7  And the answer from Mr. Patterson is, "Not in the
     8  last three years."
     9         Is that consistent with your understanding
    10  today?
    11     A.  No, sir.
    12         MR. AMLONG:  Objection.
```

# TextMap Annotation Digest Report

**Case Name:** Patterson
**Transcript:** [11/28/2018 4:30 PM] Kay, Dr. Gary G., Ph.D. - 181128

### Pg: 171 Ln: 15 - Pg: 172 Ln: 16

**Annotation:**
```
171:15      Q.  Okay.  All right.  I now have 16.  This is
     16  Patterson_Tordella_00002 is at the bottom here.
     17  And it says FAA Form 8500 on the bottom left.  Are
     18  you able to identify this document?
     19          (Kay Exhibit Number 16 marked for
     20  identification.)
     21      A.  Yes.
     22      Q.  What is this?
172: 1      A.  This is a Form 8500-8.  It was the version
      2  of it signed by Mr. Patterson on July 18, 2017.
      3      Q.  Okay.  Bottom of the page, Question 19
      4  says, "Visits to Health Professionals Within the
      5  Last 3 Years."
      6          What is your understanding of what Mr.
      7  Patterson was being asked to provide there as a
      8  response to Question 19?
      9      A.  Any health professionals he's seen, as
     10  we've described earlier today.  Healthcare
     11  professional within the last three years.
     12      Q.  Okay.  Does that include
     13  neuropsychologists?
     14      A.  It certainly does.
     15      Q.  Does that include psychologists?
     16      A.  It certainly does.
```

### Pg: 173 Ln: 2 - Pg: 174 Ln: 8

**Annotation:**
```
173: 2      Q.  Okay.  It looks like there are three names
      3  on the first page, is that correct?
      4      A.  Right.  And then if you turn to Page 3 of
      5  your document --
      6      Q.  Okay.
      7      A.  -- it says 19 visits to health
      8  professionals in the last three years from Page 1.
      9  It lists other people.
     10      Q.  Do you see your name listed there?
     11      A.  I don't see my name.
     12      Q.  Do you see Dr. Bercaw's name listed there?
     13      A.  No.
     14      Q.  Do you see Dr. Caddy's name listed there?
     15      A.  No.
     16      Q.  Do you see Dr. Hastings' name listed there?
     17      A.  No.
     18      Q.  Okay.  Are any of those people that I just
     19  mentioned not health professionals?  Let me ask it
     20  this way --
     21      A.  They are -- no.  They are all health
     22  professionals.
174: 1      Q.  Okay.  Were each of them visited by Mr.
      2  Patterson within the three years preceding July of
```

## TextMap Annotation Digest Report

**Case Name:** Patterson
**Transcript:**   [11/28/2018 4:30 PM] Kay, Dr. Gary G., Ph.D. - 181128

### Pg: 173 Ln: 2 - Pg: 174 Ln: 8 continued...

**Annotation:**
```
174: 3  2017?
     4      A.  Yes.
     5      Q.  Okay.  Is there any basis that you're aware
     6  of for not listing those individuals in response to
     7  Item 19?
     8      A.  Not that I'm aware of.
```

### Pg: 181 Ln: 18 - Pg: 182 Ln: 1

**Annotation:**
```
181:18      Q.  Okay.  Is Dr. Bercaw a health professional
    19  that Mr. Patterson had visited within the last
    20  three years --
    21      A.  Yes.
    22      Q.  -- of July 2016?
182: 1      A.  Yes.
```