UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO.: 1:17-cv-60533-MARTINEZ-OTAZO-REYES

RODNEY SCOTT PATTERSON,
    Plaintiff,

vs.

AMERICAN AIRLINES, INC., a Delaware Corporation,

    Defendant.
_____/

**AMERICAN AIRLINES, INC.'S INDEX OF FILED EXHIBITS**

Pursuant to Local Rule 5.3, Defendant, American Airlines, Inc. hereby files the following exhibits, which were offered and admitted into evidence at the evidentiary hearing held on American's Motion for Sanctions before the Honorable Alicia Otazo-Reyes on August 26, 2019.

| Defendant's Exhibit Number | Description |
|---|---|
| 1 | Plaintiff's Complaint for Damages and Equitable Relief - Mar. 14, 2017 (DE 1) |
| 3 | Email from Plaintiff to Dr. Bercaw, Dr. Caddy, Mr. Amlong - Apr. 22, 2016, 12:49 PM (DE 136-3) |
| 4 | Email from Plaintiff to Dr. Bercaw, Dr. Caddy, Mr. Amlong - Apr. 22, 2016, 12:59 PM (DE 53-1) |
| 5 | Dr. Bercaw's Report - Apr. 22, 2016 (DE 87-1) |
| 7 | Emails from Plaintiff to Dr. Caddy regarding Dr. Bercaw's Report Apr. 26, 2016 (DE 144-4) |
| 8 | Emails from Plaintiff to Dr. Caddy regarding Dr. Bercaw's Evaluation - Apr. 29, 2016 (DE 79) |
| 9 | Dr. Bercaw's Letter to Dr. Caddy - May 6, 2016 (DE 136-1) |
| 10 | Plaintiff's Interrogatory Answers - July 5, 2017 (DE 154-1) |

| 11 | Plaintiff's Responses to American's Requests for Production - Sept. 9, 2017 (DE 154-2) |
|---|---|
| 12 | Plaintiff's Amended Interrogatory Answer - May 24, 2018 (DE 54-1) |
| 13 | Plaintiff's Privilege Log - May 24, 2018 (DE 54-2) |
| 14 | Plaintiff's Form 8500-8s  (Kay Dep. Ex. 16) |
| 15 | Plaintiff's Form 8500-8s  (Kay Dep. Ex. 16A) |
| 16 | Draft Letter Prepared by Plaintiff - June 15, 2018 |
| 17 | Handwritten Notes by Dr. Bercaw - Mar. 21, 2016 |
| 18 | Transcript of Discovery Hearing - June 27, 2018 (DE 161) |
| 19 | Plaintiff's Response to Motion for Extension of Time to File Daubert Motion - July 17, 2018 (DE 92) |
| 20 | Plaintiff's Response to American's Daubert Motion - Sept. 17, 2018 (DE 136) |
| 21 | Plaintiff's Notice of Withdrawal of Dr. Kay's 2016 Report - Mar. 3, 2019 (DE 160) |
| 22 | Transcript of Hearing on Motions for Summary Judgment - Mar. 8, 2019 (DE 173) |
| 23 | Email from K. Amlong to T. Morales producing Bercaw email – Mar. 1, 2018 |

Respectfully submitted,

By: /s/ Michael A. Holt

Michael A. Holt
mholt@fisherphillips.com
Florida Bar No.: 91156
**FISHER & PHILLIPS LLP**
450 East Las Olas Boulevard
Suite 800
Fort Lauderdale, Florida  33301
Telephone: (954) 847-4709
Facsimile: (954) 525-8739

Mark W. Robertson (*Pro Hac Vice*)
mrobertson@omm.com

2

**O'MELVENY & MYERS LLP**
Time Square Tower, 7 Times Square
New York, New York 10036
Telephone: (212) 326-2000
Facsimile: (212) 326-2061

Tristan Morales (*Pro Hac Vice*)
tmorales@omm.com
**O'MELVENY & MYERS LLP**
1625 Eye Street, Northwest
Washington, DC 20006
Telephone: (202) 383-5300
Facsimile: (202) 383-5414

*Attorneys for American Airlines, Inc.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 27th day of August, 2019, the foregoing document was filed with the Clerk of the Court using the CM/ECF system and a true and correct copy was served on the counsel or parties of record listed below.

By: /s/ Michael A. Holt
      MICHAEL A. HOLT

## SERVICE LIST

William R. Amlong, Esq.
WRAmlong@TheAmlongFirm.com
Karen Coolman Amlong, Esq.
KAmlong@TheAmlongFirm.com
**AMLONG & AMLONG, P.A.**
500 Northeast Fourth Street
Fort Lauderdale, FL 33301
Telephone: (954) 462-1983
Facsimile: (954) 523-3192

Noel C. Pace, Esq.
(*Pro Hac Vice)*
noel.c.pace.esq@gmail.com
206 N.W. 91 Street
El Portal, Florida 33150
Telephone: (305) 710-3713

(Service via CM/ECF)

*Counsel for Plaintiff*

Michael A. Holt, Esq.
mholt@fisherphillips.com
**FISHER & PHILLIPS LLP**
450 East Las Olas Boulevard
Fort Lauderdale, Florida 33301
Telephone: (954) 847-4709
Facsimile: (954) 525-8739

Mark W. Robertson, Esq.
mrobertson@omm.com
(*Pro Hac Vice*)
**O'MELVENY & MYERS LLP**
Times Square Tower 7 Times Square
New York, New York 10036
Telephone: (212) 326-2000
Facsimile: (212) 326-2061

Tristan Morales, Esq.
tmorales@omm.com
(*Pro Hac Vice*)
**O'MELVENY & MYERS LLP**
1625 Eye Street, Northwest
Washington, DC 20006
Telephone: (202) 383-5300
Facsimile: (202) 383-5414

(Service via CM/ECF)

*Counsel for American Airlines, Inc.*

4