**Yasmin Harris**

| | |
|---|---|
| **From:** | Scott <aa737drvr@aol.com> |
| **Sent:** | Friday, April 22, 2016 12:49 PM |
| **To:** | edb@medpsych.net |
| **Cc:** | drfonseca@medpsych.net; glenncaddy@gmail.com; wramlong@theamlongfirm.com |
| **Subject:** | Re: Neuropsych Evaluation |

Dr. Bercaw

Per our conversation on 21 MAR, you advised me that you would not release any information without my specific approval.
I am having a conflict with American Airlines that has required me to retain counsel and all communications with American Airlines or the Federal Aviation Administration should go through my attorney, Mr. William Amlong, Esq cc line.

Mr Amlong has hired Dr Glenn Caddy to undertake a comprehensive examination of all of the matters dealing with my case. I have authorized Dr. Caddy to both speak with you and obtain a copy of your report together with a copy of your entire file in this matter. I have also requested Dr. Caddy to set up a time to speak with you telephonically and was speaking with Dr. Caddy only a half hour ago. He advised he left a message with your company and would like for you to call him to discuss all of your findings.

Dr. Caddy will arrange to pay you for your time in this matter. Please discuss your fee with him.

At the moment I am rescinding any authorization for you to send my records anywhere other than to Dr. Caddy, specifically those authorizations entitled Federal Aviation Administration or Aviation Medical Examiner are at this time rescinded.

v/r

Scott Patterson
704-231-0909

-----Original Message-----
From: Ed Bercaw <edb@medpsych.net>
To: aa737drvr <aa737drvr@aol.com>
Cc: Nathaly Fonseca, Psy.D. <drfonseca@medpsych.net>
Sent: Fri, Apr 22, 2016 11:38 am
Subject: Neuropsych Evaluation

Good Morning Mr. Patterson,

Sorry for the delay on this report. We did get the medical records this week and wrapped up the report just today. A PDF is attached. I will be available to answer any questions you might have after reviewing this. I received the authorization to send this to your attorney, which I can do after you have had a chance to read this. Ultimately, the recommendation is that this should go to review by the FAA, who has a few "in house" neuropsychologist consultants who render an opinion. They will have the data they need from us, but we are willing to do any follow-up or additional testing that may be required later, which is sometimes the case.

Thank you and best regards,

Ed Bercaw

**ATTACHMENT 2**



DEFENDANT'S
EXHIBIT
O3
0:17-cv-60533-JEM

Edwin Bercaw, Ph.D.
Neuropsychologist
Comprehensive MedPsych Systems, Inc.
(941) 363-0878, ext 2101
(941) 363-0527 fax

Email Confidentiality Notice: This e-mail message (including any attachments) may be confidential and subject to protection under the law, including the Health Insurance Portability and Accountability Act (HIPAA), the Electronic Communications Privacy Act, 18 U.S.C. Statute 2510-2521, and/or the Federal confidentiality rules (42CFR Part 2). This e-mail, and any attachment, is intended solely for the individual or entity to whom it is addressed. If you are not the intended recipient, you are notified that any unauthorized review, dissemination, use, disclosure, distribution, and/or copying of the message(s) is strictly prohibited and may subject you to criminal and/or civil penalties. If you received this transmission in error, please contact the sender immediately by replying to this email and delete all received information (including attachments) from your computer and/or portable electronic device.