
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

Case No.: 17-60533-CIV-Martinez-Otazo-Reyes

RODNEY SCOTT PATTERSON,

    Plaintiff,

vs.

AMERICAN AIRLINES, INC., a Delaware corporation,

    Defendant.

_____/

**Notice of Service of Plaintiff's Answers and Objections to Defendant's First Set of Interrogatories to Plaintiff**

    Plaintiff, Rodney Scott Patterson, hereby serves his answers and objections to defendant, American Airlines, Inc.'s First Set of Interrogatories to Plaintiff dated July 5, 2017.

    Respectfully Submitted,

/s/ Isha Kochhar
WILLIAM R. AMLONG
Florida Bar No.: 470228
WRAmlong@TheAmlongFirm.com
KAREN COOLMAN AMLONG
Florida Bar No.: 275565
KAmlong@TheAmlongFirm.com
ISHA KOCHHAR
Florida Bar No.: 105294
IKochhar@TheAmlongFirm.com
**AMLONG & AMLONG, P.A.**
500 Northeast Fourth Street
Second Floor
Fort Lauderdale, Florida 33301
Telephone: (954) 462-1983
Facsimile: (954) 463-5008
***Attorneys for Plaintiff,***
    ***Rodney Scott Patterson***

Case 0:17-cv-60533-JEM   Document 244-8   Entered on FLSD Docket 08/27/2019   Page 1 of 12



DEFENDANT'S EXHIBIT 10
0:17-cv-60533-JEM

## Certificate of Service

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been furnished by e-mail this 15th day of August, 2017 on all counsel or parties of record on the Service List below.

## Service List

WILLIAM R. AMLONG
WRAmlong@TheAmlongFirm.com
KAREN COOLMAN AMLONG
KAmlong@TheAmlongfirm.com
ISHA KOCHHAR
IKochhar@TheAmlongFirm.com

**AMLONG & AMLONG, P.A.**
500 Northeast Fourth Street
Second Floor
Fort Lauderdale, Florida 33301
Telephone: (954) 462-1983
Facsimile: (954) 463-5008

***Counsel for Plaintiff***

MICHAEL A. HOLT
mholt@shb.com
**SHOOK, HARDY & BACON L.L.P.**
Miami Center, Suite 3200
201 South Biscayne Boulevard
Miami, Florida 33131
Telephone: (305) 358-5171
Facsimile: (305) 358-7470

MARK W. ROBERTSON, ESQ.
mrobertson@omm.com
**O'MELVENY & MYERS LLP**
Times Square Tower
7 Times Square
New York, New York 10036
Telephone: (212) 326-2000
Facsimile: (212) 326-2061

TRISTAN MORALES
tmorales@omm.com
**O'MELVENY & MYERS LLP**
1625 Eye Street, Northwest
Washington, District of Columbia 20006
Telephone: (202) 383-5300
Facsimile: (202) 383-5414

***Counsel for Defendant***

## Plaintiff, Rodney Scott Patterson's Objections and Answers to Defendant, American Airlines, Inc.'s First Set of Interrogatories

Plaintiff, Rodney Scott Patterson, hereby submits his answers and objections to Defendant, American Airlines, Inc.'s First Set of Interrogatories dated July 5, 2017 as follows:

1. Identify the name and address of each person who you believe as knowledge of the facts alleged in the Complaint.

**ANSWER**: Please see Attachment 1 appended to this response.

2. Identify (in accordance with the Definitions and Instructions below) each person likely to have discoverable information that you may use to support your claims as asserted in the Complaint, including each person you intend to call as a fact witness at any trial, along with the subject matter of the information you expect each person to have.

**ANSWER**: Plaintiff has not yet determined which fact witnesses he intends to call at trial.  Persons who may have discoverable information that plaintiff pay use to support his claims are identified in Attachment 1, appended to this response.

3. Identify (in accordance with the Definitions and Instructions below) each person with whom you have discussed, or from whom you have taken a statement concerning, the allegations in the Complaint, other than your attorneys in this litigation.

**ANSWER**: Plaintiff objects to the this interrogatory on the basis of overbreadth.  Over the course of the events that formed the basis of this

complaint, plaintiff has discussed the underlying facts of the complaint's allegations with numerous individuals, and the identification of each may not lead to the discovery of admissible evidence. Without waiving and subject to said objection, plaintiff has discussed in some way the allegations of this complaint with those individuals identified in Attachment 1, appended to this response. No statements have been taken.

4. Identify any medical practitioner (including, without limitation, psychologists or neurologists), by whom you have been evaluated or treated since January 1, 2014.

**ANSWER**: John Knippa; Joseph R. Tordella; Gary G. Kay; John R. Hastings, Martin Dayton; Charles R. Mummery.

5. Identify any Aviation Medical Examiner you have been examined by in connection with an FAA medical application from 2014 to the present.

**ANSWER**: Edward Antosek; Charles R. Mummery; Joseph R. Tordella.

6. Have you ever been a party (either as a plaintiff, petitioner, defendant, or respondent) in any civil or criminal action or administrative proceeding. If so, please identify the style and case number of the matter, including the body in which it was filed, and identify the attorney representing you in the matter.

**ANSWER**: <u>State of Florida vs. Patterson</u>; Broward County Case No. 16046607TI20A; Ted L. Hollander, Esq.

7. State each email account that you have used from January 1, 2014 through the present. For each such email account, state the

Page 4 of 7

approximate dates you used such email account and whether you still have access to such email account.

**ANSWER**: aa737drvr@aol.com; aa737drvr@gmail.com, both used from January 1, 2014 through current.

8.  State each social media account (including but not limited to Facebook, Twitter, Instagram, LinkedIn, or the like) that you have used at any time from January 1, 2014 through the present. For each such social media account, state the approximate dates you used such social media account and whether you still have access to such social media account.

**ANSWER**: Facebook, used continuously from January 1, 2014 through current with current access.

9.  For each category of damages you claim as a result of matters referred to in the Complaint, identify and describe your computation of such damages, including by specifying the amount of each category of damages and the method used to calculate those damages.

**ANSWER**: Plaintiff is unable to computer or calculate the precise amount of each category of damages at this time because some are unliquidated, because plaintiff does not have all of the information needed to do so at this time, and because the damages change daily. However, the calculation of plaintiff's damages includes:

a.  All benefit and wage losses incurred to the date of trial, based on the difference between what plaintiff would have earned but for defendant's wrongful actions and what plaintiff actually earned. Plaintiff

estimates this amount to be $436,920.00 through May 2017.

  b. All benefit and wage losses that plaintiff reasonably expects to incur in the future, based on the difference between what plaintiff would have earned but for defendant's wrongful actions and what plaintiff likely will earn.

  c. Increases in taxes incurred as a result of receiving a damage award in a single year.

  d. Prejudgment interest.

  e. Compensatory damages, which are unliquidated.

  10. Identify each source of income you have had, including employment (other than at American), from March 1, 2016 to the present.

  **ANSWER**: United States Army Reserve; Sky One Holdings, LLC.

Patterson vs. American Airlines, Inc.
Plaintiff's Responses to Defendant's First Set of Interrogatories Dated July 5, 2017

| Full Name | Role In Case | Knowledge |
|---|---|---|
| Ana Burke-Leon | Senior Specialist, ER Investigations, Advise and Counsel, American Airlines | Knowledge as to Plaintiff's Section 21 Complaint |
| Bennett Boggess, Esq. | Former General Counsel, Allied Pilots Association | Knowledge as to Plaintiff's Section 20 and 21 Complaint |
| Beth Holdren | Managing Director, Labor Relations - Flight, American Airlines | Knowledge as to Plaintiff's American Airlines' Policies and Procedures |
| Brian Beach | Former Managing Director – Flight, American Airlines Miami | Knowledge as to underlying allegations of the instant Complaint. |
| Brian Vitale | Captain, American Airlines, retired Army Warrant Officer in the reserve, former Allied Pilots Association base administrator | Knowledge as to underlying allegations of the instant Complaint. |
| Carolina (Last Name unknown) | Luis Rojas's assistant, now flight attendant | Knowledge as to Plaintiff's Military Leave Request |
| Cesar Bojeda | Complainant/AA Flight Attendant on October 2014 flight | Knowledge as to Plaintiff's October 2014 Flight |
| Charles R. Mummery, M.D. | Federal Aviation Administration Designated Senior Aviation Medical Examiner (AME) | Knowledge as to Plaintiff's medical examination and certification |
| Cindy Contreras, R.N. | Former Lead Nurse, American Airlines Occupational Health | Knowledge as to Plaintiff's Fitness for |

# ATTACHMENT 1

Patterson vs. American Airlines, Inc.
Plaintiff's Responses to Defendant's First Set of Interrogatories Dated July 5, 2017

| Full Name | Role In Case | Knowledge |
|---|---|---|
| | | Duty Notification in or about March 2014 |
| Daniel F. Carey | Captain, American Airlines, Allied Pilots Association President | Knowledge as to Plaintiff's Complaint; Negotiations with Mark Cronin |
| David Rintel | Captain, American Airlines; Allied Pilots Association, Chairman, Negotiating Committee | Knowledge as to American Airlines Contractual Procedures |
| David Tatum | Chief Pilot, American Airlines – Dallas/Fort Worth | Knowledge as to his providing plaintiff military leave on or about September 22, 2015 |
| Diane Sperando | Assistant to Beth Holdren, Michelle Montgomery | Knowledge as to American Airlines Policies and Procedures |
| Dianne Johnson | Senior Administrator, Pension Plan Administration, American Airlines | Knowledge as to American Airlines Policies and Procedures |
| Gary G. Kay, Ph.D. | Psychologist, developer of CogScreen AE | Knowledge as to his examinination of plaintiff in or about June 2016 |
| Glenn L. Whitehouse | Captain, American Airlines | Knowledge as to his complainat re October 2014 |

Patterson vs. American Airlines, Inc.
Plaintiff's Responses to Defendant's First Set of Interrogatories Dated July 5, 2017

| Full Name | Role In Case | Knowledge |
|---|---|---|
| | | Paraguay incident |
| Glenn R. Caddy, Ph.D. | Psychologist, Examined Rodney Scott Patterson | Knowledge as to his evaluation of Plaintiff |
| Graeham White | Pilot, American Airlines, Former LAX Base Chairman, Allied Pilots Association | Knowledge as to underlying allegations of the instant Complaint |
| Guy "Danny" Shellhouse | Captain, American Airlines | Knowledge as to underlying allegations of the instant Complaint |
| Ibrahim Abi-Rafeh | Plaintiff's physician as to Fitness for Duty evaluations | Received and evaluated Knippa's report |
| James Bonds | Former Chief Pilot, American Airlines - Miami | Knowledge as to American Airlines' disciplinary action against plaintiff on or about September 22, 2015 |
| Timothy Campbell | Captain, American Airlines | Knowledge as to Plaintiff's USERRA and Section 21 complaints |
| Jeral Ahtone, M.D. | Former American Airlines's Regional Medical Director | Knowledge as to Plaiintiff's American Airlines Fitness for Duty Evaluations |
| John D. Hastings, M.D. | Aeromedical Neurologist | Knowledge as to his examinination of |

Patterson vs. American Airlines, Inc.
Plaintiff's Responses to Defendant's First Set of Interrogatories Dated July 5, 2017

| Full Name | Role In Case | Knowledge |
|---|---|---|
|  |  | Plaintiff in or about February 2017 |
| John Flannigan | First Officer, American Airlines | Knowledge as to Paraguay flight |
| John Knippa | Neuro-psychologist, American Airlines | Knowledge as to his examinination of Plaintiff |
| Joseph R. Tordella | Aviation Medical Examiner – Federal Aviation Administration | Knowledge as to his first class (aireman medical certicifaions) |
| Kathy Emory | First Officer, American Airlines | Knowledge as to Plaintiff's Article 7 Hearing against Capt. Whitehouse |
| Kelly Magnuson | Rodney Scott Patterson's prior counsel | Knowledge as to plaintiff's initial USERRA complaint |
| Kevin Mase | Chief Pilot, Captain, American Airlines | Knowledge of all facts underlying plaintiff's instant complaint |
| Kimball Stone | Captain, Vice President-Flight, American Airlines | Knowledge of all facts underlying plaintiff's instant complaint |
| Lucretia Guia | American Airlines Managing Director and Associate General Counsel57 | Knowledge of all facts underlying plaintiff's instant complaint |
| Luis Rojas | American Airlines - Flight Adminstration | Knowledge of Plaintiff's military leave application in January 2010 and |

Patterson vs. American Airlines, Inc.
Plaintiff's Responses to Defendant's First Set of Interrogatories Dated July 5, 2017

| Full Name | Role In Case | Knowledge |
|---|---|---|
| | | September 2015. |
| Mark Cronin | Chief Pilot, American Airlines | Knowledge of all facts underlying plaintiff's instant complaint |
| Mark Modrich | Captain, American Airlines; Former Professional Standards Committee | Knowledge of all facts underlying plaintiff's instant complaint |
| Marsha Reekie | Allied Pilots Association Aeromedical Adviser and Former AA Medical Nurse | Knowledge of Knippa's examination of Plaintiff |
| Martin Dayton | Rodney Scott Patterson's treating physician | Knowledge of his treatment of Plaintiff and fitness for duty |
| Michelle Montgomery | Manager, Labor Relations, American Airlines | Knowledge of AA's policies and procedures |
| Oscar Fuentes | Assistant Director, Investigator, DOL | Knowledge of all facts underlying plaintiff's USERRA complaint |
| Pat McGinn | Captain, American Airlines; Professional Standards | Knowledge of Whitehouse's complaints against Plaintiff |
| Ray Duke, Esq. | Aeromedical Adviser – Allied Pilots Association | Knowledge of American Airlines' Policies and Procedures |
| Robert C. Gaylord | Captain, American Airlines | Knowledge of facts underlying the USERRA complaint |

Patterson vs. American Airlines, Inc.
Plaintiff's Responses to Defendant's First Set of Interrogatories Dated July 5, 2017

| Full Name | Role In Case | Knowledge |
|---|---|---|
| Robert Swanson | Captain, International, American Airlines | Knowledge of facts underlying the Section 21 complaint |
| Rodney Scott Patterson | Plaintiff | Knowledge of facts underlying the instant complaint |
| Roxana Patterson | Plaintiff's spouse | Knowledge of facts underlying the instant complaint |
| Scott Hansen | Director, Flight Administration, American Airlines | Knowledge of facts underlying the instant complaint |
| Sean Scialfa | Former Managing Director - Flight, Miami, American Airlines | Knowledge of facts underlying the instant complaint |
| Terri Eisenberg | Captain, American Airlines | Knowledge of facts underlying the Section 21 complaint |
| Tricia E. Kennedy | Attorney, Allied Pilots Association | Knowledge of facts underlying the instant complaint |