UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

Case No.: 17-60533-CIV-Martinez-Otazo-Reyes

RODNEY SCOTT PATTERSON,

    Plaintiff,

vs.

AMERICAN AIRLINES, INC., a
Delaware corporation,

    Defendant.
_____/

**Plaintiff's Responses to Defendant's Request for Production**

1. All documents referred to in your Rule 26 Initial Disclosures.

**RESPONSE:** Please see documents provided with this response, Bates Numbered Patterson_00001-_000047; Patterson_Knippa_00001-_00257; Patterson_Caddy_00001-00593.

2. All documents referenced or relied upon in your answers to the First Set of Interrogatories.

**RESPONSE:** Please see documents provided with this response, Bates Numbered Patterson_00001-_000047; Patterson_Knippa_00001-_00257.

3. All documents provided to or received from any person who (sic) you identified in your Rule 26 Initial Disclosures that concern any subject matter addressed in the Complaint.



DEFENDANT'S
EXHIBIT
11
0:17-cv-60533-JEM



The Amlong Firm • 500 Northeast Fourth Street • Fort Lauderdale, FL 33301 • 954.462.1983

**RESPONSE:** Please see documents provided with this response, Bates Numbered Patterson_00001-_000047; Patterson_Knippa_00001-_00257

4. All documents that support, rebut, or referenced the claims and allegations in the Complaint.

**RESPONSE:** Please see documents provided with this response, Bates Numbered Patterson_00001-_000047; Patterson_Knippa_00001-_00257; Patterson_Caddy_0001-00593.

5. All documents constituting, reflecting, or referencing the content of any communication between you and any other person (other than your attorneys in this litigation), including any current of former employee of American, concerning the allegations in the Complaint.

**RESPONSE:** Please see documents provided with this response, Bates Numbered Patterson_00001-_000047; Patterson_Knippa_00001-_00257.

6. All recordings or transcriptions that reflect conversations with, or statements by, any employees or representatives of American that relate to the allegations in the Complaint.

**RESPONSE:** Please see audio provided with this response labeled "Patterson Audio Recording."

7. All documents that reference or relate to the complaint filed with the Department of Labor's Veterans' Employment and Training Service ("VETS") that is referenced in Paragraphs 1, 6, and 39-40 of the Complaint, including the VETS complaint and the March 1 notification referenced in Paragraph 6 of the Complaint.

**RESPONSE:** Please see documents provided with this response, Bates Numbered Patteson_00015-_00034. Plaintiff has also requested his file VETS complaint through the Freedom of Information Act and will provide that on receipt of same.

8. All documents that reference or relate to the investigation and hearing conducted by American's Human Resources Department, referenced in Paragraphs 14 and 15, regarding an alleged incident between Plaintiff and American Captain Glenn Whitehouse.

**RESPONSE:** Please see documents provided with this response, Bates Numbered Patterson_00001-_00035.

9. All documents that reference or relate to the APA "professional standards" investigation, referenced in Paragraph 14 of the Complaint, regarding an alleged incident between Plaintiff and American Captain Whitehouse.

**RESPONSE:** None.

10. All documents that constitute or reference charges or complaints filed with APA by Plaintiff against Captain Whitehouse, including charges under Article 7 of the APA Constitution.

**RESPONSE:** Responsive documents will be provided, to wit, Charge Sheet relating to Whitehouse's Union Membership.

11. A completed and executed copy of the Authorization for Release of Records, attached to these Requests as Exhibit A, for each medical practitioner

(including, without limitation, psychologists or neurologists) that you have received consultation, evaluation, or treatment from since January 1, 2014.

**RESPONSE:** Documents will be provided subject to execution of forthcoming mutual Confidentiality Agreement.

12. All documents that reference or relate to any consultation, evaluation, or treatment from a medical practitioner (including, without limitation, psychologists or neurologists) that you have received since January 1, 2014.

**RESPONSE:** Documents will be provided subject to execution of forthcoming mutual Confidentiality Agreement. See also Patterson_Knippa_00001-_00257.

13. All documents that constitute or reference application materials for your FAA medical certifications from 2014 to the present, including any FAA 8500 forms.

**RESPONSE:** Documents that may be responsive to this request include those Bates Numbered Patterson_Knippa_00001-_00257; Patterson_Caddy_00001-_00593. Upon information and believe, Defendant is in possession of these records; discovery is ongoing and Plaintiff will supplement this response as documents are received.

14. All records related to any examination you have received from an Aviation Medical Examiner in connection with an FAA medical application from 2014 to the present.

**RESPONSE:** Documents that may be responsive to this request include those Bates Numbered Patterson_Knippa_00001-_00257; Patterson_Caddy_00001-_00593.

15. All documents provided by Plaintiff to John D. Hastings, M.D.

**RESPONSE:** Documents that may be responsive to this request include those Bates Numbered Patterson_Knippa_00001-_00257.

16. All documents provided by Plaintiff to Gary G. Kay, Ph.D.

**RESPONSE:** None.

17. All documents provided by Plaintiff to Dr. Glenn R. Caddy.

**RESPONSE:** Documents that may be responsive to this report include those Bates Numbered Patterson_Caddy_00001-_00593.

18. All documents that reference or relate to Plaintiff's military service in Washington D.C. in September 2015.

**RESPONSE:** Please see documents provided with this response, Bates Numbered Patterson_00001-00002; Patterson_00037.

19. All documents supporting, rebutting, or otherwise relating to the allegations in Paragraph 12 of the Complaint that Plaintiff "flew to Washington D.C., September 22 to work at the Pentagon and to attend the reception as a representative of the Army."

**RESPONSE:** Please see documents provided with this response, Bates Numbered Please see documents provided with this response, Bates Numbered Patterson_00001-00002; Patterson_00037.

20. All documents supporting, rebutting, or otherwise relating to the allegations in Paragraphs 24 and 25 of the Complaint regarding alleged communications by Captain Mark Cronin.

**RESPONSE:** None

21. All documents supporting, rebutting, or otherwise relating to the allegations in Paragraphs 26 and 29(g) of the Complaint.

**RESPONSE:** Please see documents provided with this response, Bates Numbered Patterson_Knippa_00001-00257.

22. All documents supporting, rebutting, or otherwise relating to the allegations in Paragraph 29 of the Complaint that Plaintiff "going on active duty so that he could represent the U.S. Army at the White House reception for the Pope was a motivating factor" for American's alleged actions set forth in subparts (a) - (g) of Paragraph 29 of the Complaint.

**RESPONSE:** Documents that may be responsive to this request include those Bates Numbered Patterson_Caddy_00001-00593; Patterson_Knippa_00001-00257.

23. All documents supporting, rebutting, or otherwise relating to the allegations in Paragraph 31 of the Complaint that "AA cannot prove that it would have taken the same actions against Lt. Col. Patterson in the absence of his service, application for service or obligation for service on active duty in September 2015."

**RESPONSE:** Please see documents provided with this response, Bates Numbered Patterson_Caddy_00001-00593; Patterson_Knippa_00001-_00257.

24. All documents supporting, rebutting, or otherwise relating to the allegations in Paragraph 32 of the Complaint that "AA's denial to Lt. Col. Patterson employment and the benefits of employment, beginning immediately after he went on active duty in September 2015 and continuing into the present, has been willful so as to warrant an imposition of liquidated damages."

**RESPONSE:** Please see documents provided with this response, Bates Numbered Patterson_Caddy_00001-00593; Patterson_Knippa_00001-_00257.

25. All documents supporting, rebutting, or otherwise relating to the allegations in Paragraph 40 of the Complaint that Plaintiff "filing a USERRA complaint with the DOL, his initiating an investigation into AA's adverse treatment of him and his exercising of his federally protected right to go onto active duty as an officer in the U.S. Army Reserve was a motivating factor" for American's alleged actions set forth in subparts (a) - (g) of Paragraph 40 of the Complaint.

**RESPONSE:** Documents that may be responsive to this request include those Bates Numbered Patterson_Caddy_00001-00593; Patterson_Knippa_00001-_00257.

26. All documents, including notes, that contain any recorded recollection, whether by you or any other person, concerning your acts or the alleged acts or omissions of American, regarding the claims and allegations in the Complaint.

**RESPONSE:** Please see documents provided with this response, Bates Numbered Patterson_Caddy_00001-00593; Patterson_Knippa_00001-_00257.

27. All notes created by Plaintiff of conversations referenced in the Complaint.

**RESPONSE:** All responsive documents not subject to attorney-client privilege will be produced.

28. All journal, calendar, or diary entries of Plaintiff that concern or reference the claims and allegations in the Complaint.

**RESPONSE:** All responsive documents not subject to attorney-client privilege will be produced.

29. All text messages sent or received by you that support, rebut, or reference the claims and allegations in the Complaint, other than text messages to or from your attorney in this litigation.

**RESPONSE:** All responsive documents not subject to attorney-client privilege will be produced.

30. All text messages sent or received by you that concern or reference this litigation, other than text messages to or from your attorney in this litigation.

**RESPONSE:** None.

31. All postings you have made to any website or social media network (including, but not limited to, Facebook, Twitter, Instagram, LinkedIn, or the like) that support, rebut, or reference the claims and allegations in the Complaint.

**RESPONSE:** All responsive documents will be provided.

32. All postings you have made to any website or social media network (including, but not limited to, Facebook, Twitter, Instagram, LinkedIn, or the like) that concern or reference this litigation.

**RESPONSE:** None.

33. All documents that reference or relate to any source of income you have had, including employment (other than at American), from March 1, 2016 to the present.

**RESPONSE:** Please see documents provided with this response, Bates Numbered Patterson_00006-_00010.

34. All documents supporting, rebutting, or referencing any damages you allege to have sustained as a result of the conduct alleged in the Complaint.

**RESPONSE:** Please see documents provided with this response, Bates Numbered Patterson_00006-_00010.

35. All documents, not produced in response to any of the foregoing requests, you reasonably anticipate you will introduce or otherwise use at any trial in this matter.

**RESPONSE:** Please see documents provided with this response, Bates Numbered Patterson_Caddy_00001-00593; Patterson_Knippa_00001-_00257; Patterson_00001-00047.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing Plaintiff's Response to Defendant's First Request for Production has been furnished by Electronic Delivery this 9th day of September, 2017 on all counsel or parties of record on the Service List below.

Respectfully Submitted,

/s/ Isha Kochhar
William R. Amlong
Florida Bar No. 470228
WRAmlong@TheAmlongFirm.com
Karen Coolman Amlong
Florida Bar No. 275565
KAmlong@TheAmlongFirm.com
Isha Kochhar
Florida Bar No. 105294
IKochhar@TheAmlongFirm.com
AMLONG & AMLONG, P.A.
Attorneys for Plaintiff
500 Northeast Fourth Street
Fort Lauderdale, Florida 33301
(954) 462-1983

## Service List

WILLIAM R. AMLONG
Florida Bar No.: 470228
WRAmlong@TheAmlongFirm.com
KAREN COOLMAN AMLONG
Florida Bar No.: 275564
KAmlong@TheAmlongFirm.com
ISHA KOCHHAR
Florida Bar No.: 105294
Ikochhar@TheAmlongFirm.com

**AMLONG & AMLONG, P.A.**
500 Northeast Fourth Street,
Second Floor
Fort Lauderdale, Florida 33301
(954) 462-1983

***Attorneys for Plaintiff,
Rodney Scott Patterson***

MICHAEL A. HOLT
mholt@shb.com
**SHOOK, HARDY & BACON, L.L.P**
Miami Center, Suite 3200
201 South Biscayne Boulevard
Miami, Florida 33131
Telephone (305) 358-5171
Facsimile (305) 358-7470

MARK W. ROBERTSON
mrobertson@omm.com
*(Pro hac vice)*
**O'MELVENY & MYERS L.L.P**
Times Square Tower
7 Times Square
New York, New York
Telephone (212) 326-2000
Facsimile (212) 326-2061

TRISTAN MORALES
tmorales@omm.com
*(Pro hac vice)*
**O'MELVENY & MYERS L.L.P**
Times Square Tower
1625 Eye Street, Northwest
Washington, District of Columbia 20006
Telephone (202) 383-5000
Facsimile (202) 383-5414

***Attorneys for Defendant,
American Airlines, Inc.***