UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Fort Lauderdale Division

Case Number: 17-cv-60533-MARTINEZ/OTAZO-REYES

RODNEY SCOTT PATTERSON,

    Plaintiff,

vs.

AMERICAN AIRLINES, INC.,

    Defendant.
_____/

**Plaintiff's Notice of Service of Amended Answers and Objections to Interrogatory No. 4 of Defendant's First Set of Interrogatories**

Plaintiff, Rodney Scott Patterson, amends his response to Interrogatory No. 4 as follows:

4. Identify any medical practitioner (including, without limitation, psychologists or neurologist), by whom you have been evaluated or treated since January 1, 2014.

**Answer:** John Knippa; Joseph R. Tortella; Gary G. Kay; John R. Hastings, Martin Dayton; Charles R. Mummery and Glenn R. Caddy, Ph.D., whom I have disclosed as an expert and whose expert report has been served upon defendants. I and my attorney attempted to obtain, as a basis for expert testimony, an evaluation by a neuropsychologist who was a CogScreen Provider and HIMS trained. Edward L. Bercaw, Ph.D., of Sarasota, who holds himself out to be a "CogScreen Provider & HIMS Trained," was located by Dr. Caddy, my testifying expert. After briefly meeting with me, Dr. Bercaw handed me off to a resident, Francy Nathaly Fonseca, Psy.D., to administer tests. Because Dr. Bercaw did not administer tests himself, neither the tests nor Dr. Bercaw were disclosed or utilized in any way.



DEFENDANT'S
EXHIBIT
12
0:17-cv-60533-JEM



**The Amlong Firm** • 500 Northeast Fourth Street • Fort Lauderdale, FL 33301 • 954.462.1983

## Unsworn Declaration of Rodney Scott Patterson, Pursuant to 28 U.S.C. § 1746,

Rodney Scott Patterson deposes and says:

1. I am the plaintiff in this action.

2. I have read the amended response to Interrogatory No. 4 above and it is true and correct.

Executed at Dallas, Texas, May 7, 2018.

*Rodney S. Patterson*
RODNEY SCOTT PATTERSON

/s/ William R. Amlong
WILLIAM R. AMLONG
Florida Bar No.: 470228
WRAmlong@TheAmlongFirm.com
KAREN COOLMAN AMLONG
Florida Bar No.: 275565
KAmlong@TheAmlongFirm.com

NOEL C. PACE
noel.c.pace.esq@gmail.com
*Admitted Pro Hac Vice*
206 NW 91st Street
El Portal, FL
(305) 710-3713

AMLONG & AMLONG, P.A.
500 Northeast Fourth Street
Second Floor
Fort Lauderdale, Florida 33301
Telephone: (954) 462-1983
Facsimile: (954) 463-5008

**Attorneys for Plaintiff,
Rodney Scott Patterson**

## Certificate of Service

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has

been furnished by electronic delivery this <u>24th</u> day of <u>May</u>, 2018 on all counsel or parties of record on the Service List below.

/s/ William R. Amlong
WILLIAM R. AMLONG

## Service List

WILLIAM R. AMLONG
WRAmlong@TheAmlongFirm.com
KAREN COOLMAN AMLONG
KAmlong@TheAmlongfirm.com

AMLONG & AMLONG, P.A.
500 Northeast Fourth Street
Second Floor
Fort Lauderdale, Florida 33301
Telephone: (954) 462-1983
Facsimile: (954) 463-5008

NOEL C. PACE
noel.c.pace.esq@gmail.com
*Admitted Pro Hac Vice*
206 NW 91st Street
El Portal, FL
(305) 710-3713

**Attorneys for Plaintiff,
Rodney Scott Patterson**

MICHAEL A. HOLT
mholt@shb.com
SHOOK, HARDY & BACON LLP
Miami Center, Suite 3200
201 South Biscayne Boulevard
Miami, Florida 33131
Telephone: (305) 358-5171
Facsimile: (305) 358-7470

MARK W. ROBERTSON
mrobertson@omm.com
*(Pro hac vice)*
O'MELVENY & MYERS LLP
Times Square Tower
7 Times Square
New York, New York 10036
Telephone: (212) 326-2000
Facsimile: (212) 326-2061

TRISTAN MORALES
tmorales@omm.com
*(Pro hac vice)*
**O'MELVENY & MYERS LLP**
1625 Eye Street, Northwest
Washington, District of Columbia 20006
Telephone: (202) 383-5300
Facsimile: (202) 383-5414

**Attorneys for Defendant,
American Airlines, Inc.**

\\amlong3\cpshare\CPWin\HISTORY\180407_0001\1538.10E