UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Fort Lauderdale Division

Case Number: 17-cv-60533-MARTINEZ/OTAZO-REYES

RODNEY SCOTT PATTERSON,

    Plaintiff,

vs.

AMERICAN AIRLINES, INC.,

    Defendant.
_____/

**Plaintiff's Privilege Log re: Tests Administered by/and
Communications From Edward L. Bercaw, Ph.D.,
and Francy Nathaly Fonseca, Pys.D.**

    Plaintiff, Rodney Scott Patterson, by and through his undersigned counsel, asserts a work-product privilege concerning the following documents created by Edward L. Bercaw, Ph.D., and Francy Nathaly Fonseca, Psy.D., whose engagement was as consulting experts:

    1.    April 22, 2016 e-mail to Rodney Scott Patterson, "Subject: Neuropsych Evaluation," from Edward Bercaw, Ph.D., a consulting expert, that was inadvertently disclosed by a former associate.

    2.    Any tests or analysis of test results by either Edward L. Bercaw, Ph.D., and Francy Nathaly Fonseca, Psy.D. March 21, 2016.



DEFENDANT'S
EXHIBIT
13
0:17-cv-60533-JEM



**The Amlong Firm** • 500 Northeast Fourth Street • Fort Lauderdale, FL 33301 • 954.462.1983

3. A two-page letter dated May 6, 2016, from Dr. Bercaw to Glenn Ross Caddy, Ph.D., plaintiff's testifying expert, discussing the March test results.

Plaintiff requests defendant to return the April 22 e-mail that was inadvertently disclosed.

/s/ William R. Amlong
WILLIAM R. AMLONG
Florida Bar No.: 470228
WRAmlong@TheAmlongFirm.com
KAREN COOLMAN AMLONG
Florida Bar No.: 275565
KAmlong@TheAmlongFirm.com

NOEL C. PACE
noel.c.pace.esq@gmail.com
*Admitted Pro Hac Vice*
206 NW 91st Street
El Portal, FL
(305) 710-3713

AMLONG & AMLONG, P.A.
500 Northeast Fourth Street
Second Floor
Fort Lauderdale, Florida 33301
Telephone: (954) 462-1983
Facsimile: (954) 463-5008

**Attorneys for Plaintiff,
Rodney Scott Patterson**

**Certificate of Service**

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been furnished by electronic delivery this __24th__ day of __May__, 2018 on all counsel or parties of record on the Service List below.

/s/ William R. Amlong
WILLIAM R. AMLONG

## Service List

| | |
|---|---|
| WILLIAM R. AMLONG<br>WRAmlong@TheAmlongFirm.com<br>KAREN COOLMAN AMLONG<br>KAmlong@TheAmlongfirm.com<br><br>AMLONG & AMLONG, P.A.<br>500 Northeast Fourth Street<br>Second Floor<br>Fort Lauderdale, Florida 33301<br>Telephone: (954) 462-1983<br>Facsimile: (954) 463-5008<br><br>NOEL C. PACE<br>noel.c.pace.esq@gmail.com<br>*Admitted Pro Hac Vice*<br>206 NW 91st Street<br>El Portal, FL<br>(305) 710-3713<br><br>***Attorneys for Plaintiff,***<br>***Rodney Scott Patterson*** | MICHAEL A. HOLT<br>mholt@shb.com<br>SHOOK, HARDY & BACON LLP<br>Miami Center, Suite 3200<br>201 South Biscayne Boulevard<br>Miami, Florida 33131<br>Telephone: (305) 358-5171<br>Facsimile: (305) 358-7470<br><br>MARK W. ROBERTSON<br>mrobertson@omm.com<br>*(Pro hac vice)*<br>O'MELVENY & MYERS LLP<br>Times Square Tower<br>7 Times Square<br>New York, New York 10036<br>Telephone: (212) 326-2000<br>Facsimile: (212) 326-2061<br><br>TRISTAN MORALES<br>tmorales@omm.com<br>*(Pro hac vice)*<br>**O'MELVENY & MYERS LLP**<br>1625 Eye Street, Northwest<br>Washington, District of Columbia 20006<br>Telephone: (202) 383-5300<br>Facsimile: (202) 383-5414<br><br>***Attorneys for Defendant,***<br>***American Airlines, Inc.*** |

\\amlong3\cpshare\CPWin\HISTORY\180407_0001\1538.10F