Applicant Must Complete **ALL** 20 Items (Except For Shaded Areas)   **PLEASE PRINT**   Form Approved OMB NO. 2120-0034

Copy of FAA Form 8500-9, (Medical Certificate) or FAA Form 8420-2 (Medical/Student Pilot Certificate) Issued.

## MEDICAL CERTIFICATE FIRST CLASS AND STUDENT PILOT CERTIFICATE

This certifies that: *(Full name and address):*

RODNEY Scott PATTERSON
1092 NW 139th Terrace
PEMBROKE PINES, NC 33028

| Date of Birth | Height | Weight | Hair | Eyes | Sex |
|---|---|---|---|---|---|
| | | | BLOND | BLUE | M |

has met the medical standards prescribed in part 67, Federal Aviation Regulations, for this class of Medical Certificate.

Limitations

Date of Examination

Examiner's Designation No: 000012719

Signature

Typed Name: JOSEPH TORDELLA

AIRMAN'S SIGNATURE

**1. Application For:** [X] Airman Medical Certificate  [ ] Airman Medical and Student Pilot Certificate

**2. Class of Medical Certificate Applied For:** [X] 1st  [ ] 2nd  [ ] 3rd

**3. Last Name** PATTERSON  **First Name** RODNEY  **Middle Name** Scott

**4. Social Security Number** ████ 8252

**5. Address** 1092 NW 139th Terrace   Telephone Number (954) 499-0873
Number / Street
PEMBROKE PINES   NC   33028
City   State / Country   Zip Code

**6. Date of Birth** ████ 1957   Citizenship USA
**7. Color of Hair** BLOND   **8. Color of Eyes** BLUE   **9. Sex** Male

**10. Type of Airman Certificate(s) You Hold:**
[ ] None  [ ] ATC Specialist  [X] Flight Instructor  [ ] Recreational
[X] Airline Transport  [ ] Flight Engineer  [ ] Private  [X] Other Ground Instructor
[ ] Commercial  [ ] Flight Navigator  [ ] Student

**11. Occupation** Pilot  **12. Employer** Sky One Holdings

**13. Has Your FAA Airman Medical Certificate Ever Been Denied, Suspended, or Revoked?** [ ] Yes  [X] No  If yes, give date

Total Pilot Time (Civilian Only)
**14. To Date** 12000  12,700  **15. Past 6 months** 260
**16. Date of Last FAA Medical Application** 01/05/2017  [ ] No Prior Application

**17.a. Do You Currently Use Any Medication (Prescription or Nonprescription)?** [X] No  [ ] Yes (If yes, below list medication(s) used and check appropriate box).

Previously Reported
|  | Yes | No |
|---|---|---|
| | [ ] | [ ] |
| | [ ] | [ ] |
| | [ ] | [ ] |

**17.b. Do You Ever Use Near Vision Contact Lens(es) While Flying?** [ ] Yes  [X] No

**18. Medical History** - HAVE YOU EVER IN YOUR LIFE BEEN DIAGNOSED WITH, HAD, OR DO YOU PRESENTLY HAVE ANY OF THE FOLLOWING? Answer "yes" or "no" for every condition listed below. In the EXPLANATIONS box below, you may note "PREVIOUSLY REPORTED, NO CHANGE" only if the explanation of the condition was reported on a previous application for an airman medical certificate and there has been no change in your condition. **See Instructions Page**

| Yes | No | Condition | Yes | No | Condition | Yes | No | Condition | Yes | No | Condition |
|---|---|---|---|---|---|---|---|---|---|---|---|
| a. [ ] | [X] | Frequent or severe headaches | g. [ ] | [X] | Heart or vascular trouble | m. [ ] | [X] | Mental disorders of any sort; depression, anxiety, etc. | r. [ ] | [X] | Military medical discharge |
| b. [ ] | [X] | Dizziness or fainting spell | h. [ ] | [X] | High or low blood pressure | n. [ ] | [X] | Substance dependence or failed a drug test ever; or substance abuse or use of illegal substance in the last 2 years | s. [ ] | [X] | Medical rejection by military service |
| c. [ ] | [X] | Unconsciousness for any reason | i. [ ] | [X] | Stomach, liver, or intestinal trouble | o. [ ] | [X] | Alcohol dependence or abuse | t. [ ] | [X] | Rejection for life or health insurance |
| d. [ ] | [X] | Eye or vision trouble except glasses | j. [ ] | [X] | Kidney stone or blood in urine | p. [ ] | [X] | Suicide attempt | u. [X] | [ ] | Admission to hospital |
| e. [ ] | [X] | Hay fever or allergy | k. [ ] | [X] | Diabetes | q. [ ] | [X] | Motion sickness requiring medication | x. [X] | [ ] | Other illness, disability, or surgery |
| f. [ ] | [X] | Asthma or lung disease | l. [ ] | [X] | Neurological disorders; epilepsy, seizures, stroke, paralysis, etc. | | | | y. [ ] | [X] | Medical disability benefits |

**Arrest, Conviction, and/or Administrative Action History — See Instructions Page**

| Yes | No | |
|---|---|---|
| v. [ ] | [X] | History of (1) any arrest(s) and/or conviction(s) involving driving while intoxicated by, while impaired by, or while under the influence of alcohol or a drug; or (2) history of any arrest(s), and/or conviction(s), and/or administrative action(s) involving an offense(s) which resulted in the denial, suspension, cancellation, or revocation of driving privileges or which resulted in attendance at an educational or a rehabilitation program. |

| Yes | No | |
|---|---|---|
| w. [ ] | [X] | History of nontraffic conviction(s) (misdemeanors or felonies). |

Explanations: See Instructions Page
See Form 8500-8 Continuation Sheet for Comments

18.   U + X   P R N C

FOR FAA USE

**19. Visits to Health Professional Within Last 3 Years.** [X] Yes (Explain Below)  [ ] No   See Instructions Page

| Date | Name, Address, and Type of Health Professional Consulted | Reason |
|---|---|---|
| 01/2017 | Dr. Martin Dayton Sunny Isles Beach FL Integrative Care | Follow-up/monitoring |
| 03/2017 | Dr. Dan Dutton Bozeman MT Chiropractor | Sprain Strain |
| 03/2017 | Dr. Martin Dayton Sunny Isles Beach FL Integrative Care | Follow-up/monitoring |

— NOTICE —
Whoever in any matter within the jurisdiction of any department or agency of the United States knowingly and willfully falsifies, conceals or covers up by any trick, scheme, or device a material fact, or who makes any false, fictitious or fraudulent statements or representations, or entry, may be fined up to $250,000 or imprisoned not more than 5 years, or both. (18 U.S. Code Secs. 1001; 3571).

**20. Applicant's National Driver Register and Certifying Declarations**

I hereby authorize the National Driver Register (NDR), through a designated State Department of Motor Vehicles, to furnish to the FAA information pertaining to my driving record. This consent constitutes authorization for a single access to the information contained in the NDR to verify information provided in this application. Upon my request, the FAA shall make the information received from the NDR, if any, available for my review and written comment. Authority: 23 U.S. Code 401, Note.

NOTE: ALL persons using this form must sign it. NDR consent, however, does not apply unless this form is used as an application for Medical Certificate or Medical Certificate and Student Pilot Certificate.

I hereby certify that all statements and answers provided by me on this application form are complete and true to the best of my knowledge, and I agree that they are to be considered part of the basis for issuance of any FAA certificate to me. I have also read and understand the Privacy Act statement that accompanies this form.

Signature of Applicant *Rodney S. Patterson*   Date 07/18/2017 10:24:28 am

FAA Form 8500-8 (9-08) Supersedes Previous Edition - COPY   NSN: 0052-00-670-6002

DEFENDANT'S EXHIBIT 14 0:17-cv-60533-JEM

EXHIBIT Tordella 10

CONFIDENTIAL

Patterson_Tordella_00002

NOTE: FAA/Original Copy of the Report of Medical Examination Must be TYPED.

## REPORT OF MEDICAL EXAMINATION

| 21. Height (inches) | 22. Weight (pounds) | 23. Statement of Demonstrated Ability (SODA) | | 24. SODA Serial Number |
|---|---|---|---|---|
| 72 | 210 | ☐ YES   ☑ NO   Defect Noted: | | |

| CHECK EACH ITEM IN APPROPRIATE COLUMN | Normal | Abnormal | CHECK EACH ITEM IN APPROPRIATE COLUMN | Normal | Abnormal |
|---|---|---|---|---|---|
| 25. Head, face, neck, and scalp | ✓ | | 37. Vascular system (Pulse, amplitude and character; arms, legs, others) | ✓ | |
| 26. Nose | ✓ | | 38. Abdomen and viscera (including hernia) | ✓ | |
| 27. Sinuses | ✓ | | 39. Anus (Not including digital examination) | ✓ | |
| 28. Mouth and throat | ✓ | | 40. Skin | ✓ | |
| 29. Ears, general (Internal and external canals, Hearing under item 49) | ✓ | | 41. G-U system (Not including pelvic examination) | ✓ | |
| 30. Ear Drums (Perforation) | ✓ | | 42. Upper and lower extremities (Strength and range of motion) | ✓ | |
| 31. Eyes, general (Vision under items 50 to 54) | ✓ | | 43. Spine, other musculoskeletal | ✓ | |
| 32. Ophthalmoscopic | ✓ | | 44. Identifying body marks, scars, tattoos (Size & location) | | ✓ |
| 33. Pupils (Equality and reaction) | ✓ | | 45. Lymphatics | ✓ | |
| 34. Ocular motility (Associated parallel movement, nystagmus) | ✓ | | 46. Neurologic (Tendon reflexes, equilibrium, senses, cranial nerves, coordination, etc) | ✓ | |
| 35. Lungs and chest (Not including breast examination) | ✓ | | 47. Psychiatric (Appearance, behavior, mood, communication, and memory) | ✓ | |
| 36. Heart (Precordial activity, rhythm, sounds, and murmurs) | ✓ | | 48. General systemic | ✓ | |

NOTES: Describe every abnormality in detail. Enter applicable item number before each comment. Use additional sheets if necessary and attach to this form.

44.  No chg.

| 49. Hearing | Record Audiometric Speech Discrimination Score Below | | | Right Ear | | | | | Left Ear | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Conversational Voice Test at 6 Feet ☑ Pass ☐ Fail | | | Audiometer Threshold in decibels | 500 | 1000 | 2000 | 3000 | 4000 | 500 | 1000 | 2000 | 3000 | 4000 |

| 50. Distant Vision | | 51.a. Near Vision | | 51.b. Intermediate Vision - 32 Inches | | 52. Color Vision |
|---|---|---|---|---|---|---|
| Right 20/ 20   Corrected to 20/ | | Right 20/ 30   Corrected to 20/ | | Right 20/ 20   Corrected to 20/ | | ☑ Pass |
| Left 20/ 20   Corrected to 20/ | | Left 20/ 30   Corrected to 20/ | | Left 20/ 20   Corrected to 20/ | | ☐ Fail |
| Both 20/ 20   Corrected to 20/ | | Both 20/ 30   Corrected to 20/ | | Both 20/ 20   Corrected to 20/ | | |

| 53. Field of Vision ☑ Normal ☐ Abnormal | 54. Heterophoria 20' (in prism diopters) | Esophoria | Exophoria | Right Hyperphoria | Left Hyperphoria |
|---|---|---|---|---|---|
| | | / | 2 | 0 | 0 |

| 55. Blood Pressure (Sitting, mm of Mercury) | | 56. Pulse (Resting) | 57. Urine Test (If abnormal, give results) | | Albumin | Sugar | 58. ECG (Date) | | |
|---|---|---|---|---|---|---|---|---|---|
| Systolic | Diastolic | | ☑ Normal   ☐ Abnormal | | | | MM | DD | YYYY |
| 124 | 80 | 66 | | | | | 01 | 05 | 2017 |

59. Other Tests Given

| 60. Comments on History and Findings: AME shall comment on all "YES" answers in the Medical History section and for abnormal findings of the examination (Attach all consultation reports, ECGs, X-rays, etc. to this report before mailing.) | FOR FAA USE |
|---|---|
| PI # ▓▓▓▓▓▓▓▓▓▓ <br><br> Rev., No prob. <br><br> See attached report. | Pathology Codes: <br><br> Coded By: <br><br> Clerical Reject: |
| Significant Medical History ☑ YES ☐ NO | Abnormal Physical Findings ☐ YES ☑ NO |

| 61. Applicant's Name <br> RODNEY Scott PATTERSON | 62. Has Been Issued — ☑ Medical Certificate   ☐ Medical & Student Pilot Certificate <br> ☐ No Certificate Issued — Deferred for Further Evaluation <br> ☐ Has Been Denied — Letter of Denial Issued (Copy Attached) |
|---|---|

63. Disqualifying Defects (List by item number)

64. Medical Examiner's Declaration — I hereby certify that I have personally reviewed the medical history and personally examined the applicant named on this medical examination report. This report with any attachment embodies my findings completely and correctly.

| Date of Examination | Aviation Medical Examiner's Name <br> JOSEPH TORDELLA | Aviation Medical Examiner's Signature |
|---|---|---|
| MM   DD   YYYY | Street Address <br> 700 SW 34th Street | AME Serial Number   000012719 |
| 07  18  2017 | City FORT LAUDERDALE State FLORIDA   Zip Code 33315 | AME Telephone   (888) 435-0007 |

FAA Form 8500-8 (9-08) Supersedes Previous Edition - COPY

CONFIDENTIAL

NSN. 0052-00-670-6002

Patterson_Tordella_00003

### Form 8500-8 Continuation Sheet

**Applicant Name:**   RODNEY Scott PATTERSON
**Applicant MID:** ███████████        **Transmitted to FAA :**

Previously Reported
Yes          No

**17.a.Medications (From page 1):**

Medication

**18. Explanations (From page 1):**

18X Previously Reported

No Changes

**19. Visits to Health Professional Within Last 3 Years. (From page 1):**

| | |
|---|---|
| 01/2017  Dr. Martin Dayton<br>Follow-up/monitoring | Sunny Isles Beach FL   Integrative Care |
| 03/2017  Dr. Dan Dutton<br>Sprain Strain | Bozeman MT   Chiropractor |
| 03/2017  Dr. Martin Dayton<br>Follow-up/monitoring | Sunny Isles Beach FL   Integrative Care |
| 04/2017  Dr Micheal Myers<br>Sprain Strain | Hollywood FL   Chiropractor |
| 04/2017  Dr. Martin Dayton<br>Follow-up/monitoring | Sunny Isles Beach FL   Integrative Care |
| 06/2017  Dr Micheal Myers<br>Follow Care | Hollywood FL   Chiropractor |
| 06/2017  Dr. Martin Dayton<br>Follow-up/monitoring | Sunny Isles Beach FL   Integrative Care |
| 07/2017  Dr. Ernesto Quitana<br>Nutrition/Diet Counseling, Recall Healing | San Diego CA   Medical Doctor |

**25 - 48. Notes (From page 2):**

**59. Other Tests Given (From page 2)**

**60. Comments on History and Findings (From page 2)**

18x: ;

**AME Actions**

**Applicant Previously Assessed**
[ ] 1. Has OSA diagnosis and is on Special Issuance. Reports to follow.

[ ] 2. Has OSA diagnosis and is currently being treated OR has previous OSA assessment. NOT on Special Issuance. Reports to follow.

**Applicant Not at Risk**
[ ] 3. Determined to NOT be at Risk for OSA at this examination.

**Applicant at Risk/Severity to be Assessed.**
[ ] 4. Discuss OSA Risk with airman and provide education material.

[ ] 5. At risk for OSA. AASM sleep apnea assessment required. Reports to follow.

**Applicant Risk. Severity high**
[ ] 6. Deferred. Immediate safety risk. AASM sleep apnea assessment required. Reports to follow.

# CONFIDENTIAL

Patterson_Tordella_00004