

US Department
of Transportation
**Federal Aviation
Administration**

Aviation Safety
Office of Aerospace Medicine
Aerospace Medical Certification Division, AAM-300

P.O. Box 25082
Oklahoma City, OK 73125-9867
Phone: (405) 954-4821

<div style="border:1px solid">

RECEIVED

NOV 2 6 2018

BY:_____

</div>

NOVEMBER 15, 2018

William R Amlong
500 NE 4th St., Suite 260
Fort Lauderdale, FL  33301

Ref:  Rodney Scott Patterson
PI #  ████████
APP ID #  ████████

Dear Mr. Amlong:

We have received correspondence from the above named airman requesting a copy
of the Federal Aviation Administration (FAA) medical records of the 8500
exams from 2015 through 2018 to be mailed to you.

Enclosed are the requested FAA medical records. This file contains privileged
and confidential information protected by the Privacy Act. The information is
intended for the individual or entity to which it was addressed. If you
received it in error, please notify the sender immediately.  This
confidential information is released solely for use with the Federal Aviation
Administration and shall not be disclosed, copied or re-released in any part.

If we can be of further service, please let us know.

Sincerely,

*Carla J Myers* for

David M. O'Brien, MD, MPH
Manager, Aerospace Medical Certification Division
Civil Aerospace Medical Institute

DO/cm

DEFENDANT'S
EXHIBIT
15
0:17-cv-60533-JEM



FAA_8500_Records_00001

Applicant Must Complete **ALL** 20 items (Except For Shaded Areas)  **PLEASE PRINT**   Form Approved OMB NO. 2120-0034

Copy of FAA Form 8500-9 (Medical Certificate) or FAA Form 8420-2 (Medical/Student Pilot Certificate) issued.

# GX-2844281

## MEDICAL CERTIFICATE _FIRST_ CLASS AND STUDENT PILOT CERTIFICATE

This certifies that *(Full name and address):*

RODNEY Scott PATTERSON
1092 NW 139th Terrace
PEMBROKE PINES, FL 33028

| Date of Birth | Height | Weight | Hair | Eyes | Sex |
|---|---|---|---|---|---|
| ▓▓▓▓1967 | 72 | 205 | BLOND | BLUE | M |

has met the medical standards prescribed in part 67, Federal Aviation Regulations, for this class of Medical Certificate.

**Limitations**
Not valid for any class after 02/28/2019

| Date of Examination | Examiner's Designation No. |
|---|---|
| 08/27/2018 | 000012719 |

**Examiner**
Signature

Typed Name
JOSEPH TORDELLA

**AIRMAN'S SIGNATURE**

| 1. Application For: | | 2. Class of Medical Certificate Applied For: |
|---|---|---|
| ☒ Airman Medical Certificate | ☐ Airman Medical and Student Pilot Certificate | ☒ 1st  ☐ 2nd  ☐ 3rd |

| 3. Last Name | First Name | Middle Name |
|---|---|---|
| PATTERSON | RODNEY | Scott |

4. Social Security Number    ▓▓▓▓8252

| 5. Address | | |
|---|---|---|
| 1092 NW 139th Terrace | Telephone Number | (954) 499-0873 |
| Number / Street | | |
| PEMBROKE PINES | FL | 33028 |
| City | State / Country | Zip Code |

| 6. Date of Birth | 7. Color of Hair | 8. Color of Eyes | 9. Sex |
|---|---|---|---|
| ▓▓▓▓1967 | BLOND | BLUE | Male |
| Citizenship  USA | | | |

**10. Type of Airman Certificate(s) You Hold:**

| ☐ None | ☐ ATC Specialist | ☒ Flight Instructor | ☐ Recreational |
|---|---|---|---|
| ☒ Airline Transport | ☒ Flight Engineer | ☐ Private | ☐ Other |
| ☐ Commercial | ☐ Flight Navigator | ☐ Student | |

| 11. Occupation | 12. Employer |
|---|---|
| Captain | 21 Air, LLC |

**13. Has Your FAA Airman Medical Certificate Ever Been Denied, Suspended, or Revoked?**
☐ Yes  ☒ No   If yes, give date _____ MM/DD/YYYY

| Total Pilot Time (Civilian Only) | | 16. Date of Last FAA Medical Application |
|---|---|---|
| 14. To Date | 15. Past 6 months | 02/05/2018 |
| 13309 | 350 | MM/DD/YYYY   ☐ No Prior Application |

**17.a. Do You Currently Use Any Medication (Prescription or Nonprescription)?**
☒ No  ☐ Yes  (If yes, below list medication(s) used and check appropriate box.)

Previously Reported  Yes  No
☐ ☐
☐ ☐
☐ ☐
☐ ☐

(If more space is required, see 17. a. on the instruction sheet.)

**17.b. Do You Ever Use Near Vision Contact Lens(es) While Flying?**  ☐ Yes  ☒ No

**18. Medical History – HAVE YOU EVER IN YOUR LIFE BEEN DIAGNOSED WITH, HAD, OR DO YOU PRESENTLY HAVE ANY OF THE FOLLOWING?** Answer "yes" or "no" for every condition listed below. In the EXPLANATIONS box below, you may note "PREVIOUSLY REPORTED, NO CHANGE" only if the explanation of the condition was reported on a previous application for an airman medical certificate and there has been no change in your condition.   See Instructions Page

| Yes | No | Condition | Yes | No | Condition | Yes | No | Condition | Yes | No | Condition |
|---|---|---|---|---|---|---|---|---|---|---|---|
| a. ☐ | ☒ | Frequent or severe headaches | g. ☐ | ☒ | Heart or vascular trouble | m. ☐ | ☒ | Mental disorders of any sort; depression, anxiety, etc. | r. ☐ | ☒ | Military medical discharge |
| b. ☐ | ☒ | Dizziness or fainting spell | h. ☐ | ☒ | High or low blood pressure | n. ☐ | ☒ | Substance dependence or failed a drug test ever; or substance abuse or use of illegal substance in the last 2 years. | s. ☐ | ☒ | Medical rejection by military service |
| c. ☐ | ☒ | Unconsciousness for any reason | i. ☐ | ☒ | Stomach, liver, or intestinal trouble | | | | t. ☐ | ☒ | Rejection for life or health insurance |
| d. ☐ | ☒ | Eye or vision trouble except glasses | j. ☐ | ☒ | Kidney stone or blood in urine | o. ☐ | ☒ | Alcohol dependence or abuse | u. ☐ | ☒ | Admission to hospital |
| e. ☐ | ☒ | Hay fever or allergy | k. ☐ | ☒ | Diabetes | p. ☐ | ☒ | Suicide attempt | x. ☐ | ☒ | Other illness, disability, or surgery |
| f. ☐ | ☒ | Asthma or lung disease | l. ☐ | ☒ | Neurological disorders; epilepsy, seizures, stroke, paralysis, etc. | q. ☐ | ☒ | Motion sickness requiring medication | y. ☐ | ☒ | Medical disability benefits |

**Arrest, Conviction, and/or Administrative Action History — See Instructions Page**

| Yes | No | | Yes | No | |
|---|---|---|---|---|---|
| v. ☐ | ☒ | History of (1) any arrest(s) and/or conviction(s) involving driving while intoxicated by, while impaired by, or while under the influence of alcohol or a drug; or (2) history of any arrest(s), and/or conviction(s), and/or administrative action(s) involving an offense(s) which resulted in the denial, suspension, cancellation, or revocation of driving privileges or which resulted in attendance at an educational or a rehabilitation program. | w. ☐ | ☒ | History of nontraffic conviction(s) (misdemeanors or felonies). |

**Explanations: See Instructions Page**

See Form 8500-8 Continuation Sheet for Comments

FOR FAA USE
Review Action Codes

**19. Visits to Health Professional Within Last 3 Years.**  ☒ Yes (Explain Below)  ☐ No   See Instructions Page

| Date | Name, Address, and Type of Health Professional Consulted | Reason |
|---|---|---|
| 07/2018 | Dayton DO | Follow-Up |
| 01/2018 | E Quintana MD | Follow-Up Monitoring |
| 01/2018 | Dayton DO | Follow-Up |

-- NOTICE --
Whoever in any matter within the jurisdiction of any department or agency of the United States knowingly and willfully falsifies, conceals or covers up by any trick, scheme, or device a material fact, or who makes any false, fictitious or fraudulent statements or representations, or entry, may be fined up to $250,000 or imprisoned not more than 5 years, or both. (18 U.S. Code Secs. 1001; 3571).

**20. Applicant's National Driver Register and Certifying Declarations**

I hereby authorize the National Driver Register (NDR), through a designated State Department of Motor Vehicles, to furnish to the FAA information pertaining to my driving record. This consent constitutes authorization for a single access to the information contained in the NDR to verify information provided in this application. Upon my request, the FAA shall make the information received from the NDR, if any, available for my review and written comment. Authority: 23 U.S. Code 401, Note.

NOTE: ALL persons using this form must sign it. NDR consent, however, does not apply unless this form is used as an application for Medical Certificate or Medical Certificate and Student Pilot Certificate.

I hereby certify that all statements and answers provided by me on this application form are complete and true to the best of my knowledge, and I agree that they are to be considered part of the basis for issuance of any FAA certificate to me. I have also read and understand the Privacy Act statement that accompanies this form.

| Signature of Applicant | Date  08/27/2018 01:17:37 pm |
|---|---|
| | MM/DD/YYYY |

FAA Form 8500-8 (9-08) Supersedes Previous Edition - COPY     NSN: 0052-00-670-6002

*This list contains privileged and confidential information protected by the Privacy Act. The information is intended for the individual or entity to which it was addressed. If you received it in error, please notify the sender immediately. This confidential information is released solely for use within the Federal Aviation Administration and shall not be disclosed, copied or reproduced in any part.*

FAA_8500_Records_00002

NOTE: FAA/Original Copy of the Report of Medical Examination Must be TYPED.

## REPORT OF MEDICAL EXAMINATION

| 21. Height (inches) | 22. Weight (pounds) | 23. Statement of Demonstrated Ability (SODA) | | 24. SODA Serial Number |
|---|---|---|---|---|
| 72 | 205 | ☐ YES  ☒ NO   Defect Noted: | | |

| CHECK EACH ITEM IN APPROPRIATE COLUMN | Normal | Abnormal | CHECK EACH ITEM IN APPROPRIATE COLUMN | Normal | Abnormal |
|---|---|---|---|---|---|
| 25. Head, face, neck, and scalp | X | | 37. Vascular system  (Pulse, amplitude and character; arms, legs, others) | X | |
| 26. Nose | X | | 38. Abdomen and viscera  (including hernia) | X | |
| 27. Sinuses | X | | 39. Anus  (Not including digital examination) | X | |
| 28. Mouth and throat | X | | 40. Skin | X | |
| 29. Ears, general (Internal and external canals; Hearing under item 49) | X | | 41. G-U system  (Not including pelvic examination) | X | |
| 30. Ear Drums (Perforation) | X | | 42. Upper and lower extremities  (Strength and range of motion) | X | |
| 31. Eyes, general (Vision under items 50 to 54) | X | | 43. Spine, other musculoskeletal | X | |
| 32. Ophthalmoscopic | X | | 44. Identifying body marks, scars, tattoos (Size & location) | | X |
| 33. Pupils (Equality and reaction) | X | | 45. Lymphatics | X | |
| 34. Ocular motility (Associated parallel movement, nystagmus) | X | | 46. Neurologic  (Tendon reflexes, equilibrium, senses, cranial nerves, coordination, etc.) | X | |
| 35. Lungs and chest (Not including breast examination) | X | | 47. Psychiatric  (Appearance, behavior, mood, communication, and memory) | X | |
| 36. Heart (Precordial activity, rhythm, sounds, and murmurs) | X | | 48. General systemic | X | |

**NOTES:** Describe every abnormality in detail. Enter applicable item number before each comment. Use additional sheets if necessary and attach to this form.

See Form 8500-8 Continuation Sheet for Comments

| 49. Hearing | Record Audiometric Speech Discrimination Score Below | | Right Ear | | | | | | Left Ear | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Conversational Voice Test at 6 Feet | | Audiometer Threshold in decibels | 500 | 1000 | 2000 | 3000 | 4000 | 500 | 1000 | 2000 | 3000 | 4000 |
| ☒ Pass  ☐ Fail | | | | | | | | | | | | |

| 50. Distant Vision | | | 51.a. Near Vision | | | 51.b. Intermediate Vision - 32 inches | | | 52. Color Vision |
|---|---|---|---|---|---|---|---|---|---|
| Right | 20/ 20 | Corrected to 20/ | Right | 20/ 30 | Corrected to 20/ | Right | 20/ 20 | Corrected to 20/ | ☒ Pass |
| Left | 20/ 20 | Corrected to 20/ | Left | 20/ 30 | Corrected to 20/ | Left | 20/ 20 | Corrected to 20/ | ☐ Fail |
| Both | 20/ 20 | Corrected to 20/ | Both | 20/ 30 | Corrected to 20/ | Both | 20/ 20 | Corrected to 20/ | |

| 53. Field of Vision | 54. Heterophoria 20' (in prism diopters) | Esophoria | Exophoria | Right Hyperphoria | Left Hyperphoria |
|---|---|---|---|---|---|
| ☒ Normal ☐ Abnormal | | 2 | 0 | 0 | 0 |

| 55. Blood Pressure | | | 56. Pulse (Resting) | 57. Urine Test (If abnormal, give results) | | | 58. ECG (Date) | | |
|---|---|---|---|---|---|---|---|---|---|
| (Sitting, mm of Mercury) | Systolic | Diastolic | 72 | ☒ Normal  ☐ Abnormal | Albumin | Sugar | MM | DD | YYYY |
| | 128 / | 78 | | | | | | | |

**59. Other Tests Given**

**60. Comments on History and Findings:** AME shall comment on all "YES" answers in the Medical History section and for abnormal findings of the examination. (Attach all consultation reports, ECGs, X-rays, etc. to this report before mailing.)

See Form 8500-8 Continuation Sheet for Comments

| FOR FAA USE |
|---|
| Pathology Codes: |
| Coded By: |
| Clerical Reject |

| Significant Medical History  ☒ YES  ☐ NO | Abnormal Physical Findings  ☐ YES  ☒ NO |
|---|---|

| 61. Applicant's Name | 62. Has Been Issued -- ☒ Medical Certificate  ☐ Medical & Student Pilot Certificate |
|---|---|
| RODNEY Scott PATTERSON | ☐ No Certificate Issued -- Deferred for Further Evaluation |
| | ☐ Has Been Denied -- Letter of Denial Issued (Copy Attached) |

**63. Disqualifying Defects** (List by item number)

**64. Medical Examiner's Declaration --** I hereby certify that I have personally reviewed the medical history and personally examined the applicant named on this medical examination report. This report with any attachment embodies my findings completely and correctly.

| Date of Examination | Aviation Medical Examiner's Name JOSEPH TORDELLA | Aviation Medical Examiner's Signature |
|---|---|---|
| MM  DD  YYYY | Street Address | |
| 08/27/2018 | 1100 Lee Wagener Blvd | AME Serial Number  000012719 |
| | City  FORT LAUDERDALE  State  FL  Zip Code 33315 | AME Telephone  (888) 435-0007 |

FAA Form 8500-8 (9-08) Supersedes Previous Edition - COPY

*This list contains privileged and confidential information protected by the Privacy Act. The information is intended for the individual or entity to which it was addressed. If you received it in error, please notify the sender immediately. This confidential information is released solely for use under the Federal Aviation Administration and shall not be disclosed, copied or re-released to any party.*

## Form 8500-8 Continuation Sheet

**Applicant Name:** **RODNEY Scott PATTERSON**
**Applicant MID:** 200008354369      **Transmitted to FAA :**      **08/27/2018 02:08:58 pm**

**17.a.Medications (From page 1):**

Medication

Previously Reported
Yes          No

**18. Explanations (From page 1):**

18U Previously reported surgical complete resection
18X Previously report surgical complete resection same visit out patient.
18u: PI#▨▨▨▨ surgical complete resection Feb 2015 18x: PI#▨▨▨▨ surgical complete resection Feb 2015 Special Issuance PI#▨▨▨▨
18 u and x. PI#▨▨▨▨ surgical complete resection Feb 2015. 19. Reviewed, no problems

**19. Visits to Health Professional Within Last 3 Years. (From page 1):**

| | |
|---|---|
| 07/2018  Dayton<br>Follow-Up | DO |
| 01/2018  E Quintana<br>Follow-Up Monitoring | MD |
| 01/2018  Dayton<br>Follow-Up | DO |
| 09/2015  Dayton<br>Follow-Up | DO |
| 08/2015  Dayton<br>Follow-Up | DO |
| 03/2017  Dayton<br>Follow-Up | DO |
| 03/2017  Dutton<br>Sprain Strain | Bozeman MT  Chiro |
| 01/2017  Dayton<br>Follow-Up | DO |
| 12/2016  Dayton<br>Follow UP | DO |
| 09/2016  Dayton<br>Follow-Up | DO |
| 06/2016  Dayton<br>Follow-Up | DO |
| 06/2016  Kay<br>Expert Wit Pending Lawsuit | |
| 05/2016  Hastings<br>Expert Wit Pending Lawsuit | MD |
| 03/2016  Berc/Fonsec<br>Expert Wit Pending Lawsuit | |
| 03/2016  AA FFD<br>Fit for Duty | |
| 01/2016  Caddy<br>Pending Lawsuit | Phd |
| 01/2016  Dayton<br>Follow-Up | DO |
| 01/2016  Physical Therapy<br>Scar Mobilization | PT |
| 12/2015  Dayton<br>Follow-Up | DO |
| 10/2015  Military Physical<br>Periodic Health Examination | MD |

**25 - 48. Notes (From page 2):**

*This lie contains privileged and confidential information protected by the Privacy Act.
The information is intended for the individual or entity to which it was addressed.
If you received it in error, please notify the sender immediately  This confidential information is released solely for use within the Federal Aviation Administration and shall not be disclosed, copied or re-released in any part."

## Form 8500-8 Continuation Sheet

**Applicant Name:   RODNEY Scott PATTERSON**
**Applicant MID:     200008354369**                  **Transmitted to FAA :      08/27/2018 02:08:58 pm**

44:reviewed history of ID marks
**59. Other Tests Given (From page 2)**

**60. Comments on History and Findings (From page 2)**

18u: PI#⬛⬛⬛  surgical complete resection Feb 2015
18x: PI#⬛⬛⬛  surgical complete resection Feb 2015
19: reviewed, no business

Page 1 has been modified:
4A>>Applicant modified the SSN, AMCS has retained the original SSN||14>>Total Pilot Time - To Date changed from 12500 to 13309
Modification comments from AME:
4A.System Change; 14.typographical error

**AME Actions**

**Applicant Previously Assessed**
   [ ] 1. Has OSA diagnosis and is on Special Issuance. Reports to follow.

   [ ] 2. Has OSA diagnosis and is currently being treated OR has previous OSA assessment. NOT on Special Issuance. Reports to follow.

**Applicant Not at Risk**
   [X] 3. Determined to NOT be at Risk for OSA at this examination.

**Applicant at Risk/Severity to be Assessed.**
   [ ] 4. Discuss OSA Risk with airman and provide education material.

   [ ] 5. At risk for OSA. AASM sleep apnea assessment required. Reports to follow.

**Applicant Risk.  Severity high**
   [ ] 6. Deferred. Immediate safety risk. AASM sleep apnea assessment required. Reports to follow.

*This fax contains privileged and confidential information protected by the Privacy Act.
The information is intended for the individual or entity to which it was addressed.
If you received it in error, please notify the sender immediately. This confidential information is released solely for use within the Federal Aviation Administration and shall not be disclosed, copied or re-released in any part.*

**Applicant Must Complete ALL 20 Items (Except For Shaded Areas)**    **PLEASE PRINT**    Form Approved OMB NO. 2120-0034

Copy of FAA Form 8500-9 (Medical Certificate) or FAA Form 8420-2 (Medical/Student Pilot Certificate) issued.

## MEDICAL CERTIFICATE _FIRST_ CLASS AND STUDENT PILOT CERTIFICATE

This certifies that *(Full name and address):*

RODNEY Scott PATTERSON
1092 NW 139th Terrace
PEMBROKE PINES, NC 33028

| Date of Birth | Height | Weight | Hair | Eyes | Sex |
|---|---|---|---|---|---|
| ▇1967 | | | BLOND | BLUE | M |

has met the medical standards prescribed in part 67, Federal Aviation Regulations, for this class of Medical Certificate.

*Limitations*

Date of Examination    Examiner's Designation No.

*Examiner*
Signature
Typed Name

AIRMAN'S SIGNATURE

---

**1. Application For:**
[X] Airman Medical Certificate   [ ] Airman Medical and Student Pilot Certificate

**2. Class of Medical Certificate Applied For:**
[X] 1st   [ ] 2nd   [ ] 3rd

**3. Last Name** PATTERSON    **First Name** RODNEY    **Middle Name** Scott

**4. Social Security Number** ▇9660

**5. Address** 1092 NW 139th Terrace    Telephone Number (954) 499-0873

Number / Street PEMBROKE PINES    City    NC    State / Country    33028 Zip Code

**6. Date of Birth** ▇1967 MM/DD/YYYY    **7. Color of Hair** BLOND    **8. Color of Eyes** BLUE    **9. Sex** Male
Citizenship USA

**10. Type of Airman Certificate(s) You Hold:**
[ ] None   [ ] ATC Specialist   [X] Flight Instructor   [ ] Recreational
[X] Airline Transport   [X] Flight Engineer   [ ] Private   [ ] Other
[ ] Commercial   [ ] Flight Navigator   [ ] Student

**11. Occupation** Captain    **12. Employer** 21 Air

**13. Has Your FAA Airman Medical Certificate Ever Been Denied, Suspended, or Revoked?**
[ ] Yes   [X] No    If yes, give date _____ MM/DD/YYYY

**Total Pilot Time (Civilian Only)**

| 14. To Date | 15. Past 6 months | 16. Date of Last FAA Medical Application |
|---|---|---|
| 10000 | 180 | 07/18/2017 MM/DD/YYYY   [ ] No Prior Application |

**17.a. Do You Currently Use Any Medication (Prescription or Nonprescription)?**
[X] No   [ ] Yes   (If yes, below list medication(s) used and check appropriate box.)

Previously Reported   Yes [ ] No [ ]
Yes [ ] No [ ]
Yes [ ] No [ ]

*(If more space is required, see 17. a. on the instruction sheet).*

**17.b. Do You Ever Use Near Vision Contact Lens(es) While Flying?** [ ] Yes [X] No

---

**18. Medical History - HAVE YOU EVER IN YOUR LIFE BEEN DIAGNOSED WITH, HAD, OR DO YOU PRESENTLY HAVE ANY OF THE FOLLOWING?** Answer "yes" or "no" for every condition listed below. In the EXPLANATIONS box below, you may note "PREVIOUSLY REPORTED, NO CHANGE" only if the explanation of the condition was reported on a previous application for an airman medical certificate and there has been no change in your condition. See Instructions Page

| | Yes | No | Condition | | Yes | No | Condition | | Yes | No | Condition | | Yes | No | Condition |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| a. | [ ] | [X] | Frequent or severe headaches | g. | [ ] | [X] | Heart or vascular trouble | m. | [ ] | [X] | Mental disorders of any sort; depression, anxiety, etc. | r. | [ ] | [X] | Military medical discharge |
| b. | [ ] | [X] | Dizziness or fainting spell | h. | [ ] | [X] | High or low blood pressure | n. | [ ] | [X] | Substance dependence or failed a drug test ever; or substance abuse or use of illegal substance in the last 2 years. | s. | [ ] | [X] | Medical rejection by military service |
| c. | [ ] | [X] | Unconsciousness for any reason | i. | [ ] | [X] | Stomach, liver, or intestinal trouble | o. | [ ] | [X] | Alcohol dependence or abuse | t. | [ ] | [X] | Rejection for life or health insurance |
| d. | [ ] | [X] | Eye or vision trouble except glasses | j. | [ ] | [X] | Kidney stone or blood in urine | p. | [ ] | [X] | Suicide attempt | u. | [X] | [ ] | Admission to hospital |
| e. | [ ] | [X] | Hay fever or allergy | k. | [ ] | [X] | Diabetes | q. | [ ] | [X] | Motion sickness requiring medication | x. | [ ] | [X] | Other illness, disability, or surgery |
| f. | [ ] | [X] | Asthma or lung disease | l. | [ ] | [X] | Neurological disorders; epilepsy, seizures, stroke, paralysis, etc. | | | | | y. | [ ] | [X] | Medical disability benefits |

**Arrest, Conviction, and/or Administrative Action History — See Instructions Page**

| | Yes | No | | | Yes | No | |
|---|---|---|---|---|---|---|---|
| v. | [ ] | [X] | History of (1) any arrest(s) and/or conviction(s) involving driving while intoxicated by, while impaired by, or while under the influence of alcohol or a drug; or (2) history of any arrest(s), and/or conviction(s), and/or administrative action(s) involving an offense(s) which resulted in the denial, suspension, cancellation, or revocation of driving privileges or which resulted in attendance at an educational or a rehabilitation program. | w. | [ ] | [X] | History of nontraffic conviction(s) (misdemeanors or felonies). |

**Explanations:** See Instructions Page

See Form 8500-8 Continuation Sheet for Comments

FOR FAA USE
Review Action Codes

**19. Visits to Health Professional Within Last 3 Years.** [X] Yes (Explain Below)   [ ] No    See Instructions Page

| Date | Name, Address, and Type of Health Professional Consulted | Reason |
|---|---|---|
| 11/2017 | Ira Kotch Dentist | Root Canal |
| 09/2017 | Micheal Myers Chiropractor | Spinal Adjustment |
| 01/2018 | Dr Martin Dayton D.O. | Skin Irritation |

— NOTICE —
Whoever in any matter within the jurisdiction of any department or agency of the United States knowingly and willfully falsifies, conceals or covers up by any trick, scheme, or device a material fact, or who makes any false, fictitious or fraudulent statements or representations, or entry, may be fined up to $250,000 or imprisoned not more than 5 years, or both. (18 U.S. Code Secs. 1001; 3571).

**20. Applicant's National Driver Register and Certifying Declarations**

I hereby authorize the National Driver Register (NDR), through a designated State Department of Motor Vehicles, to furnish to the FAA information pertaining to my driving record. This consent constitutes authorization for a single access to the information contained in the NDR to verify information provided in this application. Upon my request, the FAA shall make the information received from the NDR, if any, available for my review and written comment. Authority: 23 U.S. Code 401, Note.

NOTE: ALL persons using this form must sign it. NDR consent, however, does not apply unless this form is used as an application for Medical Certificate or Medical Certificate and Student Pilot Certificate.

I hereby certify that all statements and answers provided by me on this application form are complete and true to the best of my knowledge, and I agree that they are to be considered part of the basis for issuance of any FAA certificate to me. I have also read and understand the Privacy Act statement that accompanies this form.

Electronically signed by : aa737drvr@aol.com / Password Verified    Date 02/02/2018 09:22:25 am MM/DD/YYYY

FAA Form 8500-8 (9-08) Supersedes Previous Edition - COPY    Confirmation Number: 64620450325    NSN: 0052-00-670-6002

FAA_8500_Records_00006

## Form 8500-8 Continuation Sheet

**17.a. Medications (From page 1):**

Medication

Previously Reported

Yes     No

**18. Explanations (From page 1):**

18U No Change Previously Reported
18X No Change Previously Reported

**19. Visits to Health Professional Within Last 3 Years. (From page 1):**

| | |
|---|---|
| 11/2017  Ira Kotch<br>Root Canal | Dentist |
| 09/2017  Micheal Myers<br>Spinal Adjustment | Chiropractor |
| 01/2018  Dr Martin Dayton<br>Skin Irritation | D.O. |
| 01/2018  Dr Ernesto Quitana<br>Follow-up | MD. |
| 01/2018  Dr Martin Dayton<br>Follow-up | D.O. |

*This file contains privileged and confidential information protected by the Privacy Act. The information is intended for the individual or entity to which it was addressed. If you received it in error, please notify the sender immediately. This confidential information is released solely for use within the Federal Aviation Administration and shall not be disclosed, copied or re-released in any form.

**Applicant Must Complete ALL 20 Items (Except For Shaded Areas) PLEASE PRINT**   Form Approved OMB NO. 2120-0034

Copy of FAA Form 8500-9 (Medical Certificate) or FAA Form 8420-2 (Medical/Student Pilot Certificate) Issued.

# GX-2609043

## MEDICAL CERTIFICATE FIRST CLASS AND STUDENT PILOT CERTIFICATE

This certifies that *(Full name and address):*

RODNEY Scott PATTERSON
1092 NW 139th Terrace
PEMBROKE PINES, FL 33028

has met the medical standards prescribed in part 67, Federal Aviation Regulations, for this class of Medical Certificate.

| Date of Birth | Height | Weight | Hair | Eyes | Sex |
|---|---|---|---|---|---|
| ▓1967 | 72 | 210 | BLOND | BLUE | M |

**Limitations**

Not valid for any class after 02/28/2019

| Date of Examination | Examiner's Designation No. |
|---|---|
| 02/05/2018 | 000017365 |

**Examiner**

Signature

Typed Name
Louis ANTOSEK

**AIRMAN'S SIGNATURE**

---

**1. Application For:**
[X] Airman Medical Certificate
[ ] Airman Medical and Student Pilot Certificate

**2. Class of Medical Certificate Applied For:**
[X] 1st   [ ] 2nd   [ ] 3rd

**3. Last Name** PATTERSON  **First Name** RODNEY  **Middle Name** Scott

**4. Social Security Number** ▓8252

**5. Address** 1092 NW 139th Terrace   **Telephone Number** (954) 499-0873

**Number / Street** PEMBROKE PINES   FL   33028
City   State / Country   Zip Code

**6. Date of Birth** ▓1967  MM/DD/YYYY   Citizenship USA   **7. Color of Hair** BLOND   **8. Color of Eyes** BLUE   **9. Sex** Male

**10. Type of Airman Certificate(s) You Hold:**
[ ] None   [ ] ATC Specialist   [X] Flight Instructor   [ ] Recreational
[X] Airline Transport   [X] Flight Engineer   [ ] Private   [ ] Other
[ ] Commercial   [ ] Flight Navigator   [ ] Student

**11. Occupation** Captain   **12. Employer** 21 Air

**13. Has Your FAA Airman Medical Certificate Ever Been Denied, Suspended, or Revoked?**
[ ] Yes   [X] No   If yes, give date ____ MM/DD/YYYY

Total Pilot Time (Civilian Only)
**14. To Date** 10000   **15. Past 6 months** 180
**16. Date of Last FAA Medical Application** 07/18/2017  MM/DD/YYYY   [ ] No Prior Application

**17.a. Do You Currently Use Any Medication (Prescription or Nonprescription)?**
[X] No   [ ] Yes   (If yes, below list medication(s) used and check appropriate box.)   Previously Reported Yes / No

*(If more space is required, see 17. a. on the Instruction sheet.)*

**17.b. Do You Ever Use Near Vision Contact Lens(es) While Flying?**   [ ] Yes   [X] No

**18. Medical History - HAVE YOU EVER IN YOUR LIFE BEEN DIAGNOSED WITH, HAD, OR DO YOU PRESENTLY HAVE ANY OF THE FOLLOWING? Answer "yes" or "no"** for every condition listed below. In the EXPLANATIONS box below, you may note "PREVIOUSLY REPORTED, NO CHANGE" only if the explanation of the condition was reported on a previous application for an airman medical certificate and there has been no change in your condition. **See Instructions Page**

| Yes | No | Condition | Yes | No | Condition | Yes | No | Condition | Yes | No | Condition |
|---|---|---|---|---|---|---|---|---|---|---|---|
| a. | [X] | Frequent or severe headaches | g. | [X] | Heart or vascular trouble | m. | [X] | Mental disorders of any sort; depression, anxiety, etc. | r. | [X] | Military medical discharge |
| b. | [X] | Dizziness or fainting spell | h. | [X] | High or low blood pressure | n. | [X] | Substance dependence or failed a drug test ever; or substance abuse or use of illegal substance in the last 2 years. | s. | [X] | Medical rejection by military service |
| c. | [X] | Unconsciousness for any reason | i. | [X] | Stomach, liver, or intestinal trouble | | | | t. | [X] | Rejection for life or health insurance |
| d. | [X] | Eye or vision trouble except glasses | j. | [X] | Kidney stone or blood in urine | o. | [X] | Alcohol dependence or abuse | u. | [X] | Admission to hospital |
| e. | [X] | Hay fever or allergy | k. | [X] | Diabetes | p. | [X] | Suicide attempt | x. | [X] | Other illness, disability, or surgery |
| f. | [X] | Asthma or lung disease | l. | [X] | Neurological disorders: epilepsy, seizures, stroke, paralysis, etc. | q. | [X] | Motion sickness requiring medication | y. | [X] | Medical disability benefits |

**Arrest, Conviction, and/or Administrative Action History — See Instructions Page**

| Yes | No | | Yes | No | |
|---|---|---|---|---|---|
| v. | [X] | History of (1) any arrest(s) and/or conviction(s) involving driving while intoxicated by, while impaired by, or while under the influence of alcohol or a drug; or (2) history of any arrest(s), and/or conviction(s), and/or administrative action(s) involving an offense(s) which resulted in the denial, suspension, cancellation, or revocation of driving privileges or which resulted in attendance at an educational or a rehabilitation program. | w. | [X] | History of nontraffic conviction(s) (misdemeanors or felonies). |

**Explanations: See Instructions Page**

See Form 8500-8 Continuation Sheet for Comments

FOR FAA USE Review Action Codes

**19. Visits to Health Professional Within Last 3 Years.**   [X] Yes (Explain Below)   [ ] No   See Instructions Page

| Date | Name, Address, and Type of Health Professional Consulted | Reason |
|---|---|---|
| 11/2017 | Ira Kotch Dentist | Root Canal |
| 09/2017 | Micheal Myers Chiropractor | Spinal Adjustment |
| 01/2018 | Dr Martin Dayton D.O. | Skin Irritation |

**20. Applicant's National Driver Register and Certifying Declarations**

— NOTICE — Whoever in any matter within the jurisdiction of any department or agency of the United States knowingly and willfully falsifies, conceals or covers up by any trick, scheme, or device a material fact, or who makes any false, fictitious or fraudulent statements or representations, or entry, may be fined up to $250,000 or imprisoned not more than 5 years, or both. (18 U.S. Code Sect. 1001; 3571).

I hereby authorize the National Driver Register (NDR), through a designated State Department of Motor Vehicles, to furnish to the FAA information pertaining to my driving record. This consent constitutes authorization for a single access to the information contained in the NDR to verify information provided in this application. Upon my request, the FAA shall make the information received from the NDR, if any, available for my review and written comment. Authority: 23 U.S. Code 401, Note.

**NOTE:** ALL persons using this form must sign it. NDR consent, however, does not apply unless this form is used as an application for Medical Certificate or Medical Certificate and Student Pilot Certificate.

I hereby certify that all statements and answers provided by me on this application form are complete and true to the best of my knowledge, and I agree that they are to be considered part of the basis for issuance of any FAA certificate to me. I have also read and understand the Privacy Act statement that accompanies this form.

Signature of Applicant   **Date** 02/02/2018 09:22:25 am   MM/DD/YYYY

**FAA Form 8500-8 (9-08) Supersedes Previous Edition - COPY**   NSN: 0052-00-670-6002

*This list contains privileged and confidential Information protected by the Privacy Act. The Information is intended for the individual or entity to which it was addressed. If you received it in error, please notify the sender immediately. The confidential Information is released solely for use within the Federal Aviation Administration and shall not be disclosed, copied or re-released in any part.*

NOTE: FAA/Original Copy of the Report of Medical Examination Must be TYPED.

## REPORT OF MEDICAL EXAMINATION

| 21. Height (inches) | 22. Weight (pounds) | 23. Statement of Demonstrated Ability (SODA) | 24. SODA Serial Number |
|---|---|---|---|
| 72 | 210 | ☐ YES  ☒ NO    Defect Noted: | |

| CHECK EACH ITEM IN APPROPRIATE COLUMN | Normal | Abnormal | CHECK EACH ITEM IN APPROPRIATE COLUMN | Normal | Abnormal |
|---|---|---|---|---|---|
| 25. Head, face, neck, and scalp | X | | 37. Vascular system (Pulse, amplitude and character, arms, legs, others) | X | |
| 26. Nose | X | | 38. Abdomen and viscera (Including hernia) | X | |
| 27. Sinuses | X | | 39. Anus (Not including digital examination) | X | |
| 28. Mouth and throat | X | | 40. Skin | X | |
| 29. Ears, general (Internal and external canals; Hearing under item 49) | X | | 41. G-U system (Not including pelvic examination) | X | |
| 30. Ear Drums (Perforation) | X | | 42. Upper and lower extremities (Strength and range of motion) | X | |
| 31. Eyes, general (Vision under items 50 to 54) | X | | 43. Spine, other musculoskeletal | X | |
| 32. Ophthalmoscopic | X | | 44. Identifying body marks, scars, tattoos (Size & location) | X | |
| 33. Pupils (Equality and reaction) | X | | 45. Lymphatics | X | |
| 34. Ocular motility (Associated parallel movement, nystagmus) | X | | 46. Neurologic (Tendon reflexes, equilibrium, senses, cranial nerves, coordination, etc) | X | |
| 35. Lungs and chest (Not including breast examination) | X | | 47. Psychiatric (Appearance, behavior, mood, communication, and memory) | X | |
| 36. Heart (Precordial activity, rhythm, sounds, and murmurs) | X | | 48. General systemic | X | |

NOTES: Describe every abnormality in detail. Enter applicable item number before each comment. Use additional sheets if necessary and attach to this form.

| 49. Hearing | Record Audiometric Speech Discrimination Score Below | | Right Ear | | | | | Left Ear | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Conversational Voice Test at 6 Feet | | Audiometer Threshold in decibels | 500 | 1000 | 2000 | 3000 | 4000 | 500 | 1000 | 2000 | 3000 | 4000 |
| ☒ Pass  ☐ Fail | | | | | | | | | | | | |

| 50. Distant Vision | | 51.a. Near Vision | | | 51.b. Intermediate Vision - 32 Inches | | | 52. Color Vision |
|---|---|---|---|---|---|---|---|---|
| Right 20/ 20  Corrected to 20/ | | Right 20/ 30  Corrected to 20/ 20 | | | Right 20/ 20  Corrected to 20/ | | | ☒ Pass |
| Left 20/ 20  Corrected to 20/. | | Left 20/ 30  Corrected to 20/ 20 | | | Left 20/ 20  Corrected to 20/ | | | ☐ Fail |
| Both 20/ 20  Corrected to 20/ | | Both 20/ 30  Corrected to 20/ 20 | | | Both 20/ 20  Corrected to 20/ | | | |

| 53. Field of Vision | 54. Heterophoria 20' (in prism diopters) | Esophoria | Exophoria | Right Hyperphoria | Left Hyperphoria |
|---|---|---|---|---|---|
| ☒ Normal  ☐ Abnormal | 0 | 0 | 0 | 0 | 0 |

| 55. Blood Pressure (Sitting, mm of Mercury) | Systolic | Diastolic | 56. Pulse (Resting) | 57. Urine Test (If abnormal, give results) | | Albumin | Sugar | 58. ECG (Date) | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | 120 | / 80 | 80 | ☒ Normal  ☐ Abnormal | | | | MM 02 | DD 05 | YYYY 2018 |

59. Other Tests Given

60. Comments on History and Findings: AME shall comment on all "YES" answers in the Medical History section and for abnormal findings of the examination. (Attach all consultation reports, ECGs, X-rays, etc. to this report before mailing.)

See Form 8500-8 Continuation Sheet for Comments

**FOR FAA USE**
Pathology Codes:

Coded By:

Clerical Reject

Significant Medical History ☐ YES  ☒ NO          Abnormal Physical Findings ☐ YES  ☒ NO

| 61. Applicant's Name | 62. Has Been Issued — |
|---|---|
| RODNEY Scott PATTERSON | ☒ Medical Certificate   ☐ Medical & Student Pilot Certificate |
| | ☐ No Certificate Issued — Deferred for Further Evaluation |
| | ☐ Has Been Denied — Letter of Denial Issued (Copy Attached) |

63. Disqualifying Defects (List by item number)

64. Medical Examiner's Declaration — I hereby certify that I have personally reviewed the medical history and personally examined the applicant named on this medical examination report. This report with any attachment embodies my findings completely and correctly.

| Date of Examination | Aviation Medical Examiner's Name | Aviation Medical Examiner's Signature |
|---|---|---|
| MM  DD  YYYY | Louis ANTOSEK | |
| | Street Address | |
| 02/05/2018 | 4675-A Anglers Ave. | AME Serial Number    000017365 |
| | City FORT LAUDERDALE State FL    Zip Code 33312 | AME Telephone    (954) 929-5624 |

*This is contains privileged and confidential information protected by the Privacy Act. The information is intended for the individual or entity to which it was addressed. If you received it in error, please notify the sender immediately. This confidential information is released solely for use within the Federal Aviation Administration and shall not be disclosed, copied or distributed in any part.

FAA_8500_Records_00009

## Form 8500-8 Continuation Sheet

**Applicant Name:**  RODNEY Scott PATTERSON
**Applicant MID:**  200008090686          **Transmitted to FAA :**      02/05/2018 02:32:59 pm

**17.a.Medications (From page 1):**

Medication

<div align="right">

Previously Reported

Yes          No
</div>

**18. Explanations (From page 1):**

18U No Change Previously Reported
18X No Change Previously Reported
18u: 2105 - chest wall resection - spindle cell carcinoma - compliant with SI requirements for annual submission of letter from treating physician 18x: Refer to 18U

**19. Visits to Health Professional Within Last 3 Years. (From page 1):**

| | |
|---|---|
| 11/2017  Ira Kotch<br>Root Canal | Dentist |
| 09/2017  Micheal Myers<br>Spinal Adjustment | Chiropractor |
| 01/2018  Dr Martin Dayton<br>Skin Irritation | D.O. |
| 01/2018  Dr Ernesto Quitana<br>Follow-up | MD. |
| 01/2018  Dr Martin Dayton<br>Follow-up | D.O. |

**25 - 48. Notes (From page 2):**

**59. Other Tests Given (From page 2)**

**60. Comments on History and Findings (From page 2)**

18u: 2105 - chest wall resection - spindle cell carcinoma - compliant with SI requirements for annual submission of letter from treating physician
18x: Refer to 18U
19: 9/2017 - Dr. Myers - chiropractor - back adjustment
11/2017 - Dr. Kotch - dentist - root canal
1/2018 - Dr. Quitana - family practice - check up
1/2018 - Dr. Dayton - oncology - follow up
1/2018 - Dr. Daytn - oncology - rash

Page 1 has been modified:
4A>>Applicant modified the SSN, AMCS has retained the original SSN
Modification comments from AME:
4A.System Change

**AME Actions**

**Applicant Previously Assessed**
[] 1. Has OSA diagnosis and is on Special Issuance. Reports to follow.

[] 2. Has OSA diagnosis and is currently being treated OR has previous OSA assessment. NOT on Special Issuance. Reports to follow.

**Applicant Not at Risk**
[X] 3. Determined to NOT be at Risk for OSA at this examination.

**Applicant at Risk/Severity to be Assessed.**
[] 4. Discuss OSA Risk with airman and provide education material.
[] 5. At risk for OSA. AASM sleep apnea assessment required. Reports to follow.

**Applicant Risk.  Severity high**
[] 6. Deferred. Immediate safety risk. AASM sleep apnea assessment required. Reports to follow.

"This file contains privileged and confidential information protected by the Privacy Act.
The information is intended for the individual or entity to which it was addressed.
If you received it in error, please notify the sender immediately. This confidential information is released solely for use within the Federal Aviation Administration and shall not be disclosed, copied or re-released in any part."

Applicant Must Complete **ALL** 20 Items (Except For Shaded Areas)   **PLEASE PRINT**   Form Approved OMB NO. 2120-0034

Copy of FAA Form 8500-9 (Medical Certificate) or FAA Form 8420-2 (Medical/Student Pilot Certificate) Issued.

## MEDICAL CERTIFICATE FIRST CLASS AND STUDENT PILOT CERTIFICATE

**This certifies that** *(Full name and address)*:

RODNEY Scott PATTERSON
1092 NW 139th Terrace
PEMBROKE PINES, NC 33028

| Date of Birth | Height | Weight | Hair | Eyes | Sex |
|---|---|---|---|---|---|
| 1967 | | | BLOND | BLUE | M |

has met the medical standards prescribed in part 67, Federal Aviation Regulations, for this class of Medical Certificate.

**Limitations**

Date of Examination | Examiner's Designation No.

**Examiner**
Signature
Typed Name

**AIRMAN'S SIGNATURE**

**1. Application For:**
[X] Airman Medical Certificate   [ ] Airman Medical and Student Pilot Certificate

**2. Class of Medical Certificate Applied For:**
[X] 1st   [ ] 2nd   [ ] 3rd

**3. Last Name** PATTERSON   **First Name** RODNEY   **Middle Name** Scott

**4. Social Security Number** 9660

**5. Address** 1092 NW 139th Terrace   **Telephone Number** (954) 499-0873
Number / Street
PEMBROKE PINES   NC   33028
City   State / Country   Zip Code

**6. Date of Birth** 1967  MM/DD/YYYY
Citizenship USA
**7. Color of Hair** BLOND
**8. Color of Eyes** BLUE
**9. Sex** Male

**10. Type of Airman Certificate(s) You Hold:**
[ ] None   [ ] ATC Specialist   [X] Flight Instructor   [ ] Recreational
[X] Airline Transport   [ ] Flight Engineer   [ ] Private   [X] Other
[ ] Commercial   [ ] Flight Navigator   [ ] Student   Ground Instructor

**11. Occupation** Pilot   **12. Employer**

**13. Has Your FAA Airman Medical Certificate Ever Been Denied, Suspended, or Revoked?**
[ ] Yes   [X] No   If yes, give date   MM/DD/YYYY

Total Pilot Time (Civilian Only)
**14. To Date** 12000   **15. Past 6 months** 200
**16. Date of Last FAA Medical Application** 01/05/2017   MM/DD/YYYY   [ ] No Prior Application

**17.a. Do You Currently Use Any Medication (Prescription or Nonprescription)?**
[X] No   [ ] Yes   (If yes, below list medication(s) used and check appropriate box.)   Previously Reported Yes No

(If more space is required, see 17. a. on the instruction sheet.)

**17.b. Do You Ever Use Near Vision Contact Lens(es) While Flying?**   [ ] Yes   [X] No

**18. Medical History** – HAVE YOU EVER IN YOUR LIFE BEEN DIAGNOSED WITH, HAD, OR DO YOU PRESENTLY HAVE ANY OF THE FOLLOWING? Answer "yes" or "no" for every condition listed below. In the EXPLANATIONS box below, you may note "PREVIOUSLY REPORTED, NO CHANGE" only if the explanation of the condition was reported on a previous application for an airman medical certificate and there has been no change in your condition.   See Instructions Page

| Yes | No | Condition | Yes | No | Condition | Yes | No | Condition | Yes | No | Condition |
|---|---|---|---|---|---|---|---|---|---|---|---|
| a. | [X] | Frequent or severe headaches | g. | [X] | Heart or vascular trouble | m. | [X] | Mental disorders of any sort; depression, anxiety, etc. | r. | [X] | Military medical discharge |
| b. | [X] | Dizziness or fainting spell | h. | [X] | High or low blood pressure | n. | [X] | Substance dependence or failed a drug test ever; or substance abuse or use of illegal substance in the last 2 years. | s. | [X] | Medical rejection by military service |
| c. | [X] | Unconsciousness for any reason | i. | [X] | Stomach, liver, or intestinal trouble | | | | t. | [X] | Rejection for life or health insurance |
| d. | [X] | Eye or vision trouble except glasses | j. | [X] | Kidney stone or blood in urine | o. | [X] | Alcohol dependence or abuse | u. | [X] | Admission to hospital |
| e. | [X] | Hay fever or allergy | k. | [X] | Diabetes | p. | [X] | Suicide attempt | x. | [X] | Other illness, disability, or surgery |
| f. | [X] | Asthma or lung disease | l. | [ ] | Neurological disorders; epilepsy, seizures, stroke, paralysis, etc. | q. | [X] | Motion sickness requiring medication | y. | [X] | Medical disability benefits |

**Arrest, Conviction, and/or Administrative Action History** — See Instructions Page

| Yes | No | | Yes | No | |
|---|---|---|---|---|---|
| v. | [X] | History of (1) any arrest(s) and/or conviction(s) involving driving while intoxicated by, while impaired by, or while under the influence of alcohol or a drug; or (2) history of any arrest(s), and/or conviction(s), and/or administrative action(s) involving an offense(s) which resulted in the denial, suspension, cancellation, or revocation of driving privileges or which resulted in attendance at an educational or a rehabilitation program. | w. | [X] | History of nontraffic conviction(s) (misdemeanors or felonies). |

**Explanations:** See Instructions Page

See Form 8500-8 Continuation Sheet for Comments

FOR FAA USE
(Review Action Codes)

**19. Visits to Health Professional Within Last 3 Years.**   [X] Yes (Explain Below)   [ ] No   See Instructions Page

| Date | Name, Address, and Type of Health Professional Consulted | Reason |
|---|---|---|
| 06/2017 | Dr. Martin Dayton Sunny Isles Beach FL Integrative Care | Follow-up/monitoring |
| 06/2017 | Dr Micheal Myers Hollywood FL Chiropractor | Follow Care |
| 04/2017 | Dr Micheal Myers Hollywood FL Chiropractor | Sprain Strain |

**-- NOTICE --**
Whoever in any matter within the jurisdiction of any department or agency of the United States knowingly and willfully falsifies, conceals or covers up by any trick, scheme, or device a material fact, or who makes any false, fictitious or fraudulent statements or representations, or entry, may be fined up to $250,000 or imprisoned not more than 5 years, or both. (18 U.S. Code Secs. 1001; 3571).

**20. Applicant's National Driver Register and Certifying Declarations**

I hereby authorize the National Driver Register (NDR), through a designated State Department of Motor Vehicles, to furnish to the FAA information pertaining to my driving record. This consent authorization for a single access to the information provided in the NDR to verify information provided in this application. Upon my request, the FAA shall make the information received from the NDR, if any, available for my review and written comment. Authority: 23 U.S. Code 401, Note.

**NOTE:** ALL persons using this form must sign it. NDR consent, however, does not apply unless this form is used as an application for Medical Certificate or Medical Certificate and Student Pilot Certificate.

I hereby certify that all statements and answers provided by me on this application form are complete and true to the best of my knowledge, and I agree that they are to be considered part of the basis for issuance of any FAA certificate to me. I have also read and understand the Privacy Act statement that accompanies this form.

Electronically signed by: aa737drvr@aol.com / Password Verified   Date 07/18/2017 10:24:28 am   MM/DD/YYYY

FAA Form 8500-8 (9-08) Supersedes Previous Edition - COPY

Confirmation Number: 831663117538

NSN: 0052-00-670-6002

FAA_8500_Records_00011

## Form 8500-8 Continuation Sheet

**17.a. Medications (From page 1):**

Medication

Yes        No

**18. Explanations (From page 1):**

18X Previously Reported
No Changes

**19. Visits to Health Professional Within Last 3 Years. (From page 1):**

06/2017  Dr. Martin Dayton          Sunny Isles Beach FL   Integrative Care
Follow-up/monitoring

06/2017  Dr Micheal Myers           Hollywood FL   Chiropractor
Follow Care

04/2017  Dr Micheal Myers           Hollywood FL   Chiropractor
Sprain Strain

04/2017  Dr. Martin Dayton          Sunny Isles Beach FL   Integrative Care
Follow-up/monitoring

03/2017  Dr. Dan Dutton             Bozeman MT   Chiropractor
Sprain Strain

03/2017  Dr. Martin Dayton          Sunny Isles Beach FL   Integrative Care
Follow-up/monitoring

01/2017  Dr. Martin Dayton          Sunny Isles Beach FL   Integrative Care
Follow-up/monitoring

07/2017  Dr. Ernesto Quitana        San Diego CA   Medical Doctor
Nutrition/Diet Counseling, Recall Healing

This list contains privileged and confidential information protected by the Privacy Act. The information is intended for the individual or entity to which it was addressed. If you received it in error, please notify the sender immediately. This content of information is released solely for use within the Federal Aviation Administration and shall not by disclosed, copied or re-released in any part.

Applicant Must Complete **ALL** 20 Items (Except For Shaded Areas)  **PLEASE PRINT**    Form Approved OMB NO. 2120-0034

Copy of FAA Form 8500-9 (Medical Certificate) or FAA Form 8420-2 (Medical/Student Pilot Certificate) issued.

# GX-2399917

## MEDICAL CERTIFICATE FIRST CLASS AND STUDENT PILOT CERTIFICATE

This certifies that *(Full name and address):*

RODNEY Scott PATTERSON

1092 NW 139th Terrace

PEMBROKE PINES, FL 33028

| Date of Birth | Height | Weight | Hair | Eyes | Sex |
|---|---|---|---|---|---|
| ▓▓1967 | 72 | 210 | BLOND | BLUE | M |

has met the medical standards prescribed in part 67, Federal Aviation Regulations, for this class of Medical Certificate.

**Limitations**

Not valid for any class after 01/31/2018

**Examiner**

| Date of Examination | Examiner's Designation No. |
|---|---|
| 07/18/2017 | 000012719 |

Signature

Typed Name
JOSEPH TORDELLA

**AIRMAN'S SIGNATURE**

| 1. Application For: | | 2. Class of Medical Certificate Applied For: |
|---|---|---|
| [X] Airman Medical Certificate | [ ] Airman Medical and Student Pilot Certificate | [X] 1st  [ ] 2nd  [ ] 3rd |

| 3. Last Name | First Name | Middle Name |
|---|---|---|
| PATTERSON | RODNEY | Scott |

4. Social Security Number  ▓▓▓▓8252

| 5. Address | Telephone Number | (954) 499-0873 |
|---|---|---|
| 1092 NW 139th Terrace | | |
| Number / Street | FL | 33028 |
| PEMBROKE PINES | State / Country | Zip Code |
| City | | |

| 6. Date of Birth ▓▓1967 MM/DD/YYYY | 7. Color of Hair BLOND | 8. Color of Eyes BLUE | 9. Sex Male |
|---|---|---|---|
| Citizenship USA | | | |

10. Type of Airman Certificate(s) You Hold:
[ ] None   [ ] ATC Specialist   [X] Flight Instructor   [ ] Recreational
[X] Airline Transport   [ ] Flight Engineer   [ ] Private   [X] Other Ground Instructor
[ ] Commercial   [ ] Flight Navigator   [ ] Student

| 11. Occupation Pilot | 12. Employer Sky One Holdings |
|---|---|

13. Has Your FAA Airman Medical Certificate Ever Been Denied, Suspended, or Revoked?
[ ] Yes  [X] No   If yes, give date _____ MM/DD/YYYY

| Total Pilot Time (Civilian Only) | | 16. Date of Last FAA Medical Application |
|---|---|---|
| 14. To Date 12700 | 15. Past 6 months 200 | 01/05/2017  [ ] No Prior Application |

17.a. Do You Currently Use Any Medication (Prescription or Nonprescription)?
[X] No  [ ] Yes  (if yes, list below list medication(s) used and check appropriate box.)

Previously Reported  Yes / No

(If more space is required, see 17. e. on the instruction sheet.)

17.b. Do You Ever Use Near Vision Contact Lens(es) While Flying?  [ ] Yes  [X] No

18. Medical History - HAVE YOU EVER IN YOUR LIFE BEEN DIAGNOSED WITH, HAD, OR DO YOU PRESENTLY HAVE ANY OF THE FOLLOWING? Answer "yes" or "no" for every condition listed below. In the EXPLANATIONS box below, you may note "PREVIOUSLY REPORTED, NO CHANGE" only if the explanation of the condition was reported on a previous application for an airman medical certificate and there has been no change in the condition.   See Instructions Page

| Yes | No | Condition | Yes | No | Condition | Yes | No | Condition | Yes | No | Condition |
|---|---|---|---|---|---|---|---|---|---|---|---|
| a. | [X] | Frequent or severe headaches | g. | [X] | Heart or vascular trouble | m. | [X] | Mental disorders of any sort; depression, anxiety, etc. | r. | [X] | Military medical discharge |
| b. | [X] | Dizziness or fainting spell | h. | [X] | High or low blood pressure | n. | [X] | Substance dependence or failed a drug test ever; or substance abuse or use of illegal substance in the last 2 years. | s. | [X] | Medical rejection by military service |
| c. | [X] | Unconsciousness for any reason | i. | [X] | Stomach, liver, or intestinal trouble | o. | [X] | Alcohol dependence or abuse | t. | [X] | Rejection for life or health insurance |
| d. | [X] | Eye or vision trouble except glasses | j. | [X] | Kidney stone or blood in urine | p. | [X] | Suicide attempt | u. | [X] | Admission to hospital |
| e. | [X] | Hay fever or allergy | k. | [X] | Diabetes | q. | [X] | Motion sickness requiring medication | x. | [X] | Other illness, disability, or surgery |
| f. | [X] | Asthma or lung disease | l. | [X] | Neurological disorders; epilepsy, seizures, stroke, paralysis, etc. | | | | y. | [X] | Medical disability benefits |

Arrest, Conviction, and/or Administrative Action History — See Instructions Page

| Yes | No | | Yes | No | |
|---|---|---|---|---|---|
| v. | [X] | History of (1) any arrest(s) and/or conviction(s) involving driving while intoxicated by, while impaired by, or while under the influence of alcohol or a drug; or (2) history of any arrest(s), and/or conviction(s), and/or administrative action(s) involving an offense(s) which resulted in the denial, suspension, cancellation, or revocation of driving privileges or which resulted in attendance at an educational or a rehabilitation program. | w. | [X] | History of nontraffic conviction(s) (misdemeanors or felonies). |

Explanations: See Instructions Page

See Form 8500-8 Continuation Sheet for Comments

FOR FAA USE

19. Visits to Health Professional Within Last 3 Years.   [X] Yes (Explain Below)   [ ] No   See Instructions Page

| Date | Name, Address, and Type of Health Professional Consulted | Reason |
|---|---|---|
| 06/2017 | Dr. Martin Dayton Sunny Isles Beach FL Integrative Care | Follow-up/monitoring |
| 06/2017 | Dr Micheal Myers Hollywood FL Chiropractor | Follow Care |
| 04/2017 | Dr Micheal Myers Hollywood FL Chiropractor | Sprain Strain |

— NOTICE —
Whoever in any matter within the jurisdiction of any department or agency of the United States knowingly and willfully falsifies, conceals or covers up by any trick, scheme, or device a material fact, or who makes any false, fictitious or fraudulent statements or representations, or entry, may be fined up to $250,000 or imprisoned not more than 5 years, or both. (18 U.S. Code Secs. 1001; 3571).

20. Applicant's National Driver Register and Certifying Declarations

I hereby authorize the National Driver Register (NDR), through a designated State Department of Motor Vehicles, to furnish to the FAA information pertaining to my driving record. This consent constitutes authorization for a single access to the information contained in the NDR to verify information provided in this application. Upon my request, the FAA shall make the information received from the NDR, if any, available for my review and written comment. Authority: 23 U.S. Code 401, Note.

NOTE: ALL persons using this form must sign it. NDR consent, however, does not apply unless this form is used as an application for Medical Certificate or Medical Certificate and Student Pilot Certificate.

I hereby certify that all statements and answers provided by me on this application form are complete and true to the best of my knowledge, and I agree that they are to be considered part of the basis for issuance of any FAA certificate to me. I have also read and understand the Privacy Act statement that accompanies this form.

| Signature of Applicant | Date 07/18/2017 10:24:28 am MM/DD/YYYY |
|---|---|

FAA Form 8500-8 (9-08) Supersedes Previous Edition - COPY

NSN: 0052-00-670-6002

*This file contains privileged and confidential information protected by the Privacy Act.
The information is intended for the individual or entity to which it was addressed.
If you received it in error, please notify the sender immediately. The confidential information is released solely for use within the Federal Aviation Administration and shall not be disclosed, copied or re-released in any part.

FAA_8500_Records_00013

NOTE: FAA/Original Copy of the Report of Medical Examination Must be TYPED.

## REPORT OF MEDICAL EXAMINATION

| 21. Height (inches) | 22. Weight (pounds) | 23. Statement of Demonstrated Ability (SODA) | 24. SODA Serial Number |
|---|---|---|---|
| 72 | 210 | ☐ YES   ☒ NO      Defect Noted: | |

| CHECK EACH ITEM IN APPROPRIATE COLUMN | Normal | Abnormal | CHECK EACH ITEM IN APPROPRIATE COLUMN | Normal | Abnormal |
|---|---|---|---|---|---|
| 25. Head, face, neck, and scalp | X | | 37. Vascular system (Pulse, amplitude and character, arms, legs, others) | X | |
| 26. Nose | X | | 38. Abdomen and viscera (Including hernia) | X | |
| 27. Sinuses | X | | 39. Anus (Not including digital examination) | X | |
| 28. Mouth and throat | X | | 40. Skin | X | |
| 29. Ears, general (Internal and external canals; Hearing under item 49) | X | | 41. G-U system (Not including pelvic examination) | X | |
| 30. Ear Drums (Perforation) | X | | 42. Upper and lower extremities (Strength and range of motion) | X | |
| 31. Eyes, general (Vision under items 50 to 54) | X | | 43. Spine, other musculoskeletal | X | |
| 32. Ophthalmoscopic | X | | 44. Identifying body marks, scars, tattoos (Size & location) | | X |
| 33. Pupils (Equality and reaction) | X | | 45. Lymphatics | X | |
| 34. Ocular motility (Associated parallel movement, nystagmus) | X | | 46. Neurologic (Tendon reflexes, equilibrium, senses, cranial nerves, coordination, etc.) | X | |
| 35. Lungs and chest (Not including breast examination) | X | | 47. Psychiatric (Appearance, behavior, mood, communication, and memory) | X | |
| 36. Heart (Precordial activity, rhythm, sounds, and murmurs) | X | | 48. General systemic | X | |

NOTES: Describe every abnormality in detail. Enter applicable item number before each comment. Use additional sheets if necessary and attach to this form.

See Form 8500-8 Continuation Sheet for Comments

| 49. Hearing | Record Audiometric Speech Discrimination Score Below | | Right Ear | | | | | | Left Ear | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Conversational Voice Test at 6 Feet | | Audiometer Threshold in decibels | 500 | 1000 | 2000 | 3000 | 4000 | 500 | 1000 | 2000 | 3000 | 4000 | |
| ☒ Pass  ☐ Fail | | | | | | | | | | | | | |

| 50. Distant Vision | | | 51.a. Near Vision | | | 51.b. Intermediate Vision - 32 inches | | | 52. Color Vision | |
|---|---|---|---|---|---|---|---|---|---|---|
| Right | 20/ 20 | Corrected to 20/ | Right | 20/ 30 | Corrected to 20/ | Right | 20/ 20 | Corrected to 20/ | ☒ Pass | |
| Left | 20/ 20 | Corrected to 20/ | Left | 20/ 30 | Corrected to 20/ | Left | 20/ 20 | Corrected to 20/ | ☐ Fail | |
| Both | 20/ 20 | Corrected to 20/ | Both | 20/ 30 | Corrected to 20/ | Both | 20/ 20 | Corrected to 20/ | | |

| 53. Field of Vision | 54. Heterophoria 20' (in prism diopters) | Esophoria | Exophoria | Right Hyperphoria | Left Hyperphoria |
|---|---|---|---|---|---|
| ☒ Normal  ☐ Abnormal | | 1 | 0 | 0 | 0 |

| 55. Blood Pressure (Sitting, mm of Mercury) | Systolic | Diastolic | 56. Pulse (Resting) | 57. Urine Test (If abnormal, give results) | | Albumin | Sugar | 58. ECG (Date) MM DD YYYY |
|---|---|---|---|---|---|---|---|---|
| | 124 | 80 | 66 | ☒ Normal  ☐ Abnormal | | Normal | Normal | |

59. Other Tests Given

60. Comments on History and Findings: AME shall comment on all "YES" answers in the Medical History section and for abnormal findings of the examination. (Attach all consultation reports, ECGs, X-rays, etc. to this report before mailing.)

See Form 8500-8 Continuation Sheet for Comments

**FOR FAA USE**
Pathology Codes:

Coded By:

Clerical Reject

| Significant Medical History | ☒ YES   ☐ NO | Abnormal Physical Findings | ☐ YES   ☒ NO |
|---|---|---|---|

| 61. Applicant's Name | 62. Has Been Issued -- ☒ Medical Certificate   ☐ Medical & Student Pilot Certificate |
|---|---|
| RODNEY Scott PATTERSON | ☐ No Certificate Issued -- Deferred for Further Evaluation |
| | ☐ Has Been Denied -- Letter of Denial Issued (Copy Attached) |

63. Disqualifying Defects (List by item number)

64. Medical Examiner's Declaration -- I hereby certify that I have personally reviewed the medical history and personally examined the applicant named on this medical examination report. This report with any attachment embodies my findings completely and correctly.

| Date of Examination | Aviation Medical Examiner's Name | Aviation Medical Examiner's Signature |
|---|---|---|
| MM DD YYYY | JOSEPH TORDELLA | |
| | Street Address | |
| 07/18/2017 | 1100 Lee Wagener Blvd | AME Serial Number   000012719 |
| | City FORT LAUDERDALE State FL    Zip Code 33315 | AME Telephone   (888) 435-0007 |

FAA Form 8500-8 (9-08) Supersedes Previous Edition - COPY

*This fax contains privileged and confidential information protected by the Privacy Act. The information is intended for the individual or entity to which it was addressed. If you received it in error, please notify the sender immediately. This confidential information is released solely for use within the Federal Aviation Administration and shall not be disclosed, copied or re-released in any part.*

### Form 8500-8 Continuation Sheet

**Applicant Name:**  **RODNEY Scott PATTERSON**
**Applicant MID:**  200007858848          **Transmitted to FAA :**          **07/18/2017 12:02:46 pm**

**17.a.Medications (From page 1):**                                              Previously Reported

Medication                                                                      Yes          No

**18. Explanations (From page 1):**

18X Previously Reported

18x: PI#          reviewed, no problem see attached report No Changes

**19. Visits to Health Professional Within Last 3 Years. (From page 1):**

| | | |
|---|---|---|
| 06/2017  Dr. Martin Dayton<br>Follow-up/monitoring | Sunny Isles Beach FL   Integrative Care | |
| 06/2017  Dr Micheal Myers<br>Follow Care | Hollywood FL   Chiropractor | |
| 04/2017  Dr Micheal Myers<br>Sprain Strain | Hollywood FL   Chiropractor | |
| 04/2017  Dr. Martin Dayton<br>Follow-up/monitoring | Sunny Isles Beach FL   Integrative Care | |
| 03/2017  Dr. Dan Dutton<br>Sprain Strain | Bozeman MT   Chiropractor | |
| 03/2017  Dr. Martin Dayton<br>Follow-up/monitoring | Sunny Isles Beach FL   Integrative Care | |
| 01/2017  Dr. Martin Dayton<br>Follow-up/monitoring | Sunny Isles Beach FL   Integrative Care | |
| 07/2017  Dr. Ernesto Quitana<br>Nutrition/Diet Counseling, Recall Healing | San Diego CA   Medical Doctor | |

**25 - 48. Notes (From page 2):**

44:no change

**59. Other Tests Given (From page 2)**

**60. Comments on History and Findings (From page 2)**

18x: PI#
reviewed, no problem
see attached report
19: PI#
reviewed, no problem
see attached report
PI#
reviewed, no problem
see attached report

Page 1 has been modified:
4A>>Applicant modified the SSN, AMCS has retained the original SSN||12>>Employer changed from Blank to Sky One Holdings||14>>Total
Pilot Time - To Date changed from 12000 to 12700
Modification comments from AME:
4A.System Change; 12.typographical error; 14.typographical error

This file contains privileged and confidential information protected by the Privacy Act.
The information is intended for the individual or entity to which it was addressed.
If you received it in error, please notify the sender immediately. This confidential information is released solely for use within the Federal Aviation Administration and shall not be disclosed, copied or re-released in any part.

## Form 8500-8 Continuation Sheet

**Applicant Name:**   **RODNEY Scott PATTERSON**

**Applicant MID:**      200007858848             **Transmitted to FAA :**      07/18/2017 12:02:46 pm

### AME Actions

**Applicant Previously Assessed**

[] 1. Has OSA diagnosis and is on Special Issuance. Reports to follow.

[] 2. Has OSA diagnosis and is currently being treated OR has previous OSA assessment. NOT on Special Issuance. Reports to follow.

**Applicant Not at Risk**

[X] 3. Determined to NOT be at Risk for OSA at this examination.

**Applicant at Risk/Severity to be Assessed.**

[] 4. Discuss OSA Risk with airman and provide education material.

[] 5. At risk for OSA. AASM sleep apnea assessment required. Reports to follow.

**Applicant Risk.  Severity high**

[] 6. Deferred. Immediate safety risk. AASM sleep apnea assessment required. Reports to follow.

*This list contains privileged and confidential information protected by the Privacy Act.
The information is intended for the individual or entity to which it was addressed.
If you received it in error, please notify the sender immediately.  This confidential information is released solely for use within the Federal Aviation Administration and shall not be disclosed, copied or re-released in any part.*

Applicant Must Complete **ALL** 20 Items (Except For Shaded Areas) **PLEASE PRINT** Form Approved OMB NO. 2120-0034

Copy of FAA Form 8500-9 (Medical Certificate) or FAA Form 8420-2 (Medical/Student Pilot Certificate) issued.

## MEDICAL CERTIFICATE **FIRST** CLASS AND STUDENT PILOT CERTIFICATE

This certifies that *(Full name and address)*:

RODNEY Scott PATTERSON
1092 NW 139th Terrace
PEMBROKE PINES, NC 33028

has met the medical standards prescribed in part 67, Federal Aviation Regulations, for this class of Medical Certificate.

| Date of Birth | Height | Weight | Hair | Eyes | Sex |
|---|---|---|---|---|---|
| ████1967 | | | BLOND | BLUE | M |

**Limitations**

Date of Examination | Examiner's Designation No.

**Examiner**

Signature

Typed Name

**AIRMAN'S SIGNATURE**

| **1. Application For:** | | **2. Class of Medical Certificate Applied For:** |
|---|---|---|
| [X] Airman Medical Certificate | [ ] Airman Medical and Student Pilot Certificate | [X] 1st  [ ] 2nd  [ ] 3rd |

| **3. Last Name** | **First Name** | **Middle Name** |
|---|---|---|
| PATTERSON | RODNEY | Scott |

**4. Social Security Number** ████████9660

| **5. Address** | | **Telephone Number** (954) 499-0873 |
|---|---|---|
| 1092 NW 139th Terrace | | |
| Number / Street | | |
| PEMBROKE PINES | NC | 33028 |
| City | State / Country | Zip Code |

| **6. Date of Birth** ████1967 MM/DD/YYYY | **7. Color of Hair** BLOND | **8. Color of Eyes** BLUE | **9. Sex** Male |
|---|---|---|---|
| Citizenship USA | | | |

**10. Type of Airman Certificate(s) You Hold:**

| [ ] None | [ ] ATC Specialist | [X] Flight Instructor | [ ] Recreational |
|---|---|---|---|
| [X] Airline Transport | [X] Flight Engineer | [ ] Private | [ ] Other |
| [ ] Commercial | [ ] Flight Navigator | [ ] Student | |

| **11. Occupation** Pilot | **12. Employer** Sky One Holdings |
|---|---|

**13. Has Your FAA Airman Medical Certificate Ever Been Denied, Suspended, or Revoked?**
[ ] Yes  [X] No  If yes, give date ____ MM/DD/YYYY

| Total Pilot Time (Civilian Only) | | **16. Date of Last FAA Medical Application** 07/01/2016 MM/DD/YYYY |
|---|---|---|
| **14. To Date** 10000 | **15. Past 6 months** 350 | [ ] No Prior Application |

**17.a. Do You Currently Use Any Medication (Prescription or Nonprescription)?**
[X] No  [ ] Yes  (If yes, list below list medication(s) used and check appropriate box.)  Previously Reported Yes / No

*(If more space is required, see 17. a. on the instruction sheet.)*

**17.b. Do You Ever Use Near Vision Contact Lens(es) While Flying?** [ ] Yes [X] No

**18. Medical History** - HAVE YOU EVER IN YOUR LIFE BEEN DIAGNOSED WITH, HAD, OR DO YOU PRESENTLY HAVE ANY OF THE FOLLOWING? Answer "yes" or "no" for every condition listed below. In the EXPLANATIONS box below, you may note "PREVIOUSLY REPORTED, NO CHANGE" only if the explanation of the condition was reported on a previous application for an airman medical certificate and there has been no change in the condition. See Instructions Page

| Yes | No | Condition | Yes | No | Condition | Yes | No | Condition | Yes | No | Condition |
|---|---|---|---|---|---|---|---|---|---|---|---|
| a. | [X] | Frequent or severe headaches | g. | [X] | Heart or vascular trouble | m. | [X] | Mental disorders of any sort; depression, anxiety, etc. | r. | [X] | Military medical discharge |
| b. | [X] | Dizziness or fainting spell | h. | [X] | High or low blood pressure | n. | [X] | Substance dependence or failed a drug test ever; or substance abuse or use of illegal substance in the last 2 years. | s. | [X] | Medical rejection by military service |
| c. | [X] | Unconsciousness for any reason | i. | [X] | Stomach, liver, or intestinal trouble | o. | [X] | Alcohol dependence or abuse | t. | [X] | Rejection for life or health insurance |
| d. | [X] | Eye or vision trouble except glasses | j. | [X] | Kidney stone or blood in urine | p. | [X] | Suicide attempt | u. | [X] | Admission to hospital |
| e. | [X] | Hay fever or allergy | k. | [X] | Diabetes | q. | [X] | Motion sickness requiring medication | x. | [X] | Other illness, disability, or surgery |
| f. | [X] | Asthma or lung disease | l. | [X] | Neurological disorders; epilepsy, seizures, stroke, paralysis, etc. | | | | y. | [X] | Medical disability benefits |

**Arrest, Conviction, and/or Administrative Action History** – See Instructions Page

| Yes | No | | Yes | No | |
|---|---|---|---|---|---|
| v. [ ] | [X] | History of (1) any arrest(s) and/or conviction(s) involving driving while intoxicated by, while impaired by, or while under the influence of alcohol or a drug; or (2) history of any arrest(s), and/or conviction(s), and/or administrative action(s) involving an offense(s) which resulted in the denial, suspension, cancellation, or revocation of driving privileges or which resulted in attendance at an educational course or a rehabilitation program. | w. [ ] | [X] | History of nontrafic conviction(s) (misdemeanors or felonies). |

**Explanations:  See Instructions Page**

FOR FAA USE: Review Action Codes,

**19. Visits to Health Professional Within Last 3 Years.** [X] Yes (Explain Below)  [ ] No  See Instructions Page

| Date | Name, Address, and Type of Health Professional Consulted | Reason |
|---|---|---|
| 12/2016 | Jesse Shaw Pembroke Pines FL 33028 Orthopedic Sports Medicine | Follow-up Left Foot Sprain |
| 12/2016 | A-1 MRI Aventura Florida FL MRI | Follow up |
| 11/2016 | Dr. Martin Dayton Sunny Isles Beach FL D.O. | Follow-up |

**– NOTICE –**
Whoever in any matter within the jurisdiction of any department or agency of the United States knowingly and willingly falsifies, conceals or covers up by any trick, scheme, or device a material fact, or who makes any false, fictitious or fraudulent statements or representations, or entry, may be fined up to $250,000 or imprisoned not more than 5 years, or both. (18 U.S.C. Code Secs. 1001; 3571).

**20. Applicant's National Driver Register and Certifying Declarations**

I hereby authorize the National Driver Register (NDR), through a designated State Department of Motor Vehicles, to furnish to the FAA information pertaining to my driving record. This consent constitutes authorization for a single access to the information contained in the NDR to verify information provided in this application. Upon my request, the FAA shall make the information received from the NDR, if any, available for my review and written comment. Authority; 23 U.S. Code 401, NDR.

**NOTE:** ALL persons signing this form must sign it. NDR consent, however, does not apply unless this form is used as an application for Medical Certificate or Medical Certificate and Student Pilot Certificate.

I hereby certify that all statements and answers provided by me on this application form are complete and true to the best of my knowledge, and I agree that they are to be considered part of the basis for issuance of any FAA certificate to me. I have also read and understand the Privacy Act statement that accompanies this form.

Electronically signed by: aa737drvr@aol.com / Password Verified  Date 01/05/2017 08:58:13 am MM/DD/YYYY

FAA Form 8500-8 (9-08) Supersedes Previous Edition - COPY  Confirmation Number: 189025821894  NSN: 0052-00-670-6602

FAA_8500_Records_00017

## Form 8500-8 Continuation Sheet

**17.a. Medications (From page 1):**

Medication

Previously Reported

       Yes      No

**18. Explanations (From page 1):**

No Changes From Previous Report

**19. Visits to Health Professional Within Last 3 Years. (From page 1):**

| | | |
|---|---|---|
| 12/2016  Jesse Shaw<br>Follow-up Left Foot Sprain | Pembroke Pines FL 33028 | Orthopedic Sports Medicine |
| 12/2016  A-1 MRI<br>Follow up | Aventura Florida FL | MRI |
| 11/2016  Dr. Martin Dayton<br>Follow-up | Sunny Isles Beach FL | D.O. |

*This Da contains privileged and confidential information protected by the Privacy Act. The Information is intended for the individual or entity to which it was addressed. If you received it in error, please notify the sender immediately. This confidential information is released solely for use with the Federal Aviation Administration and shall not be disclosed, copied or re-released in any part.*

**Applicant Must Complete ALL 20 Items (Except For Shaded Areas)  PLEASE PRINT**

Form Approved OMB NO. 2120-0034

Copy of FAA Form 8500-9 (Medical Certificate) or FAA Form 8420-2 (Medical/Student Pilot Certificate) issued.

# GX-2184366

## MEDICAL CERTIFICATE FIRST CLASS AND STUDENT PILOT CERTIFICATE

This certifies that *(Full name and address):*

RODNEY Scott PATTERSON
1092 NW 139th Terrace
PEMBROKE PINES, FL 33028

| Date of Birth | Height | Weight | Hair | Eyes | Sex |
|---|---|---|---|---|---|
| 1967 | 72 | 210 | BLOND | BLUE | M |

has met the medical standards prescribed in part 67, Federal Aviation Regulations, for this class of Medical Certificate.

**Limitations**

Not valid for any class after 01/31/2018

| Date of Examination | Examiner's Designation No. |
|---|---|
| 01/05/2017 | 000012719 |

**Examiner**

Signature

Typed Name
JOSEPH TORDELLA

**AIRMAN'S SIGNATURE**

---

**1. Application for:**
[X] Airman Medical Certificate
[ ] Airman Medical and Student Pilot Certificate

**2. Class of Medical Certificate Applied For:**
[X] 1st  [ ] 2nd  [ ] 3rd

**3. Last Name** PATTERSON  **First Name** RODNEY  **Middle Name** Scott

**4. Social Security Number** 8252

**5. Address** 1092 NW 139th Terrace  **Telephone Number** (954) 499-0873
**Number / Street** 1092 NW 139th Terrace
**City** PEMBROKE PINES  **State / Country** FL  **Zip Code** 33028

**6. Date of Birth** 1967  MM/DD/YYYY
Citizenship USA
**7. Color of Hair** BLOND
**8. Color of Eyes** BLUE
**9. Sex** Male

**10. Type of Airman Certificate(s) You Hold:**
[ ] None  [ ] ATC Specialist  [X] Flight Instructor  [ ] Recreational
[X] Airline Transport  [X] Flight Engineer  [ ] Private  [ ] Other
[ ] Commercial  [ ] Flight Navigator  [ ] Student

**11. Occupation** Pilot
**12. Employer** Sky One Holdings

**13. Has Your FAA Airman Medical Certificate Ever Been Denied, Suspended, or Revoked?**
[ ] Yes  [X] No  If yes, give date ___ MM/DD/YYYY

**Total Pilot Time (Civilian Only)**
**14. To Date** 12500  **15. Past 6 months** 350
**16. Date of Last FAA Medical Application** 07/01/2016  [ ] No Prior Application

**17.a. Do You Currently Use Any Medication (Prescription or Nonprescription)?**
[X] No  [ ] Yes  (If yes, list below list medication(s) used and check appropriate box.)
Previously Reported  Yes [ ]  No [ ]

*(If more space is required, see 17. a. on the instruction sheet.)*

**17.b. Do You Ever Use Near Vision Contact Lens(es) While Flying?**  [ ] Yes  [X] No

---

**18. Medical History – HAVE YOU EVER IN YOUR LIFE BEEN DIAGNOSED WITH, HAD, OR DO YOU PRESENTLY HAVE ANY OF THE FOLLOWING?** Answer "yes" or "no" for every condition listed below. In the EXPLANATIONS box below, you may note "PREVIOUSLY REPORTED, NO CHANGE" only if the explanation of the condition was reported on a previous application for an airman medical certificate and there has been no change in the condition. See Instructions Page

| Yes | No | Condition | Yes | No | Condition | Yes | No | Condition | Yes | No | Condition |
|---|---|---|---|---|---|---|---|---|---|---|---|
| a. | [X] | Frequent or severe headaches | g. | [X] | Heart or vascular trouble | m. | [X] | Mental disorders of any sort; depression, anxiety, etc. | r. | [X] | Military medical discharge |
| b. | [X] | Dizziness or fainting spell | h. | [X] | High or low blood pressure | n. | [X] | Substance dependence or failed a drug test ever; or substance abuse or use of illegal substance in the last 2 years. | s. | [X] | Medical rejection by military service |
| c. | [X] | Unconsciousness for any reason | i. | [X] | Stomach, liver, or intestinal trouble | | | | t. | [X] | Rejection for life or health insurance |
| d. | [X] | Eye or vision trouble except glasses | j. | [X] | Kidney stone or blood in urine | o. | [X] | Alcohol dependence or abuse | u. | [X] | Admission to hospital |
| e. | [X] | Hay fever or allergy | k. | [X] | Diabetes | p. | [X] | Suicide attempt | x. | [X] | Other illness, disability, or surgery |
| f. | [X] | Asthma or lung disease | l. | [X] | Neurological disorders; epilepsy, seizures, stroke, paralysis, etc. | q. | [X] | Motion sickness requiring medication | y. | [X] | Medical disability benefits |

**Arrest, Conviction, and/or Administrative Action History — See Instructions Page**

| Yes | No | | Yes | No | |
|---|---|---|---|---|---|
| v. | [X] | History of (1) any arrest(s) and/or conviction(s) involving driving while intoxicated by, while impaired by, or while under the influence of alcohol or a drug; or (2) history of any arrest(s), and/or conviction(s), and/or administrative action(s) involving an offense(s) which resulted in the denial, suspension, cancellation, or revocation of driving privileges or which resulted in attendance at an educational or a rehabilitation program. | w. | [X] | History of nontraffic conviction(s) (misdemeanors or felonies). |

**Explanations: See Instructions Page**

See Form 8500-8 Continuation Sheet for Comments

FOR FAA USE
Review Action Codes

**19. Visits to Health Professional Within Last 3 Years.**  [X] Yes (Explain Below)  [ ] No  See Instructions Page

| Date | Name, Address, and Type of Health Professional Consulted | Reason |
|---|---|---|
| 12/2016 | Jesse Shaw Pembroke Pines FL 33028 Orthopedic Sports Medicine | Follow-up Left Foot Sprain |
| 12/2016 | A-1 MRI Aventura Florida FL MRI | Follow up |
| 11/2016 | Dr. Martin Dayton Sunny Isles Beach FL D.O. | Follow-up |

---

**-- NOTICE --**
Whoever in any matter within the jurisdiction of any department or agency of the United States knowingly and willingly falsifies, conceals or covers up by any trick, scheme, or device a material fact, or who makes any false, fictitious or fraudulent statements or representations, or entry, may be fined up to $250,000 or imprisoned not more than 5 years, or both. (18 U.S. Code Secs. 1001; 3571).

**20. Applicant's National Driver Register and Certifying Declarations**

I hereby authorize the National Driver Register (NDR), through a designated State Department of Motor Vehicles, to furnish to the FAA information pertaining to my driving record. This consent constitutes authorization for a single access to the information contained in the NDR to verify information provided in this application. Upon my request, the FAA shall make the information received from the NDR, if any, available for my review and written comment. Authority: 23 U.S. Code 401, Note.

NOTE: All persons using this form must sign it. NDR consent, however, does not apply unless this form is used as an application for Medical Certificate or Medical Certificate and Student Pilot Certificate.

I hereby certify that all statements and answers provided by me on this application form are complete and true to the best of my knowledge, and I agree that they are to be considered part of the basis for issuance of any FAA certificate to me. I have also read and understand the Privacy Act statement that accompanies this form.

Signature of Applicant  Date 01/05/2017 08:58:13 am  MM/DD/YYYY

FAA Form 8500-8 (9-08) Supersedes Previous Edition - COPY

NSN: 0052-00-670-6002

FAA_8500_Records_00019

NOTE: FAA/Original Copy of the Report of Medical Examination Must be TYPED.

## REPORT OF MEDICAL EXAMINATION

| 21. Height (inches) | 22. Weight (pounds) | 23. Statement of Demonstrated Ability (SODA) | 24. SODA Serial Number |
|---|---|---|---|
| 72 | 210 | ☐ YES  ☒ NO     Defect Noted: | |

| CHECK EACH ITEM IN APPROPRIATE COLUMN | Normal | Abnormal | CHECK EACH ITEM IN APPROPRIATE COLUMN | Normal | Abnormal |
|---|---|---|---|---|---|
| 25. Head, face, neck, and scalp | X | | 37. Vascular system (Pulse, amplitude and character, arms, legs, others) | X | |
| 26. Nose | X | | 38. Abdomen and viscera (including hernia) | X | |
| 27. Sinuses | X | | 39. Anus (Not including digital examination) | X | |
| 28. Mouth and throat | X | | 40. Skin | X | |
| 29. Ears, general (Internal and external canals; Hearing under item 49) | X | | 41. G-U system (Not including pelvic examination) | X | |
| 30. Ear Drums (Perforation) | X | | 42. Upper and lower extremities (Strength and range of motion) | X | |
| 31. Eyes, general (Vision under items 50 to 54) | X | | 43. Spine, other musculoskeletal | X | |
| 32. Ophthalmoscopic | X | | 44. Identifying body marks, scars, tattoos (Size & location) | | X |
| 33. Pupils (Equality and reaction) | X | | 45. Lymphatics | X | |
| 34. Ocular motility (Associated parallel movement, nystagmus) | X | | 46. Neurologic (Tendon reflexes, equilibrium, senses, cranial nerves, coordination, etc.) | X | |
| 35. Lungs and chest (Not including breast examination) | X | | 47. Psychiatric (Appearance, behavior, mood, communication, and memory) | X | |
| 36. Heart (Precordial activity, rhythm, sounds, and murmurs) | X | | 48. General systemic | X | |

NOTES: Describe every abnormality in detail. Enter applicable item number before each comment. Use additional sheets if necessary and attach to this form.

See Form 8500-8 Continuation Sheet for Comments

| 49. Hearing | | Record Audiometric Speech Discrimination Score Below | | Right Ear | | | | | Left Ear | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Conversational Voice Test at 6 Feet | | | Audiometer Threshold in decibels | 500 | 1000 | 2000 | 3000 | 4000 | 500 | 1000 | 2000 | 3000 | 4000 |
| ☒ Pass  ☐ Fail | | | | | | | | | | | | | |

| 50. Distant Vision | | | 51.a. Near Vision | | | 51.b. Intermediate Vision - 32 Inches | | | 52. Color Vision |
|---|---|---|---|---|---|---|---|---|---|
| Right | 20/ 20 | Corrected to 20/ | Right | 20/ 30 | Corrected to 20/ | Right | 20/ 20 | Corrected to 20/ | ☒ Pass |
| Left | 20/ 20 | Corrected to 20/ | Left | 20/ 30 | Corrected to 20/ | Left | 20/ 20 | Corrected to 20/ | ☐ Fail |
| Both | 20/ 20 | Corrected to 20/ | Both | 20/ 30 | Corrected to 20/ | Both | 20/ 20 | Corrected to 20/ | |

| 53. Field of Vision | 54. Heterophoria 20' (in prism diopters) | Esophoria | Exophoria | Right Hyperphoria | Left Hyperphoria |
|---|---|---|---|---|---|
| ☒ Normal ☐ Abnormal | | 2 | 0 | 0 | 0 |

| 55. Blood Pressure | Systolic | Diastolic | 56. Pulse (Resting) | 57. Urine Test (If abnormal, give results) | | Albumin | Sugar | 58. ECG (Date) | | |
|---|---|---|---|---|---|---|---|---|---|---|
| (Sitting, mm of Mercury) | 125 | / 80 | 66 | ☒ Normal  ☐ Abnormal | | Normal | Normal | MM | DD | YYYY |
| | | | | | | | | 01/05/2017 | | |

59. Other Tests Given

60. Comments on History and Findings: AME shall comment on all "YES" answers in the Medical History section and for abnormal findings of the examination. (Attach all consultation reports, ECGs, X-rays, etc. to this report before mailing.)

See Form 8500-8 Continuation Sheet for Comments

**FOR FAA USE**
Pathology Codes:

Coded By:

Clerical Reject

| Significant Medical History ☒ YES ☐ NO | | Abnormal Physical Findings ☐ YES ☒ NO |
|---|---|---|
| 61. Applicant's Name | 62. Has Been Issued -- | ☒ Medical Certificate   ☐ Medical & Student Pilot Certificate |
| RODNEY Scott PATTERSON | ☐ No Certificate Issued -- Deferred for Further Evaluation | |
| | ☐ Has Been Denied -- Letter of Denial Issued (Copy Attached) | |

63. Disqualifying Defects (List by item number)

64. Medical Examiner's Declaration -- I hereby certify that I have personally reviewed the medical history and personally examined the applicant named on this medical examination report. This report with any attachment embodies my findings completely and correctly.

| Date of Examination | Aviation Medical Examiner's Name | Aviation Medical Examiner's Signature | |
|---|---|---|---|
| MM  DD  YYYY | JOSEPH TORDELLA | | |
| | Street Address | AME Serial Number | 000012719 |
| 01/05/2017 | 1100 Lee Wagener Blvd | | |
| | City FORT LAUDERDALE  State FL    Zip Code 33315 | AME Telephone | (888) 435-0007 |

FAA Form 8500-8 (9-08) Supersedes Previous Edition - COPY

## Form 8500-8 Continuation Sheet

**Applicant Name:**   RODNEY Scott PATTERSON
**Applicant MID:**      200007616200                    **Transmitted to FAA :**      01/08/2017 02:10:14 pm

**17.a.Medications (From page 1):**                                               Previously Reported

Medication                                                                      Yes          No

**18. Explanations (From page 1):**

18U previously reported, no changes
18X previously reported, no changes

18u: PI# ▨▨▨ reviewed, no problems 18x: PI# ▨▨▨ reviewed, no problems No Changes From Previous Report

**19. Visits to Health Professional Within Last 3 Years. (From page 1):**

12/2016  Jesse Shaw                    Pembroke Pines FL 33028  Orthopedic Sports Medicine
Follow-up Left Foot Sprain

12/2016  A-1 MRI                       Aventura Florida FL   MRI
Follow up

11/2016  Dr. Martin Dayton            Sunny Isles Beach FL  D.O.
Follow-up

**25 - 48. Notes (From page 2):**

44:previously reported

**59. Other Tests Given (From page 2)**

**60. Comments on History and Findings (From page 2)**

18u:  PI# ▨▨▨▨ reviewed, no problems
18x:  PI# ▨▨▨▨ reviewed, no problems
19:  PI# ▨▨▨▨ reviewed, no problems
60. See enclosed report from Dr. Dayton dated October 4, 2016, including MRI, etc.

Page 1 has been modified:
4A>>Applicant modified the SSN, AMCS has retained the original SSN||14>>Total Pilot Time - To Date changed from 10000 to 12500||18U>>18u changed from N to Y and Applicant Explanation changed||18X>>18x changed from N to Y and Applicant Explanation changed
Modification comments from AME:
4A.System Change; 14.typographical error; 18U.typographical error; 18X.typographical error

## AME Actions

**Applicant Previously Assessed**

[ ] 1. Has OSA diagnosis and is on Special Issuance. Reports to follow.

[ ] 2. Has OSA diagnosis and is currently being treated OR has previous OSA assessment. NOT on Special Issuance. Reports to follow.

**Applicant Not at Risk**

[X] 3. Determined to NOT be at Risk for OSA at this examination.

**Applicant at Risk/Severity to be Assessed.**

[ ] 4. Discuss OSA Risk with airman and provide education material.

[ ] 5. At risk for OSA. AASM sleep apnea assessment required. Reports to follow.

**Applicant Risk.  Severity high**

[ ] 6. Deferred. Immediate safety risk. AASM sleep apnea assessment required. Reports to follow.

This file contains privileged and confidential information protected by the Privacy Act.
The information is intended for the individual or entity to which it was addressed.
If you received it in error, please notify the sender immediately. This confidential information is released solely for use within the Federal Aviation Administration and shall not be disclosed, copied or re-released in any part."

**Applicant Must Complete ALL 20 Items (Except For Shaded Areas)  PLEASE PRINT**  Form Approved OMB NO. 2120-0034

Copy of FAA Form 8500-9 (Medical Certificate) or FAA Form 8420-2 (Medical/Student Pilot Certificate) issued.

# MEDICAL CERTIFICATE FIRST CLASS AND STUDENT PILOT CERTIFICATE

**This certifies that** *(Full name and address):*

RODNEY Scott PATTERSON
1092 NW 139th Terrace

PEMBROKE PINES, NC 33028

| Date of Birth | Height | Weight | Hair | Eyes | Sex |
|---|---|---|---|---|---|
| 1987 | | | BLOND | BLUE | M |

. has met the medical standards prescribed in part 67, Federal Aviation Regulations, for this class of Medical Certificate.

**Limitations**

**Date of Examination** | **Examiner's Designation No.**

**Examiner**
Signature

Typed Name

**AIRMAN'S SIGNATURE**

---

**1. Application For:**
[X] Airman Medical Certificate
[ ] Airman Medical and Student Pilot Certificate

**2. Class of Medical Certificate Applied For:**
[X] 1st  [ ] 2nd  [ ] 3rd

**3. Last Name** PATTERSON  **First Name** RODNEY  **Middle Name** Scott

**4. Social Security Number** 660

**5. Address** 1092 NW 139th Terrace  **Telephone Number** (954) 499-0873
Number / Street
PEMBROKE PINES  NC  33028
City  State / Country  Zip Code

**6. Date of Birth** 1987  MM/DD/YYYY  **7. Color of Hair** BLOND  **8. Color of Eyes** BLUE  **9. Sex** Male
Citizenship USA

**10. Type of Airman Certificate(s) You Hold:**
[ ] None
[X] Airline Transport
[ ] Commercial
[ ] ATC Specialist
[ ] Flight Engineer
[ ] Flight Navigator
[X] Flight Instructor
[ ] Private
[ ] Student
[ ] Recreational
[ ] Other

**11. Occupation** Pilot  **12. Employer** American Airlines

**13. Has Your FAA Airman Medical Certificate Ever Been Denied, Suspended, or Revoked?**
[ ] Yes  [X] No  If yes, give date ___ MM/DD/YYYY

**Total Pilot Time (Civilian Only)**
**14. To Date** 12000  **15. Past 6 months** 150

**16. Date of Last FAA Medical Application** 01/31/2016 MM/DD/YYYY  [ ] No Prior Application

**17.a. Do You Currently Use Any Medication (Prescription or Nonprescription)?**
[X] No  [ ] Yes (If yes, below list medication(s) used and check appropriate box.)  Previously Reported Yes / No

*(If more space is required, see 17. a. on the Instruction sheet.)*

**17.b. Do You Ever Use Near Vision Contact Lens(es) While Flying?** [ ] Yes  [X] No

**18. Medical History - HAVE YOU EVER IN YOUR LIFE BEEN DIAGNOSED WITH, HAD, OR DO YOU PRESENTLY HAVE ANY OF THE FOLLOWING?** Answer "yes" or "no" for every condition listed below. In the EXPLANATIONS box below, you may note "PREVIOUSLY REPORTED, NO CHANGE" only if the explanation of the condition was reported on a previous application for an airman medical certificate and there has been no change in your condition.  See Instructions Page

| Yes | No | Condition | Yes | No | Condition | Yes | No | Condition | Yes | No. | Condition |
|---|---|---|---|---|---|---|---|---|---|---|---|
| a. [ ] | [X] | Frequent or severe headaches | g. [ ] | [X] | Heart or vascular trouble | m. [ ] | [X] | Mental disorders of any sort; depression, anxiety, etc. | r. [ ] | [X] | Military medical discharge |
| b. [ ] | [X] | Dizziness or fainting spell | h. [ ] | [X] | High or low blood pressure | n. [ ] | [X] | Substance dependence or failed a drug test ever; or substance abuse or use of illegal substance in the last 2 years. | s. [ ] | [X] | Medical rejection by military service |
| c. [ ] | [X] | Unconsciousness for any reason | i. [ ] | [X] | Stomach, liver, or intestinal trouble | | | | t. [ ] | [X] | Rejection for life or health insurance |
| d. [ ] | [X] | Eye or vision trouble except glasses | j. [ ] | [X] | Kidney stone or blood in urine | o. [ ] | [X] | Alcohol dependence or abuse | u. [ ] | [X] | Admission to hospital |
| e. [ ] | [X] | Hay fever or allergy | k. [ ] | [X] | Diabetes | p. [ ] | [X] | Suicide attempt | x. [ ] | [X] | Other illness, disability, or surgery |
| f. [ ] | [X] | Asthma or lung disease | l. [ ] | [X] | Neurological disorders; epilepsy, seizures, stroke, paralysis, etc. | q. [ ] | [X] | Motion sickness requiring medication | y. [ ] | [X] | Medical disability benefits |

**Arrest, Conviction, and/or Administrative Action History — See Instructions Page**

| Yes | No | | Yes | No | |
|---|---|---|---|---|---|
| v. [ ] | [X] | History of (1) any arrest(s) and/or conviction(s) involving driving while intoxicated by, while impaired by, or while under the influence of alcohol or a drug; or (2) history of any arrest(s), and/or conviction(s), and/or administrative action(s) involving an offense(s) which resulted in the denial, suspension, cancellation, or revocation of driving privileges or which resulted in attendance at an educational or a rehabilitation program. | w. [ ] | [X] | History of nontraffic conviction(s) (misdemeanors or felonies). |

**Explanations: See Instructions Page**

FOR FAA USE Review Action Codes

**19. Visits to Health Professional Within Last 3 Years.**  [X] Yes (Explain Below)  [ ] No  See Instructions Page

| Date | Name, Address, and Type of Health Professional Consulted | Reason |
|---|---|---|
| 06/2016 | Dr Gary Caddy Fort Lauderdale FL Forensic Psy | Litigation with employer |
| 06/2016 | Dr. Gary Kay Washington DC Phd | COGSCREEN AE |
| 06/2016 | Dr Martin Dayton Sunny Isles Beach FL Medical Doctor | Routine Follow Up |

**20. Applicant's National Driver Register and Certifying Declarations**

-- NOTICE --
Whoever in any matter within the jurisdiction of any department or agency of the United States knowingly and willingly falsifies, conceals or covers up by any trick, scheme, or device a material fact, or who makes any false, fictitious or fraudulent statements or representations, or entry, may be fined up to $250,000 or imprisoned not more than 6 years, or both. (18 U.S. Code Secs. 1001; 3571).

I hereby authorize the National Driver Register (NDR), through a designated State Department of Motor Vehicles, to furnish to the FAA information pertaining to my driving record. This consent constitutes authorization for a single access to the information contained in the NDR to verify information provided in this application. Upon my request, the FAA shall make the information received from the NDR, if any, available for my review and written comment. Authority: 23 U.S. Code 401, Note.

**NOTE:** ALL persons using this form must sign it. NDR consent, however, does not apply unless this form is used as an application for Medical Certificate or Medical Certificate and Student Pilot Certificate.

I hereby certify that all statements and answers provided by me on this application form are complete and true to the best of my knowledge, and I agree that they are to be considered part of the basis for issuance of any FAA certificate to me. I have also read and understand the Privacy Act statement that accompanies this form.

Electronically signed by : aa737drvr@aol.com / Password Verified  **Date** 07/01/2016 MM/DD/YYYY

FAA Form 8500-8 (9-08) Supersedes Previous Edition - COPY  **Confirmation Number: 44360796201**  NSN: 0052-00-670-6002

*This form contains privileged and confidential information protected by the Privacy Act. The information is intended for the individual or entity to which it was addressed. If you received it in error, please notify the sender immediately. This confidential information is released solely for use within the Federal Aviation Administration and shall not be disclosed, copied or reproduced in any form.*

FAA_8500_Records_00022

## Form 8500-8 Continuation Sheet

**17.a. Medications (From page 1):**

Medication

<div align="right">

Previously Reported

Yes          No

</div>

**18. Explanations (From page 1):**

No Change Previously Reported Items

**19. Visits to Health Professional Within Last 3 Years. (From page 1):**

| | | |
|---|---|---|
| 06/2016  Dr Gary Caddy<br>Litigation with employer | Fort Lauderdale FL   Forensic Psy | |
| 06/2016  Dr. Gary Kay<br>COGSCREEN AE | Washington DC   Phd | |
| 06/2016  Dr Martin Dayton<br>Routine Follow Up | Sunny Isles Beach FL   Medical Doctor | |
| 05/2016  Dr John Hastings<br>Neurology Consult | Tulsa OK   Aviation Neurologist | |
| 05/2016  Dr Gary Caddy<br>Litigation with employer | Fort Lauderdale FL   Forensic Psy | |
| 04/2016  Dr Gary Caddy<br>Litigation with employer | Fort Lauderdale FL   Forensic Psy | |
| 04/2016  Dr Gary Caddy<br>Litigation with employer | Fort Lauderdale FL   Forensic Psy | |
| 03/2016  Dr Martin Dayton<br>Routine Follow Up | Sunny Isles Beach FL   Medical Doctor | |
| 03/2016  AA IME<br>FFD | Long Beach CA   Phd | |
| 01/2016  Dr Martin Dayton<br>Routine Follow Up | Sunny Isles Beach FL   Medical Doctor | |

"This fax contains privileged and confidential information protected by the Privacy Act. The information is intended for the individual or entity to which it was addressed. If you received it in error, please notify the sender immediately. The confidential information is released solely for use within the Federal Aviation Administration and shall not be disclosed, copied or re-released in any part."

FAA_8500_Records_00023

Applicant Must Complete **ALL** 20 Items  (Except For Shaded Areas)   **PLEASE PRINT**   Form Approved OMB NO. 2120-0034

Copy of FAA Form 8500-9 (Medical Certificate) or FAA Form 8420-2 (Medical/Student Pilot Certificate) issued.

# GX-1996087

## MEDICAL CERTIFICATE __FIRST__ CLASS AND STUDENT PILOT CERTIFICATE

**This certifies that** *(Full name and address):*

RODNEY Scott PATTERSON
1092 NW 139th Terrace
PEMBROKE PINES, FL 33028

| Date of Birth | Height | Weight | Hair | Eyes | Sex |
|---|---|---|---|---|---|
| 1967 | 72 | 205 | BLOND | BLUE | M |

has met the medical standards prescribed in part 67, Federal Aviation Regulations, for this class of Medical Certificate.

**Limitations**

Not valid for any class after 01/31/2017

| Date of Examination | Examiner's Designation No. |
|---|---|
| 07/01/2016 | 000012719 |

**Examiner**

Signature

Typed Name
JOSEPH TORDELLA

**AIRMAN'S SIGNATURE**

---

**1. Application For:**
[X] Airman Medical Certificate
[ ] Airman Medical and Student Pilot Certificate

**2. Class of Medical Certificate Applied For:**
[X] 1st   [ ] 2nd   [ ] 3rd

**3. Last Name** PATTERSON   **First Name** RODNEY   **Middle Name** Scott

**4. Social Security Number** 8252

**5. Address**
1092 NW 139th Terrace   Telephone Number (954) 499-0873
Number / Street
PEMBROKE PINES   FL   33028
City   State / Country   Zip Code

**6. Date of Birth** 1967 MM/DD/YYYY   **7. Color of Hair** BLOND   **8. Color of Eyes** BLUE   **9. Sex** Male
Citizenship USA

**10. Type of Airman Certificate(s) You Hold:**
[ ] None   [ ] ATC Specialist   [X] Flight Instructor   [ ] Recreational
[X] Airline Transport   [X] Flight Engineer   [ ] Private   [ ] Other
[ ] Commercial   [ ] Flight Navigator   [ ] Student

**11. Occupation** Pilot   **12. Employer** American Airlines

**13. Has Your FAA Airman Medical Certificate Ever Been Denied, Suspended, or Revoked?**
[ ] Yes   [X] No   If yes, give date ___ MM/DD/YYYY

| Total Pilot Time (Civilian Only) | | **16. Date of Last FAA Medical Application** |
|---|---|---|
| **14. To Date** 12150 | **15. Past 6 months** 150 | 01/31/2016 MM/DD/YYYY  [ ] No Prior Application |

**17.a. Do You Currently Use Any Medication (Prescription or Nonprescription)?**
[X] No   [ ] Yes  (If yes, below list medication(s) used and check appropriate box.)   Previously Reported Yes / No

*(If more space is required, see 17. a. on the instruction sheet.)*

**17.b. Do You Ever Use Near Vision Contact Lens(es) While Flying?**  [ ] Yes  [X] No

**18. Medical History -** HAVE YOU EVER IN YOUR LIFE BEEN DIAGNOSED WITH, HAD, OR DO YOU PRESENTLY HAVE ANY OF THE FOLLOWING? Answer "yes" or "no" for every condition listed below. In the EXPLANATIONS box below, you may note "PREVIOUSLY REPORTED, NO CHANGE" only if the explanation of the condition was reported on a previous application for an airman medical certificate and there has been no change in your condition.   **See Instructions Page**

| | Yes | No | Condition | | Yes | No | Condition | | Yes | No | Condition | | Yes | No | Condition |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| a. | [ ] | [X] | Frequent or severe headaches | g. | [ ] | [X] | Heart or vascular trouble | m. | [ ] | [X] | Mental disorders of any sort; depression, anxiety, etc. | r. | [ ] | [X] | Military medical discharge |
| b. | [ ] | [X] | Dizziness or fainting spell | h. | [ ] | [X] | High or low blood pressure | n. | [ ] | [X] | Substance dependence or failed a drug test ever; or substance abuse or use of illegal substance in the last 2 years. | s. | [ ] | [X] | Medical rejection by military service |
| c. | [ ] | [X] | Unconsciousness for any reason | i. | [ ] | [X] | Stomach, liver, or intestinal trouble | | | | | t. | [ ] | [X] | Rejection for life or health insurance |
| d. | [ ] | [X] | Eye or vision trouble except glasses | j. | [ ] | [X] | Kidney stone or blood in urine | o. | [ ] | [X] | Alcohol dependence or abuse | u. | [ ] | [X] | Admission to hospital |
| e. | [ ] | [X] | Hay fever or allergy | k. | [ ] | [X] | Diabetes | p. | [ ] | [X] | Suicide attempt | x. | [ ] | [X] | Other illness, disability, or surgery |
| f. | [ ] | [X] | Asthma or lung disease | l. | [ ] | [X] | Neurological disorders; epilepsy, seizures, stroke, paralysis, etc. | q. | [ ] | [X] | Motion sickness requiring medication | y. | [ ] | [X] | Medical disability benefits |

**Arrest, Conviction, and/or Administrative Action History — See Instructions Page**

| | Yes | No | | | Yes | No | |
|---|---|---|---|---|---|---|---|
| v. | [ ] | [X] | History of (1) any arrest(s) and/or conviction(s) involving driving while intoxicated by, while impaired by, or while under the influence of alcohol or a drug; or (2) history of any arrest(s), and/or conviction(s), and/or administrative action(s) involving an offense(s) which resulted in the denial, suspension, cancellation, or revocation of driving privileges or which resulted in attendance at an educational or a rehabilitation program. | w. | [ ] | [X] | History of nontraffic conviction(s) (misdemeanors or felonies). |

**Explanations:** See Instructions Page

See Form 8500-8 Continuation Sheet for Comments

FOR FAA USE: Review Action Codes

**19. Visits to Health Professional Within Last 3 Years.**   [X] Yes (Explain Below)   [ ] No   See Instructions Page

| Date | Name, Address, and Type of Health Professional Consulted | Reason |
|---|---|---|
| 06/2016 | Dr Glenn Caddy Fort Lauderdale FL Forensic Psy | Litigation with employer |
| 06/2016 | Dr. Gary Kay Washington DC Phd | COGSCREEN AE |
| 06/2016 | Dr Martin Dayton Sunny Isles Beach FL Medical Doctor | Routine Follow Up |

**20. Applicant's National Driver Register and Certifying Declarations**

**-- NOTICE --** Whoever in any matter within the jurisdiction of any department or agency of the United States knowingly and willfully falsifies, conceals or covers up by any trick, scheme, or device a material fact, or who makes any false, fictitious or fraudulent statements or representations, or entry, may be fined up to $250,000 or imprisoned not more than 5 years, or both. (18 U.S. Code Secs. 1001; 3571).

I hereby authorize the National Driver Register (NDR), through a designated State Department of Motor Vehicles, to furnish to the FAA information pertaining to my driving record. This consent constitutes authorization for a single access to the information contained in the NDR to verify information provided in this application. Upon my request, the FAA shall make the information received from the NDR, if any, available for my review and written comment. Authority: 23 U.S. Code 401, Note.

**NOTE:** ALL persons using this form must sign it. NDR consent, however, does not apply unless this form is used as an application for Medical Certificate or Medical Certificate and Student Pilot Certificate.

I hereby certify that all statements and answers provided by me on this application form are complete and true to the best of my knowledge, and I agree that they are to be considered part of the basis for issuance of any FAA certificate to me. I have also read and understand the Privacy Act statement that accompanies this form.

Signature of Applicant   Date 07/01/2016 MM/DD/YYYY

FAA Form 8500-8 (9-08) Supersedes Previous Edition - COPY   NSN: 0052-00-670-6002

*This list contains privileged and confidential information protected by the Privacy Act. The information is intended for the individual or entity to which it was originally addressed. If you received it in error, please notify the sender immediately. This confidential information is released solely for use within the Federal Aviation Administration and shall not be disclosed, copied or re-released in any part.*

NOTE: FAA/Original Copy of the Report of Medical Examination Must be TYPED.

## REPORT OF MEDICAL EXAMINATION

| 21. Height (inches) | 22. Weight (pounds) | 23. Statement of Demonstrated Ability (SODA) | 24. SODA Serial Number |
|---|---|---|---|
| 72 | 205 | ☐ YES  ☒ NO    Defect Noted: | |

| CHECK EACH ITEM IN APPROPRIATE COLUMN | Normal | Abnormal | CHECK EACH ITEM IN APPROPRIATE COLUMN | Normal | Abnormal |
|---|---|---|---|---|---|
| 25. Head, face, neck, and scalp | X | | 37. Vascular system (Pulse, amplitude and character; arms, legs, others) | X | |
| 26. Nose | X | | 38. Abdomen and viscera (Including hernia) | X | |
| 27. Sinuses | X | | 39. Anus (Not including digital examination) | X | |
| 28. Mouth and throat | X | | 40. Skin | X | |
| 29. Ears, general (Internal and external canals; Hearing under item 49) | X | | 41. G-U system (Not including pelvic examination) | X | |
| 30. Ear Drums (Perforation) | X | | 42. Upper and lower extremities (Strength and range of motion) | X | |
| 31. Eyes, general (Vision under items 50 to 54) | X | | 43. Spine, other musculoskeletal | X | |
| 32. Ophthalmoscopic | X | | 44. Identifying body marks, scars, tattoos (Size & location) | | X |
| 33. Pupils (Equality and reaction) | X | | 45. Lymphatics | X | |
| 34. Ocular motility (Associated parallel movement, nystagmus) | X | | 46. Neurologic (Tendon reflexes, equilibrium, senses, cranial nerves, coordination, etc.) | X | |
| 35. Lungs and chest (Not including breast examination) | X | | 47. Psychiatric (Appearance, behavior, mood, communication, and memory) | X | |
| 36. Heart (Precordial activity, rhythm, sounds, and murmurs) | X | | 48. General systemic | X | |

NOTES: Describe every abnormality in detail. Enter applicable item number before each comment. Use additional sheets if necessary and attach to this form.

See Form 8500-8 Continuation Sheet for Comments

| 49. Hearing | Record Audiometric Speech Discrimination Score Below | | Right Ear | | | | | | Left Ear | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Conversational Voice Test at 6 Feet | | Audiometer Threshold in decibels | 500 | 1000 | 2000 | 3000 | 4000 | 500 | 1000 | 2000 | 3000 | 4000 | |
| ☒ Pass  ☐ Fail | | | | | | | | | | | | | |

| 50. Distant Vision | | | | 51.a. Near Vision | | | | 51.b. Intermediate Vision - 32 Inches | | | | 52. Color Vision |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Right | 20/ 20 | Corrected to 20/ | | Right | 20/ 30 | Corrected to 20/ | | Right | 20/ 20 | Corrected to 20/ | | ☒ Pass |
| Left | 20/ 20 | Corrected to 20/ | | Left | 20/ 30 | Corrected to 20/ | | Left | 20/ 20 | Corrected to 20/ | | |
| Both | 20/ 20 | Corrected to 20/ | | Both | 20/ 30 | Corrected to 20/ | | Both | 20/ 20 | Corrected to 20/ | | |

| 53. Field of Vision | 54. Heterophoria 20' (In prism diopters) | | Esophoria | Exophoria | Right Hyperphoria | Left Hyperphoria |
|---|---|---|---|---|---|---|
| ☒ Normal  ☐ Abnormal | | | 1 | 0 | 0 | 0 |

| 55. Blood Pressure | | | 56. Pulse (Resting) | 57. Urine Test (If abnormal, give results) | | | 58. ECG (Date) | | |
|---|---|---|---|---|---|---|---|---|---|
| (Sitting, mm of Mercury) | Systolic | Diastolic | 60 | ☒ Normal  ☐ Abnormal | Albumin | Sugar | MM | DD | YYYY |
| | 122 | / 82 | | | Normal | Normal | | | |

59. Other Tests Given

60. Comments on History and Findings: AME shall comment on all "YES" answers in the Medical History section and for abnormal findings of the examination. (Attach all consultation reports, ECGs, X-rays, etc. to this report before mailing.)

See Form 8500-8 Continuation Sheet for Comments

**FOR FAA USE**
Pathology Codes:

Coded By:

Clerical Reject

| Significant Medical History ☒ YES  ☐ NO | | Abnormal Physical Findings ☐ YES  ☒ NO |
|---|---|---|

| 61. Applicant's Name | 62. Has Been Issued — |
|---|---|
| RODNEY Scott PATTERSON | ☒ Medical Certificate  ☐ Medical & Student Pilot Certificate |
| | ☐ No Certificate Issued — Deferred For Further Evaluation |
| | ☐ Has Been Denied — Letter of Denial Issued (Copy Attached) |

63. Disqualifying Defects (List by item number)

64. Medical Examiner's Declaration — I hereby certify that I have personally reviewed the medical history and personally examined the applicant named on this medical examination report. This report with any attachment embodies my findings completely and correctly.

| Date of Examination | Aviation Medical Examiner's Name | Aviation Medical Examiner's Signature |
|---|---|---|
| MM | DD | YYYY | JOSEPH TORDELLA | |
| 07/01/2016 | Street Address | |
| | 1100 Lee Wagener Blvd | AME Serial Number  000012749 |
| | City FORT LAUDERDALE State FL   Zip Code 33315 | AME Telephone  (888) 435-0007 |

FAA Form 8500-8 (9-08) Supersedes Previous Edition - COPY

## Form 8500-8 Continuation Sheet

**Applicant Name:** RODNEY Scott PATTERSON
**Applicant MID:** 200007400105      **Transmitted to FAA :**    07/01/2016 04:41:37 pm

17.a. Medications (From page 1):

  Medication

                                           Previously Reported
                                           Yes        No

### 18. Explanations (From page 1):

18U previously reported, no changes
18X previously reported, no changes

18u: reviewed, no problems 18x: reviewed, no problems No Change Previously Reported Items

### 19. Visits to Health Professional Within Last 3 Years. (From page 1):

| | | |
|---|---|---|
| 06/2016  Dr Glenn Caddy<br>Litigation with employer | Fort Lauderdale FL   Forensic Psy | |
| 06/2016  Dr. Gary Kay<br>COGSCREEN AE | Washington DC   Phd | |
| 06/2016  Dr Martin Dayton<br>Routine Follow Up | Sunny Isles Beach FL   Medical Doctor | |
| 05/2016  Dr John Hastings<br>Neurology Consult | Tulsa OK   Aviation Neurologist | |
| 05/2016  Dr Glenn Caddy<br>Litigation with employer | Fort Lauderdale FL   Forensic Psy | |
| 04/2016  Dr Glenn Caddy<br>Litigation with employer | Fort Lauderdale FL   Forensic Psy | |
| 04/2016  Dr Glenn Caddy<br>Litigation with employer | Fort Lauderdale FL   Forensic Psy | |
| 03/2016  Dr Martin Dayton<br>Routine Follow Up | Sunny Isles Beach FL   Medical Doctor | |
| 03/2016  AA IME<br>FFD | Long Beach CA   Phd | |
| 01/2016  Dr Martin Dayton<br>Routine Follow Up | Sunny Isles Beach FL   Medical Doctor | |

### 25 - 48. Notes (From page 2):

44:no changes

### 59. Other Tests Given (From page 2)

### 60. Comments on History and Findings (From page 2)

18u: reviewed, no problems
18x: reviewed, no problems
19: reviewed, no problems
PI# ▮▮▮▮▮
See enclosed report Dr. Dayton 6/23/16, including lab.

Page 1 has been modified:
4A>>Applicant modified the SSN, AMCS has retained the original SSN||14>>Total Pilot Time - To Date changed from 12000 to
12150||18U>>18u changed from N to Y||18X>>18x changed from N to Y||19B1>>Data has changed for Medical Visit on
06/2016||19B2>>Data has changed for Medical Visit on 05/2016||19B3>>Data has changed for Medical Visit on 04/2016||19B4>>Data has
changed for Medical Visit on 04/2016
Modification comments from AME:
4A.System Change; 14.typographical error; 18U.typographical error; 18X.typographical error; 19B1.typographical error; 19B2.typographical
error; 19B3.typographical error; 19B4.typographical error

*This file contains privileged and confidential information protected by the Privacy Act.
The information is intended for the individual or entity to which it was addressed.
If you received it in error, please notify the sender immediately.  This confidential information is released solely for use within the Federal Aviation Administration and shall not be disclosed, copied or re-released in any part.*

## Form 8500-8 Continuation Sheet

**Applicant Name:** RODNEY Scott PATTERSON

**Applicant MID:** 200007400105      **Transmitted to FAA :**    07/01/2016 04:41:37 pm

### AME Actions

**Applicant Previously Assessed**

[ ] 1. Has OSA diagnosis and is on Special Issuance. Reports to follow.

[ ] 2. Has OSA diagnosis and is currently being treated OR has previous OSA assessment. NOT on Special Issuance. Reports to follow.

**Applicant Not at Risk**

[X] 3. Determined to NOT be at Risk for OSA at this examination.

**Applicant at Risk/Severity to be Assessed.**

[ ] 4. Discuss OSA Risk with airman and provide education material.

[ ] 5. At risk for OSA. AASM sleep apnea assessment required. Reports to follow.

**Applicant Risk. Severity high**

[ ] 6. Deferred. Immediate safety risk. AASM sleep apnea assessment required. Reports to follow.

"This fax contains privileged and confidential information protected by the Privacy Act. The information is intended for the individual or entity to which it was addressed. If you received it in error, please notify the sender immediately. The confidential information is only and solely for use within the Federal Aviation Administration and shall not be disclosed, copied or re-released in any part."

**Applicant Must Complete ALL 20 Items** (Except For Shaded Areas)   **PLEASE PRINT**   Form Approved OMB NO. 2120-0034

Copy of FAA Form 8500-9
(Medical Certificate) or FAA
Form 8420-2 (Medical/Student
Pilot Certificate) issued.

## MEDICAL CERTIFICATE _FIRST_ CLASS AND STUDENT PILOT CERTIFICATE

This certifies that *(Full name and address):*

RODNEY Scott PATTERSON
1092 NW 139th Terrace
PEMBROKE PINES, FL 33028

| Date of Birth | Height | Weight | Hair | Eyes | Sex |
|---|---|---|---|---|---|
| 1967 | | | BLOND | BLUE | M |

has met the medical standards prescribed in part 67, Federal Aviation Regulations, for this class of Medical Certificate.

**Limitations**

Date of Examination | Examiner's Designation No.

**Examiner**
Signature

Typed Name

**AIRMAN'S SIGNATURE**

| 1. Application For: | | | 2. Class of Medical Certificate Applied For: | |
|---|---|---|---|---|
| [X] Airman Medical Certificate | [ ] Airman Medical and Student Pilot Certificate | | [X] 1st  [ ] 2nd  [ ] 3rd | |

| 3. Last Name | First Name | Middle Name |
|---|---|---|
| PATTERSON | RODNEY | Scott |

4. Social Security Number    9660

5. Address    1092 NW 139th Terrace    Telephone Number  (954) 499-0873
Number / Street
PEMBROKE PINES    NC    33028
City    State / Country    Zip Code

| 6. Date of Birth    1967 | 7. Color of Hair | 8. Color of Eyes | 9. Sex |
|---|---|---|---|
| MM/DD/YYYY | BLOND | BLUE | Male |
| Citizenship    USA | | | |

10. Type of Airman Certificate(s) You Hold:
[ ] None    [ ] ATC Specialist    [X] Flight Instructor    [ ] Recreational
[X] Airline Transport    [ ] Flight Engineer    [ ] Private    [ ] Other
[ ] Commercial    [ ] Flight Navigator    [ ] Student

11. Occupation    12. Employer

13. Has Your FAA Airman Medical Certificate Ever Been Denied, Suspended, or Revoked?
[ ] Yes   [X] No    If yes, give date    MM/DD/YYYY

| Total Pilot Time (Civilian Only) | | 16. Date of Last FAA Medical Application |
|---|---|---|
| 14. To Date  12000 | 15. Past 6 months  250 | 05/31/2015   MM/DD/YYYY   [ ] No Prior Application |

17.a. Do You Currently Use Any Medication (Prescription or Nonprescription)?
[X] No   [ ] Yes   (If yes, below list medication(s) used and check appropriate box.)

Previously Reported
Yes    No

*(If more space is required, see 17. a. on the instruction sheet.)*

17.b. Do You Ever Use Near Vision Contact Lens(es) While Flying?   [ ] Yes  [X] No

18. Medical History - HAVE YOU EVER IN YOUR LIFE BEEN DIAGNOSED WITH, HAD, OR DO YOU PRESENTLY HAVE ANY OF THE FOLLOWING? Answer "yes" or "no" for every condition listed below. In the EXPLANATIONS box below, you may note "PREVIOUSLY REPORTED, NO CHANGE" only if the explanation of the condition was reported on a previous application for an airman medical certificate and there has been no change in your condition.   See Instructions Page

| Yes | No | Condition | Yes | No | Condition | Yes | No | Condition | Yes | No | Condition |
|---|---|---|---|---|---|---|---|---|---|---|---|
| a. | [X] | Frequent or severe headaches | g. | [X] | Heart or vascular trouble | m. | [X] | Mental disorders of any sort; depression, anxiety, etc. | r. | [X] | Military medical discharge |
| b. | [X] | Dizziness or fainting spell | h. | [X] | High or low blood pressure | n. | [X] | Substance dependence or failed a drug test ever; or substance abuse or use of illegal substance in the last 2 years. | s. | [X] | Medical rejection by military service |
| c. | [X] | Unconsciousness for any reason | i. | [X] | Stomach, liver, or intestinal trouble | o. | [X] | Alcohol dependence or abuse | t. | [X] | Rejection for life or health insurance |
| d. | [X] | Eye or vision trouble except glasses | j. | [X] | Kidney stone or blood in urine | p. | [X] | Suicide attempt | u. | [X] | Admission to hospital |
| e. | [X] | Hay fever or allergy | k. | [X] | Diabetes | q. | [X] | Motion sickness requiring medication | x. | [X] | Other illness, disability, or surgery |
| f. | [X] | Asthma or lung disease | l. | [X] | Neurological disorders; epilepsy, seizures, stroke, paralysis, etc. | | | | y. | [X] | Medical disability benefits |

Arrest, Conviction, and/or Administrative Action History — See Instructions Page

| Yes | No | | Yes | No | |
|---|---|---|---|---|---|
| v. [ ] | [X] | History of (1) any arrest(s) and/or conviction(s) involving driving while intoxicated by, while impaired by, or while under the influence of alcohol or a drug; or (2) history of any arrest(s), and/or conviction(s), and/or administrative action(s) involving an offense(s) which resulted in the denial, suspension, cancellation, or revocation of driving privileges or which resulted in attendance at an educational or a rehabilitation program. | w. [ ] | [X] | History of nontraffic conviction(s) (misdemeanors or felonies). |

Explanations: See Instructions Page

See Form 8500-8 Continuation Sheet for Comments

FOR FAA USE
Review Action Codes

| 19. Visits to Health Professional Within Last 3 Years. | | [X] Yes (Explain Below)   [ ] No   See Instructions Page | |
|---|---|---|---|
| Date | Name, Address, and Type of Health Professional Consulted | | Reason |
| 01/2016 | Dr Martin Dayton Sunny Isles Beach FL MD DO | | Follow up care |
| 10/2015 | Military FL MD | | Periodic Health Check |
| 09/2015 | A1 Imaging Fort Lauderdale FL Imaging | | Preventive Care |

## 20. Applicant's National Driver Register and Certifying Declarations

-- NOTICE --
Whoever in any matter within the jurisdiction of any department or agency of the United States knowingly and willingly falsifies, conceals or covers up by any trick, scheme, or device a material fact, or who makes any false, fictitious or fraudulent statements or representations, or entry, may be fined up to $250,000 or imprisoned not more than 5 years, or both. (18 U.S. Code Secs. 1001; 3571).

I hereby authorize the National Driver Register (NDR), through a designated State Department of Motor Vehicles, to furnish to the FAA information pertaining to my driving record. This consent constitutes authorization for a single access to the information contained in the NDR to verify information provided in this application. Upon my request, the FAA must make the information received from the NDR, if any, available for my review and written comment. Authority: 23 U.S. Code 401, Note.

NOTE: ALL persons using this form must sign it. NDR consent, however, does not apply unless this form is used as an application for Medical Certificate or Medical Certificate and Student Pilot Certificate.

I hereby certify that all statements and answers provided by me on this application form are complete and true to the best of my knowledge, and I agree that they are to be considered part of the basis for issuance of any FAA certificate to me. I have also read and understand the Privacy Act statement that accompanies this form.

Electronically signed by : aa737drvr@aol.com / Password Verified

Date  01/25/2016 09:58:57 pm
MM/DD/YYYY

FAA Form 8500-8 (9-98) Supersedes Previous Edition - COPY

Confirmation Number:  656211867519

NSN: 0052-00-670-6002

FAA_8500_Records_00028

### Form 8500-8 Continuation Sheet

**17.a. Medications (From page 1):**

Medication

Previously Reported

Yes          No

**18. Explanations (From page 1):**

18U No change Previously Reported
18X No Change Previously Reported
No Changes Previously Reported

**19. Visits to Health Professional Within Last 3 Years. (From page 1):**

01/2016  Dr Martin Dayton          Sunny Isles Beach FL   MD DO
Follow up care

10/2015  Military                  FL   MD
Periodic Health Check

09/2015  A1 Imaging                Fort Lauderdale FL   Imaging
Preventive Care

Confirmation Number:   656211867519

Applicant Must Complete **ALL** 20 Items  (Except For Shaded Areas)   **PLEASE PRINT**    Form Approved OMB NO. 2120-0034

Copy of FAA Form 8500-8
(Medical Certificate) or FAA
Form 8420-2 (Medical/Student
Pilot Certificate) Issued.

## GX-1822943

## MEDICAL CERTIFICATE __FIRST__ CLASS AND STUDENT PILOT CERTIFICATE

**This certifies that** *(Full name and address):*

RODNEY Scott PATTERSON

1092 NW 139th TERRACE

PEMBROKE PINES, FL 33028

| Date of Birth | Height | Weight | Hair | Eyes | Sex |
|---|---|---|---|---|---|
| ▓1967 | 72 | 202 | BLOND | BLUE | M |

has met the medical standards prescribed in part 67, Federal
Aviation Regulations, for this class of Medical Certificate.

**Limitations**

Not valid for any class after 01/31/2017

| Date of Examination | Examiner's Designation No. |
|---|---|
| 01/29/2016 | 000012719 |

**Examiner**

Signature

Typed Name
JOSEPH TORDELLA

**AIRMAN'S SIGNATURE**

---

**1. Application For:**
[X] Airman Medical Certificate   [ ] Airman Medical and Student Pilot Certificate

**2. Class of Medical Certificate Applied For:**
[X] 1st   [ ] 2nd   [ ] 3rd

**3. Last Name** PATTERSON   **First Name** RODNEY   **Middle Name** Scott

**4. Social Security Number** ▓8252

**5. Address**
1092 NW 139TH TERRACE   Telephone Number   (954) 499-0873
Number / Street
PEMBROKE PINES   FL   33028
City   State / Country   Zip Code

**6. Date of Birth** ▓1967 MM/DD/YYYY   **7. Color of Hair** BLOND   **8. Color of Eyes** BLUE   **9. Sex** Male
Citizenship USA

**10. Type of Airman Certificate(s) You Hold:**
[ ] None   [ ] ATC Specialist   [X] Flight Instructor   [ ] Recreational
[X] Airline Transport   [ ] Flight Engineer   [ ] Private   [ ] Other
[ ] Commercial   [ ] Flight Navigator   [ ] Student

**11. Occupation** Pilot   **12. Employer** American Airlines

**13. Has Your FAA Airman Medical Certificate Ever Been Denied, Suspended, or Revoked?**
[ ] Yes   [X] No   If yes, give date ___ MM/DD/YYYY

| 14. To Date | 15. Past 6 months | 16. Date of Last FAA Medical Application |
|---|---|---|
| Total Pilot Time (Civilian Only) | | 05/31/2015  MM/DD/YYYY   [ ] No Prior Application |
| 12000 | 250 | |

**17.a. Do You Currently Use Any Medication (Prescription or Nonprescription)?**
[X] No   [ ] Yes   (If yes, below list medication(s) used and check appropriate box.)

| | | | Previously Reported Yes / No |
|---|---|---|---|
| | | | [ ] [ ] |
| | | | [ ] [ ] |
| | | | [ ] [ ] |
| | | | [ ] [ ] |

*(If more space is required, see 17. a. on the instruction sheet.)*

**17.b. Do You Ever Use Near Vision Contact Lens(es) While Flying?**  [ ] Yes   [X] No

---

**18. Medical History - HAVE YOU EVER IN YOUR LIFE BEEN DIAGNOSED WITH, HAD, OR DO YOU PRESENTLY HAVE ANY OF THE FOLLOWING?** Answer "yes" or "no"
for every condition listed below. In the EXPLANATIONS box below, you may note "PREVIOUSLY REPORTED, NO CHANGE" only if the explanation of the condition was
reported on a previous application for an airman medical certificate and there has been no change in your condition.   **See Instructions Page**

| Yes | No | Condition | Yes | No | Condition | Yes | No | Condition | Yes | No | Condition |
|---|---|---|---|---|---|---|---|---|---|---|---|
| a. | [X] | Frequent or severe headaches | g. | [X] | Heart or vascular trouble | m. | [X] | Mental disorders of any sort; depression, anxiety, etc. | r. | [X] | Military medical discharge |
| b. | [X] | Dizziness or fainting spell | h. | [X] | High or low blood pressure | n. | [X] | Substance dependence or failed a drug test ever; or substance abuse or use of illegal substance in the last 2 years. | s. | [X] | Medical rejection by military service |
| c. | [X] | Unconsciousness for any reason | i. | [X] | Stomach, liver, or intestinal trouble | | | | t. | [X] | Rejection for life or health insurance |
| d. | [X] | Eye or vision trouble except glasses. | j. | [X] | Kidney stone or blood in urine | o. | [X] | Alcohol dependence or abuse | u. | [X] | Admission to hospital |
| e. | [X] | Hay fever or allergy | k. | [X] | Diabetes | p. | [X] | Suicide attempt | x. | [X] | Other illness, disability, or surgery |
| f. | [X] | Asthma or lung disease | l. | [X] | Neurological disorders; epilepsy, seizures, stroke, paralysis, etc. | q. | [X] | Motion sickness requiring medication | y. | [X] | Medical disability benefits |

**Arrest, Conviction, and/or Administrative Action History — See Instructions Page**

| Yes | No | | Yes | No | |
|---|---|---|---|---|---|
| v. | [X] | History of (1) any arrest(s) and/or conviction(s) involving driving while intoxicated by, while impaired by, or while under the influence of alcohol or a drug; or (2) history of any arrest(s), and/or conviction(s), and/or administrative action(s) involving an offense(s) which resulted in the denial, suspension, cancellation, or revocation of driving privileges or which resulted in attendance at an educational or a rehabilitation program. | w. | [X] | History of nontraffic conviction(s) (misdemeanors or felonies). |

**Explanations: See Instructions Page**

See Form 8500-8 Continuation Sheet for Comments

FOR FAA USE
Review Action Codes:

**19. Visits to Health Professional Within Last 3 Years.**   [X] Yes (Explain Below)   [ ] No   See Instructions Page

| Date | Name, Address, and Type of Health Professional Consulted | Reason |
|---|---|---|
| 01/2016 | Dr Martin Dayton Sunny Isles Beach FL MD DO | Follow up care |
| 10/2015 | Military FL MD | Periodic Health Check |
| 09/2015 | A1 Imaging Fort Lauderdale FL Imaging | Preventive Care |

---

**— NOTICE —**
Whoever in any matter within the jurisdiction of any department or agency of the United States knowingly and willingly falsifies, conceals or covers up by any trick, scheme, or device a material fact, or who makes any false, fictitious or fraudulent statements or representations, or entry, may be fined up to $250,000 or imprisoned not more than 5 years, or both. (18 U.S. Code Secs. 1001; 3571).

**20. Applicant's National Driver Register and Certifying Declarations**

I hereby authorize the National Driver Register (NDR), through a designated State Department of Motor Vehicles, to furnish to the FAA information pertaining to my driving record. This consent constitutes authorization for a single access to the information received from the NDR, to verify information provided in this application. Upon my request, the FAA shall make the information received from the NDR, if any, available for my review and written comment. Authority: 23 U.S. Code 401, Note.

**NOTE:** ALL persons using this form must sign it. NDR consent, however, does not apply unless this form is used as an application for Medical Certificate and Student Pilot Certificate.

I hereby certify that all statements and answers provided by me on this application form are complete and true to the best of my knowledge, and I agree that they are to be considered part of the basis for issuance of any FAA certificate to me. I have also read and understand the Privacy Act statement that accompanies this form.

Signature of Applicant   Date 01/25/2016 09:58:57 pm
MM/DD/YYYY

---

FAA Form 8500-8 (9-08) Supersedes Previous Edition - COPY

This form contains privileged and confidential information protected by the Privacy Act. The information is intended for the individual or entity to which it was addressed. If you received it in error, please notify the sender immediately. The confidential information is released solely for use within the Federal Aviation Administration and shall not be disclosed, copied or used in any part.

NSN: 0052-00-670-6002

NOTE: FAA/Original Copy of the Report of Medical Examination Must be TYPED.

## REPORT OF MEDICAL EXAMINATION

| 21. Height (inches) | 22. Weight (pounds) | 23. Statement of Demonstrated Ability (SODA) | 24. SODA Serial Number |
|---|---|---|---|
| 72 | 202 | ☐ YES   ☒ NO   Defect Noted: | |

| CHECK EACH ITEM IN APPROPRIATE COLUMN | Normal | Abnormal | CHECK EACH ITEM IN APPROPRIATE COLUMN | Normal | Abnormal |
|---|---|---|---|---|---|
| 25. Head, face, neck, and scalp | X | | 37. Vascular system (Pulse, amplitude and character; arms, legs, others) | X | |
| 26. Nose | X | | 38. Abdomen and viscera (including hernia) | X | |
| 27. Sinuses | X | | 39. Anus (Not including digital examination) | X | |
| 28. Mouth and throat | X | | 40. Skin | X | |
| 29. Ears, general (Internal and external canals; Hearing under item 49) | X | | 41. G-U system (Not including pelvic examination) | X | |
| 30. Ear Drums (Perforation) | X | | 42. Upper and lower extremities (Strength and range of motion) | X | |
| 31. Eyes, general (Vision under items 50 to 54) | X | | 43. Spine, other musculoskeletal | X | |
| 32. Ophthalmoscopic | X | | 44. Identifying body marks, scars, tattoos (Size & location) | | X |
| 33. Pupils (Equality and reaction) | X | | 45. Lymphatics | X | |
| 34. Ocular motility (Associated parallel movement, nystagmus) | X | | 46. Neurologic (Tendon reflexes, equilibrium, senses, cranial nerves, coordination, etc.) | X | |
| 35. Lungs and chest (Not including breast examination) | X | | 47. Psychiatric (Appearance, behavior, mood, communication, and memory) | X | |
| 36. Heart (Precordial activity, rhythm, sounds, and murmurs) | X | | 48. General systemic | X | |

NOTES: Describe every abnormality in detail. Enter applicable item number before each comment. Use additional sheets if necessary and attach to this form.

See Form 8500-8 Continuation Sheet for Comments

| 49. Hearing | Record Audiometric Speech Discrimination Score Below | | Right Ear | | | | | Left Ear | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Conversational Voice Test at 6 Feet | | Audiometer Threshold in decibels | 500 | 1000 | 2000 | 3000 | 4000 | 500 | 1000 | 2000 | 3000 | 4000 |
| ☒ Pass   ☐ Fail | | | | | | | | | | | | |

| 50. Distant Vision | | 51.a. Near Vision | | 51.b. Intermediate Vision - 32 Inches | | 52. Color Vision |
|---|---|---|---|---|---|---|
| Right 20/ 20   Corrected to 20/ | | Right 20/ 30   Corrected to 20/ | | Right 20/ 20   Corrected to 20/ | | ☒ Pass |
| Left 20/ 20   Corrected to 20/ | | Left 20/ 30   Corrected to 20/ | | Left 20/ 20   Corrected to 20/ | | ☐ Fail |
| Both 20/ 20   Corrected to 20/ | | Both 20/ 30   Corrected to 20/ | | Both 20/ 20   Corrected to 20/ | | |

| 53. Field of Vision | 54. Heterophoria 20° (in prism diopters) | Esophoria | Exophoria | Right Hyperphoria | Left Hyperphoria |
|---|---|---|---|---|---|
| ☒ Normal  ☐ Abnormal | | 2 | 0 | 0 | 0 |

| 55. Blood Pressure | | | 56. Pulse (Resting) | 57. Urine Test (If abnormal, give results) | | | | 58. ECG (Date) | | |
|---|---|---|---|---|---|---|---|---|---|---|
| (Sitting, mm of Mercury) | Systolic 135 | Diastolic 78 | 72 | ☒ Normal   ☐ Abnormal | | Albumin | Sugar | MM 01 | DD 29 | YYYY 2016 |
| | | | | | | Normal | Normal | | | |

59. Other Tests Given

60. Comments on History and Findings: AME shall comment on all "YES" answers in the Medical History section and for abnormal findings of the examination. (Attach all consultation reports, ECGs, X-rays, etc. to this report before mailing.)

See Form 8500-8 Continuation Sheet for Comments

FOR FAA USE
Pathology Codes:

Coded By:

Clerical Reject

Significant Medical History  ☒ YES   ☐ NO        Abnormal Physical Findings   ☐ YES   ☒ NO

| 61. Applicant's Name | 62. Has Been Issued — |
|---|---|
| RODNEY Scott PATTERSON | ☒ Medical Certificate   ☐ Medical & Student Pilot Certificate |
| | ☐ No Certificate Issued — ☐ Deferred for Further Evaluation |
| | ☐ Has Been Denied — Letter of Denial Issued (Copy Attached) |

63. Disqualifying Defects (List by item number)

64. Medical Examiner's Declaration — I hereby certify that I have personally reviewed the medical history and personally examined the applicant named on this medical examination report. This report with any attachment embodies my findings completely and correctly.

| Date of Examination | Aviation Medical Examiner's Name | Aviation Medical Examiner's Signature |
|---|---|---|
| MM | DD | YYYY | JOSEPH TORDELLA | |
| 01/29/2016 | Street Address | |
| | 1100 Lee Wagener Blvd | AME Serial Number   000012719 |
| | City FORT LAUDERDALE  State FL   Zip Code 33315 | AME Telephone   (888) 435-0007 |

## Form 8500-8 Continuation Sheet

**Applicant Name:**   RODNEY Scott PATTERSON
**Applicant MID:**   200007198655   **Transmitted to FAA :**   01/29/2016 02:00:56 pm

**17.a.Medications (From page 1):**
Medication

Previously Reported
Yes    No

**18. Explanations (From page 1):**

18U No change Previously Reported
18X No Change Previously Reported

18u: PI#⬛⬛ see comments below 18x: PI#⬛⬛ see comments below No Changes Previously Reported

**19. Visits to Health Professional Within Last 3 Years. (From page 1):**

01/2016  Dr Martin Dayton          Sunny Isles Beach FL  MD DO
Follow up care

10/2015  Military               FL  MD
Periodic Health Check

09/2015  A1 Imaging              Fort Lauderdale FL  Imaging
Preventive Care

**25 - 48. Notes (From page 2):**

44:previously reported

**59. Other Tests Given (From page 2)**

**60. Comments on History and Findings (From page 2)**

18u: PI#⬛⬛ see comments below
18x: PI#⬛⬛ see comments below
19: PI#⬛⬛ see comments below
"Not valid for any class after May 31, 2017" per Instruction page 2 of July 20, 2015 Special Issuance letter. See enclosed reports (2), Dr. Dayton.

Page 1 has been modified:
4A>>Applicant modified the SSN, AMCS has retained the original SSN||5D>>State changed from NC to FL||11>>Occupation changed from Blank to Pilot||12>>Employer changed from Blank to American Airlines
Modification comments from AME:
4A.System Change; 5D.typographical error; 11.typographical error; 12.typographical error

**AME Actions**

**Applicant Previously Assessed**
[ ] 1. Has OSA diagnosis and is on Special Issuance. Reports to follow.

[ ] 2. Has OSA diagnosis and is currently being treated OR has previous OSA assessment. NOT on Special Issuance. Reports to follow.

**Applicant Not at Risk**
[X] 3. Determined to NOT be at Risk for OSA at this examination.

**Applicant at Risk/Severity to be Assessed.**
[ ] 4. Discuss OSA Risk with airman and provide education material.

[ ] 5. At risk for OSA. AASM sleep apnea assessment required. Reports to follow.

**Applicant Risk.  Severity high**
[ ] 6. Deferred. Immediate safety risk. AASM sleep apnea assessment required. Reports to follow.

"This fax contains privileged and confidential information protected by the Privacy Act.
The information is intended for the individual or entity to which it was addressed.
If you received it in error, please notify the sender immediately. This confidential information is released solely for use within the Federal Aviation Administration and shall not be disclosed, copied or re-released to any party."

**Applicant Must Complete ALL 20 Items (Except For Shaded Areas)**   **PLEASE PRINT**   Form Approved OMB NO. 2120-0034

Copy of FAA Form 8500-9 (Medical Certificate) or FAA Form 8420-2 (Medical/Student Pilot Certificate) issued.

**GG-**

**MEDICAL CERTIFICATE FIRST CLASS AND STUDENT PILOT CERTIFICATE**

This certifies that *(Full name and address):*

RODNEY Scott PATTERSON
1092 NW 139th Terrace
Pembroke Pines, FL 33028-2340

| Date of Birth | Height | Weight | Hair | Eyes | Sex |
|---|---|---|---|---|---|
| ____1967 | | | BLOND | BLUE | M |

has met the medical standards prescribed in part 67, Federal Aviation Regulations, for this class of Medical Certificate.

Limitations

| Date of Examination | Examiner's Designation No. |
|---|---|
| | |

Examiner

Signature

Typed Name

**AIRMAN'S SIGNATURE**

---

**1. Application For:**
[X] Airman Medical Certificate   [ ] Airman Medical and Student Pilot Certificate

**2. Class of Medical Certificate Applied For:**
[X] 1st   [ ] 2nd   [ ] 3rd

**3. Last Name** PATTERSON   **First Name** RODNEY   **Middle Name** Scott

**4. Social Security Number** ____9660

**5. Address** 1092 NW 139th Terrace   Telephone Number (704) 231-0909
Number / Street
Pembroke Pines   FL   33028-2340
City   State / Country   Zip Code

**6. Date of Birth** ___/1967 MM/DD/YYYY   **7. Color of Hair** BLOND   **8. Color of Eyes** BLUE   **9. Sex** Male
Citizenship USA

**10. Type of Airman Certificate(s) You Hold:**
[ ] None   [ ] ATC Specialist   [X] Flight Instructor   [ ] Recreational
[X] Airline Transport   [ ] Flight Engineer   [ ] Private   [ ] Other
[ ] Commercial   [ ] Flight Navigator   [ ] Student

**11. Occupation** Pilot   **12. Employer** American Airline

**13. Has Your FAA Airman Medical Certificate Ever Been Denied, Suspended, or Revoked?**
[ ] Yes   [X] No   If yes, give date ____ MM/DD/YYYY

**Total Pilot Time (Civilian only)**
**14. To Date** 10000   **15. Past 6 months** 400

**16. Date of Last FAA Medical Application** 09/29/2014 MM/DD/YYYY   [ ] No Prior Application

**17.a. Do You Currently Use Any Medication (Prescription or Nonprescription)?**
[X] No   [ ] Yes   (If yes, below list medication(s) used and check appropriate box.)
Previously Reported   Yes   No

*(If more space is required, see 17. a. on the instruction sheet.)*

**17.b. Do You Ever Use Near Vision Contact Lens(es) While Flying?**   [ ] Yes   [X] No

**18. Medical History - HAVE YOU EVER IN YOUR LIFE BEEN DIAGNOSED WITH, HAD, OR DO YOU PRESENTLY HAVE ANY OF THE FOLLOWING?** Answer "yes" or "no" for every condition listed below. In the EXPLANATIONS box below, you may note "PREVIOUSLY REPORTED, NO CHANGE" only if the explanation of the condition was reported on a previous application for an airman medical certificate and there has been no change in your condition. See Instructions Page

| Yes | No | Condition | | Yes | No | Condition | | Yes | No | Condition | | Yes | No | Condition |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| a. | [X] | Frequent or severe headaches | g. | | [X] | Heart or vascular trouble | m. | | [X] | Mental disorders of any sort; depression, anxiety, etc. | r. | | [X] | Military medical discharge |
| b. | [X] | Dizziness or fainting spell | h. | | [X] | High or low blood pressure | n. | | [X] | Substance dependence or failed a drug test ever; or substance abuse or use of illegal substance in the last 2 years. | s. | | [X] | Medical rejection by military service |
| c. | [X] | Unconsciousness for any reason | i. | | [X] | Stomach, liver, or intestinal trouble | | | | | t. | | [X] | Rejection for life or health insurance |
| d. | [X] | Eye or vision trouble except glasses | j. | | [X] | Kidney stone or blood in urine | o. | | [X] | Alcohol dependence or abuse | u. | [X] | | Admission to hospital |
| e. | [X] | Hay fever or allergy | k. | | [X] | Diabetes | p. | | [X] | Suicide attempt | x. | [X] | | Other illness, disability, or surgery |
| f. | [X] | Asthma or lung disease | l. | | [X] | Neurological disorders; epilepsy, seizures, stroke, paralysis, etc. | q. | | [X] | Motion sickness requiring medication | y. | | [X] | Medical disability benefits |

**Arrest, Conviction, and/or Administrative Action History — See Instructions Page**

| Yes | No | |
|---|---|---|
| v. [ ] | [X] | History of (1) any arrest(s) and/or conviction(s) involving driving while intoxicated by, while impaired by, or while under the influence of alcohol or a drug; or (2) history of any arrest(s), and/or conviction(s), and/or administrative action(s) involving an offense(s) which resulted in the denial, suspension, cancellation, or revocation of driving privileges or which resulted in attendance at an educational or a rehabilitation program. |

| Yes | No | |
|---|---|---|
| w. [ ] | [X] | History of nontraffic conviction(s) (misdemeanors or felonies). |

**Explanations: See Instructions Page**

See Form 8500-8 Continuation Sheet for Comments

FOR FAA USE
Review Action Codes

**19. Visits to Health Professional Within Last 3 Years.**   [X] Yes (Explain Below)   [ ] No   See Instructions Page

| Date | Name, Address, and Type of Health Professional Consulted | Reason |
|---|---|---|
| 03/2015 | Martin Dayton,MD, DO 18600 Collins Ave Sunny Isles Beach FL Surgeon/Integrative Care | Follow on Integrative Care and Management |
| 12/2014 | Robert S. Thomchik,MD Miramar FL General Practitioner | Abcess Diagnosis |
| 01/2015 | A1 Imaging Pembroke Pines FL MRI Imaging | MRI with Contrast of Abcess |

**— NOTICE —**
Whoever in any matter within the jurisdiction of any department or agency of the United States knowingly and willingly falsifies, conceals or covers up by any trick, scheme, or device a material fact, or who makes any false, fictitious or fraudulent statements or representations, or entry, may be fined up to $250,000 or imprisoned not more than 5 years, or both. (18 U.S. Code Secs. 1001; 3571).

**20. Applicant's National Driver Register and Certifying Declarations**

I hereby authorize the National Driver Register (NDR), through a designated State Department of Motor Vehicles, to furnish to the FAA information pertaining to my driving record. This consent constitutes authorization for a single access to the information contained in the NDR to verify information provided in this application. Upon my request, the FAA shall make the information received from the NDR, if any, available for my review and written comment. Authority: 23 U.S. Code 401, Note.

**NOTE:** ALL persons using this form must sign it. NDR consent, however, does not apply unless this form is used as an application for Medical Certificate and Student Pilot Certificate.

I hereby certify that all statements and answers provided by me on this application form are complete and true to the best of my knowledge, and I agree that they are to be considered part of the basis for issuance of any FAA certificate to me. I have also read and understand the Privacy Act statement that accompanies this form.

Electronically signed by : aa737drvr@aol.com / Password Verified   Date 05/27/2015 MM/DD/YYYY

FAA Form 8500-8 (9-08) Supersedes Previous Edition - COPY   Confirmation Number: 23433782   NSN: 0052-00-670-6002

## Form 8500-8 Continuation Sheet

**17.a. Medications (From page 1):**

Medication

Previously Reported

Yes        No

**18. Explanations (From page 1):**

18U 02/27/2015 Out pt surgery to remove a chest wall mass.
18X Comments in 18U

**19. Visits to Health Professional Within Last 3 Years. (From page 1):**

03/2015  Martin Dayton,MD, DO        18600 Collins Ave Sunny Isles Beach FL   Surgeon/Integrative Care Physician
Follow on Integrative Care and Management

12/2014  Robert S. Thomchik,MD        Miramar FL   General Practitioner
Abcess Diagnosis

01/2015  A1 Imaging        Pembroke Pines FL   MRI Imaging
MRI with Contrast of Abcess

02/2015  Tom Mesko,MD        Miami Beach FL   Surgeon
Diagnosis of Palpable Mass and removal

04/2015  Yolanda Cintron        2021 East Commercial Blvd Fort Lauderdale  FL   Dentist
Removal of Amalgam Fillings

"This file contains privileged and confidential information protected by the Privacy Act.
The information is intended for the individual or entity to which it was addressed
If you received it in error, please notify the sender immediately   This confidential information is released solely for use within the Federal Aviation Administration and shall not be disclosed, copied or re-released in any part."

**Applicant Must Complete ALL 20 Items (Except For Shaded Areas) PLEASE PRINT**

Form Approved OMB NO. 2120-0034

Copy of FAA Form 8500-9 (Medical Certificate) or FAA Form 8420-2 (Medical/Student Pilot Certificate) issued.

# GX-1566594

## MEDICAL CERTIFICATE **FIRST** CLASS AND STUDENT PILOT CERTIFICATE

This certifies that *(Full name and address):*

RODNEY Scott PATTERSON

1092 NW 139th Terrace

Pembroke Pines, FL 33028-2340

| Date of Birth | Height | Weight | Hair | Eyes | Sex |
|---|---|---|---|---|---|
| ▓▓▓1967 | 72 | 204 | BLOND | BLUE | M |

has met the medical standards prescribed in part 67, Federal Aviation Regulations, for this class of Medical Certificate.

**Limitations:** Must have available glasses for near vision. Not valid for any class after 05/31/2016

| Date of Examination | Examiner's Designation No. |
|---|---|
| 05/28/2015 | 000005490 |

**Examiner**

Signature

Typed Name: CHARLES R MUMMERY

**AIRMAN'S SIGNATURE**

---

**1. Application For:**
[X] Airman Medical Certificate
[ ] Airman Medical and Student Pilot Certificate

**2. Class of Medical Certificate Applied For:**
[X] 1st [ ] 2nd [ ] 3rd

**3. Last Name:** PATTERSON  **First Name:** RODNEY  **Middle Name:** Scott

**4. Social Security Number:** ▓▓▓8252

**5. Address:** 1092 NW 139th Terrace  **Telephone Number:** (704) 231-0909
Number / Street: Pembroke Pines  State/Country: FL  Zip Code: 33028-2340
City: Pembroke Pines  State / Country: FL  Zip Code: 33028-2340

**6. Date of Birth:** ▓▓▓1967 MM/DD/YYYY  Citizenship: USA  **7. Color of Hair:** BLOND  **8. Color of Eyes:** BLUE  **9. Sex:** Male

**10. Type of Airman Certificate(s) You Hold:**
[ ] None  [ ] ATC Specialist  [X] Flight Instructor  [ ] Recreational
[X] Airline Transport  [ ] Flight Engineer  [ ] Private  [ ] Other
[ ] Commercial  [ ] Flight Navigator  [ ] Student

**11. Occupation:** Pilot  **12. Employer:** American Airline

**13. Has Your FAA Airman Medical Certificate Ever Been Denied, Suspended, or Revoked?**
[ ] Yes  [X] No  If yes, give date _____ MM/DD/YYYY

| | Total Pilot Time (Civilian Only) | 16. Date of Last FAA Medical Application |
|---|---|---|
| 14. To Date | 15. Past 6 months | 09/29/2014 MM/DD/YYYY  [ ] No Prior Application |
| 10000 | 400 | |

**17.a. Do You Currently Use Any Medication (Prescription or Nonprescription)?**
[X] No  [ ] Yes  (If yes, below list medication(s) used and check appropriate box.)  Previously Reported Yes [ ] No [ ]

*(If more space is required, see 17.a. on the instruction sheet.)*

**17.b. Do You Ever Use Near Vision Contact Lens(es) While Flying?**  [ ] Yes  [X] No

**18. Medical History** – HAVE YOU EVER IN YOUR LIFE BEEN DIAGNOSED WITH, HAD, OR DO YOU PRESENTLY HAVE ANY OF THE FOLLOWING? Answer "yes" or "no" for every condition listed below. In the EXPLANATIONS box below, you may note "PREVIOUSLY REPORTED, NO CHANGE" only if the explanation of the condition was reported on a previous application for an airman medical certificate and there has been no change in your condition. See Instructions Page

| Yes | No | Condition | Yes | No | Condition | Yes | No | Condition | Yes | No | Condition |
|---|---|---|---|---|---|---|---|---|---|---|---|
| a. | [X] | Frequent or severe headaches | g. | [X] | Heart or vascular trouble | m. | [X] | Mental disorders of any sort; depression, anxiety, etc. | r. | [X] | Military medical discharge |
| b. | [X] | Dizziness or fainting spell | h. | [X] | High or low blood pressure | n. | [X] | Substance dependence or failed a drug test ever; or substance abuse or use of illegal substance in the last 2 years. | s. | [X] | Medical rejection by military service |
| c. | [X] | Unconsciousness for any reason | i. | [X] | Stomach, liver, or intestinal trouble | | | | t. | [X] | Rejection for life or health insurance |
| d. | [X] | Eye or vision trouble except glasses | j. | [X] | Kidney stone or blood in urine | o. | [X] | Alcohol dependence or abuse | u. | [X] | Admission to hospital |
| e. | [X] | Hay fever or allergy | k. | [X] | Diabetes | p. | [X] | Suicide attempt | x. | [X] | Other illness, disability, or surgery |
| f. | [X] | Asthma or lung disease | l. | [X] | Neurological disorders: epilepsy, seizures, stroke, paralysis, etc. | q. | [X] | Motion sickness requiring medication | y. | [X] | Medical disability benefits |

**Arrest, Conviction, and/or Administrative Action History** – See Instructions Page

| Yes | No | | Yes | No | |
|---|---|---|---|---|---|
| v. [ ] | [X] | History of (1) any arrest(s) and/or conviction(s) involving driving while intoxicated by, while impaired by, or while under the influence of alcohol or a drug; or (2) history of any arrest(s), and/or conviction(s), and/or administrative action(s) involving an offense(s) which resulted in the denial, suspension, cancellation, or revocation of driving privileges or which resulted in attendance at an educational or a rehabilitation program. | w. [ ] | [X] | History of nontraffic conviction(s) (misdemeanors or felonies). |

**Explanations:** See Instructions Page

See Form 8500-8 Continuation Sheet for Comments

**FOR FAA USE:** Review Action Codes

**19. Visits to Health Professional Within Last 3 Years.**  [X] Yes (Explain Below)  [ ] No  See Instructions Page

| Date | Name, Address, and Type of Health Professional Consulted | Reason |
|---|---|---|
| 03/2015 | Martin Dayton,MD, DO 18600 Collins Ave Sunny Isles Beach FL Surgeon/Integrative Care | Follow on Integrative Care and Management |
| 12/2014 | Robert S. Thomchik,MD Miramar FL General Practitioner | Abcess Diagnosis |
| 01/2015 | A1 Imaging Pembroke Pines FL MRI Imaging | MRI with Contrast of Abcess |

**– NOTICE –**
Whoever in any matter within the jurisdiction of any department or agency of the United States knowingly and willingly falsifies, conceals or covers up by any trick, scheme, or device a material fact, or who makes any false, fictitious or fraudulent statements or representations, or entry, may be fined up to $250,000 or imprisoned not more than 5 years, or both. (18 U.S. Code Secs. 1001; 3571).

**20. Applicant's National Driver Register and Certifying Declarations**

I hereby authorize the National Driver Register (NDR), through a designated State Department of Motor Vehicles, to furnish to the FAA information pertaining to my driving record. This consent constitutes authorization for a single access to the information contained in the NDR to verify information provided in this application. Upon my request, the FAA shall make the information received from the NDR, if any, available for my review and written comment. Authority: 23 U.S. Code 401, Note.

**NOTE:** ALL persons completing this form must sign it. NDR consent, however, does not apply unless this form is used as an application for Medical Certificate or Medical Certificate and Student Pilot Certificate.

I hereby certify that all statements and answers provided by me on this application form are complete and true to the best of my knowledge, and I agree that they are to be considered part of the basis for issuance of any FAA certificate to me. I have also read and understand the Privacy Act statement that accompanies this form.

Signature of Applicant  Date: 05/27/2015 MM/DD/YYYY

FAA Form 8500-8 (8-08) Supersedes Previous Edition - COPY

NSN: 0052-00-670-6002

FAA_8500_Records_00035

NOTE: FAA/Original Copy of the Report of Medical Examination Must be TYPED.

## REPORT OF MEDICAL EXAMINATION

| 21. Height (inches) | 22. Weight (pounds) | 23. Statement of Demonstrated Ability (SODA) | 24. SODA Serial Number |
|---|---|---|---|
| 72 | 204 | ☐ YES  ☒ NO   Defect Noted: | |

| CHECK EACH ITEM IN APPROPRIATE COLUMN | Normal | Abnormal | CHECK EACH ITEM IN APPROPRIATE COLUMN | Normal | Abnormal |
|---|---|---|---|---|---|
| 25. Head, face, neck, and scalp | X | | 37. Vascular system (Pulse, amplitude and character, arms, legs, others) | X | |
| 26. Nose | X | | 38. Abdomen and viscera (including hernia) | X | |
| 27. Sinuses | X | | 39. Anus (Not including digital examination) | X | |
| 28. Mouth and throat | X | | 40. Skin | X | |
| 29. Ears, general (Internal and external canals; Hearing under item 49) | X | | 41. G-U system (Not including pelvic examination) | X | |
| 30. Ear Drums (Perforation) | X | | 42. Upper and lower extremities (Strength and range of motion) | X | |
| 31. Eyes, general (Vision under items 50 to 54) | X | | 43. Spine, other musculoskeletal | X | |
| 32. Ophthalmoscopic | X | | 44. Identifying body marks, scars, tattoos (Size & location) | | X |
| 33. Pupils (Equality and reaction) | X | | 45. Lymphatics | X | |
| 34. Ocular motility (Associated parallel movement, nystagmus) | X | | 46. Neurologic (Tendon reflexes, equilibrium, senses, cranial nerves, coordination, etc.) | X | |
| 35. Lungs and chest (Not including breast examination) | X | | 47. Psychiatric (Appearance, behavior, mood, communication, and memory) | X | |
| 36. Heart (Precordial activity, rhythm, sounds, and murmurs) | X | | 48. General systemic | X | |

**NOTES:** Describe every abnormality in detail. Enter applicable item number before each comment. Use additional sheets if necessary and attach to this form.

See Form 8500-8 Continuation Sheet for Comments

| 49. Hearing | Record Audiometric Speech Discrimination Score Below | | Right Ear | | | | | Left Ear | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Audiometer Threshold in decibels | 500 | 1000 | 2000 | 3000 | 4000 | 500 | 1000 | 2000 | 3000 | 4000 |
| Conversational Voice Test at 6 Feet<br>☒ Pass  ☐ Fail | | | | | | | | | | | | |

| 50. Distant Vision | | | 51.a. Near Vision | | | 51.b. Intermediate Vision - 32 Inches | | | 52. Color Vision |
|---|---|---|---|---|---|---|---|---|---|
| Right 20/ 20 | Corrected to 20/ | | Right 20/ 50 | Corrected to 20/ 20 | | Right 20/ 40 | Corrected to 20/ | | ☒ Pass |
| Left 20/ 20 | Corrected to 20/ | | Left 20/ 50 | Corrected to 20/ 20 | | Left 20/ 40 | Corrected to 20/ | | ☐ Fail |
| Both 20/ 20 | Corrected to 20/ | | Both 20/ 50 | Corrected to 20/ 20 | | Both 20/ 40 | Corrected to 20/ | | |

| 53. Field of Vision | 54. Heterophoria 20' (In prism diopters) | Esophoria | Exophoria | Right Hyperphoria | Left Hyperphoria |
|---|---|---|---|---|---|
| ☒ Normal ☐ Abnormal | | 0 | 0 | 0 | 0 |

| 55. Blood Pressure | | | 56. Pulse (Resting) | 57. Urine Test (if abnormal, give results) | | Albumin | Sugar | 58. ECG (Date) | | |
|---|---|---|---|---|---|---|---|---|---|---|
| (Sitting, mm of Mercury) | Systolic 118 | Diastolic / 78 | 64 | ☒ Normal  ☐ Abnormal | | | | MM | DD | YYYY |
| | | | | | | | | 05/28/2015 | | |

**59. Other Tests Given**

**60. Comments on History and Findings:** AME shall comment on all "YES" answers in the Medical History section and for abnormal findings of the examination. (Attach all consultation reports, ECGs, X-rays, etc. to this report before mailing.)

See Form 8500-8 Continuation Sheet for Comments

| FOR FAA USE |
|---|
| Pathology Codes: |
| Coded By: |
| Clerical Reject |

| Significant Medical History ☒ YES ☐ NO | Abnormal Physical Findings ☐ YES ☒ NO |
|---|---|

| 61. Applicant's Name | 62. Has Been Issued — |
|---|---|
| RODNEY Scott PATTERSON | ☒ Medical Certificate  ☐ Medical & Student Pilot Certificate<br>☐ No Certificate Issued — Deferred for Further Evaluation<br>☐ Has Been Denied — Letter of Denial Issued (Copy Attached) |

**63. Disqualifying Defects (List by item number)**

**64. Medical Examiner's Declaration —** I hereby certify that I have personally reviewed the medical history and personally examined the applicant named on this medical examination report. This report with any attachment embodies my findings completely and correctly.

| Date of Examination | | | Aviation Medical Examiner's Name | Aviation Medical Examiner's Signature |
|---|---|---|---|---|
| MM | DD | YYYY | CHARLES R MUMMERY | |
| | | | Street Address | |
| 05/28/2015 | | | 8000 WEST FLAGLER ST | AME Serial Number    000005490 |
| | | | City MIAMI    State FL    Zip Code 33144 | AME Telephone    (305) 773-6109 |

FAA Form 8500-8 (9-08) Supersedes Previous Edition - COPY

### Form 8500-8 Continuation Sheet

**Applicant Name:**   RODNEY Scott PATTERSON
**Applicant MID:**   200006912969          **Transmitted to FAA :**    05/28/2015 10:53:23 am

**17.a.Medications (From page 1):**                                         Previously Reported

Medication                                                              Yes         No

**18. Explanations (From page 1):**

18U 02/27/2015 Out pt surgery to remove a chest wall mass.
18X Comments in 18U

18u: see aattached records, spindle cell sarcoma 18x: see above

**19. Visits to Health Professional Within Last 3 Years. (From page 1):**

03/2015  Martin Dayton,MD, DO        18600 Collins Ave Sunny Isles Beach FL   Surgeon/Integrative Care Physician
Follow on Integrative Care and Management

12/2014  Robert S. Thomchik,MD        Miramar FL   General Practitioner
Abcess Diagnosis

01/2015  A1 Imaging              Pembroke Pines FL   MRI Imaging
MRI with Contrast of Abcess

02/2015  Tom Mesko,MD            Miami Beach FL   Surgeon
Diagnosis of Palpable Mass and removal

04/2015  Yolanda Cintron          2021 East Commercial Blvd Fort Lauderdale FL   Dentist
Removal of Amalgam Fillings

**25 - 48. Notes (From page 2):**

44:surgical scar, left cheat, 10 cm

**59. Other Tests Given (From page 2)**

**60. Comments on History and Findings (From page 2)**

18u: see aattached records, spindle cell sarcoma 18x: see above 19: above surgery discusses with Dr Dumsdorf who ap[proved 1yr Issue,
recoeds sent Page 1 has been modified: 4A>>Applicant modified the SSN, AMCS has retained the original SSN|| Modification comments from
AME:4A.System Change;

**AME Actions**

**Applicant Previously Assessed**
[ ] 1. Has OSA diagnosis and is on Special Issuance. Reports to follow.

[ ] 2. Has OSA diagnosis and is currently being treated OR has previous OSA assessment. NOT on Special Issuance. Reports to follow.

**Applicant Not at Risk**
[X] 3. Determined to NOT be at Risk for OSA at this examination.

**Applicant at Risk/Severity to be Assessed.**
[ ] 4. Discuss OSA Risk with airman and provide education material.

[ ] 5. At risk for OSA. AASM sleep apnea assessment required. Reports to follow.

**Applicant Risk. Severity high**
[ ] 6. Deferred. Immediate safety risk. AASM sleep apnea assessment required. Reports to follow.

*This file contains privileged and confidential information protected by the Privacy Act.
The information is intended for the individual or entity to which it was addressed.
If you received it in error, please notify the sender immediately.  This confidential information is released solely for use within the Federal Aviation Administration and shall not be disclosed, copied or re-released in any part.*