Edwin Bercaw, Ph.D

1090 South Tamiami Trail

Sarasota, FL  34236

June 15. 2018

RE: R Scott Patterson,

To Whom it May Concern:

In March, 2015, Mr Patterson presented for evaluation in Sarasota, FL.

The evaluation was conducted by Francy Nathaly Fonseca, an only recently (i.e., January 2016) licensed Psy.D. who was doing a residency with me.

Mr. Patterson gave verbal consent for her to observe, as she did not have experience in neurospsychology required to evaluate pilots.

Ms. Fonseca, however, conducted the entire battery of testing, without any direct supervision and I did not perform any confirmatory tests.

I can provide no further information on the student training instrument.

Sincerely,

Edwin Bercaw, Ph.D



DEFENDANT'S
EXHIBIT
16
0:17-cv-60533-JEM