90791   PATTERSON, RODNEY   3/21/16
                                DOB ▮▮▮▮/67
                                         (48)

JAT 2015.
  Needed to be released from duty
  for military leave.
    Requested order from mgr
    Suspended on 22nd - 25th phone call
    Paid but w/held from status

  Hearing on 23rd NOW - discip. Section 21
  w/ HR - Air committee didn't get facts        hearing

  Commandant
    said used "N" word + faggot.
    But not backed up by other pilot

  Then Jan - came up w/ Section 20 in to (usap)
  Mental Health Exam ordered

  15th - March went to see Dr. Knippa
  chose not to fight - don't do
  injunction.

  Knippa said company → make self aggrandizing
  statements + doesn't get along w/ others.

  U.S. Res.
          28 yrs , 6 active duty.



EXHIBIT 2
WIT: Bercaw
DATE: 8-16-18
DAWN HILLIER, RMR, CRR

DEFENDANT'S EXHIBIT 17
0:17-cv-60533-JEM

PATTERSON-BERCAW_00020

2014 - Paraguay
Flight attendant gave wife trouble w/ backpack - FO took it, put it in a coat closet
Captain had him get off bus → had to take cab

Flight attendant wrote letter to supervisor - Pro Standards guy reviewed it. Saw Capt later - asked why he allowed FA to complain → go to his boss.
Went early to airport for return trip.
OK, landed.
Accused of taking a pic of FA.
Were last ones off
Capt of Pro Standards called him → met in park
Said accused to be on 80-ct pax list w/ captain
Capt alleged Carlos signed thru - but didn't think that ever happened

Broke ft in Bolivia - been out until Jan '15

TITLE:
FO

PATTERSON-BERCAW_00021

DEC '14
Cat clawed him, lump later developed.
ID at Cleveland Clinic → Heart Surgeon →
Oncologist → OX fat deposit
Mt Sinai Hospital → Biopsied it →
Sarcoma OX
Told was going to die + needed chemo?
Other said surgery resection.
Quit flying, FEB Surgery, 2015

Biocare in Mexico — TX
Got follow-up care — in remission.

16 yrs — American
Never written up & never been late.

Knippa

Cog Screen — WAIS down test
MMPI + other computer inventory (PAI?)
TOVA
Dichotic listening
WAIS-IV
BNT
PASAT
Garden Hat — (form A) AVLT
Finger localization
JLO

Wants AA to comply w/ federal law
Been harmed by their action.
Not granting military leave.

Is he s medical law been stopping

Medical
  Deployment physical last year
  - Deployable

No medical problems
  Arm - swelling, nerve conduction
  study - ok
  ft fract healed normal
  cracked bones - parathroped w/ military
  No TBI, no neuro

(two/onth a for low accounts -
  Drink but used after awhile
  3 yrs ago.

Psych -
  Flt augit deck officer;
  Saw psych for eval - passed.

No suicidal ideation.

Alc - occasional glass red wine.
Had two to lay off for cancer dx.
Never been intoxicated in life.

Experimented - 16 marijuana.

Charlotte, NC.
No drugs.
School - A, A,G To AVG
C in Home EC.

ROTC in Jr. High.
Never repeated class or grade.
'86 - Camden Academy / H.S., S.C.
Grew up w/ grandparents.

@ y6 Dad walked out
Mom remarried w/ 7 y/o
9 - adult - Mom + step Dad moved
12 times - lived w/ grand on & off.
Summers w/ Mom + step dad

Career - no issues   3-05 GPA
App State - lived alone.
Bout science - Business admin -
                + Psychology.

PATTERSON-BERCAW_00024

Major Score in Jamaican
Studies.

1987 - Army
LT COL.     Field Artillery
Paratrooper                Officer.
                                1st

Primary Stationed
at Sick, or
Europe.

2004 - Transferred to Active Duty
Weapons Drugs + Terrorism - Columbia.

No PTSD Symptoms

2 Sisters

Police - 1st Job out of College
Family Hx.  Early Commissioned Status - w/ Army
            89 - (93) - Charlotte - 3 yrs -
            Criminal Invest. - Senior Police Officer
            rank -

Left Police → Scholarship to Flight School
Mesa Airlines. '97-2000
Director of Pilot Recruitment.

PATTERSON-BERCAW_00025

Married - 1990 -
2 children

Good relationships
Avoids people that are trouble or negative

Sleep - 7 hrs instead of 8.
Waking up w/ a thought about
how to do w/ company

Melatonin, + Vitamins + Supplements.

PATTERSON-BERCAW_00026

①

PATTERSON, RODNEY — LT. COL. IN US ARMY RESERVE

American Airlines — 15 years

9/15 - Had military obligation, couldn't get time off

Day he left, was suspended w/ pay. Complaint arose w/ a Captain — Oct 2014
(Galley Harassment by Patterson)

Section 21 Hearing — Disciplinary Hearing.
   No outcome
   No grounds for action against him

→ Physical Examination
   Mental Eval — KMPA

(Made false alleg. about him. Running. Bought ticket to Bolivia)

Sent to on-board FFD

Working on injunction AA violates federal law, has lawyer

DEC 2014 -
Wife found lump in his chest
Went to doctor — (cat scratch fever?) was clawed there, couldn't be diagnosed
Oncologist → biopsed — soft tissue sarcoma

Out in FEB '15
   Surgery, no chemo or radiation
   Mexico — Alternative TX

PATTERSON-BERCAW_00027

(2)

Cancer Free

PET Issued - Senior ?? Hearing should
be done, no issues [w/exam] [illegible] by senior dr

wants impartial [exam]

PATTERSON-BERCAW_00028