**From:** Karen Coolman Amlong <Kamlong@TheAmlongFirm.com>
**Sent:** Thursday, March 1, 2018 12:23 PM
**To:** Morales, Tristan
**Subject:** RE: SERVICE OF COURT DOCUMENT - Case Number 17-60533-CIV/Martinez-Otazo Reyes
**Attachments:** image002.jpg; image003.jpg; Patterson_00434 - 160422 Email from Ed Bercaw, Ph.D to Scott Patterson Re Neuropsych Evaluation.pdf

Tristan:

There was only one and I think you already have it. Patterson_00434. I have it marked privileged in my database and initially generated the privilege log from there. Then I double checked it against the documents that were returned in court and it wasn't among them so I took it off the log. A copy is attached. Patterson_00426-428 both has a transmittal communication from Mr. Patterson to my office that was redacted and the body of the email, which was a communication between Mr. Patterson and his union attorney that is privileged and not produced. Some of the others may also have transmittals, but are "otherwise privileged."

Karen

Karen Coolman Amlong

THE AMLONG FIRM

Phone: (954)-462-1983

eFax: (954)212-8040

kamlong@theamlongfirm.com <mailto:kamlong@theamlongfirm.com>

DEFENDANT'S EXHIBIT
CASE NO. 17-CV-60533
EXHIBIT NO. 23

500 Northeast Fourth Street, Fort Lauderdale, Fl 33301

Confidentiality Notice:  This e-mail and/or any attachment to it contains, or may contain, privileged and confidential information intended only for the use of the individual(s) named in the e-mail.  If you are not the intended recipient, or the person responsible for delivering it to the intended recipient, please permanently delete it from your computer system and promptly notify me.


From: Morales, Tristan [mailto:tmorales@omm.com]
Sent: Thursday, March 01, 2018 10:32 AM
To: Karen Coolman Amlong; Robertson, Mark; 'Holt, Michael (SHB)'
Cc: Bernice Fugate; William R. Amlong, Esquire; Yasmin Harris
Subject: RE: SERVICE OF COURT DOCUMENT - Case Number 17-60533-CIV/Martinez-Otazo Reyes


Karen,


The footnote to the privilege log references documents that will be produced in redacted form.  Are those documents separately forthcoming?


Thank you,

Tristan


From: Karen Coolman Amlong [mailto:Kamlong@TheAmlongFirm.com]
Sent: Tuesday, February 27, 2018 8:38 AM
To: Morales, Tristan <tmorales@omm.com>; Robertson, Mark <mrobertson@omm.com>; 'Holt, Michael (SHB)' <MHOLT@shb.com>
Cc: 'Karen Coolman Amlong' <Kamlong@TheAmlongFirm.com>; Bernice Fugate <bfugate@theamlongfirm.com>; William R. Amlong, Esquire <wramlong@theamlongfirm.com>; Yasmin Harris <ypharris@theamlongfirm.com>
Subject: FW: SERVICE OF COURT DOCUMENT - Case Number 17-60533-CIV/Martinez-Otazo Reyes


Court Identity:

United States District Court, Southern District of Florida


Case No.

17-60533-CIV/Martinez-Otazo Reyes

Claimant(s):

Rodney Scott Patterson

Respondent(s):

American Airlines, Inc.

Sender's name:

Karen Coolman Amlong, Attorney at Law

Sender's phone number:

954-462-1983

Representing:

Rodney Scott Patterson

Primary e-mail:

kamlong@theamlongfirm.com <mailto:kamlong@theamlongfirm.com>

wramlong@theamlongfirm.com <mailto:wramlong@theamlongfirm.com>

Secondary e-mail:

ypharris@theamlongfirm.com <mailto:ypharris@theamlongfirm.com>

eservice@theamlongfirm.com <mailto:eservice@theamlongfirm.com>

Document Title(s)

Plaintiff's Privilege Log

Karen Coolman Amlong, Attorney at Law

500 Northeast Fourth Street • Fort Lauderdale, FL 33301 • 954.462.1983 ext. 14

Confidentiality Notice: This e-mail and/or any attachment to it contains, or may contain, privileged and confidential information intended only for the use of the individual(s) named in the e-mail. If you are not the intended recipient, or the person responsible for delivering it to the intended recipient, please permanently delete it from your computer system and promptly notify me at <mailto:ikochhar@theamlongfirm.com> ikochhar@theamlongfirm.com.

**From:** Scott <aa737drvr@aol.com>
**Sent:** Friday, April 22, 2016 12:59 PM
**To:** edb@medpsych.net
**Cc:** drfonseca@medpsych.net. glenncaddy@gmail.com; wramlong@theamlongfirm.com
**Subject:** Re: Neuropsych Evaluation

The file was not attached.

-----Original Message-----
From: Ed Bercaw <edb@medpsych.net>
To: aa737drvr <aa737drvr@aol.com>
Cc: Nathaly Fonseca, Psy.D. <drfonseca@medpsych.net>
Sent: Fri, Apr 22, 2016 11:38 am
Subject: Neuropsych Evaluation

Good Morning Mr. Patterson,

Sorry for the delay on this report. We did get the medical records this week and wrapped up the report just today. A PDF is attached. I will be available to answer any questions you might have after reviewing this. I received the authorization to send this to your attorney, which I can do after you have had a chance to read this. Ultimately, the recommendation is that this should go to review by the FAA, who has a few "in house" neuropsychologist consultants who render an opinion. They will have the data they need from us, but we are willing to do any follow-up or additional testing that may be required later, which is sometimes the case.

Thank you and best regards,

Ed Bercaw

Edwin Bercaw, Ph.D.
Neuropsychologist
Comprehensive MedPsych Systems, Inc.
(941) 363-0878, ext 2101
(941) 363-0527 fax

Email Confidentiality Notice: This e-mail message (including any attachments) may be confidential and subject to protection under the law, including the Health Insurance Portability and Accountability Act (HIPAA), the Electronic Communications Privacy Act, 18 U.S.C. Statute 2510-2521, and/or the Federal confidentiality rules (42CFR Part 2). This e-mail, and any attachment, is intended solely for the individual or entity to whom it is addressed. If you are not the intended recipient, you are notified that any unauthorized review, dissemination, use, disclosure, distribution, and/or copying of the message(s) is strictly prohibited and may subject you to criminal and/or civil penalties. If you received this transmission in error, please contact the sender immediately by replying to this email and delete all received information (including attachments) from your computer and/or portable electronic device.