UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Fort Lauderdale Division

Case Number: 17-cv-60533-MARTINEZ/OTAZO-REYES

RODNEY SCOTT PATTERSON,

    Plaintiff

vs.

AMERICAN AIRLINES, INC.,

    Defendant.
_____/

## The Amlong Firm's Index of Admitted Evidence

The Amlong Firm hereby files the attached exhibits, which were offered and admitted into evidence at the evidentiary hearing held before the Honorable Alicia Otazo-Reyes on Defendant, American Airlines, Inc's Motion for Sanctions.

**THIS SPACE LEFT INTENTIONALLY BLANK**

Respectfully Submitted,

/s/ *Isha Kochhar*
KAREN COOLMAN AMLONG
Florida Bar Number 275565
kamlong@theamlongfirm.com
ISHA KOCHHAR
Florida Bar No: 105294
ikochhar@theamlongfirm.com
AMLONG & AMLONG, P.A.
Attorneys for The Amlong Firm
500 Northeast Fourth Street
Fort Lauderdale, Florida 33301-1154
(954) 462-1983

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been filed using the ECF system of the Southern District of Florida this  5th  day of September, 2019 and thereby served on all counsel or parties of records and by electronic mail the same day upon the plaintiff, Rodney Scott Patterson, 1092 NW 39th Terrace, Pembroke Pines, FL 33028, (702) 231-0909, aa737drvr@aol.com and Noel Christian Pace, Esquire, 206 NW 91st Street, El Portal, FL 33150, noel.c.pace.esq@gmail.com.

/s/ *Isha Kochhar*
ISHA KOCHHAR

\\amlong3\cpshare\CPWin\HISTORY\190708_0001\1538.2EF

AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

RODNEY SCOTT PATTERSON
V.
AMERICAN AIRLINES, INC.

**EXHIBIT AND WITNESS LIST**

Case Number: 17-cv-60533-JEM

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Hon. Otazo-Reyes | Karen Coolman Amlong | Tristan Morales |
| TRIAL DATE (S) | COURT REPORTER | COURTROOM DEPUTY |
| 08/26/2019 | | |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 2c | | 8/26/2019 | Yes | Yes | 160422 320 pm email from EB to WRA re Patterson neuropsych evaluation |
| 4 | | 8/26/2019 | Yes | Yes | 180105 Email from IK to TM, MH @ 7:16 am Transmitting Supplemental Response to Defendant's.. |
| 6 | | 8/26/2019 | Yes | Yes | 180420 Letter from TM to WRA Requesting Bercaw Report |
| 7 | | 8/26/2019 | Yes | Yes | 180507 WRA Email Chain @ 12:58 pm Correcting Some Typos on Amended Interrogatory Answers |
| 8 | | 8/26/2019 | Yes | Yes | 180507 RSP to WRA email chain 1:04 pm re Correcting Spelling of Name |
| 10 | | 8/26/2019 | Yes | Yes | 180524 Plaintiffs Privilege Log re Tests Administered by/d Communications From Edward L.... |
| 14 | | 8/26/2019 | Yes | Yes | 180705 Email from RSP to YPH @ 12:01 pm re Transmitting Dr. Bercaw's Letter to Dr. Caddy and.. |
| 15 | | 8/26/2019 | Yes | Yes | 180705 Email from YPH to WRA @ 12:16 pm re Forwarding Scotts email (Bercaw Report) |
| 16 | | 8/26/2019 | Yes | Yes | 180705 RSP to YPH and NP @ 12:26 pm re Send two items to the Court as Discovery Production |
| 17 | | 8/26/2019 | Yes | Yes | 180709 11:37 am email from YPH to GRC re: Document from Dr. Bercaw |
| 18 | | 8/26/2019 | Yes | Yes | 180709 Email from YPH to WRA @ 12:52 pm re Spoke to Dr. Caddy and confirmed he does not.. |
| 19 | | 8/26/2019 | Yes | Yes | 180705 Email from YPH to WRA @ 1:17 pm re Dr. Bercaw's docs on it's way to Dr. Caddy |
| 20 | | 8/26/2019 | Yes | Yes | 180705 Email from YPH to WRA @ 1:17 pm re Dr. Bercaw's docs on it's way to Dr. Caddy |
| 21 | | 8/26/2019 | Yes | Yes | 180709 Email from YPH to GRC and WRA @ 2:54 pm re Documents from Dr. Bercaw's Office... |
| 22 | | 8/26/2019 | Yes | Yes | 180709 Email from YPH to WRA and GRC @ 3:40 pm re Fax from Dr. Bercaw |
| 23 | | 8/26/2019 | Yes | Yes | 180709 Email from YPH to WRA to JED @ 4:42 pm forwarding RSP email saying "No, I have... |
| 24 | | 8/26/2019 | Yes | Yes | 180709 Email from YPH to MH @ 5:44 pm Transmitting Dr. Bercaw Records |
| 25 | | 8/26/2019 | Yes | Yes | 180709 Email from SP to WRA, NP @ 6:49 pm re Your Lying to me about Bercaw |
| 26 | | 8/26/2019 | Yes | Yes | 180712 Email from YPH to RSP @ 11:43 am Transmitting Package that was sent to OC re Bercaw. |
| 27 | | 8/26/2019 | Yes | Yes | COMPOSITE: 180904 email @ 9:49 pm, 180904 email @ 11:13 pm, 180905 email @ 1140 am |
| 28 | | 8/26/2019 | Yes | Yes | 180905 email from KC to WRA @ 2:01 pm FW New Fax Message from (941)363-0527 on 4/25/16 |
| 29 | | 8/26/2019 | Yes | Yes | 180908 email from WRA to RSP @ 7:14 pm re Motion to Strike Dr. Caddy |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of __2__ Pages

AO 187A (Rev. 7/87)

# EXHIBIT AND WITNESS LIST – CONTINUATION

RODNEY SCOTT PATTERSON vs. AMERICAN AIRLINES, INC.

CASE NO. 17-cv-60533-JEM

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 30 | | 8/26/2019 | Yes | Yes | 180912 Emails from WRA to Dr. Kay @ 5:13 pm Transmitting Bercaw Documents |
| 31 | | 8/26/2019 | Yes | Yes | 180918 Email WRA to RSP @ 10:15 pm with attachment 160427 Email from RSH to Dr. Caddy |
| 32 | | 8/26/2019 | Yes | Yes | 180919 Email from RSP to WRA @ 1:07 pm |
| 33 | | 8/26/2019 | Yes | Yes | Composite: Check to Capsicum, Invoice from Capsicum and Email String re Work Performed |
| 34 | | 8/26/2019 | Yes | Yes | 190303 Plaintiff's Withdrawal Notice re Report of Neuropsychlogical Assessment by Dr. Kay |
| 36 | | 8/26/2019 | Yes | Yes | 180918 Plaintiff's Amended Notice of Production of Documents |

Page 2 of 2 Pages