| | |
|---|---|
| From: | William Amlong |
| To: | Ed Bercaw; Scott |
| Cc: | Nathaly Fonseca, Psy.D.; glenncaddy@gmail.com; tkennedy@alliedpilots.org |
| Subject: | RE: 2219-00000 PATTERSON, SCOTT vs. American Airlines (WRA): Neuropsych Evaluation |
| Date: | Friday, April 22, 2016 3:20:00 PM |
| Attachments: | image003.jpg |

Dr. Bercaw –

I am unclear on whether this e-mail from you means that you will send the report to me, since I represent First Officer Patterson civilly but have nothing to do with the Allied Pilots Association, or to Trisha E. Kennedy, Esq., his union attorney.

I you are sending it to me, I would appreciate if you could include the underlying data. If you do not wish to share that with someone who is not a mental health professional, I would request that you send it to Dr. Caddy, whose e-mail is included in the cc line.

Thank you in advance for your anticipated coopertion.

Bill Amlong

William R. Amlong, Esquire

logo_email





PLAINTIFF'S EXHIBIT 2c

500 Northeast Fourth Street, Fort Lauderdale, Fl 33301
Confidentiality Notice: This e-mail and/or any attachment to it contains, or may contain, privileged and confidential information intended only for the use of the individual(s) named in the e-mail. If you are not the intended recipient, or the person responsible for delivering it to the intended recipient, please permanently delete it from your computer system and promptly notify me.

**From:** Ed Bercaw [mailto:edb@medpsych.net]
**Sent:** Friday, April 22, 2016 1:00 PM

**To:** Scott
**Cc:** Nathaly Fonseca, Psy.D.; glenncaddy@gmail.com; wramlong@theamlongfirm.com
**Subject:** Re: Neuropsych Evaluation

Mr. Patterson, that is all fine and well understood. I will forward the report only to your attorney. I'll talk to my office to send out an invoice for a phone conference with Dr. Caddy.

Edwin Bercaw, Ph.D.
Neuropsychologist
Comprehensive MedPsych Systems, Inc.
(941) 363-0878, ext 2101
(941) 363-0527 fax

Email Confidentiality Notice: This e-mail message (including any attachments) may be confidential and subject to protection under the law, including the Health Insurance Portability and Accountability Act (HIPAA), the Electronic Communications Privacy Act, 18 U.S.C. Statute 2510-2521, and/or the Federal confidentiality rules (42CFR Part 2). This e-mail, and any attachment, is intended solely for the individual or entity to whom it is addressed. If you are not the intended recipient, you are notified that any unauthorized review, dissemination, use, disclosure, distribution, and/or copying of the message(s) is strictly prohibited and may subject you to criminal and/or civil penalties. If you received this transmission in error, please contact the sender immediately by replying to this email and delete all received information (including attachments) from your computer and/or portable electronic device.