**Yasmin Harris**

| | |
|---|---|
| **From:** | Isha Kochhar <ikochhar@theamlongfirm.com> |
| **Sent:** | Friday, January 05, 2018 7:16 AM |
| **To:** | Morales, Tristan (tmorales@omm.com); mrobertson@omm.com; Holt, Michael (SHB) (MHOLT@shb.com) |
| **Cc:** | Yasmin Harris |
| **Subject:** | 2219-00000 PATTERSON, SCOTT vs. American Airlines (WRA/KCA): SERVICE OF COURT DOCUMENT - Case Number 17-60533-CIV/Martinez-Otazo Reyes |
| **Attachments:** | 180105 (Patterson) Supplemetal Response to Defendant's Request for Production.pdf |

| | |
|---|---|
| Court Identity: | United States District Court, Southern District of Florida |
| Case No. | 17-60533-CIV/Martinez-Otazo Reyes |
| Claimant(s): | Rodney Scott Patterson |
| Respondent(s): | American Airlines, Inc. |
| Sender's name: | Isha Kochhar, Esq. |
| Sender's phone number: | 954-462-1983 |
| Representing: | Rodney Scott Patterson |
| Primary e-mail: | wramlong@theamlongfirm.com<br>ikochhar@theamlongfirm.com |
| Secondary e-mail: | ypharris@theamlongfirm.com<br>eservice@theamlongfirm.com |
| Document Title(s) | Plaintiff's Supplemental Response to Defendant's Request for Production |



**Isha Kochhar, Esq.**

500 Northeast Fourth Street • Fort Lauderdale, FL 33301 • 954.462.1983 ext. 19

**Confidentiality Notice:** This e-mail and/or any attachment to it contains, or may contain, privileged and confidential information intended only for the use of the individual(s) named in the e-mail. If you are not the intended recipient, or the person responsible for delivering it to the intended recipient, please permanently delete it from your computer system and promptly notify me at ikochhar@theamlongfirm.com.



1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

Case No.: 17-60533-CIV-Martinez-Otazo-Reyes

RODNEY SCOTT PATTERSON,

    Plaintiff,

vs.

AMERICAN AIRLINES, INC., a
Delaware corporation,

    Defendant.
_____/

**Plaintiff's Supplemental Responses to Defendant's Request for Production**

    4.    All documents that support, rebut, or referenced the claims and allegations in the Complaint.

    **RESPONSE:** Please see documents provided with this response, Bates Numbered Patterson_00048; Patterson_DOL_00001-00039.

    5.    All documents constituting, reflecting, or referencing the content of any communication between you and any other person (other than your attorneys in this litigation), including any current of former employee of American, concerning the allegations in the Complaint.

    **RESPONSE:** Please see documents provided with this response, Bates Numbered Patterson_00048; Patterson_DOL_00001-00039.

    7.    All documents that reference or relate to the complaint filed with



the Department of Labor's Veterans' Employment and Training Service ("VETS") that is referenced in Paragraphs 1, 6, and 39-40 of the Complaint, including the VETS complaint and the March 1 notification referenced in Paragraph 6 of the Complaint.

**RESPONSE:** Please see documents provided with this response, Bates Numbered Patterson_DOL_00001-_00039.

8.  All documents that reference or relate to the investigation and hearing conducted by American's Human Resources Department, referenced in Paragraphs 14 and 15, regarding an alleged incident between Plaintiff and American Captain Glenn Whitehouse.

**RESPONSE:** Please see documents provided with this response, Bates Numbered Patterson_00048-_00173; 00179-_00405.

9.  All documents that reference or relate to the APA "professional standards" investigation, referenced in Paragraph 14 of the Complaint, regarding an alleged incident between Plaintiff and American Captain Whitehouse.

**RESPONSE:** See response to Response No. 8, above.

10. All documents that constitute or reference charges or complaints filed with APA by Plaintiff against Captain Whitehouse, including charges under Article 7 of the APA Constitution.

**RESPONSE:** See response to Response No. 8, above.

13. All documents that constitute or reference application materials for

your FAA medical certifications from 2014 to the present, including any FAA 8500 forms.

**RESPONSE:** Documents that may be responsive to this request include those Bates Numbered Patterson_00410-_00415. Plaintiff will additionally produce FAA medication certifications from 2015-2016, but is not in possession, custody or control of any application materials as they were submitted to the FAA electronically.

18. All documents that reference or relate to Plaintiff's military service in Washington D.C. in September 2015.

**RESPONSE:** Please see documents previously provided, Bates Numbered Patterson_00001-00002; Patterson_00037, and Patterson_DOL_00001-_000039.

19. All documents supporting, rebutting, or otherwise relating to the allegations in Paragraph 12 of the Complaint that Plaintiff "flew to Washington D.C., September 22 to work at the Pentagon and to attend the reception as a representative of the Army."

**RESPONSE:** Please see documents previously provided with this, Bates Numbered Patterson_00001-00002; Patterson_00037, and Patterson_DOL_00001-_00039.

20. All documents supporting, rebutting, or otherwise relating to the allegations in Paragraphs 24 and 25 of the Complaint regarding alleged communications by Captain Mark Cronin.

**RESPONSE:** Responsive documents will be provided.

21. All documents supporting, rebutting, or otherwise relating to the allegations in Paragraphs 26 and 29(g) of the Complaint.

**RESPONSE:** Responsive documents will be provided.

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing Plaintiff's Response to Defendant's First Request for Production has been furnished by Electronic Delivery this 5th day of January, 2018 on all counsel or parties of record on the Service List below.

    Respectfully Submitted,

*/s/ Isha Kochhar*
William R. Amlong
Florida Bar No. 470228
WRAmlong@TheAmlongFirm.com
Karen Coolman Amlong
Florida Bar No. 275565
KAmlong@TheAmlongFirm.com
Isha Kochhar
Florida Bar No. 105294
IKochhar@TheAmlongFirm.com
AMLONG & AMLONG, P.A.
Attorneys for Plaintiff
500 Northeast Fourth Street
Fort Lauderdale, Florida 33301
(954) 462-1983

## Service List

WILLIAM R. AMLONG
Florida Bar No.: 470228
WRAmlong@TheAmlongFirm.com
KAREN COOLMAN AMLONG
Florida Bar No.: 275564
KAmlong@TheAmlongFirm.com
ISHA KOCHHAR
Florida Bar No.: 105294
Ikochhar@TheAmlongFirm.com

**AMLONG & AMLONG, P.A.**
500 Northeast Fourth Street,
Second Floor
Fort Lauderdale, Florida 33301
(954) 462-1983

***Attorneys for Plaintiff,
Rodney Scott Patterson***

MICHAEL A. HOLT
mholt@shb.com
**SHOOK, HARDY & BACON, L.L.P**
Miami Center, Suite 3200
201 South Biscayne Boulevard
Miami, Florida 33131
Telephone (305) 358-5171
Facsimile (305) 358-7470

MARK W. ROBERTSON
mrobertson@omm.com
*(Pro hac vice)*
**O'MELVENY & MYERS L.L.P**
Times Square Tower
7 Times Square
New York, New York
Telephone (212) 326-2000
Facsimile (212) 326-2061

TRISTAN MORALES
tmorales@omm.com
*(Pro hac vice)*
**O'MELVENY & MYERS L.L.P**
Times Square Tower
1625 Eye Street, Northwest
Washington, District of Columbia 20006
Telephone (202) 383-5000
Facsimile (202) 383-5414

***Attorneys for Defendant,
American Airlines, Inc.***