

O'Melveny & Myers LLP
1625 Eye Street, NW
Washington, DC 20006-4061

T: +1 202 383 5300
F: +1 202 383 5414
omm.com

File Number:
0882604-00249

April 20, 2018

**VIA E-MAIL**

William Amlong
Amlong & Amlong, P.A.
500 Northeast Fourth Street
Second Floor
Fort Lauderdale, Florida 33301

**Tristan Morales**
D: +1 202 383 5112
tmorales@omm.com

PLAINTIFF'S EXHIBIT 06

Re:   *Patterson v. American Airlines, Inc.*, 17-cv-60533 (S.D. Fla.)

Dear Mr. Amlong:

We are less than one week from the scheduled close of discovery in this case, on April 25, 2018.  We also have a deadline of April 30, 2018 for summary judgment and *Daubert* motions.  With these deadlines in mind, we write in response to your proposed motion to again extend deadlines in this case (received on Wednesday night), and also your meet and confer letter regarding additional deposition testimony and documents you have requested in connection with a proposed Rule 30(b)(6) deposition of a Company representative.

Motion to Extend Deadlines

American will not be joining your motion.  We are willing to agree not to oppose Plaintiff's motion, however, under the following conditions:

- the additional discovery is limited to the depositions of Dr. Knippa, Mark Cronin, Captain Whitehouse, and Michelle Montgomery, all of which shall be completed on or before May 14, 2018; the deadline for summary judgment and *Daubert* motions must be extended until 30 days after the close of all discovery;

- the trial must be continued and all remaining pretrial deadlines must be extended by at least 30 days; and

- the motion must be filed and ruled on before the current deadline for summary judgment and *Daubert* motions.

Meet and Confer Response

As we have previously explained several times, American does not believe that a 30(b)(6) deposition of American is proportional to the needs of this case given the testimony and documents already provided, particularly given the late stage at which the request for the

30(b)(6) deposition was made.  American, however, will agree to the deposition of Michelle Montgomery, based on her personal knowledge, on May 8.

Regarding your request that the Company produce additional documents, American agrees to conduct a search for additional documents relating to (i) any investigation by the Company's Corporate Security into Captain Whitehouse's complaints regarding Plaintiff, and (ii) the process whereby American placed Plaintiff on paid withhold status in September 2015.  American will promptly produce responsive, non-privileged, non-duplicative documents (if any) located through that search.

As previously conveyed, though, the other documents requested in the "Schedule of Documents" attached Plaintiff's Rule 30(b)(6) Notice are duplicative, in whole or in large part, of Plaintiff's document requests in this case—which the Company has already responded to in full following a reasonable and diligent search.  As stated in our March 20, 2018 letter responding to the Notice, Items 1-4 in the Schedule of Documents duplicate Plaintiffs' earlier RFPs 2-3, 5-6, 11, 13-14, 16, 18, and 22.  American thus objects to responding again to these duplicative requests.  Despite our having raised this issue previously, Plaintiff still has not offered any explanation to date as to how Items 1-4 are not duplicative.  The Company will therefore not agree to conduct searches for or produce any other additional documents in response to the requests in the Notice—except as agreed to above regarding documents relating to the Corporate Security investigation and Plaintiff's placement on pay-withheld status.

As also previously conveyed, the list of deposition topics in the Notice duplicate, in whole or in part, topics that have already been addressed by deponents and/or produced documents.  Specifically, these topics duplicate deposition testimony previously provided by Brian Beach, James Bonds, and Dr. Jeral Ahtone, all current or former American officials.  American hereby adopts the testimony of those three witnesses as testimony of the Company.  As reflected in this letter, American is also agreeing to schedule the depositions of Mark Cronin and Michelle Montgomery.  Thus, the 30(b)(6) deposition is unnecessary and will be a wasteful exercise that is not proportional to the needs of the case.  There is no need for American to prepare a witness to testify at a cumulative deposition where the testimony will be substantially the same as testimony already in the record.

To the extent the deposition topics are not duplicative, they are improper because they seek irrelevant and impermissible discovery on discovery.  Topics 1 through 7 have no relevance to this case whatsoever.  American has repeatedly confirmed that it conducted a reasonable and diligent search for responsive documents and is not withholding any responsive, non-privileged documents.  There is simply no basis to engage in discovery on discovery. Thus, American is not willing to produce a witness to testify regarding these topics.

As to your request that we identify by Bates number the documents produced by the Company responsive to each category of documents sought in Plaintiff's requests for production, we have attached a chart that does so.

Lastly, we continue to await the report from Dr. Ed Bercaw, referenced in Patterson Deposition Exhibit 21, which your client agreed to locate.  (*See* Patterson Depo. Tr. at 349-50.)  If your

O'Melveny

client is now reneging on his agreement to produce this report, please let us know promptly so that we can issue a subpoena. Alternatively, we will consider seeking an order compelling the production or, in the alternative, excluding certain evidence you may intend to offer at trial.

Sincerely,

*/s/ Tristan Morales*

Tristan Morales
for O'MELVENY & MYERS LLP

Attachment

| Plaintiff's RFP | Responsive Bates Number(s) |
|---|---|
| 1 | *Documents responsive to this broad request are included as responsive to the specific categories below* |
| 2 | 0000009, 0000052, 0000053, 0000056-0000075, 0000083, 0000097, 0000123, 0000144, 0000227 - 0000229, 0000407-0000410, 0000473, 0000475, 0000477, 0000523, 0000531, 0000536, 0000557, 0000568-0000580, 0000602, 0000632, 0000633, 0000706-0000717, 0000723-0000748, 0000762-0000763, 0000776, 0000810-0000823, 0000826-0000840, 0000842-0000846, 0000851, 0000853, 0000854, 0000929-0000937, 0000938 |
| 3 | 0000077, 0000081, 0000225 - 0000226, 0000402-0000404, 0000437-0000438, 0000455, 0000473, 0000480-0000519, 0000523-00005227, 0000536-0000539, 0000541, 0000545-0000555, 0000564, 0000581-0000593, 0000603-0000631, 0000633-0000638, 0000718, 0000749-0000754, 0000755, 0000765-0000775, 0000780, 0000782-0000791, 0000824, 0000847-0000850, 0000852, 0000880-0000896, 0000929-0000937 |
| 4 | Patterson Depo Ex. 11; |
| 5 | 0000001, 0000007, 0000039 - 0000055, 0000081 - 0000142, 0000238, 0000399, 0000568-0000593, 0000600, 0000603-0000631, 0000633-0000683, 0000694-0000699, 0000723-0000748, 0000756-0000761 |
| 6 | 0000241 |
| 8 | 0000174, 0000441 |
| 9 | 0000154 |
| 11 | Patterson Depo Ex. 11 and 22; |
| 14 | 0000057, 0000174, 0000441, 0000457, 0000568-0000593, 0000708, 0000749-0000754, 0000765-0000777, 0000853, 0000856, 0000880-0000923, 0000929-0000937 |

| | |
|---|---|
| 18 | 0000001, 0000007, 0000039 - 0000053, 0000081 - 0000142, 0000238, 0000399, 0000600, 0000603-0000631, 0000633-0000683, 0000694-0000699, 0000756-0000761 |
| 22 | 0000441, 0000446, 0000543-0000544, |