| | |
|---|---|
| **From:** | Scott |
| **To:** | wramlong@theamlongfirm.com |
| **Cc:** | kamlong@theamlongfirm.com; jdaley@theamlongfirm.com; ypharris@theamlongfirm.com; noel.c.pace.esq@gmail.com |
| **Subject:** | Re: Bercaw materials |
| **Date:** | Monday, May 07, 2018 12:58:23 PM |

Bill

I am with Danny in Dallas and saw this this morning. I have opened the document and was able to see on Danny's laptop.

There are a few typos in the document and it appears there is no legal argument to claw back this document as well as a proposed order.

I am reading the document again to pull out the typos. Am standing by for any changes so as to sign today.

-----Original Message-----
From: William Amlong <wramlong@theamlongfirm.com>
To: 'aa737drvr' <aa737drvr@aol.com>
Cc: 'Karen Coolman Amlong' <kamlong@theamlongfirm.com>; 'Jennifer Daley' <jdaley@theamlongfirm.com>; 'Yasmin Harris' <ypharris@theamlongfirm.com>; noel.c.pace.esq <noel.c.pace.esq@gmail.com>
Sent: Mon, May 7, 2018 7:21 am
Subject: RE: Bercaw materials

Here they are.

William R. Amlong, Esquire



500 Northeast Fourth Street, Fort Lauderdale, Fl 33301
Confidentiality Notice:  This e-mail and/or any attachment to it contains, or may contain, privileged and confidential information intended only for the use of the individual(s) named in the e-mail.  If you are

PLAINTIFF'S EXHIBIT 07

not the intended recipient, or the person responsible for delivering it to the intended recipient, please permanently delete it from your computer system and promptly notify me.

**From:** aa737drvr [mailto:aa737drvr@aol.com]
**Sent:** Monday, May 07, 2018 8:14 AM
**To:** William Amlong
**Cc:** 'Karen Coolman Amlong'; 'Jennifer Daley'; 'Yasmin Harris'; noel.c.pace.esq@gmail.com
**Subject:** RE: Bercaw materials

No file


Sent from my Verizon, Samsung Galaxy smartphone

-------- Original message --------
From: William Amlong <wramlong@theamlongfirm.com>
Date: 5/6/18 14:51 (GMT-06:00)
To: 'aa737drvr' <aa737drvr@aol.com>
Cc: 'Karen Coolman Amlong' <kamlong@theamlongfirm.com>, 'Jennifer Daley' <jdaley@theamlongfirm.com>, 'Yasmin Harris' <ypharris@theamlongfirm.com>, noel.c.pace.esq@gmail.com
Subject: RE: Bercaw materials

Noel –

Did not mean to leave you off.

Bill

William R. Amlong, Esquire

brand



500 Northeast Fourth Street, Fort Lauderdale, Fl 33301
Confidentiality Notice:  This e-mail and/or any attachment to it contains, or may contain, privileged and confidential information intended only for the use of the individual(s) named in the e-mail.  If you are

not the intended recipient, or the person responsible for delivering it to the intended recipient, please permanently delete it from your computer system and promptly notify me.

**From:** William Amlong [mailto:wramlong@theamlongfirm.com]
**Sent:** Sunday, May 06, 2018 3:48 PM
**To:** 'aa737drvr'
**Cc:** 'Karen Coolman Amlong'; 'Jennifer Daley'; 'Yasmin Harris'
**Subject:** Bercaw materials

Scott –

Please sign the amended interrogatory answer and PDF it back to me.

Hopefully, we will be able to keep the Bercaw materials away from American, although there is nothing in there that hurts you. If you had disclosed Bercaw in response the original interrogatory, this would be a no-drama issue consulting expert communications are privileged in federal court.

If you have any concerns about this being disclosed to the FAA by AA, I would suggest that you disclose it yourself.

If you have not found the report from Berclaw, Glenn will get it for me tomorrow.

Meanwhile, I am also filing a privilege log.

Regards,

Bill

William R. Amlong, Esquire

brand

500 Northeast Fourth Street, Fort Lauderdale, Fl 33301
Confidentiality Notice: This e-mail and/or any attachment to it contains, or may contain, privileged and confidential information intended only for the use of the individual(s) named in the e-mail. If you are not the intended recipient, or the person responsible for delivering it to the intended recipient, please permanently delete it from your computer system and promptly notify me.