| | |
|---|---|
| From: | Scott |
| To: | wramlong@theamlongfirm.com; ypharris@theamlongfirm.com; noel.c.pace.esq@gmail.com |
| Subject: | Re: Bercaw materials |
| Date: | Monday, May 07, 2018 1:04:25 PM |

My last name is spelled with (2) T's.

Patterson on the affidavit.

I can sign


-----Original Message-----
From: William Amlong <wramlong@theamlongfirm.com>
To: 'aa737drvr' <aa737drvr@aol.com>
Cc: 'Karen Coolman Amlong' <kamlong@theamlongfirm.com>; 'Jennifer Daley' <jdaley@theamlongfirm.com>; 'Yasmin Harris' <ypharris@theamlongfirm.com>; noel.c.pace.esq <noel.c.pace.esq@gmail.com>
Sent: Mon, May 7, 2018 7:21 am
Subject: RE: Bercaw materials

Here they are.

William R. Amlong, Esquire

 

500 Northeast Fourth Street, Fort Lauderdale, Fl 33301
Confidentiality Notice:  This e-mail and/or any attachment to it contains, or may contain, privileged and confidential information intended only for the use of the individual(s) named in the e-mail.  If you are not the intended recipient, or the person responsible for delivering it to the intended recipient, please permanently delete it from your computer system and promptly notify me.

**From:** aa737drvr [mailto:aa737drvr@aol.com]
**Sent:** Monday, May 07, 2018 8:14 AM
**To:** William Amlong
**Cc:** 'Karen Coolman Amlong'; 'Jennifer Daley'; 'Yasmin Harris'; noel.c.pace.esq@gmail.com
**Subject:** RE: Bercaw materials

No file

Sent from my Verizon, Samsung Galaxy smartphone

-------- Original message --------
From: William Amlong <wramlong@theamlongfirm.com>
Date: 5/6/18 14:51 (GMT-06:00)
To: 'aa737drvr' <aa737drvr@aol.com>
Cc: 'Karen Coolman Amlong' <kamlong@theamlongfirm.com>, 'Jennifer Daley' <jdaley@theamlongfirm.com>, 'Yasmin Harris' <ypharris@theamlongfirm.com>, noel.c.pace.esq@gmail.com
Subject: RE: Bercaw materials

Noel –

Did not mean to leave you off.

Bill

William R. Amlong, Esquire

brand

500 Northeast Fourth Street, Fort Lauderdale, Fl 33301
Confidentiality Notice: This e-mail and/or any attachment to it contains, or may contain, privileged and confidential information intended only for the use of the individual(s) named in the e-mail. If you are not the intended recipient, or the person responsible for delivering it to the intended recipient, please permanently delete it from your computer system and promptly notify me.

**From:** William Amlong [mailto:wramlong@theamlongfirm.com]
**Sent:** Sunday, May 06, 2018 3:48 PM
**To:** 'aa737drvr'
**Cc:** 'Karen Coolman Amlong'; 'Jennifer Daley'; 'Yasmin Harris'
**Subject:** Bercaw materials

Scott –

Please sign the amended interrogatory answer and PDF it back to me.

Hopefully, we will be able to keep the Bercaw materials away from American, although there is nothing in there that hurts you.  If you had disclosed Bercaw in response the original interrogatory, this would be a no-drama issue consulting expert communications are privileged in federal court.

If you have any concerns about this being disclosed to the FAA by AA, I would suggest that you disclose it yourself.

If you have not found the report from Berclaw, Glenn will get it for me tomorrow.

Meanwhile, I am also filing a privilege log.

Regards,

Bill

William R. Amlong, Esquire

brand



500 Northeast Fourth Street, Fort Lauderdale, Fl 33301
Confidentiality Notice:  This e-mail and/or any attachment to it contains, or may contain, privileged and confidential information intended only for the use of the individual(s) named in the e-mail.  If you are not the intended recipient, or the person responsible for delivering it to the intended recipient, please permanently delete it from your computer system and promptly notify me.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Fort Lauderdale Division

Case Number: 17-cv-60533-MARTINEZ/OTAZO-REYES

RODNEY SCOTT PATTERSON,

   Plaintiff,

vs.

AMERICAN AIRLINES, INC.,

   Defendant.
_____/

**Plaintiff's Notice of Service of Amended Answers and Objections to Interrogatory No. 4 of Defendant's First Set of Interrogatories**

Plaintiff, Rodney Scott Patterson, amends his response to Interrogatory No. 4 as follows:

4.   Identify any medical practitioner (including, without limitation, psychologists or neurologist), by whom you have been evaluated or treated since January 1, 2014.

**Answer:**   John Knippa; Joseph R. Tortella; Gary G. Kay; John R. Hastings, Martin Dayton; Charles R. Mummery and Glenn R. Caddy, Ph.D., whom I have disclosed as an expert and whose expert report has been served upon defendants.  I and my attorney attempted to obtain, as a basis for expert testimony, an evaluation by a neuropsychologist who was a CogScreen Provider and HIMS trained.  Edward L. Bercaw, Ph.D., of Sarasota, who holds himself out to be a "CogScreen Provider & HIMS Trained," was located by Dr. Caddy, my testifying expert.  After briefly meeting with me, Dr. Bercaw handed me off to a resident, Francy Nathaly Fonseca, Psy.D., to administer tests.  Because Dr. Bercaw did not administer tests himself, neither the tests nor Dr. Bercaw were disclosed or utilized in any way.



**The Amlong Firm** • 500 Northeast Fourth Street • Fort Lauderdale, FL  33301 • 954.462.1983

## Unsworn Declaration of Rodney Scott Patterson, Pursuant to 28 U.S.C. § 1746,

Rodney Scott Patterson deposes and says:

1. I am the plaintiff in this action.

2. I have read the amended response to Interrogatory No. 4 above and it is true and correct.

Executed at Dallas, Texas, May 7, 2018.

*Rodney S. Patterson*
RODNEY SCOTT PATTERSON

/s/   William R. Amlong
WILLIAM R. AMLONG
Florida Bar No.: 470228
WRAmlong@TheAmlongFirm.com
KAREN COOLMAN AMLONG
Florida Bar No.: 275565
KAmlong@TheAmlongFirm.com

NOEL C. PACE
noel.c.pace.esq@gmail.com
*Admitted Pro Hac Vice*
206 NW 91st Street
El Portal, FL
(305) 710-3713

AMLONG & AMLONG, P.A.
500 Northeast Fourth Street
Second Floor
Fort Lauderdale, Florida 33301
Telephone: (954) 462-1983
Facsimile: (954) 463-5008

**Attorneys for Plaintiff,
   Rodney Scott Patterson**

## Certificate of Service

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has

been furnished by electronic delivery this _____ day of _____,
2018 on all counsel or parties of record on the Service List below.

                                                  */s/    William R. Amlong*
                                                WILLIAM R. AMLONG

## Service List

| | |
|---|---|
| WILLIAM R. AMLONG<br>WRAmlong@TheAmlongFirm.com<br>KAREN COOLMAN AMLONG<br>KAmlong@TheAmlongfirm.com<br><br>AMLONG & AMLONG, P.A.<br>500 Northeast Fourth Street<br>Second Floor<br>Fort Lauderdale, Florida 33301<br>Telephone: (954) 462-1983<br>Facsimile: (954) 463-5008<br><br><br>NOEL C. PACE<br>noel.c.pace.esq@gmail.com<br>*Admitted Pro Hac Vice*<br>206 NW 91st Street<br>El Portal, FL<br>(305) 710-3713<br><br><br>***Attorneys for Plaintiff,***<br>     ***Rodney Scott Patterson*** | MICHAEL A. HOLT<br>mholt@shb.com<br>SHOOK, HARDY & BACON LLP<br>Miami Center, Suite 3200<br>201 South Biscayne Boulevard<br>Miami, Florida 33131<br>Telephone: (305) 358-5171<br>Facsimile: (305) 358-7470<br><br>MARK W. ROBERTSON<br>mrobertson@omm.com<br>*(Pro hac vice)*<br>O'MELVENY & MYERS LLP<br>Times Square Tower<br>7 Times Square<br>New York, New York 10036<br>Telephone: (212) 326-2000<br>Facsimile: (212) 326-2061<br><br>TRISTAN MORALES<br>tmorales@omm.com<br>*(Pro hac vice)*<br>**O'MELVENY & MYERS LLP**<br>1625 Eye Street, Northwest<br>Washington, District of Columbia 20006<br>Telephone: (202) 383-5300<br>Facsimile: (202) 383-5414<br><br>***Attorneys for Defendant***,<br>     ***American Airlines, Inc.*** |

\\amlong3\cpshare\CPWin\HISTORY\180407_0001\1538.10E