**Yasmin Harris**

From: Scott <aa737drvr@aol.com>
Sent: Thursday, July 05, 2018 12:26 PM
To: ypharris@theamlongfirm.com; noel.c.pace.esq@gmail.com
Subject: Re: 2219-00000 PATTERSON, SCOTT vs. American Airlines (WRA/KCA): NeatConnect

Okay got it. Point is, Holt in typical asshole fashion took the part of the report he submarined out of Bercaw (the judge stated we were to provide) and sent only what he wanted to send to support his assertions. He interpreted the report to suit and lied by omitting the letter. Have you seen the HIPAA request come back from Comp MedPsych.

Noel recommended take these two items sending them to the court as discovery production with the letter on Top as one single file. The letter says it all. But we have to make sure the court sees the letter. Also we don't want to give AA the opportunity to rebut. Bill got the last word the other day.

-----Original Message-----
From: Yasmin Harris <ypharris@theamlongfirm.com>
To: 'Scott' <aa737drvr@aol.com>
Sent: Thu, Jul 5, 2018 12:14 pm
Subject: RE: NeatConnect

Got it – It is not due until 7/7 which is technically 7/9.

I will give the report to Bill.

Yasmin P. Harris
Telephone 954.462.1983
Email: YPHarris@TheAmlongFirm.Com
Website: http://www.theamlongfirm.com





500 Northeast Fourth Street, Fort Lauderdale, Fl 33301

Confidentiality Notice: This e-mail and/or any attachment to it contains, or may contain, privileged and confidential information intended only for the use of the individual(s) named in the e-mail. If you are not the intended recipient, or the

person responsible for delivering it to the intended recipient, please permanently delete it from your computer system and promptly notify me.

**From:** Scott [mailto:aa737drvr@aol.com]
**Sent:** Thursday, July 05, 2018 12:05 PM
**To:** aa737drvr@aol.com; ypharris@theamlongfirm.com
**Subject:** Re: NeatConnect

Yasmin

We have discovery reply today to American's hearing by Reyes. The attached file is what the judge ordered us to provide.


-----Original Message-----
From: aa737drvr <aa737drvr@aol.com>
To: aa737drvr <aa737drvr@aol.com>; ypharris <ypharris@theamlongfirm.com>
Sent: Thu, Jul 5, 2018 12:01 pm
Subject: NeatConnect

The attached files were scanned and sent using my NeatConnect scanner.