# Yasmin Harris

| | |
|---|---|
| **From:** | Yasmin Harris <ypharris@theamlongfirm.com> |
| **Sent:** | Monday, July 09, 2018 12:52 PM |
| **To:** | 'William Amlong' |
| **Cc:** | 'jdaley@theamlongfirm.com'; 'kamlong@theamlongfirm.com'; 'glenncaddy@gmail.com'; 'Scott'; 'Danny Shellhouse' |
| **Subject:** | RE: 2219-00000 PATTERSON, SCOTT vs. American Airlines (WRA/KCA): Document from Bercaw re  PATTERSON, SCOTT vs. American Airlines |

Bill –

I spoke to Glenn this morning and he has confirmed he does not have the documents electronically.  I spoke to the records division last week and they were preparing to send it to Glenn.  They may have sent via fax or mail and Glenn has no way of checking because he is on vacation.  I called records today and waiting on a return call and to ask to resend via electronically since Glenn cannot get to a fax.


Yasmin P. Harris
Telephone 954.462.1983
Email: YPHarris@TheAmlongFirm.Com
Website: http://www.theamlongfirm.com





PLAINTIFF'S EXHIBIT 18

500 Northeast Fourth Street, Fort Lauderdale, Fl 33301

Confidentiality Notice:  This e-mail and/or any attachment to it contains, or may contain, privileged and confidential information intended only for the use of the individual(s) named in the e-mail.  If you are not the intended recipient, or the person responsible for delivering it to the intended recipient, please permanently delete it from your computer system and promptly notify me.

**From:** William Amlong [mailto:wramlong@theamlongfirm.com]
**Sent:** Monday, July 09, 2018 12:25 PM
**To:** 'Yasmin Harris'

1

**Cc:** jdaley@theamlongfirm.com; kamlong@theamlongfirm.com; glenncaddy@gmail.com; 'Scott'; Danny Shellhouse
**Subject:** RE: Document from Bercaw re PATTERSON, SCOTT vs. American Airlines

Yasmin –

We need to respond by sending them the copy of the letter addressed to Glenn, which Glenn says that he never got, and labeling it as one that we obtained from Scott's union rep, Capt. Guy (Danny) Shellhouse, who had in his file the copy that Scott gave to him.  I think you were copied on the e-mail by which Scott forwarded it to me.  If not, I will find it and give it to you when I come in.

Bill

William R. Amlong, Esquire



500 Northeast Fourth Street, Fort Lauderdale, Fl 33301

Confidentiality Notice:  This e-mail and/or any attachment to it contains, or may contain, privileged and confidential information intended only for the use of the individual(s) named in the e-mail.  If you are not the intended recipient, or the person responsible for delivering it to the intended recipient, please permanently delete it from your computer system and promptly notify me.

---

**From:** Yasmin Harris [mailto:ypharris@theamlongfirm.com]
**Sent:** Monday, July 09, 2018 11:37 AM
**To:** glenncaddy@gmail.com
**Cc:** 'William Amlong'; jdaley@theamlongfirm.com; kamlong@theamlongfirm.com
**Subject:** Document from Bercaw re PATTERSON, SCOTT vs. American Airlines

Hi Dr. Caddy:

I just left you a VM requesting that you send us all the documents you received from Dr. Bercaw's office.  There is an order we need to comply today.

Thank you.

Yasmin P. Harris
Telephone 954.462.1983
Email: YPHarris@TheAmlongFirm.Com
Website: http://www.theamlongfirm.com



500 Northeast Fourth Street, Fort Lauderdale, Fl 33301

Confidentiality Notice:  This e-mail and/or any attachment to it contains, or may contain, privileged and confidential information intended only for the use of the individual(s) named in the e-mail.  If you are not the intended recipient, or the person responsible for delivering it to the intended recipient, please permanently delete it from your computer system and promptly notify me.