# Yasmin Harris

| | |
|---|---|
| **From:** | Yasmin Harris <ypharris@theamlongfirm.com> |
| **Sent:** | Monday, July 09, 2018 1:17 PM |
| **To:** | 'William Amlong' |
| **Cc:** | 'jdaley@theamlongfirm.com'; 'kamlong@theamlongfirm.com'; 'glenncaddy@gmail.com'; 'Scott'; 'Danny Shellhouse' |
| **Subject:** | 2219-00000 PATTERSON, SCOTT vs. American Airlines (WRA/KCA): Docs via FEDEX RE: Document from Bercaw re  PATTERSON, SCOTT vs. American Airlines |

Bill – The documents is on it's way via federal express to Dr. Caddy's office.  Dr. Caddy says there is someone at his office to receive the federal express and that he will call me upon receipt so we can coordinate and get the package to be scanned.

**Yasmin P. Harris**
**Telephone 954.462.1983**
**Email: YPHarris@TheAmlongFirm.Com**
**Website: http://www.theamlongfirm.com**



500 Northeast Fourth Street, Fort Lauderdale, Fl 33301

Confidentiality Notice:  This e-mail and/or any attachment to it contains, or may contain, privileged and confidential information intended only for the use of the individual(s) named in the e-mail.  If you are not the intended recipient, or the person responsible for delivering it to the intended recipient, please permanently delete it from your computer system and promptly notify me.

**From:** William Amlong [mailto:wramlong@theamlongfirm.com]
**Sent:** Monday, July 09, 2018 12:25 PM
**To:** 'Yasmin Harris'
**Cc:** jdaley@theamlongfirm.com; kamlong@theamlongfirm.com; glenncaddy@gmail.com; 'Scott'; Danny Shellhouse
**Subject:** RE: Document from Bercaw re PATTERSON, SCOTT vs. American Airlines

Yasmin –

PLAINTIFF'S EXHIBIT 19

We need to respond by sending them the copy of the letter addressed to Glenn, which Glenn says that he never got, and labeling it as one that we obtained from Scott's union rep, Capt. Guy (Danny) Shellhouse, who had in his file the copy that Scott gave to him. I think you were copied on the e-mail by which Scott forwarded it to me. If not, I will find it and give it to you when I come in.

Bill

William R. Amlong, Esquire



500 Northeast Fourth Street, Fort Lauderdale, Fl 33301

Confidentiality Notice: This e-mail and/or any attachment to it contains, or may contain, privileged and confidential information intended only for the use of the individual(s) named in the e-mail. If you are not the intended recipient, or the person responsible for delivering it to the intended recipient, please permanently delete it from your computer system and promptly notify me.

---

**From:** Yasmin Harris [mailto:ypharris@theamlongfirm.com]
**Sent:** Monday, July 09, 2018 11:37 AM
**To:** glenncaddy@gmail.com
**Cc:** 'William Amlong'; jdaley@theamlongfirm.com; kamlong@theamlongfirm.com
**Subject:** Document from Bercaw re PATTERSON, SCOTT vs. American Airlines

Hi Dr. Caddy:

I just left you a VM requesting that you send us all the documents you received from Dr. Bercaw's office. There is an order we need to comply today.

Thank you.

**Yasmin P. Harris**
**Telephone 954.462.1983**
**Email: YPHarris@TheAmlongFirm.Com**
**Website: http://www.theamlongfirm.com**



500 Northeast Fourth Street, Fort Lauderdale, Fl 33301

Confidentiality Notice:  This e-mail and/or any attachment to it contains, or may contain, privileged and confidential information intended only for the use of the individual(s) named in the e-mail.  If you are not the intended recipient, or the person responsible for delivering it to the intended recipient, please permanently delete it from your computer system and promptly notify me.



Here's the federal express package we received via Dr. Caddy's office for Dr. Bercaw's records. We will process and forward copies to opposing counsel.

Yasmin P. Harris
Telephone 954.462.1983
Email: YPHarris@TheAmlongFirm.Com
Website: http://www.theamlongfirm.com



500 Northeast Fourth Street, Fort Lauderdale, Fl 33301

Confidentiality Notice: This e-mail and/or any attachment to it contains, or may contain, privileged and confidential information intended only for the use of the individual(s) named in the e-mail. If you are not the intended recipient, or the person responsible for delivering it to the intended recipient, please permanently delete it from your computer system and promptly notify me.



06/28/2018 THU 14:50 FAX ☒001/003

**The Amlong Firm** • 500 Northeast Fourth Street • Fort Lauderdale, FL 33301 • 954/462.1983

RECEIVED JUN 28 2018

Karen Coolman Amlong
William R. Amlong

June 28, 2018

Gregory V. Alcaro
Jennifer Daley
Ryan Brenton, of Counsel
Rani Nair Bolen, of Counsel
www.TheAmlongFirm.com

**Attention: Lisa Golden/Records 716-242-3360**
Edward L. Berxaq, Neuropsychologist
Comprehensive MedPsych Systems, Inc.
1090 S. Tamiami Trail,
Sarasota, Florida 34236

Re: **Patterson v. American Airlines**
Our File Number 2219-00000
Case Number CASE NO.: 1:17-cv-60533-JEM

Dear Records Custodian:

This firm represents Scott Patterson, whom you previously have treated.

Enclosed is a HIPAA authorization form for the release to Amlong & Amlong, P.A. and Dr. Glenn Caddy of any and all records concerning your evaluation, diagnosis and/or treatment of Scott Patterson. We will pay your reasonable copying charges for your compliance with this request.

When you produce the records, please indicate on the attached form if all records were produced or if records were withheld.

If you have any questions, please feel free to call me. Thanking you in advance for your anticipated prompt response to this letter, I am

Very truly yours,

-s- William R. Amlong
WILLIAM R. AMLONG
For the Firm

/yph
Enclosures: Letter of Authorization from Scott Patterson

\\amlong3\cpshare\CPWin\HISTORY\180601_0001\1538.170