| | |
|---|---|
| From: | William Amlong |
| To: | "Scott" |
| Cc: | "kamlong@theamlongfirm.com"; "Yasmin Harris" |
| Subject: | Your lying to me about Bercaw |
| Date: | Monday, July 09, 2018 2:00:00 PM |

Scott –

You lied to me about not having Bercaw's report or a copy of the letter from Bercaw to Glenn Caddy. That caused me to say things to the Court that were not true, i.e., that we did not have them.

If you ever lie to me again, and I do not care about what, I will immediately move to withdraw, and will do so citing the Florida Bar Rule of Professional Conduct, 4-1.16(a), that states that I am doing so because to continue to represent you would "result in violation of the Rules of Professional Conduct or law…."

Bill

William R. Amlong, Esquire



500 Northeast Fourth Street, Fort Lauderdale, Fl 33301

Confidentiality Notice: This e-mail and/or any attachment to it contains, or may contain, privileged and confidential information intended only for the use of the individual(s) named in the e-mail. If you are not the intended recipient, or the person responsible for delivering it to the intended recipient, please permanently delete it from your computer system and promptly notify me.

PLAINTIFF'S EXHIBIT 20