# Yasmin Harris

| | |
|---|---|
| From: | Yasmin Harris <ypharris@theamlongfirm.com> |
| Sent: | Monday, July 09, 2018 4:42 PM |
| To: | 'William Amlong'; 'jdaley@theamlongfirm.com' |
| Subject: | FW: 2219-00000 PATTERSON, SCOTT vs. American Airlines (WRA/KCA): Fax from Bercaw re PATTERSON, SCOTT vs. American Airlines |

See below.

**Yasmin P. Harris**
**Telephone 954.462.1983**
**Email: YPHarris@TheAmlongFirm.Com**
**Website: http://www.theamlongfirm.com**



500 Northeast Fourth Street, Fort Lauderdale, Fl 33301

Confidentiality Notice: This e-mail and/or any attachment to it contains, or may contain, privileged and confidential information intended only for the use of the individual(s) named in the e-mail. If you are not the intended recipient, or the person responsible for delivering it to the intended recipient, please permanently delete it from your computer system and promptly notify me.

**From:** aa737drvr [mailto:aa737drvr@aol.com]
**Sent:** Monday, July 09, 2018 4:39 PM
**To:** Yasmin Harris
**Subject:** RE: Fax from Bercaw re PATTERSON, SCOTT vs. American Airlines

No I have nothing further, What I was saying, it appears Bercaws office only produced the report and not the letter. The letter coming from them is good chain of custody. Bercaw sent the letter to Caddy. That is what he considered not the report. If we're produce just the report I am concerned it plays into their hands

Sent from my Verizon, Samsung Galaxy smartphone

**PLAINTIFF'S EXHIBIT 23**

1

-------- Original message --------
From: Yasmin Harris <ypharris@theamlongfirm.com>
Date: 7/9/18 16:26 (GMT-05:00)
To: 'aa737drvr' <aa737drvr@aol.com>
Subject: RE: Fax from Bercaw re  PATTERSON, SCOTT vs. American Airlines

We have the letter.  Do you have any other correspondence/documents pertaining to Beccaw?

If so, please send ASAP.  We need to comply today.

**Yasmin P. Harris**

**Telephone 954.462.1983**

**Email: YPHarris@TheAmlongFirm.Com**

**Website: http://www.theamlongfirm.com**

500 Northeast Fourth Street, Fort Lauderdale, Fl 33301

Confidentiality Notice:  This e-mail and/or any attachment to it contains, or may contain, privileged and confidential information intended only for the use of the individual(s) named in the e-mail.  If you are not the intended recipient, or the person responsible for delivering it to the intended recipient, please permanently delete it from your computer system and promptly notify me.

**From:** aa737drvr [mailto:aa737drvr@aol.com]
**Sent:** Monday, July 09, 2018 3:56 PM
**To:** Yasmin Harris
**Subject:** Re: Fax from Bercaw re PATTERSON, SCOTT vs. American Airlines

That's not all of it.  Should be more that and a letter

Sent from my Verizon, Samsung Galaxy smartphone

-------- Original message --------

From: Yasmin Harris <ypharris@theamlongfirm.com>

Date: 7/9/18 15:40 (GMT-05:00)

To: 'William Amlong' <wramlong@theamlongfirm.com>, glenncaddy@gmail.com

Cc: jdaley@theamlongfirm.com, kamlong@theamlongfirm.com, 'Scott' <aa737drvr@aol.com>

Subject: Fax from Bercaw re PATTERSON, SCOTT vs. American Airlines

Here's the fax the records dept. sent me after my call I made asking for any correspondence.

**Yasmin P. Harris**

**Telephone 954.462.1983**

**Email: YPHarris@TheAmlongFirm.Com**

**Website: http://www.theamlongfirm.com**



500 Northeast Fourth Street, Fort Lauderdale, Fl 33301

Confidentiality Notice: This e-mail and/or any attachment to it contains, or may contain, privileged and confidential information intended only for the use of the individual(s) named in the e-mail. If you are not the intended recipient, or the person responsible for delivering it to the intended recipient, please permanently delete it from your computer system and promptly notify me.

**From:** Yasmin Harris [mailto:ypharris@theamlongfirm.com]
**Sent:** Monday, July 09, 2018 2:54 PM
**To:** 'William Amlong'; 'glenncaddy@gmail.com'
**Cc:** 'jdaley@theamlongfirm.com'; 'kamlong@theamlongfirm.com'; 'Scott'
**Subject:** RE: Docs via FEDEX RE: Document from Bercaw re PATTERSON, SCOTT vs. American Airlines

Here's the federal express package we received via Dr. Caddy's office for Dr. Bercaw's records. We will process and forward copies to opposing counsel.

**Yasmin P. Harris**

**Telephone 954.462.1983**

**Email: YPHarris@TheAmlongFirm.Com**

**Website: http://www.theamlongfirm.com**


---



500 Northeast Fourth Street, Fort Lauderdale, Fl 33301

Confidentiality Notice:  This e-mail and/or any attachment to it contains, or may contain, privileged and confidential information intended only for the use of the individual(s) named in the e-mail.  If you are not the intended recipient, or the person responsible for delivering it to the intended recipient, please permanently delete it from your computer system and promptly notify me.

**From:** Yasmin Harris [mailto:ypharris@theamlongfirm.com]
**Sent:** Monday, July 09, 2018 1:17 PM
**To:** 'William Amlong'
**Cc:** 'jdaley@theamlongfirm.com'; 'kamlong@theamlongfirm.com'; 'glenncaddy@gmail.com'; 'Scott'; 'Danny Shellhouse'
**Subject:** Docs via FEDEX RE: Document from Bercaw re PATTERSON, SCOTT vs. American Airlines

Bill – The documents is on it's way via federal express to Dr. Caddy's office.  Dr. Caddy says there is someone at his office to receive the federal express and that he will call me upon receipt so we can coordinate and get the package to be scanned.

Yasmin P. Harris

Telephone 954.462.1983

Email: YPHarris@TheAmlongFirm.Com

Website: http://www.theamlongfirm.com

500 Northeast Fourth Street, Fort Lauderdale, Fl 33301

Confidentiality Notice: This e-mail and/or any attachment to it contains, or may contain, privileged and confidential information intended only for the use of the individual(s) named in the e-mail. If you are not the intended recipient, or the person responsible for delivering it to the intended recipient, please permanently delete it from your computer system and promptly notify me.

**From:** William Amlong [mailto:wramlong@theamlongfirm.com]
**Sent:** Monday, July 09, 2018 12:25 PM
**To:** 'Yasmin Harris'
**Cc:** jdaley@theamlongfirm.com; kamlong@theamlongfirm.com; glenncaddy@gmail.com; 'Scott'; Danny Shellhouse
**Subject:** RE: Document from Bercaw re PATTERSON, SCOTT vs. American Airlines

Yasmin –

We need to respond by sending them the copy of the letter addressed to Glenn, which Glenn says that he never got, and labeling it as one that we obtained from Scott's union rep, Capt. Guy (Danny) Shellhouse, who had in his file the copy that Scott gave to him. I think you were copied on the e-mail by which Scott forwarded it to me. If not, I will find it and give it to you when I come in.

Bill

William R. Amlong, Esquire

6



500 Northeast Fourth Street, Fort Lauderdale, Fl 33301

Confidentiality Notice: This e-mail and/or any attachment to it contains, or may contain, privileged and confidential information intended only for the use of the individual(s) named in the e-mail. If you are not the intended recipient, or the person responsible for delivering it to the intended recipient, please permanently delete it from your computer system and promptly notify me.

**From:** Yasmin Harris [mailto:ypharris@theamlongfirm.com]
**Sent:** Monday, July 09, 2018 11:37 AM
**To:** glenncaddy@gmail.com
**Cc:** 'William Amlong'; jdaley@theamlongfirm.com; kamlong@theamlongfirm.com
**Subject:** Document from Bercaw re PATTERSON, SCOTT vs. American Airlines

Hi Dr. Caddy:

I just left you a VM requesting that you send us all the documents you received from Dr. Bercaw's office. There is an order we need to comply today.

Thank you.

Yasmin P. Harris

Telephone 954.462.1983

Email: YPHarris@TheAmlongFirm.Com