## Yasmin Harris

| | |
|---|---|
| **From:** | Scott <aa737drvr@aol.com> |
| **Sent:** | Monday, July 09, 2018 6:49 PM |
| **To:** | aa737drvr@aol.com; wramlong@theamlongfirm.com; noel.c.pace.esq@gmail.com; kamlong@theamlongfirm.com; ypharris@theamlongfirm.com |
| **Subject:** | Re: 2219-00000 PATTERSON, SCOTT vs. American Airlines (WRA/KCA): Your lying to me about Bercaw |
| **Attachments:** | Amlong May 16, 2016.pdf |

Bill

Wanted to close the loop on this after our call today.

1. On 4/23/2016, per the billing statement, 05/16/2016, Receive and review correspondence from Ed. Bercaw, Phd, re he will send records underlying data to WRA and Dr. Glenn Caddy. (See Attached)

2. The letter from Bercaw to Caddy was not addressed to me and not mailed to me. I did authorize Caddy to communicate with directly with Shellhouse my union rep and with Bercaw. He had the letter as he represented me in October 2016 with the company but Bercaw was not disclosed to the company per Dr. Caddy's advice. Danny personally handed me the letter from his files. Danny is working in Dallas now for the union and his files are in Homestead.

3. Dr. Caddy in his depo says the results were generally good, right off Bercaw's letter, so Glenn either wrote it down, remembered it or had the letter.

4. Colonel Pace has sent a few emails concerning American's latest and last response which is rather misleading to the court. Bercaw's letter was not included in the filing either because American didn't have it or they hid it. But the judge ordered us to produce it. Seeing that it wasn't provided in the file to you is concerning. However, we do have have a signed copy from Bercaw to Caddy which impeaches American's position. Absent the letter, American has painted me to be a cognitively deficient pilot who hid the results and is being insubordinate by not going back to Knippa. Bercaw states in the letter to Caddy, he only recommended I be retested which is what I did. Not only once, but with a neurologist, Dr. Kay and multiple FAA examiners who found me proficient and fit for duty. And like Knippa, no diagnosis of any condition which would preclude me from holding a medical.

5. I appreciate all of your hard work, American is a formidable adversary and they will use all means fair and unfair to trip us up. Perhaps hounding Bercaw is not a good idea as according to Glenn they might have hidden the letter.

regards

Scott



-----Original Message-----
From: aa737drvr <aa737drvr@aol.com>
To: William Amlong <wramlong@theamlongfirm.com>
Sent: Mon, Jul 9, 2018 2:17 pm
Subject: Re: Your lying to me about Bercaw

Bill

Little shocked at this email.  Perhaps you would care to share with me why you state this.  Caddy didn't have the document.  I surmise .you went to his office and looked.  I looked through his file

Sent from my Verizon, Samsung Galaxy smartphone
Bill Little shocked at this email.  Perhaps you would care to share with me why you state this.  Caddy didn't have the document.  I surmise .you went to his office and looked.  I looked through his file Sent from my Verizon, Samsung Galaxy smartphone
-------- Original message --------
From: William Amlong <wramlong@theamlongfirm.com>
Date: 7/9/18 14:00 (GMT-05:00)
To: 'Scott' <aa737drvr@aol.com>
Cc: kamlong@theamlongfirm.com, 'Yasmin Harris' <ypharris@theamlongfirm.com>
Subject: Your lying to me about Bercaw

Scott –

You lied to me about not having Bercaw's report or a copy of the letter from Bercaw to Glenn Caddy.  That caused me to say things to the Court that were not true, i.e., that we did not have them.

If you ever lie to me again, and I do not care about what, I will immediately move to withdraw, and will do so citing the Florida Bar Rule of Professional Conduct, 4-1.16(a), that states that I am doing so because to continue to represent you would "result in violation of the Rules of Professional Conduct or law…."

Bill

William R. Amlong, Esquire

500 Northeast Fourth Street, Fort Lauderdale, Fl 33301

Confidentiality Notice:  This e-mail and/or any attachment to it contains, or may contain, privileged and confidential information intended only for the use of the individual(s) named in the e-mail.  If you are not the intended recipient, or the person responsible for delivering it to the intended recipient, please permanently delete it from your computer system and promptly notify me.

-------- Original message --------From: William Amlong <wramlong@theamlongfirm.com> Date: 7/9/18 14:00 (GMT-05:00)
To: 'Scott' <aa737drvr@aol.com> Cc: kamlong@theamlongfirm.com, 'Yasmin Harris' <ypharris@theamlongfirm.com>
Subject: Your lying to me about Bercaw Scott – You lied to me about not having Bercaw's report or a copy of the letter from Bercaw to Glenn Caddy.  That caused me to say things to the Court that were not true, i.e., that we did not have them. If you ever lie to me again, and I do not care about what, I will immediately move to withdraw, and will do so citing

the Florida Bar Rule of Professional Conduct, 4-1.16(a), that states that I am doing so because to continue to represent you would "result in violation of the Rules of Professional Conduct or law...." Bill William R. Amlong, Esquire 500 Northeast Fourth Street, Fort Lauderdale, Fl 33301Confidentiality Notice:  This e-mail and/or any attachment to it contains, or may contain, privileged and confidential information intended only for the use of the individual(s) named in the e-mail.  If you are not the intended recipient, or the person responsible for delivering it to the intended recipient, please permanently delete it from your computer system and promptly notify me.

## AMLONG & AMLONG, P.A.
500 Northeast Fourth Street
Fort Lauderdale, FL 33301-1154
(954)462-1983 Telephone
(954)523-3192 Facsimile

May 16, 2016

Patterson, Scott

Billed through  05/16/2016
Invoice Number      21813

*when pass*

**PATTERSON, SCOTT vs. American Airline (WRA)(HOUR)(T/E)**
**002219   00000   HOUR**

| | | |
|---|---|---|
| Balance forward as of bill dated | 01/01/1900 | $0.00 |
| Payments received since last bill | | $0.00 |
| Net balance forward | | $0.00 |

**FOR PROFESSIONAL SERVICES RENDERED**

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 01/14/16 | WRA | Phone conference with client re: need for expedited USERRA complaint; FAA clearance | 0.30 hrs | 550 /hr | $165.00 |
| 03/29/16 | WRA | Conference with Scott, First Officer with American Airlines (referred by Cindy Beyer) re: USERRA and ADA discrimination | 0.70 hrs | 550 /hr | $385.00 |
| 04/12/16 | WRA | Phone conference with Glenn R. Caddy, Ph.D., re: American Airline Pilot's neuropsychologist's evaluation of client | 0.30 hrs | 550 /hr | $165.00 |
| 04/13/16 | WRA | Receive and review correspondence from Dr. Caddy re: e-mail he proposed to send to California neuropsychologist (Patterson) | 0.20 hrs | 550 /hr | $110.00 |
| 04/13/16 | WRA | Phone conference with Glenn R. Caddy re: Scott Patterson re: clinical interview | 0.50 hrs | 550 /hr | $275.00 |
| 04/22/16 | WRA | Receive and review correspondence from client, from his union lawyer to client and between the client and the AA psychologist | 0.50 hrs | 550 /hr | $275.00 |
| 04/22/16 | WRA | Phone conference with Glenn R. Caddy, Ph.D., re: obtaining records from California neuropsychologist | 0.30 hrs | 550 /hr | $165.00 |
| 04/23/16 | WRA | Receive and review correspondence from Ed Bercaw, Ph.D., re: he will send records, underlying data to WRA and Dr. Caddy | 0.10 hrs | 550 /hr | $55.00 |
| 04/27/16 | WRA | Receive and review correspondence from client re: neuropsychological evaluation; phone call with client | 0.40 hrs | 550 /hr | $220.00 |
| 05/01/16 | WRA | Phone conference with Glenn R. Caddy, Ph.D. and client re: Dr. Caddy's psychological report | 0.20 hrs | 550 /hr | $110.00 |
| 05/03/16 | WRA | Phone conference with client re: AA's neuropsycholog | 0.40 hrs | 550 /hr | $220.00 |
| 05/04/16 | WRA | Phone conference with Glenn R. Caddy, Ph.D. re: evaluation of client | 0.40 hrs | 550 /hr | $220.00 |
| 05/12/16 | WRA | Receive and review correspondence from | 0.60 hrs | 550 /hr | $330.00 |

| PATTERSON vs. American Airline | Invoice No. 21813 | | Page 2 |

client re: his correspondence, conversations with Union, Capt. Stillhouse and termination / demotions of his antagonists

Total fees for this matter         $2,695.00

**BILLING SUMMARY**

| Amlong, William R | 4.90 hrs | 550.00/hr | $2,695.00 |

| | TOTAL FEES | 4.90 hrs | $2,695.00 |
| | TOTAL DISBURSEMENTS | | $0.00 |
| | LESS PREPAID AMOUNT | | $2,695.00 CR |
| | TOTAL CHARGES FOR THIS BILL | | $0.00 |
| | NET BALANCE FORWARD | | $0.00 |
| | **PLEASE PAY THIS AMOUNT** | | **$0.00** |

PREPAID BALANCE $2,695.00
TRUST BALANCE $1,000.00

Please notify us within 10 days of any questions or dispute with this bill. Otherwise, we will assume you agree that these charges are fair and correct.

We now accept MasterCard, Visa, Discover and American Express as form of payment. To make a payment, please visit our website, www.TheAmlongFirm.com and click on the "Contact Us" in the lower right hand corner of the homepage. The "CLICK TO PAY" option will appear at the bottom of the resulting window.