**Yasmin Harris**

| | |
|---|---|
| From: | Yasmin Harris |
| Sent: | Thursday, July 12, 2018 11:43 AM |
| To: | 'Scott' (aa737drvr@aol.com) |
| Cc: | noel.c.pace.esq@gmail.com |
| Subject: | NOTICE OF SERVICE OF COURT DOCUMENT re PATTERSON, SCOTT vs. American Airlines |
| Attachments: | 180709 Plaintiff's notice of production of documents re Bercaw (Patterson v. AA).pdf |

Scott – Attached is the package we sent to OC re Bercaw.

Yasmin P. Harris
Telephone 954.462.1983
Email: YPHarris@TheAmlongFirm.Com
Website: http://www.theamlongfirm.com





PLAINTIFF'S EXHIBIT 26

500 Northeast Fourth Street, Fort Lauderdale, Fl 33301

Confidentiality Notice: This e-mail and/or any attachment to it contains, or may contain, privileged and confidential information intended only for the use of the individual(s) named in the e-mail. If you are not the intended recipient, or the person responsible for delivering it to the intended recipient, please permanently delete it from your computer system and promptly notify me.

---

**From:** Yasmin Harris [mailto:ypharris@theamlongfirm.com]
**Sent:** Monday, July 09, 2018 5:44 PM
**To:** 'mholt@shb.com'; 'tmorales@omm.com'; 'noel.c.pace.esq@gmail.com'; 'mrobertson@omm.com'
**Cc:** 'William Amlong'; 'kamlong@theamlongfirm.com'; 'jdaley@theamlongfirm.com'
**Subject:** NOTICE OF SERVICE OF COURT DOCUMENT re PATTERSON, SCOTT vs. American Airlines

| Court: | United States District court Southern District of Florida |
|---|---|
| Case Number: | 17-cv-60533-JEM |
| Plaintiff: | Rodney Scott Patterson |
| Defendants: | American Airlines |

| Sender's Name: | Yasmin Harris |
|---|---|
| Sender's Phone Number: | 954-462-1983 |
| Representing: | Plaintiff |
| Primary Email: | WRAmlong@TheAmlongFirm.com |
| Secondary Email(s): | YPHarris@TheAmlongFirm.com |
| Enclosed Please find the following court document(s), being served upon you pursuant to Rule 2.516 of the Florida Rules of Judicial Administration. | |
| Document Titles(s): | Plaintiffs Notice of Production of Documents |

**Yasmin P. Harris**
**Telephone 954.462.1983**
**Email: YPHarris@TheAmlongFirm.Com**
**Website: http://www.theamlongfirm.com**



500 Northeast Fourth Street, Fort Lauderdale, Fl 33301

Confidentiality Notice: This e-mail and/or any attachment to it contains, or may contain, privileged and confidential information intended only for the use of the individual(s) named in the e-mail. If you are not the intended recipient, or the person responsible for delivering it to the intended recipient, please permanently delete it from your computer system and promptly notify me.