**From:** William Amlong
**To:** "Scott"
**Cc:** "Karen Coolman Amlong"; "Yasmin Harris"
**Subject:** 2219-00000 PATTERSON, SCOTT vs. American Airlines (WRA/KCA):
**Date:** Saturday, September 08, 2018 7:14:00 PM

Scott –

So that I can explain to the Court as part of our response to the motion to strike Dr. Caddy's testimony, please give me a detailed breakdown of how you inserted the numbers after deleting the old numbers and the ECF stuff across the top. What program or app did you use to type in the numbers? Do you have the copies of the various generations along the way, with time stamps, showing what you did when? I am sure that the other side is going to be asking for all of these things when we reveal how we came to have a copy of the full report four days before we actually got it from Bercaw.

I need this stuff sooner rather than later, since I need t respond by Friday.

Also, I have a private investigator, Wayne Black, who works very closely with law enforcement and enjoys a fantastic reputation that I believe stretches into federal court.  He could interview Dr. Fonseca to get her version of how the testing took place and we could then call her as an impeachment witness if the Court permits Bercaw to testify.  Assuming she backs up your story in the interview, but changes her story at trial, we would then have Wayne to testify (and maybe even have a tape recording) of her telling him otherwise.  His rate is $200-an-hour, which I believe would be well worth it.  It would also insulate us from being accused of witness tampering.

OK to hire Wayne?  He says he will need a HIPPA release to get her to talk.

Thanks,

**PLAINTIFF'S EXHIBIT 29**

Bill

William R. Amlong, Esquire



500 Northeast Fourth Street, Fort Lauderdale, Fl 33301

Confidentiality Notice: This e-mail and/or any attachment to it contains, or may contain, privileged and confidential information intended only for the use of the individual(s) named in the e-mail. If you are not the intended recipient, or the person responsible for delivering it to the intended recipient, please permanently delete it from your computer system and promptly notify me.