

PLAINTIFF'S EXHIBIT 31

| | |
|---|---|
| From: | William Amlong |
| To: | "Scott" |
| Cc: | "kamlong@theamlongfirm.com"; "Yasmin Harris"; noel.c.pace.esq@gmail.com |
| Subject: | FW: 2219-00000 PATTERSON, SCOTT vs. American Airlines (WRA/KCA): |
| Date: | Tuesday, September 18, 2018 10:15:00 PM |
| Attachments: | 160426 Patterson-Caddy e-mail.pdf |

Scott –

In researching the factual basis for our response to the Daubert motion aimed at Glenn Caddy, I came across the attached e-mail from you to Glenn the day after Bercaw's office had attempted unsuccessfully to fax the report to Dr. Caddy. This is a document that **must** be disclosed to the other side.

The highlighted portion of it states:

> **Dr. Bercaw's report which is lacking and very weak needs to be re-done**, but he is HIMS certified. I didn't compensate him
>     for a report and work to be done by a resident. Although we might succeed in Federal Court with the nature of your report
>     which is the goal.

If you (as you have testified) never had a copy of the report, and if you had not seen the May 6 letter (written 10 days **after** you sent this e-mail), how could you **possibly** know that Dr. Bercaw's **report** was "lacking and very weak" and "needs to be re-done" unless you had received a copy?

If you never had a copy of the report, how could you have mailed to Yasmin (and why did you send it to her, and not to me?) the package of the May 6 letter and the April report that Yasmin and Jennifer attached to the notice of production? I today amended that notice to say that was a mistake, and to attach the May 6, 2016 letter that you neat-scanned, according to its metadata, July 3, after getting it from Danny Shellhouse. I did this because it was simply untrue to state

that we had received those materials from Danny. Best case scenario is that Jennifer and Yasmin unknowingly submitted during discovery (over my signature) a document that you concocted and presented to them, who then presented it to American, as if it were something else. Since I assumed that all they had filed as the Danny Shellhouse documents were the two-page letter that you had forwarded to me July 3, I did not review the filing until I started researching the Caddy *Daubert* motion. When I saw the Bercaw report as being produced by us, since I had not seen it as an attachment to your earlier (July 3) e-mail, and since we did not get Bercaw's files until July 9, I started to wonder where it had come from.

You never responded to my September 8 e-mail, which I have pasted below, as to how you could white-out redactions and the district court's ECF filing stamps on the letter, and reinsert your personal FAA identification numbers. Karen and I both electronically whited-out the redacted portions of the report that Mike Holt filed as an attachment to his summary judgment reply, and using 12 point Times New Roman (just as you said you had done) inserted the missing FAA personal identification numbers, but the appearance was drastically different. The report that you e-mailed to Yasmin, however, looks just like the one that we got September 9 from Comprehensive MedPsych Systems. The most obvious answer to this puzzle is that the reason the one that you scanned and sent to Yasmin looked like the real deal is because it was the real deal, which you have had all along—going back to April 26, 2016 when you were criticizing the report as "very weak."

I then went back to my e-mails from the very early days of representing you and discovered your April 26, 2016 e-mail to Dr. Caddy. Since Isha had turned over one of the April 2016 e-mails (as I now realize that she should have, rather than it being "inadvertent," as I later argued, thinking that Bercaw was merely a non-testifying expert), I am unsure why she did not turn over all of them. Although having been troubled for some time by my inability to get a copy of Bercaw's report

from either Glenn or you, and having given you the benefit of the doubt, I now, **First**, am satisfied that Glenn did not withhold it from me, since it I pretty clear that he never actually read it; **Second**, am no longer willing to afford you such a charitable interpretation of what I have recently found.

Scott, you do not seem to realize that you are playing with fire here.  The logical questions for American's lawyers to be asking now is, if Patterson's lawyers are saying that the documents attached to the September production were not obtained from Danny Shellhouse, where did they get the copy of the report that they have just so convincingly argued that Dr. Caddy never received?  All we could say is, Scott Patterson gave them to us.  And then they are going to ask, But how could he have the report if he testified under oath that he had never seen it?  And you are going to have no credible answer to that question.  If they ask you that on the witness stand at trial, that would be devastating before any jury—assuming that American does not bring to the Court's attention that there is some pretty obvious monkey business going on here, and get the Court to strike your pleading and order you to pay all of American's fees for having committed a fraud upon the court.  If Karen or I were on the other side, either at a sanctions motion or at trial, either of us would rip you to shreds on that point.

At this point, the evidence that I have uncovered in researching the facts to respond to the Daubert motion about Glenn has convinced me that you received Dr. Bercaw's report in April 2016, but in your desire to manage the litigation, decided not to share it with me, concealed it from Dr. Kay (on your own initiative, and not, as you had told me, at Glenn's instruction), lied about it at your deposition and are continuing to be untruthful to the Court, to American's lawyers and, most stupidly of all, to your own lawyers.  While I understand that you are anxious that American is going to attempt to use this information to go after your First Class Medical Certificate, as I realize that it has done in the past

with pilots whom it disfavored, this has got to stop—now.

***Karen and I**, and I assume Noel as well, **no longer can continue to represent you unless you come clean on this and admit that you lied in your deposition and have concealed from the beginning of this litigation that you visited Dr. Bercaw and (notwithstanding that the examination may have been conducted improperly) got a less-than-favorable report**.* In the face of what I have discovered during the response to the Daubert motion, for us to continue representing you could (and likely would) be considered our engaging in "willful ignorance" that you have been untruthful.

I would suggest that your salvation would be for you to admit to the Court that you have lied, but that it was—based on what you told Karen and me at your deposition, and on the experience of another pilot whose medical records American's corporate medical director sent to the FAA's chief medical officer in an attempt to get his First Class Medical certificate revoked—motivated by a fear that American would use the information from Dr. Bercaw's examination (which is not all that bad) to get your pilot's license taken away. That has always been my understanding of the reason for your anxiety about American's getting its hands on Bercaw's report.

As you may have seen on television this week, Brett Kavanaugh is being crucified for something he did when he was a drunken teenager: since a significant amount of the American population has done something similarly stupid under similar impairment at some point in his or her life, he would probably have escaped a lot of wrath by simply saying, "I am very sorry. I was a drunken teenager. I did something wrong. I have never behaved like that again." While I cannot guarantee any particular reaction from the Court to your admission that you lied during your deposition, and that you had concealed the Bercaw report from not only American, but also your own lawyer, I can easily predict Judge Martinez's

reaction if American brings out those facts before you do: he will go ballistic. Also, if you admit this, Karen and I will stay with you and argue that while lying during a federal judicial proceeding is not good, what you lied about is immaterial to whether American has violated USERRA, whether you should have been grounded in the first place and whether you should be restored to the flight line as a captain. And we would seek a new and complete evaluation by Gary Kay.

On the other hand, considering the strong beliefs that Karen and I have developed over the past three weeks (ever since I got into responding to the Daubert motion and shared my findings with her) that you were not telling the truth when you said you had never received Dr. Bercaw's report, if you do not recant your insistence that you did not get a copy of the report, we are going to have no choice other than to withdraw from this case as your counsel and, pursuant to the Florida Bar's Rules of Professional Conduct, inform the Court that we do not believe that you have been truthful on this issue.

By 5 p.m. tomorrow, Karen and I (at least, since I cannot speak for Noel) are going to do one of two things:

**One**, start working on a full disclosure that sets the record straight and provides the Court with an explanation of why you acted as you did to try to salvage this lawsuit, or

**Two**, unilaterally disclose to American and to the Court that you did not testify truthfully at your deposition and that you have possessed the Bercaw report ever since it was originally issued, and move to withdraw on the ground that we can no longer represent you.

Your choice.

Regards,

Bill

William R. Amlong, Esquire



500 Northeast Fourth Street, Fort Lauderdale, Fl 33301
Confidentiality Notice: This e-mail and/or any attachment to it contains, or may contain, privileged and confidential information intended only for the use of the individual(s) named in the e-mail. If you are not the intended recipient, or the person responsible for delivering it to the intended recipient, please permanently delete it from your computer system and promptly notify me.

**From:** William Amlong [mailto:wramlong@theamlongfirm.com]
**Sent:** Saturday, September 08, 2018 7:15 PM
**To:** 'Scott'
**Cc:** 'Karen Coolman Amlong'; 'Yasmin Harris'
**Subject:** 2219-00000 PATTERSON, SCOTT vs. American Airlines (WRA/KCA):

Scott –

So that I can explain to the Court as part of our response to the motion to strike Dr. Caddy's testimony, please give me a detailed breakdown of how you inserted the numbers after deleting the old numbers and the ECF stuff across the top. What program or app did you use to type in the numbers? Do you have the copies of the various generations along the way, with time stamps, showing what you did when? I am sure that the other side is going to be asking for all of these things when we reveal how we came to have a copy of the full report four days before we actually got it from Bercaw.

I need this stuff sooner rather than later, since I need t respond by Friday.

Also, I have a private investigator, Wayne Black, who works very closely with law enforcement and enjoys a fantastic reputation that I believe stretches into federal court. He could interview Dr. Fonseca to get her version of how the testing took place and we could then call her as an impeachment witness if the Court permits Bercaw to testify. Assuming she backs up your story in the interview, but changes her story at trial, we would then have Wayne to testify (and maybe even have a tape recording) of her telling him otherwise. His rate is $200-an-hour, which I believe would be well worth it. It would also insulate us from being accused of witness tampering.

OK to hire Wayne? He says he will need a HIPPA release to get her to talk.

Thanks,

Bill

William R. Amlong, Esquire



500 Northeast Fourth Street, Fort Lauderdale, Fl 33301
Confidentiality Notice: This e-mail and/or any attachment to it contains, or may contain, privileged and

confidential information intended only for the use of the individual(s) named in the e-mail. If you are not the intended recipient, or the person responsible for delivering it to the intended recipient, please permanently delete it from your computer system and promptly notify me.

-----Original Message-----
From: Scott <aa737drvr@aol.com>
To: glenncaddy <glenncaddy@gmail.com>
Sent: Tue, Apr 26, 2016 10:52 pm
Subject: Re: Invoice

I just popped open the invoice, after reviewing the invoice I wasn't aware we were going to be running into this much expense.

I have asked a couple times when the report was going to be complete and a couple more days was the answer. I feel I have provided adequate information to complete an evaluation even putting it into copy so you could copy and paste.

I am genuinely concerned that American Airlines is going balk at your lack of HIMS certification. The FAA will also not accept your report without HIMS certification. Trisha Kennedy asked this specific question the other day on the phone before we disconnected.

Dr. Bercaw's report which is lacking and very weak needs to be re-done, but he is HIMS certified. I didn't compensate him for a report and work to be done by a resident. Although we might succeed in Federal Court with the nature of your report which is the goal.

I still haven't even gotten you to testify in court and I may not be reimbursed by American for this expense either.

I need to carefully evaluate the planned course of action here. Can you provide me a timeframe of what you need to complete this report. I am limited by how much I can spend. I am going to have to to secure funds from my my mortgage if this goes on much further.

v/r

**PLAINTIFF'S EXHIBIT**

1

Patterson00666