| OUR REP. NO. | YOUR INV. NO. | INVOICE DATE | INVOICE AMOUNT | AMOUNT PAID | DISCOUNT TAKEN |
|---|---|---|---|---|---|
| CG | | Capsicum Group, LLC | | | |
| | Invoice # | | | | |
| 48116 | 181005 | 10/30/18 | $2,000.00 | $2,000.00 | $0.00 |
| APPLY TO PPD FOR COSTS | | | | | |
| | | Check Total | $2,000.00 | 10/30/2018 | |

VENDOR CHECK NO. 72644

---



**THE AMLONG FIRM**
**OPERATING ACCOUNT**
500 NE 4TH STREET, SECOND FLOOR
FORT LAUDERDALE, FL 33301
(954) 462-1983

BANK UNITED   63-9059/2670   **72644**

CHECK NO.   CHECK DATE   VENDOR NO.
72644   10/30/2018   CG

PAY   CHECK AMOUNT

Two thousand and NO/100 Dollars   $2,000.00



TO THE ORDER OF
Capsicum Group, LLC
100 SE 3RD AVE, STE 1102
FORT LAUDERDALE, FL  33394

AUTHORIZED SIGNATURE

⑈072644⑈ ⑆267090594⑆ 9853075506⑈

---

THE AMLONG FIRM    OPERATING ACCOUNT    72644

| | | | | | |
|---|---|---|---|---|---|
| CG | | Capsicum Group, LLC | | | 72644 |
| | Invoice # | | | | |
| 48116 | 181005 | 10/30/18 | $2,000.00 | $2,000.00 | $0.00 |
| APPLY TO PPD FOR COSTS | | | | | |
| | | Check Total | $2,000.00 | 10/30/2018 | |

C

**PLAINTIFF'S EXHIBIT**
33

WL85112M1   OTS LEGAL 954-846-9300   PRINTED IN U.S.A.



**CAPSICUM GROUP**

100 SE 3rd. Avenue
Suite 1102
Fort Lauderdale, FL 33394

954.530.2064
215.222.3101

www.capsicumgroup.com

2719

October 5, 2018

VIA EMAIL

Yasmin P. Harris
The Amlong Firm
500 Northeast Fourth Street
Ft. Lauderdale, FL 33301

Re: Engagement Letter for Data Collection & Digital Forensics Services – Email

Dear Mr. Harris:

Thank you for the opportunity to provide data collection and digital forensics services. Capsicum Group, LLC ("Capsicum") is a technology and consulting company providing such services to the legal community and its clients. Capsicum focuses its practice on various disciplines including: digital forensics, data recovery, electronic discovery, regulatory compliance, privacy and security.

Scope and Approach

Within the context of a disputed e-mail, we have been asked to forensically preserve a 1 terabyte hard drive, create an index of its contents and investigate if a certain e-mail was or was not on the hard drive. Capsicum will:

- Take custody of and forensically image one 1 hard drive with 1 terabyte capacity;
- Document and take photographs of the original device, to include the serial numbers and any other descriptive information about the device;
- Verify that the capture of the data is complete and accurate through the generation of an MD5 hash value;
- Place in safekeeping with proper chain-of-custody records the target media;
- Index files in a fashion that will allow Capsicum to investigate if a certain e-mail was sent / delivered;
- Report on our findings; and
- Provide ongoing project management and client support.

### Reports and Ad-Hoc Services

Capsicum can provide custom reporting, hosting, affidavits and expert testimony if requested, for additional fees. We understand that you may instruct us to expand the scope of services by requesting additional work assignments not included in this letter.

### Project Fees

Our services will be billed and payable based on our customary hourly rates. Forensically imaging a hard drive at the Capsicum Florida lab shall be billed at $250 per hour, plus the cost of the target media. Our rate for digital forensics analysis and reporting is $275 per hour. Expert testimony is invoiced at $3500 per day. Affidavits, declarations, and/or expert reports are invoiced, at minimum, at $3500 per assignment. Travel beyond thirty (30) minutes of our closest office is billed at half of our hourly rate. We are prepared to begin this assignment upon receipt of a $2,000.00 retainer, which will be applied to your final invoice.

### Terms

All deliverables will be provided as soon as they are available. Capsicum is prepared to utilize leading digital forensic technologies for this assignment but cannot guarantee the quantity or quality of the information investigated. The signatory to this Engagement has legal authority to assign this work and will guide Capsicum by providing task assignments and timely review of deliverables.

Capsicum shall maintain and treat the materials it receives in connection with this engagement, as well as its work and its communications with your firm as privileged and confidential. In the event Capsicum receives any request or order from a court or government body, Capsicum will immediately provide you with written notice, as permitted by law, so that you may assert any applicable privileges or objections.

You agree not to disclose confidential information about Capsicum, or our concepts or techniques, unless required to do so by law. Further, any advice that Capsicum provides to you relating to Capsicum's services is offered solely for your benefit and may not be disclosed in any way. Any deliverables issued in the course of our work (including but not limited to pricing, services, reports, advice or other information) cannot be passed on to third parties unless prior approval has been given in writing by Capsicum.

Copyright © 2018 Capsicum Group, LLC

Capsicum appreciates the opportunity to work with you. Please review and sign this document and email back to my attention at sgoldstein@capsicumgroup.com.

Very truly yours,

Sandy Goldstein
Capsicum Group, LLC

cc: Jake Stone, Capsicum Group, LLC

*************************************************************************

ACKNOWLEDGED THAT THE AMLONG FIRM HAS AGREED TO RETAIN CAPSICUM GROUP LLC AND BE RESPONSIBLE FOR ALL FEES NOTED HEREIN.

By: _____

Name: _____

Title: _____

Date: _____

Copyright © 2018 Capsicum Group, LLC

 **CAPSICUM GROUP**

Digital Forensics & Investigations
Paper & Electronic Discovery
Data & Tape Recovery
Technology Security & Compliance

# Invoice

| Date | Invoice # |
|---|---|
| 11/30/2018 | 18386 |

**Bill To**

The Amlong Firm
William Amlong
500 Northeast Fourth Street
Fort Lauderdale, FL 33301

| P.O. No. | Terms |
|---|---|
| 2018-000128 | |

| Item | Date of Service | Description | Qty / Hrs | Rate | Amount |
|---|---|---|---|---|---|
| | | ***Patterson*** | | | |
| Forensic Imaging | 11/1/2018 | Imaged one laptop. JS | 2 | 275.00 | 550.00 |
| Forensic Investigation | 11/6/2018 | Searched Mr. Patterson computer for evidence of an email of interest. JS | 2 | 275.00 | 550.00 |
| Forensic Investigation | 11/7/2018 | Searched Mr. Patterson computer for evidence of an email of interest. JS | 1 | 275.00 | 275.00 |
| Hard drive | 11/2/2018 | Hard drive - 1 TB | 1 | 150.00 | 150.00 |
| Retainer | 12/11/2018 | Retainer applied - (Orig retainer $2,000) | | -1,525.00 | -1,525.00 |

EIN 56-2359924

**Total** $0.00

Please make checks payable to:
Capsicum Group, LLC
Two Liberty Place
50 S. 16th Street, Suite 2525
Philadelphia, PA 19102
215-222-3101

An 18% per annum late fees will be added to any and every month's bill that is not received within 30 days of the invoice date.

## Yasmin Harris

**From:** Jake Stone <jstone@capsicumgroup.com>
**Sent:** Monday, August 19, 2019 11:09 AM
**To:** Yasmin Harris
**Cc:** kamlong@theamlongfirm.com; 'William Amlong'
**Subject:** RE: PATTERSON, SCOTT vs. American Airlines (WRA/KCA):

Hi Yasmin,

I am not sure if you need a forensic report or Declaration/Affidavit. Forensic report is a very detailed document describing everything I have done for a particular case. Here are the options:

1. Declaration or Affidavit – 2 to 4 hours @275 per hour
2. Forensic report – 4 to 8 hours @275 per hour
3. Court testimony is a set amount - $3,500 per day

Thank you,
Jake Stone | Capsicum Group, LLC | Florida
Phone: 954.530.2064 | Direct: 954.526.1304
Email: jstone@capsicumgroup.com
www.capsicumgroup.com
Forensics | Investigations | Discovery | IT Security

**From:** Yasmin Harris <ypharris@theamlongfirm.com>
**Sent:** Monday, August 19, 2019 9:50 AM
**To:** Jake Stone <jstone@capsicumgroup.com>
**Cc:** kamlong@theamlongfirm.com; 'William Amlong' <wramlong@theamlongfirm.com>
**Subject:** PATTERSON, SCOTT vs. American Airlines (WRA/KCA):

Hi Jake:

Can you please let us know the costs to formulate the report re the above case. Please see email thread below. Also, let us know costs to testify in court on Monday, August 26 @ 10:00 a.m. to say you found nothing without the report.

Kindly advise ASAP.

Thanks.

**Yasmin P. Harris**
**Telephone 954.462.1983**
**Email: YPHarris@TheAmlongFirm.Com**
**Website: http://www.theamlongfirm.com**

500 Northeast Fourth Street, Fort Lauderdale, Fl 33301

1

Confidentiality Notice: This e-mail and/or any attachment to it contains, or may contain, privileged and confidential information intended only for the use of the individual(s) named in the e-mail. If you are not the intended recipient, or the person responsible for delivering it to the intended recipient, please permanently delete it from your computer system and promptly notify me.

---

**From:** Jake Stone [mailto:jstone@capsicumgroup.com]
**Sent:** Thursday, November 08, 2018 12:52 PM
**To:** Yasmin Harris
**Cc:** kamlong@theamlongfirm.com; 'William Amlong'
**Subject:** RE: 2219-00000 PATTERSON, SCOTT vs. American Airlines (WRA/KCA): Copy of Email attached in Question re Patterson v. American Airlines

Hi Yasmin,

The second search did not yield any hits as well. Please let me know if you have any additional requests or questions.

Thank you,
Jake Stone | Capsicum Group, LLC | Florida
Phone: 954.530.2064 | Direct: 954.526.1304
Email: jstone@capsicumgroup.com
www.capsicumgroup.com
Forensics | Investigations | Discovery | IT Security

*Confidentiality Notice:*
*The information contained in this message is private and confidential information which may also be subject to the attorney-client privilege and work product doctrine. This information is intended only for the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any use, dissemination, distribution or copy of this message is strictly prohibited. If you have received this message in error, please notify the sender by return e-mail and destroy all copies of the message.*

**From:** Jake Stone
**Sent:** Wednesday, November 7, 2018 10:15 AM
**To:** Yasmin Harris <ypharris@theamlongfirm.com>
**Cc:** kamlong@theamlongfirm.com; 'William Amlong' <wramlong@theamlongfirm.com>
**Subject:** RE: Copy of Email attached in Question re Patterson v. American Airlines

Good morning Yasmin,

I searched for the email of interest and did not get any hits on Mr. Patterson computer. I am currently running another search using a different search procedure and will update you on my findings tomorrow.

Thank you,
Jake Stone | Capsicum Group, LLC | Florida
Phone: 954.530.2064 | Direct: 954.526.1304
Email: jstone@capsicumgroup.com
www.capsicumgroup.com
Forensics | Investigations | Discovery | IT Security

*Confidentiality Notice:*
*The information contained in this message is private and confidential information which may also be subject to the attorney-client privilege and work product doctrine. This information is intended only for the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any use, dissemination, distribution or copy of this*

2

*message is strictly prohibited. If you have received this message in error, please notify the sender by return e-mail and destroy all copies of the message.*

**From:** Yasmin Harris <ypharris@theamlongfirm.com>
**Sent:** Thursday, November 1, 2018 12:32 PM
**To:** Jake Stone <jstone@capsicumgroup.com>; Lesley Dancel <ldancel@capsicumgroup.com>
**Cc:** kamlong@theamlongfirm.com; 'William Amlong' <wramlong@theamlongfirm.com>; noel.c.pace.esq@gmail.com
**Subject:** RE: Copy of Email attached in Question re Patterson v. American Airlines

# Here's the email in question.

**Yasmin P. Harris**
**Telephone 954.462.1983**
**Email: YPHarris@TheAmlongFirm.Com**
**Website: http://www.theamlongfirm.com**



500 Northeast Fourth Street, Fort Lauderdale, Fl 33301

Confidentiality Notice: This e-mail and/or any attachment to it contains, or may contain, privileged and confidential information intended only for the use of the individual(s) named in the e-mail. If you are not the intended recipient, or the person responsible for delivering it to the intended recipient, please permanently delete it from your computer system and promptly notify me.

---

**From:** Jake Stone [mailto:jstone@capsicumgroup.com]
**Sent:** Thursday, November 01, 2018 12:17 PM
**To:** Yasmin Harris; Lesley Dancel
**Cc:** kamlong@theamlongfirm.com; 'William Amlong'; noel.c.pace.esq@gmail.com
**Subject:** RE: Email in Question re Patterson v. American Airlines

Hi Yasmin,

Do you have a copy of the actual email? The text of the email is used for searching purposes.

Thank you,
Jake Stone | Capsicum Group, LLC | Florida
Phone: 954.530.2064 | Direct: 954.526.1304
Email: jstone@capsicumgroup.com

3

www.capsicumgroup.com
Forensics | Investigations | Discovery | IT Security

**Confidentiality Notice:**
*The information contained in this message is private and confidential information which may also be subject to the attorney-client privilege and work product doctrine. This information is intended only for the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any use, dissemination, distribution or copy of this message is strictly prohibited. If you have received this message in error, please notify the sender by return e-mail and destroy all copies of the message.*

**From:** Yasmin Harris <ypharris@theamlongfirm.com>
**Sent:** Thursday, November 1, 2018 12:13 PM
**To:** Lesley Dancel <ldancel@capsicumgroup.com>
**Cc:** Jake Stone <jstone@capsicumgroup.com>; kamlong@theamlongfirm.com; 'William Amlong' <wramlong@theamlongfirm.com>; noel.c.pace.esq@gmail.com
**Subject:** Email in Question re Patterson v. American Airlines

Lesley –

The email that needs to be searched in Mr. Patterson's computer is an email from Dr. Bercaw dated April 22, 2016 with an attachment.

If you have any other questions, please contact us.

Thanks.

**Yasmin P. Harris**
**Telephone 954.462.1983**
**Email: YPHarris@TheAmlongFirm.Com**
**Website: http://www.theamlongfirm.com**



500 Northeast Fourth Street, Fort Lauderdale, Fl 33301

Confidentiality Notice: This e-mail and/or any attachment to it contains, or may contain, privileged and confidential information intended only for the use of the individual(s) named in the e-mail. If you are not the intended recipient, or the

person responsible for delivering it to the intended recipient, please permanently delete it from your computer system and promptly notify me.

**From:** Lesley Dancel [mailto:ldancel@capsicumgroup.com]
**Sent:** Tuesday, October 30, 2018 4:06 PM
**To:** Yasmin Harris
**Cc:** Jake Stone
**Subject:** RE: Project re Patterson v. American Airlines

Thank you. I have also spoken to Jake who thought he would possibly be available Thursday if you would like to wait and come in then. Please let us know which day works best for you and what time you will arrive.

Thanks again.

Lesley Dancel | Capsicum Group, LLC | Florida
Phone: 954.530.2064 | Direct: 954.526.1240
Email: ldancel@capsicumgroup.com
www.capsicumgroup.com
Forensics | Investigations | Discovery | IT Security

**From:** Yasmin Harris <ypharris@theamlongfirm.com>
**Sent:** Tuesday, October 30, 2018 2:38 PM
**To:** Lesley Dancel <ldancel@capsicumgroup.com>
**Cc:** Jake Stone <jstone@capsicumgroup.com>
**Subject:** Project re Patterson v. American Airlines

Leslie:

I had your email address incorrect below.

**Yasmin P. Harris**
**Telephone 954.462.1983**
**Email: YPHarris@TheAmlongFirm.Com**
**Website: http://www.theamlongfirm.com**



500 Northeast Fourth Street, Fort Lauderdale, Fl 33301

5

Confidentiality Notice: This e-mail and/or any attachment to it contains, or may contain, privileged and confidential information intended only for the use of the individual(s) named in the e-mail. If you are not the intended recipient, or the person responsible for delivering it to the intended recipient, please permanently delete it from your computer system and promptly notify me.

**From:** Yasmin Harris [mailto:ypharris@theamlongfirm.com]
**Sent:** Tuesday, October 30, 2018 2:37 PM
**To:** 'Jake Stone'; 'ldance1@capsicumgroup.com'
**Cc:** 'William Amlong'; 'kamlong@theamlongfirm.com'; 'jdaley@theamlongfirm.com'
**Subject:** Project re Patterson v. American Airlines

Hi Jake & Leslie:

Pursuant to my conversation with Leslie, I will deliver the signed engagement letter, check and computer to your office tomorrow to start on the project.

Thank you.

**Yasmin P. Harris**
**Telephone 954.462.1983**
**Email: YPHarris@TheAmlongFirm.Com**
**Website: http://www.theamlongfirm.com**



500 Northeast Fourth Street, Fort Lauderdale, Fl 33301

Confidentiality Notice: This e-mail and/or any attachment to it contains, or may contain, privileged and confidential information intended only for the use of the individual(s) named in the e-mail. If you are not the intended recipient, or the person responsible for delivering it to the intended recipient, please permanently delete it from your computer system and promptly notify me.

**From:** Jake Stone [mailto:jstone@capsicumgroup.com]
**Sent:** Monday, October 08, 2018 9:38 AM
**To:** Yasmin Harris
**Cc:** 'William Amlong'; kamlong@theamlongfirm.com

**Subject:** RE: 2219-00000 PATTERSON, SCOTT vs. American Airlines (WRA/KCA): Project re Patterson v. American Airlines

Good morning Yasmin,

Please find the Letter of Engagement attached. Please do not hesitate to contact us with any questions.

Thank you for contacting Capsicum Group, LLC for your digital forensic needs. We truly appreciate it.

Thank you,
Jake Stone | Capsicum Group, LLC | Florida
Phone: 954.530.2064 | Direct: 954.526.1304
Email: jstone@capsicumgroup.com
www.capsicumgroup.com
Forensics | Investigations | Discovery | IT Security

*Confidentiality Notice:*
*The information contained in this message is private and confidential information which may also be subject to the attorney-client privilege and work product doctrine. This information is intended only for the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any use, dissemination, distribution or copy of this message is strictly prohibited. If you have received this message in error, please notify the sender by return e-mail and destroy all copies of the message.*

**From:** Yasmin Harris <ypharris@theamlongfirm.com>
**Sent:** Thursday, October 4, 2018 12:21 PM
**To:** Jake Stone <jstone@capsicumgroup.com>
**Cc:** 'William Amlong' <wramlong@theamlongfirm.com>; kamlong@theamlongfirm.com
**Subject:** RE: Project re Patterson v. American Airlines

Hi Jake:

The client says he thinks the computer has 1TB - ACER A315-31.

Please send us the quote.

Yasmin P. Harris
Telephone 954.462.1983
Email: YPHarris@TheAmlongFirm.Com
Website: http://www.theamlongfirm.com

7



500 Northeast Fourth Street, Fort Lauderdale, Fl 33301

Confidentiality Notice: This e-mail and/or any attachment to it contains, or may contain, privileged and confidential information intended only for the use of the individual(s) named in the e-mail. If you are not the intended recipient, or the person responsible for delivering it to the intended recipient, please permanently delete it from your computer system and promptly notify me.

**From:** Jake Stone [mailto:jstone@capsicumgroup.com]
**Sent:** Wednesday, October 03, 2018 10:16 AM
**To:** Yasmin Harris
**Subject:** RE: Project re Patterson v. American Airlines

Hi Yasmin,

Just left you a voicemail. Please give me a call when you have a chance. 954.526.1304

Thank you,
Jake Stone | Capsicum Group, LLC | Florida
Phone: 954.530.2064 | Direct: 954.526.1304
Email: jstone@capsicumgroup.com
www.capsicumgroup.com
Forensics | Investigations | Discovery | IT Security

**Confidentiality Notice:**
*The information contained in this message is private and confidential information which may also be subject to the attorney-client privilege and work product doctrine. This information is intended only for the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any use, dissemination, distribution or copy of this message is strictly prohibited. If you have received this message in error, please notify the sender by return e-mail and destroy all copies of the message.*

**From:** Yasmin Harris <ypharris@theamlongfirm.com>
**Sent:** Tuesday, October 2, 2018 5:45 PM
**To:** Hillary Hames <hhames@capsicumgroup.com>; Jake Stone <jstone@capsicumgroup.com>
**Subject:** Project re Patterson v. American Airlines

Bill Amlong would like to get a quote to determine what emails that one of his clients did/did not receive from a certain individual on April 22, 2016.

8

Can you call or email with your requirements and costs.

Thank you.
**Yasmin P. Harris**
**Telephone 954.462.1983**
**Email: YPHarris@TheAmlongFirm.Com**
**Website: http://www.theamlongfirm.com**



500 Northeast Fourth Street, Fort Lauderdale, Fl 33301

Confidentiality Notice: This e-mail and/or any attachment to it contains, or may contain, privileged and confidential information intended only for the use of the individual(s) named in the e-mail. If you are not the intended recipient, or the person responsible for delivering it to the intended recipient, please permanently delete it from your computer system and promptly notify me.

9