UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Fort Lauderdale Division

Case Number: 17-cv-60533-MARTINEZ/OTAZO-REYES

RODNEY SCOTT PATTERSON,

    Plaintiff,

vs.

AMERICAN AIRLINES, INC.,

    Defendant.
_____/

**PLAINTIFF'S EXHIBIT 34**

**Plaintiff's Withdrawal Notice re: Report of Neuropsychological Assessment 06/29/2106 (sic) Dr. Gary G. Kay, Ph.D. as Positive Summary Judgment Evidence of Plaintiff's Fitness for Duty**

Plaintiff, Rodney Scott Patterson, notifies this Court that—because of irregularities in the testing procedure that were no fault of Dr. Kay—plaintiff is not relying in defense against defendant, American Airlines, Inc.'s Motion for Summary Judgment, DE 59, or in support of Plaintiff's Corrected Motion for Partial Summary Judgment, DE 68, on the Report of Neuropsychological Assessment 06/29/2106 (sic) Dr. Gary G. Kay, Ph.D., as positive evidence that the plaintiff was fit for duty June 29, 2016.

The report was appended, at Tab Four, to Attachment 19 of the plaintiff's Index to Attachments to Plaintiff's Local Rule 56.1(a) Statement of Material Facts in Support of Motion for Summary Judgment, DE 61-1, i.e., an

August 22 letter from plaintiff to Captain Mark Cronin. The letter is at DE 61-20. The report is at DE 61-20, pp. 11-17.

Respectfully Submitted,

/s/ William R. Amlong
WILLIAM R. AMLONG
Florida Bar No.: 470228
WRAmlong@TheAmlongFirm.com
KAREN COOLMAN AMLONG
Florida Bar No.: 275565
KAmlong@TheAmlongFirm.com

NOEL C. PACE
noel.c.pace.esq@gmail.com
*Admitted Pro Hac Vice*
206 NW 91st Street
El Portal, FL
(305) 710-3713

AMLONG & AMLONG, P.A.
500 Northeast Fourth Street
Second Floor
Fort Lauderdale, Florida 33301
Telephone: (954) 462-1983
Facsimile: (954) 463-5008

**Attorneys for Plaintiff,**
  **Rodney Scott Patterson**

### Certificate of Service

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been filed using the Southern District of Florida's ECF system and thereby has been distributed to all counsel of record.

/s/ William R. Amlong
WILLIAM R. AMLONG