UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case Number 17-cv-60533-JEM

RODNEY SCOTT PATTERSON,

    Plaintiff,

vs.

AMERICAN AIRLINES, INC., a
Delaware Corporation,

    Defendant.
_____/

## Plaintiff's Amended Notice of Production of Documents

Plaintiff, Rodney Scott Patterson, hereby gives notice of producing the following documents to defendant, American Airlines, Inc., via electronic delivery (subject to the confidentiality order entered in this case):

- Records from Comprehensive MedPsych Systems, Inc. / Edwin L. Bercaw, Ph.D., Bates numbered PATTERSON-BERCAW_00001 - 152 (produced July 9, 2018)

- Records from Capt. Guy (Danny) Shellhouse, via plaintiff, July 3, 2018, Bates numbered PATTERSON-BERCAW_00162 - 163, which are appended. (The documents attached to the original notice, PATTERSON-BERCAW_00153 - 161, were mistakenly selected by the undersigned's associate and assistant when he told them, remotely, to "Attach the documents from Danny Shellhouse.")



PLAINTIFF'S EXHIBIT 36



**The Amlong Firm** • 500 Northeast Fourth Street • Fort Lauderdale, FL  33301 • 954.462.1983

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above was served via the electronic delivery September 18, 2018, on the individuals listed below on the Service List.

AMLONG & AMLONG, P.A.
500 Northeast Fourth Street
Second Floor
Fort Lauderdale, Florida 33301-1154
(954) 462-1983

 /s/ William R. *Amlong*
WILLIAM R. AMLONG
Florida Bar Number 470228
WRAmlong@TheAmlongFirm.com
KAREN COOLMAN AMLONG
KAmlong@TheAmlongFirm.com
Florida Bar Number 275565

AMLONG & AMLONG, P.A.
500 Northeast Fourth Street,
Second Floor
Fort Lauderdale, Florida

NOEL C. PACE
noel.c.pace.esq@gmail.com
206 N.W. 91 Street
El Portal, Florida 33150
(305) 710-3713

***Attorneys for the Plaintiff,
    Rodney Scott Patterson***

\\amlong3\cpshare\CPWin\HISTORY\180129_0001\1538.B8

## Service List

WILLIAM R. AMLONG
WRAmlong@TheAmlongFirm.com
Florida Bar Number 470228
KAREN COOLMAN AMLONG
KAmlong@TheAmlongFirm.com
Florida Bar Number 275565
AMLONG & AMLONG, P.A.
500 Northeast Fourth Street,
Second Floor
Fort Lauderdale, Florida 33301
(954) 462-1983

NOEL C. PACE
noel.c.pace.esq@gmail.com
206 N.W. 91 Street
El Portal, Florida 33150
(305) 710-3713

***Attorneys for the Plaintiff,
    Rodney Scott Patterson***

MICHAEL A. HOLT
mholt@shb.com
SHOOK, HARDY & BACON L.L.P.
Miami Center, Suite 3200
201 South Biscayne Boulevard
Miami, Florida 33131
(305) 358-5171

MARK W. ROBERTSON
mrobertson@omm.com
O'MELVENY & MYERS LLP
Times Square Tower
7 Times Square
New York, New York 10036
(212) 326-2000

TRISTAN MORALES
tmorales@omm.com
O'MELVENY & MYERS LLP
1625 Eye Street, Northwest
Washington, District of Columbia
20006
(202) 383-5300 / 383-5414 Fax

Cameron Cloar-Zavaleta (*Pro hac vice*)
Cameron.R.Cloar@aa.com
AMERICAN AIRLINES, INC.
4333 Amon Carter Boulevard
Ft. Worth, Texas 76155
Telephone: (817) 963-1234

***Attorneys for the Defendant,
    American Airlines, Inc.***

\\amlong3\cpshare\CPWin\HISTORY\180912_0001\1538.21C

# Comprehensive MedPsych Systems, Inc.

**Geoffrey Kanter, Ph.D., ABN, ABPdN**
*President*
American Board of Professional Neuropsychology
American Board of Pediatric Neuropsychology

**Scott Kanter, MSA**
*Chief Financial Officer*

**Robert Stephenson, Psy.D.**
*Chief Operating Officer*

**Kathy Baum, Ph.D**
*Clinical Director*

## FLORIDA- Sarasota

### NEUROPSYCHOLOGY
Nancy Parsons, Ph.D., ABPdN
American Board of Pediatric Neuropsychology
Paula Cooper, Ph.D., ABN
American Board of Professional Neuropsychology
Edwin L. Bercaw, Ph.D.
Kathy Baum, Ph.D.
Maryla Madura, Ph.D.
Jennifer Fleeman, Psy.D.
Hollie Dean Hill, Psy.D.
Nathaly Fonseca, Psy.D., Resident

### PSYCHIATRY (Board Certified)
Diane Miller, M.D., ABPN
Steven Cohen, D.O., ABPN
Abdul Nadeem, M.D., ABPN
Kristine Vallrugo, M.D., ABPN
Jordana Hollen, M.D., ABPN
Mark Sylvester, M.D., ABPN, ABAM
Nicholas McKinnon, M.D., ABPN

### PSYCHOLOGY
Wendy Sims, Ph.D.
Claudia Zsigmond, Psy.D.
Linda Brant, Ph.D.
Patricia Ryan, Ph.D.

### PSYCHOTHERAPY
Raymond Roitman, D.Psa, LCSW
Janet Carlson, LCSW
Kenton Kauffman, LCSW
Catherine Luckner, LMHC
Gerald Rivera, LCSW
Marlene Larose, LMFT
Jennifer Barmash, LCSW
Patricia Musselwhite-Weaver, LMHC
Alan Vieira, LCSW
Doug Linder, LMHC, CAP

### Florida
Sarasota
Venice
Lakewood Ranch
Bradenton
North Port
Sun City Center
Port Charlotte
Tampa
St. Petersburg
St. Augustine
Ft. Myers

### Alabama
Mobile
Fairhope

### Indiana
Indianapolis

May 6, 2016

Glenn Ross Caddy Ph.D., A.B.P.P., F.A.P.A.
Clinical, Health and Forensic Psychology
100 S.E. Third Avenue, Suite 2010
Fort Lauderdale, 33394

Dr. Caddy,

I am writing to provide further clarification based on the evaluation that Dr. Fonseca and I performed of Rodney Scott Patterson on 3/21/16. As was discussed in our telephone consultation this morning, I found no certain evidence of a disqualifying mental or neurological condition for first-class medical certification as defined by Federal Aviation Regulations Part 67.107 and 67.109. To the best of my knowledge, he has no history of flight infractions or safety violations. He has years of experience and, indeed, may be an excellent pilot, as you seem to have confirmed through collateral reports on his performance. Finally, there was no substantiated history I had available to indicate he has a personality disorder that has repeatedly manifested itself by overt acts.

The neuropsychological testing is not intended to assess piloting skills, abilities, or knowledge. The purpose of neuropsychological testing is to help determine the appropriateness of medical certification by examining underlying cognitive abilities and psychological features that may impact flight safety. This is a different kind of information than that achieved through job performance evaluations or flight simulator performance.

The findings in our evaluation were generally positive, with a passing CogScreen (which is a validated battery of tests specifically designed to evaluate cognitive functioning in pilots). He also exhibited high average intellectual functioning, and his attention, processing speed, language,

1090 South Tamiami Trail, Sarasota, Florida 34236
941.363.0878 (office) * 941.363.0527 (fax)
www.medpsych.net

PATTERSON_BERCAW_00162

visual-spatial, visual memory, and motor scores were generally consistent with expectations. However, there were two particular areas of concern that do not necessarily disqualify him but warrant further review and possibly retesting. Specifically, his verbal learning and memory was below expectations and there was an indication of impairment in an aspect of executive functioning. The aeromedical significance of these findings was uncertain in the context of the larger evaluation and his professional and military history. Therefore, the recommendation is that there be further review by an FAA neuropsychology consultant and a comparison with his concurrent fitness-for-duty evaluation ordered by American Airlines to help determine the reliability of these results. Repeat testing of specific domains may be required, if indicated after review.

Again, it would be inappropriately speculative to infer a cause for the findings at this time, as there is no known psychiatric or neurological condition identified as of now.

Best Regards,

*Ed Bercaw, PH.D.*

Edwin L. Bercaw, Ph.D.
Neuropsychologist/Florida Licensed Psychologist PY 7991
CogScreen Provider & HIMS Trained