# **EXHIBIT 1**

JUSTICE NEWS

**Department of Justice**

Office of Public Affairs

FOR IMMEDIATE RELEASE

Tuesday, August 20, 2019

## American Airlines Inc. Agrees To Pay $22 Million to Settle False Claims Act Allegations for Falsely Reporting Delivery Times of U.S. Mail Transported Internationally

The Justice Department announced today that American Airlines Inc. has agreed to pay approximately $22.1 million to resolve its alleged liability under the False Claims Act for falsely reporting the times it transferred possession of United States mail to foreign postal administrations or other intended recipients under contracts with the United States Postal Service (USPS). American Airlines is an international airline headquartered in Fort Worth, Texas.

"We expect companies doing business with the government to comply with their contractual obligations," said Assistant Attorney General Jody Hunt of the Department of Justice's Civil Division. "The Department of Justice vigorously pursues all manner of fraudulent conduct that undermines the benefits that the government has bargained for."

USPS contracted with American Airlines to take possession of receptacles of United States mail at six locations in the United States or at various Department of Defense and State Department locations abroad, and then deliver that mail to numerous international and domestic destinations. To obtain payment under the contracts, American Airlines was required to submit electronic scans of the mail receptacles to USPS reporting the time the mail was delivered at the specified destinations. The contracts specified penalties for mail that was delivered late or to the wrong location. Today's settlement resolves allegations that scans submitted by American Airlines falsely reported the time it transferred possession of the mail.

"The U.S. Postal Service contracts with commercial airlines for the safeguarding and timely delivery of U.S. Mail to foreign posts, including the mail sent to our soldiers deployed to foreign operating bases," said Scott Pierce, Special Agent in Charge, USPS Office of Inspector General. "The Office of Inspector General supports the Postal Service by aggressively investigating allegations of contractual non-compliance within the mail delivery process, including the falsification of delivery information. Our special agents worked hand-in-hand with the Department of Justice's Civil Division to help ensure a reasonable resolution and we applaud the exceptional work by the investigative and legal team."

This matter was handled by the Civil Division's Commercial Litigation Branch, the USPS Office of the Inspector General, and the USPS Office of General Counsel.

The claims settled by this agreement are allegations only, and there has been no determination of liability.

**Topic(s):**
False Claims Act

**Component(s):**
Civil Division

**Press Release Number:**
19-880

*Updated August 26, 2019*