UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
Case Number: 17-60533-CIV-MARTINEZ-OTAZO-REYES

RODNEY SCOTT PATTERSON,
    Plaintiff,

vs.

AMERICAN AIRLINES, INC., a Delaware Corporation,
    Defendant.
_____/

## ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL

THIS CAUSE came before the Court upon Plaintiff's Renewed Motion Pursuant to Florida Bar Rules of Professional Conduct 4-17(a)(2) and 4-1.16(a)(1) and (3) to Permit Discharged Counsel to Withdraw from Representing Plaintiff who Wishes to Proceed *Pro Se* and with Whom Counsel has a Conflict of Interest that Would Prevent Effective, Ethical Representation ("Motion to Withdraw"), [ECF No. 202]. After careful consideration, it is hereby:

**ORDERED AND ADJUDGED** that Plaintiff's Counsel's motion to withdraw, [ECF No. 202], is **GRANTED**. William R. Amlong, Esq; Karen Coolman Amlong, Esq.; Jennifer Daley, Esq.; Isha Kochar, Esq.; and Amlong & Amlong, P.A., d/b/a the Amlong Firm **SHALL BE PERMITTED** to withdraw as Attorney of Record for Plaintiff Rodney Scott Patterson.

DONE AND ORDERED in Chambers at Miami, Florida, this 11 day of September, 2019.

_____
JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Otazo-Reyes
All Counsel of Record
Plaintiff, *pro se*