UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

**Case Number: 17-60533-CIV-MARTINEZ-OTAZO-REYES**

RODNEY SCOTT PATTERSON,

      Plaintiff,

vs.

AMERICAN AIRLINES, INC.,

      Defendant.

_____/

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

THIS MATTER was referred to the Honorable Alicia M. Otazo-Reyes, United States Magistrate Judge, for a Report and Recommendation on Defendant American Airlines' ("Defendant") Motion for Sanctions, [ECF No. 154]. Magistrate Judge Otazo-Reyes held an Evidentiary Hearing on this matter on August 26, 2019. Thereafter, Magistrate Judge Otazo-Reyes issued a Report and Recommendation, [ECF No. 255], recommending that Defendant's Motion for Sanctions be DENIED. Plaintiff filed a Memorandum to Correct the Record, [ECF No. 262]. Plaintiff does not object to the recommendation of the Magistrate Judge; rather, Plaintiff filed the Memorandum to address alleged errors in the Magistrate's recitation of the factual background as well as the evidence presented at the Evidentiary Hearing held on Defendant's Motion for Sanctions. The Court has reviewed the entire file and record, has made a *de novo* review of the issues presented in Plaintiff's Memorandum, and is otherwise fully advised in the premises.

With respect to the factual background set forth in the Report and Recommendation, this Court finds no error. With respect to the evidence presented at the Evidentiary Hearing, this Court is in no position to disturb the recitation of the Magistrate Judge, who presided over the Evidentiary

Hearing.  Accordingly, after careful consideration, it is hereby

     **ADJUDGED** that United States Magistrate Judge Alicia M. Otazo-Reyes' Report and

Recommendation, [ECF No. 255], is **AFFIRMED** and **ADOPTED**.  Accordingly, it is

     **ADJUDGED** that Defendant American Airlines' Motion for Sanctions, [ECF No. 154], is

**DENIED**.

     DONE AND ORDERED in Chambers at Miami, Florida, this _18_ day of September, 2019.

                               _____

                               JOSE E. MARTINEZ
                               UNITED STATES DISTRICT JUDGE

Copies provided to:
Plaintiff;
Magistrate Judge Otazo-Reyes;
All Counsel of Record;
The Amlong Firm
500 NE 4th Street, 2nd Floor
Fort Lauderdale, Florida 33301;
Isha Kochhar, Esq.
1806 N. Flamingo Road #305
Pembroke Pines, Florida 33028