UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
Case Number: 17-60533-CIV-MARTINEZ-OTAZO-REYES

RODNEY SCOTT PATTERSON,

    Plaintiff,

vs.

AMERICAN AIRLINES, INC., a Delaware Corporation,

    Defendant.
_____/

## FINAL JUDGMENT

Pursuant to Federal Rule of Civil Procedure 56 and 58, and in accordance with the reasons stated in the Court's Order denying Plaintiff's motion for partial summary judgment and granting Defendant's motion for summary judgment, [ECF No. 169], judgment is entered in favor of Defendant American Airlines, Inc. and against Plaintiff Rodney Scott Patterson. Plaintiff Rodney Scott Patterson shall take nothing from this action.

DONE AND ORDERED in Chambers at Miami, Florida, this 19 day of September, 2019.

                                                              JOSE E. MARTINEZ
                                                              UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Otazo-Reyes
All Counsel of Record
Plaintiff
Amlong Firm
500 NE 4th Street, 2nd Floor
Fort Lauderdale, Florida 33301