UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

Case Number: 17-60533-CIV-MARTINEZ-OTAZO-REYES

RODNEY SCOTT PATTERSON,

    Plaintiff,

vs.

AMERICAN AIRLINES, INC.,

    Defendant.
_____/

## ORDER CLOSING CASE

THIS CAUSE is before the Court on a *sua sponte* review of the record. This Court denied Plaintiff's motion for partial summary judgment and granted Defendant's motion for summary judgment in its entirety, [ECF No. 169]. It is hereby

**ORDERED AND ADJUDGED** that, in light of this Court's Order on Motions for Summary Judgment, [ECF No. 169], this case is **CLOSED**. The Court retains jurisdiction to rule on the pending motions for sanctions, [ECF Nos. 211, 217, 234].

DONE AND ORDERED in Chambers at Miami, Florida, this ___ day of September, 2019.

                                                        JOSE E. MARTINEZ
                                                        UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Otazo-Reyes
All Counsel of Record
Plaintiff
Amlong Firm
500 NE 4th Street, 2nd Floor
Fort Lauderdale, Florida 33301