UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 17-cv-60533-JEM



FILED BY _CB_ D.C.
SEP 19 2019
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - FT. LAUD.

Rodney Scott Patterson

Plaintiff(s),

vs.

American Airlines

Defendant(s).
_____/

**RELEASE OF EXHIBITS**

The undersigned hereby acknowledges receipt of exhibit(s) listed below for the following reason(s):

☐ Guns, jewelry, currency, drugs, explosives
   Item Nos. _____

☐ Oversize records (larger than 10" x 12" x 15")
   Item Nos. _____

☐ Stored by Records Section in: ☐ Miami ☐ FTL ☐ WPB

☑ Other (Explain): Defendant's Original Exhibits Re D.E. 244

☐ Attachments
(Exhibit list, Order of Court)

Signature: _Jesus Valle_
Print Name: Jesus Valle
Agency or Firm: Fisher & Phillips
Address: 450 E. Las Olas Blvd
Suite #800 Ft Lauderdale, Fl 33301
Telephone: 954-525-4800
Date: 9/19/19

Exhibits Released by _C. Barnes Buh_
_____
(Deputy Clerk)

ORIGINAL - Court File
cc: Records Section
    Courtroom Deputy
    Counsel of Record