UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 17-cv-60533-JEM

Rodney Scott Patterson

Plaintiff(s),

vs.

American Airlines

Defendant(s).
_____/

**RELEASE OF EXHIBITS**

The undersigned hereby acknowledges receipt of exhibit(s) listed below for the following reason(s):

☐ Guns, jewelry, currency, drugs, explosives

Item Nos. _____

☐ Oversize records (larger than 10" x 12" x 15")

Item Nos. _____

☐ Stored by Records Section in: ☐ Miami ☐ FTL ☐ WPB

☑ Other (Explain): Plaintiff Original Exhibits Re D.E. 248

☐ Attachments
(Exhibit list, Order of Court)

Signature: _[signature]_

Print Name: PATRICK HACKETT

Agency or Firm: The Amlong Firm

Address: 500 NE 4TH ST, STE 200

Exhibits Released by:
_[signature]_
(Deputy Clerk)

Telephone: (954) 462-1983

Date: 10/8/19

ORIGINAL - Court File
cc: Records Section
    Courtroom Deputy
    Counsel of Record