UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

Fort Lauderdale Division

Case Number: 17-cv-60533-MARTINEZ/OTAZO-REYES

Lt. Col. RODNEY SCOTT PATTERSON

    Plaintiff,

vs.

AMERICAN AIRLINES, INC.,

    Defendant.

_____/

FILED BY _____ D.C.

NOV 12 2019

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

**Plaintiff Lt. Col. Rodney Scott Patterson's Reply And Objection to Magistrate's Report and Recommendation [D.E. 275]**

### *Background*

THIS CAUSE is before the court upon Plaintiff Lt. Col. Rodney S. Patterson's (Plaintiff) Motion for Sanctions Against American and it Attorneys, Stay of the Case Pending Resolution of the Motion and Request for Oral Argument/Hearing (Motion for Sanctions") [D.E. 211]. The matter was refererred to the honorable Alicia M. Otazo-Reyes by the Honorable Jose E. Martinez, United States District Judge [D.E. 268}

Lt. Col. Patterson brought an action against American pursuant to the Uniform Services Employment and Reemployment Rights Act ("USERRA"). Lt. Col. Patterson's claims involve an improper status change (substantive violation), by his employer while he was absent for military service, a substantive violation of USERRA and one for retaliation. Improper status changes have been addressed by this Court and this Honorable Judge as a violation of the law. Numerous circuits including the 11th Circuit Court of Appeals have affirmed the provisions § 4312. In fact, violations of § 4312 have been found, not at the discretion of the Court, the sole liability and responsibility of the employer for compliance and one which does not rely on the intent of the employer. There are three defenses American could assert under § 4312. All three would fail in this case.

Throughout the course of this litigation, American and its attorneys have repeatedly invited this Court to commit judicial error. Even in one instance, inviting a federal district court judge to disparage the service of Lt. Col. Patterson by calling his military service, mere vacation. This honorable court celebrated veteran's day with a federal paid holiday on Monday, November 11, 2019. Regardless of the nature of that military service, is the court now saying military service is vacation time? Do we want to disparage the service of thousands in cemetaries who gave all in the service of this nation in time of need. In one filing American's lead counsel Michael Holt characterized the service of Lt. Col. Patterson as that of being a deserter, referring to a USERRA Plaintiff who was entitled to rights under USERRA by virtue of a less than honorable discharge. This disparagement and name calling by the defendant can never be tolerated not even in one instance.

### **Captain Danny Shellhouse is a Non-Sequitur**

This motion has nothing to do with Captain Shellhouse, the hearing for injunctive relief or unlawful retaliation under 38 U.S.C. § 4311. For the purposes of the statute Shellhouse would be

treated as a servicemember with the same rights and protections against retaliation. However, as there is no statute of limitations under USERRA, American would run afoul of the law once again if it brought actions against Shellhouse or Patterson, ever again for filing a complaint under USERRA. The intent of Congress in passing this law was clear as it saw large employers abusing or intimidating employees to avoid obligations under the law.

## Discussion

American's intentions in this matter are clear, On September 22, 2015, Patterson's then supervisor, James Bonds demanded that he fly a scheduled flight in lieu of military service. Bond's even went so far as to commit a number of unlawful acts under USERRA to intimidate Patterson to give up his rights granted under USERRA. On or about September 24, 2015, Bonds now angered by Patterson's assertion of his rights, unlawfully changed Patterson's status while he was absent for military leave. (38 U.S.C. § 4312) Bonds further went on to intimidate Patterson into producing orders, which are not required by the statute and then calling Patterson a "Rat" for performing military service. At sometime in February, 2015 American's Corporate Security Department commenced an internal investigation into the same allegations which were levied by Captain Glenn Whitehouse at that moment. American has stated it doesn't have the results of that investigation, which in the 21st Century digital age are not plausible and do not comport with American's recent corporate security investigation of a mechanic which was alleged to have sabotaged an aircraft. That report made it all the way into the news media's purview.

In November, 2015 American held a Section 21 hearing in which the allegations by the chief complainant were unfounded.

At sometime in February, 2015 American's Corporate Security Department commenced an internal investigation into the same allegations which were levied by Captain Glenn Whitehouse. American has stated it doesn't have the results of that investigation, which in the 21st Century digital age are not plausible.

American has deceived this Court by stating that the Corporate Security Report no longer exists, and the investigator is dead. Yet it was never read by anyone, sent by email, converted into an electronic file, no notes in the deceased investigator's office, all in the digital 21st century where that is impossible. Recently American Mechanic, Abdul-Majeed Marouf Ahmed Alani who was alleged to have sabotaged an aircraft with hundreds of passengers bound for the Bahamas, was investigated by Corporate Security and that report was not only preserved for the federal investigators but forwarded to the news media. American's corporate amnesia not only extends to the corporate security report but on the eve of oral arguments for Summary Judgment, American again threatened Patterson and stated it had no records of him or his wife traveling to Washington, D.C. to perform military service. Patterson submitted photos to this Court from the Whitehouse Archives, and also a selfie taken from his phone which refutes American's lies and places him in military uniform on duty, at the Whitehouse grounds contrary to American's scheme that Patterson was defrauding the Court.

## Conclusion

Throughout the course of this litigation, American and its attorneys have employed various schemes and tactics to entice this Court to commit multiple judicial errors in favor of American and destructive to the plain language of USERRA while harming the Plaintiff. American's legal team appears to have graduated from "union busting" to "veteran busting" and of course the AA Labor Relations hammer views every problem as a nail. American has also not complied with the Federal Rules of Civil Procedure on multiple occasions. One by not properly serving the Plaintiff with notice of filings. Withholding the Corporate Security report and sending the Plaintiff threatening letters which the Defendant's lead attorney, Michael Holt, knows to be false; should give this Court great pause and invite the Court to sanction said behavior. American's recriminations cannot be allowed to stand. A North Texas Federal Judge found that an attorney's conduct which included withholding of key evidence was conduct unbecoming a member of the bar and subject attorney was barred from practicing law in that Federal Court due to his inability to conduct litigation. American's improper defenses cannot be allowed to re-write legislation. American is not entitled to its litigation expenses under USERRA and when American comes to its financial senses, the reality of USERRA should be clear. American cannot avoid its obligations

to the American public or the American Serviceman. The reasonable course of action for American is to make whole Lt. Col. Patterson under USERRA and schedule this matter for a jury trial on liquidated damages. The case law supports this conclusion affirmatively and across multiple circuits and doing so would serve the interests of Justice this Court and the American public. Lt. Col. Patterson respectfully requests this Court to schedule an evidentiary hearing and to fully adjudicate his rights under USERRA. He believes that denying this matter as moot will not serve justice or the American Serviceman who relies on USERRA to defend the nation.

November 11, 2019                                   Respectfully Submitted,

*/s/ Rodney S. Patterson*

Rodney Scott Patterson, Lt. Col Pro Se
1092 NW 139th Terrace
Pembroke Pines, FL 33028-2340
704-231-0909
ScottPatterson247@gmail.com

## Certificate of Service

**I HEREBY CERTIFY** that this notice has been conventionally with the Southern District of Florida and is served on all counsel or parties of record and by email and U.S. Mail.

*/s/ Rodney S. Patterson*

Rodney Scott Patterson, Lt. Col

## SERVICE LIST

Michael A. Holt
mholt@fisherphillips.com
Florida Bar No.: 91156
**FISHER & PHILLIPS LLP**
450 East Las Olas Boulevard
Suite 800
Fort Lauderdale, Florida 33301
Telephone: (954) 847-4709

Mark W. Robertson (*Pro Hac Vice*)
mrobertson@omm.com
**O'MELVENY & MYERS LLP**
Time Square Tower, 7 Times Square
New York, New York 10036
Telephone: (212) 326-2000

Tristan Morales (*Pro Hac Vice*)
tmorales@omm.com
**O'MELVENY & MYERS LLP**
1625 Eye Street, Northwest
Washington, DC 20006
Telephone: (202) 383-5300

*Attorneys for American Airlines, Inc.*