UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 17-60533-CIV-MARTINEZ/OTAZO-REYES

RODNEY SCOTT PATTERSON,

      Plaintiff

v.

AMERICAN AIRLINES, INC.,

      Defendant.

_____/

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION AND DENYING PLAINTIFF'S MOTIONS FOR SANCTIONS (DE 211, 234)

**THE MATTER** was referred to the Honorable Alicia M. Otazo-Reyes, United States Magistrate Judge, for a Report and Recommendation ("R&R") on Plaintiff's Motions for Sanctions (DE 263). Magistrate Judge Otazo-Reyes filed R&Rs recommending that sanctions be denied. (DE 274, 275). Petitioner did not file any objections to either report. The Court has reviewed the R&Rs and the entire record *de novo*, and adopts the Magistrate Judge's R&Rs denying Plaintiff's motions for sanctions (DE 211, 234).

Accordingly, it is hereby

**ORDERED AND ADJUDGED** that United States Magistrate Judge Otazo-Reyes' Reports and Recommendations (DE 274, 275) are **AFFIRMED** and **ADOPTED**.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 13 day of November, 2019.

_____
JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:

U.S. Magistrate Judge Otazo-Reyes
Counsel of record